# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

Counts 1 and 3: Bank Fraud, 18 U.S.C. §§ 1344 and 2
Counts 2 and 4: False Statements to a Financial Institution, 18 U.S.C. §§ 1014 and 2
Counts 5 to 7, 12 to 23: Wire Fraud, 18 U.S.C. §§ 1343 and 2
Counts 8 to 11: Engaging in Monetary Transactions in Property Derived from Specified Unlawful Activity, 18 U.S.C. §§ 1957 and 2

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**PENALTY:** Please see attachment.

**Name of District Court, and/or Judge/Magistrate Location**

NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

**DEFENDANT - U.S**

▶ Michael Brent Rothenberg, a/k/a Mike Rothenberg

**DISTRICT COURT NUMBER**
3:20-cr-00266 WHA

**FILED**
Jun 26 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

## PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)

FBI and IRS Criminal Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

**SHOW DOCKET NO.**

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

**MAGISTRATE CASE NO.**
3-20-70834 MAG

Name and Office of Person Furnishing Information on this form   DAVID L. ANDERSON

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   NICHOLAS WALSH

## DEFENDANT

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction  ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed

**DATE OF ARREST** ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

\* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                Before Judge:

Comments:

# ATTACHMENT

**Counts 1 and 3: Bank Fraud, 18 U.S.C. §§ 1344 and 2**

- Maximum Sentence: 30 years
- Maximum Length of Supervised Release: 5 years
- Maximum Fine: $1,000,000.00 or twice the gross gain or loss
- Restitution
- Special Assessment of $100 per felony count
- Forfeiture

**Counts 2 and 4: False Statements to a Financial Institution, 18 U.S.C. §§ 1014 and 2**

- Maximum Sentence: 30 years
- Maximum Length of Supervised Release: 5 years
- Maximum Fine: $1,000,000.00 or twice the gross gain or loss
- Restitution
- Special Assessment of $100 per felony count
- Forfeiture

**Counts 5 to 7, 12 to 23: Wire Fraud, 18 U.S.C. §§ 1343 and 2**

- Maximum Sentence: 20 years
- Maximum Length of Supervised Release: 3 years
- Maximum Fine: $250,000.00 or twice the gross gain or loss
- Restitution
- Special Assessment of $100 per felony count
- Forfeiture

**Counts 8 to 11: Engaging in Monetary Transactions in Property Derived from Specified Unlawful Activity, 18 U.S.C. §§ 1957 and 2**

- Maximum Sentence: 10 years
- Maximum Length of Supervised Release: 3 years
- Maximum Fine: $250,000.00 or twice the amount of the criminally derived property involved in the transaction
- Restitution
- Special Assessment of $100 per felony count
- Forfeiture