# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**FILED**

Jun 26 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

## CRIMINAL COVER SHEET

***Instructions:*** *Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.*

| | |
|---|---|
| **CASE NAME:** USA V. MICHAEL BRENT ROTHENBERG, a/k/a MIKE ROTHENBERG, | **CASE NUMBER:** 3:20-cr-00266 WHA CR |
| **Is This Case Under Seal?** | Yes      No ✔ |
| **Total Number of Defendants:** | 1 ✔      2-7       8 or more |
| **Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?** | Yes      No ✔ |
| **Venue (Per Crim. L.R. 18-1):** | SF ✔     OAK      SJ |
| **Is this a potential high-cost case?** | Yes      No ✔ |
| **Is any defendant charged with a death-penalty-eligible crime?** | Yes      No ✔ |
| **Is this a RICO Act gang case?** | Yes      No ✔ |
| **Assigned AUSA (Lead Attorney):** Nicholas J. Walsh | **Date Submitted:** June 25, 2020 |
| **Comments:** | |

Form CAND-CRIM-COVER (Rev. 11/16)

[RESET FORM]  [SAVE PDF]