DAVID L. ANDERSON (CABN 149604)
United States Attorney

BENJAMIN KINGSLEY (CABN 314192)
Acting Criminal Chief

NICHOLAS J. WALSH (CABN 314290)
KYLE F. WALDINGER (CABN 298752)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7248/(415) 436-6830
    Fax: (415) 436-7234
    Email: Nicholas.Walsh@usdoj.gov
           Kyle.Waldinger@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 20-00266 WHA |
|---|---|
| Plaintiff, | ) **NOTICE OF APPEARANCE OF ADDITIONAL ASSISTANT UNITED STATES ATTORNEY** |
| v. | ) |
| MICHAEL BRENT ROTHENBERG, | ) |
| Defendant. | ) |

NOTICE IS HEREBY GIVEN that Assistant United States Attorney KYLE F. WALDINGER is assigned to this matter as an additional Assistant United States Attorney. In addition to serving AUSA Nicholas J. Walsh, please serve all future pleadings and filings on AUSA Waldinger at 450 Golden Gate Avenue, 11th Floor, San Francisco, California 94102-3495 and Kyle.Waldinger@usdoj.gov.

DATED: June 29, 2020
                                    DAVID L. ANDERSON
                                    United States Attorney

                                    /s/

                                    KYLE F. WALDINGER
                                    Assistant United States Attorney

NOTICE OF APPEARANCE OF ADD'L ASSISTANT U.S. ATTORNEY
CR 20-00266 WHA