| DOCUMENTS UNDER SEAL ☐ | | | | TOTAL TIME (mins): 35 mins | |
|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | | DEPUTY CLERK<br>Doug Merry | | REPORTER<br>Raynee Mercado | |
| MAGISTRATE JUDGE<br>KANDIS A. WESTMORE | | DATE<br>June 26, 2020 (by Zoom video) | | NEW CASE ☐ | CASE NUMBER<br>3:20-mj-70834 MAG-1 |

## APPEARANCES

| DEFENDANT<br>MICHAEL BRENT ROTHENBERG | AGE | CUST<br>N | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Eugene Illovsky specially appearing | PD. ☐ RET. ☐<br>APPT. ☐ |
|---|---|---|---|---|---|
| U.S. ATTORNEY<br>N. Walsh/K. Waldinger | | INTERPRETER | | FIN. AFFT ☐<br>SUBMITTED | COUNSEL APPT'D ☐ |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER<br>Sean Hamel | | DEF ELIGIBLE FOR ☐<br>APPT'D COUNSEL | | PARTIAL PAYMENT ☐<br>OF CJA FEES |

## PROCEEDINGS SCHEDULED TO OCCUR

| ☒ INITIAL APPEAR | ☐ PRELIM (Rev) Hrg | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS<br>☐ STATUS TRIAL SET |
|---|---|---|---|---|
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | ☐ BOND/Bail Review | ☐ IA REV PROB or Sup Rel | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HRG |

## INITIAL APPEARANCE

| ☒ ADVISED OF RIGHTS | ☒ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

## ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

## RELEASE

| ☐ RELEASED ON O/R | ☒ ISSUED APPEARANCE BOND<br>Unsecured PR $250,000 | AMT OF SECURITY<br>$ | SPECIAL NOTES | ☐ PASSPORT TO BE SURRENDERED BY DATE: |
|---|---|---|---|---|
| PROPERTY TO BE POSTED<br>☐ CASH $ | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ |
| ☐ GOV/PROB MOVE FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED W/O PREJ | ☐ REMANDED TO CUSTODY |

ORDER REMOVED TO THE DISTRICT OF

## PLEA

| ☐ CONSENT ENTERED | ☐ NOT GUILTY ALL COUNTS | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

## CONTINUANCE

| TO:<br>8/27/2020 | ☒ ~~ATTY APPT HEARING~~<br>I..D. of Counsel | ☐ BOND/BAIL HEARING | ☐ STATUS RE: DETENTION | ☐ TRIAL SET |
|---|---|---|---|---|
| AT:<br>10:30am | ☐ SUBMIT FINAN. AFFIDAVIT | ☒ STATUS RE PRELIM ~~REV~~ HRG OR | ☐ PRELIMINARY HEARING | ☐ STATUS |
| BEFORE HON.<br>van Keulen | ☐ DETENTION HEARING | ☒ ARRAIGNMENT | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ IA SUP REL/ PROB VIOL |

## ADDITIONAL PROCEEDINGS

Def. consents to video appearance. Def. has not officially retained Mr Illovsky as counsel. The government will be filing a notice of related case. The Def. has been processed by the Marshal so the Court withdraws the arrest warrant. Parties will meet and confer re exclusion of time. The Def. gave the Court permission to sign the bond on his behalf.