| DOCUMENTS UNDER SEAL ☐ | | | TOTAL TIME (mins): | 16 mins |
|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK<br>Doug Merry | | REPORTER<br>Raynee Mercado | |
| MAGISTRATE JUDGE<br>KANDIS A. WESTMORE | DATE<br>June 26, 2020 (by Zoom video) | | NEW CASE<br>☒ | CASE NUMBER<br>3:20-cr-00266 WHA |

## APPEARANCES

| DEFENDANT<br>MICHAEL BRENT ROTHENBERG | AGE | CUST<br>N | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Eugene Illovsky specially appearing | PD. ☐ RET. ☐<br>APPT. ☐ |
|---|---|---|---|---|---|
| U.S. ATTORNEY<br>N. Walsh/K. Waldinger | INTERPRETER | | | ☐ FIN. AFFT SUBMITTED | ☐ COUNSEL APPT'D |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER<br>Sean Hamel | | | ☐ DEF ELIGIBLE FOR APPT'D COUNSEL | ☐ PARTIAL PAYMENT OF CJA FEES ☐ |

## PROCEEDINGS SCHEDULED TO OCCUR

| ☒ INITIAL APPEAR | ☐ PRELIM (Rev) Hrg | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS<br>☐ STATUS TRIAL SET |
|---|---|---|---|---|
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | ☐ BOND/Bail Review | ☐ IA REV PROB or Sup Rel | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HRG |

## INITIAL APPEARANCE

| ☒ ADVISED OF RIGHTS | ☒ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

## ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☒ DETAILED READING WAIVED | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

## RELEASE

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY<br>$ | SPECIAL NOTES | ☐ PASSPORT TO BE SURRENDERED BY DATE: |
|---|---|---|---|---|
| PROPERTY TO BE POSTED<br>☐ CASH $ | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ | |
| ☐ GOV/PROB MOVE FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED W/O PREJ | ☐ REMANDED TO CUSTODY |

ORDER REMOVED TO THE DISTRICT OF

## PLEA

| ☐ CONSENT ENTERED | ☐ NOT GUILTY ALL COUNTS | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

## CONTINUANCE

| TO:<br>8/27/2020 | ☒ ~~ATTY APPT HEARING~~ I.D. of Counsel | ☐ BOND/BAIL HEARING | ☐ STATUS RE: DETENTION | ☐ TRIAL SET |
|---|---|---|---|---|
| AT:<br>10:30am | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ STATUS RE PRELIM REV HRG OR ARRAIGNMENT | ☐ PRELIMINARY HEARING | ☒ STATUS re Arraignment on Information |
| BEFORE HON.<br>van Keulen | ☐ DETENTION HEARING | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☒ TIME WAIVED<br>Counsel shall e-file stip | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ IA SUP REL/ PROB VIOL |

## ADDITIONAL PROCEEDINGS

Def. consents to appear by video. The Court issues a bond in Case 20-mj-70834 MAG only. Def. has not officially retained Mr Illovsky as counsel. The government will be filing a notice of related case.