MICHAEL ROTHENBERG

712 Bryant St, Suite 6

San Francisco, CA 94107

Phone: (415) 535-5767

mrothenberg@rothenberg.co

*Pro Se*



FILED

JUL 02 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> MICHAEL ROTHENBERG <br> Defendant. | Case Number:   3:20-cr-00266 WHA <br><br> **MR. ROTHENBERG'S MOTION TO DISMISS INFORMATION WITH PREJUDICE** <br><br> Hon. William Alsup |

PLEASE TAKE NOTICE that on July 14, 2020, at 2:00 p.m., or on such other date and time as the Court may order, by Zoom video of the above-captioned Court, 450 Golden Gate Ave, Courtroom 12 – 19th Floor, San Francisco, CA 94102, before the Honorable William Alsup, Defendant Michael Rothenberg will and hereby does respectfully move to dismiss the Information filed on June 26, 2020, with prejudice. Mr. Rothenberg makes this motion pursuant to the Fifth Amendment to the U.S. Constitution and Rule 7 of the Federal Rules of Criminal Procedure. The Motion is based on the below Memorandum of Points and Authorities, the record in this case, and any other matters that the Court deems appropriate.

//

1  //
2  DATED: July 2, 2020

Respectfully submitted,

/s/ Michael B. Rothenberg

Michael B. Rothenberg, Defendant

MR. ROTHENBERG'S MOTION TO DISMISS INFORMATION WITH PREJUDICE
Case No.  3:20-cr-00266 WHA

2

## MEMORANDUM OF POINTS AND AUTHORITIES

### IN SUPPORT OF MOTION TO DISMISS INFORMATION WITH PREJUDICE

The Fifth Amendment to the U.S. Constitution protects the right of criminal defendants to be prosecuted only upon "a presentment or indictment of a Grand Jury." U.S. Const. amend. V. Rule 7 of the Federal Rules of Criminal Procedure implements this constitutional safeguard. Under Rule 7(a)(1), an offense "punishable . . . by imprisonment for more than one year" "must be prosecuted by an indictment." Fed. R. Crim. P. 7(a)(1). The Rule contains only one exception to this requirement: "An offense punishable by imprisonment for more than one year may be prosecuted by information if the defendant—in open court and after being advised of the nature of the charge and of the defendant's rights—waives prosecution by indictment." Fed. R. Crim. P. 7(b). Mr. Rothenberg, through his counsel Mr. Ilovsky, informed the government on June 25, 2020 that he does not waive prosecution by indictment. Nonetheless, on June 26, 2020, the government filed an "Information" in this case (ECF No. 2).

As of July 2, 2020, The USAO Northern District of California, in a region covering approximately nine million people, has announced through their website (www.justice.gov/usao-ndca/pr) twenty-two public charges brought in June 2020 during the Covid-19 pandemic against people other than Mr. Rothenberg, including at least one charge by indictment (USA v. Rowland Marcus Andrade, filed June 22, 2020). The Information (ECF No. 2) filed against Mr. Rothenberg on June 26, 2020, purports to charge Mr. Rothenberg publicly with twenty-three felonies in this one document alone, none of which were charged by indictment.

The Information purports to charge Mr. Rothenberg with felonies including wire fraud, bank fraud, aiding and abetting, false statements to a financial institution, and engaging in monetary transactions in property derived from specified unlawful activity, each of which are punishable by imprisonment for more than one year. See 18 U.S.C. § 2, § 1014, § 1343, § 1344, § 1957. The information vastly broadens the charge already brought against Mr. Rothenberg in the criminal complaint (ECF No. 1), by, among other things, (i) dramatically increasing the length of the alleged conspiracy to defraud investors (ECF No. 2), (ii) expanding the scope of the alleged

felon(ies) by introducing additional alleged victims; and (iii) amending the alleged uses of the wires in furtherance of the alleged scheme to defraud investors, including adding several new charges. Because Mr. Rothenberg has not waived his right to prosecution by indictment, the Information violates Rule 7 and the Fifth Amendment to the U.S. Constitution. The information should be deemed unconstitutional and dismissed with prejudice and without delay[1].

//

DATED: July 2, 2020

Respectfully submitted,

/s/ Michael B. Rothenberg
Michael B. Rothenberg, Defendant

---

[1] Mr. Rothenberg reserves the right to move to dismiss on substantive grounds the Information or any superseding indictment, should a grand jury return one, at the appropriate time.
Mr. Rothenberg also reserves the right to object to the propriety of the government's filing this Information in connection with any motions to dismiss any superseding indictment.

MR. ROTHENBERG'S MOTION TO DISMISS INFORMATION WITH PREJUDICE
Case No. 3:20-cr-00266 WHA

2