UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL BRENT ROTHENBERG,

    Defendant.

No. CR 20-00266 WHA

**ORDER REQUESTING RESPONSES**

The Court is aware of defendant Michael Rothenberg's motion to dismiss as well as the notice of related cases (Dkt. Nos. 7, 8). By **JULY 28 AT NOON**, Mr. Illovsky, who appeared on behalf of defendant at the most recent hearing in June 2020 hearing, shall please explain why the motion to dismiss was filed without his name on it and whether he will be appointed counsel in this case.

In the meantime, the government shall please respond to the motion to dismiss by **AUGUST 4 AT NOON**. The Court believes there is a reasonable probability the case will be related by the judge who presided over the civil case. The government must still respond to the motion regardless of which judge the case is ultimately assigned to.

**IT IS SO ORDERED.**

Dated: July 21, 2020.

                              WILLIAM ALSUP
                              UNITED STATES DISTRICT JUDGE