# BOERSCH & ILLOVSKY LLP

1611 TELEGRAPH AVENUE
SUITE 806
OAKLAND, CALIFORNIA 94612

o: 510.394.5885
m: 925.699.2826

eugene@boersch-illovsky.com
boersch-illovsky.com

July 24, 2020

**VIA CM/ECF**

Honorable William Alsup
United States District Judge
United States District Court for the
  Northern District of California
Courtroom 12, 19th Floor
San Francisco, CA 94102

        Re:   <u>United States v. Michael Rothenberg</u>,
              Case No. 20-cr-00266 WHA

Dear Judge Alsup:

The Court's July 21, 2020 Order Requesting Responses in the above-referenced case (ECF No. 11) asked that I explain two things for the Court.

First, "why [Mr. Rothenberg's] motion to dismiss was filed without [my] name on it." I do not represent Mr. Rothenberg in connection with that motion. I appeared specially for Mr. Rothenberg at his Initial Appearance before Magistrate Judge Westmore on June 26, 2020. The government had filed a Complaint on June 25, 2020, docketed as Case no. 20-mj-70834 and, on June 26, 2020, filed an Information with the above-referenced case number. The Court's Minute Entries for the proceedings note that I had appeared specially. (ECF Nos. 5, 6). Mr. Rothenberg's motion to dismiss was filed almost a week after that special appearance, on July 2, 2020. (ECF No. 8).

Second, "will [I] be appointed counsel in this case." No, I will not be appointed.

Respectfully submitted,

*Eugene Illovsky*

Eugene Illovsky