1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   BENJAMIN KINGSLEY (CABN 314192)
3  Acting Criminal Chief

4  KYLE F. WALDINGER (CABN 298752)
   NICHOLAS J. WALSH (CABN 314290)
5  Assistant United States Attorneys

6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
7      Telephone: (415) 436-7200
       FAX: (415) 436-7234
8      Email: kyle.waldinger@usdoj.gov
       Email: nicholas.walsh@usdoj.gov
9
   Attorneys for the United States of America
10

11                  UNITED STATES DISTRICT COURT

12                 NORTHERN DISTRICT OF CALIFORNIA

13                       SAN FRANCISCO DIVISION

14  UNITED STATES OF AMERICA,            )  CASE NO. CR 20-0266 WHA
                                         )
15          Plaintiff,                   )
                                         )
16      v.                               )
                                         )  CERTIFICATE OF SERVICE
17  MICHAEL BRENT ROTHENBERG,            )
        a/k/a MIKE ROTHENBERG,           )
18                                       )
            Defendant.                   )
19  _____)

20      I, KATHY P. TAT declare:

21      That I am a citizen of the United States of America and employed in San Francisco County,

22  California; that my business address is Office of United States Attorney, 450 Golden Gate Avenue, Box

23  36055, San Francisco, California 94102; that I am over the age of eighteen years, and am not a party to

24  the above-entitled action.

25      I am employed by the United States Attorney for the Northern District of California and

26  discretion to be competent to serve papers. The undersigned further certifies that I caused a copy of the

27  following:

28

CERTIFICATE OF SERVICE
CR 20-0266 WHA                           2

**UNITED STATES' OPPOSITION TO DEFENDANT'S MOTION TO DISMISS INFORMATION WITH PREJUDICE – Doc#13**

to be served this date upon the party(ies) in this action by placing a true copy thereof in a sealed envelope, and served as follows:

__X_   FIRST CLASS MAIL by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____   PERSONAL SERVICE (BY MESSENGER)

__x__   EMAIL: mrothenberg@rothenberg.co

to the parties addressed as follows:

MICHAEL ROTHENBERG
712 Bryant St, Suite 6
San Francisco, CA 94107
mrothenberg@rothenberg.co
Pro Se

    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

    Executed on August 4, 2020 at San Francisco, California.

                                      _____/s/_____
                                      KATHY P. TAT
                                      Legal Assistant

CERTIFICATE OF SERVICE
CR 20-0266 WHA                    3