**Exhibit C: Tolling Agreement in place as of June 26, 2020**

REPLY BRIEF IN SUPPORT OF MOTION
TO DISMISS INFORMATION WITH PREJUDICE
CR 20-0266 WHA

## STATUTE OF LIMITATIONS
## TOLLING AGREEMENT

This Statute of Limitations Tolling Agreement ("Agreement") is entered into between **Michael Brent Rothenberg** and the **United States of America**, by and through its counsel, the United States Attorney's Office for the Northern District of California ("the Office"). As further detailed below, this agreement shall be effective for the period April 2, 2020, through and including June 30, 2020.

1. Mr. Rothenberg, his counsel, and the Office acknowledge that it is their mutual intention for this Agreement to effect a waiver and tolling of any federal statute of limitations (including, but not limited to, 18 U.S.C. §§ 3282, 3293, and 3301) for any alleged violation of federal law described herein.

2. This Agreement applies to any prosecution of any federal criminal offenses, and allegations thereof, arising from or relating to, in any way, Mr. Rothenberg's employment at and management of the entity now known as Rothenberg Ventures LLC, which was previously known as Frontier Venture Technology Capital LLC and Rothenberg Ventures Management Company, LLC. It also applies to all federal civil and criminal forfeiture actions that may be based on such federal criminal offenses.

3. Such violations of federal law may include, but are not limited to, alleged violations of 18 U.S.C. § 1343.

4. The parties to this Agreement hereby agree and stipulate that the period beginning on April 2, 2020, through and including June 30, 2020 (the "Tolling Period"), shall be excluded from any calculation of time for purposes of the application of any federal statute of limitations.

5. The parties to this Agreement further agree and stipulate that the running of any federal statute of limitations or any similar equitable doctrine for any alleged violation of federal law shall be tolled during the Tolling Period.

6. The Parties to this Agreement further agree and stipulate that the Tolling Period shall not be considered or assessed against the United States or the Office for purposes of any constitutional, statutory, or other challenge involving a claim of pre-indictment delay relating to any alleged violation of any relevant federal law.

7. Mr. Rothenberg having been advised by his counsel of the potential consequences of this Agreement to his rights under the Fifth and Sixth Amendments of the United States Constitution, the federal statute of limitations, and Rule 48(b) of the Federal Rules of Criminal Procedure, expressly waives his right to raise any defense based on the failure of a federal grand jury or the United States to charge him during the Tolling Period with any alleged violation of federal law arising from the Subject Activities, or the failure to institute civil or criminal forfeiture proceedings against him or against any of his assets during the Tolling Period.

8.  It is understood by the parties that nothing in this Agreement revives any criminal charges for which the applicable statute of limitations ran prior to April 2, 2020.

9.  Entering into this Agreement does not constitute an admission of wrongdoing by Mr. Rothenberg. It has been entered into for the sole purpose of acknowledging the National Emergency that has been declared in response to the COVID-19 outbreak and the District Court for the Northern District of California's General Order 72 limiting certain court and grand jury proceedings. This Agreement is inadmissible as evidence at any trial or sentencing of Mr. Rothenberg.

10. The parties hereby agree and stipulate that this Tolling Agreement shall be admitted in connection with any relevant motion or pretrial hearing, without the need to call a witness or otherwise to lay a foundation to admit this Tolling Agreement.

11. This Agreement does not limit or affect the right or discretion of the Office, or any other component of the United States Department of Justice, to seek or initiate criminal charges or any civil or criminal forfeiture proceedings against Mr. Rothenberg based upon the alleged violation of any federal law at any time.

12. This Agreement may be executed in counterparts and transmitted by facsimile and/or electronic copy, each of which counterparts will be deemed to be an original and which taken together will constitute the Agreement.

13. This Agreement represents the entire agreement of the parties and shall only be modified by written amendment.

READ AND AGREED TO:

DAVID L. ANDERSON
United States Attorney
Northern District of California

_____          4/2/2020
KYLE F. WALDINGER                   DATE
NICHOLAS WALSH
Assistant United States Attorneys


_____          April 2, 2020
EUGENE ILLOVSKY                     DATE
Counsel for Michael Brent Rothenberg


_____          April 2, 2020
MICHAEL BRENT ROTHENBERG            DATE