**Exhibit D: June 24, 2020 email from AUSA Nicholas Walsh, with attachment**

*AUSA Nicholas Walsh acknowledges that the attached summons does not have a docket number*

REPLY BRIEF IN SUPPORT OF MOTION
TO DISMISS INFORMATION WITH PREJUDICE
CR 20-0266 WHA

**From:** Walsh, Nicholas (USACAN)
**Sent:** Wednesday, June 24, 2020 7:12 PM
**To:** Eugene@boersch-illovsky.com
**Cc:** Waldinger, Kyle (USACAN) <KWaldinger@usa.doj.gov>; Barnard, Jennifer C. (SF) (FBI) <jcbarnard@fbi.gov>; Patel, Janak (SF) (FBI) <JPATEL@fbi.gov>
**Subject:** RE: Rothenberg Summons

Eugene:

Thanks again for accepting service. As we discussed on the phone, Mr. Rothenberg should bring the summons and complaint with him. Since these do not have a docket number, the USMS might not be happy. I will give the USMS a heads up about what is happening and send by email the docketed versions to the USMS directly as soon as we have them.

Very truly yours,

Nicholas

_____

Nicholas Walsh
Assistant United States Attorney
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102
415-436-7248 (direct)

**From:** Patel, Janak (SF) (FBI) <JPATEL@fbi.gov>
**Sent:** Wednesday, June 24, 2020 7:02 PM
**To:** Eugene@boersch-illovsky.com
**Cc:** Walsh, Nicholas (USACAN) <nwalsh@usa.doj.gov>; Waldinger, Kyle (USACAN) <KWaldinger@usa.doj.gov>; Barnard, Jennifer C. (SF) (FBI) <jcbarnard@fbi.gov>
**Subject:** Rothenberg Summons

Dear Mr. Illovsky:

Thank you for agreeing to accept service of this summons on behalf of your client, Michael Rothenberg. This summons does not yet have a docket number because the Clerk's Office is still processing the paperwork. AUSA Nicholas Walsh will send the docketed summons to you as soon as it is available.

Sincerely,

Jay Patel
Special Agent
Federal Bureau of Investigation
San Francisco Field Office
415-553-2077

AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| United States of America | ) |
|---|---|
| v. | ) |
| MICHAEL BRENT ROTHENBERG, a/k/a MIKE ROTHENBERG, | ) ) Case No. |
| | ) |
| *Defendant* | ) |

**SUMMONS IN A CRIMINAL CASE**

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of Court

| Place: | United States Marshals Service 450 Golden Gate Avenue San Francisco, CA 94102 | Courtroom No.: 20th Floor |
|---|---|---|
| | | Date and Time: June 25, 2020 at 1:00 p.m. |

This offense is briefly described as follows:

Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2.

Date: June 24, 2020

*Issuing officer's signature*

Thomas S. Hixson, U.S. Magistrate Judge
*Printed name and title*

I declare under penalty of perjury that I have:

☐ Executed and returned this summons     ☐ Returned this summons unexecuted

Date: _____

*Server's signature*

*Printed name and title*

**Exhibit D** *(continued):* **June 25, 2020 email from AUSA Nicholas Walsh, with attachment**

*AUSA Nicholas Walsh claims the attachment is now a "docketed Summons", when in fact the government failed to docket the Summons at any point.  As AUSA Walsh is well aware, writing in a docket number does not file that document with the court nor make that document "docketed".*

*Furthermore,* **Fed. R. Crim. P. 4(b)(2)** *provides that a Summons "must require the defendant to appear before a magistrate judge at a stated time and place", which the falsely labeled "docketed Summons" fails to do.  Perhaps this deceit is why the government was unable to add this Summons to the docket, prior to attempting to hide this fraud from the court by creating a new docket and promptly closing the docket number '3-20-70834 MAG' referenced in the Summons the very next day (June 26, 2020).*

**From:** "Walsh, Nicholas (USACAN)" <Nicholas.Walsh@usdoj.gov>
**Date:** Thursday, June 25, 2020 at 10:09 AM
**To:** Eugene Illovsky <Eugene@boersch-illovsky.com>
**Cc:** "Waldinger, Kyle (USACAN)" <Kyle.Waldinger@usdoj.gov>, "Barnard, Jennifer C. (SF) (FBI)" <jcbarnard@fbi.gov>, "Patel, Janak (SF) (FBI)" <JPATEL@fbi.gov>
**Subject:** DOCKETED Rothenberg Summons

Eugene:

Attached please find the docketed Summons.  Please pass this on to Mr. Rothenberg so that he can have it when he appears for processing.

Very truly yours,

Nicholas

_____

Nicholas Walsh
Assistant United States Attorney
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102
415-436-7248 (direct)

AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| United States of America<br>v.<br>MICHAEL BRENT ROTHENBERG,<br>a/k/a MIKE ROTHENBERG,<br><br>_Defendant_ | )<br>)<br>)<br>)  Case No. 3-20-70834 MAG<br>)<br>)<br>) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint

☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of Court

| Place: United States Marshals Service<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 | Courtroom No.: 20th Floor |
|---|---|
| | Date and Time: June 25, 2020 at 1:00 p.m. |

This offense is briefly described as follows:

Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2.


Date: June 24, 2020

_Issuing officer's signature_

Thomas S. Hixson, U.S. Magistrate Judge
_Printed name and title_

---

I declare under penalty of perjury that I have:

☐ Executed and returned this summons      ☐ Returned this summons unexecuted

Date: _____

_Server's signature_

_Printed name and title_