**Exhibit B: Mr. Biggie Smalls (on the left)**



*Mr. Biggie Smalls (Left) is subject to a hypothetical "Forbidden from Leaving My House" order*

REPLY BRIEF IN SUPPORT OF MOTION
TO DISMISS INFORMATION WITH PREJUDICE
CR 20-0266 WHA