UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>   Plaintiff,<br><br>  v.<br><br>LAWRENCE RUFRANO,<br><br>   Defendant. | Case No. 20-mj-71490-MAG-1  (JCS)<br><br>**ORDER RE: DUE PROCESS PROTECTIONS ACT** |

  Pursuant to the Due Process Protection Act, counsel for the government is reminded of his/her disclosure obligations pursuant to *Brady v. Maryland* and its progeny.  The failure to do so in a timely manner may result in dismissal of the indictment or information, dismissal of individual charges, exclusion of government evidence or witnesses, or any other remedy that is just under the circumstances.

  **IT IS SO ORDERED.**

Dated: October 28, 2020

                  _____
                  JOSEPH C. SPERO
                  Chief Magistrate Judge