STEVEN G. KALAR
Federal Public Defender
Northern District of California
ANGELA CHUANG
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:  (415) 436-7700
Facsimile:  (415) 436-7706
Email:  Angela_chuang@fd.org

Counsel for Defendant ROTHENBERG

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.:** CR 20–266 WHA |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE** |
| v. | |
| MICHAEL BRENT ROTHENBERG, | |
| Defendant. | |

    The above titled matter is currently scheduled for ID of counsel on November 9, 2020. Undersigned defense counsel and Mr. Rothenberg are in the process of reviewing financial discovery to assist in completing the financial declaration for appointment of counsel, and require additional time to do so. The parties therefore stipulate that the presently scheduled hearing shall be vacated and that the matter shall be set for ID of counsel on November 16, 2020 at 10:30 AM on the duty calendar.

    The parties further stipulate that time should be excluded from computation under the Speedy Trial Act until November 16, 2020 to allow for the effective preparation of counsel.

[PROPOSED] STIPULATED ORDER
*ROTHENBERG*, CR 20–266 MAG

*See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties agree that the ends of justice served by ordering this continuance outweigh the best interest of the public and this defendant's right to a speedy trial, and merits this exclusion of time. *See* 18 U.S.C. § 3161(h)(7)(A).

IT IS SO STIPULATED.

| | |
|---|---|
| November 6, 2020<br>Dated | DAVID L. ANDERSON<br>United States Attorney<br>Northern District of California |
| | /S<br>NICHOLAS WALSH<br>Assistant United States Attorney |
| November 6, 2020<br>Dated | STEVEN G. KALAR<br>Federal Public Defender<br>Northern District of California |
| | /S<br>ANGELA CHUANG<br>Assistant Federal Public Defender |

### [~~PROPOSED~~] ORDER

For the reasons stated above, the Court VACATES all appearances and CONTINUES this case to November 16, 2020 at 10:30 AM for ID of counsel.

The Court also finds that exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from November 9, 2020, through November 16, 2020, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

DATED:  November 6, 2020

*Jacqueline Scott Corley*
JACQUELINE S. CORLEY
United States Magistrate Judge

[~~PROPOSED~~] STIPULATED ORDER
*ROTHENBERG*, CR 20–266 WHA