DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

KYLE F. WALDINGER (CABN 298752)
NICHOLAS J. WALSH (CABN 314290)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Facsimile: (415) 436-7234
    E-mail:    Kyle.Waldinger@usdoj.gov
                  Nicholas.Walsh@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 20-0266 JST |
| Plaintiff, | **STIPULATION RE-SCHEDULING STATUS CONFERENCE DATE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| v. | |
| MICHAEL ROTHENBERG, | **AND [PROPOSED] ORDER** |
| Defendant. | |

The parties hereby stipulate and agree as follows:

1. The parties last appeared before Magistrate Judge Jacqueline Scott Corley (by Zoom) on November 16, 2020. At that appearance, the court appointed Assistant Federal Public Defender Angela Chuang to represent the defendant. The court scheduled the parties' next appearance for December 15, 2020, before The Honorable William Alsup, and excluded time under the Speedy Trial Act to that date. *See* dkt. 30.

2. On December 9, 2020, The Honorable Jon S. Tigar found that this case was related to a civil action that had been assigned to him. Accordingly, this case was re-assigned to Judge Tigar on that

STIPULATION AND [PROPOSED] ORDER
CR 20-0266 JST

1  date.  Judge Tigar's order vacated all presently scheduled hearings.

2      3.    Because this case is now venued in Oakland, an attorney in the Oakland office of the
3  Federal Public Defender will seek to be appointed in this case to replace Ms. Chuang.  Since the parties'
4  appearance on November 16, 2020, the government has produced two rounds of discovery to the
5  defense.  These productions consist of a total of more than 100,000 Bates-numbered documents.  The
6  government anticipates producing additional discovery by the end of 2020.  Given the significant
7  amount of discovery that has been and will be produced, and given that it is anticipated that new defense
8  counsel will be assigned to this case, the defense needs additional time to review the discovery and to
9  investigate the case.

10     4.    Based on the above, the parties now stipulate and agree that the status hearing previously
11 scheduled to occur before Judge Alsup on December 15, 2020, should be re-scheduled and placed on
12 Judge Tigar's calendar for **January 29, 2021, at 9:30 a.m.**

13     5.    Furthermore, the United States and the defendant stipulate and agree that failing to
14 exclude the time from the date of this stipulation (December 11, 2020) to January 29, 2021, would
15 unreasonably deny the defendant continuity of counsel and would deny counsel for the defendant the
16 reasonable time necessary for effective preparation, taking into account the exercise of due diligence.
17 18 U.S.C. § 3161(h)(7)(B)(iv).  Moreover, the parties stipulate and agree that the ends of justice served
18 by excluding the time from December 11, 2020, to January 29, 2021, from computation under the
19 Speedy Trial Act outweigh the best interests of the public and the defendants in a speedy trial and that,
20 therefore, the time from December 11, 2020, to January 29, 2021, should be excluded from computation
21 under the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

22     6.    The undersigned counsel for the government certify that they have obtained approval
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

from counsel for the defendant to file this stipulation and proposed order.

SO STIPULATED.

DATED: December 11, 2020                           DAVID L. ANDERSON
                                                   United States Attorney

                                                   /s/
                                                   _____
                                                   KYLE F. WALDINGER
                                                   NICHOLAS J. WALSH
                                                   Assistant United States Attorneys

                                                   /s/
DATED: December 11, 2020                           _____
                                                   ANGELA CHUANG
                                                   Attorney for MICHAEL ROTHENBERG

## [PROPOSED] ORDER

Based on the stipulation of the parties, IT IS HEREBY ORDERED that the status hearing previously scheduled for December 15, 2020, be re-scheduled to **January 29, 2021, at 9:30 a.m**.

Furthermore, based upon the stipulation of the parties, and for good cause shown, the Court finds that failing to exclude the time from the date of the parties' stipulation (December 11, 2020) to January 29, 2021, would unreasonably deny the defendant continuity of counsel and would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from December 11, 2020, to January 29, 2021, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from December 11, 2021, to January 29, 2021, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: December 11, 2020                           _____
                                                   HON. JON S. TIGAR
                                                   United States District Judge