STEVEN G. KALAR
Federal Public Defender
Northern District of California
HANNI FAKHOURY
Assistant Federal Public Defender
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone: (510) 637-3500
Facsimile: (510) 637-3507
Email: Hanni_Fakhoury@fd.org

Counsel for Defendant Rothenberg

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.:** CR 20–266 JST |
| Plaintiff, | **SUBSTITUTION OF ATTORNEY** |
| v. | **Court:**  Courtroom 6, 4th Floor |
| MICHAEL ROTHENBERG, | |
| Defendant. | |

Pursuant to Criminal Local Rule 44-2 (a), undersigned counsel, Assistant Federal Public Defender Hanni Fakhoury, enters their general appearance as lead counsel for defendant. Please terminate Assistant Federal Public Defender Angela Chuang as lead counsel. Counsel's contact information is listed above.

| | |
|---|---|
| Dated: January 21, 2021 | Respectfully submitted,<br><br>STEVEN G. KALAR<br>Federal Public Defender<br>Northern District of California<br><br>              /S             <br>HANNI FAKHOURY<br>Assistant Federal Public Defender |