# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT of CALIFORNIA

## *CRIMINAL HEARING MINUTES*

| | | | |
|---|---|---|---|
| Judge: | Jon S. Tigar | Time in Court: | 15 minutes |
| Date: | January 29, 2021 | | |
| Case No. | **3:20-cr-00266-JST-1** | | |

**United States of America**   v.   **Michael Brent Rothenberg**

        Defendant
☑ Present
☐ Not Present
☐ In Custody

Kyle F. Waldinger  
Nicholas Walsh  
U.S. Attorney

Hanni Fakhoury

Defense Counsel

Courtroom Deputy Clerk: Mauriona Lee    Court Reporter: Raynee Mercado

## *PROCEEDINGS*

Status Conference – held.

## *RESULT OF HEARING*

1. Hearing held via Zoom videoconference.
2. Discovery is ongoing.
3. Status conference set for April 23, 2021 at 9:30 a.m.
4. Time is excluded through April 23, 2021 for effective preparation of counsel. The Government shall prepare a proposed order.