DAVID L. ANDERSON (CABN 149604)
United States Attorney

BENJAMIN KINGSLEY (CABN 314192)
Acting Criminal Chief

KYLE F. WALDINGER (CABN 298752)
NICHOLAS J. WALSH (CABN 314290)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Email: kyle.waldinger@usdoj.gov
    Email: nicholas.walsh@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 20-CR-00266 JST |
| Plaintiff, | STIPULATION TO EXCLUDE TIME FROM THE SPEEDY TRIAL ACT CALCULATION |
| v. | AND |
| MICHAEL BRENT ROTHENBERG,<br>   a/k/a MIKE ROTHENBERG, | [PROPOSED] ORDER |
| Defendant. | |

With the agreement of the parties, and with the consent of the defendant, the Court enters this Order excluding time under the Speedy Trial Act, 18 U.S.C. § 3161(h), from January 29, 2021, through and including April 23, 2021.

The parties agree, and the Court finds and holds, as follows:

1.    The defendant, Michael Brent Rothenberg, represented by his attorney Assistant Federal Public Defender Hanni Fakhoury, and the government, represented by Assistant United States Attorneys Kyle Waldinger and Nicholas Walsh, appeared before the Court on January 29, 2021, for a first district

1  court appearance. At the conclusion of the hearing, the matter was continued to April 23, 2021, at 9:30 a.m., for a status hearing.

2.  As stated in court on January 29, 2021, the government has provided three rounds of discovery to the defendant. Defendant's counsel is reviewing the discovery, which included over 300,000 pages of documents relevant to the indictment in this matter.

3.  The government has additional discovery to provide in this matter as well.

4.  Because the defense team requires time to review the discovery and to conduct necessary investigation, and additional time is necessary for the effective preparation of a defense, the parties agree that time should be excluded under the Speedy Trial Act between January 29, 2021, and April 23, 2021.

5.  Further, the parties agree that the ends of justice outweigh the best interests of the public and the defendant in a speedy trial and thus excluding the time between January 29, 2021, and April 23, 2021, from computation under the Speedy Trial Act is appropriate.

IT IS SO STIPULATED.

DATED: January 29, 2021

DAVID L. ANDERSON
United States Attorney

*/s/ Nicholas Walsh*
KYLE F. WALDINGER
NICHOLAS J. WALSH
Assistant United States Attorneys

DATED: January 29, 2021

*/s/ Hanni Fakhoury*
HANNI FAKHOURY
Counsel for the Defendant

\\
\\
\\
\\

STIPULATION AND [PROPOSED] ORDER
CR 20-CR-00266 JST

2

[PROPOSED] ORDER

Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between January 29, 2021, and April 23, 2021, would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time between January 29, 2021, and April 23, 2021, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, IT IS HEREBY ORDERED that the time between January 29, 2021, and April 23, 2021, shall be excluded from computation under the Speedy Trial Act.  See 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: January 29, 2021

_____
THE HONORABLE JON S. TIGAR