MOEEL LAH FAKHOURY LLP
Hanni M. Fakhoury (State Bar. No. 252629)
1300 Clay Street, Suite 600
Oakland, CA 94612
Telephone:   (510) 500-9994
Email:         hanni@mlf-llp.com

Counsel for Michael Rothenberg

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL ROTHENBERG<br><br>Defendant. | **Case No.:** CR 20-266-JST<br><br>**NOTICE OF CHANGE OF FIRM AND CONTACT INFORMATION** |

PLEASE TAKE NOTICE that effective immediately, undersigned is no longer with the Federal Public Defender and is now practicing with Moeel Lah Fakhoury LLP. Counsel's new contact information is as follows.

Moeel Lah Fakhoury LLP
1300 Clay Street, Suite 600
Oakland, CA 94612
Telephone: (510) 500-9994
Email: hanni@mlf-llp.com

Dated:   April 4, 2021                                   MOEEL LAH FAKHOURY LLP

                                                                          /S
                                                                      _____
                                                                      Hanni M. Fakhoury
                                                                      Attorney for Michael Rothenberg