1  STEPHANIE M. HINDS (CABN 154284)]
   Acting United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  KYLE F. WALDINGER (CABN 298752)
   NICHOLAS J. WALSH (CABN 314290)
5  Assistant United States Attorneys

6       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
7       Telephone: (415) 436-7200
        Fax: (415) 436-7234
8       Email: Kyle.Waldinger@usdoj.gov
               Nicholas.Walsh@usdoj.gov
9
   Attorneys for the United States of America
10

11

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14                           OAKLAND DIVISION

15  UNITED STATES OF AMERICA,            ) NO. CR 20-0266 JST
                                          )
16         Plaintiff,                     )
                                          ) STIPULATION AND [PROPOSED] ORDER
17     v.                                 ) GOVERNING DISCLOSURE OF DOCUMENTS
                                          ) PURSUANT TO RULE 502 OF THE FEDERAL
                                          ) RULES OF EVIDENCE
18  MICHAEL BRENT ROTHENBERG,             )
          a/k/a MIKE ROTHENBERG,          )
19                                        )
           Defendant.                     )
20  _____)

21         The United States, by its attorneys AUSA Kyle F. Waldinger and AUSA Nicholas J. Walsh, and

22  third party Rothenberg Ventures Management Company ("RVMC"), by its attorney Jahan P. Raissi,

23  hereby stipulate and agree as follows:

24         Whereas, the United States obtained in the course of its investigation in this case a computer

25  hard drive from the Securities and Exchange Commission ("SEC"). The United States understands that:

26  (a) the hard drive contained copies of materials downloaded from RVMC's computer systems in 2016

27  prior to the initiation of the United States' criminal investigation and prior to the SEC's parallel

28  investigation (hereafter "RVMC Materials"); (b) the RVMC Materials were provided to the SEC by a

STIP. AND [PROPOSED] ORDER
CR 20-0266 JST

party other than RVMC; (c) the SEC did not review the RVMC Materials; and, (d) correspondence and other materials protected by RVMC's attorney-client privilege with its counsel may be included among the RVMC Materials. Without reviewing the contents of the RVMC Materials, counsel for the United States has determined that there are more than 130,000 document pages among the RVMC Materials; and

Whereas the United States has informed RVMC through its counsel that it wishes both to produce a copy of the RVMC Materials to counsel for the defendant Rothenberg in furtherance of its Rule 16, Jencks Act, *Brady*, and other discovery obligations and to review the RVMC Materials itself for evidence of the crimes charged; and

Whereas the United States and RVMC wish to preserve all of RVMC's attorney-client privilege and work-product claims with respect to the RVMC Materials without resort to a lengthy and complicated filter process.

Accordingly, the United States and RVMC agree that:

1. RVMC's agreement that (a) the RVMC Materials may be disclosed to the defendant Rothenberg by the United States and (b) the RVMC Materials may be disclosed to the United States' prosecution team in this case, does not constitute a waiver on the part of RVMC of any attorney-client privilege or any work-product protection over the RVMC Materials, the communications contained therein, or their subject matter in this or any other proceeding.

2. this stipulation and agreement is to be interpreted to provide the greatest protection allowed under Federal Rule of Evidence ("FRE") 502, or otherwise permitted by law.

3. the Court may order that RVMC's attorney-client privilege and work-product protection are not waived and will not be waived in this case, or in any other federal or state proceeding, by the contemplated disclosures of the RVMC Materials, which disclosures are being made in connection with this criminal case pending before the Court, pursuant to FRE 502(d).

4. this stipulation and agreement will be incorporated by the Order that the United States and RVMC have proposed and that, therefore, the stipulation, agreement, and Order constitute a binding

///

///

agreement pursuant to FRE 502(d) and (e).

**SO STIPULATED.**

DATED: April 12, 2021

STEPHANIE M. HINDS
Acting United States Attorney

_____
KYLE F. WALDINGER
NICHOLAS J. WALSH
Assistant United States Attorneys

DATED: April 12, 2021

_____
JAHAN P. RAISSI
Attorney for Rothenberg Ventures Management Company

DATED: April 12, 2021

_____
J.R. EPPLER
Manager
Rothenberg Ventures Management Company

**[PROPOSED] ORDER**

For the reasons stated in the stipulation of the United States and Rothenberg Ventures Management Company ("RVMC"):

The Court hereby **ORDERS** that RVMC's attorney-client privilege and work-product protections are not waived and will not be waived in this case, or in any other federal or state proceeding, by the disclosures of the RVMC Materials to the defendant Rothenberg or to the United States' prosecution team, which disclosures are being made in connection with this criminal case pending before the Court, pursuant to FRE 502(d) and (e).

The Court further **ORDERS** that the United States' and RVMC's stipulation and agreement is incorporated by this Order and that, therefore, the stipulation, agreement, and this Order constitute a binding agreement pursuant to FRE 502(d) and (e).

**SO ORDERED:**

DATED: April 13, 2021

_____
HON. JON S. TIGAR
United States District Judge

STIP. AND [PROPOSED] ORDER
CR 20-0266 JST

3