UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL BRENT ROTHENBERG,<br><br>Defendant. | Case No. 20-cr-00266-JST-1<br><br>**ORDER DENYING MOTION TO DISMISS AS MOOT**<br><br>Re: ECF No. 8 |
|---|---|

On July 2, 2020, Defendant Rothenberg filed a motion to dismiss the information then pending against him. ECF No. 8. He based his motion on Rule 7's requirement that federal felonies be prosecuted by indictment unless the defendant voluntarily waives that requirement. Fed. R. Crim. P. 7(a)(1), 7(b); *see also Peterson v. California*, 604 F.3d 1166, 1169 (9th Cir. 2010) (observing that "in the federal system, all felonies are prosecuted by indictment").

Because the government filed a superseding indictment on August 20, 202, the Court now denies Rothenberg's motion as moot. *See, e.g., United States v. Nez*, No. CR-12-08109-PCT-GMS, 2013 WL 2302036, at *1 (D. Ariz. May 24, 2013) (denying as moot motion to dismiss indictment when superseding indictment cured alleged defects).

**IT IS SO ORDERED.**

Dated: April 21, 2021

_____
JON S. TIGAR
United States District Judge