MOEEL LAH FAKHOURY LLP
Hanni M. Fakhoury (State Bar No. 252629)
1300 Clay Street, Suite 600
Oakland, CA 94612
Telephone: (510) 637-3500
Email: hanni@mlf-llp.com

Attorneys for Michael Rothenberg

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL ROTHENBERG,<br><br>Defendant. | Case No.: 4:20-CR-00266-JST<br><br>**STIPULATION AND [PROPOSED] ORDER RESETTING STATUS HEARING AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT**<br><br>Hearing Date:  April 23, 2021<br>Hearing Time:  9:30 a.m. |

The parties jointly request the Court reset the status conference from April 23, 2021 to June 11, 2021 at 9:30 a.m. Mr. Rothenberg is charged with bank fraud, wire fraud, false statements to a financial institution, and money laundering in an extensive indictment. The government has so far produced a voluminous amount of discovery, and anticipates more discovery will be produced shortly. Defense counsel needs additional time to review the discovery with Mr. Rothenberg and discuss the case. The parties thus request the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), between April 23, 2021 and June 11, 2021 to allow for effective preparation of counsel taking into account the exercise of due diligence.

|    |    |    |
|----|----|----|
| 1  |    |    |
| 2  |    | IT IS SO STIPULATED. |
| 3  |    |    |
| 4  | Dated:   April 21, 2021 | MOEEL LAH FAKHOURY LLP |
| 5  |    | /S |
| 6  |    | HANNI M. FAKHOURY<br>Attorneys for Michael Rothenberg |
| 7  |    |    |
| 8  | Dated:   April 21, 2021 | STEPHANIE M. HINDS<br>Acting United States Attorney |
| 9  |    | Northern District of California |
| 10 |    | /S |
| 11 |    | KYLE F. WALDINGER<br>NICHOLAS J. WALSH |
| 12 |    | Assistant United States Attorneys |

# [PROPOSED] ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby finds:

1. A voluminous amount of discovery has been produced by the government, and the defendant and defense counsel need additional time to discuss the case and the evidence.

2. These tasks are necessary for the defense preparation of the case, and the failure to grant the requested continuance would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and

3. The ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial.

Based on these findings, it is hereby ordered that the status hearing date of April 23, 2021, scheduled at 9:30 a.m. is vacated and reset for June 11, 2021 at 9:30 a.m. It is further ordered that time is excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), from April 23, 2021 through June 11, 2021.

DATED:_____

_____
HONORABLE JON S. TIGAR
United States District Judge

**IT IS SO ORDERED.**