1  MOEL LAH FAKHOURY LLP
Hanni M. Fakhoury (State Bar No. 252629)
2  1300 Clay Street, Suite 600
Oakland, CA 94612
3  Telephone:   (510) 637-3500
Email:        hanni@mlf-llp.com
4

5  Attorneys for Michael Rothenberg

6

7              IN THE UNITED STATES DISTRICT COURT

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                       OAKLAND DIVISION

10

11  UNITED STATES OF AMERICA,        **Case No.:** 4:20-CR-00266-JST

12          Plaintiff,               **STIPULATION AND [PROPOSED]**
                                     **ORDER SETTING BRIEFING**
13      v.                           **SCHEDULE**

14  MICHAEL ROTHENBERG,              **Hearing Date:**   June 11, 2021
                                     **Hearing Time:**   9:30 a.m.
15          Defendant.

16

17      Michael Rothenberg is charged with bank fraud, wire fraud, false statements to a financial

18  institution, and money laundering in an extensive superseding indictment. He is out of custody and a

19  status conference is currently set for June 11, 2021. Mr. Rothenberg intends to file a pretrial motion

20  ahead of the June 11 status conference and the parties have met and conferred and agreed to the

21  following briefing schedule on the motion:

22      • Defense motion due May 7, 2021

23      • Government opposition due May 28, 2021

24      • Defense reply due June 4, 2021

25  The parties jointly ask this Court to set a motion hearing on the motion on June 11, 2021. Time has

26  already been excluded under the Speedy Trial Act through that day. *See* Dkt. 47.

27

28

STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE
*United States v. Rothenberg*, 4:20-CR-00266-JST

1

2                                                    IT IS SO STIPULATED.

3

4    Dated:      May 3, 2021                         MOEEL LAH FAKHOURY LLP

5                                                         /S
                                                     HANNI M. FAKHOURY
6                                                    Attorneys for Michael Rothenberg

7

8    Dated:      May 3, 2021                         STEPHANIE M. HINDS
                                                     Acting United States Attorney
9                                                    Northern District of California

10                                                        /S
                                                     KYLE F. WALDINGER
11                                                   NICHOLAS J. WALSH
                                                     Assistant United States Attorneys
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

# [PROPOSED] ORDER

2      Based on the reasons provided in the stipulation of the parties above, the Court hereby adopts

3  the following briefing schedule for a pretrial motion the defendant intends to file:

4      • Defense motion due May 7, 2021

5      • Government opposition due May 28, 2021

6      • Defense reply due June 4, 2021

7  The motion will be heard on June 11, 2021 at 9:30 a.m.

8

9  DATED:_____

10                                    _____
                                      HONORABLE JON S. TIGAR
                                      United States District Judge

11      **IT IS SO ORDERED.**

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28