MOEEL LAH FAKHOURY LLP
Hanni M. Fakhoury (State Bar No. 252629)
1300 Clay Street, Suite 600
Oakland, CA 94612
Telephone: (510) 637-3500
Email: hanni@mlf-llp.com

Attorneys for Michael Rothenberg

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL ROTHENBERG,<br><br>Defendant. | Case No.: 4:20-CR-00266-JST<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE**<br><br>**Hearing Date:** June 11, 2021<br>**Hearing Time:** 9:30 a.m. |

Michael Rothenberg is charged with bank fraud, wire fraud, false statements to a financial institution, and money laundering in an extensive superseding indictment. He is out of custody and a status conference is currently set for June 11, 2021. Mr. Rothenberg intends to file a pretrial motion ahead of the June 11 status conference and the parties have met and conferred and agreed to the following briefing schedule on the motion:

- Defense motion due May 7, 2021
- Government opposition due May 28, 2021
- Defense reply due June 4, 2021

The parties jointly ask this Court to set a motion hearing on the motion on June 11, 2021. Time has already been excluded under the Speedy Trial Act through that day. *See* Dkt. 47.

|   |   |
|---|---|
|   | IT IS SO STIPULATED. |
| Dated: May 3, 2021 | MOEEL LAH FAKHOURY LLP |
|   | /S<br>HANNI M. FAKHOURY<br>Attorneys for Michael Rothenberg |
| Dated: May 3, 2021 | STEPHANIE M. HINDS<br>Acting United States Attorney<br>Northern District of California |
|   | /S<br>KYLE F. WALDINGER<br>NICHOLAS J. WALSH<br>Assistant United States Attorneys |

# [~~PROPOSED~~] ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby adopts the following briefing schedule for a pretrial motion the defendant intends to file:

- Defense motion due May 7, 2021
- Government opposition due May 28, 2021
- Defense reply due June 4, 2021

The motion will be heard on June 11, 2021 at 9:30 a.m.

DATED: May 4, 2021

HONORABLE JON S. TIGAR
United States District Judge

**IT IS SO ORDERED.**