UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

*CRIMINAL HEARING MINUTES*

| | | | |
|---|---|---|---|
| Judge: | Jon S. Tigar | Time in Court: | 40 minutes |
| Date: | June 11, 2021 | | |
| Case No. | **3:20-cr-00266-JST** | | |

**United States of America**     v.     **Michael Brent Rothenberg**

☐ Defendant
☑ Present
☐ Not Present
☐ In Custody

Nicholas Walsh
Kyle Waldinger
U.S. Attorney

Hanni Fakhoury
Defense Counsel

Courtroom Deputy Clerk: Mauriona Lee     Court Reporter: Diane Skillman

*PROCEEDINGS*

Motion hearing – held.

*RESULT OF HEARING*

1. Hearing held via Zoom videoconference.
2. Argument heard from both parties. Motion taken under submission. Written order to issue.
3. Status conference set for October 1, 2021 at 9:30 a.m.
4. The defendant is ordered to be personally present at the next hearing.
5. Time is excluded through October 1, 2021 for effective preparation of counsel.  The Government shall prepare a proposed order.

1