1 | STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

2

3 | HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

4 | KYLE F. WALDINGER (CABN 298752)
NICHOLAS J. WALSH (CABN 314290)

5 | Assistant United States Attorneys

6 |     450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102-3495

7 |     Telephone: (415) 436-7200
     FAX: (415) 436-7234

8 |     Email: kyle.waldinger@usdoj.gov
     Email: nicholas.walsh@usdoj.gov

9

Attorneys for United States of America

10 |                    UNITED STATES DISTRICT COURT

11 |                    NORTHERN DISTRICT OF CALIFORNIA

12 |                       SAN FRANCISCO DIVISION

13

UNITED STATES OF AMERICA,              )   CASE NO. 20-CR-00266 JST

14 |                                     )
            Plaintiff,                   )   STIPULATION TO EXCLUDE TIME FROM THE

15 |                                     )   SPEEDY TRIAL ACT CALCULATION
                                         )
       v.                                )

16 |                                     )   AND
                                         )
MICHAEL BRENT ROTHENBERG,                )   [PROPOSED] ORDER

17 |       a/k/a MIKE ROTHENBERG,        )
                                         )

18 |       Defendant.                    )
_____ )

19

20

21 |        At the request of the Court at the conclusion of a hearing held on before the Court on June 11,

22 | 2021, the parties, with the consent of the defendant, hereby submit this stipulation to exclude time under

23 | the Speedy Trial Act, 18 U.S.C. § 3161(h), from June 11, 2021, through and including October 1, 2021.

24 |        The parties agree as follows:

25 |        1.      The defendant, Michael Brent Rothenberg, represented by his attorney Hanni Fakhoury,

26 | and the government, represented by Assistant United States Attorneys Kyle Waldinger and Nicholas

27 | Walsh, appeared before the Court on June 11, 2021, for a hearing on a motion to dismiss certain counts

28 | of the Indictment and for a status conference regarding the criminal matter as a whole.  At the

conclusion of the hearing, the matter was continued to October 1, 2021, at 9:30 a.m., for a status hearing.

2.      As stated in court on June 11, 2021, the government has provided a large amount of discovery to the defendant.  Defendant's counsel is reviewing the discovery, which included over 300,000 pages of documents relevant to the indictment in this matter.

3.      Because the defense team requires time to review the discovery and to conduct necessary investigation, and additional time is necessary for the effective preparation of a defense, the parties agree that time should be excluded under the Speedy Trial Act between June 11, 2021, and October 1, 2021.

4.      Further, the parties agree that the ends of justice outweigh the best interests of the public and the defendant in a speedy trial and thus excluding the time between June 11, 2021, and October 1, 2021, from computation under the Speedy Trial Act is appropriate.

IT IS SO STIPULATED.


DATED:  June 14, 2021                    STEPHANIE M. HINDS
                                         Acting United States Attorney


                                            _/s/ Nicholas Walsh_
                                         KYLE F. WALDINGER
                                         NICHOLAS J. WALSH
                                         Assistant United States Attorneys


DATED:  June 14, 2021                    MOEEL LAH FAKHOURY LLP


                                            _/s/ Hanni Fakhoury_
                                         HANNI FAKHOURY
                                         Counsel for the Defendant

\\
\\
\\
\\

1

**[PROPOSED] ORDER**

2    Based upon the representations of counsel in the above stipulation and during a hearing on June

3 11, 2021, and for good cause shown, the Court finds that failing to exclude the time between June 11,

4 2021, and October 1, 2021, would deny counsel the reasonable time necessary for effective preparation,

5 taking into account the exercise of due diligence.  See 18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further

6 finds that the ends of justice served by excluding the time between June 11, 2021, and October 1, 2021,

7 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant

8 in a speedy trial.

9    Therefore, IT IS HEREBY ORDERED that the time between June 11, 2021, and October 1,

10 2021, shall be excluded from computation under the Speedy Trial Act.  See 18 U.S.C. § 3161(h)(7)(A)

11 and (B)(iv).

12    IT IS SO ORDERED.

13

14 DATED: _____, 2021   _____

15           THE HONORABLE JON S. TIGAR

16

17

18

19

20

21

22

23

24

25

26

27

28