MOEEL LAH FAKHOURY LLP
Hanni M. Fakhoury (State Bar No. 252629)
1300 Clay Street, Suite 600
Oakland, CA 94612
Telephone: (510) 637-3500
Email: hanni@mlf-llp.com

Attorneys for Michael Rothenberg

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL ROTHENBERG,<br><br>Defendant. | Case No.: 3:20-CR-00266-JST<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE, RESETTING MOTION HEARING AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT**<br><br>Hearing Date:   October 1, 2021<br>Hearing Time:   9:30 a.m. |

At the June 11, 2021 status conference, the parties agreed to meet and confer regarding the setting of a briefing schedule on certain pretrial motions Mr. Rothenberg intends to file, and the Court set a status conference on October 1, 2021 at 9:30 a.m., excluding time under the Speedy Trial Act through that day. *See* Dkt. 56, 58. The parties have met and conferred and have reached the following agreement.

Mr. Rothenberg will first file a motion for intradistrict transfer. The parties have agreed to the following briefing schedule on that motion:

- Defense motion due July 2, 2021
- Government opposition due July 23, 2021
- Defense reply due July 30, 2021
- Motion hearing on request for intradistrict transfer August 6, 2021

Mr. Rothenberg will then file additional motions under the following agreed upon schedule:

STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE, RESETTING STATUS HEARING AND EXCLUDING TIME
*United States v. Rothenberg*, 3:20-CR-00266-JST

1

- Defense motions due August 13, 2021
- Government oppositions due September 10, 2021
- Defense replies due September 24, 2021
- Motion hearing on October 8, 2021

The parties jointly request the motion hearing set on October 1, 2021 be reset to October 8, 2021 because undersigned defense counsel will be out of the district and unavailable on the originally set October 1 hearing date.

Finally, because the parties are requesting the hearing date be reset to October 8, the parties jointly agree that time should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), through that date to allow for effective preparation of counsel taking into account the exercise of due diligence.

IT IS SO STIPULATED.

Dated:   June 29, 2021                                      MOEEL LAH FAKHOURY LLP

                                                            /S
                                                            HANNI M. FAKHOURY
                                                            Attorneys for Michael Rothenberg

Dated:   June 29, 2021                                      STEPHANIE M. HINDS
                                                            Acting United States Attorney
                                                            Northern District of California

                                                            /S
                                                            KYLE F. WALDINGER
                                                            NICHOLAS J. WALSH
                                                            Assistant United States Attorneys

**[PROPOSED] ORDER**

Based on the reasons provided in the stipulation of the parties above, the Court hereby ORDERS the following:

1. The following schedule applies to Mr. Rothenberg's motion for intradistrict transfer:

    a. Defense motion due July 2, 2021;

    b. Government opposition due July 23, 2021;

    c. Defense reply due July 30, 2021; and

    d. A hearing on the motion will be set August 6, 2021 at 9:30 a.m.

2. The following schedule applies to additional motions Mr. Rothenberg intends to file:

    a. Defense motions due August 13, 2021;

    b. Government oppositions due September 10, 2021; and

    c. Defense replies due September 24, 2021.

3. The motion hearing set for October 1, 2021 is reset to October 8, 2021 at 9:30 a.m.;

4. Time is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), from October 1, 2021 through October 8, 2021 because:

    a. a voluminous amount of discovery has been produced by the government;

    b. the defendant and defense counsel need additional time to discuss the case, the evidence and prepare pretrial motions;

    c. these tasks are necessary for the defense preparation of the case, and the failure to grant the requested continuance would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and

    d. the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial.

**IT IS SO ORDERED.**

DATED:_____                    _____
                                          HONORABLE JON S. TIGAR
                                          United States District Judge

[PROPOSED] ORDER SETTING BRIEFING SCHEDULE, RESETTING STATUS HEARING AND EXCLUDING TIME
*United States v. Rothenberg*, 3:20-CR-00266-JST

1