UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR-20-00266 WHA |
| | ) | |
| PLAINTIFF, | ) | SAN JOSE, CALIFORNIA |
| | ) | |
| VS. | ) | AUGUST 27, 2020 |
| | ) | |
| MICHAEL BRENT ROTHENBERG, A/K/A MIKE ROTHENBERG, | ) ) | PAGES 1-10 |
| | ) | |
| DEFENDANT. | ) | |

TRANSCRIPT OF ZOOM PROCEEDINGS
BEFORE THE HONORABLE SUSAN VAN KEULEN
UNITED STATES MAGISTRATE JUDGE

A P P E A R A N C E S:

FOR THE PLAINTIFF:     UNITED STATES ATTORNEY'S OFFICE
                       BY:  NICHOLAS J. WALSH
                            KYLE F. WALDINGER
                       450 GOLDEN GATE AVENUE, BOX 36055
                       SAN FRANCISCO, CALIFORNIA  94102

FOR THE DEFENDANT:     MICHAEL BRENT ROTHENBERG
                       IN PROPRIA PERSONA
                       712 BRYANT STREET, UNIT 6
                       SAN FRANCISCO, CALIFORNIA  94107


OFFICIAL COURT REPORTER:    LEE-ANNE SHORTRIDGE, CSR, CRR
                            CERTIFICATE NUMBER 9595

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED WITH COMPUTER

```
1       SAN JOSE, CALIFORNIA                    AUGUST 27, 2020
2                        P R O C E E D I N G S
3            (ZOOM PROCEEDINGS CONVENED AT 12:33 P.M.)
4            THE CLERK:  THE NEXT MATTER AND LAST MATTER IS
5    MICHAEL BRENT ROTHENBERG.  IF YOU ARE AN ATTENDEE, PLEASE RAISE
6    YOUR HAND SO I CAN PROMOTE YOU TO THE HEARING.
7            MR. WALSH:  MADAM DEPUTY, I'M NOT SEEING AN OPTION
8    FOR ME TO RAISE MY HAND.  A.U.S.A. NICHOLAS WALSH.
9            THE CLERK:  YOU'RE ALREADY IN THE HEARING.  IF YOU
10   CAN JUST PUT ON YOUR VIDEO.
11           MR. WALSH:  CERTAINLY.
12           THE CLERK:  I HAVE MICHAEL ROTHENBERG WHO I'M
13   PROMOTING.  THERE'S A TRISHA ROTHENBERG.  DOES SHE NEED TO BE
14   PRESENT IN THE HEARING, OR JUST AN ATTENDEE?
15           MR. WALSH:  MY UNDERSTANDING IS SHE SHOULD JUST BE AN
16   ATTENDEE.
17           THE CLERK:  OKAY.  SHE'S RAISING HER HAND, SO I'M
18   JUST INQUIRING.
19           MR. WALSH:  THERE SHOULD ALSO BE A KYLE WALDINGER
20   THERE.
21           THE CLERK:  I BELIEVE I PROMOTED HIM ALREADY.  IT
22   JUST TAKES A MINUTE.
23        IF YOU ARE APPEARING FOR THIS HEARING, PLEASE PUT YOUR
24   VIDEO ON.
25           (PAUSE IN PROCEEDINGS.)
```

```
 1              THE COURT:  MR. ROTHENBERG, WE HAD YOU FOR A MOMENT.
 2              THE DEFENDANT:  OKAY.
 3              THE COURT:  THERE YOU GO.  NOW YOU'RE BACK.
 4   EXCELLENT.
 5              THE DEFENDANT:  OKAY, GOOD.
 6              THE CLERK:  AND I BELIEVE MR. WALDINGER IS COMING.
 7              THE COURT:  MR. WALDINGER, YOUR VIDEO IS SIDEWAYS.
 8   SEE WHAT YOU CAN DO ABOUT THAT.  THERE WE GO.
 9        IS THAT EVERYONE, MS. FANTHORPE?
10              THE CLERK:  I BELIEVE SO.  I'M JUST WAITING FOR
11   MR. WALDINGER.  I BELIEVE THAT'S EVERYONE.
12              THE COURT:  ALL RIGHT.  WHY DON'T YOU CALL THE MATTER
13   AND WE'LL GET UNDERWAY.
14              THE CLERK:  CERTAINLY.  CALLING CASE 3:20-CR-266,
15   UNITED STATES VERSUS MICHAEL BRENT ROTHENBERG.
16        COUNSEL AND PRETRIAL, PLEASE IDENTIFY YOURSELVES FOR THE
17   RECORD, BEGINNING WITH THE GOVERNMENT.
18              MR. WALSH:  GOOD MORNING, YOUR HONOR.
19        NICHOLAS WALSH AND KYLE WALDINGER FOR THE UNITED STATES.
20        MR. WALDINGER, I THINK YOUR MUTE IS ON.
21              THE COURT:  THANK YOU, MR. WALSH.
22        MR. WALDINGER, I'LL GIVE YOU A SECOND HERE AND SEE IF YOU
23   CAN UNMUTE.
24              MR. WALDINGER:  THERE WE GO.
25        KYLE WALDINGER FOR THE UNITED STATES, YOUR HONOR.
```

| | |
|---|---|
| 1 | THE COURT: THANK YOU. GOOD AFTERNOON. |
| 2 | AND FOR THE DEFENDANT TODAY? |
| 3 | THE DEFENDANT: HI. HI, YOUR HONOR. |
| 4 | THIS IS MICHAEL ROTHENBERG. |
| 5 | THE COURT: GOOD AFTERNOON, MR. ROTHENBERG. THANK |
| 6 | YOU FOR JOINING US. THANK YOU FOR YOUR PATIENCE AS WE HAVE |
| 7 | WORKED THROUGH THE, THROUGH THE CALENDAR TODAY AND A FEW |
| 8 | TECHNICAL CHALLENGES ALONG THE WAY. |
| 9 | WE'RE ON TODAY FOR IDENTIFICATION OF COUNSEL, AND ON THE |
| 10 | SCHEDULE IS ALSO AN ARRAIGNMENT. |
| 11 | MR. ROTHENBERG, I UNDERSTOOD THAT INITIALLY IN THIS CASE |
| 12 | THERE WAS A PROVISIONAL APPOINTMENT OF COUNSEL, AND -- BUT |
| 13 | THAT'S NO LONGER THE CASE. ARE YOU APPEARING TODAY |
| 14 | REPRESENTING YOURSELF? |
| 15 | THE DEFENDANT: I AM, YOUR HONOR. I DON'T WANT TO |
| 16 | BE, BUT I AM. |
| 17 | THE COURT: OKAY. WELL, THAT'S -- THAT'S MY NEXT |
| 18 | QUESTION IS, ARE YOU LOOKING FOR COUNSEL? DO YOU WANT TO |
| 19 | PROCEED PRO SE IN THIS MATTER? WHAT IS YOUR INTENTION? |
| 20 | THE DEFENDANT: MY INTENTION IS ABSOLUTELY TO GET |
| 21 | COUNSEL, AND I AM IN THE PROCESS OF TRYING TO DO THAT, AND THAT |
| 22 | INVOLVES TRYING TO FREE UP SOME INDEMNITY THAT I HAVE |
| 23 | CONTRACTUALLY OBLIGATED, BUT IS NOT VERY SIMPLE TO ACCESS. AND |
| 24 | SO I'M TRYING TO WORK THROUGH THAT SITUATION. |
| 25 | AND I DID WANT TO SEE -- I ALSO HAVE A MOTION PENDING TO |

1    DISMISS THE INFORMATION WITH PREJUDICE THAT I FILED ON JULY 2ND
2    INITIALLY, BUT THERE WERE SUBSEQUENT -- YOU KNOW, THERE WAS
3    A -- YOU KNOW, IT MAKES SENSE TO ME THAT IT'S STILL GOING ON,
4    BUT I HOPE TO GET A RULING ON THAT.  AND I WANTED TO SEE IF WE
5    COULD GET A STAY OF THIS PARTICULAR PROCEEDING UNTIL PERHAPS
6    GETTING A RULING ON THAT MOTION.
7           THE COURT:  OKAY.  SO YOUR MOTION IS PENDING BEFORE
8    YOUR TRIAL JUDGE, BEFORE JUDGE ALSUP, AS THAT'S WHERE IT
9    BELONGS APPROPRIATELY.
10          AND YOU'RE HERE TODAY -- AS A MAGISTRATE JUDGE, I HANDLE
11   VARIOUS PRETRIAL PROCEEDINGS, THE FIRST SIGNIFICANCE OF WHICH
12   IS TO EITHER APPOINT COUNSEL OR, IF YOU WANTED TO WAIVE YOUR
13   RIGHT TO COUNSEL, WHICH IT SOUNDS LIKE YOU DO NOT WANT TO DO --
14          THE DEFENDANT:  (SHAKES HEAD FROM SIDE TO SIDE.)
15          THE COURT:  -- THEN TO BE SURE THAT WE ARE IN THE
16   PROCESS OF GETTING COUNSEL ON BOARD.
17          SO LET ME TURN TO THE GOVERNMENT NOW AND HEAR WHERE THEY
18   THINK WE ARE IN THESE PROCEEDINGS AND A RECOMMENDATION AS TO
19   NEXT STEPS, AND THEN WE'LL FIGURE OUT WHERE WE GO FROM HERE.
20          WHO'S GOT THE MIC?  MR. WALSH, MR. WALDINGER?
21          MR. WALDINGER:  YOUR HONOR, I -- I'LL TAKE IT UNTIL
22   MR. WALSH TAKES IT BACK FROM ME.
23          I THINK THAT WE ARE FINE GIVING MR. ROTHENBERG A COUPLE
24   MORE WEEKS TO FIND COUNSEL AND COME BACK BEFORE THE DUTY
25   MAGISTRATE JUDGE.  MR. WALSH AND I HAD TALKED ABOUT

1     SEPTEMBER 15TH, WHICH IS A TUESDAY.
2             THE COURT:  OKAY.  WELL, THAT DOES INVOLVE THE LABOR
3     DAY, AND THINGS DO TAKE A LITTLE LONGER UNDER THE CURRENT
4     PUBLIC HEALTH RESTRICTIONS.
5         BUT, MR. ROTHENBERG, IF YOU'RE FINE WITH TWO WEEKS, THAT
6     DOES SEEM SENSIBLE.  IF YOU FEEL LIKE YOU NEED A LITTLE MORE
7     TIME, I'LL GO TO THREE WEEKS.  BUT TELL ME WHAT YOU'RE
8     COMFORTABLE WITH.
9             THE DEFENDANT:  I APPRECIATE THAT A LOT.
10        MR. WALDINGER, THANK YOU.
11        AND, YOUR HONOR, I WOULD LIKE TO HAVE THREE WEEKS IF I
12    MAY.
13            THE COURT:  OKAY.  THEN MR. WALDINGER, MR. WALSH, CAN
14    WE DO SEPTEMBER 22ND?  ARE YOU AVAILABLE ON THAT DAY?
15            MR. WALDINGER:  THAT'S A HARDER DAY FOR ME, BUT I
16    COULD DO THAT.  I COULD ALSO DO MONDAY, SEPTEMBER 21ST.  I
17    DON'T KNOW ABOUT MR. WALSH.
18            MR. WALSH:  I'M ALSO -- THE 21ST WORKS WELL FOR ME IF
19    THAT WORKS FOR MR. ROTHENBERG.
20            THE COURT:  ALL RIGHT.
21        MR. ROTHENBERG, MONDAY, THE 21ST?
22            THE DEFENDANT:  YES, YOUR HONOR.  THANK YOU.
23            THE COURT:  OKAY.  THEN WHAT WE'LL DO IS CONTINUE
24    THESE PROCEEDINGS AND SET IT ON MONDAY, SEPTEMBER 21, ON THE
25    10:30 CALENDAR FOR IDENTIFICATION OF COUNSEL AND ARRAIGNMENT ON

1 THE INDICTMENT.

2 AND, MR. ROTHENBERG, YOU'LL CONTINUE WITH YOUR EFFORTS TO

3 GET COUNSEL ON BOARD, AND HOPEFULLY THEY'LL BE PREPARED TO

4 APPEAR WITH YOU ON THAT DATE.

5 THE DEFENDANT: YES, YOUR HONOR, THAT'S MY -- THAT'S

6 MY INTENTION AND I'LL BE FOCUSSED ON THAT.

7 THE COURT: ALL RIGHT.

8 ANYTHING FURTHER THEN FOR TODAY'S PROCEEDINGS?

9 MR. WALDINGER? MR. WALSH?

10 MR. WALDINGER: YOUR HONOR, I THINK TIME, UNDER THE

11 SPEEDY TRIAL ACT, WOULD BE EXCLUDED AUTOMATICALLY BECAUSE OF

12 MR. ROTHENBERG'S PENDING MOTION.

13 BUT MR. WALSH AND I ARE BELTS AND SUSPENDERS PEOPLE, AND I

14 THINK IT WOULD BE ALSO APPROPRIATE FOR YOUR HONOR TO EXCLUDE

15 TIME UNDER 3161(H)(7)(B)(4), WHICH WOULD -- IS ABOUT PROVIDING

16 REASONABLE TIME FOR THE DEFENDANT TO OBTAIN COUNSEL.

17 THE COURT: ALL RIGHT.

18 MR. ROTHENBERG, THE REQUEST IS THAT TIME FROM TODAY UNTIL

19 YOUR NEXT COURT APPEARANCE ON SEPTEMBER 21 BE EXCLUDED AND NOT

20 COUNT AGAINST THE TIME UNDER THE SPEEDY TRIAL ACT TO TRIAL TO

21 ALLOW YOU SUFFICIENT TIME TO IDENTIFY COUNSEL. I THINK THAT

22 THAT'S REASONABLE UNDER THAT STATUTE.

23 THE DEFENDANT: I WILL ATTEMPT TO RESPOND. I -- THIS

24 IS EXACTLY, OF COURSE, WHY I DO NEED COUNSEL, TO ADVISE ON

25 THINGS LIKE THIS.

1    BUT ONE OF THE FUNDAMENTAL, YOU KNOW, QUESTIONS OR ISSUES
2    I HAVE SO FAR WITH THE CASE IS THAT, YOU KNOW, I WAS CHARGED BY
3    A WAIVERLESS INFORMATION, AND WHILE I HAD A PENDING MOTION, I
4    WAS ACTUALLY -- I WAS CHARGED WITH 23 --
5         THE COURT:  I'M AWARE OF THE GROUNDS ON YOUR MOTION
6    TO DISMISS.
7         THE DEFENDANT:  AND THEN I WAS CHARGED 23 MORE TIMES
8    WHILE THAT'S OPEN.  SO RIGHT NOW I HAVE 46 CHARGES, SO THEY
9    OVERLAP, AND I FEEL LIKE THERE'S A REALLY SEVERE DUE PROCESS
10   ISSUE, AND I THINK THE SPEEDY TRIAL ACT IS PROBABLY PART OF MY
11   DUE PROCESS RIGHTS.
12        SO I WILL ABSOLUTELY DEFER TO YOUR HONOR ON WHAT YOU
13   ADVISE, BUT THIS IS KIND OF THE ISSUE, BECAUSE I THINK I'M
14   BEING STEAMROLLED AND I DON'T LIKE HAVING MY DUE PROCESS RIGHTS
15   STRIPPED FROM ME CONSTANTLY, AND THIS IS KIND OF WHY I'M IN THE
16   POSITION I'M IN RIGHT NOW AS WELL.
17        THE COURT:  ALL RIGHT.
18        MR. WALDINGER:  YOUR HONOR, I WOULD ASK THAT YOU JUST
19   MAKE A FINDING THAT AN EXCLUSION OF TIME UNDER -- AND MAKE THE
20   ENDS OF JUSTICE FINDING HERE, THAT THE ENDS OF JUSTICE OUTWEIGH
21   THE BEST INTERESTS OF THE PUBLIC AND THE DEFENDANT IN A SPEEDY
22   TRIAL TO CONTINUE THIS CASE UNTIL SEPTEMBER 21ST BASED ON
23   MR. ROTHENBERG'S NEED TO OBTAIN COUNSEL.
24        THE COURT:  THANK YOU, MR. WALDINGER.
25        AND, MR. ROTHENBERG, THAT'S WHAT I'M GOING TO DO.  I

1   UNDERSTAND YOUR POSITION AND I APPRECIATE YOU ARTICULATING THAT
2   FOR THE COURT.
3       I HAVE THE RIGHT, UNDER THE SPEEDY TRIAL ACT, TO EXCLUDE
4   TIME FOR THE ENDS OF JUSTICE, AND I THINK THAT IT IS
5   APPROPRIATE SINCE YOU HAVE ASKED FOR MORE TIME TO IDENTIFY
6   COUNSEL AND HAVE INDICATED THAT YOU WOULD NOT INTEND TO WAIVE
7   YOUR RIGHT TO COUNSEL.
8       SO --
9           THE DEFENDANT:  THANK YOU.
10          THE COURT:  SO ON THOSE GROUNDS I WILL EXCLUDE THE
11  TIME.  AGAIN, IT'S ONLY EXCLUDED FROM TODAY UNTIL YOUR NEXT
12  COURT APPEARANCE ON THE 21ST, AND WITH COUNSEL ON HAND, YOU CAN
13  REVISIT ANY FURTHER EXCLUSIONS AT THAT TIME.
14          THE DEFENDANT:  THANK YOU.
15          THE COURT:  ALL RIGHT.  ANYTHING FURTHER FOR TODAY'S
16  PROCEEDINGS?  ANYTHING FURTHER FROM THE GOVERNMENT?
17          MR. WALDINGER:  I DO NOT BELIEVE SO, YOUR HONOR.
18          MR. WALSH:  NO, YOUR HONOR.
19          THE COURT:  ALL RIGHT.  MR. WALSH IS CONCURRING.
20      MR. ROTHENBERG, ANYTHING FURTHER FOR TODAY?
21          THE DEFENDANT:  THANK YOU.  I APPRECIATE IT.
22          THE COURT:  ALL RIGHT.  THEN THIS MATTER IS
23  CONCLUDED.
24      THANK YOU.
25          MR. WALDINGER:  THANK YOU, YOUR HONOR.

1          MR. WALSH:  THANK YOU, YOUR HONOR.

2          THE DEFENDANT:  THANK YOU.

3     (THE PROCEEDINGS WERE CONCLUDED AT 12:45 P.M.)

CERTIFICATE OF REPORTER

    I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY CERTIFY:

    THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS A CORRECT TRANSCRIPT FROM THE RECORD OF ZOOM PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.

_____
LEE-ANNE SHORTRIDGE, CSR, CRR
CERTIFICATE NUMBER 9595

DATED:  JULY 1, 2021