UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BEFORE THE HONORABLE JACQUELINE SCOTT CORLEY

| | | |
|---|---|---|
| USA, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 3:20-cr-00266-JST |
| | ) | |
| MICHAEL BRENT ROTHENBERG, | ) | San Francisco, California |
| | ) | Monday |
| Defendant. | ) | November 16, 2020 |
| _____ | ) | 12:02 p.m. |

**TRANSCRIPT OF PROCEEDINGS VIA ZOOM**

**APPEARANCES:**

| | | |
|---|---|---|
| **For Plaintiff:** | | OFFICE OF THE UNITED STATES ATTORNEY |
| | | CRIMINAL DIVISION |
| | | 450 Golden Gate Avenue, 11th Floor |
| | **BY:** | San Francisco, CA 94102 |
| | | **KYLE F. WALDINGER, ESQ.** |
| | | **NICHOLAS JOSEPH WALSH, ESQ.** |
| **For Defendant:** | | OFFICE OF THE FEDERAL PUBLIC |
| | | DEFENDER |
| | | 450 Golden Gate Avenue, Floor 19 |
| | | San Francisco, CA 94102 |
| | **BY:** | **ANGELA CHUANG, ESQ.** |

| | |
|---|---|
| Transcription Company: | Access Transcripts, LLC |
| | 10110 Youngwood Lane |
| | Fishers, IN 46038 |
| | (855) 873-2223 |
| | www.accesstranscripts.com |

Proceedings recorded by electronic sound recording,
transcript produced by transcription service.

| | |
|---|---|
| 1 | <u>**Monday — November 16, 2020**</u>                         <u>**12:02 p.m.**</u> |
| 2 | **P R O C E E D I N G S** |
| 3 | ---000--- |
| 4 | **THE CLERK:**  Calling Criminal Action CR-20-0266, |
| 5 | <u>USA v. Michael Brent Rothenberg</u>.  Counsel, starting with the |
| 6 | Government, will you please state your appearance. |
| 7 | **MR. WALDINGER:**  Good morning, Your Honor.  Kyle |
| 8 | Waldinger and Nicholas Walsh for the United States. |
| 9 | **THE COURT:**  Good morning. |
| 10 | **MR. WALSH:**  Morning, Your Honor. |
| 11 | **MS. CHUANG:**  Good morning, Your Honor.  Angela |
| 12 | Chuang on behalf of Mr. Rothenberg.  He is out of custody and |
| 13 | appearing over Zoom, and we consent to using video today. |
| 14 | **THE COURT:**  All right.  Good morning. |
| 15 | Good morning, Mr. Rothenberg. |
| 16 | THE DEFENDANT:  Morning. |
| 17 | **THE COURT:**  Or good afternoon now. |
| 18 | All right.  So this was on for attorney appointment |
| 19 | hearing.  I have reviewed the financial affidavit.  I'm also |
| 20 | aware of the judgment that has been issued.  Does the |
| 21 | Government have any -- so from reviewing the affidavit, I |
| 22 | would appoint Ms. Chuang to represent Mr. Rothenberg.  Is |
| 23 | there any issue with that? |
| 24 | **MR. WALDINGER:**  (No audible response). |
| 25 | **THE COURT:**  No? |

1          **MR. WALDINGER:**  Not that we're currently aware of,
2    Your Honor.
3          **THE COURT:**  Okay.  All right.  So, Mr. Rothenberg, I
4    am appointing Ms. Chuang to represent you.  She is now your
5    lawyer in this case.
6          **MS. CHUANG:**  And, Your Honor, I just want to confirm
7    that we were able to fill out the financial form because the
8    Government did produce the requested discovery and the
9    information that they had in their possession about
10   Mr. Rothenberg's assets.
11         **THE COURT:**  Okay.  Thank you, and thank you for
12   doing that.  All right.  So that matter is now resolved.  So
13   do we have a date before Judge Alsup?
14         **MR. WALDINGER:**  We do not.
15         **THE CLERK:**  December 1st or December 15th at noon.
16         **MS. CHUANG:**  Your Honor, could we do the 15th?
17         **MR. WALDINGER:**  That'll be fine with the --
18         **THE COURT:**  That all right with the Government?
19         **MR. WALDINGER:**  That would be fine, Your Honor, as
20   long as we have an exclusion of time to that period.  We do
21   have a notice of related case pending in front of Judge Tigar,
22   so it's possible -- that would be the other reason for putting
23   it out on the 15th.  It will give Judge Tigar time to --
24         **THE COURT:**  Yeah, and I believe there's been an
25   objection to that, so it's actually a disputed matter, right?

1        **MR. WALDINGER:**  That's correct.  I -- Mr. Rothenberg

2    filed something on his own.  I don't know if Ms. Chuang is

3    going to file something separately before Judge Tigar.

4        **THE COURT:**  All right.

5        **MS. CHUANG:**  I'll be looking into this.  So yes, I

6    agree that exclusion of time is appropriate.

7        **THE COURT:**  Okay.  The Court finds the ends of

8    justice are served by excluding time from today, November 19th

9    [sic], through December 15th from computation under the speedy

10   trial act because the failure to exclude time would -- well,

11   have you produced discovery in this case?

12       **MR. WALDINGER:**  Not -- we've not yet received a

13   written discovery request.  We can get discovery out within a

14   few days or no more than a week once we get a written

15   discovery request from Ms. Chuang.

16       **THE COURT:**  All right.

17       **MS. CHUANG:**  Yes, I will send that out shortly, and

18   I would also just make the request on the record right now.

19       **THE COURT:**  All right.  So having the Government's

20   representation that it will produce discovery, at least begin

21   to, within a week, I'll exclude the time from now through

22   December 15th and also to give Ms. Chuang an opportunity to

23   consult with her client with regard to the notice of related

24   case and for the judges to figure out where -- which judge

25   this case will be before.  I'll exclude the time from now

1  through to December 15th.

2       Of course, if the case does get reassigned to Judge

3  Tigar, Mr. Rothenberg, then the -- it'll be a new date for an

4  appearance before Judge Tigar, but that, right now, is your

5  first appearance scheduled before Judge Alsup.

6            **MR. WALDINGER:**  Your Honor, that's noon on the 15th?

7            **THE COURT:**  Yes.

8            **MR. WALDINGER:**  Okay.

9            **THE COURT:**  It is.

10      All right.  Anything further?

11           **MR. WALDINGER:**  I don't believe so, Your Honor.

12           **THE COURT:**  All right.  So now, Mr. Rothenberg, the

13  representation matter is resolved.  I know it's been ongoing.

14  Ms. Chuang is your lawyer.  All right.

15           **MR. WALDINGER:**  Thank you.

16           **THE COURT:**  Thank you.

17           **MS. CHUANG:**  Thank you, Your Honor.

18       (Proceedings adjourned.)

19

20

21

22

23

24

25

1    **C E R T I F I C A T I O N**

2

3         I, Ilene Watson, court-approved transcriber, hereby

4    certify that the foregoing is a correct transcript from the

5    official electronic sound recording of the proceedings in the

6    above-entitled matter.

7

8

9    _____

10   Ilene M. Watson, AAERT No. 447

11   Tuesday, July 13, 2021

12

13

14

15

16

17

18

19

20

21

22

23

24

25