MOEEL LAH FAKHOURY LLP
Hanni M. Fakhoury (State Bar No. 252629)
1300 Clay Street, Suite 600
Oakland, CA 94612
Telephone: (510) 500-9994
Email: hanni@mlf-llp.com

Attorneys for Michael Rothenberg

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL ROTHENBERG,<br><br>Defendant. | Case No.: 3:20-CR-00266-JST<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE**<br><br>**Hearing Date:** October 8, 2021<br>**Hearing Time:** 9:30 a.m. |

On June 29, 2021, this Court adopted a briefing schedule agreed to by the parties for pretrial motions Mr. Rothenberg intends to file, set a motion hearing on October 8, 2021, and excluded time through that day under the Speedy Trial Act. *See* Dkt. 66. The parties have met and conferred and have agreed to modify the briefing schedule as follows.

- Defense motions due August 27, 2021
- Government oppositions due September 24, 2021
- Defense replies due October 1, 2021

The parties request the Court keep the motions hearing as currently scheduled on October 8, 2021, at 9:30 a.m.

|     |        |                 |                                                                      |
| --- | ------ | --------------- | -------------------------------------------------------------------- |
| 1   |        |                 |                                                                      |
| 2   |        |                 | IT IS SO STIPULATED.                                                 |
| 3   |        |                 |                                                                      |
| 4   | Dated: | August 9, 2021  | MOEEL LAH FAKHOURY LLP                                               |
| 5   |        |                 | /S                                                                   |
| 6   |        |                 | HANNI M. FAKHOURY<br>Attorneys for Michael Rothenberg                |
| 7   |        |                 |                                                                      |
| 8   | Dated: | August 9, 2021  | STEPHANIE M. HINDS<br>Acting United States Attorney                  |
| 9   |        |                 | Northern District of California                                      |
| 10  |        |                 | /S                                                                   |
| 11  |        |                 | KYLE F. WALDINGER<br>NICHOLAS J. WALSH                               |
| 12  |        |                 | Assistant United States Attorneys                                    |

STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE
*United States v. Rothenberg*, 3:20-CR-00266-JST

**[PROPOSED] ORDER**

Based on the reasons provided in the stipulation of the parties above, the Court hereby modifies the previously set briefing schedule as follows:

1. Defense motions due August 27, 2021;
2. Government oppositions due September 24, 2021; and
3. Defense replies due October 1, 2021.

The motions hearing scheduled October 8, 2021 at 9:30 a.m. remains as previously set.

**IT IS SO ORDERED.**

DATED:_____

```
                                        _____
                                        HONORABLE JON S. TIGAR
                                        United States District Judge
```