| | |
|---|---|
| 1 | MOEEL LAH FAKHOURY LLP |
| 2 | Hanni M. Fakhoury (State Bar No. 252629)<br>1300 Clay Street, Suite 600 |
| 3 | Oakland, CA 94612<br>Telephone:   (510) 500-9994 |
| 4 | Email:          hanni@mlf-llp.com |
| 5 | Attorneys for Michael Rothenberg |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>MICHAEL ROTHENBERG,<br><br>  Defendant. | Case No.: 3:20-CR-00266-JST<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER MODIFYING BRIEFING SCHEDULE**<br><br>**Hearing Date:**   October 8, 2021<br>**Hearing Time:**   9:30 a.m. |

On June 29, 2021, this Court adopted a briefing schedule agreed to by the parties for pretrial motions Mr. Rothenberg intends to file, set a motion hearing on October 8, 2021, and excluded time through that day under the Speedy Trial Act. *See* Dkt. 66. The parties have met and conferred and have agreed to modify the briefing schedule as follows.

- Defense motions due August 27, 2021
- Government oppositions due September 24, 2021
- Defense replies due October 1, 2021

The parties request the Court keep the motions hearing as currently scheduled on October 8, 2021, at 9:30 a.m.

1
2                                          IT IS SO STIPULATED.
3
4   Dated:     August 9, 2021              MOEEL LAH FAKHOURY LLP
5                                                   /S
                                           HANNI M. FAKHOURY
6                                          Attorneys for Michael Rothenberg
7
8   Dated:     August 9, 2021              STEPHANIE M. HINDS
                                           Acting United States Attorney
9                                          Northern District of California

10                                                  /S
                                           KYLE F. WALDINGER
11                                         NICHOLAS J. WALSH
                                           Assistant United States Attorneys
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE
*United States v. Rothenberg*, 3:20-CR-00266-JST

2

# [PROPOSED] ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby modifies the previously set briefing schedule as follows:

1. Defense motions due August 27, 2021;
2. Government oppositions due September 24, 2021; and
3. Defense replies due October 1, 2021.

The motions hearing is set for October **22**, 2021 at 9:30 a.m.

**IT IS SO ORDERED.**

DATED: August 9, 2021

_____
HONORABLE JON S. TIGAR
United States District Judge