UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

*CRIMINAL HEARING MINUTES*

| | | | |
|---|---|---|---|
| Judge: | Jon S. Tigar | Time in Court: | 19 minutes |
| Date: | August 13, 2021 | | |
| Case No. | **3:20-cr-00266-JST-1** | | |

**United States of America**　v.　**Michael Brent Rothenberg**

　　　　　　　　　　　　　　　　　　Defendant
　　　　　　　　　　　　　　　☑ Present
　　　　　　　　　　　　　　　☐ Not Present
　　　　　　　　　　　　　　　☐ In Custody

Kyle Waldinger　　　　　　　　　　　　　　Hanni Fakhoury
U.S. Attorney　　　　　　　　　　　　　　　Defense Counsel

Courtroom Deputy Clerk: Mauriona Lee　　　　Court Reporter: Raynee Mercado

*PROCEEDINGS*

Motion to change venue – held.

*RESULT OF HEARING*

1. Argument heard from both parties. Motion taken under submission. Written order to issue.

1