1    MOEL LAH FAKHOURY LLP
     Hanni M. Fakhoury (State Bar No. 252629)
2    1300 Clay Street, Suite 600
     Oakland, CA 94612
3    Telephone:   (510) 500-9994
     Email:       hanni@mlf-llp.com
4

5    Attorneys for Michael Rothenberg

6

7                 IN THE UNITED STATES DISTRICT COURT

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                          OAKLAND DIVISION

10

11   UNITED STATES OF AMERICA,              **Case No.:** 3:20-CR-00266-JST

12            Plaintiff,                     **STIPULATION AND [PROPOSED]**
                                             **ORDER MODIFYING BRIEFING**
13        v.                                 **SCHEDULE**

14   MICHAEL ROTHENBERG,                     **Hearing Date:**   October 22, 2021
                                             **Hearing Time:**   9:30 a.m.
15            Defendant.

16

17        On August 9, 2021, this Court modified the briefing schedule at the request of the parties for

18   pretrial motions Mr. Rothenberg intends to file, and set a motion hearing on October 22, 2021, and

19   excluded time through that day under the Speedy Trial Act. *See* Dkt. 66. The parties have met and

20   conferred and have agreed to modify the briefing schedule as follows.

21        • Defense motions due September 13, 2021

22        • Government oppositions due October 1, 2021

23        • Defense replies due October 8, 2021

24   The proposed briefing schedule complies with the timing requirements in Northern District of

25   California Local Civil Rule 7-2 and 7-3. The parties request the Court keep the motions hearing as

26   currently scheduled on October 22, 2021, at 9:30 a.m.

27

28

1

2          IT IS SO STIPULATED.

3

4    Dated:        August 18, 2021               MOEL LAH FAKHOURY LLP

5                                                     /S
                                               HANNI M. FAKHOURY
6                                              Attorneys for Michael Rothenberg

7

8    Dated:        August 18, 2021               STEPHANIE M. HINDS
                                               Acting United States Attorney
9                                              Northern District of California

10                                                    /S
                                               KYLE F. WALDINGER
11                                             NICHOLAS J. WALSH
                                               Assistant United States Attorneys
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### [PROPOSED] ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby modifies the previously set briefing schedule as follows:

1.      Defense motions due September 13, 2021;

2.      Government oppositions due October 1, 2021; and

3.      Defense replies due October 8, 2021.

The motions hearing scheduled October 22, 2021 at 9:30 a.m. remains as previously set.

**IT IS SO ORDERED.**


DATED:_____                    _____

                                           HONORABLE JON S. TIGAR
                                           United States District Judge