| | |
|---|---|
| 1 | MOEEL LAH FAKHOURY LLP |
| 2 | Hanni M. Fakhoury (State Bar No. 252629)<br>1300 Clay Street, Suite 600 |
| 3 | Oakland, CA 94612<br>Telephone:   (510) 500-9994 |
| 4 | Email:         hanni@mlf-llp.com |
| 5 | Attorneys for Michael Rothenberg |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>MICHAEL ROTHENBERG,<br><br>  Defendant. | Case No.: 3:20-CR-00266-JST<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE**<br><br>**Hearing Date:** October 22, 2021<br>**Hearing Time:** 9:30 a.m. |

On August 9, 2021, this Court modified the briefing schedule at the request of the parties for pretrial motions Mr. Rothenberg intends to file, and set a motion hearing on October 22, 2021, and excluded time through that day under the Speedy Trial Act. *See* Dkt. 66. The parties have met and conferred and have agreed to modify the briefing schedule as follows.

- Defense motions due September 13, 2021
- Government oppositions due October 1, 2021
- Defense replies due October 8, 2021

The proposed briefing schedule complies with the timing requirements in Northern District of California Local Civil Rule 7-2 and 7-3. The parties request the Court keep the motions hearing as currently scheduled on October 22, 2021, at 9:30 a.m.

|  |  |  |
|---|---|---|
| 1 | | |
| 2 | | IT IS SO STIPULATED. |
| 3 | | |
| 4 | Dated:     August 18, 2021 | MOEEL LAH FAKHOURY LLP |
| 5 | | /S |
| 6 | | HANNI M. FAKHOURY<br>Attorneys for Michael Rothenberg |
| 7 | | |
| 8 | Dated:     August 18, 2021 | STEPHANIE M. HINDS<br>Acting United States Attorney |
| 9 | | Northern District of California |
| 10 | | /S |
| 11 | | KYLE F. WALDINGER<br>NICHOLAS J. WALSH |
| 12 | | Assistant United States Attorneys |

STIPULATION AND [~~PROPOSED~~] ORDER MODIFYING BRIEFING SCHEDULE
*United States v. Rothenberg*, 3:20-CR-00266-JST

2

**[PROPOSED] ORDER**

Based on the reasons provided in the stipulation of the parties above, the Court hereby modifies the previously set briefing schedule as follows:

1. Defense motions due September 13, 2021;

2. Government oppositions due October 1, 2021; and

3. Defense replies due October 8, 2021.

The motions hearing scheduled October 22, 2021 at 9:30 a.m. remains as previously set.

**IT IS SO ORDERED.**

DATED: August 19, 2021

_____
HONORABLE JON S. TIGAR
United States District Judge