

Moeel Lah Fakhoury LLP
1300 Clay Street, Suite 600
Oakland, CA 94612
(510) 500-9994
hanni@mlf-llp.com

September 13, 2021                                        <u>**Via CM/ECF**</u>

The Honorable Kandis A. Westmore
United States Magistrate Judge
Oakland Courthouse, 3rd Floor
1301 Clay Street
Oakland, CA 94612

**RE: _United States v. Rothenberg_, 3:20-CR-00266-JST**

Your Honor:

I write to request this matter be calendared for a bail hearing on Thursday September 16, 2021 at 11:00 a.m.  At that hearing, Mr. Rothenberg will request that his bond conditions be modified so his passport can be returned to him for the purpose of taking an international vacation.

Mr. Rothenberg was charged by complaint with wire fraud on June 25, 2020, and has since been indicted on 23 counts, charging bank fraud, false statements to a financial institution, wire fraud and money laundering. Appearing on a summons, Mr. Rothenberg had his initial appearance that day before Your Honor and was released on a $250,000 unsecured personal recognizance bond with no sureties. As a condition of the bond, Mr. Rothenberg was directed to report to Pretrial Services, and surrender his passport to them. No other location restrictions were placed on Mr. Rothenberg. Since his appearance, he has complied with all release conditions and appeared at numerous video and in person court appearances.

I am requesting the Court modify Mr. Rothenberg's bond to allow him to receive his passport back from Pretrial Services temporarily so he can go on an international vacation with his significant other. Mr. Rothenberg would provide his itinerary ahead of time to Pretrial Services and his significant other is willing to serve as a custodian while Mr. Rothenberg is abroad.

Pretrial Services officer Bradley Wilson is not opposed to this request, but the assigned Assistant U.S. Attorneys do oppose the request. Thus, I request the Court set a hearing to consider this request on Thursday September 16, 2021 at 11:00 a.m. via Zoom. Both Pretrial Services and the assigned prosecutors are available to appear on that day.

Sincerely,

Hanni M. Fakhoury