**EXHIBIT 1**

[PROPOSED] ORDER
20-CR-00266 JST

STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

BENJAMIN KINGSLEY (CABN 314192)
Acting Criminal Chief

KYLE F. WALDINGER (CABN 298752)
NICHOLAS J. WALSH (CABN 314290)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Facsimile: (415) 436-7234
    E-mail:    Kyle.Waldinger@usdoj.gov
                  Nicholas.Walsh@usdoj.gov

Attorneys for United States of America

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 20-CR-00266 JST |
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| MICHAEL ROTHENBERG, | |
| Defendant. | |

After a hearing, and having considered the submissions of the parties and the record in this matter, the Court finds that the Defendant's current conditions of release are the least restrictive combination of conditions that will reasonably assure the appearance of the Defendant as required. See 18 U.S.C. § 3142(c)(1)(B).

Accordingly, the Defendant's Letter Request, Dkt. 83, to return his passport to him for the purpose of an international vacation, is HEREBY DENIED.

IT IS SO ORDERED.

DATED: September _____, 2021

                                        HON. NATHANAEL COUSINS
                                        United States Magistrate Judge

[PROPOSED] ORDER
20-CR-00266 JST