UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL B. ROTHENBERG,<br><br>Defendant. | Case No. 20-cr-0266 JST (NC)<br><br>**ORDER DENYING DEFENDANT'S INTERNATIONAL TRAVEL REQUEST**<br><br>Re: ECF 83 |

As the criminal duty Magistrate Judge, I have reviewed defendant Michael Rothenberg's letter request for modification of his pretrial release conditions so that he may take an international vacation; letters in support from his significant other, who is his proposed travel partner; and the opposition from the prosecution. ECF 83, 92. I determine that Rothenberg has not shown good cause to take an international vacation to an unspecified location during a global pandemic while felony charges are pending against him here. A vacation within the United States, without need for return of his passport, could serve a similar rehabilitative need without increasing the risk of non-appearance at future court dates. I therefore deny the requested modification and vacate the hearing noticed for September 23.

**IT IS SO ORDERED.**

Dated: September 21, 2021

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

cc: Pretrial