# EXHIBIT A

**IN SUPPORT OF DEFENDANT'S MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION OF ORDER DENYING DEFENDANT'S INTERNATIONAL TRAVEL ORDER**

| | |
|---|---|
| **From:** | Waldinger, Kyle (USACAN) |
| **To:** | Hanni Fakhoury; Walsh, Nicholas (USACAN) |
| **Subject:** | RE: Rothenberg bond modification |
| **Date:** | Tuesday, August 24, 2021 5:00:03 PM |
| **Attachments:** | image002.png |

Hanni – Nick and I have talked about this and Nick has also checked in with the pretrial services officer. Despite Brad's position, we are not inclined to agree to a bond modification to allow international travel. In any event, we would like to know where Mr. Rothenberg would like to go, and when, and who's paying for it. Our position is that his terms of release give him the ability to go on vacation domestically, without the need for getting his passport back. Moreover, it appears to us that most countries in Central America and the Caribbean are subject to one type of travel advisory or another.

Kyle and Nick

---

**From:** Hanni Fakhoury
**Sent:** Friday, August 20, 2021 10:19 AM
**To:** Walsh, Nicholas (USACAN) ; Waldinger, Kyle (USACAN)
**Cc:** Bradley Wilson
**Subject:** Rothenberg bond modification

Kyle and Nick,

Mr. Rothenberg would like to take a vacation to somewhere in the Caribbean or Central America. He would like to travel between 9/8 to 9/25. Would you be opposed to modifying his bond conditions to allow him to leave the district and for his passport to be temporarily returned so he can travel? Pretrial has no objection to this request and Mr. Rothenberg would provide his itinerary to pretrial ahead of time. If you agree, I would prepare and file a stip and prop order modifying his bond conditions. Let me know.

Thanks,



**Hanni M. Fakhoury**
Moeel Lah Fakhoury LLP
1300 Clay Street, Suite 600
Oakland, CA 94612
www.mlf-llp.com

| | |
|---|---|
| **From:** | Mike Rothenberg |
| **To:** | Bradley Wilson |
| **Cc:** | Hanni Fakhoury |
| **Subject:** | Updated/finalized Itinerary (from Alice) |
| **Date:** | Monday, September 13, 2021 9:30:55 AM |

Good morning Brad and Hanni,

Alice has confirmed that she can and will attend the Zoom hearing Thursday at 11am in front of Judge Westmore. Below is the information that I received from Alice over the weekend regarding the dates and itinerary of the proposed trip:

1) On Sept 27, we would like to fly from the U.S. on United 1408 to Central America (Belize City).  *(This flight leaves from Texas because Alice and I will be there next weekend Sept 25/26 for a family member's wedding.)*
2) From there we would like to visit Guatemala and Mexico.
3) We then return to San Francisco on Oct 12 from Mexico on Jetblue 2241.

Please let me know if there is any additional information that would be helpful for reducing friction in making this happen. We are now 2 weeks away from the dates Alice has taken off work.

Thank you both!
Mike