IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL ROTHENBERG,<br><br>　　　　Defendant. | Case No.: 3:20-CR-00266-JST (NC)<br><br>**[PROPOSED] ORDER GRANTING LEAVE TO FILE MOTION FOR RECONSIDERATION** |

　　　For good cause show, the defendant's motion for leave to file a motion for reconsideration is hereby GRANTED.

　　　**IT IS SO ORDERED.**

DATED:_____

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　HONORABLE NATHANAEL COUSINS
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

[PROPOSED] ORDER GRANTING LEAVE TO FILE MOTION FOR RECONSIDERATION
*United States v. Rothenberg*, 3:20-CR-00266-JST (NC)

1