David Sheu
110 Park Road
Burlingame, CA 94010
(650) 995-2297

**FILED**

SEP 27 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

Tuesday, September 14, 2021

Honorable Judge Jon Tigar
Judge of the United States District Court for the Northern District of California
Oakland Courthouse, Courtroom 6 – 2nd Floor
1301 Clay Street, Oakland, CA 94612

Re: Michael Rothenberg, Case No. 3:20-cr-00266 -JST

Dear Judge Tigar,

My name is David Sheu. I am a California resident, born and raised, living in Burlingame in San Mateo County. My company is an accredited supplier of medical products to the World Bank under Covid-19, and I am a former climate technology venture investor for the Norwegian State.

I am writing to you on behalf of Mike Rothenberg, a classmate and fraternity brother of mine at Stanford. Mike and I have never done business together, nor do we share any mutual financial interest. I consider him a friend, but we are not particularly close. My intention is to serve as an observer of the case and provide a character reference.

Having known Mike for over fifteen years, I believe him to be a person of good moral character—he treats his friends and business associates with respect, and has a strong sense of giving people an opportunity to shine. Prior to his indictment, he consistently earned the respect of the top minds in technology, both established and upcoming. While he is clearly able to impress with his business acumen, gaining the trust of those around him also required that they independently believe that he is trustworthy. He maintains good relationships with many of his former classmates, colleagues, and family, who are concerned for him, without passing judgment on his charges.

Since his indictment, I have met with him on occasion, both scheduled and by chance. His family and close relationships (i.e. significant other) have suffered alongside him, particularly his mother. While he keeps them in comfort and good spirits to the degree he is able, the duration and handling of the case has worn on them. Some members of our network are surprised at how long the case has taken. It has been five years since he

was first under investigation, and curiosity about the way the court is handling the case has grown.

I briefly sat in on a hearing of Mike's this summer, partially for emotional support and partially out of general interest. One particular detail caught my attention—that 300gb of discovery was to be provided by the prosecution prior to a future meeting planned for October. When I last saw Mike in August, he communicated that his lawyer had not yet received the files. If this is a truthful account of activity, it would be a disappointment on ethical grounds, even if it is legal.

While I do not pass judgment on his guilt or innocence, I do firmly believe that he is entitled to a fair trial in accordance with his legal and constitutional rights. I would prefer not to testify in court. I love, respect, and believe in both the State of California and the United States, and hope that he, like any citizen, is equitably tried in such a way that reinforces those beliefs.

Sincerely,

*[signature]* 9/14/21

David Sheu