David Shew
110 Park Rd
Burlingame, CA 94010

Honorable Judge Jon Tigar
Judge of the US District Court for
Northern District of California

Oakland Courthouse, Courtroom 6, 2nd Floor
1301 Clay St
Oakland, CA 94612

SAN FRANCISCO CA 940
24 SEP 2021 PM 3 L