UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

*CRIMINAL HEARING MINUTES*

| | | |
|---|---|---|
| Judge: | Jon S. Tigar | Time in Court: 38 minutes |
| Date: | October 22, 2021 | |
| Case No. | **3:20-cr-00266-JST-1** | |

**United States of America**    v.    **Michael Brent Rothenberg**

Defendant
Present

Nicholas Walsh
Kyle Waldinger
U.S. Attorney

Hanni Fakhoury
Defense Counsel

Courtroom Deputy Clerk: Aris Garcia            Court Reporter: Pamela Hebel

*PROCEEDINGS*

Motion to Dismiss, Motion to Strike and Motion for Separate Trial on Counts – held.

*RESULT OF HEARING*

Arguments heard. The matters are taken under submission. The Court to issue written Order. Case Continued to 1/21/2021 at 9:30 a.m. for status conference in person. Time excluded through 1/21/2021 for effective preparation of counsel. The Government is to prepare a proposed order.

1