```
STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

KYLE F. WALDINGER (CABN 298752)
NICHOLAS J. WALSH (CABN 314290)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Email: kyle.waldinger@usdoj.gov
    Email: nicholas.walsh@usdoj.gov

Attorneys for United States of America
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 20-CR-00266 JST |
| Plaintiff, | STIPULATION TO EXCLUDE TIME FROM THE SPEEDY TRIAL ACT CALCULATION |
| v. | AND |
| MICHAEL BRENT ROTHENBERG, a/k/a MIKE ROTHENBERG, | [PROPOSED] ORDER |
| Defendant. | |

At the request of the Court at the conclusion of a hearing held on before the Court on October 22, 2021, the parties, with the consent of the defendant, hereby submit this stipulation to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h), from October 22, 2021, through and including January 21, 2022.

The parties agree as follows:

1.  The defendant, Michael Brent Rothenberg, represented by his attorney Hanni Fakhoury, and the government, represented by Assistant United States Attorneys Kyle Waldinger and Nicholas Walsh, appeared before the Court on October 22, 2021, for a hearing on three pretrial motions. At the

STIPULATION AND [PROPOSED] ORDER
20-CR-00266 JST

1  conclusion of the hearing, the matter was continued to January 21, 2022, at 9:30 a.m., for a status
2  hearing.
3      2.    As stated in court on October 22, 2021, the government has provided a large amount of
4  discovery to the defendant.  Defendant's counsel is reviewing the discovery, which included more than
5  400,000 pages of Bates-numbered documents.
6      3.    Because the defense team requires time to review the discovery and to conduct necessary
7  investigation, and because additional time is necessary for the effective preparation of a defense, the
8  parties agree that time should be excluded under the Speedy Trial Act between October 22, 2021, and
9  January 21, 2022.
10     4.    Furthermore, the parties agree that the ends of justice served by continuing this matter to
11 January 21, 2022, outweigh the best interests of the public and the defendant in a speedy trial and that,
12 therefore, excluding the time between October 22, 2021, and January 21, 2022, from computation under
13 the Speedy Trial Act is appropriate.
14     IT IS SO STIPULATED.

DATED: October 29, 2021

STEPHANIE M. HINDS
Acting United States Attorney

   /s/ Kyle F. Waldinger
KYLE F. WALDINGER
NICHOLAS J. WALSH
Assistant United States Attorneys

DATED: October 29, 2021

   /s/ Hanni Fakhoury
HANNI FAKHOURY
Counsel for the Defendant

\\
\\
\\
\\

STIPULATION AND [PROPOSED] ORDER    2
20-CR-00266 JST

1                              **[PROPOSED] ORDER**

2        Based upon the representations of counsel in the above stipulation and during a hearing on
3 October 22, 2021, and for good cause shown, the Court finds that failing to exclude the time between
4 October 22, 2021, and January 21, 2022, would deny counsel the reasonable time necessary for effective
5 preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(B)(iv). The
6 Court further finds that the ends of justice served by continuing the matter to January 21, 2022, and
7 excluding the time between October 22, 2021, and January 21, 2022, from computation under the
8 Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.
9        Therefore, IT IS HEREBY ORDERED that the time between October 22, 2021, and January 21,
10 2022, shall be excluded from computation under the Speedy Trial Act. See 18 U.S.C. § 3161(h)(7)(A)
11 and (B)(iv).
12        IT IS SO ORDERED.

14 DATED: _____, 2021        _____
15                                     THE HONORABLE JON S. TIGAR