UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL B. ROTHENBERG,<br><br>　　　　　Defendant. | Case No. 20-cr-0266 JST (NC)<br><br>**ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION ON INTERNATIONAL TRAVEL REQUEST**<br><br>Re: ECF 92 |

Upon review of defendant Michael Rothenberg's motion for reconsideration of my order denying his letter request for modification of his pretrial release conditions so that he may take an international vacation, the motion is denied. ECF 92. The motion for reconsideration does provide some more specificity about the proposed "international vacation" by identifying three countries that Mr. Rothenberg wished to visit in September. But it adds no weight to the "need" for this (or similar) international travel or to address the prosecution's valid concerns (ECF 90) about risk of non-appearance that would arise from the return of the defendant's passport. Absent good cause, the motion for reconsideration is denied.

**IT IS SO ORDERED.**

Dated: November 17, 2021

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　NATHANAEL M. COUSINS
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge