# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT of CALIFORNIA

### *CRIMINAL HEARING MINUTES*

| | | | |
|---|---|---|---|
| Judge: | Jon S. Tigar | Time in Court: | 13 minutes |
| Date: | January 21, 2022 | | |
| Case No. | **3:20-cr-00266-JST-1** | | |

**United States of America**　　v.　　**Michael Brent Rothenberg**

　　　　　　　　　　　　　　　　　Defendant
　　　　　　　　　　　　　　☑　Present
　　　　　　　　　　　　　　☐　Not Present
　　　　　　　　　　　　　　☐　In Custody

Nicholas Walsh　　　　　　　　　　　　　　Hanni Fakhoury
Kyle Waldinger
U.S. Attorney　　　　　　　　　　　　　　　Defense Counsel

Courtroom Deputy Clerk: Mauriona Lee　　　Court Reporter: Pamela Hebel

### *PROCEEDINGS*

Status conference – held.

### *RESULT OF HEARING*

1. Hearing held via Zoom videoconference.
2. The Motion to Dismiss Counts 1, 3 and 5-23 for Failure to State an Offense or, Alternatively, to Strike the Omissions Theory as Insufficiently Pleaded, ECF. 85, is DENIED. Written order to issue.
3. Trial schedule discussed. Matter continued to March 18, 2022 at 9:30 a.m. in courtroom 6, 2nd floor, for trial setting hearing.
4. Time is excluded through March 18, 2022 for effective preparation of counsel. The Government shall prepare a proposed order.