STEPHANIE M. HINDS (CABN 154284)
United States Attorney

TOM COLTHURST (CABN 99493)
Chief, Criminal Division

KYLE F. WALDINGER (CABN 298752)
NICHOLAS J. WALSH (CABN 314290)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Fax: (415) 436-7234
    Email: kyle.waldinger@usdoj.gov
    Email: nicholas.walsh@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 20-CR-00266 JST |
| Plaintiff, | ) |
| | ) STIPULATION TO EXCLUDE TIME FROM THE |
| v. | ) SPEEDY TRIAL ACT CALCULATION |
| | ) |
| MICHAEL BRENT ROTHENBERG, | ) AND |
| a/k/a MIKE ROTHENBERG, | ) |
| | ) [PROPOSED] ORDER |
| Defendant. | ) |

At the request of the Court at the conclusion of a hearing held on before the Court on January 21, 2022, the parties, with the consent of the defendant, hereby submit this stipulation to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h), from January 21, 2022, through and including March 18, 2022.

The parties agree as follows:

1. The defendant, Michael Brent Rothenberg, represented by his attorney Hanni Fakhoury, and the government, represented by Assistant United States Attorneys Kyle Waldinger and Nicholas Walsh, appeared by Zoom videoconference before the Court on January 21, 2022, for a status hearing.

STIPULATION AND [PROPOSED] ORDER
20-CR-00266 JST

At the conclusion of the hearing, the matter was continued to March 18, 2022, at 9:30 a.m., for trial setting.

2.      As stated in court during previous appearances in this case, the government has provided a large amount of discovery to the defendant.  Defendant's counsel is continuing to review that discovery, and needs additional time to adequately review those materials and conduct necessary investigation.

3.      Because the defense team requires time to review the discovery and to conduct necessary investigation, and because additional time is necessary for the effective preparation of a defense, the parties agree that time should be excluded under the Speedy Trial Act between January 21, 2022, and March 18, 2022.

4.      Furthermore, the parties agree that the ends of justice served by continuing this matter to March 18, 2022, outweigh the best interests of the public and the defendant in a speedy trial and that, therefore, excluding the time between January 21, 2022, and March 18, 2022, from computation under the Speedy Trial Act is appropriate.

IT IS SO STIPULATED.

DATED:  January 25, 2022                               STEPHANIE M. HINDS
                                                       United States Attorney

                                                        */s/ Kyle F. Waldinger*
                                                       KYLE F. WALDINGER
                                                       NICHOLAS J. WALSH
                                                       Assistant United States Attorneys

DATED:  January 25, 2022

                                                        */s/ Hanni Fakhoury*
                                                       HANNI FAKHOURY
                                                       Counsel for the Defendant Michael Rothenberg

\\
\\
\\

STIPULATION AND [PROPOSED] ORDER     2
20-CR-00266 JST

**[~~PROPOSED~~] ORDER**

Based upon the representations of counsel in the above stipulation and during a hearing on January 21, 2022, and for good cause shown, the Court finds that failing to exclude the time between January 21, 2022, and March 18, 2022, would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by continuing the matter to March 18, 2022, and excluding the time between January 21, 2022, and March 18, 2022, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, IT IS HEREBY ORDERED that the time between January 21, 2022, and March 18, 2022, shall be excluded from computation under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: January 25, 2022

_____
THE HONORABLE JON S. TIGAR