1  STEPHANIE M. HINDS (CABN 154284)
United States Attorney
2
THOMAS A. COLTHURST (CABN 99493)
3  Chief, Criminal Division

4  KYLE F. WALDINGER (CABN 298752)
NICHOLAS J. WALSH (CABN 314290)
5  Assistant United States Attorneys

6      450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
7      Telephone: (415) 436-7200
Fax: (415) 436-7234
8      Email: kyle.waldinger@usdoj.gov
Email: nicholas.walsh@usdoj.gov
9
Attorneys for the United States of America
10

11

12                UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA

14                    OAKLAND DIVISION

15  UNITED STATES OF AMERICA,              )  CASE NO. 20-CR-00266 JST
                                           )
16         Plaintiff,                      )  UNITED STATES' BILL OF PARTICULARS
                                           )
17      v.                                 )
                                           )
18  MICHAEL BRENT ROTHENBERG,              )
         a/k/a MIKE ROTHENBERG,            )
19                                         )
         Defendant.                        )
20  _____)

21         The United States of America, by and through Stephanie M. Hinds, United States Attorney for

22  the Northern District of California, and Kyle F. Waldinger and Nicholas J. Walsh, Assistant United

23  States Attorneys, hereby files the following Bill of Particulars pursuant to Federal Rule of Criminal

24  Procedure 7(f).

25         The Indictment in the above-captioned case refers on multiple occasions to "investors"; "various

26  investors"; "investors' funds" and "money from investors"; "2015 Fund [and 2016 Fund] investors" and

27  "investors in the 2015 Fund [and the 2016 Fund]"; "potential investors"; and "certain investors."

28         On September 13, 2021, the defendant filed his Motion to Strike Surplusage from the

USA'S BILL OF PARTICULARS
20-CR-00266 JST

Superseding Indictment or, Alternatively, for a Bill of Particulars.  Dkt. 86.  The defendant's motion requested that the Court strike the Indictment's references to "potential" and/or "certain" investors in the wire fraud charges alleged in Counts Five through Seven, Counts Twelve through Fifteen, and Counts Sixteen through Twenty-Three.  *See id.* at 3:14-15, 3:24-26 & 4:6-9.  Alternatively, the defendant requested that the Court "direct the government to provide a bill of particulars as to who these ['potential' or] 'certain' investors are beyond the specific identified individuals and entities [and investors] referenced in the" relevant wire fraud counts.  *See, e.g.*, *id.* at 4:9-11.

On December 6, 2021, the Court issued an order granting in part and denying in part the defendant's motion.  Dkt. 109.  In its Order, the Court stated that the size of the discovery production and the case's complexity "weigh[ed] in favor of granting a bill of particulars," *id.* at 4:23-24, noting that it was "unreasonable to expect Rothenberg to try and identify unenumerated victims" within the large discovery production.  *Id.* at 5:5-6.  The Court concluded by "find[ing] it appropriate to strike references to 'potential investors' and 'certain investors'" in the wire fraud counts and by stating that "[i]f the Government wishes to supplement the superseding indictment with additional information about the victims, it may do so."  *Id.* at 5:7-10; *see also id.* at 5:10-12 (noting what government must do if it does not identify victims by name).

Based on this ruling, the United States hereby provides this Bill of Particulars to do the following: (I) provide the defendant with the identity of the alleged victim-investors identified by initials or other anonymizing identifiers in the Indictment and (II) to identify additional individuals that the United States may call as witnesses at trial who were investors or potential investors in one or more of the defendant's venture capital funds.

## I.  Investors Identified in the Indictment

The following investors are identified in the following substantive counts of the Indictment:

1.  ARChina Capital, referred to in Count Twenty-Two of the Indictment as "A Capital";

2.  Binns Family Limited Partnership, referred to in Count Thirteen of the Indictment as "B.F. Limited Partnership";

3.  CY Capital, referred to in Count Twenty-One of the Indictment as "C Capital";

4.      Dolby Family Ventures Limited Partnership, referred to in Count Nineteen of the Indictment as "D.F.V. Limited Partnership";

5.      GHF, Inc., referred to in Count Twelve and Count Seventeen of the Indictment as "G Inc.";

6.      Ron Goldberg, referred to in Count Fifteen of the Indictment as "R.G." (Lena Goldberg is Ron Goldberg's wife and is referred to in the Indictment as "L.G.");

7.      HTC Corporation, referred to in Count Eighteen of the Indictment as "H Corporation";

8.      Sonoko Konishi, referred to in Count Fourteen of the Indictment as "S.K." (Ewan Johnson is Sonoko Konishi's husband and is referred to in the Indictment as "E.J.");

9.      Korea Investment Partners, referred to in Count Twenty-Three of the Indictment as "K Capital";

10.     Natala Menezes, referred to in Count Twenty of the Indictment as "N.M.";

11.     Pilot Grove Management LLC, referred to in Count Five and Count Six of the Indictment as "P LLC";

12.     Transcend VR LLC, referred to in Count Seven of the Indictment as "T LLC"; and

13.     Tubus LLC, referred to in Count Sixteen of the Indictment as "an LLC controlled by M.A."

**II.     Additional Investors Who May Be Called to Testify at Trial or as to Whom the United States May Introduce Evidence at Trial**

The following additional individuals and entities are believed to have made investments in one of the venture capital funds controlled by the defendant, or are believed to have received solicitations to make such investments.  They may be called as witnesses at trial, or the United States may introduce evidence regarding the fact that they invested in the defendant's venture capital funds or that they received solicitations to do so:

1.      Ted Ackerley (or Mike Welch) (Ackerley Partners);

2.      Mike Balas;

3.      Mark Castleman (and Michael Castleman);

4.      Paul Cheesbrough (Newscorp);

5.      Nicholas Ducoff;

6.      Brandon Farwell (and Farwell Family members);

7.      Mark Goldstein;

8.      Mindy Grossman and Neil Grossman;

9.      Nathanael Hudson;

10.     Alberto Ibarguen (or Ben Wirz) (Knight Foundation);

11.     David Jones (and George Prest) (You and Mr. Jones/Brandtech Group);

12.     Tom Leep (aka Thomas Leep, Sr.);

13.     Tommy Leep (aka Thomas Leep, Jr.);

14.     Brandon Molina;

15.     Chris Pallota (Pallota Family/Raptor Group;

16.     Sebastian Paquette (Solid Rock Group);

17.     Rich Dynasty Ltd.;

18.     Michael Ritter (and Chris DeWolfe) (SGN); and

19.     David Supan.

The United States may identify additional investors and potential investors before trial, and it may call such additional investors and potential investors as witnesses at the trial of this matter, or may introduce evidence regarding such additional investors and potential investors.  Lists of individuals and entities that made investments into one of the defendant's venture capital funds also can be found at various locations within the United States' discovery production, including but not limited to the document found at Bates numbers DELOITTE-GF-00070 through -00100 and within the native Excel spreadsheets found at the following Bates numbers:  SEC-DOJ-EPROD-000027377, SEC-DOJ-EPROD-000034445, SEC-DOJ-EPROD-000043795, SEC-DOJ-EPROD-000044930, SEC-DOJ-EPROD-000047223, EC-DOJ-EPROD-000050141, EC-DOJ-EPROD-000050143, SEC-DOJ-EPROD-000050145, SEC-DOJ-EPROD-000050172, SEC-DOJ-EPROD-000050176, SEC-DOJ-EPROD-000050178, SEC-DOJ-EPROD-000058910, SEC-DOJ-EPROD-000058958, SEC-DOJ-EPROD-000065230, SEC-DOJ-EPROD-000073510, SEC-DOJ-EPROD-000073631, SEC-DOJ-EPROD-

1    000073714, and SEC-DOJ-EPROD-000073758.

2

3    DATED:  February 11, 2022                    STEPHANIE M. HINDS
                                                  United States Attorney
4

5                                                   */s/ Kyle F. Waldinger*
                                                  _____
6                                                 KYLE F. WALDINGER
                                                  NICHOLAS J. WALSH
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28