UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

*CRIMINAL HEARING MINUTES*

| | | | |
|---|---|---|---|
| Judge: | Jon S. Tigar | Time in Court: | 15 minutes |
| Date: | March 18, 2022 | | |
| Case No. | **3:20-cr-00266-JST-1** | | |

**United States of America**  v.  **Michael Brent Rothenberg**

Defendant
☑ Present
☐ Not Present
☐ In Custody

Kyle Waldinger                                    Hanni Fakhoury
U.S. Attorney                                     Defense Counsel

Courtroom Deputy Clerk: Mauriona Lee        Court Reporter: Raynee Mercado

*PROCEEDINGS*

Trial setting hearing – held.

*RESULT OF HEARING*

1. Trial schedule and associated deadlines set. Motions in Limine due September 8, 2022. Oppositions due September 15, 2022. Replies due September 22, 2022. Pretrial Conference set for October 6, 2022 at 9:30 a.m. Jury Trial set for October 31, 2022 at 8:00 a.m. in courtroom 6, 2nd floor, Oakland.
2. Further status conference set for June 24, 2022 at 9:30 a.m. in courtroom 6, 2nd floor, Oakland. Joint Case Management Statement due June 17, 2024.
3. Time is excluded through October 31, 2022 for effective preparation of counsel. The Government shall prepare a proposed order.

1