MOEEL LAH FAKHOURY LLP
Hanni M. Fakhoury (State Bar No. 252629)
1300 Clay Street, Suite 600
Oakland, CA 94612
Telephone: (510) 500-9994
Email: hanni@mlf-llp.com

Attorneys for Michael Rothenberg

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL ROTHENBERG,<br><br>Defendant. | Case No.: 3:20-CR-00266-JST<br><br>**DECLARATION OF HANNI M. FAKHOURY IN SUPPORT OF DEFENDANT'S MOTION TO TRANSFER VENUE TO THE WESTERN DISTRICT OF TEXAS** |

I, Hanni M. Fakhoury, hereby declare as follows:

1. I am an attorney licensed in the state of California. I have been appointed to represent Michael Rothenberg in this case.

2. Attached as Exhibit A is a true and correct copy of the April 27, 2022 Notice to Vacate served on Mr. Rothenberg by the San Francisco Sheriff that I received from Mr. Rothenberg.

3. Attached as Exhibit B are true and correct copies of excerpts from the Federal Court Management Statistics, December 2021 concerning the Northern District of California and the Western District of Texas. This report is published by the Administrative Office of the U.S. Courts ("AO") and I excerpted the exhibit from the full report that is available online at the AO's website at https://www.uscourts.gov/statistics/table/na/federal-court-management-statistics/2021/12/31-1.

FAKHOURY DECLARATION IN SUPPORT OF DEFENDANT'S MOTION TO TRANSFER VENUE
*United States v. Rothenberg*, 3:20-CR-00266-JST

1

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on May 17, 2022, in Chicago, Illinois.

Hanni M. Fakhoury

FAKHOURY DECLARATION IN SUPPORT OF DEFENDANT'S MOTION TO TRANSFER VENUE
*United States v. Rothenberg*, 3:20-CR-00266-JST

2