# EXHIBIT B

**IN SUPPORT OF DEFENDANT'S MOTION TO TRANSFER VENUE TO THE WESTERN DISTRICT OF TEXAS**

## U.S. District Court — Judicial Caseload Profile

**CALIFORNIA NORTHERN**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Dec 31 2016 | Dec 31 2017 | Dec 31 2018 | Dec 31 2019 | Dec 31 2020 | Dec 31 2021 | U.S. | Circuit |
| **Overall Caseload Statistics** | Filings ¹ | | 8,328 | 8,510 | 9,077 | 9,645 | 10,313 | 10,990 | | |
| | Terminations | | 6,892 | 7,707 | 7,910 | 7,990 | 9,238 | 10,987 | | |
| | Pending | | 8,404 | 9,199 | 10,344 | 11,961 | 13,036 | 13,012 | | |
| | Percent Change in Total Filings Current Year Over Earlier Year | | 32.0 | 29.1 | 21.1 | 13.9 | 6.6 | | 15 | 3 |
| | Number of Judgeships | | 14 | 14 | 14 | 14 | 14 | 14 | | |
| | Vacant Judgeship Months ² | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 33.7 | | |
| **Actions per Judgeship** | Filings | Total | 595 | 608 | 648 | 689 | 737 | 785 | 9 | 2 |
| | | Civil | 523 | 525 | 558 | 591 | 670 | 708 | 6 | 1 |
| | | Criminal Felony | 35 | 41 | 43 | 53 | 28 | 36 | 88 | 14 |
| | | Supervised Release Hearings | 37 | 42 | 48 | 45 | 38 | 41 | 35 | 8 |
| | Pending Cases ² | | 600 | 657 | 739 | 854 | 931 | 929 | 11 | 2 |
| | Weighted Filings ² | | 515 | 556 | 637 | 592 | 662 | 816 | 7 | 1 |
| | Terminations | | 492 | 551 | 565 | 571 | 660 | 785 | 9 | 2 |
| | Trials Completed | | 11 | 9 | 11 | 9 | 5 | 8 | 76 | 10 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 14.9 | 20.8 | 15.8 | 12.4 | 13.3 | 16.1 | 65 | 9 |
| | | Civil ² | 7.3 | 7.2 | 7.6 | 8.5 | 11.3 | 8.9 | 33 | 7 |
| | From Filing to Trial ² (Civil Only) | | 31.2 | 26.7 | 29.2 | 22.3 | 37.6 | 30.9 | 22 | 4 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old ² | | 471 6.5 | 469 5.8 | 834 9.1 | 1,689 15.9 | 1,039 8.7 | 1,050 8.9 | 43 | 5 |
| | Average Number of Felony Defendants Filed per Case | | 1.4 | 1.4 | 1.3 | 1.3 | 1.3 | 1.4 | | |
| | Jurors | Avg. Present for Jury Selection | 70.1 | 65.0 | 65.1 | 78.6 | 88.9 | 60.0 | | |
| | | Percent Not Selected or Challenged | 47.8 | 41.4 | 31.1 | 55.5 | 60.2 | 42.2 | | |

### 2021 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense

| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Civil | 9,909 | 136 | 2,640 | 1,035 | 13 | 77 | 330 | 503 | 420 | 720 | 3,040 | 70 | 925 |
| Criminal ¹ | 509 | 17 | 124 | 9 | 98 | 103 | 25 | 36 | - | 8 | 8 | 7 | 74 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

¹ Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

² See "Explanation of Selected Terms."

## U.S. District Court — Judicial Caseload Profile

**TEXAS WESTERN**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Dec 31 2016 | Dec 31 2017 | Dec 31 2018 | Dec 31 2019 | Dec 31 2020 | Dec 31 2021 | U.S. | Circuit |
| **Overall Caseload Statistics** | Filings [1] | | 12,374 | 11,822 | 14,453 | 16,099 | 12,315 | 12,584 | | |
| | Terminations | | 11,263 | 12,179 | 13,615 | 15,225 | 12,011 | 11,197 | | |
| | Pending | | 7,351 | 6,813 | 7,524 | 8,322 | 8,593 | 9,909 | | |
| | Percent Change in Total Filings Current Year Over Earlier Year | | 1.7 | 6.4 | -12.9 | -21.8 | 2.2 | | 23 | 3 |
| | Number of Judgeships | | 13 | 13 | 13 | 13 | 13 | 13 | | |
| | Vacant Judgeship Months [2] | | 15.5 | 24.0 | 24.3 | 6.9 | 0.0 | 10.1 | | |
| **Actions per Judgeship** | Filings | Total | 952 | 909 | 1,112 | 1,238 | 947 | 968 | 6 | 1 |
| | | Civil | 326 | 274 | 268 | 322 | 354 | 344 | 30 | 4 |
| | | Criminal Felony | 509 | 515 | 735 | 805 | 512 | 518 | 1 | 1 |
| | | Supervised Release Hearings | 117 | 120 | 109 | 112 | 82 | 106 | 5 | 1 |
| | Pending Cases [2] | | 565 | 524 | 579 | 640 | 661 | 762 | 16 | 4 |
| | Weighted Filings [2] | | 737 | 695 | 755 | 873 | 820 | 850 | 4 | 1 |
| | Terminations | | 866 | 937 | 1,047 | 1,171 | 924 | 861 | 4 | 2 |
| | Trials Completed | | 19 | 20 | 20 | 22 | 18 | 26 | 14 | 2 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 5.3 | 5.3 | 4.2 | 4.4 | 4.5 | 5.6 | 4 | 2 |
| | | Civil [2] | 6.7 | 7.8 | 8.1 | 6.5 | 6.7 | 8.2 | 25 | 3 |
| | From Filing to Trial [2] (Civil Only) | | 20.7 | 19.2 | 20.4 | 27.9 | 18.5 | 25.5 | 11 | 3 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 73 / 2.3 | 79 / 2.8 | 115 / 4.1 | 155 / 4.9 | 189 / 5.1 | 227 / 5.6 | 20 | 3 |
| | Average Number of Felony Defendants Filed per Case | | 1.2 | 1.1 | 1.1 | 1.1 | 1.1 | 1.1 | | |
| | Jurors | Avg. Present for Jury Selection | 52.9 | 50.3 | 67.8 | 46.9 | 62.3 | 48.4 | | |
| | | Percent Not Selected or Challenged | 42.4 | 40.9 | 43.4 | 39.3 | 46.5 | 40.0 | | |

### 2021 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense

| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Civil | 4,472 | 87 | 80 | 901 | 14 | 87 | 243 | 481 | 493 | 1,108 | 501 | 2 | 475 |
| Criminal [1] | 6,732 | 144 | 1,000 | 4,638 | 409 | 291 | 66 | 68 | 9 | 9 | 17 | 48 | 33 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."