STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

KYLE F. WALDINGER (CABN 298752)
NICHOLAS J. WALSH (CABN 314290)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Fax: (415) 436-7234
    Email: Kyle.Waldinger@usdoj.gov
    Email: Nicholas.Walsh@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 20-CR-00266 JST |
| Plaintiff, | STIPULATION TO SET BRIEFING SCHEDULE |
| v. | AND [PROPOSED] ORDER |
| MICHAEL BRENT ROTHENBERG, a/k/a MIKE ROTHENBERG, | |
| Defendant. | |

The parties have met and conferred and hereby stipulate and agree as follows:

1. On May 17, 2022, Defendant Michael Rothenberg filed his Motion to Transfer Venue to the Western District of Texas. *See* Dkt. 128.

2. In order to allow the parties to address the motion and the Court time to adjudicate the motion, the parties jointly propose the following briefing schedule:

   - Government opposition due June 3, 2022, and,
   - Defense reply (if any) due June 10, 2022.

3. The parties jointly request that the motion be heard at the Status Conference already set

for June 24, 2022, at 9:30 a.m.

4. By order of the Court, time for this period has already been excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), to allow for effective preparation of counsel, taking into account the exercise of due diligence. *See* Dkt. 126.

5. The undersigned counsel for the government certify that they have obtained approval from counsel for the defendant to file this stipulation and proposed order.

SO STIPULATED.

DATED: May 19, 2022

STEPHANIE M. HINDS
United States Attorney

_____/s/_____
KYLE F. WALDINGER
NICHOLAS J. WALSH
Assistant United States Attorneys

DATED: May 19, 2022

MOEEL LAH FAKHOURY LLP

_____/s/_____
HANNI FAKHOURY
Attorney for Defendant Michael Rothenberg

# [PROPOSED] ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby ORDERS AND SETS the following briefing schedule for the Defendant's Motion to Transfer Venue to the Western District of Texas, Dkt. 128:

- Government opposition due June 3, 2022, and,
- Defense reply (if any) due June 10, 2022.

IT IS FURTHER ORDERED THAT the motion shall be heard on June 24, 2022, at 9:30 a.m. at the previously set Status Conference.

IT IS SO ORDERED.

DATED:   May _____, 2022

_____
THE HONORABLE JON S. TIGAR
United States District Judge

STIP. TO SET BRIEFING SCHEDULE
AND [PROPOSED] ORDER
20-CR-00266 JST

2