STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

KYLE F. WALDINGER (CABN 298752)
NICHOLAS J. WALSH (CABN 314290)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Fax: (415) 436-7234
    Email: Kyle.Waldinger@usdoj.gov
    Email: Nicholas.Walsh@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL BRENT ROTHENBERG,<br>    a/k/a MIKE ROTHENBERG,<br><br>    Defendant. | CASE NO. 20-CR-00266 JST<br><br>UNITED STATES' NOTICE OF ERRATA RE: OPPOSITION TO DEFENDANT'S MOTION TO TRANSFER VENUE TO THE WESTERN DISTRICT OF TEXAS<br><br>Hearing Date:  June 24, 2022<br>Hearing Time:  9:30 am |

On June 3, 2022, the United States filed its Opposition to the defendant's Motion to Transfer Venue. *See* Dkt. 131. In Argument Section II.I ("Docket Conditions of Each Potential District"), the government cited caseload statistics from the WDTX and the NDCA and attributed those numbers to year-end **2021**. *See id.* at 16:3-11. In truth, the figures set out in the government's Opposition correspond to year-end **2020**. The year-end 2021 figures for pending felony criminal cases in the WDTX and the NDCA are 5,886 and 1,195, respectively. *See* Table D-1. U.S. District Courts–Criminal Defendants Commenced, Terminated, and Pending (Including Transfers), During the 12-Month Period Ending December 31, 2021, *available at* www.uscourts.gov/statistics/table/d-1/statistical-tables-federal-judiciary/2021/12/31.

USA'S NOTICE OF ERRATA
20-CR-00266 JST

1   Using the same divisors that the government employed in its Opposition filed on June 3, 2022, these 2021 year-end figures translate into an average caseload of 327 felony cases for the senior and active judges in the WDTX and approximately 70-75 felony cases for the senior and active judges in the NDCA that hear criminal cases.

DATED:  June 7, 2022

STEPHANIE M. HINDS
United States Attorney

/s/
KYLE F. WALDINGER
NICHOLAS J. WALSH
Assistant United States Attorneys