STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

KYLE F. WALDINGER (CABN 298752)
NICHOLAS J. WALSH (CABN 314290)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Fax: (415) 436-7234
    Email: Kyle.Waldinger@usdoj.gov
    Email: Nicholas.Walsh@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 20-CR-00266 JST |
| Plaintiff, | JOINT CASE MANAGEMENT STATEMENT |
| v. | |
| MICHAEL BRENT ROTHENBERG, a/k/a MIKE ROTHENBERG, | Trial Date: October 31, 2022<br>Status Hearing Date: June 24, 2022<br>Status Hearing Time: 9:30 am |
| Defendant. | |

At the appearance on March 18, 2022, the Court set a date of October 31, 2022, for the trial of severed Counts One and Two. The Court directed the parties to appear on June 24, 2022, for a further status conference and ordered them to file a Joint Case Management Statement by June 17, 2022. Dkt. 120. Accordingly, the United States and Defendant Michael Rothenberg now submit this Joint Case Management Statement to apprise the Court of the status of the case.

**<u>Pending Motion</u>**

1. Currently pending before the Court is Rothenberg's Motion to Transfer Venue to the Western District of Texas. That motion is fully briefed and is set for a hearing at the appearance scheduled for June 24, 2022. The status of the case described below is contingent on the Court's

JOINT CASE MANAGEMENT STATEMENT
20-CR-00266 JST

resolution of the pending Motion to Transfer Venue.

**Issues Related to the Scheduled Trial of Counts One and Two**

2.	Counts One and Two allege that Rothenberg committed the crimes of Bank Fraud and False Statements to a Financial Institution in the summer of 2014. Specifically, Count One alleges that the defendant devised and executed a scheme to defraud Silicon Valley Bank ("SVB") during the application process to obtain two loans from that financial institution in or about July and August 2014. *See* Dkt. 15, ¶¶ 27-28. Count Two alleges that the defendant knowingly made false statements and representations to SVB regarding his assets and liabilities with respect to his application for those loans in or about August 2014. *See id.*, ¶ 30.

3.	Trial for Counts One and Two is currently scheduled for October 31, 2022. The Court has set a schedule for the filing of motions *in limine* and has scheduled a pretrial conference for October 6, 2022. The parties intend to file other pretrial papers in compliance with Criminal Local Rule 17.1-1(b) and this Court's Standing Order for criminal cases.

4.	The United States expects the trial to last approximately five trial days. The United States expects that it will call (a) two or three witnesses who are or were employed by SVB, (b) two or three witnesses who are or were employed by Merrill Lynch, (c) one Bank of America witness, (d) a representative of the defendant's venture capital management firm (referred to in the Indictment as RVMC), and (e) one or two witnesses from the FBI or IRS-CI to discuss records previously admitted into evidence and/or testify about the analysis of those records. The United States intends to provide the defense with an informal list on or before August 25, 2022, of those witnesses whose identities can be identified by that time.

5.	The defense intends to provide the United States with an informal list on or before August 25, 2022, of defense witnesses whose identities can be identified by that time.

6.	The parties will comply with this Court's Standing Order for criminal cases by exchanging copies of exhibits and related documents and by providing exhibits lists on or before September 15, 2022 (21 days before the final pretrial conference).

7.	The United States believes that it has produced all existing discovery currently in its possession regarding the offenses charged in Counts One and Two. The discovery universe pertaining

to those counts is discrete and largely consists of business records from SVB, Merrill Lynch, Bank of America, other financial institutions, and RVMC, as well as law enforcement memoranda summarizing interviews of witnesses.  As more business records and new reports become available, the United States will produce those to the defense expeditiously.

8. The United States has requested reciprocal discovery from the defense pursuant to Federal Rules of Criminal Procedure 16(b) and (c) and 26.2.  To date, Rothenberg has produced no reciprocal discovery.  The defense intends to produce reciprocal discovery at a reasonable time before trial, but in any event no later than August 25, 2022.

9. Other than motions *in limine* regarding evidentiary and trial-process issues, and subject to review of the defendant's witness list and exhibit list, the United States does not intend to file any pretrial motions pertaining to Counts One and Two.

10. Other than motions *in limine* regarding evidentiary and trial-process issues, and subject to review of the United States' witness list and exhibit list, the defendant Rothenberg does not intend to file any pretrial motions pertaining to Counts One and Two, with one possible exception.  Rothenberg has requested transcripts of the grand jury proceedings.  The United States has declined to provide transcripts because the transcripts contain no statements by a witness who will testify at trial.  Rothenberg therefore may file a pretrial motion regarding the disclosure of grand jury transcripts.

## Issues Related to Counts Three through Twenty-Three

11. Trial has not yet been scheduled for the remaining counts of the Indictment, *i.e.*, Counts Three through Twenty-Three.  The United States has produced all existing discovery currently in its possession regarding the offenses charged in those counts.  As noted in the parties' previous filings in this case, the discovery universe in this case is sizable.

12. One discovery-related issue remains. Currently, a "filter" AUSA in the U.S. Attorney's Office is working with defense counsel regarding potential attorney-client privilege issues pertaining to the deposition of the defendant Rothenberg that was taken by the Securities and Exchange Commission.  The entire deposition and related exhibits have been produced to the defense; the issue to be resolved relates to whether one of the deposition exhibits is protected by the attorney-client privilege or attorney work product doctrine.  The parties expect this issue to be resolved soon.

JOINT CASE MANAGEMENT STATEMENT
20-CR-00266 JST

13.     As the Court is aware, the United States filed a Bill of Particulars. Dkt. 118. Rothenberg has reviewed that document, and combined with other discovery provided to the defense, determined that the Bill of Particulars is satisfactory and has answered Rothenberg with regard to the issues raised in his earlier motion. *See* Dkts. 86 (motion) and 109 (order granting in part and denying in part motion).

14.     The United States is interested in selecting a date for the trial of Counts Three through Twenty-Three at the parties' next appearance on June 24, 2022.  The United States intends to seek a trial date in April 2023.

DATED:  June 16, 2022                                    Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

          /s/
KYLE F. WALDINGER
NICHOLAS J. WALSH
Assistant United States Attorneys

MOEEL LAH FAKHOURY LLP

          /s/
HANNI FAKHOURY
Attorney for Defendant Michael Rothenberg

JOINT CASE MANAGEMENT STATEMENT
20-CR-00266 JST