UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

*CRIMINAL MINUTES*

Judge: Jon S. Tigar     Time in Court: 32 minutes
Date: June 24, 2022
Case No.: **3:20-cr-00266-JST-1**

**United States of America**     v.     **Michael Brent Rothenberg**

Defendant
☑ Present
☐ Not Present
☐ In Custody

Nicholas Walsh
Kyle Waldinger
U.S. Attorney

Hanni Fakhoury
Defense Counsel

Courtroom Deputy Clerk: Mauriona Lee     Reporter: Raynee Mercado

*PROCEEDINGS*

Motion to Change Venue hearing and Status Conference – held.

*RESULT OF HEARING*

1. Hearing held via Zoom videoconference.
2. Argument heard from parties. Motion taken under submission. Written order to issue.
3. Jury trial set for July 24, 2023 at 8:00 a.m. for 16 days. Pretrial conference set for June 30, 2023 at 2:00 p.m.
4. Status conference set for August 26, 2022 at 9:30 a.m. via Zoom videoconference.
5. Time is excluded through October 31, 2022 for effective preparation of counsel. The Government shall prepare a proposed order.