STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

KYLE F. WALDINGER (CABN 298752)
NICHOLAS J. WALSH (CABN 314290)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Fax: (415) 436-7234
    Email: kyle.waldinger@usdoj.gov
    Email: nicholas.walsh@usdoj.gov

Attorneys for the United States of America

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 20-CR-00266 JST |
|     Plaintiff, | STIPULATION TO EXCLUDE TIME FROM THE SPEEDY TRIAL ACT CALCULATION |
|   v. | AND |
| MICHAEL BRENT ROTHENBERG, a/k/a MIKE ROTHENBERG, | [PROPOSED] ORDER |
|     Defendant. | |

At the request of the Court at the conclusion of a hearing held on before the Court on June 24, 2022, the parties, with the consent of the defendant, hereby submit this stipulation to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h), from June 24, 2022, through and including the scheduled trial date for Counts One and Two of the Indictment – October 31, 2022.

The parties agree as follows:

1. The defendant, Michael Brent Rothenberg, represented by his attorney Hanni Fakhoury, and the government, represented by Assistant United States Attorney Kyle Waldinger, appeared before the Court on June 24, 2022, for a motion hearing and for a status hearing. Trial for Counts One and Two

STIPULATION AND [PROPOSED] ORDER
20-CR-00266 JST

of the Indictment had previously been scheduled for October 31, 2022.

2. As stated in court during previous appearances in this case, the government has provided a large amount of discovery to the defendant. Defendant's counsel is continuing to review that discovery, and needs additional time to adequately review those materials and conduct necessary investigation. In addition, defendant's counsel needs time to prepare for the trial that is now scheduled in this case for October 31, 2022.

3. Because the defense team requires time to review the discovery, to conduct necessary investigation, and to prepare for trial, and because additional time is necessary for the effective preparation of a defense, the parties agree that time should be excluded under the Speedy Trial Act between June 24, 2022, and October 31, 2022.

4. Furthermore, the parties agree that the ends of justice served by continuing this matter for trial of Counts One and Two to October 31, 2022, outweigh the best interests of the public and the defendant in a speedy trial and that, therefore, excluding the time between June 24, 2022, and October 31, 2022, from computation under the Speedy Trial Act is appropriate.

IT IS SO STIPULATED.

DATED: July 1, 2022

STEPHANIE M. HINDS
United States Attorney

  */s/ Kyle F. Waldinger*
KYLE F. WALDINGER
NICHOLAS J. WALSH
Assistant United States Attorneys

DATED: July 1, 2022

  */s/ Hanni Fakhoury*
HANNI FAKHOURY
Counsel for the Defendant Michael Rothenberg

\\

\\

\\

STIPULATION AND [PROPOSED] ORDER     2
20-CR-00266 JST

**[PROPOSED] ORDER**

Based upon the representations of counsel in the above stipulation and during a hearing on June 24, 2022, and for good cause shown, the Court finds that failing to exclude the time between June 24, 2022, and October 31, 2022, would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by continuing the matter for trial to October 31, 2022, and excluding the time between June 24, 2022, and October 31, 2022, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, IT IS HEREBY ORDERED that the time between June 24, 2022, and October 31, 2022, shall be excluded from computation under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: _____, 2022

THE HONORABLE JON S. TIGAR