UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

*CRIMINAL HEARING MINUTES*

Judge: Jon S. Tigar  Time in Court: 17 minutes
Date: August 26, 2022
Case No. **3:20-cr-00266-JST-1**

**United States of America** v. **Michael Brent Rothenberg**

Defendant
☑ Present
☐ Not Present
☐ In Custody

Nicholas Walsh  Hanni Fakhoury
Kyle Waldinger
U.S. Attorney  Defense Counsel

Courtroom Deputy Clerk: Mauriona Lee  Court Reporter: Lee-Anne Shortridge

*PROCEEDINGS*

Status conference – held.

*RESULT OF HEARING*

1. Hearing held via Zoom videoconference.
2. Trial preparations discussed. No new dates set.

1