STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

KYLE F. WALDINGER (CABN 298752)
NICHOLAS J. WALSH (CABN 314290)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Fax: (415) 436-7234
    Email: Kyle.Waldinger@usdoj.gov
    Email: Nicholas.Walsh@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 20-00266 JST |
| Plaintiff, | **UNITED STATES' NOTICE RE: INTRODUCTION OF BUSINESS RECORDS PURSUANT TO SELF-AUTHENTICATION PROVISIONS OF FED. R. EVID. 902(11)** |
| v. | |
| MICHAEL BRENT ROTHENBERG, | Trial Date:  October 31, 2022, 8:00 a.m. |
| Defendant. | Pretrial Date:  October 6, 2022, 2:30 p.m. |
| | Court:    Hon. Jon S. Tigar, Courtroom 6 |

      The United States gives written notice that it may offer into evidence business records of the

following companies pursuant to Federal Rule of Evidence 902(11).  At present, the United States

anticipates calling as witnesses the custodians of records of at least some of the companies listed below.

The United States files this Notice out of an abundance of caution and because it will endeavor to

introduce as many business records as possible under Rule 902(11), taking into account its burden of

proof.  Those records include, but may not be limited to:

    1.    **American Express** – Records pertaining to various accounts (including accounts held in the name of Michael Rothenberg and other names numbered ending -1004, -2000, -2002, -2005, -3000, -3001, -3003, -4001, -4009, -5008, -6004, and -7002).

2.   **Bank of America** – Records pertaining to various accounts (including accounts held in the name of Michael Brent Rothenberg numbered ending -2114 and -2573).

3.   **Chicago Title Company** – Escrow file pertaining to refinancing of mortgage for Bryant Street condominium in 2014.

4.   **First American Title Insurance Company** – Escrow file pertaining to purchase money mortgage for Bryant Street condominium in 2013.

5.   **Silicon Valley Bank** – Records pertaining to various accounts (including accounts numbered ending -0562, -0657, -2235, -2623, -3208, -3689, -3693, -6205, -6224, -7368, -7429, -7483, -8064, -and 8931, among others).

Under Rule 902 of the Federal Rules of Evidence, such records are self-authenticating if accompanied by an appropriate certification.  Specifically, Rule 902 provides in pertinent part:

> Rule 902.  Evidence That Is Self-Authenticating
>
> The following items of evidence are self-authenticating; they require no extrinsic evidence of authenticity in order to be admitted:
>
> . . .
>
> (11)  Certified Domestic Records of a Regularly Conducted Activity.  The original or a copy of a domestic record that meets the requirements of Rule 803(6)(A)-(C), as shown by a certification of the custodian or other qualified person that complies with a federal statute or a rule prescribed by the Supreme Court.  Before the trial or hearing, the proponent must give an adverse party reasonable written notice of the intent to offer the record – and must make the record and certification available for inspection – so that the party has a fair opportunity to challenge them.

Fed. R. Evid. 902(11).

The rule referred to in Rule 902 – *i.e.*, Rule 803(6) of the Federal Rules of Evidence – sets forth one of the hearsay exceptions.  It provides as follows:

> Rule 803.  Exceptions to the Rule Against Hearsay – Regardless of Whether the Declarant Is Available as a Witness
>
> The following are not excluded by the rule against hearsay, regardless of whether the declarant is available as a witness:
>
> . . .
>
> (6) Records of a Regularly Conducted Activity.  A record of an act, event, condition, opinion, or diagnosis if:
>
> (A) the record was made at or near the time by – or from information transmitted by – someone with knowledge;

///

(B) the records was kept in the course of a regularly conducted activity of a business, organization, occupation, or calling, whether or not for profit;

(C) making the record was a regular practice of that activity;

(D) all these conditions are shown by the testimony of the custodian or another qualified witness, or by a certification that complies with Rule 902(11) or (12) or with a statute permitting certification; and

(E) the opponent does not show that the source of information or the method or circumstances of preparation indicate a lack of trustworthiness.

Fed. R. Evid. 803(6).

The United States has produced these records in discovery on various dates.  At the same time, the government provided copies of the certifications accompanying the records to defense counsel.  As set forth in those documents, the certifications are from custodians of records or other qualified persons from the business entities listed above.  The certifications comply with the requirements set forth in Rule 803(6)(A)-(D) and Rule 902(11).

The United States respectfully requests leave to supplement this Notice as it may become necessary.  This is because the United States may obtain additional business records before or during trial that it may seek to admit under Rule 902(11), including from Merrill Lynch/Bank of America, Chicago Title Company, Paulette Brunk, Rothenberg Ventures Management Company, Silicon Valley Bank, and Stanford Federal Credit Union.

In addition, although not required by the Federal Rules of Evidence, the United States provides notice that it may seek to admit under Rule 902(1), Rule 902(2), or 902(4) the following public records that it plans to obtain from the agencies listed below for possible use at trial:

1.      Certified California Department of Motor Vehicle records regarding the defendant;

2.      Certified California Secretary of State records regarding various business entities controlled by or associated with the defendant; and

3.      Certified copies of grant deeds, deeds of trust, notices of default, foreclosure notices, and other title- and foreclosure-related documents from the City and

/ / /

/ / /

1    County of San Francisco Office of the Assessor-Recorder regarding the Bryant
2    Street condominium.

3    DATED:  August 30, 2022                    Respectfully submitted,

4                                              STEPHANIE M. HINDS
5                                              United States Attorney

6                                                    /s/

7    _____
     KYLE F. WALDINGER
8    NICHOLAS J. WALSH
     Assistant United States Attorneys