| | |
|---|---|
| 1 | STEPHANIE M. HINDS (CABN 154284)<br>United States Attorney |
| 2 | |
| 3 | THOMAS A. COLTHURST (CABN 99493)<br>Chief, Criminal Division |
| 4 | KYLE F. WALDINGER (CABN 298752)<br>NICHOLAS J. WALSH (CABN 314290) |
| 5 | Assistant United States Attorneys |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495 |
| 7 | Telephone: (415) 436-7200<br>Fax: (415) 436-7234 |
| 8 | Email: Kyle.Waldinger@usdoj.gov<br>Email: Nicholas.Walsh@usdoj.gov |
| 9 | |
| 10 | Attorneys for the United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 20-00266 JST |
| Plaintiff, | )<br>) | UNITED STATES' EXHIBIT LIST |
| v. | )<br>) | |
| MICHAEL BRENT ROTHENBERG, | )<br>) | Trial Date:    October 31, 2022, 8:00 a.m.<br>Pretrial Date: October 6, 2022, 9:30 a.m. |
| Defendant. | )<br>) | Court:         Hon. Jon S. Tigar, Courtroom 6 |

UNITED STATES' EXHIBIT LIST
CR 20-00266 JST

1  The United States provides the attached notice of exhibits it may introduce at trial in its case-in-
2  chief.
3  The United States reserves the right to amend or supplement this list as appropriate as trial
4  preparations progress.

6  DATED: September 15, 2022                      Respectfully submitted,

7                                                 STEPHANIE M. HINDS
                                                  United States Attorney

9                                                        /s/
10                                                KYLE F. WALDINGER
                                                  NICHOLAS J. WALSH
11                                                Assistant United States Attorneys

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*United States v. Michael Brent Rothenberg*
CR 20-00266 JST
<u>United States' Trial Exhibit List</u>

| EXHIBIT NUMBER | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT | BATES RANGE |
|---|---|---|---|---|
| 1 | | | Email chain between Mike Rothenberg and Michelle Jandu, dated 07/29/2014 | SVB-0007621 - SVB-0007624 |
| 2 | | | Rothenberg Uniform Residential Loan Application, with a 07/29/2014 signature date | SVB-0007352 - SVB-0007356 |
| 3 | | | Document setting out Assets, Liabilities, and Equity, dated 07/29/2014 ("7/29/14"), provided to Silicon Valley Bank | SVB-0006627 |
| 4 | | | Rothenberg Certification and Authorization, with a 07/28/2014 signature date (two versions) | SVB-0007334 - SVB-0007335 |
| 5 | | | Rothenberg Personal Finance Statement, dated 07/28/2014, provided to Silicon Valley Bank | SVB-0006629 - SVB-0006635 |
| 6 | | | Rothenberg statement regarding capital call commitments, provided to Silicon Valley Bank, with metadata listing author as "Michael" | SVB-0006636 |
| 7 | | | Rothenberg Schedules K-1 for 2012 and 2013, provided to Silicon Valley Bank | SVB-0006637 - SVB-0006644 or SVB-0006480 - SVB-0006487 |
| 8 | | | Letter from Thomas Leep re: "Compensation for Michael Rothenberg," dated 07/28/2014 | SVB-0006645 |
| 9 | | | Personal Financial Statement | SVB-0006121 |
| 10 | | | Merrill Lynch document showing balances of "CMA Pledged" ("Merrill Checking"), "LMA" ("Merrill Credit Line"), and "Personal Savings/Checking" accounts, dated 07/31/2014, provided to Silicon Valley Bank | SVB-0007618 - SVB-0007620 or SVB-0006488 - SVB-0006490 or SVB-0006646 - SVB-0006648 |
| 11 | | | Rothenberg tax returns for 2012 and 2013, provided to Silicon Valley Bank | SVB-0006649 - SVB-0006716 or SVB-0006491 - SVB-0006558 |
| 12 | | | Confidential Private Offering Memorandum, Rothenberg Ventures Fund II, LLC, provided to Silicon Valley Bank | SVB-0007627 - SVB-0007646 or SVB-0006717 - SVB-0006736 or SVB-0006559 - SVB-0006578 |
| 13 | | | "Fund II" PowerPoint deck, provided to Silicon Valley Bank | SVB-0007649 - SVB-0007661 or SVB-0006737 - SVB-0006749 or SVB-0006579 - SVB-0006591 |
| 14 | | | "Portfolio Summary" PowerPoint deck, provided to Silicon Valley Bank | SVB-0007662 - SVB-0007668 or SVB-0006750 - SVB-0006756 or SVB-0006592 - SVB-0006598 |
| 15 | | | "Portfolio Companies, Fund II" PowerPoint deck, provided to Silicon Valley Bank | SVB-0007669 - SVB-0007682 or SVB-0006757 - SVB-0006770 or SVB-0006599 - SVB-0006612 |
| 16 | | | Rothenberg Credit Report prepared for Silicon Valley Bank, dated 08/01/2014 | SVB-0007338 - SVB-0007351 or SVB-0006466 - SVB-0006479 or SVB-0006613 - SVB-0006626 |
| 17 | | | Email chain between Mike Rothenberg and George Pires, dated 08/02/2014 | SVB-0007602 - SVB-0007605 |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*United States v. Michael Brent Rothenberg*
CR 20-00266 JST
United States' Trial Exhibit List

| EXHIBIT NUMBER | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT | BATES RANGE |
|---|---|---|---|---|
| 18 | | | Property Sciences Appraisal, as of 08/05/2014 | SVB-0007462 - SVB-0007497 |
| 19 | | | Initial Disclosures sent to Rothenberg by Silicon Valley Bank on 08/06/2014 | SVB-0007357 - SVB-0007424 |
| 20 | | | Uniform Residential Loan Application contained in Initial Disclosures sent to Rothenberg on 08/06/2014 (unsigned) | SVB-0007358 - SVB-0007361 |
| 21 | | | Chicago Title Company Preliminary Report, printed 08/06/2014 | SVB-0007431 - SVB-0007454 |
| 22 | | | Silicon Valley Bank Loan Approval Sheet, including numerous sub-parts (CAR# 254630), multiple dates | SVB-0007683 - SVB-0007704 |
| 23 | | | Silicon Valley Bank Loan Approval Sheet, Addendum Approval, including numerous sub-parts (CAR# 255533), multiple dates | SVB-0007705 - SVB-0007716 |
| 24 | | | Notice of Loan Approval letter from George Pires to Mike Rothenberg, dated 08/18/2014 | SVB-0007505 |
| 25 | | | Rothenberg Uniform Residential Loan Application, with an 08/21/2014 signature date | SVB-0007569 - SVB-0007572 |
| 26 | | | Rothenberg Financial Status Affidavit, with an 08/21/2014 signature date | SVB-0007558 - SVB-0007559 |
| 27 | | | Proof of FDIC-insured status for Silicon Valley Bank, FDIC certificate number 24735 | Forthcoming |
| 28 | | | Paulette Brunk Journal Entry | Forthcoming |
| 29 | | | Paulette Brunk record memorializing retention and payment by Vista National LLC regarding Rothenberg | Forthcoming |
| 30 | | | Paulette Brunk invoice to to Vista National LLC | Forthcoming |
| 31 | | | Fully executed loan document package sent from Chicago Title Company to Silicon Valley Bank, dated 08/22/2014 | SVB-0007518 - SVB-0007601 |
| 32 | | | Silicon Valley Bank record showing wiring of loan funds (funds were wired to CTC's account at U.S. Bank account number -5771) | Forthcoming |
| 33 | | | Rothenberg Ventures Fund II LLC General Ledger as of December 31, 2014 | RVMC-00001779 - RVMC-00001793 or SEC-DOJ-EPROD-000044895 - SEC-DOJ-EPROD-000044909 |
| 34 | | | Silicon Valley Bank Loan File | SVB-0007334 - SVB-0007716 |
| 35 | | | Stanford Federal Credit Union records showing Rothenberg payoff of loan ($868,079.89 on ~8/27/2014) | Forthcoming |
| 36 | | | Stanford Federal Credit Union records regarding 2013 mortgage | STANFORDFCU-000018 - STANFORDFCU-000088 |
| 37 | | | Chicago Title Company escrow file | CTC-000002 - CTC-000276 |
| 38 | | | Financial Status Affidavit, with an 08/21/2014 signature date | CTC-000182 - CTC-000183 |
| 39 | | | Borrower Identification, dated 08/21/2014 | CTC-000179 |
| 40 | | | Rothenberg identification documents provided to Chicago Title Company (driver's license and Amex card) | CTC-000237 - CTC-000238 |
| 41 | | | Signature/Name Affidavit and AKA Statement | CTC-000180 - CTC-000181 |
| 42 | | | Deed of Trust | CTC-000184 - CTC-000197 |
| 43 | | | Final Settlement Statement | CTC-000091 - CTC-000094 |
| 44 | | | Outbound Wire Notification re: payment of $868,079.89 payment to Stanford Federal Credit Union | CTC-000095 - CTC-000096 |
| 45 | | | Outbound Wire Notification re: payment of $608,104.47 payment to Merrill Lynch | CTC-000097 - CTC-000098 |
| 46 | | | Letter from Hapi Yamato to Rothenberg, dated 08/27/2014 | CTC-000264 |
| 47 | | | Merrill Lynch statement for account number -6054, 05/31/2014 - 06/30/2014 | SEC-DOJ-EPROD-000097964 - SEC-DOJ-EPROD-000097967 |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

*United States v. Michael Brent Rothenberg*
CR 20-00266 JST
<u>United States' Trial Exhibit List</u>

| EXHIBIT NUMBER | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT | BATES RANGE |
|---|---|---|---|---|
| 48 | | | Merrill Lynch statement for account number -6054, 07/01/2014 - 07/31/2014 | SEC-DOJ-EPROD-000097968 - SEC-DOJ-EPROD-000097971 |
| 49 | | | Merrill Lynch statement for account number -6054, 08/01/2014 - 08/29/2014 | SEC-DOJ-EPROD-000097972 - SEC-DOJ-EPROD-000097975 |
| 50 | | | Merrill Lynch statement for account number -6052, 05/31/2014 - 06/30/2014 | SEC-DOJ-EPROD-000097724 - SEC-DOJ-EPROD-000097729 |
| 51 | | | Merrill Lynch statement for account number -6052, 07/01/2014 - 07/31/2014 | SEC-DOJ-EPROD-000097730 - SEC-DOJ-EPROD-000097737 |
| 52 | | | Merrill Lynch statement for account number -6052, 08/01/2014 - 08/29/2014 (showing $608,104.47 deposit from Chicago Title (see CTC-000097)) | SEC-DOJ-EPROD-000097738 - SEC-DOJ-EPROD-000097745 |
| 53 | | | Merrill Lynch statement for account number -6052, 09/01/2014 - 09/30/2014 | SEC-DOJ-EPROD-000097746 - SEC-DOJ-EPROD-000097752 |
| 54 | | | Email chain between Rothenberg and Jenkins, 03/31/2014 | SEC-DOJ-EPROD-000098419 - SEC-DOJ-EPROD-000098422 |
| 55 | | | Email chain between Rothenberg and Bolt, 04/16/2014 - 04/17/2014 | SEC-DOJ-EPROD-000098256 - SEC-DOJ-EPROD-000098259 |
| 56 | | | Email chain between Rothenberg and Kelty, 06/18/2014 - 06/27/2014 | SEC-DOJ-EPROD-000098203 - SEC-DOJ-EPROD-000098209 |
| 57 | | | Email from Kelty to Rothenberg, cc Bolt, 06/18/2014 | SEC-DOJ-EPROD-000098260 - SEC-DOJ-EPROD-000098261 |
| 58 | | | Email from Rothenberg to Kelty, cc Bolt, 06/18/2014 | SEC-DOJ-EPROD-000098412 - SEC-DOJ-EPROD-000098414 |
| 59 | | | Email chain between Rothenberg and Bolt, 07/16/2014 - 07/28/2014 | SEC-DOJ-EPROD-000098277 - SEC-DOJ-EPROD-000098282 |
| 60 | | | Email chain between Rothenberg and Allscheid, cc Kelty, Jenkins, 08/01/2014 - 08/04/2014 | SEC-DOJ-EPROD-000098362 - SEC-DOJ-EPROD-000098364 |
| 61 | | | Email chain between Rothenberg and Kelty, 06/18/2014 | SEC-DOJ-EPROD-000098365 - SEC-DOJ-EPROD-000098379 |
| 62 | | | Email chain between Rothenberg, Kelty, Bolt, 06/19/2014 - 06/20/2014 | SEC-DOJ-EPROD-000099170 - SEC-DOJ-EPROD-000099174 |
| 63 | | | Email from Kelty to Rothenberg, bcc Bolt, 07/10/2014 | SEC-DOJ-EPROD-000099376 - SEC-DOJ-EPROD-000099383 |
| 64 | | | Email from Rothenberg to Kelty, Bolt, 07/29/2014 | SEC-DOJ-EPROD-000099523 - SEC-DOJ-EPROD-000099526 |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*United States v. Michael Brent Rothenberg*
CR 20-00266 JST
<u>United States' Trial Exhibit List</u>

| EXHIBIT NUMBER | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT | BATES RANGE |
|---|---|---|---|---|
| 65 | | | Email from Rothenberg to Kelty, Bolt, with attachments, 07/29/2014 | SEC-DOJ-EPROD-000099145 - SEC-DOJ-EPROD-000099158 |
| 66 | | | Email chain between Rothenberg, Kelty, Bolt, 07/29/2014 | SEC-DOJ-EPROD-000098426 - SEC-DOJ-EPROD-000098434 |
| 67 | | | Email from Allscheid to Rothenberg, with attachments, 08/01/2014 | SEC-DOJ-EPROD-000099764 - SEC-DOJ-EPROD-000099766 |
| 68 | | | Email from Allscheid to Rothenberg, with attachment, 08/01/2014 | SEC-DOJ-EPROD-000099941 - SEC-DOJ-EPROD-000099952 |
| 69 | | | Email chain between Rothenberg and Allscheid, 08/01/2014 | SEC-DOJ-EPROD-000098403 - SEC-DOJ-EPROD-000098406 |
| 70 | | | Email chain between Kelty, Rothenberg, cc Jenkins, 08/25/2014 - 09/03/2014 | SEC-DOJ-EPROD-000098444 - SEC-DOJ-EPROD-000098447 |
| 71 | | | Email chain between Jenkins and Rothenberg, 04/02/2015 | SEC-DOJ-EPROD-000098130 |
| 72 | | | Bank of America account statements for account number -2573, covering the period 12/21/2013 - 01/22/2015 | BOA-0002940 - BOA-0003039 or BOA-0000189 - BOA-000288 |
| 73 | | | Bank of America account statement for account number -2573, 06/21/2014 - 07/23/2014 | BOA-0002986 - BOA-0002991 or BOA-0000235 - BOA-0000240 |
| 74 | | | Bank of America account statement for account number -2573, 07/24/2014 - 08/21/2014 | BOA-0002992 - BOA-0002999 or BOA-0000241 - BOA-0000248 |
| 75 | | | Bank of America account statement for account number -2573, 08/22/2014 - 09/22/2014 | BOA-0003000 - BOA-0003007 or BOA-0000249 - BOA-0000256 |
| 76 | | | Merrill Lynch CMA account -6052 opening paperwork and packet | SEC-DOJ-EPROD-000098019 - SEC-DOJ-EPROD-000098084 |
| 77 | | | Merrill Lynch LMA agreement | SEC-DOJ-EPROD-000099084 - SEC-DOJ-EPROD-000099100 |
| 78 | | | Statement of Purpose for an Extension of Credit, signed by defendant | SEC-DOJ-EPROD-000099101 - SEC-DOJ-EPROD-000099108 |
| 79 | | | Notice of Default regarding Bryant Street condominium, filed 12/06/2019 | US-FBI-009505 - US-FBI-009508 |
| 80 | | | Notice of Default regarding Bryant Street condominium, filed 06/16/2020 | Forthcoming |
| 81 | | | Trustee's Deed Upon Sale regarding Bryant Street condominium, filed 09/24/2020 | Forthcoming |
| 82 | | | California Secretary of State records for Rothenberg Ventures Management Company | Forthcoming |
| 83 | | | California Secretary of State records for Golden Apportunity LLC | Forthcoming |
| 84 | | | SVB bank statements for Rothenberg Ventures Fund I LLC account numbered -2623, 09/30/2012 to 10/31/2014 | SVB-0000011 - SVB-0000066 |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*United States v. Michael Brent Rothenberg*
CR 20-00266 JST
<u>United States' Trial Exhibit List</u>

| EXHIBIT NUMBER | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT | BATES RANGE |
|---|---|---|---|---|
| 85 | | | SVB bank statements for Rothenberg Ventures Fund II LLC account numbered -7483, 09/30/2013 to 10/31/2014 | SVB-00001322 - SVB-0001368 |
| 86 | | | SVB bank statements for Rothenberg Ventures Management Company LLC account numbered -8931, 09/30/2012 to 10/31/2014 | SVB-0000141 - SVB-0000292 |
| 87 | | | American Express records for accounts ending -2005 and -3003 | AMEX-00000989 - AMEX-00001177 |
| 88 | | | American Express records for accounts ending -3001 and -4009 | AMEX-00003051 - AMEX-00003224 |
| 89 | | | Photos of Bryant Street condo from Compass, https://www.compass.com/listing/712-bryant-street-unit-6-san-francisco-ca-94107/1098573215476907465/ | Forthcoming |
| 90 | | | First American Title escrow file | FATIC-00004147 - FATIC-00005008 |
| 91 | | | Bank of America account statement for account number -2573, 05/22/2014 - 06/20/2014 | BOA-0002980 - BOA-0002985 |
| 92 | | | Bank of America signature cards | BOA-0000005 - BOA-0000014 |
| 93 | | | Bank of America signature cards | BOA-0001180 - BOA-0001243 |
| 94 | | | First Amended and Restated Operating Agreement of Rothenberg Ventures Fund II, LLC | RVMC-00000322 - RVMC-00000357 |
| 95 | | | Rothenberg Ventures Fund II, LLC, Summary of Principal Terms | RV_INV_GRP_000035 - RV_INV_GRP_000058 |
| 96 | | | Stanford Federal Credit Union account statements | STANFORDFCU-000118 - STANFORDFCU-000150 and STANFORDFCU-000008 - STANFORDFCU-000017 |
| 97 | | | Merrill Lynch Activity History | SEC-DOJ-EPROD-000098085 - SEC-DOJ-EPROD-000098184 |
| 98 | | | Merrill Lynch Enrollment forms | SEC-DOJ-EPROD-000097872 - SEC-DOJ-EPROD-000097963 |
| 99 | | | Merrill Lynch emails with Rothenberg | SEC-DOJ-EPROD-000098505 - SEC-DOJ-EPROD-000099033 |