STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

KYLE F. WALDINGER (CABN 298752)
NICHOLAS J. WALSH (CABN 314290)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Fax: (415) 436-7234
    Email: Kyle.Waldinger@usdoj.gov
    Email: Nicholas.Walsh@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 20-CR-00266 JST |
| Plaintiff, | ) UNITED STATES' [PROPOSED] VERDICT FORM |
| v. | ) |
| MICHAEL BRENT ROTHENBERG, | ) Trial Date: October 31, 2022, 8:00 a.m.<br>) Pretrial Date: October 6, 2022, 9:30 a.m.<br>) Court: Hon. Jon S. Tigar, Courtroom 6 |
| Defendant. | ) |

    The United States respectfully submits the attached proposed Verdict Form for the Court's consideration.

DATED: September 29, 2022                  Respectfully submitted,

                                                  STEPHANIE M. HINDS
                                                  United States Attorney

                                                  /s/
                                                  KYLE F. WALDINGER
                                                  NICHOLAS J. WALSH
                                                  Assistant United States Attorneys

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL BRENT ROTHENBERG,<br><br>    Defendant. | CASE NO. 20-CR-00266 JST<br><br>[PROPOSED] VERDICT FORM |

We, the members of the jury in this action, have reached the following unanimous verdict with respect to each of the following counts of the Indictment:

COUNT ONE: Bank Fraud in violation of 18 U.S.C. § 1344

    We find the defendant, Michael Brent Rothenberg:

        Guilty _____                      Not Guilty _____

COUNT TWO: False Statements to a Financial Institution in violation of 18 U.S.C. § 1014

    We find the defendant, Michael Brent Rothenberg:

        Guilty _____                      Not Guilty _____

DATED: _____                    _____
                                                                             FOREPERSON