UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

### *CRIMINAL HEARING MINUTES*

| | | | |
|---|---|---|---|
| Judge: | Jon S. Tigar | Time in Court: | 1 hour 20 minutes |
| Date: | October 6, 2022 | | |
| Case No. | **4:20-cr-00266-JST-1** | | |

**United States of America**        v.        **Michael Brent Rothenberg**

Defendant
☑ Present
☐ Not Present
☐ In Custody

Nicholas Walsh                                          Hanni Fakhoury
Kyle Waldinger
U.S. Attorney                                              Defense Counsel

Courtroom Deputy Clerk: Mauriona Lee            Court Reporter: Raynee Mercado

### *PROCEEDINGS*

Pretrial Conference – held.

### *RESULT OF HEARING*

1. Hearing held via Zoom videoconference.
2. Items raised in pretrial statement and motions in limine discussed. The Court issued rulings on MILs on the record.
3. The Court will provide preliminary jury instructions to the parties by October 19, 2022.
4. The parties are ordered to meet and confer about, and make a joint proposal regarding, the statement of the case to be read to jurors at trial.  If the parties are unable to agree, they must submit competing proposals. In the latter event, the Court will endeavor to choose, in all respects, the single proposal it concludes is most reasonable.
5. Parties are also ordered to meet and confer regarding prospective jurors that can be excused prior to jury selection.