UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL BRENT ROTHENBERG,<br><br>Defendant. | Case No. 20-cr-00266-JST-1<br><br>**ORDER RE DISPUTED JURY INSTRUCTIONS**<br><br>Re: ECF No. 152 |

Now before the Court are the parties' agreed-upon and disputed jury instructions. ECF No. 152. The Court now rules as follows:

The Court will give Disputed Instruction No. 1 and will not give Disputed Instruction No. 2. The Court will not give Disputed Instruction No. 3.

With regard to Disputed Instruction Nos. 4 and 5, the Court will incorporate the definition of "knowingly" and include the following language in its false statement instruction: "First, the defendant made a false statement or report to a federally insured bank, specifically Silicon Valley Bank, and all of you agree as to the specific false statement or report."

**IT IS SO ORDERED.**

Dated: October 12, 2022

_____
JON S. TIGAR
United States District Judge