STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

KYLE F. WALDINGER (CABN 298752)
NICHOLAS J. WALSH (CABN 314290)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Fax: (415) 436-7234
    Email: kyle.waldinger@usdoj.gov
    Email: nicholas.walsh@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 20-00266 JST |
| Plaintiff, | **UNITED STATES' AMENDED WITNESS LIST** |
| v. | Trial Date: October 31, 2022, 8:00 a.m. |
| MICHAEL BRENT ROTHENBERG, | Court: Hon. Jon S. Tigar, Courtroom 6 |
| Defendant. | |

The United States hereby submits its list of prospective witnesses that may be called to testify at the October 31, 2022, trial of the above-captioned matter. The government reserves its rights, in keeping with the Federal Rules of Criminal Procedure, to expand this list before trial and to call additional witnesses as may be necessary during trial.

*Silicon Valley Bank Witnesses*

    1.    Brian Bell

    2.    Michelle Jandu

    3.    Frederick Kreppel

    4.    George Pires

5. Ingrid Robertson

6. Pablo Serna

7. Custodian of Records and /or witnesses necessary to explain documents

*Merrill Lynch Witnesses*

8. Christine Allscheid

9. Benjamin Bolt

10. Anna Jenkins

11. Ryan Kelty

12. Custodian of Records and /or witnesses necessary to explain documents

*Bank of America Witnesses*

13. Custodian of Records and /or witnesses necessary to explain documents

*Chicago Title Company Witnesses*

14. Hapi Yamato

15. Custodian of Records and /or witnesses necessary to explain documents

*Stanford Federal Credit Union Witness*

16. Custodian of Records and / or witnesses necessary to explain documents

*Law Enforcement Witnesses*

17. Jennifer Barnard, Special Agent, Federal Bureau of Investigation

18. Anthony Ghio, Special Agent, Internal Revenue Service Criminal Investigation

19. Michael Capuzzi, Special Agent, Internal Revenue Service Criminal Investigation

*Other Witnesses*

20. Paulette Brunk, Notary Public

UNITED STATES' AMENDED WITNESS LIST
CR 20-00266 JST                                              2

21.   Jefferson Robert "J.R." Eppler, Rothenberg Ventures Management Company

22.   Rothenberg Ventures Management Company (or any similar entities) Custodian of Records and / or witnesses necessary to explain documents

23.   Thomas Leep

24.   James B. Kiss, Field Supervisor, San Francisco Field Office, Federal Deposit Insurance Company

25.   Mario Morales-Arias, or other appropriate Custodian of Records, American Express

26.   Internal Revenue Service Custodian of Records

DATED: October 24, 2022　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　STEPHANIE M. HINDS
　　　　　　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　　　　KYLE F. WALDINGER
　　　　　　　　　　　　　　　　　　　　　　　NICHOLAS J. WALSH
　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorneys