STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

KYLE F. WALDINGER (CABN 298752)
NICHOLAS J. WALSH (CABN 314290)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Fax: (415) 436-7234
    Email: Kyle.Waldinger@usdoj.gov
    Email: Nicholas.Walsh@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | NO. CR 20-00266 JST |
| --- | --- | --- |
| Plaintiff, | ) ) ) | UNITED STATES' AMENDED EXHIBIT LIST |
| v. | ) ) ) | |
| MICHAEL BRENT ROTHENBERG, | ) | Trial Date:  October 31, 2022, 8:00 a.m. |
| Defendant. | ) ) | Court:  Hon. Jon S. Tigar, Courtroom 6 |

UNITED STATES' AMENDED EXHIBIT LIST
CR 20-00266 JST

1  The United States provides the attached notice of exhibits it may introduce at trial in its case-in-chief.

3  The United States reserves the right to amend or supplement this list as appropriate as trial preparations progress.

DATED:  October 26, 2022

Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

/s/
KYLE F. WALDINGER
NICHOLAS J. WALSH
Assistant United States Attorneys

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*United States v. Michael Brent Rothenberg*
CR 20-00266 JST
<u>United States' Trial Exhibit List</u>

| EXHIBIT NUMBER | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT | BATES RANGE |
|---|---|---|---|---|
| 1 | | | Email chain between Mike Rothenberg and Michelle Jandu, dated 07/29/2014 | SVB-0007621 - SVB-0007624 |
| 2 | | | Rothenberg Uniform Residential Loan Application, with a 07/29/2014 signature date | SVB-0007352 - SVB-0007356 |
| 3 | | | Document setting out Assets, Liabilities, and Equity, dated 07/29/2014 ("7/29/14"), provided to Silicon Valley Bank | SVB-0006627 |
| 4 | | | Rothenberg Certification and Authorization, with a 07/28/2014 signature date (two versions) | SVB-0007334 - SVB-0007335 |
| 5 | | | Rothenberg Personal Finance Statement, dated 07/28/2014, provided to Silicon Valley Bank | SVB-0006629 - SVB-0006635 |
| 6 | | | Rothenberg statement regarding capital call commitments, provided to Silicon Valley Bank, with metadata listing author as "Michael" | SVB-0006636 |
| 7 | | | Rothenberg Schedules K-1 for 2012 and 2013, provided to Silicon Valley Bank | SVB-0006637 - SVB-0006644 or SVB-0006480 - SVB-0006487 |
| 8 | | | Letter from Thomas Leep re: "Compensation for Michael Rothenberg," dated 07/28/2014 | SVB-0006645 |
| 9 | | | Personal Financial Statement | SVB-0006121 |
| 10 | | | Merrill Lynch document showing balances of "CMA Pledged" ("Merrill Checking"), "LMA" ("Merrill Credit Line"), and "Personal Savings/Checking" accounts, dated 07/31/2014, provided to Silicon Valley Bank | SVB-0007618 - SVB-0007620 or SVB-0006488 - SVB-0006490 or SVB-0006646 - SVB-0006648 |
| 11 | | | Rothenberg tax returns for 2012 and 2013, provided to Silicon Valley Bank | SVB-0006649 - SVB-0006716 or SVB-0006491 - SVB-0006558 |
| 12 | | | Confidential Private Offering Memorandum, Rothenberg Ventures Fund II, LLC, provided to Silicon Valley Bank | SVB-0007627 - SVB-0007646 or SVB-0006717 - SVB-0006736 or SVB-0006559 - SVB-0006578 |
| 13 | | | "Fund II" PowerPoint deck, provided to Silicon Valley Bank | SVB-0007649 - SVB-0007661 or SVB-0006737 - SVB-0006749 or SVB-0006579 - SVB-0006591 |
| 14 | | | "Portfolio Summary" PowerPoint deck, provided to Silicon Valley Bank | SVB-0007662 - SVB-0007668 or SVB-0006750 - SVB-0006756 or SVB-0006592 - SVB-0006598 |
| 15 | | | "Portfolio Companies, Fund II" PowerPoint deck, provided to Silicon Valley Bank | SVB-0007669 - SVB-0007682 or SVB-0006757 - SVB-0006770 or SVB-0006599 - SVB-0006612 |
| 16 | | | Rothenberg Credit Report prepared for Silicon Valley Bank, dated 08/01/2014 | SVB-0007338 - SVB-0007351 or SVB-0006466 - SVB-0006479 or SVB-0006613 - SVB-0006626 |
| 17 | | | Email chain between Mike Rothenberg and George Pires, dated 08/02/2014 | SVB-0007602 - SVB-0007605 |
| 18 | | | Property Sciences Appraisal, as of 08/05/2014 | SVB-0007462 - SVB-0007497 |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*United States v. Michael Brent Rothenberg*
CR 20-00266 JST
<u>United States' Trial Exhibit List</u>

| EXHIBIT NUMBER | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT | BATES RANGE |
|---|---|---|---|---|
| 19 | | | Initial Disclosures sent to Rothenberg by Silicon Valley Bank on 08/06/2014 | SVB-0007357 - SVB-0007424 |
| 20 | | | Uniform Residential Loan Application contained in Initial Disclosures sent to Rothenberg on 08/06/2014 (unsigned) | SVB-0007358 - SVB-0007361 |
| 21 | | | Chicago Title Company Preliminary Report, printed 08/06/2014 | SVB-0007431 - SVB-0007454 |
| 22 | | | Silicon Valley Bank Loan Approval Sheet, including numerous sub-parts (CAR# 254630), multiple dates | SVB-0007683 - SVB-0007704 |
| 23 | | | Silicon Valley Bank Loan Approval Sheet, Addendum Approval, including numerous sub-parts (CAR# 255533), multiple dates | SVB-0007705 - SVB-0007716 |
| 24 | | | Notice of Loan Approval letter from George Pires to Mike Rothenberg, dated 08/18/2014 | SVB-0007505 |
| 25 | | | Rothenberg Uniform Residential Loan Application, with an 08/21/2014 signature date | SVB-0007569 - SVB-0007572 |
| 26 | | | Rothenberg Financial Status Affidavit, with an 08/21/2014 signature date | SVB-0007558 - SVB-0007559 |
| 27 | | | Proof of FDIC-insured status for Silicon Valley Bank, FDIC certificate number 24735 | FDIC000005, FDIC000007 |
| 28 | | | Paulette Brunk Journal Entry | US-000719 - US000720, US-000729-US-000730 |
| 29 | | | Paulette Brunk record memorializing retention and payment by Vista National LLC regarding Rothenberg | US-000721 |
| 30 | | | Paulette Brunk invoice to to Vista National LLC | US-000722 |
| 31 | | | Fully executed loan document package sent from Chicago Title Company to Silicon Valley Bank, dated 08/22/2014 | SVB-0007518 - SVB-0007601 |
| 32 | | | Silicon Valley Bank record showing wiring of loan funds (funds were wired to CTC's account at U.S. Bank account number -5771) | Forthcoming |
| 33 | | | Rothenberg Ventures Fund II LLC General Ledger as of December 31, 2014 | RVMC-00001779 - RVMC-00001793 or SEC-DOJ-EPROD-000044895 - SEC-DOJ-EPROD-000044909 |
| 34 | | | Silicon Valley Bank Loan File | SVB-0007334 - SVB-0007716 |
| 35 | | | Stanford Federal Credit Union records showing Rothenberg payoff of loan ($868,079.89 on ~8/27/2014) | STANFORDFCU-000030 - STANFORDFCU-000031 |
| 36 | | | Stanford Federal Credit Union records regarding 2013 mortgage | STANFORDFCU-000018 - STANFORDFCU-000088 |
| 37 | | | Chicago Title Company escrow file | CTC-000002 - CTC-000276 |
| 38 | | | Financial Status Affidavit, with an 08/21/2014 signature date | CTC-000182 - CTC-000183 |
| 39 | | | Borrower Identification, dated 08/21/2014 | CTC-000179 |
| 40 | | | Rothenberg identification documents provided to Chicago Title Company (driver's license and Amex card) | CTC-000237 - CTC-000238 |
| 41 | | | Signature/Name Affidavit and AKA Statement | CTC-000180 - CTC-000181 |
| 42 | | | Deed of Trust | CTC-000184 - CTC-000197 |
| 43 | | | Final Settlement Statement | CTC-000091 - CTC-000094 |
| 44 | | | Outbound Wire Notification re: payment of $868,079.89 payment to Stanford Federal Credit Union | CTC-000095 - CTC-000096 |
| 45 | | | Outbound Wire Notification re: payment of $608,104.47 payment to Merrill Lynch | CTC-000097 - CTC-000098 |
| 46 | | | Letter from Hapi Yamato to Rothenberg, dated 08/27/2014 | CTC-000264 |
| 47 | | | Merrill Lynch statement for account number -6054, 05/31/2014 - 06/30/2014 | SEC-DOJ-EPROD-000097964 - SEC-DOJ-EPROD-000097967 |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

*United States v. Michael Brent Rothenberg*
CR 20-00266 JST
<u>United States' Trial Exhibit List</u>

| EXHIBIT NUMBER | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT | BATES RANGE |
|---|---|---|---|---|
| 48 | | | Merrill Lynch statement for account number -6054, 07/01/2014 - 07/31/2014 | SEC-DOJ-EPROD-000097968 - SEC-DOJ-EPROD-000097971 |
| 49 | | | Merrill Lynch statement for account number -6054, 08/01/2014 - 08/29/2014 | SEC-DOJ-EPROD-000097972 - SEC-DOJ-EPROD-000097975 |
| 50 | | | Merrill Lynch statement for account number -6052, 05/31/2014 - 06/30/2014 | SEC-DOJ-EPROD-000097724 - SEC-DOJ-EPROD-000097729 |
| 51 | | | Merrill Lynch statement for account number -6052, 07/01/2014 - 07/31/2014 | SEC-DOJ-EPROD-000097730 - SEC-DOJ-EPROD-000097737 |
| 52 | | | Merrill Lynch statement for account number -6052, 08/01/2014 - 08/29/2014 (showing $608,104.47 deposit from Chicago Title (see CTC-000097)) | SEC-DOJ-EPROD-000097738 - SEC-DOJ-EPROD-000097745 |
| 53 | | | Merrill Lynch statement for account number -6052, 09/01/2014 - 09/30/2014 | SEC-DOJ-EPROD-000097746 - SEC-DOJ-EPROD-000097752 |
| 54 | | | Email chain between Rothenberg and Jenkins, 03/31/2014 | SEC-DOJ-EPROD-000098419 - SEC-DOJ-EPROD-000098422 |
| 55 | | | Email chain between Rothenberg and Bolt, 04/16/2014 - 04/17/2014 | SEC-DOJ-EPROD-000098256 - SEC-DOJ-EPROD-000098259 |
| 56 | | | Email chain between Rothenberg and Kelty, 06/18/2014 - 06/27/2014 | SEC-DOJ-EPROD-000098203 - SEC-DOJ-EPROD-000098209 |
| 57 | | | Email from Kelty to Rothenberg, cc Bolt, 06/18/2014 | SEC-DOJ-EPROD-000098260 - SEC-DOJ-EPROD-000098261 |
| 58 | | | Email from Rothenberg to Kelty, cc Bolt, 06/18/2014 | SEC-DOJ-EPROD-000098412 - SEC-DOJ-EPROD-000098414 |
| 59 | | | Email chain between Rothenberg and Bolt, 07/16/2014 - 07/28/2014 | SEC-DOJ-EPROD-000098277 - SEC-DOJ-EPROD-000098282 |
| 60 | | | Email chain between Rothenberg and Allscheid, cc Kelty, Jenkins, 08/01/2014 - 08/04/2014 | SEC-DOJ-EPROD-000098362 - SEC-DOJ-EPROD-000098364 |
| 61 | | | Email chain between Rothenberg and Kelty, 06/18/2014 | SEC-DOJ-EPROD-000098365 - SEC-DOJ-EPROD-000098379 |
| 62 | | | Email chain between Rothenberg, Kelty, Bolt, 06/19/2014 - 06/20/2014 | SEC-DOJ-EPROD-000099170 - SEC-DOJ-EPROD-000099174 |
| 63 | | | Email from Kelty to Rothenberg, bcc Bolt, 07/10/2014 | SEC-DOJ-EPROD-000099376 - SEC-DOJ-EPROD-000099383 |
| 64 | | | Email from Rothenberg to Kelty, Bolt, 07/29/2014 | SEC-DOJ-EPROD-000099523 - SEC-DOJ-EPROD-000099526 |
| 65 | | | Email from Rothenberg to Kelty, Bolt, with attachments, 07/29/2014 | SEC-DOJ-EPROD-000099145 - SEC-DOJ-EPROD-000099158 |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

*United States v. Michael Brent Rothenberg*
CR 20-00266 JST
<u>United States' Trial Exhibit List</u>

| EXHIBIT NUMBER | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT | BATES RANGE |
|---|---|---|---|---|
| 66 | | | Email chain between Rothenberg, Kelty, Bolt, 07/29/2014 | SEC-DOJ-EPROD-000098426 - SEC-DOJ-EPROD-000098434 |
| 67 | | | Email from Allscheid to Rothenberg, with attachments, 08/01/2014 | SEC-DOJ-EPROD-000099764 - SEC-DOJ-EPROD-000099766 |
| 68 | | | Email from Allscheid to Rothenberg, with attachment, 08/01/2014 | SEC-DOJ-EPROD-000099941 - SEC-DOJ-EPROD-000099952 |
| 69 | | | Email chain between Rothenberg and Allscheid, 08/01/2014 | SEC-DOJ-EPROD-000098403 - SEC-DOJ-EPROD-000098406 |
| 70 | | | Email chain between Kelty, Rothenberg, cc Jenkins, 08/25/2014 - 09/03/2014 | SEC-DOJ-EPROD-000098444 - SEC-DOJ-EPROD-000098447 |
| 71 | | | Email chain between Jenkins and Rothenberg, 04/02/2015 | SEC-DOJ-EPROD-000098130 |
| 72 | | | Bank of America account statements for account number -2573, covering the period 12/21/2013 - 01/22/2015 | BOA-0002940 - BOA-0003039 or BOA-0000189 - BOA-000288 |
| 73 | | | Bank of America account statement for account number -2573, 06/21/2014 - 07/23/2014 | BOA-0002986 - BOA-0002991 or BOA-0000235 - BOA-0000240 |
| 74 | | | Bank of America account statement for account number -2573, 07/24/2014 - 08/21/2014 | BOA-0002992 - BOA-0002999 or BOA-0000241 - BOA-0000248 |
| 75 | | | Bank of America account statement for account number -2573, 08/22/2014 - 09/22/2014 | BOA-0003000 - BOA-0003007 or BOA-0000249 - BOA-0000256 |
| 76 | | | Merrill Lynch CMA account -6052 opening paperwork and packet | SEC-DOJ-EPROD-000098019 - SEC-DOJ-EPROD-000098084 |
| 77 | | | Merrill Lynch LMA agreement | SEC-DOJ-EPROD-000099084 - SEC-DOJ-EPROD-000099100 |
| 78 | | | Statement of Purpose for an Extension of Credit, signed by defendant | SEC-DOJ-EPROD-000099101 - SEC-DOJ-EPROD-000099108 |
| 79 | | | Notice of Default regarding Bryant Street condominium, filed 12/06/2019 | US-FBI-009505 - US-FBI-009508 |
| 80 | | | Notice of Default regarding Bryant Street condominium, filed 06/16/2020 | US-000731 - US000734 |
| 81 | | | Trustee's Deed Upon Sale regarding Bryant Street condominium, filed 09/24/2020 | US-000735 - US-000737 |
| 82 | | | California Secretary of State records for Rothenberg Ventures Management Company | US-000746 - US000747 |
| 83 | | | California Secretary of State records for Golden Apportunity LLC | US-000744 - US000745 |
| 84 | | | SVB bank statements for Rothenberg Ventures Fund I LLC account numbered -2623, 09/30/2012 to 10/31/2014 | SVB-0000011 - SVB-0000066 |
| 85 | | | SVB bank statements for Rothenberg Ventures Fund II LLC account numbered -7483, 09/30/2013 to 10/31/2014 | SVB-00001322 - SVB-0001368 |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*United States v. Michael Brent Rothenberg*
CR 20-00266 JST
<u>United States' Trial Exhibit List</u>

| EXHIBIT NUMBER | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT | BATES RANGE |
|---|---|---|---|---|
| 86 | | | SVB bank statements for Rothenberg Ventures Management Company LLC account numbered -8931, 09/30/2012 to 10/31/2014 | SVB-0000141 - SVB-0000292 |
| 87 | | | American Express records for accounts ending -2005 and -3003 | AMEX-00000989 - AMEX-00001177 |
| 88 | | | American Express records for accounts ending -3001 and -4009 | AMEX-00003051 - AMEX-00003224 |
| 89 | | | Photos of Bryant Street condo from Compass, https://www.compass.com/listing/712-bryant-street-unit-6-san-francisco-ca-94107/1098573215476907465/ | US-000738 - US000743 |
| 90 | | | First American Title escrow file | FATIC-00004147 - FATIC-00005008 |
| 91 | | | Bank of America account statement for account number -2573, 05/22/2014 - 06/20/2014 | BOA-0002980 - BOA-0002985 |
| 92 | | | Bank of America signature cards | BOA-0000005 - BOA-0000014 |
| 93 | | | Bank of America signature cards | BOA-0001180 - BOA-0001243 |
| 94 | | | First Amended and Restated Operating Agreement of Rothenberg Ventures Fund II, LLC | RVMC-00000322 - RVMC-00000357 |
| 95 | | | Rothenberg Ventures Fund II, LLC, Summary of Principal Terms | RV_INV_GRP_000035 - RV_INV_GRP_000058 |
| 96 | | | Stanford Federal Credit Union account statements | STANFORDFCU-000118 - STANFORDFCU-000150 and STANFORDFCU-000008 - STANFORDFCU-000017 |
| 97 | | | Merrill Lynch Activity History | SEC-DOJ-EPROD-000098085 - SEC-DOJ-EPROD-000098184 |
| 98 | | | Merrill Lynch Enrollment forms | SEC-DOJ-EPROD-000097872 - SEC-DOJ-EPROD-000097963 |
| 99 | | | Merrill Lynch emails with Rothenberg | SEC-DOJ-EPROD-000098505 - SEC-DOJ-EPROD-000099033 |
| 100 | | | Bank of America signature card for account number -2573 | BOA-0001188 |
| 101 | | | Amended and Restated Management Agreement by and between Rothenberg Ventures Management Company, LLC, and Rothenberg Ventures Fund II LLC, November 2013 | RVMC-00000358 - RVMC-00000361 |
| 102 | | | Rothenberg Ventures Management Company, LLC, name changes to Frontier Technology Venture Capital LLC and then to Rothenberg Ventures LLC | No Bates numbers |
| 103 | | | Rothenberg Ventures Fund II, LLC, organizing documents and name change documents | No Bates numbers |
| 104 | | | Rothenberg Ventures Management Company, LLC, U.S. Return of Partnership Income, 2014 [defendant Rothenberg's SSN redacted; other individual's SSN's and addresses redacted] | IRS_ITR-000327 - IRS_ITR-000356 |
| 105 | | | Michael Rothenberg, U.S. Individual Income Tax Return, 2014 [defendant Rothenberg's SSN redacted] | IRS_ITR-000120 - IRS_ITR-000175 |
| 106 | | | Thomas Leep letter to Michelle Jandu and Matt Borges at SVB, dated 04/02/2015 | US-BOFSF-007709 |
| 107 | | | Change in Terms Request Notification re: mortgage loan | SVB-0007498 - SVB-0007504 |
| 108 | | | The Property Sciences Group Invoice | SVB-0007457 - SVB-0007458 |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*United States v. Michael Brent Rothenberg*
CR 20-00266 JST
United States' Trial Exhibit List

| EXHIBIT NUMBER | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT | BATES RANGE |
|---|---|---|---|---|
| 109 | | | Email chain between Robertson, Yamato, 08/04/2014 | CTC-0000024 - CTC0000026 |
| 110 | | | Email chain re: Wire transfer, 08/26/2014 | CTC-0000194 - CTC-0000195 |
| 111 | | | Wire Notification | CTC-0000214 |
| 112 | | | Wire Notification | CTC-0000215 |
| 113 | | | Email chain between Rothenberg, others, 08/26-27/2014 | CTC-0000224 - CTC-0000228 |
| 114 | | | Email chain between Rothenberg, others, 08/26-27/2014 | CTC-0000229 - CTC-0000233 |
| 115 | | | Text chain between Rothenberg and Leep, 07/15/2014 & 07/28/2014 | TOMLEEP000001 - TOMLEEP000002 |
| 116 | | | My Merrill account usage by Rothenberg, summary | MLOCT2022PROD000001 |
| 117 | | | My Merrill account usage by Rothenberg, detail, 07/01/2014 - 08/29/2014 | MLOCT2022PROD000002 |
| 118 | | | Silicon Valley Bank Verification of Employment Form | SVB-0007510 |
| 119 | | | Email re: Appraisal | SVB-0007429 |
| 120 | | | Statements for Rothenberg personal SVB bank account -2874, 08/28/2014 - 12/31/2014 | SVB-0008982 - SVB-0008996 |
| 121 | | | Signature card for Rothenberg personal SVB bank account -2874 | SVB-0009430 - SVB-0009433 |