UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

*CRIMINAL HEARING MINUTES*

| | | | |
|---|---|---|---|
| Judge: | Jon S. Tigar | Time in Court: | 39 minutes |
| Date: | October 27, 2022 | | |
| Case No. | **4:20-cr-00266-JST-1** | | |

**United States of America**    v.    **Michael Brent Rothenberg**

☑ Defendant Present
☐ Not Present
☐ In Custody

Nicholas Walsh
Kyle Waldinger
U.S. Attorney

Hanni Fakhoury
Defense Counsel

Courtroom Deputy Clerk: Mauriona Lee

Court Reporter: Raynee Mercado

*PROCEEDINGS*

Status conference – held.

*RESULT OF HEARING*

1. Hearing held via Zoom videoconference.
2. Juror questionnaires and trial preparations discussed. The parties and Court agree upon list of potential jurors to be excused.
3. The parties will submit revised stipulated jury instruction #2 to the Court.

1