1

2

3

4                          UNITED STATES DISTRICT COURT

5                        NORTHERN DISTRICT OF CALIFORNIA

6

7    UNITED STATES OF AMERICA,                Case No. 20-cr-00266-JST-1

        Plaintiff,
8
                                              **PRETRIAL ORDER**
        v.
9

10   MICHAEL BRENT ROTHENBERG,

        Defendant.
11

12

13          The Court now makes the following pretrial rulings:

14          First, the Court advises counsel that the Court will be dark on November 9 and 10, 2022.

15   In light of that fact, Counsel should advise the Court at the beginning of trial on October 31, 2022,

16   of the latest date on which they anticipate deliberations will begin assuming opening statements

17   commence on November 1, 2022.

18          Second, the Court has received the email message from Prospective Juror 33 a redacted

19   copy of which is attached to this order.  The Court notes that almost none of the information to

20   which this prospective juror refers was previously available to the Court or counsel.  Counsel shall

21   advise the Court at the beginning of Court on November 1, 2022, whether they object to excusing

22   this juror on hardship grounds.

23          Third, the Court took Defendant's Motion in Limine Number One, ECF No. 144 at 4,

24   under submission and now GRANTS IN PART AND DENIES IN PART that motion.  The Court

25   finds that evidence concerning the uses to which Mr. Rothenberg put his Silicon Valley Bank loan

26   proceeds is relevant and admissible.  *See United States v. Holmes*, No. 5:18-CR-00258-EJD-1,

27   2021 WL 2044470, at *5 (N.D. Cal. May 22, 2021).  If Mr. Rothenberg used the funds to pay his

28   American Express bills, for example, that evidence can be admitted.  However, the Government

United States District Court
Northern District of California

United States District Court
Northern District of California

1    may not suggest or argue that Mr. Rothenberg was motivated to commit the alleged offense

2    because he had "large cash requirements," ECF No. 144 at 5, other than a capital contribution

3    commitment to one of the venture capital funds managed by Rothenberg Ventures Management

4    Company, because there is no evidence that he could not otherwise have paid those obligations.

5    The Court further finds that there will be no undue prejudice to Mr. Rothenberg from the

6    admission of this evidence, because his American Express bills will not cause the jurors to view

7    Mr. Rothenberg in a different light than they would have otherwise.

8        Fourth, the Court took Defendant's Motion in Limine Number Five, ECF No. 144 at 8,

9    under submission, and now GRANTS IN PART AND DENIES IN PART that motion.  The

10   Government shall be permitted to use the term "victim" in opening statement and closing

11   argument.  *See United States v. Ray*, No. 20-CR-110 (LJL), 2022 WL 558146, at *26 (S.D.N.Y.

12   Feb. 24, 2022) (holding that "the Government is permitted to lay out for the jury in its opening

13   statement what it expects the evidence to prove, including that the complaining witnesses are

14   victims and in its closing statement what it believes that the evidence has proved, again that the

15   witnesses are victims").  Beyond its jury addresses, however, neither the Government nor its

16   witnesses shall refer to Silicon Valley Bank as a victim.

17       **IT IS SO ORDERED.**

18   Dated:  October 30, 2022

19   

20                                        JON S. TIGAR
                                         United States District Judge

21

22

23

24

25

26

27

28

2

**Fw: URGENT - ████████ - request to defer jury duty**

JURY OAK <JURY_OAK@cand.uscourts.gov>
Fri 10/28/2022 3:14 PM
To: Denisa Castillo <Denisa_Castillo@cand.uscourts.gov>



**Oakland Jury Office**
U.S. District Court for the Northern District of California
1301 Clay Street, Suite 400s
Oakland, CA 94612
Phone: 510-637-3533
Fax: 510-637-3336
https://cand.uscourts.gov

**From:** ████████@yahoo.com>
**Sent:** Friday, October 28, 2022 2:56 PM
**To:** JURY OAK <JURY_OAK@cand.uscourts.gov>
**Subject:** URGENT - ████████ - request to defer jury duty

**CAUTION - EXTERNAL:**

To Judge,

I am extremely upset that I am still required to come in even when I have sent proof that I will be away on Nov 1-5. I will be visiting my elderly parents on the Columbia Gorge in Oregon. I am not asking to not attend, I just need to be with family at this specific time. Yet, you still ask me to come in, on Monday. I am the room mom for my daughter's 5th grade class. I am in charge of coordinating her Halloween team party. Please consider my request again and approve my request to not attend jury duty on Monday, October 31st. I just don't see the point.

I am going to spend my entire morning driving to Oakland to have a conversation with the judge. I am extremely upset as I have 32 little kids who are relying on me to host their Halloween activities at the school. This is extremely futile and I am not okay with this. Pointless. Why make me come when I am out of town for a week!.

Thank you for passing along my message.

Thank you!
████████

**From:** "U.S. District Court - Northern District of California" <jury_oak@cand.uscourts.gov>
**Date:** October 28, 2022 at 11:30:14 AM PDT
**To:** ████████ @yahoo.com
**Subject: U.S. District Court - Jury Status**

Name: ██████████████        Participant Number: 103230432

This is an important message from the United States District Court jury office. You are scheduled to appear at 10:00AM, Monday, October 31. Please report to the Jury Assembly Room, Suite 460S, on the 4th floor of the United States District Court located at 1301 Clay Street in Oakland. Please bring your summons and a valid form of photo identification. Please give yourself sufficient time for possible delays in commute to the courthouse as well as an airport-style security screening before entering the Federal Building. If you drive, please be sure to park at the City Center West Garage behind our courthouse at 1250 Martin Luther King, Jr. Way, using the center lane. Only the center lane will issue you a yellow parking token, which you can bring to the jury office for validation. If you have any issues in the parking garage, please press the phone button to call for assistance and mention you are a juror. You may expect to be in court all day. Please note that you MUST have a photo ID to enter the courthouse.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

U.S. District Court
Northern District of California
Tel.: 510-637-3533