UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 20-cr-00266-JST-1
Case Name: USA v. Rothenberg

### MINUTE ORDER, TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Jon S. Tigar | Nicholas Walsh<br>Kyle F. Waldinger | Hanni Fakhoury |
| TRIAL DATE: | REPORTER: | CLERK: |
| October 31, 2022 | Raynee Mercado | Mauriona Lee |
| TIME IN COURT:<br>7 hours 13 minutes | | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | **8:00 am** | | | **Court is convened. Matters discussed outside the presence of the jury.** | |
| | | 8:27 am | | | Court is reconvened. Matters discussed outside the presence of the jury. | |
| | | 8:37 am | | | Time is excluded through the next trial date. The government will prepare a time exclusion order. | |
| | | 8:41 am | | | Court is in recess. | |
| | | 9:04 am | | | Court is reconvened. Group 1 of prospective jurors present. The Court addresses the jurors. | |
| | | 9:13 am | | | Jurors sworn. | |
| | | 9:30 am | | | Voir dire begins. | |
| | | 10:31 am | | | Voir dire ends. Jurors excused except hardship requests. | |
| | | 10:32 am | | | The Court addresses hardship requests. | |
| | | 10:45 am | | | Jurors excused. Matters discussed outside the presence of the jury. | |
| | | 10:48 am | | | Court is in recess. | |
| | | 11:05 am | | | Court is convened. | |
| | | 11:05 am | | | Group 2 of prospective jurors present. The Court addresses the jurors. | |
| | | 11:15 am | | | Jurors sworn. | |
| | | 11:30 am | | | Voir dire begins. | |
| | | 12:04 pm | | | Voir dire ends. | |
| | | 12:10 pm | | | Jury excused except hardship requests. | |
| | | 12:28 pm | | | Jurors excused. Matters discussed outside the presence of the jury. | |
| | | 12:30 pm | | | The Court addresses hardship requests with counsel. | |
| | | 12:30 pm | | | Juror #7 excused for hardship. | |

Case No: 20-cr-00266-JST-1
Case Name: USA v. Rothenberg
Date: October 31, 2022
Courtroom Deputy: Mauriona Lee     - Court Reporter:    Raynee Mercado

## EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 12:32 pm | | | Juror #27 excused for cause. | |
| | | 12:40 pm | | | Court is in recess. | |
| | | 1:05 pm | | | Court is convened. Matters discussed outside the presence of the jury. | |
| | | 1:17 pm | | | Group 2 of prospective jurors present. The Court addresses the jurors. | |
| | | 1:30 pm | | | Voir dire begins. | |
| | | 2:00 pm | | | Voir dire ends. | |
| | | 2:10 pm | | | Jury excused except hardship requests. | |
| | | 2:20 pm | | | Jury excused except Juror 71 | |
| | | 2:23 pm | | | Juror 71 excused. | |
| | | 2:25 pm | | | The Court grants hardship requests. | |
| | | 2:30 pm | | | Preemptory challenges exercised. | |
| | | 3:13 pm | | | Court is in recess. Jury selection continued to November 1, 2022 at 8:00 a.m. | |