UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 20-cr-00266-JST-1
Case Name: USA v. Rothenberg

## MINUTE ORDER, TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Jon S. Tigar | Nicholas Walsh<br>Kyle F. Waldinger | Hanni Fakhoury |
| **TRIAL DATE:** | **REPORTER:** | **CLERK:** |
| November 1, 2022 | Raynee Mercado | Mauriona Lee |
| **TIME IN COURT:** | | |
| 5 hours 30 minutes | | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | **8:00 am** | | | **Court is convened. Matters discussed outside the presence of the jury.** | |
| | | 8:08 am | | | Motion to Seal Granted. Motion in Limine 4 Granted. | |
| | | 8:15 am | | | Court is in recess. | |
| | | 9:20 am | | | Court is reconvened. Matters discussed outside the presence of the jury. | |
| | | 9:26 am | | | Group 1 of prospective jurors present. The Court addresses the jurors. | |
| | | 10:04 am | | | Voir dire begins. | |
| | | 10:25 am | | | Sidebar begins | |
| | | 10:28 am | | | Sidebar ends | |
| | | 10:28 am | | | Judge addresses the jury. | |
| | | 10:29 am | | | Voir dire ends. The Court excuses jurors for cause | |
| | | 10:30 am | | | The Court addresses hardships. | |
| | | 10:44 am | | | Jurors excused. | |
| | | 10:50 am | | | Jury selected. Court in recess. | |
| | | 11:11 am | | | Court is reconvened. The Court addresses the jurors. | |
| | | 11:17 pm | | | Selected jurors sworn. | |
| | | 11:21 am | | | The Court reads the jury instructions to the jury. | |
| | | 11:40 am | | | Jury instruction concludes. | |
| | | 11:40 am | | | Government's opening statement begins. | |
| | | 12:08 pm | | | Government's opening statement ends. | |
| | | 12:11 pm | | | Jury excused. Matters discussed outside the presence of the jury. | |
| | | 12:16 pm | | | Court is in recess. | |

Case No: 20-cr-00266-JST-1
Case Name: USA v. Rothenberg
Date: November 1, 2022

Courtroom Deputy: Mauriona Lee         - Court Reporter:    Raynee Mercado

### EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 12:25 pm | | | Court is reconvened. | |
| | | 12:29 pm | | | Defendant's opening statement begins. | |
| | | 1:03 pm | | | Defendant's opening statement ends. | |
| | | 1:05 PM | | | Witness **Anna Jenkins** called to the stand and sworn for testimony. Direct examination by Mr. Walsh. | |
| | | 1:07 pm | X | X | Exhibits read into the record: 47, 48, 49, 50, 51, 52, 53, 76, 77, 78, identified and admitted. | |
| | | 1:09 pm | X | X | Exhibits read into the record: 2, 3, 4, 5, 6, 7, 8, 10, 11, 12, 13, 14, 15, 16, 18, 19, 20, 21, 22, 23, 24, 25, 26, 31, 34, 107, 108, 118, 119 identified and admitted. | |
| | | 1:10 pm | X | X | Exhibits read into the record: 84, 85, 86 identified and admitted. | |
| | | 1:11 pm | X | X | Exhibits read into the record: 72, 73, 74, 75, 91, 92, 93, 100 identified and admitted. | |
| | | 1:25 pm | | | Direct examination ends for the day. Witness **Anna Jenkins** excused. | |
| | | 1:26 pm | | | Jury admonished and excused. | |
| | | 1:28 pm | | | Court is in recess. | |
| | | 1:29 pm | | | Court is reconvened. Matters discussed outside the presence of the jury. | |
| | | 1:30 pm | | | Court is in recess. Jury trial continued to November 2, 2022 at 8:00 a.m. | |

2