UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MICHAEL BRENT ROTHENBERG,<br>Defendant. | Case No. 20-cr-00266-JST-1<br><br>**ORDER RE ADMISSIBILITY OF EMAIL EVIDENCE** |

Defendant's hearsay objections to Exhibits 1, 17, and 54-71 are overruled. The statements contained in these emails largely either consist of statements by Mr. Rothenberg or are not offered for the truth of the matter asserted. In addition, these emails qualify as business records under the test set forth in *Mays v. United Ass'n Loc. 290 Apprenticeship & Journeymen Training Tr. Fund*, 407 F. Supp. 3d 1121, 1142 (D. Or. 2019) (holding that "an email is an admissible business record only if: (1) it was sent or received contemporaneously with the event(s) described in the email; (2) it was sent by someone with knowledge of the event(s) documented in the email; (3) it was sent or received in the course of a regular business activity; (4) it is 'the producing [party's] regular practice to send or receive emails that record the type of event(s) documented in the email[;]' and (5) a custodian or qualified witness attests that these conditions have been fulfilled.").

**IT IS SO ORDERED.**

Dated: November 1, 2022

JON S. TIGAR
United States District Judge