# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Case No: 20-cr-00266-JST-1
Case Name: <u>USA v. Rothenberg</u>

## MINUTE ORDER, TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Jon S. Tigar | Nicholas Walsh<br>Kyle F. Waldinger | Hanni Fakhoury |
| **TRIAL DATE:** | **REPORTER:** | **CLERK:** |
| November 2, 2022 | Raynee Mercado | Mauriona Lee |
| **TIME IN COURT:**<br>5 hours 39 minutes | | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | **8:00 am** | | | **Court is convened. Matters discussed outside the presence of the jury.** | |
| | | 8:18 am | | | Court is in recess. | |
| | | 8:35 am | | | Court is reconvened. The Court addresses the jury. | |
| | | 8:37 am | X | X | Exhibits stipulated to and read into record: 1, 17, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68, 69, 70, 98 | |
| | | 8:39 am | | | Witness **Anna Jenkins** recalled for testimony. Direct examination by Mr. Walsh resumes. | |
| | | 9:57 am | | | Direct examination by Mr. Walsh ends. | |
| | | 10:00 am | | | Court is in recess. | |
| | | 10:21 am | | | Court is reconvened. Direct examination of witness **Anna Jenkins** by Mr. Walsh resumes. | |
| | | 10:28 am | | | Direct examination of witness **Anna Jenkins** by Mr. Walsh ends. | |
| | | 10:29 am | | | Cross examination of witness **Anna Jenkins** by Mr. Fakhoury begins. | |
| | | 10:35 am | | | Cross examination of witness **Anna Jenkins** by Mr. Fakhoury ends. | |
| | | 10:36 am | | | Re-direct examination of witness **Anna Jenkins** by Mr. Walsh begins. | |
| | | 10:37 am | | | Re-direct examination of witness **Anna Jenkins** by Mr. Walsh ends. | |
| | | 10:37 am | | | Witness excused. | |
| | | 10:39 am | | | Witness **Ryan Kelty** called to the stand and sworn for testimony. Direct examination by Mr. Waldinger begins. | |
| | | 11:43 am | | | Direct examination of witness **Ryan Kelty** by Mr. Waldinger ends. | |
| | | 11:45 pm | | | Court is in recess. | |

Case No: 20-cr-00266-JST-1
Case Name: USA v. Rothenberg
Date: November 2, 2022
Courtroom Deputy: Mauriona Lee        - Court Reporter:    Raynee Mercado

### EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
|  |  | 12:04 pm |  |  | Court is reconvened. Direct examination of Witness **Ryan Kelty** by Mr. Waldinger resumes. |  |
| 122 |  | 12:06 pm | X | X | Email thread between Michael Rothenberg and Ryan Kelty dated 6/18/2014 |  |
|  |  | 1:33 pm |  |  | Direct examination of witness **Ryan Kelty** by Mr. Waldinger ends. |  |
|  |  | 1:33 pm |  |  | Jury admonished and excused for the day. Matters discussed outside the presence of the jury. |  |
|  |  | 1:39 pm |  |  | Court is in recess. Jury trial continued to November 3, 2022 at 8:00 a.m. |  |