MOEEL LAH FAKHOURY LLP
Hanni M. Fakhoury (State Bar No. 252629)
1300 Clay Street, Suite 600
Oakland, CA 94612
Telephone:   (510) 500-9994
Email:          hanni@mlf-llp.com

Attorneys for Michael Rothenberg

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL ROTHENBERG,<br><br>Defendant. | **Case No.:** 4:20-CR-00266-JST<br><br>**JOINT STATUS REPORT RE PROPOSED LIMITING INSTRUCTIONS**<br><br>**Court:**           Courtroom 6, 2nd Floor<br>**Hearing Date:**   November 3, 2022<br>**Hearing Time:**   9:30 a.m. |

As directed by the Court, the parties have met and conferred concerning an appropriate limiting instruction, which the Court directed the parties to file by 8:00 a.m. on November 3, 2022. They have made significant progress but need additional time to meet and confer on a proposed instruction. Because the issue is unlikely to arise with the witnesses schedule to testify on Thursday November 3, 2022, the parties request additional time to meet and confer with the goal of submitting a proposed limiting instruction to the Court before trial convenes on Monday November 7.

| | |
|---|---|
| Dated: November 2, 2022 | Respectfully submitted, |
| | MOEEL LAH FAKHOURY LLP |
| | /S<br>HANNI M. FAKHOURY<br>Attorneys for Michael Rothenberg |
| | STEPHANIE M. HINDS<br>United States Attorney<br>Northern District of California |
| | /S<br>KYLE F. WALDINGER<br>NICHOLAS J. WALSH<br>Assistant United States Attorneys |