UNITED STATES DISTRICT COURT    *ORIGINAL*

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable JON S. TIGAR, Judge

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | **Jury Trial** |
| ) | |
| Plaintiff, ) | **MASTER INDEX** |
| ) | |
| vs. ) | NO. CR 20-00266JST |
| ) | |
| MICHAEL BRENT ROTHENBERG, ) | Pages 1 - 6 |
| a/k/a MIKE ROTHENBERG, ) | |
| ) | |
| Defendant. ) | Oakland, California |
| _____) | |

October 31 - November 17, 2022

**REPORTER'S TRANSCRIPT OF PROCEEDINGS**

**APPEARANCES:**

For Plaintiff:        STEPHANIE M. HINDS, ESQ.
                       United States Attorney
                       1301 Clay Street, Suite 340S
                       Oakland, California  94612
                  BY: KYLE F. WALDINGER,
                       NICHOLAS J. WALSH,
                       ASSISTANT UNITED STATES ATTORNEYS

For DEFENDANT:        Moeel Lah Fakhoury LLP
                       1300 Clay Street, Suite 600
                       Oakland, California  94612-1427
                  BY: HANNI M. FAKHOURY, ATTORNEY AT LAW

Reported By:         Raynee H. Mercado
                       CSR. No. 8258

Proceedings reported by electronic/mechanical stenography; transcript produced by computer-aided transcription.

**I N D E X**

| | **PAGE** | **VOL.** |
|---|---|---|
| PRELIMINARY JURY INSTRUCTIONS | 293 | 2 |
| OPENING STATEMENT BY MR. WALDINGER | 307 | 2 |
| OPENING STATEMENT BY MR. FAKHOURY | 328 | 2 |
| | | |
| JURY INSTRUCTIONS | 1425 | 9 |
| CLOSING ARGUMENT BY MR. WALSH | 1444 | 9 |
| CLOSING ARGUMENT BY MR. FAKHOURY | 1487 | 9 |
| CLOSING ARGUMENT BY MR. WALDINGER | 1542 | 9 |

**GOVERNMENT'S WITNESSES**                                   **PAGE**   **VOL.**

JENKINS, ANNA

| | | |
|---|---|---|
| DIRECT EXAMINATION BY MR. WALSH | 355 | 2 |
| DIRECT EXAMINATION (RESUMED) BY MR. WALSH | 384 | 3 |
| CROSS-EXAMINATION BY MR. FAKHOURY | 457 | 3 |
| REDIRECT EXAMINATION BY MR. WALSH | 462 | 3 |

KELTY, RYAN

| | | |
|---|---|---|
| DIRECT EXAMINATION BY MR. WALDINGER | 466 | 3 |
| DIRECT EXAMINATION (RESUMED) BY MR. WALDINGER | 585 | 4 |
| CROSS-EXAMINATION BY MR. FAKHOURY | 613 | 4 |
| REDIRECT EXAMINATION BY MR. WALDINGER | 643 | 4 |

/////

| | I N D E X (CONT'D.) | | |
|---|---|---|---|
| | **GOVERNMENT'S WITNESSES** | **PAGE** | **VOL.** |
| | KISS, JAMES | | |
| | DIRECT EXAMINATION BY MR. WALSH | 649 | 4 |
| | | | |
| | JANDU, MICHELLE | | |
| | DIRECT EXAMINATION BY MR. WALSH | 666 | 4 |
| | DIRECT EXAM (RESUMED) BY MR. WALSH | 815 | 5 |
| | CROSS-EXAMINATION BY MR. FAKHOURY | 832 | 5 |
| | | | |
| | BRUNK, PAULETTE | | |
| | DIRECT EXAMINATION BY MR. WALDINGER | 895 | 5 |
| | CROSS-EXAMINATION BY MR. FAKHOURY | 927 | 5 |
| | | | |
| | ROBERTSON, INGRID | | |
| | DIRECT EXAMINATION BY MR. WALSH | 932 | 5 |
| | CROSS-EXAMINATION BY MR. FAKHOURY | 992 | 5 |
| | | | |
| | YAMATO, HAPI | | |
| | DIRECT EXAMINATION BY MR. WALSH | 1002 | 5 |
| | DIRECT EXAM (RESUMED) BY MR. WALSH | 1052 | 6 |
| | CROSS-EXAMINATION BY MR. FAKHOURY | 1074 | 6 |

/////

| | | |
|---|---|---|
| **I N D E X (CONT'D.)** | | |
| **GOVERNMENT'S WITNESSES** | **PAGE** | **VOL.** |
| EPPLER, JEFFERSON ROBERT | | |
| DIRECT EXAMINATION BY MR. WALDINGER | 1082 | 6 |
| CROSS-EXAMINATION BY MR. FAKHOURY | 1157 | 6 |
| REDIRECT EXAMINATION BY MR. WALDINGER | 1171 | 6 |
| RECROSS-EXAMINATION BY MR. FAKHOURY | 1174 | 6 |
| GHIO, ANTHONY | | |
| DIRECT EXAMINATION BY MR. WALSH | 1176 | 6 |
| DIRECT EXAM (CONT'D.) BY MR. WALSH | 1230 | 8 |
| CROSS-EXAMINATION BY MR. FAKHOURY | 1262 | 8 |
| KREPPEL, FREDERICK | | |
| DIRECT EXAMINATION BY MR. WALDINGER | 1286 | 8 |
| CROSS-EXAMINATION BY MR. FAKHOURY | 1352 | 8 |
| REDIRECT EXAMINATION BY MR. WALDINGER | 1403 | 8 |
| RECROSS-EXAMINATION BY MR. FAKHOURY | 1409 | 8 |

--oOo--


Case 4:20-cr-00266-JST   Document 181-1   Filed 11/03/22   Page 5 of 6     5

# I N D E X (CONT'D.)

# E X H I B I T S

| GOVERNMENT'S EXHIBITS | W/DRAWN | IDEN | EVID | VOL. |
|---|---|---|---|---|
| 1, 17 | | | 383 | 3 |
| 2, 3, 4, 5, 6 | | | 354 | 2 |
| 7, 8, 10, 11, 12 | | | 354 | 2 |
| 13, 14, 15, 16, 18 | | | 354 | 2 |
| 19, 20, 21, 22, 23 | | | 354 | 2 |
| 24, 25, 26, 31, 34 | | | 354 | 2 |
| 27 | | | 661 | 4 |
| 29 | | | 912 | 5 |
| 30 | | | 916 | 5 |
| 37, 38, 39, 40, 41 | | | 580 | 4 |
| 42, 43, 44, 45, 46 | | | 580 | 4 |
| 47, 48, 49, 50, 51 | | | 354 | 2 |
| 52, 53, 76, 77, 78 | | | 354 | 2 |
| 54, 55, 56, 57, 58 | | | 383 | 3 |
| 59, 60, 61, 62, 63 | | | 383 | 3 |
| 64, 65, 66, 67, 68 | | | 383 | 3 |
| 69, 70, AND 98 | | | 383 | 3 |
| 72, 73, 74, 75 | | | 355 | 2 |
| 84, 85, 86 | | | 355 | 2 |
| 91, 92, 93, 100 | | | 355 | 2 |
| 94 | | | 1111 | 6 |

**I N D E X  (CONT'D.)**

**E X H I B I T S**

| GOVERNMENT'S EXHIBITS | W/DRAWN | IDEN | EVID | VOL. |
|---|---|---|---|---|
| 101 | | | 1116 | 6 |
| 107, 108, 118, 119 | | | 354 | 2 |
| 109, 110, 111 | | | 580 | 4 |
| 112, 113, 114 | | | 580 | 4 |
| 122 | | | 510 | 3 |
| 124 | | | 1145 | 6 |
| 125 | | | 1136 | 6 |

--o0o--

*RAYNEE H. MERCADO, CSR, RMR, CRR, FCRR, CCRR (510) 565-7228*