UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 20-cr-00266-JST-1
Case Name: USA v. Rothenberg

## MINUTE ORDER, TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: Jon S. Tigar | PLAINTIFF ATTORNEY: Nicholas Walsh, Kyle F. Waldinger | DEFENSE ATTORNEY: Hanni Fakhoury |
|---|---|---|
| TRIAL DATE: November 3, 2022 | REPORTER: Raynee Mercado | CLERK: Mauriona Lee |
| TIME IN COURT: 5 hours 33 minutes | | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | **8:00 am** | | | **Court is reconvened. Matters discussed outside the presence of the jury.** | |
| | | 8:08 am | X | X | Exhibits stipulated to and read into record: 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 109, 110, 111, 112, 113, 114 | |
| | | 8:15 am | | | Court is in recess. | |
| | | 8:34 am | | | Direct examination of witness **Ryan Kelty** by Mr. Waldinger resumes. | |
| | | 9:15 am | | | Direct examination of witness **Ryan Kelty** by Mr. Waldinger ends. | |
| | | 9:16 am | | | Cross examination of witness **Ryan Kelty** by Mr. Fakhoury begins. | |
| | | 9:50 am | | | Cross examination of witness **Ryan Kelty** by Mr. Fakhoury ends. | |
| | | 9:50 am | | | Re-direct examination of witness **Ryan Kelty** by Mr. Waldinger begins. | |
| | | 9:54 am | | | Re-direct examination of witness **Ryan Kelty** by Mr. Waldinger ends. | |
| | | 9:54 am | | | Witness excused. | |
| | | 9:56 am | | | Jury excused. | |
| | | 9:57 am | | | Court is in recess. | |
| | | 10:14 am | | | Court is reconvened. Jury is present. | |
| | | 10:16 am | | | Witness **James Kiss** called to the stand and sworn for testimony. Direct examination by Mr. Walsh begins. | |
| 27 | | 10:31 am | X | X | FDIC Certificate issued to Silicon Valley Bank dated December 2, 1986. | |
| | | 10:32 am | | | Direct examination by Mr. Walsh ends. | |
| | | 10:32 am | | | Witness excused. | |

1

Case No: 20-cr-00266-JST-1
Case Name: USA v. Rothenberg
Date: November 3, 2022
Courtroom Deputy: Mauriona Lee        - Court Reporter:   Raynee Mercado

## EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 10:33 am | | | Witness **Michelle Jandu** called to the stand and sworn for testimony. Direct examination by Mr. Walsh begins. | |
| | | 11:47 am | | | Jury excused. | |
| | | 11:50 am | | | The Court is in recess. | |
| | | 12:07 pm | | | Court is reconvened. Jury is present. | |
| | | 12:08 pm | | | Direct examination witness **Michelle Jandu** by Mr. Walsh resumes. | |
| | | 1:30 pm | | | Direct examination witness **Michelle Jandu** by Mr. Walsh ends. Witness excused. | |
| | | 1:30 pm | | | Jury admonished and excused. Matters discussed outside the presence of the jury. | |
| | | 1:33 pm | | | Court is in recess. Jury trial continued to November 7, 2022 at 8:00 a.m. | |