UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 20-cr-00266-JST-1
Case Name: USA v. Rothenberg

## MINUTE ORDER, TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Jon S. Tigar | Nicholas Walsh<br>Kyle F. Waldinger | Hanni Fakhoury |
| **TRIAL DATE:** | **REPORTER:** | **CLERK:** |
| November 7, 2022 | Raynee Mercado | Mauriona Lee |
| **TIME IN COURT:** | | |
| 5 hours 35 minutes | | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | **8:00 am** | | | **Court is reconvened. Matters discussed outside the presence of the jury.** | |
| | | 8:17 am | | | Court is in recess. | |
| | | 8:35 am | | | Court is reconvened. The jury is present. | |
| | | 8:36 am | | | Direct examination witness **Michelle Jandu** by Mr. Walsh resumes. | |
| | | 8:58 am | | | Direct examination witness **Michelle Jandu** by Mr. Walsh ends. | |
| | | 9:00 am | | | Cross examination of witness **Michelle Jandu** by Mr. Fakhoury begins. | |
| | | 9:55 am | | | Jury excused. | |
| | | 9:57 am | | | Court is in recess. | |
| | | 10:17 am | | | Court is reconvened. | |
| | | 10:18 am | | | The jury is present. | |
| | | 10:20 am | | | Cross examination of witness **Michelle Jandu** by Mr. Fakhoury resumes. | |
| | | 10:26 am | | | Cross examination of witness **Michelle Jandu** by Mr. Fakhoury ends. | |
| | | 10:27 am | | | Witness excused. | |
| | | 10:29 am | | | Witness **Paulette Brunk** called to the stand and sworn for testimony. Direct examination by Mr. Waldinger begins. | |
| 28 | | 10:44 am | X | X | Page from Notary Log Journal dated 8/21/14 | |
| 29 | | 10:51 am | X | X | Ledger page from Vista National LLC | |
| 30 | | 10:56 am | X | X | Invoice from Paulette Brunk dated August 21, 2014 | |
| | | 11:12 am | | | Direct examination by Mr. Waldinger ends. | |
| | | | | | | |

1

Case No: 20-cr-00266-JST-1
Case Name: USA v. Rothenberg
Date: November 7, 2022
Courtroom Deputy: Mauriona Lee        - Court Reporter:    Raynee Mercado

## EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 11:12 am | | | Cross examination of witness **Paulette Brunk** by Mr. Fakhoury begins. | |
| | | 11:16 am | | | Cross examination of witness **Paulette Brunk** by Mr. Fakhoury ends. | |
| | | 11:16 am | | | Witness excused. | |
| | | 11:18 am | | | Witness **Ingrid Robertson** called to the stand and sworn for testimony. Direct examination by Mr. Walsh begins. | |
| | | 11:46 am | | | Direct examination of witness **Ingrid Robertson** by Mr. Walsh ends. | |
| | | 11:46 am | | | Jury excused. | |
| | | 11:47 am | | | Court is in recess. | |
| | | 12:05 pm | | | Court is reconvened. Matters discussed outside the presence of the jury. | |
| | | 12:07 pm | | | The jury is present. | |
| | | 12:07 pm | | | Direct examination of witness **Ingrid Robertson** by Mr. Walsh resumes. | |
| | | 12:44 pm | | | Direct examination of witness **Ingrid Robertson** by Mr. Walsh ends. | |
| | | 12:44 pm | | | Cross examination of witness **Ingrid Robertson** by Mr. Fakhoury begins. | |
| | | 12:54 pm | | | Cross examination of witness **Ingrid Robertson** by Mr. Fakhoury ends. | |
| | | 12:55 pm | | | Witness excused. | |
| | | 12:56 pm | | | Witness **Hapi Yamato** called to the stand and sworn for testimony. Direct examination by Mr. Walsh begins | |
| | | 1:29 pm | | | Direct examination of witness **Hapi Yamato** by Mr. Walsh ends. | |
| | | 1:30 pm | | | Jury admonished and excused. | |
| | | 1:30 pm | | | Witness excused for the day. | |
| | | 1:35 pm | | | Court is in recess. Jury trial continued to November 8, 2022 at 8:00 a.m. | |
| | | | | | | |
| | | | | | | |
| | | | | | | |