STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

KYLE F. WALDINGER (CABN 298752)
NICHOLAS J. WALSH (CABN 314290)
Assistant United States Attorneys

     450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102-3495
     Telephone: (415) 436-7200
     Fax: (415) 436-7234
     Email: Kyle.Waldinger@usdoj.gov
     Email: Nicholas.Walsh@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 20-CR-00266 JST |
| Plaintiff, | UNITED STATES' PROPOSED MODIFIED DISPUTED JURY INSTRUCTION NO. 19 |
| v. | |
| MICHAEL BRENT ROTHENBERG, a/k/a MIKE ROTHENBERG, | |
| Defendant. | |

     At an appearance today, November 7, 2022, the Court held a hearing on the parties' Joint Request for Guidance re Evidence of Movement of Money.  Dkt. 184.  At the conclusion of the hearing, the Court ordered the United States to submit a revised Jury Instruction No. 19.

     The United States has modified the instruction that it submitted as part of the parties' Joint Request for Guidance, and now submits the following Proposed Modified Disputed Jury Instruction No. 19.  The United States has met and conferred with counsel for the Defendant Michael Rothenberg regarding the modifications it has made.  The parties believe that the following instruction reflects the

version of the instruction that the Court on the record indicated it would give:

## MODIFIED DISPUTED JURY INSTRUCTION NO. 19

### EVIDENCE FOR A LIMITED PURPOSE

You are about to hear evidence that ~~[describe evidence to be received for limited purpose]~~ the defendant transferred, or caused to be transferred, money from the bank account of Rothenberg Ventures Fund II, LLC, to the bank account of Rothenberg Ventures Management Company, LLC, and then on to his personal Bank of America and Merrill Lynch accounts or that the defendant transferred, or caused to be transferred, money from one of his Merrill Lynch accounts to his personal Bank of America account, and then on to the bank account of Rothenberg Ventures Management Company, LLC and the bank account of Rothenberg Ventures Fund II, LLC.  I instruct you that ~~this evidence is admitted~~ you may consider this evidence only for the limited purpose of determining whether the defendant acted with the intent to defraud Silicon Valley Bank, devised a scheme to defraud Silicon Valley Bank, and/or executed a scheme to defraud Silicon Valley Bank. ~~[describe purpose] and, therefore, y~~ You must consider it only for that limited purpose and not for any other purpose.

### Authority

Ninth Circuit Model Jury Instruction (2022) No. 2.12.

/ / /

/ / /

/ / /

The United States will revise the proposed instruction further if it does not fully accord with what the Court proposed on the record earlier today.

DATED:  November 7, 2022

Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney


_____/s/_____

KYLE F. WALDINGER
NICHOLAS J. WALSH
Assistant United States Attorneys