**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Case No: 20-cr-00266-JST-1
Case Name: USA v. Rothenberg

**MINUTE ORDER, TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Jon S. Tigar | Nicholas Walsh<br>Kyle F. Waldinger | Hanni Fakhoury |
| **TRIAL DATE:** | **REPORTER:** | **CLERK:** |
| November 8, 2022 | Raynee Mercado | Mauriona Lee |
| **TIME IN COURT:** | | |
| 5 hours 25 minutes | | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | **8:00 am** | | | **Court is reconvened. Matters discussed outside the presence of the jury.** | |
| | | 8:08 am | | | Juror #9 called in sick. Having heard from parties and there being no objection Juror #9 is excused. | |
| | | 8:24 am | | | Parties are ordered to file disputes re jury instructions November 9, 2022 by 4:00 p.m. Further case management conference set for November 10, 2022 at 1:00 p.m. | |
| | | 8:27 am | | | Court is in recess. | |
| | | 8:56 am | | | Court is reconvened. The Court addresses the jury regarding the excusal of Juror #9. | |
| | | 9:02 am | | | Direct examination of witness **Hapi Yamato** by Mr. Walsh resumes. | |
| | | 9:28 am | | | Direct examination of witness **Hapi Yamato** by Mr. Walsh ends. | |
| | | 9:28 am | | | Cross examination of witness **Hapi Yamato** by Mr. Fakhoury begins. | |
| | | 9:36 am | | | Cross examination of witness **Hapi Yamato** by Mr. Fakhoury ends. | |
| | | 9:36 am | | | Witness excused. | |
| | | 9:38 am | | | Witness **Jefferson R. Eppler** called to the stand and sworn for testimony. Direct examination by Mr. Waldinger begins | |
| | | 10:10 am | | | Jury is excused. | |
| | | 10:11 am | | | Court is in recess. Matters discussed outside the presence of the jury. | |
| | | 10:16 am | | | Witness excused. Discussions resume. | |
| | | 10:18 am | | | Court is in recess. | |
| | | 10:34 am | | | Court is reconvened. The jury is present. | |

1

Case No: 20-cr-00266-JST-1
Case Name: USA v. Rothenberg
Date: November 8, 2022
Courtroom Deputy: Mauriona Lee         - Court Reporter:    Raynee Mercado

**EXHIBIT and WITNESS LIST CONTINUED**

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 10:38 am | | | Direct examination of witness **Jefferson R. Eppler** by Mr. Waldinger resumes. | |
| 94 | | 10:38 am | X | X | First amended and Restated Operating Agreement of Rothenberg Ventures Fund II, LLC | |
| 101 | | 10:48 am | X | X | Amend and Restated Management Agreement dated October 18, 2013 | |
| | | 10:58 am | | | Sidebar begins. | |
| | | 11:00 am | | | Sidebar ends. | |
| 125 | | 11:17 am | X | X | Rothenberg Ventures Management Company, LLC General Ledger August 31, 2014 | |
| 124 | | 11:32 am | X | X | Page from Rothenberg Ventures Management Company books and records | |
| | | 11:33 am | | | Sidebar begins. | |
| | | 11:35 am | | | Sidebar ends. | |
| | | 11:47 am | | | Direct examination of witness **Jefferson R. Eppler** by Mr. Waldinger ends. | |
| | | 11:47 am | | | Jury excused. Matters discussed outside the presence of the jury. | |
| | | 11:53 am | | | Court is in recess. | |
| | | 12:08 pm | | | Court is reconvened. | |
| | | 12:09 pm | | | Jury is present. | |
| | | 12:10 pm | | | Cross examination of witness **Jefferson R. Eppler** by Mr. Fakhoury begins. | |
| | | 12:29 pm | | | Cross examination of witness **Jefferson R. Eppler** by Mr. Fakhoury ends. | |
| | | 12:29 pm | | | Re-direct examination of witness **Jefferson R. Eppler** by Mr. Waldinger begins. | |
| | | 12:35 pm | | | Re-direct examination of witness **Jefferson R. Eppler** by Mr. Waldinger ends. | |
| | | 12:35 pm | | | Re-cross examination of witness **Jefferson R. Eppler** by Mr. Fakhoury begins. | |
| | | 12:36 pm | | | Re-cross examination of witness **Jefferson R. Eppler** by Mr. Fakhoury ends. | |
| | | 12:36 pm | | | Witness excused. | |
| | | 12:37 pm | | | Witness **Special Agent Anthony Ghio** called to the stand and sworn for testimony. Direct examination by Mr. Walsh begins | |

Case No: 20-cr-00266-JST-1
Case Name: USA v. Rothenberg
Date: November 8, 2022
Courtroom Deputy: Mauriona Lee           - Court Reporter:     Raynee Mercado

### EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| A | | 12:44 pm | X | | Demonstrative A titled "June 2014 Transactions" | |
| | | 1:17 pm | | | Sidebar begins | |
| | | 1:18 pm | | | Sidebar end | |
| | | 1:18 pm | | | Witness excused for the day. | |
| | | 1:20 pm | | | Jury admonished and excused. Matters discussed outside the presence of the jury. | |
| | | 1:25 pm | | | Court is in recess. Jury trial continued to November 14, 2022 at 8:00 a.m. | |