```
STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

KYLE F. WALDINGER (CABN 298752)
NICHOLAS J. WALSH (CABN 314290)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Fax: (415) 436-7234
    Email: Kyle.Waldinger@usdoj.gov
    Email: Nicholas.Walsh@usdoj.gov

Attorneys for the United States of America
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 20-CR-00266 JST |
| Plaintiff, | STIPULATED PROTECTIVE ORDER |
| v. | |
| MICHAEL BRENT ROTHENBERG, a/k/a MIKE ROTHENBERG, | |
| Defendant. | |

WHEREAS the United States wishes to produce to the defendant Michael Rothenberg ("THE DEFENDANT") a document containing information that is claimed by Silicon Valley Bank to contain confidential business information of that financial institution, specifically, a "**Credit Risk Rating Matrix**"; and

WHEREAS the United States and THE DEFENDANT deem it appropriate for the purpose of facilitating the production of that document, without agreeing between them that the specific information is in fact confidential business information of Silicon Valley Bank, and with the further

STIPULATED PROTECTIVE ORDER
20-CR-00266 JST                    1

understanding that nothing in this Stipulated Protective Order creates any presumption regarding whether the specific information is in fact confidential business information, and, lastly, preserving THE DEFENDANT's rights to challenge any such designation at a later time;

IT IS HEREBY STIPULATED AND AGREED by and between the United States and THE DEFENDANT and his counsel that the following definitions and procedures will govern the handling of the purported confidential business information during trial, post-trial, and appellate proceedings (if any).

1. "Confidential Material" shall mean information that the United States contends is confidential business information of Silicon Valley Bank, specifically, a "**Credit Risk Rating Matrix**."

2. The protections conferred by this Stipulated Protective Order cover not only Confidential Material (as defined above) but also include: i) any information copied or extracted from Confidential Material and ii) all copies, excerpts, summaries, or compilations of Confidential Material.

3. Confidential Material shall be retained by THE DEFENDANT'S counsel in the above-captioned case and furnished, at this time, to no one other than THE DEFENDANT'S counsel in the above-captioned case, THE DEFENDANT, any expert retained by the defense, the staff supporting THE DEFENDANT'S counsel in the above-captioned case who are working on this case under the direction of THE DEFENDANT'S counsel and to whom it is necessary that the materials be disclosed for purposes of the defense of this case. THE DEFENDANT'S counsel may further show documents to any custodian listed on the face of such document but shall not leave any such Confidential Material with the custodian. THE DEFENDANT'S counsel may also show documents to any potential witness that they deem necessary for the defense of this matter but shall not leave any such Confidential Material or summary of the Confidential Material with the potential witness. All such material shall be kept in the possession of THE DEFENDANT'S counsel in the above-captioned case and neither this material nor any copies of the material shall leave their possession (including via electronic transmission of any sort) for any purpose except submission *in camera* to the Court, except that counsel may include the material in emails among themselves as necessary for the defense of this matter. All such material shall be used solely for the purpose of conducting pre-trial, trial, and appellate proceedings in this case and for no

///

1  other purpose whatsoever, and shall not be used for the economic benefit of THE DEFENDANT or for
2  the benefit of any third party financial institution.

3     4.     All motions that contain any of the Confidential Material and that are filed with the Court
4  shall be filed and kept under seal until further order of the Court.

5     5.     The recipient of any Confidential Material that is provided under this Stipulated
6  Protective Order shall keep such information in a manner reasonably intended to preserve and maintain
7  the confidentiality of the information and shall not disclose such information to any individuals except
8  as authorized by this Stipulated Protective Order.

9     6.     At the conclusion of the above-captioned case, THE DEFENDANT and his counsel in
10  the above-captioned case agree to notify the United States so that it can request materials subject to this
11  Protective Order (including any copies) be returned to the United States.  To the extent that THE
12  DEFENDANT'S counsel intends to maintain possession of the Confidential Material, it must so do
13  under conditions specified in this Protective Order.  If THE DEFENDANT'S counsel cannot ensure that

14  / / /
15  / / /
16  / / /
17  / / /
18  / / /
19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

the material will be kept under the conditions specified in this Order, THE DEFENDANT'S counsel will destroy the material.

SO STIPULATED.

DATED: November 9, 2022

Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

/s/

KYLE F. WALDINGER
NICHOLAS J. WALSH
Assistant United States Attorneys

DATED: November 9, 2022

MOEEL LAH FAKHOURY LLP

/s/

HANNI FAKHOURY
Attorney for defendant Michael B. Rothenberg

IT IS SO ORDERED

DATED: November 9, 2022

HON. JON S. TIGAR
UNITED STATES DISTRICT JUDGE