UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

*CRIMINAL HEARING MINUTES*

| | | | |
|---|---|---|---|
| Judge: | Jon S. Tigar | Time in Court: | 16 minutes |
| Date: | November 10, 2022 | | |
| Case No. | **4:20-cr-00266-JST-1** | | |

**United States of America**   v.   **Michael Brent Rothenberg**

☑ Defendant Present
☐ Not Present
☐ In Custody

Kyle Waldinger
Nicholas Walsh                                           Hanni Fakhoury
U.S. Attorney                                            Defense Counsel

Courtroom Deputy Clerk: Mauriona Lee         Court Reporter: Raynee Mercado

*PROCEEDINGS*

Status conference re Jury Instruction – held.

*RESULT OF HEARING*

1. Hearing held via Zoom videoconference.
2. Argument heard from parties regarding proposed jury instruction regarding Silicon Valley Bank.
3. The Government is ordered to file a form of instruction, approved by counsel for defendant, on the docket with a Word version copy emailed to the Court.

1