UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>MICHAEL BRENT ROTHENBERG,<br><br>        Defendant. | Case No.20-cr-00266-JST-1<br><br>**ORDER FOR JURY MEALS DURING DELIBERATIONS** |

     IT IS HEREBY ORDERED that, pursuant to the Guide to Judiciary Policy, the Clerk's Office shall furnish lunch for the members of the jury for each day the jury is in deliberations.

     IT IS SO ORDERED.

Dated: November 14, 2022

                                                       _____<br>
                                                       JON S. TIGAR<br>
                                                       United States District Judge

*Rev.03/19*