UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 20-cr-00266-JST-1
Case Name: USA v. Rothenberg

## MINUTE ORDER, TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: Jon S. Tigar | PLAINTIFF ATTORNEY: Nicholas Walsh, Kyle F. Waldinger | DEFENSE ATTORNEY: Hanni Fakhoury |
|---|---|---|
| TRIAL DATE: November 14, 2022 | REPORTER: Raynee Mercado | CLERK: Mauriona Lee |
| TIME IN COURT: 5 hours 30 minutes | | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | **8:00 am** | | | **Court is reconvened. Matters discussed outside the presence of the jury.** | |
| | | 8:06 am | | | Court is in recess. | |
| | | 8:30 am | | | Court is reconvened. The Court addresses the jury. | |
| | | 8:32 am | | | Direct examination of witness **Special Agent Anthony Ghio** by Mr. Walsh resumes. | |
| | | 8:37 am | X | | Demonstrative B titled "July and August 2014 Transactions" | |
| | | 9:17 am | | | Direct examination of witness **Special Agent Anthony Ghio** by Mr. Walsh ends. | |
| | | 9:17 am | | | Cross examination of witness **Special Agent Anthony Ghio** by Mr. Fakhoury begins. | |
| | | 9:46 am | | | Cross examination of witness **Special Agent Anthony Ghio** by Mr. Fakhoury ends. | |
| | | 9:47 am | | | Witness excused. | |
| | | 9:50 am | | | Witness **Frederick Kreppel** called to the stand and sworn for testimony. Direct examination by Mr. Waldinger begins. | |
| | | 10:00 am | | | Jury excused. | |
| | | 10:00 am | | | Court is in recess. | |
| | | 10:18 am | | | Court is reconvened. The jury is present. | |
| | | 10:18 am | | | Direct examination of witness **Frederick Kreppel** by Mr. Waldinger resumes. | |
| | | 11:31 am | X | | Demonstrative C | |
| | | 11:39 am | | | Direct examination of witness **Frederick Kreppel** by Mr. Waldinger ends. | |
| | | 11:39 am | | | Jury excused. | |
| | | 11:40 am | | | Court is in recess. | |
| | | 12:00 pm | | | Court is reconvened. | |

Case No: 20-cr-00266-JST-1
Case Name: USA v. Rothenberg
Date: November 14, 2022
Courtroom Deputy: Mauriona Lee   - Court Reporter:   Raynee Mercado

## EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 12:01 pm | | | Cross examination of witness **Frederick Kreppel** by Mr. Fakhoury begins. | |
| | | 1:04 pm | | | Cross examination of witness **Frederick Kreppel** by Mr. Fakhoury ends. | |
| | | 1:05 pm | | | Redirect examination of witness **Frederick Kreppel** by Mr. Waldinger begins. | |
| | | 1:13 pm | | | Redirect examination of witness **Frederick Kreppel** by Mr. Waldinger ends. | |
| | | 1:13 pm | | | Re-cross examination of witness **Frederick Kreppel** by Mr. Fakhoury begins. | |
| | | 1:14 pm | | | Re-cross examination of witness **Frederick Kreppel** by Mr. Fakhoury begins. | |
| | | 1:14 pm | | | Witness excused. | |
| | | 1:14 pm | | | Government rests its case. | |
| | | 1:15 pm | | | The Defendant will not bring a case. | |
| | | 1:15 pm | | | The Court addresses the jury. | |
| | | 1:17 pm | | | Jury excused. Matters discussed outside the presence of the jury. | |
| | | 1:30 pm | | | Court is in recess. Jury trial continued to November 15, 2022 at 8:00 a.m. | |