# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Case No: 20-cr-00266-JST-1
Case Name: USA v. Rothenberg

## MINUTE ORDER, TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Jon S. Tigar | Nicholas Walsh<br>Kyle F. Waldinger | Hanni Fakhoury |
| **TRIAL DATE:** | **REPORTER:** | **CLERK:** |
| November 15, 2022 | Raynee Mercado | Mauriona Lee |
| **TIME IN COURT:** | | |
| 8 hours 52 minutes | | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | **8:00 am** | | | **Court is reconvened. Matters discussed outside the presence of the jury.** | |
| | | 8:07 am | | | Court is in recess | |
| | | 8:30 am | | | Court is reconvened. | |
| | | 8:35 am | | | The jury is present. | |
| | | 8:35 am | | | The Court addresses the jury. | |
| | | 8:37 am | | | Jury instructions read to the jury by the Court. | |
| | | 9:03 am | | | Court is in recess. | |
| | | 9:22 am | | | Court is reconvened. Jury is present. | |
| | | 9:23 am | | | Government's closing argument by Mr. Walsh begins. | |
| | | 10:30 am | | | Government's closing argument by Mr. Walsh ends. | |
| | | 10:48 am | | | Court is reconvened. Jury is present. | |
| | | 10:49 am | | | Defendant's closing argument by Mr. Fakhoury begins. | |
| | | 12:08 pm | | | Defendant's closing argument by Mr. Fakhoury ends. | |
| | | 12:08 pm | | | Jury is excused. | |
| | | 12:09 pm | | | Court is in recess. | |
| | | 12:25 pm | | | Court is reconvened. | |
| | | 12:26 pm | | | Jury is present. | |
| | | 12:27 pm | | | Government's rebuttal closing argument by Mr. Waldinger begins. | |
| | | 12:56 pm | | | Government's rebuttal closing argument by Mr. Waldinger ends. | |
| | | 12:56 pm | | | The Court addresses the jury. | |
| | | | | | | |

Case No: 20-cr-00266-JST-1
Case Name: USA v. Rothenberg
Date: November 15, 2022
Courtroom Deputy: Mauriona Lee    - Court Reporter:    Raynee Mercado

## EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 1:00 pm | | | Courtroom Deputy Clerk sworn. | |
| | | 1:00 pm | | | Jury admonished and excused to deliberate. | |
| | | 1:03 pm | | | Alternate juror 2, Juror #14, is addressed by the Court. | |
| | | 1:06 pm | | | Excused | |
| | | 1:06 pm | | | Court is in recess. | |
| | | 1:22 pm | | | Jury note #1 received. Jury schedule announced to parties off the record. | |
| | | 1:22 pm | | | Court is in recess. | |
| | | 4:30 pm | | | Jury excused for the day. Juror note #2 received. | |
| | | 4:39 pm | | | Court reconvened. The Court addresses jury note #2. | |
| | | 4:52 pm | | | Jury trial continued to November 16, 2022 at 8:00 a.m. | |