# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Case No: 20-cr-00266-JST-1
Case Name: USA v. Rothenberg

## MINUTE ORDER, TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Jon S. Tigar | Nicholas Walsh<br>Kyle F. Waldinger | Hanni Fakhoury |
| **TRIAL DATE:** | **REPORTER:** | **CLERK:** |
| November 16, 2022 | Raynee Mercado | Mauriona Lee |
| **TIME IN COURT:** | | |
| 5 hours 30 minutes | | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | **8:00 am** | | | **Court is reconvened. Matters discussed outside the presence of the jury.** | |
| | | 8:20 | | | Court is in recess. | |
| | | 8:30 am | | | The jury continues deliberating. | |
| | | 8:37 am | | | Jury is present. The Court addresses the jury regarding note #2. | |
| | | 8:45 am | | | The jury is excused to continue deliberating. | |
| | | 8:45 am | | | Court is in recess. | |
| | | 1:30 pm | | | Jury excused for the day. Jury trial continued to November 17, 2022 at 8:00 a.m. | |

1