# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Case No: 20-cr-00266-JST-1
Case Name: <u>USA v. Rothenberg</u>

### MINUTE ORDER, TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | | PLAINTIFF ATTORNEY: | | DEFENSE ATTORNEY: |
|---|---|---|---|---|
| Jon S. Tigar | | Nicholas Walsh<br>Kyle F. Waldinger | | Hanni Fakhoury |
| **TRIAL DATE:** | | **REPORTER:** | | **CLERK:** |
| November 17, 2022 | | Raynee Mercado | | Mauriona Lee |
| **TIME IN COURT:** | | | | |
| 8 hours 50 minutes | | | | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | **8:00 am** | | | **Court is reconvened.** | |
| | | 8:30 am | | | The jury continues deliberating. | |
| | | 9:23 am | | | Jury note #3 received. | |
| | | 9:45 am | | | Court is reconvened. Matters discussed outside the presence of the jury. Jury note #3 is disseminated to parties. | |
| | | 9:48 am | | | The Court addresses attorneys regarding the jury note. | |
| | | 10:14 am | | | The jury is present. The Court addresses the jury regarding jury note #3. | |
| | | 10:18 am | | | Jury excused to continue deliberating. Court is in recess. | |
| | | 12:54 pm | | | Jury note #4 received. | |
| | | 1:11 pm | | | Court is reconvened. Jury note #4 has been disseminated to parties.  Matters discussed outside the presence of the jury. | |
| | | 1:21 pm | | | The jury is present. The Court addresses the jury regarding jury note #4. | |
| | | 1:24 pm | | | Jury excused to continue deliberating. Court is in recess. | |
| | | 4:14 pm | | | Jury note #5 received. | |
| | | 4:29 pm | | | Court is reconvened. Jury note #5 has been disseminated to parties.  Matters discussed outside the presence of the jury. | |
| | | 4:32 pm | | | The jury is present. The Court addresses the jury regarding jury note #5. | |
| | | 4:35 pm | | | Jury polled as to ability to reach verdict. Mistrial declared by the Court. | |
| | | 4:35 pm | | | The Court addresses the jury. | |

Case No: 20-cr-00266-JST-1
Case Name: USA v. Rothenberg
Date: November 17, 2022
Courtroom Deputy: Mauriona Lee _____ - Court Reporter:____ Raynee Mercado _____

## EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 4:40 pm | | | Jury admonished and discharged from jury service. | |
| | | 4:50 pm | | | Matters discussed outside the presence of the jury. Status conference set for December 16, 2022 at 9:30 a.m. via Zoom videoconference. | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |