FILED

UNITED STATES DISTRICT COURT
NORTHEN DISTRICT of CALIFORNIA

NOV 15 2022

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

Case Number:   4:20-cr-00266-JST-1

Case Name:   USA v. Michael Brent Rothenberg

## NOTE FROM THE JURY

Note number:   ①

Date:   11/15/22

Time:   1:22 p

1. The Jury has reached a unanimous verdict ☐

Or

2. The Jury has the following question:

TU: 11/15 : 1:30 - 4:30
WE: 11/16 : 8:30 - 1:30
TH: 11/17 : 8:30 - 4:30
FR: 11/18 : 8:30 - 4:30

— Still TBD —

_____
Presiding Juror

FILED

NOV 15 2022

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

UNITED STATES DISTRICT COURT
NORTHEN DISTRICT of CALIFORNIA

Case Number:   4:20-cr-00266-JST-1

Case Name:   USA v. Michael Brent Rothenberg

## NOTE FROM THE JURY

Note number:   ①

Date:   Nov 15, 2022

Time:   4:30

1.  The Jury has reached a unanimous verdict ☐

Or

2.  The Jury has the following question:

- What is the legal definition of "cheat"
- Are there any restrictions on Mike Rothenberg moving funds from Fund II to his personal account?
- Are funds from Fund II encumbered

_____
Presiding Juror

UNITED STATES DISTRICT COURT
NORTHEN DISTRICT of CALIFORNIA

FILED

NOV 17 2022

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

Case Number:  4:20-cr-00266-JST-1

Case Name:  USA v. Michael Brent Rothenberg

NOTE FROM THE JURY

Note number:  ~~2~~ 3

Date:  11-17-2022

Time:  9:23 a.m.

1.  The Jury has reached a unanimous verdict ☐

Or

2.  The Jury has the following question:

1) If we are concerned we may be locked, do you, the judge, want to talk with us?

2) What is the lasted we should let you know regarding a potential decision or locked status, to determine whether the court can convene this coming Friday, Nov 18th

Presiding Juror

UNITED STATES DISTRICT COURT
NORTHEN DISTRICT of CALIFORNIA

**FILED**

NOV 17 2022

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

Case Number:   4:20-cr-00266-JST-1

Case Name:   USA v. Michael Brent Rothenberg

## NOTE FROM THE JURY

Note number:   3 4

Date:   Nov 17

Time:   12:54   p.m.

1. The Jury has reached a unanimous verdict ☐

Or

2. The Jury has the following question:

We are unable to reach a
unanimous verdict.

_John Haile_
Presiding Juror

UNITED STATES DISTRICT COURT
NORTHEN DISTRICT of CALIFORNIA

Case Number:  4:20-cr-00266-JST-1

Case Name:  USA v. Michael Brent Rothenberg

### NOTE FROM THE JURY

**FILED**

Note number: _4_

Date: _Nov 17_

Time: _4:14_

**NOV 17 2022**

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

1. The Jury has reached a unanimous verdict ☐

Or

2. The Jury has the following question:

We have deliberated based on your instructions and we are even more convinced that we are deadlocked.

_____
Presiding Juror