# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## DOCUMENT LOCATOR

Case Number:   20-cr-00266-JST-1

Date Filed:    11/23/2022

Document:

( )   Reporter's Transcript:

**(X)   Government's Trial Exhibits: 1, 2, 3, 4, 5, 6, 7, 8, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 34, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68, 69, 70, 72, 73, 74, 75, 76, 77, 78, 84, 85, 86, 91, 92, 93, 94, 98, 100, 101, 107, 108, 109, 110, 111, 112, 113, 114, 118, 119, 122, 124, and 125**

( )   Lodged Documents:

( )   Sealed Documents:

( )   Declaration(s):

( )   Other:

Location:

( )   Expando File (Next to Case File)

( )   Overflow Shelf:

( )   Vault

(X)   Other:   **Exhibit Room Shelf E-1**

Document Number: