UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

*CRIMINAL HEARING MINUTES*

| | | | |
|---|---|---|---|
| Judge: | Jon S. Tigar | Time in Court: | 13 minutes |
| Date: | December 16, 2022 | | |
| Case No. | **4:20-cr-00266-JST-1** | | |

**United States of America**       v.       **Michael Brent Rothenberg**

☐ Defendant
☑ Present
☐ Not Present
☐ In Custody

Kyle Waldinger
Nicholas Walsh                                           Hanni Fakhoury
U.S. Attorney                                            Defense Counsel

Courtroom Deputy Clerk: Mauriona Lee            Court Reporter: Pamela Hebel

*PROCEEDINGS*

Status conference - held

*RESULT OF HEARING*

1. Hearing held via Zoom videoconference.
2. The parties are ordered to meet and confer about, and make a joint proposal regarding, the briefing schedule of the forthcoming Rule 29 motion.
3. Status conference set for February 10, 2023 at 9:30 a.m. via Zoom videoconference.
4. Time is excluded through July 24, 2023 for effective preparation of counsel. The Government shall prepare a proposed order.

1