STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

KYLE F. WALDINGER (CABN 298752)
NICHOLAS J. WALSH (CABN 314290)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Fax: (415) 436-7234
    Email: kyle.waldinger@usdoj.gov
    Email: nicholas.walsh@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 20-CR-00266 JST |
| Plaintiff, | STIPULATION TO EXCLUDE TIME FROM THE SPEEDY TRIAL ACT CALCULATION |
| v. | AND |
| MICHAEL BRENT ROTHENBERG, a/k/a MIKE ROTHENBERG, | [~~PROPOSED~~] ORDER |
| Defendant. | |

At the request of the Court at the conclusion of a hearing held on before the Court on December 16, 2022, the parties, with the consent of the defendant, hereby submit this stipulation to exclude time as to all counts in the Indictment under the Speedy Trial Act, 18 U.S.C. § 3161(h), from October 31, 2022, through and including July 24, 2023.

The parties agree as follows:

1. The defendant, Michael Brent Rothenberg, represented by his attorney Hanni Fakhoury, and the government, represented by Assistant United States Attorneys Kyle Waldinger and Nicholas Walsh, appeared before the Court on October 31, 2022, for a trial on certain

|||
|---|---|
|1||counts of the Indictment (Counts 1 and 2).  That trial concluded with a mistrial on November 17, 2022.|
|2.|After a hearing on October 31, 2022, on November 7, 2022, time was excluded until July 24, 2023 in this case, a date based on the future trial date for the remaining counts in the Indictment (Counts 3 to 23).  <u>See</u> Dkt. 186 (Order).|
|3.|The parties thereafter appeared before the Court on December 16, 2022, for a status hearing.  At that time, the parties and the Court discussed whether the prior order governed all of the counts in the Indictment.  In the abundance of caution, the parties agreed at the hearing to stipulate to the exclusion of time as to all counts to July 24, 2023.|
|4.|As stated in court on December 16, 2022, because the defense team requires time to review the discovery and to conduct necessary investigation, and additional time is necessary for the effective preparation of a defense, the parties agree that time should be excluded under the Speedy Trial Act as to all counts in the Indictment between October 31, 2022, and July 24, 2023.|
|5.|Further, the parties agree that the ends of justice outweigh the best interests of the public and the defendant in a speedy trial and thus excluding the time as to all counts in the Indictment between October 31, 2022, and July 24, 2023, from computation under the Speedy Trial Act is appropriate.|

IT IS SO STIPULATED.

DATED:  December 19, 2022

STEPHANIE M. HINDS
United States Attorney

 */s/ Kyle Waldinger*
KYLE F. WALDINGER
NICHOLAS J. WALSH
Assistant United States Attorneys

DATED:  December 19, 2022

 */s/ Hanni Fakhoury*
HANNI FAKHOURY
Counsel for the Defendant

STIPULATION AND [PROPOSED] ORDER                 2
20-CR-00266 JST

**[~~PROPOSED~~] ORDER**

Based upon the representations of counsel in the above stipulation and during a hearing on December 16, 2022, and for good cause shown, the Court finds that failing to exclude the time between October 31, 2022, and July 24, 2023, as to all counts in the Indictment, would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time as to all counts in the Indictment between October 31, 2022, and July 24, 2023, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, IT IS HEREBY ORDERED that the time between October 31, 2022, and July 24, 2023, shall be excluded from computation under the Speedy Trial Act as to all counts of the Indictment. See 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: December 19, 2022           _____
                                   THE HONORABLE JON S. TIGAR
                                   UNITED STATES DISTRICT JUDGE