MOEEL LAH FAKHOURY LLP
Hanni M. Fakhoury (State Bar No. 252629)
1300 Clay Street, Suite 600
Oakland, CA 94612
Telephone: (510) 500-9994
Email: hanni@mlf-llp.com

Attorneys for Michael Rothenberg

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | Case No.: 4:20-CR-00266-JST |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE ON POST TRIAL RULE 29 MOTION** |
| v. | |
| MICHAEL ROTHENBERG, | |
| Defendant. | **Hearing Date:** February 10, 2023<br>**Hearing Time:** 9:30 a.m. |

As directed by the Court at the last status conference, the parties have met and conferred and jointly propose the following schedule for Mr. Rothenberg's forthcoming Rule 29 motion:

- Defense motion due January 13, 2023
- Government opposition due January 27, 2023
- Defense reply due February 3, 2023

A status hearing is currently set for February 10, 2023 at 9:30 a.m. and the parties suggest the Court could take argument on the motion on that day as well. Time has already been excluded under the Speedy Trial Act through July 24, 2023.

IT IS SO STIPULATED.

Dated:     January 3, 2023                MOEEL LAH FAKHOURY LLP

                                          /S
                                          HANNI M. FAKHOURY
                                          Attorneys for Michael Rothenberg

Dated:     January 3, 2023                STEPHANIE M. HINDS
                                          United States Attorney
                                          Northern District of California

                                          /S
                                          KYLE F. WALDINGER
                                          NICHOLAS J. WALSH
                                          Assistant United States Attorneys

STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE ON RULE 29 MOTION
*United States v. Rothenberg*, 4:20-CR-00266-JST

2

# [PROPOSED] ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby adopts the following briefing schedule for the Rule 29 motion the defendant intends to file:

- Defense motion due January 13, 2023
- Government opposition due January 27, 2023
- Defense reply due February 3, 2023

The motion will be heard on February 10, 2023 at 9:30 a.m.

DATED: January 4, 2023

_____
HONORABLE JON S. TIGAR
United States District Judge

**IT IS SO ORDERED.**