MOEEL LAH FAKHOURY LLP
Hanni M. Fakhoury (State Bar No. 252629)
1300 Clay Street, Suite 600
Oakland, CA 94612
Telephone: (510) 500-9994
Email: hanni@mlf-llp.com

Attorneys for Michael Rothenberg

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL ROTHENBERG, <br><br> Defendant. | Case No.: 4:20-CR-00266-JST <br><br> **DECLARATION OF HANNI M. FAKHOURY IN SUPPORT OF DEFENDANT'S RULE 29(C) MOTION FOR JUDGMENT OF ACQUITTAL ON COUNTS ONE AND TWO** |

I, Hanni M. Fakhoury, hereby declare as follows:

1. I am an attorney licensed in the state of California. I began representing Michael Rothenberg in this case in January 2021, when I was employed by the Federal Public Defender in Oakland and Mr. Rothenberg's case was reassigned to me from another attorney in the San Francisco office. When I left the Federal Public Defender's office in April 2021 to go into private practice, I was permitted to continue representing Mr. Rothenberg under the Criminal Justice Act ("CJA").

2. Trial on Counts One and Two began with jury selection on October 31, 2022. After eleven trial days, the Court declared a mistrial on November 17, 2022, when jurors indicated they were deadlocked and could not reach unanimous agreement. After discharging the jury, the Court set a status conference on December 16, 2022, so the parties could have a chance to meet and confer over what should happen next in the case.

FAKHOURY DECLARATION IN SUPPORT OF DEFENDANT'S RULE 29(C) MOTION FOR JUDGMENT OF ACQUITTAL
*United States v. Rothenberg*, 4:20-CR-00266-JST

1

3. Unfortunately, I failed to ask the Court to extend the 14-day deadline to file a post-trial motion for judgment of acquittal under Federal Rule of Criminal Procedure 29. Under the 14-day deadline, I was required to either file a Rule 29 motion, or request an extension of the deadline, by December 2, 2022.

4. I have been an attorney for 15 years, with the majority of my career spent working as a federal criminal defense attorney. I worked as a Trial Attorney for the Federal Defenders of San Diego, Inc., the community defender organization for the Southern District of California, from 2007 to 2011. I also worked as an Assistant Federal Public Defender in the Northern District of California from 2015 to 2021. I have been in private practice since 2021 primarily handling federal criminal defense matters and currently serve on the CJA panel.

5. Before Mr. Rothenberg's trial, I had been lead or co-counsel in thirteen felony jury trials in federal court. In my other trials that ended with a guilty verdict, I typically made sure to extend the deadline to file a post-verdict Rule 29 motion.

6. I failed to extend the deadline following the conclusion of Mr. Rothenberg's jury trial because—and it is embarrassing to admit—it did not occur to me that I could file a Rule 29 motion following a hung jury.

7. I have not had many jury trials that ended with a hung jury. Of the thirteen jury trials I have been lead or co-counsel, only one ended with a mistrial following a hung jury. In that case, *United States v. Shafi*, 3:15-CR-00582-WHO (N.D. Cal.), the deadline to file post-trial Rule 29 motions was never extended, and no motion ultimately filed, because the parties resolved the case by plea agreement before retrial.

8. The week after the jury in Mr. Rothenberg's case was discharged was the week of Thanksgiving, and I took some personal time off to spend with my family, including some family members from out of town staying at my house.

9. On December 7, 2022, I spoke with the prosecutors by phone for the first time following the mistrial about what was going to happen next in the case. It was clear from that conversation that the government was not going to dismiss Counts One and Two against

FAKHOURY DECLARATION IN SUPPORT OF DEFENDANT'S RULE 29(C) MOTION FOR JUDGMENT OF ACQUITTAL
*United States v. Rothenberg*, 4:20-CR-00266-JST

1  Mr. Rothenberg prior to the second trial on the remaining counts scheduled for trial in July
2  2023.

3  10. I had a second conversation with the prosecutors about the case on December 15, 2022.
4  Following that telephone conversation, I re-read Rule 29 and realized I could in fact file a
5  Rule 29 motion even after a hung jury. Later in the afternoon of the 15th, I informed the
6  prosecutors by email that I wanted to set a briefing schedule on a Rule 29 motion.

7  11. The next day, December 16, 2022, the parties appeared before the Court for a status
8  conference by Zoom, the first appearance before the Court following the mistrial. I
9  informed the Court I wanted to file a Rule 29 motion and the Court directed the parties to
10 meet and confer regarding a briefing schedule.

11 12. I regret my failure to request an extension of the 14 day deadline following the Court's
12 discharge of the jury on November 17, 2022. I am very concerned that my inadvertence
13 prejudiced Mr. Rothenberg's ability to have his motion heard and considered by the Court. I
14 am thus requesting the Court permit the late filing of Mr. Rothenberg's motion for the legal
15 reasons explained in depth in my brief.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on January 13, 2023, in Clayton, California.

Hanni M. Fakhoury