# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT of CALIFORNIA

*CRIMINAL HEARING MINUTES*

| | | |
|---|---|---|
| Judge: | Jon S. Tigar | Time in Court: 26 minutes |
| Date: | February 10, 2023 | |
| Case No. | **4:20-cr-00266-JST-1** | |

**United States of America**     v.     **Michael Rothenberg**

        Defendant
☑ Present
☐ Not Present
☐ In Custody

Kyle Waldinger  
U.S. Attorney

Hanni Fakhoury  
Defense Counsel

Courtroom Deputy Clerk: Bhavna Sharma     Court Reporter: Pamela Hebel

*PROCEEDINGS*

[219] Motion for Acquittal – held via Zoom.

*RESULT OF HEARING*

1. Defendant consented to hearing being held via Zoom.
2. Oral arguments made and heard. Court denied [219] Motion for Acquittal for the reasons as stated on the record.
3. Status Conference set for April 21, 2023, at 9:30 a.m. in Courtroom 6, 2nd floor. Defendant is ordered to appear.