```
 1                      UNITED STATES DISTRICT COURT
 2                    NORTHERN DISTRICT OF CALIFORNIA
 3                              OAKLAND DIVISION
 4
 5    UNITED STATES OF AMERICA,       )   CR-20-00266 JST
                                      )
 6                    PLAINTIFF,      )   OAKLAND, CALIFORNIA
                                      )
 7              VS.                   )   AUGUST 26, 2022
                                      )
 8    MICHAEL BRENT ROTHENBERG,       )   PAGES 1-14
                                      )
 9                    DEFENDANT.      )
      _____ )
10
11
12                   TRANSCRIPT OF ZOOM PROCEEDINGS
                  BEFORE THE HONORABLE JON S. TIGAR
13                   UNITED STATES DISTRICT JUDGE
14
15    A P P E A R A N C E S:
16    FOR THE PLAINTIFF:     UNITED STATES ATTORNEY'S OFFICE
                             BY:  KYLE F. WALDINGER
17                                NICHOLAS J. WALSH
                             450 GOLDEN GATE AVENUE, BOX 36055
18                           SAN FRANCISCO, CALIFORNIA  94102

19    FOR THE DEFENDANT:     MOEEL LAH FAKHOURY LLP
                             BY:  HANNI M. FAKHOURY
20                           1300 CLAY STREET, SUITE 600
                             OAKLAND, CALIFORNIA  94612
21
22
23    OFFICIAL COURT REPORTER:    LEE-ANNE SHORTRIDGE, CSR, CRR
                                  CERTIFICATE NUMBER 9595
24
25           PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
                  TRANSCRIPT PRODUCED WITH COMPUTER
```

```
 1      OAKLAND, CALIFORNIA                              AUGUST 26, 2022
 2                          P R O C E E D I N G S
 3          (ZOOM PROCEEDINGS CONVENED AT 9:46 A.M.)
 4              THE CLERK:  MR. ROTHENBERG, I'M ATTEMPTING TO PROMOTE
 5      YOU.  A SMALL DIALOGUE BOX SHOULD POP UP ASKING YOU TO ACCEPT
 6      THE PROMOTION.  IF YOU COULD JUST CLICK THAT, IT WILL EXPEDITE
 7      YOU INTO THE HEARING.  THANK YOU.
 8          (PAUSE IN PROCEEDINGS.)
 9              THE CLERK:  YOUR HONOR, I THINK I MIGHT BE HAVING
10      SOME TROUBLE PROMOTING MR. ROTHENBERG INTO THE HEARING.  I SEE
11      HIM, BUT -- OH, THERE HE GOES.  SORRY.
12          YOUR HONOR, NOW CALLING CRIMINAL MATTER 20-62 -- I MEAN,
13      SORRY -- 266, UNITED STATES V. MICHAEL BRENT ROTHENBERG.
14          IF COUNSEL COULD PLEASE STATE THEIR APPEARANCES FOR THE
15      RECORD, STARTING WITH THE GOVERNMENT.
16              MR. WALDINGER:  GOOD MORNING, YOUR HONOR.
17          KYLE WALDINGER AND NICHOLAS WALSH FOR THE UNITED STATES.
18              MR. FAKHOURY:  AND GOOD MORNING, YOUR HONOR.
19          HANNI FAKHOURY ON BEHALF OF MR. ROTHENBERG.  HE IS ON THE
20      ZOOM AND HE CONSENTS TO A ZOOM APPEARANCE.  I THINK HE'S JUST
21      IN THE PROCESS OF GETTING HIS VIDEO TURNED ON.  I THOUGHT WE
22      WOULD BE CALLED A LITTLE LATER IN THE CALENDAR.  I DIDN'T THINK
23      WE WOULD BE CALLED SO QUICKLY, SO MY APOLOGIES.
24              THE COURT:  GOOD MORNING, GENTLEMEN.
25          GOOD MORNING, MR. ROTHENBERG.
```

1      I'M GOING TO JUST GET A PRELIMINARY FINDING OUT OF THE
2  WAY, AND HOPEFULLY BY THAT TIME MR. ROTHENBERG WILL HAVE FULLY
3  CONNECTED.
4      OH, HERE HE COMES.
5      (PAUSE IN PROCEEDINGS.)
6      THE COURT:  THERE'S SORT OF AN AURORA BOREALIS THING
7  GOING ON THERE.
8      THERE HE IS.  VERY GOOD.
9      GOOD MORNING, MR. ROTHENBERG.
10     THE DEFENDANT:  GOOD MORNING.
11     THE COURT:  WE ARE STILL IN THE MIDST OF THE COVID-19
12 PANDEMIC.  IT IS NOT POSSIBLE FOR THE COURT TO CONVENE THE
13 MAJORITY OF ITS CRIMINAL HEARINGS IN PERSON WITHOUT
14 UNNECESSARILY JEOPARDIZING THE HEALTH OF THE PARTIES, COUNSEL,
15 THE COURT, COURT STAFF, AND THE GENERAL PUBLIC, AND FOR THAT
16 REASON IT'S IN THE INTERESTS OF JUSTICE THAT WE PROCEED BY
17 VIDEO, AND THAT'S WHAT WE'RE GOING TO DO THIS MORNING.
18     THE MATTER IS ON CALENDAR FOR A STATUS HEARING.  WE HAVE A
19 TRIAL SCHEDULE AND ALL THE OTHER THINGS WE NEED.
20     WHO WANTS TO LET ME KNOW WHAT THE STATUS IS?
21     MR. WALDINGER, I'LL START WITH YOU.
22     MR. WALDINGER:  YEAH, I'LL START, YOUR HONOR.
23     YESTERDAY, PURSUANT TO THE SCHEDULE WE SUBMITTED TO YOUR
24 HONOR, WE PROVIDED MR. FAKHOURY WITH AN INFORMAL WITNESS LIST
25 OF WITNESSES THAT WE INTEND TO CALL.

1       I THINK THE WEEK AFTER NEXT, OR MAYBE TWO WEEKS FROM
2   YESTERDAY, OUR MOTIONS IN LIMINE WILL BE DUE, AND I ANTICIPATE
3   AT LEAST THE GOVERNMENT WILL FILE SOME MOTIONS IN LIMINE,
4   HOPEFULLY NOT TOO MANY.
5       AND THE ONE THING THAT I WANTED TO RAISE WITH YOUR HONOR,
6   JUST TO CONFIRM, IS THAT YOUR TRIAL SCHEDULE IS 8:30 TO 1:30,
7   AND THAT'S THE MAIN THING IN TERMS OF SCHEDULING THAT WE
8   WERE -- THAT WE WANTED TO CONFIRM WITH YOUR HONOR FROM OUR
9   SIDE.
10          THE COURT:  SURE.  THAT'S EASY.
11      SO I'LL JUST RESPOND QUICKLY BEFORE I HEAR FROM
12  MR. FAKHOURY.
13      YES, THE TRIAL SCHEDULE GOES FROM 8:30 TO 1:30.  COUNSEL
14  AND THE COURT ARE THERE AT 8:00 O'CLOCK SO THAT THE COURT CAN
15  RESOLVE ANY DISPUTES THAT COUNSEL MIGHT BE HAVING OR ADDRESS
16  ANY ISSUES THAT NEED TO BE ADDRESSED OUTSIDE THE PRESENCE OF
17  THE JURY SO THAT WE CAN START PROMPTLY AT 8:30.
18      I VERY MUCH DO NOT EVER WANT TO KEEP THE JURY WAITING IF I
19  CAN AVOID IT.
20      LET ME -- AS LONG AS WE'RE ON THE SUBJECT, LET ME JUST
21  RIFF FOR A FEW MINUTES ON WHAT TRIAL IN MY COURTROOM IS LIKE SO
22  THAT YOU CAN KNOW WHAT TO EXPECT.
23      ONE SIDE ALWAYS LOSES.  SOMETIMES BOTH SIDES LOSE IN THE
24  SENSE THAT NOBODY IS HAPPY WITH THE RESULT.
25      NONETHELESS, MY GOAL FOR EVERY SINGLE TRIAL I HAVE IS THAT

1    WHEN THE LAWYERS AND THE PARTIES LEAVE THE COURTROOM, I WANT

2    THEM TO THINK, THAT CASE WAS WELL TRIED, I GOT A FAIR HEARING,

3    THE JUDGE WAS RESPECTFUL OF ME AND MY POSITION, PARTICULARLY IN

4    FRONT OF THE JURY, AND IF I HAD TO TRY THE CASE AGAIN, I WOULD

5    GO BACK TO THAT COURTROOM.

6         I WILL DO WHAT I CAN WITHIN MY POWER TO MAKE ALL OF YOU

7    LOOK GOOD IN FRONT OF THE JURY.

8         I WANT THE JURY TO HAVE A GOOD EXPERIENCE, TOO.

9         WE START AT 8:00 A.M., AS I SAID, OUTSIDE THE PRESENCE OF

10   THE JURY.  THE JURY WILL GET IN THE BOX ABOUT 8:30 AND THEN

11   WE'LL GO FROM THERE.

12        WE WILL TAKE TWO 15 MINUTE BREAKS.  THOSE BREAKS, IF YOU

13   DO THE MATH, WE SPLIT THE TIME UP.  WE GO FOR 90 MINUTES, WE

14   TAKE A 15 MINUTE BREAK, WE GO FOR 90 MINUTES, WE TAKE A 15

15   MINUTE BREAK, WE GO FOR 90 MINUTES, AND THEN THE DAY IS DONE.

16        SOMETIMES COUNSEL WILL STAY AFTER 1:30 TO DO HOUSEKEEPING

17   OR DISCUSS OTHER ISSUES WITH THE COURT.  MY AVAILABILITY TO DO

18   THAT DEPENDS ON WHAT THE REST OF MY DAY LOOKS LIKE.

19        I STOP AT 1:30 BECAUSE I VERY OFTEN HAVE AN AFTERNOON

20   CALENDAR AT 2:00 O'CLOCK, SO I MAY NOT BE ABLE TO DO A WHOLE

21   LOT AT 1:30.  IT REALLY JUST DEPENDS ON THE DAY.

22        1:30 IS NOT MAGIC.  WE CAN GO A FEW MINUTES LATE TO FINISH

23   A WITNESS.  I WILL ALWAYS CHECK WITH THE JURY, THOUGH, BEFORE I

24   GO EVEN ONE MINUTE OVER 8:30 -- EXCUSE ME -- ONE MINUTE OVER

25   1:30, BECAUSE A LOT OF THEM HAVE MADE PLANS ABOUT PHONE CALLS

|   |   |
|---|---|
| 1 | THEY NEED TO MAKE TO THEIR EMPLOYER, OR THEY HAVE TO PICK |
| 2 | CHILDREN UP AT A PARTICULAR TIME.  THEY'RE COMING FROM ALL OVER |
| 3 | THE NORTHERN DISTRICT, AND I DON'T WANT THEM TO FEEL ANY MORE |
| 4 | STRESS THAN THEY'RE ALREADY FEELING ABOUT THEIR SCHEDULES. |
| 5 | SO THAT'S FIVE HOURS, THAT'S FIVE STATED HOURS, 8:30 TO |
| 6 | 1:30, YOU SUBTRACT TWO 15 MINUTE BREAKS, YOU GET TO FOUR AND A |
| 7 | HALF HOURS. |
| 8 | FUNCTIONALLY, IT'S ABOUT FOUR HOURS OF AIR TIME, BUT |
| 9 | BECAUSE WE DON'T HAVE A LONG LUNCH BREAK IN THE MIDDLE OF THE |
| 10 | DAY, YOU GET JUST ABOUT AS MUCH DONE IN A TYPICAL TRIAL DAY IN |
| 11 | MY COURTROOM AS YOU WOULD IN A COURTROOM WHERE THEY ARE GOING, |
| 12 | QUOTE, ALL DAY.  ALL DAY COURTROOMS DON'T START AT |
| 13 | 8:00 O'CLOCK, FOR ONE THING. |
| 14 | I WOULD LIKE YOU TO START THINKING ABOUT WHETHER YOU WOULD |
| 15 | AGREE THAT SIDE-BARS NEED NOT BE REPORTED.  AND IF DO YOU AGREE |
| 16 | TO THAT -- AND I WOULD SAY NOT ALWAYS, I DON'T EXPECT ANYONE TO |
| 17 | AGREE, I'M JUST INVITING IT -- BUT IN THE MAJORITY OF CASES, |
| 18 | FOLKS DO AGREE.  BUT YOU'RE FREE NOT TO. |
| 19 | THE PROCEDURE WHERE COUNSEL DO STIPULATE TO THAT IS THAT |
| 20 | WE CONDUCT THE SIDE-BARS THAT WE CONDUCT, AND THEN -- USUALLY |
| 21 | IF IT'S SOMETHING IMPORTANT, I'M GOING TO MAKE A RECORD EVEN |
| 22 | WITHOUT ASKING YOU, AND I'LL MAKE THAT RECORD AT ONE OF THE |
| 23 | BREAKS OR AT THE END OF THE DAY. |
| 24 | BUT I WILL ALWAYS ASK YOU, "IS THERE ANYTHING THAT YOU |
| 25 | WANT TO PUT ON THE RECORD?"  SO IF SOMETHING HAPPENED AT |

1    SIDE-BAR AND YOU WOULD LIKE IT TO BE -- YOU WOULD LIKE THERE TO
2    BE A RECORD OF IT, YOU'LL HAVE PLENTY OF OPPORTUNITIES TO MAKE
3    THAT RECORD.
4         THERE ARE REASONS NOT TO AGREE TO THIS.  SO I JUST WANT TO
5    BE CLEAR, AGAIN, I'M NOT TRYING TO COMPEL ANYBODY TO AGREE.
6         IF THE PARTIES DO AGREE, IT'S JUST A FASTER, MORE
7    INTERESTING TRIAL FOR THE JURY BECAUSE OTHERWISE, PARTICULARLY
8    WITH COVID, WE REALLY HAVE TO DO A HARD STOP, GO BACK INTO THE
9    JURY ROOM, THE COURT REPORTER HAS TO COME IN WITH ALL OF US,
10   SET UP HER EQUIPMENT, ET CETERA.
11        OBJECTIONS AT TRIAL SHOULD BE FIVE WORDS OR LESS.  FOR 20
12   YEARS I HAVE BEEN SAYING TO PEOPLE, "IF YOU CAN THINK OF AN
13   OBJECTION THAT REQUIRES MORE THAN FIVE WORDS, TELL ME."  I'M
14   STILL WAITING.
15        SOMETIMES THERE MIGHT BE A LITTLE BACK AND FORTH.  LET'S
16   SAY WITH HEARSAY, FOR EXAMPLE.  "OBJECTION, HEARSAY."  THAT'S
17   ALL YOU NEED TO SAY.  I KNOW WHAT HEARSAY IS.  "OBJECTION,
18   HEARSAY."
19        I'LL THINK ABOUT IT FOR A SECOND.  IF I DON'T SEE THAT
20   IT'S HEARSAY, FOR EXAMPLE, IT SEEMS OBVIOUS TO ME THAT THE
21   STATEMENT THE PERSON IS ELICITING IS BEING OFFERED FOR JUST THE
22   FACT THAT IT WAS SAID AS OPPOSED TO FOR THE TRUTH OF THE MATTER
23   ASSERTED, I'LL JUST SAY "OVERRULED" AND THEN WE'LL MOVE ON.
24        IF I THINK THERE MIGHT BE SOME VALIDITY TO THE OBJECTION,
25   I'LL TURN TO THE OTHER SIDE AND THEN SAY, "EXCEPTION?"

1          THAT SHOULD BE FIVE WORDS OR LESS, TOO.  "EXCEPTION,
2    EXCITED UTTERANCE."
3          NOW WE'RE DONE.  NOW YOU JUST NEED A RULING FROM ME, AND
4    19 TIMES OUT OF 20, I'M JUST GOING TO MAKE THE RULING AND MOVE
5    ON.  HOPEFULLY THOSE RULINGS ARE LARGELY CORRECT.
6          BUT THIS IS LIKE SOCCER, OKAY?  THERE'S A LOT OF PLAY ON,
7    YOU KNOW?  WE'RE NOT GOING TO SLOW DOWN THE TRIAL FOR EVERY
8    OBJECTION.  WE'RE JUST GOING TO HAVE OUR TRIAL.
9          THE JURY NEEDS THOSE BREAKS.  THEY COUNT ON THEM BEING
10   MORE OR LESS AT THE TIME THAT I SAID, SO FROM 10:00 TO 10:15,
11   AND THEN FROM 11:45 TO NOON.
12         AS WE APPROACH THAT TIME -- USUALLY I REMEMBER,
13   OCCASIONALLY I FORGET -- AS WE APPROACH THAT TIME, I WILL SAY,
14   "COUNSEL, ANY TIME WITHIN THE NEXT FIVE MINUTES THAT'S
15   CONVENIENT TO YOUR OUTLINE," BECAUSE I DON'T WANT TO INTERRUPT
16   YOU IF, YOU KNOW, YOU'RE, LIKE, RIGHT AT THE GOOD PART.
17         "AND THEN AFTER SHE DRAINED THE BOTTLE OF VODKA AND
18   REMOVED THE HANDGUN FROM HER PURSE, WHAT HAPPENED NEXT?"
19         "OH, LET'S TAKE A BREAK."
20         RIGHT?  I DON'T WANT TO DO THAT.
21         SO I'LL TRY TO GIVE YOU FIVE MINUTES OF LEASH, AND THEN
22   YOU WILL PICK WHEN TO STOP.
23         IF FIVE MINUTES ELAPSES AND YOU HAVEN'T STOPPED, I'LL JUST
24   STOP YOU.  IT COULD BE MID-SENTENCE, SO -- BECAUSE THE JURY
25   NEEDS THEIR BREAK.

1           SO THAT'S HOW THAT WILL WORK.

2           THIS IS MUCH -- THE THING THAT I'M ABOUT TO SAY -- AND

3   THEN I'LL STOP BECAUSE I'VE OTHER MATTERS ON CALENDAR I HAVE TO

4   DEAL WITH -- THIS IS MUCH MORE AN ISSUE IN CIVIL CASES THAN

5   CRIMINAL CASES, BUT I'LL SAY THIS NONETHELESS:  IF YOU TAKE

6   COOKIE CUTTER POSITIONS ON THINGS, IT WILL DRAMATICALLY ERODE

7   YOUR CREDIBILITY.  AND IN A TRIAL, WE'RE GOING TO HAVE A LOT OF

8   CHANCES TO GET TO KNOW EACH OTHER.

9           SO I SAID THIS IS MORE OF A CIVIL ISSUE THAN A CRIMINAL

10  ISSUE.  I'LL GIVE YOU AN EXAMPLE OF WHERE IT COMES UP IN A

11  CIVIL TRIAL.

12          SO IN A CIVIL TRIAL, IN ADVANCE, THE PARTIES WILL SUBMIT

13  THE DISCOVERY RESPONSES THAT THEY WANT TO USE IN THE TRIAL,

14  INTERROGATORY RESPONSES, DEPOSITION TESTIMONY, THAT KIND OF

15  THING, AND THEY WILL SUBMIT THESE TABLES OF DEPOSITION

16  DESIGNATIONS AND WHAT OBJECTION -- AND WHETHER THERE'S AN

17  OBJECTION, AND IF THERE IS AN OBJECTION, WHAT IS IT.  I CAN

18  TELL THE SITUATION IN WHICH SOMEBODY HAS SAID TO A SECOND OR

19  THIRD YEAR ASSOCIATE, "GO THROUGH THESE DEPOSITION DESIGNATIONS

20  AND THINK OF ALL THE OBJECTIONS YOU CAN."

21          NOW, I HAVE TO READ THOSE AT 9:45 AT NIGHT WHILE I'M

22  GETTING READY FOR THIS TRIAL, SO YOU CAN IMAGINE, IN THE CLOSE

23  CASE WHERE THE LAWYER'S CREDIBILITY REALLY MATTERS, WHAT EFFECT

24  THAT MIGHT HAVE.  IT'S JUST HUMAN NATURE.

25          THAT'S ALL I'VE GOT FOR YOU NOW.

```
1              MR. FAKHOURY, OTHER QUESTIONS?
2              MR. FAKHOURY:  YOUR HONOR, THE ONLY THING I WANTED TO
3    JUST DOUBLE-CHECK WAS IN TERMS OF THE PRETRIAL FILINGS, NOT THE
4    MOTIONS IN LIMINE, WHICH HAVE THEIR OWN -- I THINK WE HAD AN
5    AGREED UPON SCHEDULE.
6         BUT JUST EVERYTHING ELSE, JUST SO I MAKE SURE I'M READING
7    THE COURT'S CHAMBER RULES CORRECTLY, IT'S -- EVERYTHING GETS
8    FILED WITH THE PRETRIAL CONFERENCE STATEMENT, AND THAT'S FILED
9    A WEEK BEFORE THE PRETRIAL CONFERENCE.  SO I'M TALKING ABOUT
10   JURY INSTRUCTIONS, VERDICT FORM, VOIR DIRE.
11             THE COURT:  YEAH.
12             MR. FAKHOURY:  OKAY.  THANK YOU, YOUR HONOR.
13             THE COURT:  THAT'S CORRECT.
14        AND I WOULD SAY -- LET'S TALK ABOUT VOIR DIRE BECAUSE
15   PEOPLE ALWAYS HAVE QUESTIONS ABOUT THAT, AND THEN WE'LL TALK
16   ABOUT JURY INSTRUCTIONS.  I THINK IT WOULD BE HELPFUL IF I
17   ADDRESS THOSE TWO THINGS QUICKLY.
18        WITH REGARD TO JURY INSTRUCTIONS, I LIKE PATTERN
19   INSTRUCTIONS.  THEY'RE THERE FOR A REASON.  THEY DON'T COVER
20   EVERYTHING, THERE ARE GAPS, AND OBVIOUSLY THE GAPS NEED TO BE
21   FILLED IN.
22        I WAS, FOR SIX YEARS, ON THE CALIFORNIA STATE COURT
23   ADVISORY COMMITTEE ON JURY INSTRUCTIONS.  I WAS, FOR THREE
24   YEARS, ON THE NINTH CIRCUIT JURY INSTRUCTIONS COMMITTEE.  THIS
25   SHOULD GIVE YOU SOME INDICATION OF HOW WARMLY I FEEL ABOUT
```

1    PATTERN JURY INSTRUCTIONS.
2         IT WILL NOT BE HELPFUL TO YOUR CREDIBILITY IF YOU PICK
3    YOUR FAVORITE SENTENCE OUT OF A CASE AND OFFER IT AS A SPECIAL
4    JURY INSTRUCTION.  THAT HAPPENS IN ABOUT HALF OF MY TRIALS.
5         IT'S USELESS.  IT'S NOT THE HOLDING OF A CASE.  IT'S NOT
6    EVEN A PARTICULARLY GOOD STATEMENT OF THE LAW ABOUT ANYTHING.
7    SO FLOWERY LANGUAGE FROM AN INDIVIDUAL CASE IS NOT GOING TO BE
8    HELPFUL.
9         AS I SAID, I RECOGNIZE THAT PATTERN INSTRUCTIONS ARE NOT
10   ALWAYS A COMPLETE ANSWER.  BUT YOU SHOULD ASSUME THAT YOU HAVE
11   SOME BURDEN OF PERSUASION, SOME SIGNIFICANT BURDEN OF
12   PERSUASION IF YOU ARE GOING TO MEANINGFULLY ALTER A PATTERN
13   INSTRUCTION OR OFFER A SPECIAL INSTRUCTION IN AN AREA THAT I
14   THINK IS COVERED BY A PATTERN INSTRUCTION.
15        SO THAT'S JURY INSTRUCTIONS.
16        MR. FAKHOURY MENTIONED ONE OTHER THING THAT I WANTED TO
17   TALK ABOUT.
18             MR. FAKHOURY:  I HAD MENTIONED VOIR DIRE, YOUR HONOR.
19             THE COURT:  OH, VOIR DIRE.
20        I LIKE VOIR DIRE.  I JUST LIKE IT.  AND SO MY GENERAL
21   APPROACH IS I'LL READ YOUR PROPOSED VOIR DIRE AND I WILL ASK --
22   WELL, ACTUALLY, LET ME BACK UP.
23        CAN SOMEONE REMIND ME, WHAT IS YOUR TRIAL DATE?
24             MR. FAKHOURY:  OCTOBER 31ST, YOUR HONOR.
25             THE COURT:  YEAH.  SO WE HAVE A FORM QUESTIONNAIRE

1    THAT WE'VE BEEN SENDING OUT IN ALMOST ALL OF OUR TRIALS.  OUR
2    JURY OFFICE HAS BEEN DOING THAT.  I WASN'T A BIG WRITTEN
3    QUESTIONNAIRE PERSON BEFORE, BUT I'VE FOUND THESE VERY, VERY
4    USEFUL.
5         SO IF YOU WOULD LIKE TO SUBMIT -- WELL, ACTUALLY, I DON'T
6    THINK -- IN THIS CASE, I WON'T ADD TO THAT.  WE'LL JUST GET ALL
7    THE FORM SORT OF INFORMATION OUT OF THE WAY AND THEN WE'LL
8    BRING PEOPLE IN AND WE'LL CONDUCT ORAL VOIR DIRE.
9         I'LL DO A FAIR AMOUNT.  I'LL DO IT BASED ON YOUR SUGGESTED
10   VOIR DIRE QUESTIONS.
11        BUT YOU WILL ALL GET -- WE'LL PROBABLY USE A SIX PACK.  IF
12   WE USE A SIX PACK SYSTEM OF PICKING A JURY, YOU'LL GET TWENTY
13   MINUTES, AND EVERY TIME I REFILL THE SIX PACK, YOU GET ANOTHER
14   TEN MINUTES.
15        THAT DOESN'T SOUND LIKE A LOT, BUT MOST OF THE TIME IT'S
16   ADEQUATE.  IF SOMETHING VERY COMPLICATED COMES UP, YOU CAN MOVE
17   THE COURT FOR ADDITIONAL TIME.  I CAN'T REMEMBER ANYBODY MOVING
18   FOR ADDITIONAL TIME SINCE I'VE BEEN ON THE FEDERAL BENCH.
19        MY GOAL IS TO GET THE EASY STUFF OUT OF THE WAY SO THAT
20   YOU CAN USE YOUR TIME TO FOCUS ON THOSE JURORS OR THOSE ISSUES
21   THAT YOU THINK ARE PARTICULARLY RELEVANT.
22        I ALSO, IF YOU THINK THAT THERE IS AN ISSUE THAT'S A
23   LITTLE HOT FOR ONE OF THE JURORS, THEN I WOULD BE HAPPY TO TRY
24   TO TAKE THE AIR OUT OF THE TIRE FOR YOU SO THAT THEY'RE NOT
25   DIRECTING THEIR, YOU KNOW, FEELINGS OF UPSET OR CONCERN OR

1 WHATEVER IT IS AT YOU.

2 SO, FOR EXAMPLE, IN AN EMPLOYMENT DISCRIMINATION CASE, IT
3 IS SIMPLY A FACT THAT MANY, MANY, MANY AMERICANS HAVE SUFFERED
4 FROM EMPLOYMENT DISCRIMINATION IN THEIR JOBS BASED ON RACE OR
5 GENDER OR SEXUAL ORIENTATION OR OTHER THINGS.

6 SO SOMETIMES THOSE EXPERIENCES HAVE BEEN VERY UPSETTING
7 FOR PEOPLE, AND SOMETIMES COUNSEL WILL SAY, "HEY, I NOTICED
8 THAT THIS PERSON, IN THEIR QUESTIONNAIRE, MENTIONED THAT
9 THEY'VE HAD THIS EXPERIENCE," OR IT COMES UP DURING VOIR DIRE,
10 AND IF YOU WANT THE COURT TO FOLLOW UP, I'M HAPPY TO DO THAT.

11 SO THOSE ARE MY -- THOSE ARE MY THOUGHTS ABOUT VOIR DIRE.

12 BUT THE ANSWER TO YOUR QUESTION, MR. FAKHOURY, IS THAT'S
13 CORRECT, YOUR READING OF THE RULES IS CORRECT.

14 MR. FAKHOURY: THANK YOU, YOUR HONOR.

15 I HAVE NOTHING FURTHER.

16 THE COURT: MR. WALDINGER, ANYTHING FURTHER FROM THE
17 GOVERNMENT?

18 MR. WALDINGER: I DON'T THINK SO, YOUR HONOR.

19 I WILL SEE YOU AT THE PRETRIAL CONFERENCE. I THINK TIME
20 HAS ALREADY BEEN EXCLUDED ALL THE WAY TO OCTOBER 31ST, SO WE
21 DON'T NEED TO DO ANYTHING WITH RESPECT TO TIME EXCLUSION TODAY.

22 AND I THINK THAT'S IT, UNLESS MR. WALSH HAS SOMETHING.

23 THE COURT: VERY GOOD.

24 ALL RIGHT. THANK YOU, GENTLEMEN.

25 MR. WALDINGER: THANK YOU, YOUR HONOR.

```
 1              MR. FAKHOURY:  THANK YOU, YOUR HONOR.

 2              MR. WALSH:  THANK YOU, YOUR HONOR.

 3              THE DEFENDANT:  THANK YOU.

 4         (THE PROCEEDINGS WERE CONCLUDED AT 10:05 A.M.)

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

CERTIFICATE OF REPORTER

I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY CERTIFY:

THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.

_____
LEE-ANNE SHORTRIDGE, CSR, CRR
CERTIFICATE NUMBER 9595

DATED: FEBRUARY 22, 2023