1 | MOEEL LAH FAKHOURY LLP
Hanni M. Fakhoury (State Bar No. 252629)
1300 Clay Street, Suite 600
Oakland, CA 94612
Telephone: (510) 500-9994
Email: hanni@mlf-llp.com

LAW OFFICE OF NATHANIEL J. TORRES
Nathaniel J. Torres (State Bar No. 253968)
1456 Hayes Street
San Francisco, CA 94117
Telephone: (415) 290-6290
Email: nate@nathanieljtorres.com

*Attorneys for Defendant,*
MICHAEL ROTHENBERG

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) Case No.: 4:20-CR-00266-JST |
|---|---|
| Plaintiff, | ) **NOTICE OF APPEARANCE OF** |
| vs. | ) **NATHANIEL J. TORRES AS ASSOCIATE** |
|  | ) **COUNSEL FOR DEFENDANT MICHAEL** |
| MICHAEL ROTHENBERG, | ) **ROTHENBERG** |
| Defendant. | ) |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

I, NATHANIEL J. TORRES, of the Law Office of Nathaniel J. Torres, hereby enter my appearance as associate counsel, alongside co-counsel Hanni Fakhoury, for Defendant MICHAEL ROTHENBERG in this matter.  I am a member of the State Bar of California and am admitted to practice in the Northern District of California.  My address and telephone number are as follows:

Law Office of Nathaniel J. Torres
1456 Hayes Street
San Francisco CA 94117
Tel: 415-290-6290

Email: nate@nathanieljtorres.com

Dated: March 6, 2023

Law Office of Nathaniel J. Torres

/s/ Nathaniel J. Torres

NATHANIEL J. TORRES
*Attorney for Defendant*,
MICHAEL ROTHENBERG