# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT of CALIFORNIA

*CRIMINAL HEARING MINUTES*

| | | | |
|---|---|---|---|
| Judge: | Jon S. Tigar | Time in Court: | 16 minutes |
| Date: | April 7, 2023 | | |
| Case No. | **4:20-cr-00266-JST-1** | | |

**United States of America**　　v.　　**Michael Brent Rothenberg**

　　　　　　　　　　　　　　　　　　　Defendant
　　　　　　　　　　　　　　　　☑　Present
　　　　　　　　　　　　　　　　☐　Not Present
　　　　　　　　　　　　　　　　☐　In Custody

Kyle Waldinger　　　　　　　　　　　　　　　　Hanni Fakhoury
Nicholas Walsh　　　　　　　　　　　　　　　　Nate Torres
U.S. Attorney　　　　　　　　　　　　　　　　　Defense Counsel

Courtroom Deputy Clerk: Mauriona Lee　　　　　Court Reporter: Pamela Hebel

*PROCEEDINGS*

Status conference – held.

*RESULT OF HEARING*

1. The parties oral motion to continue the second trial in this matter currently set for July 24, 2023 is GRANTED.
2. The Court continues the Jury trial to October 2, 2023 through December 8, 2023 at 8:00 a.m. in courtroom 6, 2nd floor. Pretrial Conference continued to September 8, 2023 at 9:30 a.m. in courtroom 6, 2nd floor.
3. The Status Conference set for April 14 is CONTINUED. Further Status Conference set for June 30, 2023 at 9:30 a.m. via Zoom videoconference.
4. Time is excluded through October 2, 2023 for effective preparation of counsel. The Government shall prepare a proposed order.