ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

KYLE F. WALDINGER (CABN 298752)
NICHOLAS J. WALSH (CABN 314290)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Email: kyle.waldinger@usdoj.gov
    Email: nicholas.walsh@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 20-CR-00266 JST |
|     Plaintiff, | STIPULATION TO EXCLUDE TIME FROM THE SPEEDY TRIAL ACT CALCULATION |
|   v. | AND |
| MICHAEL BRENT ROTHENBERG, <br>     a/k/a MIKE ROTHENBERG, | [PROPOSED] ORDER |
|     Defendant. | |

    At the request of the Court at the conclusion of a hearing held on before the Court on April 7, 2023, the parties, with the consent of the defendant, hereby submit this stipulation to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h), from July 24, 2023, through and including October 2, 2023.

    The parties agree as follows:

    1.    The defendant, Michael Brent Rothenberg, represented by his attorney Hanni Fakhoury, and the government, represented by Assistant United States Attorneys Kyle Waldinger and Nicholas Walsh, appeared before the Court on April 7, 2023, for a status hearing on the impending trial in this matter.

2. At the hearing, the Court set a trial date for the remaining counts in the Indictment (Counts 3 to 23) for October 2, 2023. At a prior hearing on October 31, 2022, time had been excluded until July 24, 2023. See Dkt. 186 (Order dated November 7, 2022).

3. As stated in court on April 7, 2023, because the defense team requires time to review the discovery and to conduct necessary investigation, and additional time is necessary for the effective preparation of a defense, the parties agree that time should be excluded under the Speedy Trial Act between July 24, 2023, and October 2, 2023.

4. Further, the parties agree that the ends of justice outweigh the best interests of the public and the defendant in a speedy trial and thus excluding the time between July 24, 2023, and October 2, 2023, from computation under the Speedy Trial Act is appropriate.

IT IS SO STIPULATED.

DATED: April 7, 2023

ISMAIL J. RAMSEY
United States Attorney

  */s/ Nicholas Walsh*
KYLE F. WALDINGER
NICHOLAS J. WALSH
Assistant United States Attorneys

DATED: April 7, 2023

  */s/ Hanni Fakhoury*
HANNI FAKHOURY
Counsel for the Defendant

\\
\\
\\
\\
\\
\\
\\

STIPULATION AND [PROPOSED] ORDER     2
20-CR-00266 JST

**[PROPOSED] ORDER**

Based upon the representations of counsel in the above stipulation and during a hearing on April 7, 2023, and for good cause shown, the Court finds that failing to exclude the time between July 24, 2023, and October 2, 2023, would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between July 24, 2023, and October 2, 2023, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, IT IS HEREBY ORDERED that the time between July 24, 2023, and October 2, 2023, shall be excluded from computation under the Speedy Trial Act. See 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: April _____, 2023

_____
THE HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE