PILLSBURY WINTHROP SHAW PITTMAN LLP
KENNETH E. KELLER (SBN 71450)
kenneth.keller@pillsburylaw.com
THOMAS V. LORAN III (SBN 95255)
thomas.loran@pillsburylaw.com
LAURA C. HURTADO (SBN 267044)
laura.hurtado@pillsburylaw.com
ALEKZANDIR MORTON (SBN 319241)
alekzandir.morton@pillsburylaw.com
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111-5998
Telephone: (415) 983-1000
Facsimile:   (415) 983-1200

Attorneys for Movant/Defendant and Cross-Complainant
FEDERAL DEPOSIT INSURANCE CORPORATION,
AS RECEIVER FOR SILICON VALLEY BANK

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>MICHAEL BRENT ROTHENBERG, a/k/a MIKE ROTHENBERG,<br><br>    Defendant. | Case No. 20-cr-00266 JST<br><br>**MOVANT/DEFENDANT AND CROSS-COMPLAINANT FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR SILICON VALLEY BANK'S, ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULES 3-12 AND 7-11**<br><br>Proposed Related Case: *Michael B. Rothenberg v. Federal Deposit Insurance Corporation, as receiver for Silicon Valley Bank, a corporation, et al.*, Case No. 23-cv-01603-JSW |

Pursuant to Civil Local Rules 3-12 and 7-11, movant/defendant and cross-complainant Federal Deposit Insurance Corporation, as receiver for Silicon Valley Bank ("FDIC-R") in the matter *Michael B. Rothenberg v. Federal Deposit Insurance Corporation, as receiver for Silicon Valley Bank, a corporation, et al.*, Case No. 23-cv-01603-JSW("Rothenberg Action") hereby makes this administrative motion requesting an order by the Court relating the Rothenberg Action to the above-captioned action, *United States of America v. Michael B. Rothenberg*, Case No. 20-cr-00266-JST ("Government Action").  Pursuant to Civil Local Rule 7-11(a), this Administrative Motion is accompanied by the Declaration of Laura C. Hurtado.

## I. LEGAL STANDARD

Civil Local Rule 3-12(a) provides:  "An action is related to another when:  (1)  The actions concern substantially the same parties, property, transaction, or event; and (2) It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different judges."

## II. RELATIONSHIP OF THE ACTIONS

As discussed further below, the Rothenberg Action and Government Action are related within the meaning of Civil Local Rule 3-12(a).  They involve substantially the same parties, and the loan transaction involved in the Rothenberg Action is also part of the Government Action.

Michael B. Rothenberg ("Rothenberg") is the sole defendant in the Government Action and the sole plaintiff in the Rothenberg Action.  The United States is the only other party to the Government Action, in which Silicon Valley Bank ("SVB") is the victim.  Recently, and as discussed below, the FDIC-R substituted into the Rothenberg Action in the place and stead of SVB and is the sole defendant in the Rothenberg Action.  Both actions relate to the same transaction, specifically a $4 million line of credit for Rothenberg Ventures Management Company ("RVMC")—an investment advisory firm that Rothenberg founded and managed—that Rothenberg requested SVB set up that would be secured by $4.25 million cash collateral (the "RVMC Loan").  There is substantial factual overlap between the two actions, including likely overlap in witnesses and documentary evidence.

Previously, this Court presided over an SEC action against Rothenberg (the "SEC Enforcement

-1-

MOVANT/DEFENDANT AND CROSS-COMPLAINANT FDIC
AS RECEIVER FOR SVB'S ADMINISTRATIVE MOTION
TO CONSIDER WHETHER CASES SHOULD BE RELATED
Case No: 20-cr-00266 JST

Action"), which involved allegations of misappropriation that related to the RVMC Loan at issue in the Rothenberg Action and Government Action. *See SEC v. Rothenberg*, 18-cv-05080 JST. This Court is now presiding over the Government Action involving the RVMC Loan and presided over an eleven-day trial on two counts that were severed and that relate to a different loan but involve the same victim—SVB. Trial on the remaining counts, including those involving the RVMC Loan, is currently scheduled for October 2, 2023.

Based on these facts, as further detailed below, the FDIC-R believes that "[i]t appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different judges." Civil Local Rule 3-12(a)(2).

**A.    The Rothenberg Action: *Rothenberg v. FDIC, as receiver for SVB*, Case No. 23-cv-01603-JSW**

On August 20, 2018, Rothenberg, Rothenberg Ventures, LLC (formerly RVMC), Rothenberg Ventures 2015 Fund, LLC (the "2015 Fund"), and Rothenberg Ventures 2016 Accredited Fund LP (the "2016 Fund") filed the Rothenberg Action in the Superior Court of California, County of San Francisco. The SEC Enforcement Action was filed against Rothenberg on the same day that the Rothenberg Action was filed. On September 9, 2019, the Rothenberg Action was transferred to the Superior Court of California, County of Santa Clara.

Rothenberg founded and managed RVMC, which itself was an investment advisory firm that was the manager of certain venture capital funds, including the 2015 Fund. Rothenberg alleged that contrary to his instructions to SVB to place $4.25 million of funds that would serve as collateral for a line of credit for RVMC into an account owned by the 2015 Fund, SVB transferred those funds without authorization into an account owned by RVMC. Rothenberg alleged that this created the false appearance that Rothenberg had embezzled money from the 2015 Fund and that this damaged his reputation.[1] SVB has denied wrongful conduct with respect to the RVMC Loan and asserted

---

[1]    The State Court permitted the 2015 Fund and 2016 Fund to proceed with a First Amended Complaint while Rothenberg and RVMC proceeded with the original Complaint. The First Amended Complaint was amended and replaced with the Second Amended Complaint solely on behalf of the 2015 Fund. The 2015 Fund, 2016 Fund, and RVMC dismissed their claims against SVB with prejudice and are no longer in the case. Thus, the original complaint is the operative complaint with respect to Rothenberg, who is the sole remaining plaintiff in the action.

several defenses, including that to the extent Rothenberg experienced any harm, it was a direct result of his own misappropriation of investor funds, as reflected by, inter alia, his consent to judgment in the SEC Enforcement Action against him and the Indictment filed against him.

On January 4, 2021, SVB filed a cross complaint against Rothenberg, which it amended on March 8, 2021. The cross-complaint seeks, among other things, equitable indemnity from Rothenberg for SVB's settlement with RVMC, the 2015 Fund, and the 2016 Fund for their respective claims against SVB in the Rothenberg Action.

On March 10, 2023, the California Department of Financial Protection and Innovation closed SVB and appointed the Federal Deposit Insurance Corporation as receiver for SVB. By operation of federal law, upon its appointment, the FDIC-R succeeded to all of SVB's liabilities, rights, titles, powers, privileges, and assets, including SVB's interest and status as the Defendant and Cross-Complainant in this action. *See* 12 U.S.C. §§ 1821(d)(2)(A) and (B). Accordingly, on March 23, 2023, the FDIC-R filed a notice of substitution of party in the Rothenberg Action in the place and stead of SVB. On April 4, 2023, the FDIC-R filed a notice of removal in this Court pursuant to 12 U.S.C. § 1819(b)(2)(B).

At the time that SVB was closed, the Rothenberg Action was pending in Santa Clara County Superior Court. The deadline to file a dispositive motion was imminent and SVB was awaiting a hearing on its motion for terminating sanctions, which was scheduled to be heard on April 6, 2023. The jury trial was scheduled to begin on April 24, 2023.

*       *       *

On August 20, 2018, the same day Rothenberg and the other three plaintiffs filed the complaint in the Rothenberg Action, the SEC filed a complaint against Rothenberg and RVMC in the SEC Enforcement Action. The SEC's complaint alleged that Rothenberg had misappropriated millions of dollars of investor's funds and had engaged in deceptive practices to conceal that misappropriation. *See, e.g.*, *id.*, ¶¶ 37-80. The SEC complaint included allegations of wrongdoing on the part of Rothenberg related to the RVMC Loan at issue in the Rothenberg Action. Specifically, the SEC alleged that Rothenberg's deceptive acts included, among others, "improperly

-3-

MOVANT/DEFENDANT AND CROSS-COMPLAINANT FDIC
AS RECEIVER FOR SVB'S ADMINISTRATIVE MOTION
TO CONSIDER WHETHER CASES SHOULD BE RELATED
Case No: 20-cr-00266 JST

using cash from the 2015 Fund so RVMC could secure a line of credit from [SVB], and then using the proceeds from the line of credit to mask the 2015 Fund's 'overpayment' of fees." *Id.*, ¶ 72. Rothenberg consented to entry of judgment against him in the SEC Enforcement Action the same day it was filed and judgment was entered on October 17, 2018. On December 20, 2019, this Court entered a disgorgement order of $18,776,800, plus prejudgment interest of $3,663,323.47 for a total of $22,440,123.47. This Court further ordered Rothenberg to pay an additional civil penalty of $9 million. *See SEC v. Rothenberg*, Dkt. No. 100.

        **B.**        **The Government Action:** *United States of America v. Michael B. Rothenberg,* **Case No. 20-cr-00266-JST**

On June 25, 2020, the United States Attorney filed an Information in the Government Action. The matter was originally assigned to Judge William Alsup. The grand jury returned an Indictment on August 20, 2020 that contained virtually the same allegations as the Information, charging Rothenberg with 23 counts of bank fraud, false statements to a bank, wire fraud, and money laundering, and alleging that Rothenberg engaged in various schemes to defraud SVB and others beginning in 2014. The United States filed a Notice of Related Cases in a Criminal Action, seeking to relate the Government Action to the civil SEC Enforcement Action. On December 8, 2020, this Court issued an order finding that the SEC Enforcement Action and the Government Action were "related within the meaning of Crim. L.R. 8-1(b)." *Id*. at Dkt. No. 32. On September 13, 2021, Rothenberg filed a motion to sever Counts 1 to 4 of the Indictment. On October 25, 2021, this Court granted Rothenberg's motion to sever Counts 1 and 2 and denied the motion to sever Counts 3 and 4.

Counts 1 and 2 of the Indictment allege that Rothenberg defrauded SVB in 2014 "by moving money between various entities and bank accounts (including Rothenberg's personal accounts)" to create bank statements that gave SVB the impression that Rothenberg had personal wealth sufficient to justify issuing Rothenberg two loans.[2] *Id*., Dkt. No. 15, ¶¶ 25; 28. Specifically, the Indictment

---

[2] One of the two loans at issue in Counts 1 and 2 of the Indictment is also at issue in a civil breach of contract action SVB filed against Rothenberg and RVMC in the Superior Court of California, County of Santa Clara. Following the closure of SVB, the FDIC-R substituted into that action in the place and stead of SVB. The FDIC-R filed a notice of removal of that action in this District on April 4, 2023. *See Federal Deposit Insurance Corporation, as receiver for SVB v. Rothenberg*, Case No. 23-cv-01606-JSW. Concurrently herewith, FDIC-R has filed an administrative motion seeking to

-4-

MOVANT/DEFENDANT AND CROSS-COMPLAINANT FDIC
AS RECEIVER FOR SVB'S ADMINISTRATIVE MOTION
TO CONSIDER WHETHER CASES SHOULD BE RELATED
Case No: 20-cr-00266 JST

alleges that Rothenberg used one of the loans described in Counts 1 and 2 to refinance the mortgage on his condominium (*id.*, ¶¶ 28.c; 30) and obtained the second loan "to help satisfy his capital commitment to the 2014 Fund as a general partner[.]" *Id.*, ¶ 28.a.

Counts 3 and 4 of the Indictment alleged that Rothenberg defrauded SVB a second time in 2015 by obtaining a $4 million line of credit secured by $4.25 million cash collateral. purportedly obtained from prepaid fees to RVMC from investors in the 2015 Fund. *Id.*, ¶ 33.

Trial on Counts 1 and 2 began with jury selection on October 31, 2022. After 11 trial days, this Court declared a mistrial on November 17, 2022. Trial on Counts 3 and 4, along with the remaining counts in the Indictment, including those relating to the RVMC Loan, is currently scheduled for trial October 2, 2023 through December 7, 2023.

## III.   CONCLUSION

Rothenberg is a party to the Rothenberg Action and Government Action. The United States is the only other party to the Government Action, in which SVB is the victim, and the FDIC, as receiver for SVB, is the only other party to the Rothenberg Action. The RVMC Loan is at issue in both actions and there is likely to be substantial overlap in the facts, witnesses, and documentary evidence. Based on these facts, the FDIC-R submits that relating the Rothenberg Action to the Government Action in this Court is likely to conserve judicial resources and promote an efficient determination of each action.

Dated:  April 13, 2023         PILLSBURY WINTHROP SHAW PITTMAN LLP

By:    /S/ KENNETH E. KELLER
       KENNETH E. KELLER
       THOMAS V. LORAN III
       LAURA C. HURTADO
       ALEKZANDIR MORTON

       Attorneys for Movant/Defendant and
       Cross Complainant FDIC, as Receiver
       for SVB

---

relate that action to the Government Action.

-5-

MOVANT/DEFENDANT AND CROSS-COMPLAINANT FDIC
AS RECEIVER FOR SVB'S ADMINISTRATIVE MOTION
TO CONSIDER WHETHER CASES SHOULD BE RELATED
Case No: 20-cr-00266 JST