PILLSBURY WINTHROP SHAW PITTMAN LLP
KENNETH E. KELLER (SBN 71450)
kenneth.keller@pillsburylaw.com
THOMAS V. LORAN III (SBN 95255)
thomas.loran@pillsburylaw.com
LAURA C. HURTADO (SBN 267044)
laura.hurtado@pillsburylaw.com
ALEKZANDIR MORTON (SBN 319241)
alekzandir.morton@pillsburylaw.com
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111-5998
Telephone: (415) 983-1000
Facsimile:   (415) 983-1200

Attorneys for Movant/Defendant and Cross-Complainant
FEDERAL DEPOSIT INSURANCE CORPORATION,
AS RECEIVER FOR SILICON VALLEY BANK

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    vs.<br><br>MICHAEL BRENT ROTHENBERG, a/k/a MIKE ROTHENBERG,<br><br>            Defendant. | Case No. 20-cr-00266 JST<br><br>**DECLARATION OF LAURA C. HURTADO IN SUPPORT OF MOVANT/DEFENDANT AND CROSS-COMPLAINANT FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR SILICON VALLEY BANK'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Proposed Related Case: *Michael B. Rothenberg v. Federal Deposit Insurance Corporation, as receiver for Silicon Valley Bank, a corporation, et al.*, Case No. 23-cv-01603-JSW |

I, Laura C. Hurtado, declare and state as follow:

1. I am an active member of the State Bar of California and admitted to practice in this District. I am a member of the law firm of Pillsbury Winthrop Shaw Pittman LLP, counsel for the Federal Deposit Insurance Corporation as receiver for Silicon Valley Bank ("FDIC-R") in the matter *Michael B. Rothenberg v. Federal Deposit Insurance Corporation, as receiver for Silicon Valley Bank, a corporation, et al.*, Case No. 23-cv-01603-JSW ("Rothenberg Action"). I make this declaration in support of FDIC-R's Administrative Motion to Consider Whether Cases Should Be Related and pursuant to Civil Local Rules 7-11(a) and 3-12.

2. The facts set forth in this declaration are known to me personally, and I have firsthand knowledge of them. If called as a witness, I could and would testify competently, under oath, to such facts.

3. I emailed Plaintiff Michael B. Rothenberg on April 5, 2023 informing him that Defendant and Cross-Complainant Federal Deposit Insurance Corporation in its capacity as receiver for Silicon Valley Bank would be filing an administrative motion asking the Court to relate the Rothenberg Action to the above-captioned action, *United States of America v. Michael B. Rothenberg*, 20-cr-00266-JST ("Government Action"), and explaining why FDIC-R believes the two cases are related within the meaning of Civil Local Rule 3-12. I requested that Mr. Rothenberg let me know by Monday, April 10, 2023 if he would stipulate to FDIC-R's administrative motion asking that the Rothenberg Action be related to the Government Action.

4. Mr. Rothenberg did not respond to my April 5 email or otherwise state whether he would stipulate to FDIC-R's administrative motion asking that the Rothenberg Action be related to the Government Action.

I declare under penalty of perjury under the laws of the United States that the above is true and accurate. Executed this 13th day of April 2023 in San Francisco, California.

*/s/ Laura C. Hurtado*
Laura C. Hurtado

-1-

DECL. OF LAURA C. HURTADO ISO MOVANT/DEFENDANT AND CROSS-COMPLAINANT FDIC, AS RECEIVER FOR SVB'S ADMIN. MTN. TO CONSIDER WHETHER CASES SHOULD BE RELATED
Case No: 20-cr-00266 JST