PILLSBURY WINTHROP SHAW PITTMAN LLP
KENNETH E. KELLER (SBN 71450)
kenneth.keller@pillsburylaw.com
THOMAS V. LORAN III (SBN 95255)
thomas.loran@pillsburylaw.com
LAURA C. HURTADO (SBN 267044)
laura.hurtado@pillsburylaw.com
ALEKZANDIR MORTON (SBN 319241)
alekzandir.morton@pillsburylaw.com
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111-5998
Telephone: (415) 983-1000
Facsimile:   (415) 983-1200

Attorneys for Movant/Defendant and Cross-Complainant
FEDERAL DEPOSIT INSURANCE CORPORATION,
AS RECEIVER FOR SILICON VALLEY BANK

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL BRENT ROTHENBERG, a/k/a MIKE ROTHENBERG,<br><br>　　　　Defendant. | Case No. 20-cr-00266 JST<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO RELATE CASES**<br><br>Proposed Related Case: *Michael B. Rothenberg v. Federal Deposit Insurance Corporation, as receiver for Silicon Valley Bank, a corporation, et al.*, Case No. 23-cv-01603-JSW |

1  Having considered Movant/Defendant Federal Deposit Insurance Corporation, as receiver for Silicon Valley Bank's Administrative Motion to Consider Whether Cases Should be Related Pursuant to Civil Local Rules 3-12 and 7-11 and all related papers filed with respect thereto, the Court grants the motion and hereby orders the following:

1. That *Michael B. Rothenberg v. Federal Deposit Insurance Corporation, as receiver for Silicon Valley Bank, a corporation, et al.*, Case No. 23-cv-01603-JSW is related to *United States of America v. Michael B.* Rothenberg, Case No. 20-cr-00266-JST within the meaning of Civil Local Rule 3-12.

2. That *Michael B. Rothenberg v. Federal Deposit Insurance Corporation, as receiver for Silicon Valley Bank, a corporation, et al.*, Case No. 23-cv-01603-JSW be assigned to the Honorable Judge Tigar pursuant to Civil Local Rule 3-12.

**IT IS SO ORDERED.**

Dated:

                                      Honorable Judge Jon S. Tigar
                                      United States District Judge