PILLSBURY WINTHROP SHAW PITTMAN LLP
KENNETH E. KELLER (SBN 71450)
kenneth.keller@pillsburylaw.com
THOMAS V. LORAN III (SBN 95255)
thomas.loran@pillsburylaw.com
LAURA C. HURTADO (SBN 267044)
laura.hurtado@pillsburylaw.com
ALEKZANDIR MORTON (SBN 319241)
alekzandir.morton@pillsburylaw.com
Four Embarcadero Center, 22nd Floor
San Francisco, CA  94111-5998
Telephone: (415) 983-1000
Facsimile:  (415) 983-1200

Attorneys for Movant/Plaintiff
FEDERAL DEPOSIT INSURANCE CORPORATION,
AS RECEIVER FOR SILICON VALLEY BANK

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL BRENT ROTHENBERG, a/k/a MIKE ROTHENBERG,<br><br>　　　　Defendant. | Case No. 20-cr-00266 JST<br><br>**MOVANT/PLAINTIFF FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR SILICON VALLEY BANK'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULES 3-12 AND 7-11**<br><br>Proposed Related Case: *Federal Deposit Insurance Corporation, as receiver for Silicon Valley Bank, a corporation, et al.* v. *Michael B. Rothenberg*, Case No. 23-cv-01606-AMO |

4893-1209-6861.v1

MOVANT/PLAINTIFF FEDERAL DEPOSIT INSURANCE CORPORATION,
AS RECEIVER FOR SILICON VALLEY BANK'S ADMINISTRATIVE
MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
Case No: 20-cr-00266 JST

Pursuant to Civil Local Rules 3-12 and 7-11, movant/plaintiff Federal Deposit Insurance Corporation, as receiver for Silicon Valley Bank ("FDIC-R") in the matter *Federal Deposit Insurance Corporation, as receiver for Silicon Valley Bank, a corporation, et al.* v. *Michael B. Rothenberg*, Case No. 23-cv-01606-AMO ("SVB Action) hereby makes this administrative motion requesting an order by the Court relating the SVB Action to the above-captioned action, *United States of America v. Michael B. Rothenberg*, Case No. 20-cr-00266-JST ("Government Action").  Pursuant to Civil Local Rule 7-11(a), this Administrative Motion is accompanied by the Declaration of Laura C. Hurtado.

## I.   LEGAL STANDARD

Civil Local Rule 3-12(a) provides:  "An action is related to another when:  (1)  The actions concern substantially the same parties, property, transaction, or event; and (2) It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different judges."

## II.  RELATIONSHIP OF THE ACTIONS

As discussed further below, the SVB Action and Government Action are related within the meaning of Civil Local Rule 3-12(a).  They involve substantially the same parties, and the loan transaction involved in the SVB Action is also part of the Government Action.

Michael B. Rothenberg ("Rothenberg") is the sole defendant in both actions.  The United States is the only other party to the Government Action, in which Silicon Valley Bank ("SVB") is the victim. Recently, and as discussed below, the FDIC-R substituted into the SVB Action in the place and stead of SVB and is the sole plaintiff in the SVB Action.  Both actions involve the same transaction, specifically a $300,000 personal loan that Rothenberg obtained from SVB ("Rothenberg Personal Loan").  There is substantial factual overlap between the two actions, including likely overlap in witnesses and documentary evidence.

Previously, this Court presided over an SEC action against Rothenberg (the "SEC Enforcement Action"), which involved allegations of misappropriation that related to a $4 million line of credit for Rothenberg Ventures Management Company ("RVMC")—an investment advisory firm that Rothenberg founded and managed—that Rothenberg requested SVB set up that would be secured by

-1-

MOVANT/PLAINTIFF FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR SILICON VALLEY BANK'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
Case No: 20-cr-00266 JST

4893-1209-6861.v1

$4.25 million cash collateral ("RVMC Loan").  *See SEC v. Rothenberg*, 18-cv-05080 JST.  The RVMC Loan is also at issue in the Government Action, along with the Rothenberg Personal Loan.

This Court is now presiding over the Government Action, in which SVB is a victim, and presided over an 11-day trial on two counts that were severed and that relate to the Rothenberg Personal Loan.  Trial on the remaining counts is currently scheduled for October 2, 2023.

Based on these facts, as further detailed below, FDIC-R believes that "[i]t appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different judges."  Civil Local Rule 3-12(a)(2).

### A. The SVB Action:  FDIC, as receiver for SVB v. Michael B. Rothenberg, Case No. 23-cv-01606-AMO

On February 13, 2019, SVB filed the SVB Action against Rothenberg and RVMC in the Superior Court of California, County of Santa Clara.  SVB alleged breach by Rothenberg of three loan agreements and breach by RVMC of two guarantees in favor of SVB, pursuant to which RVMC, upon demand by SVB, agreed to pay immediately all amounts due under two of Rothenberg's personal loans.  On August 18, 2021, SVB requested dismissal of its claims against RVMC only, which the Court entered that same day.  Thus, Rothenberg is the sole remaining defendant in the SVB Action.

On March 10, 2023, the California Department of Financial Protection and Innovation closed SVB and appointed the Federal Deposit Insurance Corporation as receiver for SVB.  By operation of federal law, upon its appointment, the FDIC-R succeeded to all of SVB's liabilities, rights, titles, powers, privileges, and assets, including SVB's interest and status as a Plaintiff in this action.  *See* 12 U.S.C. §§ 1821(d)(2)(A) and (B). Accordingly, on March 23, 2023, the FDIC-R filed a notice of substitution of party in *SVB v. Rothenberg*, thereby substituting into the place and stead of SVB.  On April 4, 2023, the FDIC-R filed a notice of removal in this Court pursuant to 12 U.S.C. § 1819(b)(2)(B).

At the time that SVB was closed, the SVB Action was pending in Santa Clara County Superior Court.  SVB had on file a pending motion for summary adjudication, which was set for

-2-

MOVANT/PLAINTIFF FEDERAL DEPOSIT INSURANCE CORPORATION,
AS RECEIVER FOR SILICON VALLEY BANK'S ADMINISTRATIVE
MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
Case No: 20-cr-00266 JST

4893-1209-6861.v1

hearing on May 18, 2023 and the Court had scheduled a trial setting conference for May 2, 2023.

      **B.**      **The Government Action:**  *United States of America v. Michael B. Rothenberg*, Case No. 20-cr-00266- JST

On June 25, 2020, the United States Attorney filed an Information in *United States of American v. Michael B. Rothenberg*, Case No. 20-cr-00266. The matter was originally assigned to Judge William Alsup. The grand jury returned an Indictment on August 20, 2020 that contained virtually the same allegations as the Information, charging Rothenberg with 23 counts of bank fraud, false statements to a bank, wire fraud, and money laundering, and alleging that Rothenberg engaged in various schemes to defraud SVB and others beginning in 2014. The United States filed a Notice of Related Cases in a Criminal Action, seeking to relate the Government Action to the SEC Enforcement Action. On December 8, 2020, this Court issued an order finding that the SEC Enforcement Action and the Government Action were "related within the meaning of Crim. L.R. 8-1(b)." *Id*. at Dkt. No. 32. On September 13, 2021, Rothenberg filed a motion to sever Counts 1 to 4 of the Indictment. On October 25, 2021, this Court granted Rothenberg's motion to sever Counts 1 and 2 and denied the motion to sever Counts 3 and 4.

Counts 1 and 2 of the Indictment allege that Rothenberg defrauded SVB in 2014 "by moving money between various entities and bank accounts (including Rothenberg's personal accounts)" to create bank statements that gave SVB the impression that Rothenberg had personal wealth sufficient to justify issuing Rothenberg two loans. *Id*., Dkt. No. 15, ¶¶ 25; 28. Specifically, the Indictment alleges that Rothenberg used one of the loans described in Counts 1 and 2 to refinance the mortgage on his condominium (*id*., ¶ 28.c; 30) and obtained the second loan in the amount of $300,000 on or around August 12, 2014 "to help satisfy his capital commitment to the 2014 Fund as a general partner[.]" *Id*., ¶ 28.a. The $300,000 personal loan at issue in the Government Action is the Rothenberg Personal Loan, which is one of the three loans at issue in the SVB Action.

Counts 3 and 4 of the Indictment alleged that Rothenberg defrauded SVB a second time in 2015 by obtaining a $4 million line of credit secured by $4.25 million cash collateral. purportedly

-3-

4893-1209-6861.v1

MOVANT/PLAINTIFF FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR SILICON VALLEY BANK'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
Case No: 20-cr-00266 JST

obtained from prepaid fees to RVMC from investors in the 2015.[1]  *Id.*, ¶ 33.

Trial on Counts 1 and 2, which involved the Rothenberg Personal Loan at issue in the SVB Action, began with jury selection on October 31, 2022.  After 11 trial days, this Court declared a mistrial on November 17, 2022.  The United States has not dismissed Counts 1 and 2 and has reserved the right to re-try Counts 1 and 2.  Trial on Counts 3 and 4, along with the remaining counts in the Indictment, including those relating to the RVMC Loan, is currently scheduled for trial October 2, 2023 through December 7, 2023.

### III.   CONCLUSION

Rothenberg is a party to the SVB Action and Government Action.  The United States is the only other party to the Government Action, in which SVB is the victim, and the FDIC, as receiver for SVB, is the only other party to the SVB Action.  The Rothenberg Personal Loan is at issue in both actions and there is likely to be substantial overlap in the facts, witnesses, and documentary evidence.  Based on these facts, the FDIC-R submits that relating the SVB Action to the Government Action in this Court is likely to conserve judicial resources and promote an efficient determination of each action.

Dated:  April 13, 2023                                        PILLSBURY WINTHROP SHAW PITTMAN LLP

                                                                            /S/ KENNETH E. KELLER
                                                              By:   KENNETH E. KELLER
                                                                     THOMAS V. LORAN III
                                                                     LAURA C. HURTADO
                                                                     ALEKZANDIR MORTON

                                                                     Attorneys for Movant/Plaintiff Federal Deposit Insurance Corporation, as Receiver for Silicon Valley Bank

---

[1] The loan at issue in Counts 3 and 4 of the Indictment is also at issue in a civil action Rothenberg filed against SVB in the Superior Court of California, County of Santa Clara.  Following the closure of SVB, the FDIC-R substituted into that action in the place and stead of SVB.  The FDIC-R filed a notice of removal of that action in this District on April 4, 2023.  *See Rothenberg v. Federal Deposit Insurance Corporation, as receiver for SVB*, Case No. 23-cv-01603-AMO.  Concurrently herewith, FDIC-R has filed an administrative motion seeking to relate that action to the Government Action.