1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   KENNETH E. KELLER (SBN 71450)
2  kenneth.keller@pillsburylaw.com
   THOMAS V. LORAN III (SBN 95255)
3  thomas.loran@pillsburylaw.com
4  LAURA C. HURTADO (SBN 267044)
   laura.hurtado@pillsburylaw.com
5  ALEKZANDIR MORTON (SBN 319241)
   alekzandir.morton@pillsburylaw.com
6  Four Embarcadero Center, 22nd Floor
   San Francisco, CA 94111-5998
7  Telephone: (415) 983-1000
   Facsimile:  (415) 983-1200
8

9  Attorneys for Movant/Plaintiff
   FEDERAL DEPOSIT INSURANCE CORPORATION,
10 AS RECEIVER FOR SILICON VALLEY BANK

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>MICHAEL BRENT ROTHENBERG, a/k/a MIKE ROTHENBERG,<br><br>    Defendant. | Case No. 20-cr-00266 JST<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO RELATE CASES**<br><br>Proposed Related Case: *Federal Deposit Insurance Corporation, as receiver for Silicon Valley Bank, a corporation, et al.* v. *Michael B. Rothenberg*, Case No. 23-cv-01606-AMO |

Having considered Movant/Plaintiff Federal Deposit Insurance Corporation, as receiver for Silicon Valley Bank's Administrative Motion to Consider Whether Cases Should be Related Pursuant to Civil Local Rules 3-12 and 7-11 and all related papers filed with respect thereto, the Court grants the motion and hereby orders the following:

1. That *Federal Deposit Insurance Corporation, as receiver for Silicon Valley Bank, a corporation, et al.* v. *Michael B. Rothenberg*, Case No. 23-cv-01606-AMO is related to *United States of America vs. Michael Brent Rothenberg*, Case No. 20-r-00266 JST within the meaning of Civil Local Rule 3-12.

2. That *Federal Deposit Insurance Corporation, as receiver for Silicon Valley Bank, a corporation, et al.* v. *Michael B. Rothenberg*, Case No. 23-cv-01606-AMO be transferred to the Oakland Division, where the lower numbered case (*United States of America vs. Michael Brent Rothenberg*, Case No. 20-r-00266 JST) is pending, and be assigned to the Honorable Judge Tigar pursuant to Civil Local Rule 3-12.

**IT IS SO ORDERED.**

Dated:

Honorable Judge Jon S. Tigar
United States District Judge