UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

*CRIMINAL HEARING MINUTES*

Judge: Jon S. Tigar  Time in Court: 11 minutes
Date: June 30, 2023
Case No. **4:20-cr-00266-JST-1**

**United States of America**   v.   **Michael Brent Rothenberg**

☑ Present
☐ Not Present
☐ In Custody
Defendant

Kyle Waldinger
U.S. Attorney

Hanni Fakhoury
Defense Counsel

Courtroom Deputy Clerk: Mauriona Lee       Court Reporter: Lee-Anne Shortridge

*PROCEEDINGS*

Status conference – held.

*RESULT OF HEARING*

1. Hearing held via Zoom videoconference.
2. Trial preparations ongoing. Discovery issues discussed.
3. Status conference set for August 4, 2023 at 9:30 a.m. in courtroom 6, 2nd floor, Oakland.
4. The defendant is ordered to be personally present.

1