MOEL LAH FAKHOURY LLP
Hanni M. Fakhoury (State Bar No. 252629)
1300 Clay Street, Suite 600
Oakland, CA 94612
Telephone:   (510) 500-9994
Email:        hanni@mlf-llp.com

LAW OFFICE OF NATHANIEL J. TORRES (State Bar No. 253968)
338 Fillmore Street, #4
San Francisco, CA 94117
Telephone:   (415) 290-6290
Email:        nathanieltorres3131@gmail.com

Attorneys for Michael Rothenberg

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL ROTHENBERG,<br><br>Defendant. | **Case No.:** 4:20-CR-00266-JST<br><br>**STIPULATION AND [PROPOSED] ORDER RESETTING PRETRIAL CONFERENCE AND MODIFYING BRIEFING DEADLINE**<br><br>**Hearing Date:** September 8, 2023<br>**Hearing Time:** 2:00 p.m. |

Jury trial on counts 3-23 of the superseding indictment are currently set to begin on October 2, 2023. The Court previously set a pretrial conference on September 8, 2023 at 2:00 p.m. Due to a scheduling conflict for defense counsel, the parties stipulate and request the Court reset the pretrial conference to September 15, 2023 at 2:00 p.m. Should the Court agree to continue the Pretrial Conference to September 15, the parties also stipulate and request the Court reset the deadlines for the filing of any motions in limine from September 1, 2023 to August 31, 2023, to allow the parties an extra work day due to the Labor Day Holiday. Time has already been excluded under the Speedy Trial Act through October 2, 2023.

Undersigned defense counsel certifies he has obtained approval from counsel for the

STIPULATION AND [PROPOSED] ORDER RESETTING PRETRIAL CONFERENCE AND MODIFYING BRIEFING DEADLINE
*United States v. Rothenberg*, 4:20-CR-00266-JST

1

government to file this Stipulation and Proposed Order.

IT IS SO STIPULATED.

Dated:     July 14, 2023                              /S
                                                     HANNI M. FAKHOURY
                                                     NATHANIEL J. TORRES
                                                     Attorneys for Michael Rothenberg

Dated:     July 14, 2023                              /S
                                                     KYLE F. WALDINGER
                                                     NICHOLAS J. WALSH
                                                     Assistant United States Attorneys

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.:** 4:20-CR-00266-JST |
| Plaintiff, | **[PROPOSED] ORDER RESETTING PRETRIAL CONFERENCE AND MODIFYING BRIEFING DEADLINE** |
| v. | |
| MICHAEL ROTHENBERG, | **Hearing Date:** September 8, 2023 |
| Defendant. | **Hearing Time:** 2:00 p.m. |

Based on the reasons provided in the stipulation of the parties above, the Court hereby RESETS the Pretrial Conference from September 8, 2023 to September 15, 2023 at 2:00 p.m. Motions in Limine shall be filed by August 31, 2023. All other deadlines remain as previously set.

**IT IS SO ORDERED.**

DATED:_____

_____
HONORABLE JON S. TIGAR
United States District Judge