IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL ROTHENBERG,<br><br>　　　　　Defendant. | **Case No.:** 4:20-CR-00266-JST<br><br>**[PROPOSED] ORDER RESETTING PRETRIAL CONFERENCE AND MODIFYING BRIEFING DEADLINE**<br><br>**Hearing Date:**　September 8, 2023<br>**Hearing Time:**　2:00 p.m. |

　　　Based on the reasons provided in the stipulation of the parties above, the Court hereby RESETS the Pretrial Conference from September 8, 2023 to September 15, 2023 at 2:00 p.m. Motions in Limine shall be filed by August 31, 2023. All other deadlines remain as previously set.

　　　**IT IS SO ORDERED.**

DATED: July 17, 2023

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　HONORABLE JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　　United States District Judge

[PROPOSED] ORDER RESETTING PRETRIAL CONFERENCE AND MODIFYING BRIEFING DEADLINE
*United States v. Rothenberg*, 4:20-CR-00266-JST

1