UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

*CRIMINAL HEARING MINUTES*

| | | | |
|---|---|---|---|
| Judge: | Jon S. Tigar | Time in Court: | 24 minutes |
| Date: | August 4, 2023 | | |
| Case No. | **4:20-cr-00266-JST-1** | | |

**United States of America**    v.    **Michael Brent Rothenberg**

☐ Defendant
☑ Present
☐ Not Present
☐ In Custody

| | |
|---|---|
| Kyle Waldinger | Hanni Fakhoury |
| Nicholas Walsh | Nate Torres |
| U.S. Attorney | Defense Counsel |

Courtroom Deputy Clerk: Mauriona Lee        Liberty Recording: 9:48-10:12

*PROCEEDINGS*

Status conference – held.

*RESULT OF HEARING*

1. Trial preparations discussed. The parties are ordered to meet and confer about, and make a joint proposal regarding, the jury questionnaires for the upcoming trial. If the parties are unable to agree, they must submit competing proposals. In the latter event, the Court will endeavor to choose, in all respects, the single proposal it concludes is most reasonable. Joint or competing proposals re: jury questionnaires due August 18, 2023. Parties are further ordered to submit a proposed order regarding discovery deadlines due by August 11, 2023.
2. Pretrial conference remains as previously set for September 15, 2023 at 2:00 p.m.