

| | |
|---|---|
| 1 | THOMAS A. COLTHURST (CABN 99493)<br>Attorney for the United States |
| 2 | Acting under Authority Conferred by 28 U.S.C. § 515 |
| 3 | KATHERINE L. WAWRZYNIAK (CABN 252751)<br>Acting Chief, Criminal Division |
| 4 | |
| 5 | KYLE F. WALDINGER (CABN 298752)<br>NICHOLAS J. WALSH (CABN 314290)<br>Assistant United States Attorneys |
| 6 | |
| 7 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495<br>Telephone: (415) 436-7200 |
| 8 | FAX: (415) 436-7234<br>Email: kyle.waldinger@usdoj.gov |
| 9 | Email: nicholas.walsh@usdoj.gov |
| 10 | Attorneys for United States of America |

THOMAS A. COLTHURST (CABN 99493)
Attorney for the United States
Acting under Authority Conferred by 28 U.S.C. § 515

KATHERINE L. WAWRZYNIAK (CABN 252751)
Acting Chief, Criminal Division

KYLE F. WALDINGER (CABN 298752)
NICHOLAS J. WALSH (CABN 314290)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Email: kyle.waldinger@usdoj.gov
    Email: nicholas.walsh@usdoj.gov

Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>   v.<br><br>MICHAEL BRENT ROTHENBERG,<br>   a/k/a MIKE ROTHENBERG,<br><br>    Defendant. | CASE NO. 20-CR-00266 JST<br><br>STIPULATION TO SET DISCOVERY PRODUCTION DEADLINE<br><br>AND<br><br>[PROPOSED] ORDER |

    At the request of the Court at the conclusion of a hearing held on before the Court on August 4, 2023, the parties, with the consent of the defendant, hereby submit this stipulation to set a deadline for the production of discovery.

    The parties agree as follows:

    1.    The defendant, Michael Brent Rothenberg, represented by his attorneys Hanni Fakhoury and Nathaniel Torres, and the government, represented by Assistant United States Attorneys Kyle Waldinger and Nicholas Walsh, appeared before the Court on August 4, 2023, for a status hearing on the impending trial in this matter.

2. At the hearing, the parties informed the Court that they had reached agreement on a discovery production deadline in this matter, and the Court requested that the agreement be sent to the Court for review and for it to be set by Order of the Court.

3. The parties have agreed to the following:

   a. discovery for the purposes of this stipulation means the discovery defined by the Federal Rules of Criminal Procedure;

   b. all discovery in possession of either the United States or the defendant will be produced to the opposing side by no later than September 1, 2023; and,

   c. any discovery obtained by either party after September 1, 2023, shall be produced to the opposing side no later than 48 hours after receipt of that discovery.

4. The parties further agree that nothing in this Stipulation is designed to change any of the rights or obligations of the parties under the applicable laws, statutes, and rules with regard to discovery in this criminal case.

IT IS SO STIPULATED.

DATED: August 10, 2023

THOMAS A. COLTHURST
Attorney for the United States
Acting under Authority Conferred by 28 U.S.C. § 515

*/s/ Nicholas Walsh*
KYLE F. WALDINGER
NICHOLAS J. WALSH
Assistant United States Attorneys

DATED: August 10, 2023

*/s/ Hanni Fakhoury*
HANNI FAKHOURY
NATHANIEL TORRES
Counsel for the Defendant

STIPULATION AND [PROPOSED] ORDER          2
20-CR-00266 JST

**[PROPOSED] ORDER**

Based upon the representations of counsel in the above stipulation and during a hearing on August 4, 2023, and for good cause shown, IT IS HEREBY ORDERED that:

1. All discovery, as defined by the Federal Rules of Criminal Procedure, in possession of either the United States or the defendant will be produced to the opposing side by no later than September 1, 2023.

2. Any discovery obtained by either party after September 1, 2023, shall be produced to the opposing side no later than 48 hours after receipt of that discovery.

3. This Order does not change any of the rights or obligations of the parties under the applicable laws, statutes, and rules with regard to discovery in this criminal case.

IT IS SO ORDERED.

DATED: August 14, 2023

_____
THE HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE