THOMAS A. COLTHURST (CABN 99493)
Attorney for the United States
Acting under Authority Conferred by 28 U.S.C. § 515

KATHERINE L. WAWRZYNIAK (CABN 252751)
Acting Chief, Criminal Division

BENJAMIN K. KLEINMAN (NYBN 5358189)
KYLE F. WALDINGER (CABN 298752)
NICHOLAS J. WALSH (CABN 314290)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Fax: (415) 436-7234
    Email: benjamin.kleinman2@usdoj.gov
    Email: kyle.waldinger@usdoj.gov
    Email: nicholas.walsh@usdoj.gov

Attorneys for the United States of America

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL BRENT ROTHENBERG,<br><br>    Defendant. | No. CR 20-00266 JST<br><br>**UNITED STATES' SECOND NOTICE RE: INTRODUCTION OF BUSINESS RECORDS PURSUANT TO SELF-AUTHENTICATION PROVISIONS OF FED. R. EVID. 902(11)**<br><br>Trial Date:    October 2, 2023, 8:00 a.m.<br>Pretrial Date:  September 15, 2023, 2:00 p.m.<br>Court:        Hon. Jon S. Tigar, Courtroom 6 |

The United States gives additional written notice, supplementing the notice it provided on August 30, 2022, *see* dkt. 142, that it may offer into evidence business records of the following companies pursuant to Federal Rule of Evidence 902(11). At present, the United States anticipates calling as witnesses the custodians of records of at least some of the companies listed below. The United States files this Notice out of an abundance of caution and because it will endeavor to introduce as many business records as possible under Rule 902(11), taking into account its burden of proof. Those

/ / /

UNITED STATES' SECOND RULE 902(11) NOTICE
CR 22-00266 JST

records include, but may not be limited to:

1. **American Express** – Records pertaining to various accounts, including those listed on the United States' Exhibit List at Exhibit 118 through Exhibit 131.

2. **Bank of America** – Records pertaining to various accounts, including those listed on the United States' Exhibit List at Exhibit 97 through Exhibit 115.

3. **Bank of San Francisco** – Records pertaining to the account set forth in Exhibit 132 of the United States' Exhibit List.

4. **Federal Reserve Bank** – Records pertaining to interstate wire transfers between various Rothenberg Ventures-related accounts and other accounts, as set forth on the United States' Exhibit List at Exhibit 135 through Exhibit 148.

5. **Merrill Lynch** – Records pertaining to the accounts set forth in Exhibit 116 and Exhibit 117 of the United States' Exhibit List.

6. **Owen Financial and Owens Realty Records** – Records pertaining to the mortgage loan and mortgage loan account for 1062 Folsom, as set forth at Exhibit 185 and 186 of the United States' Exhibit List.

7. **Robinhood** – Records regarding the sale of Robinhood stock by the 2013 Fund, as set forth at Exhibit 285 of the United States' Exhibit List.

8. **Silicon Valley Bank** – Records pertaining to various accounts, including those listed on the United States' Exhibit List at Exhibit 62 through Exhibit 95 and Exhibit 186, as well as regarding various loan records, loan correspondence, and loan documentation, as set forth at Exhibit 154 through Exhibit 161, Exhibit 165 through Exhibit 182.

9. **Suite Experience Group** – Records pertaining to Rothenberg's, Rothenberg Ventures Management Company's, and related entities purchase of seats and boxes at sporting and other events, as set forth in Exhibit 504 of the United States' Exhibit List.

10. **Thrive Capital Partners** – Records pertaining to the purchase of Robinhood stock from the 2013 Fund, as set forth at Exhibit 286 and Exhibit 287 of the United States' Exhibit List.

Under Rule 902 of the Federal Rules of Evidence, such records are self-authenticating if accompanied by an appropriate certification. Specifically, Rule 902 provides in pertinent part:

Rule 902. Evidence That Is Self-Authenticating

The following items of evidence are self-authenticating; they require no extrinsic evidence of authenticity in order to be admitted:

. . .

(11) Certified Domestic Records of a Regularly Conducted Activity. The original or a copy of a domestic record that meets the requirements of Rule 803(6)(A)-(C), as shown by a certification of the custodian or other qualified person that complies with a federal statute or a rule prescribed by the Supreme Court. Before the trial or hearing, the proponent must give

> an adverse party reasonable written notice of the intent to offer the record – and must make the record and certification available for inspection – so that the party has a fair opportunity to challenge them.

Fed. R. Evid. 902(11).

The rule referred to in Rule 902 – *i.e.*, Rule 803(6) of the Federal Rules of Evidence – sets forth one of the hearsay exceptions.  It provides as follows:

> Rule 803.  Exceptions to the Rule Against Hearsay – Regardless of Whether the Declarant Is Available as a Witness
>
> The following are not excluded by the rule against hearsay, regardless of whether the declarant is available as a witness:
>
> . . .
>
> (6) Records of a Regularly Conducted Activity.  A record of an act, event, condition, opinion, or diagnosis if:
>
>> (A) the record was made at or near the time by – or from information transmitted by – someone with knowledge;
>>
>> (B) the records was kept in the course of a regularly conducted activity of a business, organization, occupation, or calling, whether or not for profit;
>>
>> (C) making the record was a regular practice of that activity;
>>
>> (D) all these conditions are shown by the testimony of the custodian or another qualified witness, or by a certification that complies with Rule 902(11) or (12) or with a statute permitting certification; and
>>
>> (E) the opponent does not show that the source of information or the method or circumstances of preparation indicate a lack of trustworthiness.

Fed. R. Evid. 803(6).

The United States has produced these records in discovery on various dates.  The government has also provided copies of the certifications accompanying the records to defense counsel, or anticipates that it will obtain such certifications.  The certifications will be from custodians of records or other qualified persons from the business entities listed above.  The certifications will comply with the requirements set forth in Rule 803(6)(A)-(D) and Rule 902(11).

The United States respectfully requests leave to supplement this Notice as it may become necessary.  This is because the United States may obtain additional business records before or during

UNITED STATES' SECOND RULE 902(11) NOTICE
CR 22-00266 JST                                        3

trial that it may seek to admit under Rule 902(11), including from Bank of America, Rothenberg

Ventures Management Company, and Silicon Valley Bank.

In addition, although not required by the Federal Rules of Evidence, the United States provides

notice that it may seek to admit under Rule 902(1), Rule 902(2), or 902(4) the following public records

that it plans to obtain from the agency listed below for possible use at trial:

1.    Certified California Secretary of State records regarding various business entities
      controlled by or associated with the defendant, including Rothenberg Ventures
      Management Company (n/k/a Rothenberg Ventures) and the various Rothenberg
      Ventures funds.

DATED:  August 29, 2022                                    Respectfully submitted,

                                                          THOMAS A. COLTHURST
                                                          Attorney for the United States


                                                              /s/

                                                          _____
                                                          BENJAMIN K. KLEINMAN
                                                          KYLE F. WALDINGER
                                                          NICHOLAS J. WALSH
                                                          Assistant United States Attorneys