MOEL LAH FAKHOURY LLP
Hanni M. Fakhoury (State Bar No. 252629)
1300 Clay Street, Suite 600
Oakland, CA 94612
Telephone:   (510) 500-9994
Email:        hanni@mlf-llp.com

LAW OFFICE OF NATHANIEL J. TORRES (State Bar No. 253968)
338 Fillmore Street, #4
San Francisco, CA 94117
Telephone:   (415) 290-6290
Email:        nathanieltorres3131@gmail.com

Attorneys for Michael Rothenberg

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL ROTHENBERG,<br><br>Defendant. | **Case No.:** 4:20-CR-00266-JST<br><br>**DECLARATION OF HANNI M. FAKHOURY IN SUPPORT OF DEFENDANT'S MOTIONS IN LIMINE FOR TRIAL ON COUNTS 3-23** |

I, Hanni M. Fakhoury, hereby declare as follows:

1.  I am an attorney licensed in the state of California. I have been appointed to represent Mr. Rothenberg in this case.

2.  Attached as Exhibit A is a true and correct copy of a *Bloomberg* article titled "The Valley's Party Animal," with beginning Bates page US-001169 that I received from the government in discovery. It is listed as Exhibit 374 on the government's exhibit list.

3.  Attached as Exhibit B is a true and correct copy of a *TechCrunch* article titled "At Rothenberg Ventures, the rise and fall of a virtual Gatsby," with beginning Bates page

FAKHOURY DECLARATION IN SUPPORT OF DEFENDANT'S MOTIONS IN LIMINE FOR TRIAL ON COUNTS 3-23
*United States v. Rothenberg*, 4:20-CR-00266-JST

1

SEC-DOJ-EPROD-000046902 that I received from the government in discovery. It is listed as Exhibit 512 on the government's exhibit list.

4.  Attached as Exhibit C is a true and correct copy of a *Wired* article titled "Trouble in the House of Rothenberg, with beginning Bates page SEC-DOJ-EPROD-000046831 that I received from the government in discovery. It is listed as Exhibit 513 on the government's exhibit list.

5.  Attached as Exhibit D is a true and correct copy of the 2019 deposition of Mr. Rothenberg in the civil SEC suit, including exhibits, with beginning Bates page US-001601 that I received from the government in discovery. It is listed as Exhibit 506 on the government's exhibit list.

6.  Attached as Exhibit E is a true and correct copy of Mr. Rothenberg's pro se Opposition to Plaintiff Securities and Exchange Commission's Motion for Disgorgement and Penalties, with beginning Bates page US-000794 that I received from the government in discovery. It is listed as Exhibit 507 on the government's exhibit list.

7.  Attached as Exhibit F is a true and correct copy of Mr. Rothenberg's pro se Responses to Plaintiff SEC's First Set of Interrogatories, with beginning Bates page US-FBI-006428-012 that I received from the government in discovery. It is listed as Exhibit 508 on the government's exhibit list.

8.  Attached as Exhibit G is a true and correct copy of Mr. Rothenberg's pro se Responses to Plaintiff SEC's First Set of Requests for Production, with beginning Bates page US-FBI-006428-001, that I received from the government in discovery. It is listed as Exhibit 509 on the government's exhibit list.

9.  Attached as Exhibit H is a true and correct copy of the April 27, 2018 Wells Submission on Behalf of Michael Rothenberg and Rothenberg Ventures Management Company, with beginning Bates page US-000755 that I received from the government in discovery. It is listed as Exhibit 519 on the government's exhibit list.

10. Attached as Exhibit I is a true and correct copy of the Revised June 1, 2018 Wells Submission on Behalf of Michael Rothenberg and Rothenberg Ventures Management

Company, with beginning Bates page US-000070 that I received from the government in discovery. It is listed as Exhibit 520 on the government's exhibit list.

11. Attached as Exhibit J is a true and correct copy of the exhibits to the Wells submissions, with beginning Bates page WELLS-000001 that I received from the government in discovery. It is listed as Exhibit 521 on the government's exhibit list.

12. Attached as Exhibit K is a true and correct copy of the complaint filed in San Francisco County Superior Court in *Transcend VR, LLC v. Rothenberg, et al.*, with beginning Bates page US-FBI-007363 that I received from the government in discovery. It is listed as Exhibit 243 on the government's exhibit list.

13. Attached as Exhibit L is a true and correct copy of the Settlement Agreement and Release in *Transcend VR, LLC v. Rothenberg, et al.*, with beginning Bates page TVR-0000031 that I received from the government in discovery. It is listed as Exhibit 245 on the government's exhibit list.

14. Attached as Exhibit M is a true and correct copy of the complaint filed in San Francisco County Superior Court in *Haase v. Rothenberg Ventures Management Company, LLC, et al.*, with beginning Bates page US-001551 that I received from the government in discovery. It is listed as Exhibit 365 on the government's exhibit list.

15. Attached as Exhibit N is a true and correct copy of the complaint filed in in San Francisco County Superior Court in *Fanelli v. Rothenberg Ventures Management Company, LLC*, , with beginning Bates page US-001565 that I received from the government in discovery. It is listed as Exhibit 367 on the government's exhibit list.

16. Attached as Exhibit O is a true and correct copy of a June 29, 2023 letter I received via email from the government in this case concerning the expert testimony of Gerald Fujimoto.

17. Attached as Exhibit P is a true and correct copy of the June 28, 2023 expert witness report prepared by Gerald Fujimoto, with beginning Bates page US-GTF-000001 that I received from the government in discovery. It is listed as Exhibit 511 on the government's exhibit list.

18. On August 29, 2023, Assistant U.S. Attorney Kyle Waldinger informed me over email that the government was "not going to seek to have Gerry Fujimoto's report admitted into evidence and sent back with the jury."

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on August 31, 2023, in Clayton, California.

Hanni M. Fakhoury

FAKHOURY DECLARATION IN SUPPORT OF DEFENDANT'S MOTIONS IN LIMINE FOR TRIAL ON COUNTS 3-23
*United States v. Rothenberg*, 4:20-CR-00266-JST

4