Michael B. Rothenberg
mrothenberg@rothenberg.co
712 Bryant Street, Unit #6
San Francisco, California 94107
Telephone:     (415) 761-1062

*PRO SE* DEFENDANT

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 3:18-cv-05080-JST |
| Plaintiff, | |
| vs. | DEFENDANT, MICHAEL B. ROTHENBERG'S RESPONSES TO PLAINTIFF SEC'S FIRST SET OF INTERROGATORIES |
| MICHAEL B. ROTHENBERG, and ROTHENBERG VENTURES LLC (f/k/a FRONTIER TECHNOLOGY VENTURE CAPITAL, LLC and ROTHENBERG VENTURES MANAGEMENT COMPANY LLC), | |
| Defendants. | |

PROPOUNDING PARTY:     PLAINTIFF SECURITIES AND EXCHANGE COMMISSION

RESPONDING PARTY:     MICHAEL B. ROTHENBERG

SET NO.:     One

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, Defendant Michael B. Rothenberg ("Mr. Rothenberg" or "Responding Party") hereby responds to Plaintiff Securities and Exchange Commission's (the "SEC") First Set of Interrogatories, served December 18, 2018. Discovery is ongoing and Responding Party reserves the right to amend its responses.

## PRELIMINARY STATEMENT

These responses are made solely for the purpose of this action.  Mr. Rothenberg's investigation and development of all facts and circumstances relating to this case is ongoing.  Mr. Rothenberg's responses are based on the facts and circumstances known to Mr. Rothenberg as of the date of these responses.  Mr. Rothenberg is under no obligation to supplement its responses based on later discovered facts or circumstances, but otherwise expressly reserves the right to supplement, clarify, revise, or correct any or all of the responses and objections herein.  These responses and objections are made without prejudice to, and are not a waiver of, Mr. Rothenberg's right to rely on other facts or documents at hearing.

By making the accompanying responses and objections to the Interrogatories, Mr. Rothenberg does not waive, and hereby expressly reserves, its right to assert any and all objections as to the admissibility of such responses into evidence in this action, or in any other proceedings, on any and all grounds including, but not limited to, competency, relevancy, materiality, and privilege.  Further, Mr. Rothenberg makes the responses and objections herein without in any way implying that he considers the Interrogatories, and the responses to the Interrogatories, to be relevant or material to the subject matter of this action.  Except for explicit facts admitted herein, no incidental or implied admissions are intended hereby.

Mr. Rothenberg's responses and objections are not intended to be, and shall not be construed as, an agreement with the SEC's characterization of any facts, circumstances or legal obligations.  Mr. Rothenberg reserves the right to contest any such characterization as inaccurate.  Mr. Rothenberg reserves the right to move for protective relief, if necessary.

**Specific Responses**

**INTERROGATORY NO. 1:**

Identify the equity interests and their current market value that you own in (a) each of the Rothenberg Funds, (b) RVMC, (c) River Studios LLC, (d) River Ecosystems LLC, (e) Rothenberg Investments MG, Inc., (f) Folsom Property LLC, and (g) any other entity in which you possess an equity interest.

**RESPONSE TO INTERROGATORY NO. 1:**

I specifically object to this interrogatory on the grounds that it is overbroad, especially with respect to calculating current market valuations, which require more information about each holding than is reasonable for me to procure in the context of the importance of such information to this case.

Subject to my preliminary statement, I respond as follows:

(a) I hold a limited partnership interest in the 2013 Fund with an initial capital contribution of $10,000. I hold a limited partnership interest in the 2014 Fund with an initial capital contribution of $400,000. I hold a limited partnership interest in the 2015 Fund with an initial capital contribution of $750,000. I hold a limited partnership interest in the 2016 Fund with an initial capital contribution of approximately $1,000,000. In addition to my direct equity holdings in the Funds, I also have a beneficial interest in the general partner's carried interest in each Fund, equal to twenty percent of the proceeds from the profits of each Fund.

(b) My equity interest in RVMC was conveyed to a trust, the trustee for which is J.R. Eppler.

(c) I do not currently hold any equity interest in River Studios LLC.

(d) I do not currently hold any equity interest in River Ecosystems LLC.

(e) I do not currently hold any equity interest in Folsom Property LLC.

(f) I own all or nearly all of an entity called Rothenberg Group LLC. To the extent there may be any other entities in which an equity interest may be registered or otherwise allocated to me, I reserve the right to supplement or amend to this list.

1    **INTERROGATORY NO. 2:**

2       Identify by address, parcel number, and equity interest all real property in which you or an

3    entity in which you own an equity interest in possess an interest.

4    **RESPONSE TO INTERROGATORY NO. 2:**

5       Subject to my preliminary statement, I respond as follows:

6       I own an interest in my personal residence, which is a condominium located at Bryant

7    Street, Unit #6, San Francisco, CA 94107.

8    **INTERROGATORY NO. 3:**

9       Identify by amount, date, and counterparty all outstanding debts or loans owed to or by

10   you.

11    **RESPONSE TO INTERROGATORY NO. 3:**

12       Subject to my preliminary statement, I respond as follows:

13       Below is a list of my creditors and debtors, dates and approximate amounts currently owed

14   by or to me.  I reserve the right to amend or supplement if necessary:

| Creditor Name | Amount Owed | Date |
|---|---|---|
| Mortgage – Silicon Valley Bank | $1,328,011 | 2014 |
| American Express | $367,000 | 2013-2016 |
| Other credit cards | $62,612.17 | 2013-2016 |
| Ding Chun | $50,000 | August 31, 2016 |
| Chris Kanand | $125,000 | 2016 |
| State of California – real estate taxes | $15,000 | 2018 |
| IRS assessment of taxes owed | $2,770,832 | November 2018 |
| Burke Robinson | $50,000 | May 2018 |
| | | |
| **Debtor Name** | **Amount Owed** | **Date** |
| Tommy Leep | $50,000 | 2016 |
| Dylan Flinn | $27,000 | 2015 |

24    **INTERROGATORY NO. 4:**

25       Identify by agreement title, article number, and Bates number each provision of any

26   agreement you rely upon for receiving compensation and/or reimbursement of expenses in

27   connection with your employment at RVMC.

28    **RESPONSE TO INTERROGATORY NO. 4:**

I specifically object to this interrogatory on the grounds that it is overbroad. My reliance on provisions of various agreements has come primarily through advice of counsel and I am not as personally familiar with each of the relevant provisions and, therefore, am not reasonably equipped to provide an exclusive list of such documents and provisions. I further object on that grounds that this interrogatory seeks material protected by the attorney/client privilege and work product doctrine.

Subject to my preliminary statement and specific objections, I respond as follows:

Among other documents, I rely on all of the expense and compensation-related sections within each of the governing documents and management agreements of RVMC and the Rothenberg Funds, including but not limited to the following:

(1) Second Amended and Restated Operating Agreement of Rothenberg Ventures Fund I, LLC: Article 5, Article 10, Section 6.5(d)

(2) First Amended and Restated Operating Agreement of Rothenberg Ventures Fund II, LLC: Article 5, Article 10, Section 6.5(d)

(3) Amended and Restated Operating Agreement of Rothenberg Ventures 2015 Fund, LLC ("2015 Fund LPA"): Article 5, Article 10, Section 6.5(d)

(4) Amended and Restated Operating Agreement (Appendix B, Exhibit C of the 2015 Fund LPA): Sections 2, 4.

(5) Second Amended and Restated Limited Partnership Agreement of Rothenberg Ventures 2016 Fund, L.P.: Article 6, Article 15.

**INTERROGATORY NO. 5:**

Describe your employment and compensation including but not limited to any consulting arrangements for the time period January 1, 2017, to the present.

**RESPONSE TO INTERROGATORY NO. 5:**

Subject to my preliminary statement, I respond as follows:

I have not been employed or received compensation for consulting services between January 1, 2017 and the present. Currently the government requires me to be attentive to this case, and since I am pro se this is equivalent to a non-optional full-time job without pay, indefinitely and at my own personal detriment.

**INTERROGATORY NO. 6:**

Identify the amount, source and date all income received by you equal to or greater than $5,000 cumulative for the time period January 1, 2017 and the present.

**RESPONSE TO INTERROGATORY NO. 6:**

Subject to my preliminary statement, I respond as follows:

I have not yet filed personal income tax returns for 2017 or 2018 and I have not calculated my personal income for the period since January 1, 2017. Generally, I relied on payments of money that was either loaned to me or owed to me from various sources during this period of time.

**INTERROGATORY NO. 7:**

Identify by name, address, and telephone number each person you purport to hold an equity interest on their behalf in any Rothenberg Fund and/or RVMC, and describe the related agreement you have with each such person.

**RESPONSE TO INTERROGATORY NO. 7:**

Subject to my preliminary statement, I respond as follows:

I do not purport to personally hold any equity interests in any Rothenberg Fund and/or RVMC on behalf of any other person, nor has anyone communicated to me that they believe that I hold such interest on their behalf.

**INTERROGATORY NO. 8:**

1     Identify by name, address, telephone number and amount received each family member or

2  relative of yours that has received funds, directly or indirectly, from you, any Rothenberg Fund, or

3  RVMC.

4  **RESPONSE TO INTERROGATORY NO. 8:**

5     I specifically object to this interrogatory on the grounds that it is overbroad and seeks

6  information that is not relevant to the issues in controversy in this case, as transfers of money with

7  my family members are not material to calculating disgorgement.

8     Subject to my preliminary statement and specific objections, I respond as follows:

9     I cannot account for every transfer of funds from me to any family member or relative

10  since January 1, 2012. However, since the inception of RVMC and the Rothenberg Funds, my

11  parents purchased a limited partner interest in the 2014 Fund and has received at least one

12  distribution of approximately $2,364.

13

14  **INTERROGATORY NO. 9:**

15     Identify each person by name, address, and telephone number whose testimony you intend

16  to elicit at hearing or submit in opposition to the SEC's Motion, and provide a description of their

17  testimony that you intend to submit or introduce.

18  **RESPONSE TO INTERROGATORY NO. 9:**

19     Subject to my preliminary statement, I respond as follows:

20     I have not yet determined whose testimony I will elicit at hearing or submit in opposition

21  to the SEC's Motion.

22

23  DATED:  April 26, 2019             Respectfully submitted,

24

25

26

27  Michael B. Rothenberg

28  *PRO SE* DEFENDANT