

**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

*11th Floor, Federal Building*       *(415) 436-7200*
*450 Golden Gate Ave., Box 36055*      *Fax: (415) 436-7234*
*San Francisco, CA 94102-3495*

June 29, 2023

**BY FILE-SHARING PROGRAM USAfx (WITH DISCOVERY)**
**AND BY EMAIL (WITHOUT DISCOVERY)**

Hanni M. Fakhoury
Moeel Lah Fakhoury LLP
1300 Clay Street, Suite 600
Oakland, CA 94612
hanni@mlf-llp.com

    **Re:**    <u>United States v. Michael Brent Rothenberg</u>,
             N.D. Cal. No. 20-CR-00266 JST

           **Expert Witness Disclosure Pursuant to Fed. R. Crim. P. 16(a)(1)(G)**

Dear Mr. Fakhoury:

      Pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G), the United States hereby discloses its intention to call forensic accountant Gerald T. Fujimoto at trial and elicit testimony under Federal Rules of Evidence 702, 703, and/or 705 during its case-in-chief and/or during its rebuttal to counter testimony that Mr. Rothenberg has timely disclosed.

      Pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G)(iii) and (iv), the United States discloses the Export Report of Gerald T. Fujimoto dated June 28, 2023, which supplements the previous Export Report Mr. Fujimoto prepared for the Securities and Exchange Commission on May 23, 2019. The earlier Expert Report was provided to Mr. Rothenberg during the earlier litigation with the Securities and Exchange Commission and in discovery in this criminal matter.

      Together, the May 23, 2019 Export Report and the June 28, 2023 Expert Report constitute a complete statement of all opinions that the United States will elicit from Mr. Fujimoto and the bases and reasons for them. Additionally, in Appendix B to the June 28, 2023 Expert Report, Mr. Fujimoto's qualifications are enumerated in his curriculum vitae, including a list of all publications authored in the previous ten years and a list of all other cases in which,

during the previous four years, Mr. Fujimoto has testified as an expert at trial or by deposition. Pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G)(v), Mr. Fujimoto has signed both the May 23, 2019 Export Report and the June 28, 2023 Expert Report.

The Export Report of Gerald T. Fujimoto dated June 28, 2023 is now available to you through the file-sharing program USAfx:

| Beginning Bates Stamp | Ending Bates Stamp | General Description |
|---|---|---|
| US-GTF-000001 | US-GTF-000169 | Expert Report of Gerald T. Fujimoto, date June 28, 2023, and Appendices |

The enclosed materials and any future discovery provided to you which may exceed the scope of discovery mandated by the Federal Rules of Criminal Procedure, federal statute or relevant case law is provided voluntarily and solely as a matter of discretion. By producing such materials to you, the United States does not waive its right to object to any future discovery requests beyond the ambit of its legal obligations. We explicitly reject any suggestion that the criminal local rules, including Criminal Local Rule 16-1(c), serve as valid authority for any substantive discovery obligations beyond that required under the applicable federal statutes and rules (*e.g.*, Rule 16 and Jencks).

Finally, the United States continues to demand production of any reciprocal discovery pursuant to Federal Rule of Criminal Procedure 16, and in particular with regard to this disclosure, reciprocal discovery regarding expert witnesses that Mr. Rothenberg intends to call at trial.  *See* Fed. R. Crim. P. 16(b)(1)(C).

Please let us know if you have any questions.

Very truly yours,

ISMAIL J. RAMSEY
United States Attorney

_____
KYLE F. WALDINGER
NICHOLAS J. WALSH
Assistant United States Attorneys

Enclosures

cc:   Nathaniel Torres, Esq. (By Email Only, Without Discovery)