# Expert Report of Gerald T. Fujimoto
## in the matter of:

## United States of America, Plaintiff vs.

## Michael Brent Rothenberg a/k/a Mike Rothenberg, Defendant

## Case No. CR 20-0266 JST

**June 28, 2023**

US-GTF-000001

## I.   NAME AND ADDRESS

1.   I am Gerald T. Fujimoto, a forensic accountant currently working as a sole practitioner.  I am a retired partner from Deloitte Financial Advisory Services LLP ("Deloitte FAS") and Deloitte and Touche LLP ("D&T").  My business office is located at 4226 Ridgemont Court, Oakland, CA 94619.

## II.   QUALIFICATIONS

2.   I have over 38 years of experience in conducting audits, forensic accounting investigations and litigation consulting.

3.   Since September 2020, I have been consulting and performing expert witness services as a sole proprietor. From November 2003 to September 2020, I was a forensic accounting Partner with Deloitte FAS, where my primary areas of focus were conducting accounting investigations, assisting audit teams in high-risk situations and assisting counsel with litigation matters as an expert witness.

4.   Prior to joining Deloitte FAS, I worked in D&T's audit practice, from September 1984 through June 2004, which included 7 years as an audit Partner (and 8 months in a dual role as an audit Partner and a forensic accounting Partner).  As an auditor, I oversaw audits for both public and private companies and was involved in numerous high-risk transactions including seven initial public offerings, over thirty acquisitions and over forty debt offerings.

5.   I graduated from University of California, Berkeley in 1984 with a Bachelor of Science degree in Business Administration with an emphasis in accounting.  I currently hold an active Certified Public Accountant ("CPA") license in California.

6.   My curriculum vitae is attached as Appendix B to this report.

## III.   DEFINITIONS

7.   This matter involves a number of entities with similar names and also some where their legal names have changed over time. In an attempt to simplify the structure of the report and to avoid unnecessary confusion, I am going to begin by providing definitions of some of the terms that tend to be used more frequently within my report.

   **Funds**
   a)   **"2013 Fund":** Rothenberg Ventures 2013 Fund, LLC is a Delaware limited liability company incorporated on or about September 4, 2012, as Rothenberg Ventures Fund I, LLC.[1]  The 2013 Fund includes the 2013 Co-Fund described below.
   b)   **"2014 Fund":** Rothenberg Ventures 2014 Fund, LLC is a Delaware limited liability company incorporated on or about September 4, 2013, as Rothenberg Ventures Fund II, LLC.[2]  The 2014 Fund includes the 2014 Co-Fund described below.

---

[1] *See* Operating Agreement of Rothenberg Ventures Fund I, LLC A Delaware Limited Liability Company dated September 6, 2012.
[2] *See* Operating Agreement of Rothenberg Ventures Fund II, LLC A Delaware Limited Liability Company dated October 18, 2013.

US-GTF-000002

c) **"2015 Fund"**: Rothenberg Ventures 2015 Fund, LLC is a Delaware limited liability company incorporated on or about December 10, 2014.[3]

d) "**2016 Fund**": 2016 Fund refers to Rothenberg Ventures 2016 Fund, LP, a Delaware limited partnership organized in 2015, Rothenberg Ventures 2016 Feeder Fund, LP, a Cayman Islands exempted limited partnership and Rothenberg Ventures 2016 Accredited Fund, LP, collectively.[4]

e) "**2013 Co-Fund**": 2013 Co-Fund refers to the eight legal entities that are consecutively named from RVF I Co-Investor Fund I LLC through RVF I Co-Investor Fund VIII LLC. The 2013 Fund invested in all eight legal entities that comprise the 2013 Co-Fund.

f) "**2014 Co-Fund**": 2014 Co-Fund refers to three legal entities: RVF II Co-Investor Fund 1, LLC; RVF II Co-Investor Fund 2, LLC; and Rothenberg Ventures Co-Fund 1, LLC. Each of the four main funds (2013 Fund, 2014 Fund, 2015 Fund and 2016 Fund) had multiple transactions (*i.e.*, investments in, returns from) with two of the legal entities. The third legal entity received money from two investors, paid management fees to RVMC, and paid the remaining balance to a law firm.

g) "**Rothenberg Investor Funds**": The 2013 Fund, 2014 Fund, 2015 Fund, 2016 Fund, 2013 Co-Fund and the 2014 Co-Fund will be referred to collectively as the "Rothenberg Investor Funds."

### Entities

h) **"RVMC"**: Rothenberg Ventures Management Company, LLC. In 2016 and 2017, Rothenberg Ventures Management Company, LLC changed its name to Frontier Technology Venture Capital LLC and then to Rothenberg Ventures LLC, respectively. All of these entities will be referred to as "RVMC."[5]

i) **"Venture Capital Company"**: RVMC and the Rothenberg Investor Funds.

j) **"Other Rothenberg Entities"**: All Rothenberg entities that are not part of the Venture Capital Company. This includes but is not limited to: River Studios also doing business as Bend Reality; Folsom Property LLC, which was formerly known as Rothenberg Ventures, LLC; River Ecosystem LLC which was formerly known as Rothenberg Venture Events, LLC; River Systems LLC; Folsom Street Investments LLC; Rothenberg Group LLC; River Accelerator LLC; River Racing; Rothenberg Investment Co LLC; Rothenberg Investments LP; Rothenberg Investments Inc.

k) **"Rothenberg Holdings"**: The Venture Capital Company and Other Rothenberg Entities.

### Terms

l) "**Exit**": The term Exit will refer to when a Rothenberg Investor Fund sells some or all of its investment position in a Portfolio Company and receives cash. For example, if the 2013 Fund is invested in Company A and the 2013 Fund sells its investment in Company A to a third party for $1 million, the sale will be referred to as an Exit and the $1 million will be referred to as the cash received from the Exit.

m) **"Fund Period"**: The period from inception through September 30, 2018.

---

[3] *See* Amended and Restated Operating Agreement of Rothenberg Ventures 2015 Fund, LLC A Delaware Limited Liability Company.

[4] *See* Rothenberg Ventures 2016 Fund, LP Second Amended and Restated Partnership Agreement.

[5] *See* Amended and Restated Limited Liability Company Agreement for Rothenberg Ventures Management Company, LLC a Delaware Limited Liability Company and Indictment, filed August 20, 2020, United States District Court for the Northern District of California, Case No. CR 20-0266 JST, United States of America, Plaintiff v. Michael Brent Rothenberg a/k/a/ Mike Rothenberg, Defendant.

US-GTF-000003

n) "**Management Agreement**": The term Management Agreement will refer to the "Limited Partnership Agreement," Offering Memorandum or any other agreement that details the fees (management and/or administrative) that RVMC is entitled to receive from each of the Rothenberg Investor Funds.

o) "**Outside Investors**": Outside Investors are investors who provided money to the Rothenberg Investors Funds for the purpose of having that money invested in a Portfolio Company or Portfolio Companies. Outside Investors do not include Mr. Michael Brent Rothenberg.

p) "**Portfolio Company**": A company in which a Rothenberg Investor Fund has invested money. For example, if the 2013 Fund invests $500,000 in the equity of Company B, then Company B is a Portfolio Company.

q) "**Rx**": Means the amount(s) have been recalculated based on other amounts within the report.

r) "**SVB**": Silicon Valley Bank.

s) "**utilized**": Throughout this report, the term "utilized" is used to signify that money has been used in one of the following ways and, thus, is no longer available, at least with respect to the transaction being reviewed, to be: (1) invested in Portfolio Companies, (2) distributed to Outside Investors, (3) transferred from the entity/bank account under review to another entity/bank account, (4) spent on expenditures (operating, fund, Other Rothenberg Entity, personal, etc.) or (5) used to purchase goods/assets (e.g., building).

t) "**Warrant Agreements (2015 Fund)**": The nine warrant agreements between RVMC and each of the following companies: (1) GeoCV, (2) Immersv, (3) Retinad VR, (4) Rival Theory, (5) VR Chat, (6) Waygate, (7) OBE Virtual S.A.P.I. De C.v., (8) InVR and (9) Fringefy.

u) "**Warrant Purchase and Sale Agreements (2015 Fund)**": The six "Warrant Purchase and Sales Agreement" between RVMC and the 2015 Fund, as described in Exhibit 28 to the Wells Submission. The six agreements contemplate warrants related to nine companies identified in "Warrant Agreements (2015 Fund)" above. (Note: four companies – Waygate, OBE Virtual S.A.P.I. De C.v., InVR and Fringefy – are all combined into one Warrant Purchase and Sale Agreement.)

v) "**Warrant Agreements (2016 Fund)**": The twelve warrant agreements between RVMC and each of the following companies: (1) Auro Robotics, (2) Eucl3d, (3) HiveUAV, (4) Leopoly, (5) Maidbot, (6) Partpic, (7) Scanse, (8) Ebrevia, (9) SpectraVR, (10) TimeLooper, (11) Tissue Analytics, and (12) Ursa Space.

w) "**Warrant Purchase and Sale Agreements (2016 Fund)**": The twelve "Warrant Purchase and Sales Agreements" between RVMC and the 2016 Fund. The twelve agreements contemplate warrants related to the twelve companies identified in the "Warrant Agreements (2016 Fund)" above.

x) "**Wells Submission**": refers to the Wells Submission on behalf of Michael Rothenberg and Rothenberg Ventures Management Company dated April 27, 2018 (as revised on June 1, 2018).

**Terms specifically related to the utilization of money**

y) "**Distributions to Outside Investors**": money that can be traced to a distribution to an Outside Investor.

z) "**Investments in Portfolio Companies**": money that can be traced to leaving a bank account and being sent to a Portfolio Company as an investment.

US-GTF-000004

aa) **"Operating or Fund expenditures"**: money that was utilized to pay for goods or services from either RVMC or one of the Rothenberg Investor Funds.

bb) **"Other Rothenberg Entity expenditures"**: money that was transferred to an Other Rothenberg Entity. The money was then utilized to pay for goods or services for the Other Rothenberg Entity.

cc) **"Other Rothenberg Entity – River Studios' expenditures"**: money that was transferred to River Studios LLC, an Other Rothenberg Entity. River Studios then utilized the money to pay for goods or services.

dd) **"Payments made from Mr. Rothenberg's personal bank account"**: money that was transferred to one of Mr. Rothenberg's personal bank or brokerage accounts (typically ending in either BofA #2573, BofA #0307 or ML #6052). The money was then utilized to pay for goods and services within that account.

ee) **"Money maintained in SVB Collateral MM Account"**: money maintained at SVB (SVB #8797) as collateral on a $4 million loan from SVB to RVMC. The collateral and loan are both included as part of the "Loan and Security Agreement" dated December 30, 2015 between SVB and RVMC.

## IV.  BACKGROUND OF THE LEGAL ISSUE

8.  In August 2020, Michael Brent Rothenberg ("Mr. Rothenberg") was indicted[6] on each of the following:
    (1) one count of bank fraud,
    (2) one count of false statements to a financial institution,
    (3) four counts of engaging in monetary transactions in property derived from specified unlawful activity and
    (4) fifteen counts of wire fraud.

## V.  BACKGROUND OF THE VENTURE CAPITAL COMPANY

9.  In 2012, Mr. Rothenberg founded RVMC. RVMC was the principal company Mr. Rothenberg utilized to manage the Rothenberg Investor Funds that he had established to have Outside Investors contribute money for the purported purpose of investing in Portfolio Companies.

10. From September 2012 through September 2018, Mr. Rothenberg and RVMC raised a net amount of approximately $46.3 million from at least 200 Outside Investors through the Rothenberg Investor Funds.[7] Of this $46.3 million (approximately $45.9 million after refunds[8]), the Rothenberg Investor Funds invested approximately $30.9 million in approximately 150 early-stage technology companies.[9]

11. Each fund within the Rothenberg Investor Funds was established to have a ten-year life span and RVMC would earn fees (*i.e.*, management and administrative fees) based on the terms established in

---

[6] *See* Indictment, filed August 20, 2020, United States District Court for the Northern District of California, San Francisco Division, Case No. CR 20-0266 JST, United States of America, Plaintiff v. Michael Brent Rothenberg a/k/a/ Mike Rothenberg, Defendant. The Indictment also contained an additional count of bank fraud and an additional count of false statements to a financial institution that are not at issue in this report.

[7] Recalculated based on RVMC's and the Rothenberg Investor Funds' QuickBooks accounting records and associated bank statements. The amount is net of refunds paid to Outside Investors.

[8] Recalculated based on RVMC's and the Rothenberg Investor Funds' QuickBooks accounting records and associated bank statements.

[9] *See* QuickBooks Accounting Records of the 2013 Fund, QuickBooks Accounting Records of the 2014 Fund, QuickBooks Accounting Records of the 2015 Fund, QuickBooks Accounting Records of the 2016 Fund.

US-GTF-000005

Management Agreement documents.  The Rothenberg Investor Funds also allowed for the payment or reimbursement of certain expenses incurred by RVMC as provided for within the Management Agreements.

12. Each fund within the Rothenberg Investor Funds established that the distributions from the sale of Portfolio Companies would first be utilized to pay back that fund's Outside Investors' contributed capital.  Once the Outside Investors' contributed capital had been paid back, then based on each individual fund's payout formula, additional profits would be split between the Outside Investors and RVMC.

## VI.   ASSUMPTIONS

13. There are multiple versions of fund agreements for each year (2013 – 2016) and many of the versions are unsigned, so it is difficult to identify if there was one true and correct version or if different versions were utilized for different potential investors.  Also, some versions have conflicting information on management and administrative fees.

14. In another government-related matter, Mr. Rothenberg and the government agreed to certain provisions as the appropriate management and administrative fees for each of the funds.  I am going to utilize those percentages in this matter.

15. The timing and rates of the management and administrative fees are outlined as follows:

| Fund | Management Fee | Administrative Fee |
|---|---|---|
| 2013 Fund | • 17.75% one-time up-front fee of the invested capital | • None |
| 2014 Fund | • 2% of each investor's capital contribution per quarter for a period of two years (*i.e.*, 8% per year for the first two years)<br>• 0.5% of each investor's capital contribution per year for the remaining eight years of the Fund's contractual life<br>• Total fee of 20% over the ten-year life of the Fund | • None |
| 2015 Fund | • 1.75% per year, but two years' worth of management fees (for 2015 and 2016) was to be paid up-front (*i.e.*, 3.5% up-front)<br>• Total fee of 17.5% over the ten-year life of the Fund | • Total fee of 10% was payable in the first year of the Fund |
| 2016 Fund | • 2.0% of each investor's committed capital payable annually over the ten-year life of the Fund<br>• Total fee of 2.5% per year and 25% over the ten-year life of the Fund | • 0.5% per year over the ten-year life of Fund |

## VII.   MY METHODOLOGY WITH RESPECT TO THE USAGE OF CASH

16. My approach with respect to the usage of cash is that, unless there is a really clear intent to transfer specific money, I will be utilizing a First-In, First-Out ("FIFO") methodology as it relates to the utilization of money.  I am providing two examples to try and clarify the methodology.  Assume a bank statement looks as follows:

| Date | Description of transaction | Debit | Credit | Balance |
|------|----------------------------|-------|--------|---------|
| 7/10/15 | Wire transfer in from Investor A | | $65,000 | $65,000 |
| 7/11/15 | Wire transfer in from Investor B | | $300,000 | $365,000 |
| 7/12/15 | Cash payment of an expenditure | $15,000 | | $350,000 |
| 7/15/15 | Wire transfer in from Investor C | | $400,000 | $750,000 |
| 7/16/15 | Cash payment of expenditure | $200,000 | | $550,000 |
| 7/18/15 | Transfer of cash to a related company | $200,000 | | $375,000 |

17.  In the FIFO methodology, the first money into an account gets utilized first.  An example is provided below to try and clarify the methodology.

| Date | Ref | Type of Transaction | Expense or Transfer Amount | Investor A | Investor B | Investor C | Total Amt Utilized |
|------|-----|---------------------|----------------------------|------------|------------|------------|--------------------|
| 7/10/15 | (1) | Deposit | | $65,000 | | | |
| 7/11/15 | (2) | Deposit | | | $300,000 | | |
| 7/12/15 | (3) | Expenditure | $15,000 | ($15,000) | | | ($15,000) |
| 7/15/15 | (4) | Deposit | | | | $400,000 | |
| 7/16/15 | (5) | Expenditure | $200,000 | ($50,000) | ($150,000) | | ($200,000) |
| 7/18/15 | (6) | Transfer to another company | $200,000 | | ($150,000) | ($50,000) | ($200,000) |
| | | | Balance | $0 | $0 | $350,000 | ($415,000) |

    (1)  On 7/10/15, Investor A deposits $65,000.

    (2)  On 7/11/15, Investor B deposits $300,000.

    (3)  On 7/12/15, a $15,000 expenditure is incurred.  Under the FIFO methodology, the first money in (*i.e.*, the $65,000) is utilized first to pay the $15,000 expenditure.

    (4)  On 7/15/15, Investor C deposits $400,000.

    (5)  On 7/16/15, a $200,000 expenditure is incurred. The expenditure is paid (a) first with the remaining $50,000 (from the $65,000) and (b) next with $150,000 from Investor B's $300,000 investment.

    (6)  On 7/18/15, $200,000 is transferred to another company.  The $200,000 is covered first (a) by the remaining $150,000 of Investor B's $300,000 investment and (b) next by $50,000 of Investor C's $400,000 investment.

18.  A consistent application of a FIFO methodology removes any potential element of judgment in the utilization of cash and will be the default application of cash.  At limited times, there will be instances where the strict application of the FIFO methodology will mischaracterize the actual intent of the money flow.  As an example, assume the following transactions:

| Date | Description of transaction | Debit | Credit | Balance |
|------|----------------------------|-------|--------|---------|
| 5/01/14 | Existing cash balance | | | $11,124 |
| 2/28/15 | Wire transfer in from Investor A | | $1,025,000 | $1,011,124 |
| 2/28/15 | Investment of money into Company B | $1,025,000 | | $11,124 |

19.  When the application of the FIFO approach would actually appear to go against the true nature of the transaction, I will utilize the specific identification method of accounting for the money.  In the above example transaction, the intent was to take Investor A's $1,025,000 on February 28, 2015, and invest that money into Company B on that same day.  The intent was not to invest $11,124 of the existing balance from 9 months ago and $1,013,876 of Investor A's $1,025,876, money.  The use of specific

identification will be limited and only used in cases where the FIFO methodology appears to be counter to what the actual transaction was intended to accomplish.

## VIII.   SCOPE OF ASSIGNMENT

20.     I was asked by the Department of Justice ("DOJ") to perform a forensic accounting analysis that would assist in providing answers to certain questions about Mr. Rothenberg's management of the Venture Capital Company and Other Rothenberg Entities, as well as some additional questions concerning specific Outside Investor investment money related to the 2015 Fund and the 2016 Fund.  The questions I was asked to answer were as follows:

21.     **Question #1:** Please provide some context on the Rothenberg Investor Funds.  Over the course of the 2013-2016 Funds' lifetime through September 30, 2018 (including their related Co-Funds, etc.):
>        *INFLOWS OF MONEY*
>        (a) What was the total amount of money raised from Outside Investors by the Rothenberg Investor Funds, net of any refunds?
>        (b) What amount of money was received by the Rothenberg Investor Funds from the sale of some or all of their investment positions in Portfolio Companies (herein referred to as "Exits")?
>        (c) What amount of money, if any, did RVMC receive as advances or other inputs of money?
>        *EXPECTED OUTFLOWS OF MONEY*
>        (d) From each of the Rothenberg Investor Funds, what amount of money was invested in Portfolio Companies?
>        (e) From each of the Rothenberg Investor Funds, what amount of fees was RVMC entitled to receive (as management and administrative fees)?
>        (f) From each of the Rothenberg Investor Funds, what cash distributions were made to Outside Investors?
>        *INFLOWS COMPARED TO OUTFLOWS*
>        (g) Based on the inflows of cash versus the outflows of cash, what was the expected cash balance on September 30, 2018?
>        (h) Based on a review of all cash accounts on September 30, 2018, what was the actual cash balance on September 30, 2018?
>        (i) What is the dollar value difference between the expected actual cash balance and the expected cash balance?

**Section 1 of 6: THE $4 MILLION LOAN FROM SVB: An assessment of (1) the fees earned versus fees taken by RVMC from the 2015 Fund and (2) the representations made to SVB to obtain the $4 million loan.**

22.     **Question #2(a):** How much money was raised in the 2015 Fund in 2015?

23.     **Question #2(b):** Based on the amount of money raised in 2015 for the 2015 Fund, how much did RVMC earn in management and administrative fees in 2015?

24.     **Question #3(a):** How much money was transferred from the 2015 Fund to RVMC in 2015?

25. **Question #3(b):** How does the amount RVMC earned in management and administrative fees in 2015 from the 2015 Fund compare to the actual amounts of money transferred to RVMC from the 2015 Fund?

26. **Question #4:** How much would RVMC earn in management fees and administrative fees over the entire ten-year life of the 2015 Fund through its end date in 2024?

27. **Question #5:** In a December 28, 2015 email, Mr. Rothenberg told representatives at SVB that the 2015 Fund had raised $23.6 million. Had $23.6 million been raised in the 2015 Fund as of December 28, 2015?

28. **Question #6:** In the same December 28, 2015 email, Mr. Rothenberg told representatives at SVB that Outside Investors had prefunded eight years of management and administrative fees. Had Outside Investors prefunded eight years of management and administrative fees?

**Section 2 of 6: THE $4 MILLION LOAN FROM SVB: An assessment of the $4.25 million used as collateral for the $4 million loan.**

29. **Question #7:** What were the sources of cash RVMC utilized to fund the RVMC Collateral Money Market Account (SVB #8797) maintained at SVB?

30. **Question #8(a):** Was CY Capital's $625,000 invested into Portfolio Companies of the 2016 Fund?

31. **Question #8(b):** If not all of CY Capital's $625,000 was invested into Portfolio Companies of the 2016 Fund, how was the $625,000 utilized?

32. **Questions #9(a):** Was Natala Menezes' $100,000 invested into Portfolio Companies of the 2015 Fund?

33. **Question #9(b):** If not all of Natala Menezes' $100,000 was invested into Portfolio Companies of the 2015 Fund, how was the $100,000 utilized?

34. **Question #10(a):** Was ARChina's $3,000,000 invested into Portfolio Companies of the 2016 Fund?

35. **Question #10(b):** If not all of ARChina's $3,000,000 was invested into Portfolio Companies of the 2016 Fund, how was the $3,000,000 utilized?

36. **Question #11:** In July 2016, ARChina was refunded $2,017,500 of the money it had invested. What were the sources of cash RVMC utilized to refund ARChina a portion of its investment?

**Section 3 of 6: THE PILOT GROVE INVESTMENT: An assessment of Pilot Grove's $2 million investment into River Studios, an Other Rothenberg Entity.**

37. **Question #12:** Prior to Pilot Grove's investment on February 25, 2016, how much of River Studios' funding was derived from sources other than Mr. Rothenberg?

38. **Question #13:** How much of Pilot Grove's $2 million investment into River Studios was spent on each of the following "uses of capital"?

    a) "Expand in-house VR/CGI development"
    b) "20+ pieces of original content"
    c) "2-3 VR studio acquisitions (similar to our acquisition of Twisted Oak in Halifax)"
    d) "General runway"

39.    **Question #14:** If not all of Pilot Grove's $2,000,000 investment was utilized on the four "Uses of Capital" items as represented to Pilot Grove, how was Pilot Grove's investment utilized?

**Section 4 of 6: UNITY SOFTWARE, INC.: An assessment of money raised from Outside Investors where the specific purpose was to use the money to purchase shares in Unity Software, Inc.**

40.    **Question #15:** How much money did RVMC raise from Outside Investors who invested money with the specific purpose of purchasing shares in Unity Software, Inc. ("Unity")?

41.    **Questions #16:** Was the Outside Investors' money raised for the specific purpose of purchasing shares in Unity actually used to purchase shares in Unity?

42.    **Question #17(a):** Was GHF's $1,000,000 used to purchase shares in Unity?

43.    **Question #17(b):** If not all of GHF's $1,000,000 was used to purchase shares in Unity, how was the $1,000,000 utilized?

44.    **Question #18:** GHF demanded a return of their $1 million investment by "5 pm Pacific Time on Thursday August 25, 2016." Did RVMC return the money by GHF's deadline? If not, when did RVMC return GHF's $1 million?

45.    **Question #19(a):** Was the Binns Family's $100,000 used to purchase shares in Unity?

46.    **Question #19(b):** If not all of the Binns Family's $100,000 was used to purchase shares in Unity, how was the $100,000 utilized?

47.    **Question #20(a):** Was Sonoko Konishi's $50,000 and Ronald and Lena Goldberg's $100,000 used to purchase shares in Unity?

48.    **Question #20(b):** If not all of Sonoko Konishi's $50,000 and Ronald and Lena Goldberg's $100,000 was used to purchase shares in Unity, how was their combined $150,000 utilized?

**Section 5 of 6: 2015 FUND AND 2016 FUND: An assessment of certain Outside Investors who invested their money into either the 2015 Fund or the 2016 Fund.**

49.    **Question #21(a):** Was the Dolby Family's $500,000 invested into Portfolio Companies of the 2016 Fund?

50.    **Question #21(b):** If not all of the Dolby Family's $500,000 was invested into Portfolio Companies of the 2016 Fund, how was the $500,000 utilized?

US-GTF-000010

51.   **Question #22(a):** Was HTC's $2,000,000 invested into Portfolio Companies of the 2015 Fund?

52.   **Question #22(b):** If not all of HTC's $2,000,000 was invested into Portfolio Companies of the 2015 Fund, how was the $2,000,000 utilized?

53.   **Question #23(a):** Was Tubus LLC's $1,250,000 invested into Portfolio Companies of the 2015 Fund?

54.   **Question #23(b):** If not all of the Tubus LLC's $1,250,000 was invested into Portfolio Companies of the 2015 Fund, how was the $1,250,000 utilized?

55.   **Question #24(a):** Was GHF's $1,000,000 invested into Portfolio Companies of the 2015 Fund?

56.   **Question #24(b):** If not all of GHF's $1,000,000 was invested into Portfolio Companies of the 2015 Fund, how was the $1,000,000 utilized?

**Section 6 of 6: EFFECT OF THE SEC INVESTIGATION: An assessment of actions taken to conceal the true nature of certain money transferred to RVMC**

57.   **Question #25:** After the SEC notified Mr. Rothenberg and RVMC that it had started an investigation into the business practices of the Venture Capital Company, did Mr. Rothenberg, or others working under his direction, take any action within the accounting records to try and conceal the true nature of the transactions?

## IX.   SUMMARY OF OPINIONS THAT I HAVE REACHED WITH A REASONABLE DEGREE OF PROFESSIONAL CERTAINTY

58.   **Question #1:** Please provide some context on the Rothenberg Investor Funds.  Over the course of the 2013-2016 Funds' lifetime through September 30, 2018 (including their related Co-Funds, etc.):
    *INFLOWS OF MONEY*
   (a) What was the total amount of money raised from Outside Investors by the Rothenberg Investor Funds, net of any refunds?
   (b) What amount of money was received by the Rothenberg Investor Funds from the sale of some or all of their investment positions in Portfolio Companies (herein referred to as "Exits")?
   (c) What amount of money, if any, did RVMC receive as advances or other inputs of money?
    *EXPECTED OUTFLOWS OF MONEY*
   (d) From each of the Rothenberg Investor Funds, what amount of money was invested in Portfolio Companies?
   (e) From each of the Rothenberg Investor Funds, what amount of fees was RVMC entitled to receive (as management and administrative fees)?
   (f) From each of the Rothenberg Investor Funds, what cash distributions were made to Outside Investors?
    *INFLOWS COMPARED TO OUTFLOWS*
   (g) Based on the inflows of cash versus the outflows of cash, what was the expected cash balance on September 30, 2018?
   (h) Based on a review of all cash accounts on September 30, 2018, what was the actual cash balance on September 30, 2018?

US-GTF-000011

(i) What is the dollar value difference between the expected actual cash balance and the expected cash balance?

59. **Answer to Question #1:** In my opinion, the summary chart directly below, together with the supporting charts below and the additional supporting information at Appendices C through H details the inflows and outflows of money over the Fund Period and provides context to the Venture Capital Company and the remainder of my report.

| Question # | Description | Amount | Appendix |
|---|---|---|---|
| 1(a) | Net amount of money raised from Outside Investors | $45,857,333 | C |
| 1(b) | Net amount of money received from Exits in investments in Portfolio Companies | $12,473,806 | D |
| 1(c) | Net advances from Outside Investors | $495,196 | E |
| | *Total Inflows* | *$58,826,335* | Rx |
| | | | |
| 1(d) | Amount of money invested in Portfolio Companies | ($30,888,161) | F |
| 1(e) | Amount of money RVMC was entitled to receive per the Management Agreements | ($6,728,244) | G |
| 1(f) | Amount of money distributed to Outside Investors | ($1,692,264) | H |
| | *Total Outflows* | *($39,308,669)* | Rx |
| | | | |
| 1(g) | *Total Inflows* **minus** *Total Outflows* (Net cash balance expected on September 30, 2018) | $19,517,666 | Rx |
| 1(h) | Actual cash balance as of September 30, 2018 | $740,866 | |
| 1(i) | **Difference** | $18,776,800 | Rx |

60. **Supporting Chart for Opinion #1(a):** The following table summarizes the amounts raised and refunded by fund.

| Description | 2013 Fund | 2014 Fund | 2015 Fund | 2016 Fund | Total |
|---|---|---|---|---|---|
| Money raised into funds | $4,246,767 | $11,311,290 | $14,059,226 | $14,515,415 | $44,132,698 |
| Money raised into co-funds | $2,693,215 | $2,181,053 | | | $4,874,268 |
| **Gross amount of Outside Investor money raised** | **$6,939,982** | **$13,492,343** | **$14,059,226** | **$14,515,415** | **$49,006,966** |
| Refunds of Outside Investor money | ($49,000) | ($1,050,000) | ($33,133) | ($2,017,500) | ($3,149,633) |
| **Net money raised from Outside Investors** | **$6,890,982** | **$12,442,343** | **$14,026,093** | **$12,497,915** | **$45,857,333** |

*See Appendix C for additional detail regarding money raised from Outside Investors.*

61.   **Supporting Chart for Opinion #1(b):** Over the Fund Period, the Rothenberg Investor Funds received approximately $12.5 million from Exits of investments.

| Fund | Cash Inflows from Exits in investments in Portfolio Companies |
|---|---|
| 2013 Fund | $8,400,697 |
| 2014 Fund | $2,151,305 |
| 2015 Fund | $1,846,804 |
| 2016 Fund | $75,000 |
| **Total** | **$12,473,806** |

*See Appendix D for additional detailed support regarding inflows from Exits.*

62.   **Supporting Chart for Opinion #1(c):** Outside Investors advanced a net amount of $495,196 to the Rothenberg Investor Funds in the following amounts:

| Fund | Net Advances Received |
|---|---|
| 2013 Fund | $122,000 |
| 2014 Fund | $84,446 |
| 2015 Fund | $280,000 |
| 2016 Fund | $8,750 |
| **Total** | **$495,196** |

*See Appendix E for additional detailed support regarding net advances from Outside Investors to the Rothenberg Investor Funds.*

63.   **Supporting Chart for Opinion #1(d):** Over the Fund Period, the Rothenberg Investor Funds invested approximately $30.9 million in Portfolio Companies.  The total of investments by fund were as follows:

| Fund | Total Portfolio Company Investments |
|---|---|
| 2013 Fund | $6,430,664 |
| 2014 Fund | $9,428,525 |
| 2015 Fund | $10,130,293 |
| 2016 Fund | $4,898,679 |
| **Total** | **$30,888,161** |

*See Appendix F for additional detailed support regarding the Rothenberg Investor Funds' investments in Portfolio Companies.*

US-GTF-000013

64. **Supporting Chart for Opinion #1(e):** Over the Fund Period, RVMC was entitled to approximately $6.7 million in management and administrative fees.

| Description | Management Fees | Administrative Fees | Amount |
|---|---|---|---|
| RVMC amount entitled to from the 2013 Fund | $753,801 | N/A | $753,801 |
| RVMC amount entitled to from the 2013 Co-Fund | $469,348 | N/A | $469,348 |
| RVMC amount entitled to from the 2014 Fund | $1,970,726 | N/A | $1,970,726 |
| RVMC amount entitled to from the 2014 Co-Fund | $212,589 | N/A | $212,589 |
| RVMC amount entitled to from the 2015 Fund | $981,827 | $1,402,609 | $2,384,436 |
| RVMC amount entitled to from the 2016 Fund | $749,875 | $187,469 | $937,344 |
| **RVMC total amount entitled to from Rothenberg Investor Funds as of September 30, 2018** | **$5,138,166** | **$1,590,078** | **$6,728,244** |

*See Appendix G for additional detailed support regarding the management and administrative fees RVMC was entitled to from each of the Rothenberg Investor Funds pursuant to the terms of the Management Agreements.*

65. **Supporting Chart for Opinion #1(f):** Over the Fund Period, RVMC paid distributions of approximately $1.7 million to Outside Investors. I was able to identify these transactions as distributions because they were typically recorded as LP distributions in the QuickBooks accounting records. I also identified an additional $404,679 of distributions from the 2013 and 2014 Funds that appear to have been rolled over into the 2014 and 2016 Funds. The following table summarizes the distributions made to Outside Investors by each of the Rothenberg Investor Funds:

| Distributions Made to the Outside Investors of the Rothenberg Investor Funds | | | | |
|---|---|---|---|---|
| **2013 Fund** | **2014 Fund** | **2015 Fund** | **2016 Fund** | **Total** |
| $600,626 | $1,075,878 | $0 | $15,760 | $1,692,264 |

66. Earlier, in Opinion 1(b) above, I detailed the cash inflows from Exits. The chart below summarizes the cash received from Exits and the actual distributions made to Outside Investors from those Exits.

| Description of activity | Amount |
|---|---|
| Cash Inflows from Exits in investments in Portfolio Companies (1(b) above) | $12,473,806 |
| Less: Cash that was rolled over from an Exit into another Rothenberg Investor Funds | $404,679 |
| Expected Distributions to Outside Investors | $12,069,157 |
| *Less:* Actual Distributions to Outside Investors of the Rothenberg Investor Funds | $1,692,264 |
| Money retained and used for other purposes | $10,376,893 |

*See Appendix H for additional detailed support regarding the actual Distributions to Outside Investors of the Rothenberg Investor Funds.*

67. **Supporting Chart for Opinion #1(g):** Over the Fund Period (Inception through September 30, 2018), the expected cash position on September 30, 2018 was $19.5 million. The $19.5 million is comprised of inflows of $58.9 million ($45.9 million raised + $12.5 million of Exits + $0.5 million of advances) less

cash outflows of $39.4 million ($30.9 million of investments + $6.7 million of RMVC fees + $1.7 million of distributions to Outside Investors).

| Description | 2013 Fund[10] | 2014 Fund[11] | 2015 Fund[12] | 2016 Fund[13] | Total |
|---|---|---|---|---|---|
| Net money raised from Outside Investors | $6,890,982 | $12,442,343 | $14,026,093 | $12,497,915 | $45,857,333 |
| Money from Exits | $8,400,696 | 2,151,305 | $1,846,804 | $75,000 | $12,473,806 |
| Net advances from Outside Investors | $122,000 | $84,446 | $280,000 | $8,750 | $495,196 |
| **Total Cash inflows** | **$15,413,678** | **$14,678,094** | **$16,152,897** | **$12,581,665** | **$58,826,335** |
| | | | | | |
| Investments in Portfolio Companies | ($6,430,664) | ($9,428,525) | ($10,130,293) | ($4,898,679) | ($30,888,161) |
| Management and Administrative fees that RVMC was entitled to | ($1,223,149) | ($2,183,315) | ($2,384,436) | ($937,344) | ($6,728,244) |
| Distributions to Outside Investors | ($600,626) | ($1,075,878) | $0 | ($15,760) | ($1,692,264) |
| **Total Cash Outflows** | **($8,254,439)** | **($12,687,718)** | **($12,514,729)** | **($5,851,783)** | **($39,308,669)** |
| | | | | | |
| **Net Cash Expected on September 30, 2018** | **$7,159,239** | **$1,990,376** | **$3,638,168** | **$6,729,881** | **$19,517,666** |

68.    **Supporting Chart for Opinion #1(h):** The actual cash balance of the Rothenberg Investor Funds as of September 30, 2018 was $740,866. The $740,866 was based upon my review of the bank statements for each of the entities. The following table summarizes the bank balance in each of the Rothenberg Investor Funds as of September 30, 2018:

| Rothenberg Investor Fund | Bank Balance |
|---|---|
| 2013 Fund[14] | $738,558 |
| 2014 Fund[15] | $240 |
| 2015 Fund | $7,022 |
| 2016 Fund | $688 |
| **Total** | **$746,508** |

69.    The difference between the expected cash on September 30, 2018 and the actual cash on hand at September 30, 2018 was $18,771,158 ($19,517,666 - $746,508). The above inflows and

---

[10] *See* SVB #2623 bank statements, inception through September 30, 2018; SVB #8064 bank statements, inception through September 30, 2018; SVB #0562 bank statements, inception through September 30, 2018; SVB #6205 bank statements, inception through September 30, 2018; SVB #6224 bank statements, inception through September 30, 2018; SVB #3689 bank statements, inception through September 30, 2018; SVB #3693 bank statements, inception through September 30, 2018; SVB #7353 bank statements, inception through September 30, 2018; and SVB #7368 bank statements, inception through September 30, 2018.

[11] *See* SVB #7483 bank statements, inception through September 30, 2018; SVB #3268 bank statements, inception through September 30, 2018; SVB #3272 bank statements, inception through September 30, 2018; SVB #2235 bank statements, inception through September 30, 2018.

[12] *See* SVB #3208 bank statements, inception through September 30, 2018.

[13] *See* SVB #0815 bank statements, inception through September 30, 2018 and SVB #0574 bank statements, inception through September 30, 2018.

[14] The 2013 Co-Funds had a $0.00 cash balance as of September 30, 2018.

[15] The 2014 Co-Funds had a $0.00 cash balance as of September 30, 2018.

outflows of cash are designed to give the reader an overview and some context of the Venture Capital Company before the report shifts to addressing specific questions that I have been asked to answer.

70.   When answering specific questions on the utilization of money, I will provide a summary of how money was utilized. In order to be consistent, I will use the summary chart below, which has three distinct sections:

**Venture Capital Company activities**

| Description of utilization | Amount |
|---|---|
| Investments in Portfolio Companies | |
| Distributions to Outside Investors | |
| RVMC Operating and Fund expenditures | |
| Money maintained at Collateral MM Account at SVB (SVB #8797) | |
| **Total Venture Capital Company activities** | |

| | |
|---|---|
| **Total payments made from Mr. Rothenberg's personal accounts** | |

**Other Rothenberg Entity expenditures**

| Description of utilization | Amount |
|---|---|
| Other Rothenberg Entity – River Studios expenditures | |
| Other Rothenberg Entity expenditures | |
| **Total Other Rothenberg Entity expenditures** | |

| | |
|---|---|
| **TOTAL OF THE THREE CATEGORIES ABOVE** | |

71.   Below is my thought process on the three categories:

- **Venture Capital Company Activities:** This category represents activities I would expect from RVMC and the Rothenberg Investor Funds. "RVMC Operating and Fund Expenditures" means that the expenditure was paid for by RVMC or a Rothenberg Investor Fund. I did not audit each payment to ensure that it was an appropriate payment for RVMC or a fund to make.

- **Payment made from Mr. Rothenberg's personal account:** This category means that a cash payment was made to pay for an expenditure for goods or services within Mr. Rothenberg's personal account. I have not audited Mr. Rothenberg's individual line items. While I see certain payments are clearly personal (*e.g.*, the payments on student loans), I am not going to opine on the overall payments made from his account. In particular, Mr. Rothenberg has numerous American Express invoices that are often in the tens of thousands of dollars. I have not reviewed Mr. Rothenberg's American Express statements and cannot comment on the business versus personal nature of such statements. I can state that, whether the expenditure was personal or business related, its only impact from my analysis point of view is that the payment (personal or business related) reduces the amount of an Outside Investor's money that was invested in a Portfolio Company or it reduces the amount of money that can be distributed to an Outside Investor (if from an Exit).

- **Other Rothenberg Entity Expenditures:** This category represents money traced which was utilized for an Other Rothenberg Entity expenditure (*i.e.*, it was not utilized on the Venture Capital

US-GTF-000016

Company business).  The only time this would be acceptable is for Pilot Grove and, even then, only on River Studios expenditures since Pilot Grove made a $2 million investment into River Studios, an Other Rothenberg Entity.

**Section 1 of 6: THE $4 MILLION LOAN FROM SVB: An assessment of (1) the fees earned versus fees taken by RVMC from the 2015 Fund and (2) the representations made to SVB to obtain the $4 million loan.**

72.  I have been asked to answer certain questions concerning a $4 million loan RVMC negotiated and entered into on December 30, 2015.  In order to more efficiently address the questions, I am going to provide some context to help explain the need for a loan and how the loan was negotiated and executed.

73.  In late 2015, the Venture Capital Company was experiencing cash difficulties. At some point in December 2015, Mr. Rothenberg and his senior finance team determined its best course of action was to take a loan from SVB that was collateralized by a cash account maintained at SVB.

74.  On December 30, 2015, SVB and RVMC entered into a "Loan and Security Agreement" ("SVB Loan").[16]  The SVB Loan required that RVMC place $4.25 million[17] into a collateral account maintained at SVB (SVB #8797). In turn, SVB provided a revolving line of credit to RVMC of up to 95%[18] of the $4.25 million in the collateral account ($4,037,500). The $4.25 million collateral account secured the SVB Loan.

75.  The SVB Loan is best explained in two parts:
   - PART I: Late 2015 – RVMC's need for cash and the representations made to SVB in order to obtain the loan.
   - PART II: How Mr. Rothenberg and RVMC obtained the $4.25 million to be maintained within the collateral account at SVB, a requirement to obtain the loan.

**PART I: Late 2015 – RVMC's need for cash and the representations made to SVB in order to obtain the loan.**

76.  On a date no later than November 23, 2015, Mr. Rothenberg and some of his senior finance people, including Lynne McMillan, Director of Finance, and Tom Leep, CFO, recognized that the 2014 and 2015 Funds had transferred more money to RVMC (or Other Rothenberg Entities) than had been earned per the Management Agreements. As a result, Mr. Rothenberg and the finance team needed to replace the missing cash within the 2014 and 2015 Funds prior to year-end.

77.  I am going to provide excerpts from a series of emails to provide context for the cash issue, including its resolution through a loan from SVB.

**November 20, 2015 Email**

78.  On Friday, November 20, 2015 (9:33 AM), Ms. McMillan sent an email to Mr. Rothenberg stating:

---

[16] *See* SEC-DOJ-EPROD-000069254 – SEC-DOJ-EPROD-000069283.
[17] Ibid.
[18] Ibid.

"Tom and I have both independently reviewed all of the inter-company transactions and came to the following conclusions. These numbers will change a bit before the end of the year, but here's what needs to happen

1 Bend Reality repays Mike at least $2.1m of $3.3m debt
2 Mike repays Mgmt Co $2.1m
3 Mgmt Co returns $2.184m to 2015 Fund
4 Mgmt Co returns $350k to Fund 2
5 Real Estate Repays Mgmt Co $750k for 1062 Purchase
6 Real Estate Repays Mike Rothenberg $286k"[19]

### November 23, 2015 Emails

79. On November 23, 2015, Mr. Rothenberg replied by stating he wanted to "dive in more this morning" and that he has "some questions."  He added:

"The magic number right now for the Management Company is $2.534m – the amount it owes to the Funds ($2.184 to 2015 Fund, $350k Fund 2)"[20]

80. Mr. Rothenberg is acknowledging that RVMC owed the 2015 Fund and the 2014 Fund (which Mr. Rothenberg refers to as "Fund 2") $2.534 million as of November 23, 2015.

81. Ms. McMillan replied in an email later that day (11/23/15 2:16 PM):

"Here is an updated copy to work off of as of today.  These balances are very concerning, particularly given the fact that we've taken 26.5% of the fees for the 2015 Fund to date and the projected cash burn from now until the end of the year is $700-750k for River Studios and RV"[21]

82. Her email included an attachment titled "151123 Mike Intercompany Accounts.xlsx" that included the following:

"What has to happen before the end of the year:
1 Bend Reality repays Mike at least $2.2m of $3.3m debt
2 Mike repays Mgmt Co $2.2m
3 Mgmt Co returns $2.304m to 2015 Fund
4 Mgmt Co returns $350k to Fund 2
5 Real Estate Repays Mgmt Co $750k for 1062 Purchase
6 Real Estate Repays Mike Rothenberg $286k"

---

[19] *See* US-FBI-005623 – US-FBI-005625.
[20] Ibid.
[21] Ibid.

"As of 11/23
2015 Raise            12,820,000
2015 Fees Taken    3,400,000
                              26.52%

Fees on $15m       4,125,000.00
Difference             725,000.00"[22]

83.   In her email and its attachment, Ms. McMillan is stating several important facts:

   (1) At November 23, 2015, Other Rothenberg Entities have utilized extensive cash resources.
      - "Bend Reality repays Mike at least $2.2m of the $3.3m debt"
         - Ms. McMillan states that River Studios owes Mr. Rothenberg $3.3 million of debt.
      - "Mike repays Mgmt Co $2.2m"
         - Ms. McMillan states that Mr. Rothenberg owes RVMC $2.2 million.
      - "Real Estate Repays Mgmt Co $750k for the 1062 Purchase"
         - Ms. McMillan is pointing out that another Other Rothenberg Entity which she calls "Real Estate" (but is actually Rothenberg Ventures LLC (SVB #7429)) owes RVMC $750,000 "for the 1062 Purchase." On October 28, 2015, Rothenberg Ventures LLC paid $742,577.41 to the First American Title Company as partial payment for the purchase of the property at 1062 Folsom Street in San Francisco, California, 94103.
            - The money used to make the payment actually came from the 2013 Fund and the 2014 Fund. On October 28, 2015, the date of the $742,577.41 payment, the 2013 Fund (SVB #2623) transferred $400,000 and the 2014 Fund (SVB #7483) transferred $350,000 to the Rothenberg Ventures LLC bank account (SVB #7429). Later, on that same day, the $742,577.41 was wire transferred to the First American Title Company.[23]
   (2) RVMC needs to return a total of $2.304 million to the 2015 Fund and $350,000 to the 2014 Fund (which Ms. McMillan refers to as "Fund 2") prior to the end of the year.
   (3) Ms. McMillan points out that the 2015 Fund has raised $12.82 million as of November 23, 2015. She believes that the "2015 Fees Taken" are $3.4 million. My analysis determined that the fees are actually much higher (~$6 million at November 23, 2015). Ms. McMillan realizes this error by the time of her December 17, 2015 email. Still, even at "$3.4 million," the "26.52%," in "2015 Fees Taken" are much greater than the 13.5% allowed in the 2015 Fund Management Agreement.

**December 17, 2015 Email**

84.   On December 17, 2015, Ms. McMillan emails Mr. Rothenberg with a subject "[Priority] Cash." The email describes the current cash position as well as the "VERY CONSERVATIVE Estimated Cash Needed" of approximately $98,000 after "pushing" over $200,000 to January 4th of the following year (2016). She also pointed that there was "$320k due week of 1/4, at least $220k due on 1/4."[24]

---

[22] Ibid.
[23] *See* WAM_001556 to WAM_0001618
[24] *See* US-FBI-005626 – US-FBI-005627.

85.   The December 17, 2015 email also includes the following information:

> "Raised to date – 2015 Fund: $13.17m
> Fees to date: $6.065"

Ms. McMillan also provided a schedule calculating permissible fees based on hypothetical total amounts raised for the 2015 Fund.  The first two lines of the schedule are:[25]

| Total Raise | Fees Allowed | Debt to Fund | Projected Cash Shortfall |
|---|---|---|---|
| 15,000,000 | 4,125,000 | (1,940,000) | (1,114,000) |
| 16,000,000 | 4,400,000 | (1,665,000) | (839,000) |

86.   Ms. McMillan is stating the following:

(1) As of December 17, 2015, the 2015 Fund had raised a total of $13.17 million from Outside Investors.
(2) The 2015 Fund had paid fees (management and administrative) to RVMC of $6.065 million.  I calculate the fees to be slightly higher (~$6.4 million).  The primary difference between my calculation and Ms. McMillan's calculation is a "loan" of $312,000 from the 2015 Fund to RVMC on November 30, 2015.  I am treating this money as a fee and I believe Ms. McMillan is treating the money as a loan and not including it as part of her "Fees to date" calculation.
(3) Even if the 2015 Fund were to raise another $1.83 million between December 17, 2015 and December 31, 2015 to get to $15 million (which it did not), the "Fees Allowed" (over the ten-year life of the 2015 Fund) would be $4.125 million.  $4,125,000/$15,000,000 is 27.5%.  27.5% is the total percentage that RVMC could earn in management and administrative fees over the ten-year life of the 2015 Fund.
(4) Ms. McMillan then calculated that even if the 2015 Fund raised $15 million by December 31, 2015, RVMC would still owe the 2015 Fund $1.94 million, since the 2015 Fund had already paid $6,065,000 in fees to RVMC ($6,065,000 - $4,125,000 = $1,940,000).[26]

**December 21, 2015 Email**

87.   On December 21, 2015 (5:57 PM), Mr. Rothenberg emailed Ms. McMillan and instructed her to "Move everything back to 1/4/16 that you can (even funding for portcos)" and he asked her to confirm all numbers and balances.[27]  Mr. Rothenberg asked Ms. McMillan to not make any cash payments including those due to Portfolio Companies until January 4, 2016.  Ms. McMillan replied, "Done…but this will be tough.  Currently 3 Rivers Co's outstanding who were due a check on 12/11."[28]

---

[25] Ibid.
[26] Ibid.
[27] *See* US-FBI-005628 – US-FBI-005629.
[28] Ibid.

88. Ms. McMillan, who was asked to confirm all numbers and balances, included the following information in her reply email:

"Current Cash:   Total: $205k

Raised to date – 2015 Fund: $13.17m
Fees to date: $6.065m

| Total Raise | 13.75% | 27.50% | Fees Already taken | Debt to Repay on 13.75% | Debt to Repay on 27.5% |
|---|---|---|---|---|---|
| 15,000,000 | 2,062,500 | 4,125,000 | 6,065,000 | 4,002,500 | 1,940,000 |
| 16,000,000 | 2,200,000 | 4,400,000 | 6,065,000 | 3,865,000 | 1,665,000 |
| 17,000,000 | 2,337,500 | 4,675,000 | 6,065,000 | 3,727,500 | 1,390,000 |
| [the schedule continues])" [29] | | | | | |

89. The above email makes it clear that Ms. McMillan and Mr. Rothenberg know that only $13.17 million was raised as of December 21, 2015, but that fees have been paid to RVMC totaling $6,065,000 ("Fees Already taken"). Further, Ms. McMillan and Mr. Rothenberg understand that actual fees earned for the 2015 Fund in 2015 were 13.75% (sic)[30] and that the 27.50% represents the fees to be earned over the ten-year life of the 2015 Fund.

90. At some point before 12:20 PM on December 23, 2015, Mr. Rothenberg and his finance team developed a potential plan to obtain a loan from SVB based on the amount of money RVMC could put into an escrow account prior to year-end.

**December 23, 2015 (12:20 PM) Email**

91. On December 23, 2015 (12:20 PM), Ms. McMillan emailed Mr. Rothenberg and provided the following information:

"Here is what it looks like as of today.  I think these are the steps that need to happen:
Steps
$3,65m goes into escrow account on 12/28
Bank loans Mgmt Co $3.65m on 12/29
Mgmt Co repays 2015 Fund $3.65m on 12/30

Fund ends year with cash balance of approximately $3.5m
Mgmt Co Ends year with $3.65m loan to SVB
On 1/4 2015 Fund pays Mgmt Co 2.43m of fees from escrow account.
On 1/4 2015 Mgmt Co repays SVB $2.43m of loan

---

[29] Ibid.
[30] The actual percentage owed for 2015 from the 2015 Fund is 13.50%, not 13.75%.  The small percentage difference is immaterial.

Here is how I got to these amounts:

| | |
|---|---|
| 13,170,000.00 | 2015 Fund as of 12/23/15 |
| 500,000.00 | 2016 Fund – Dolby |
| 625,000.00 | 2016 Fund – CY |
| 3,000,000.00 | 2016 Fund Archina (not received) |
| 1,000,000.00 | Reum (not received) |
| 50,000.00 | Natala (not received) |
| 18,345,000.00 | Total |
| | |
| 6,065,000.00 | Fees taken to date |
| 2,430,712.50 | Fees at 13.25% |
| 3,634,287.50 | Amount Overdrawn in 2015 on the 2015 Fund at 13.5% |
| 2,430,712.50 | 13.25% Fees to take in 2016 |
| 4,861,425.00 | Total 2015 Fund Fees |
| | |
| 1,203,575.00 | Remaining Debt" [31] |

92.   In the above email, Ms. McMillan is explaining how the potential cash from a SVB loan could be utilized to partially solve the current shortfall within the 2015 Fund as a result of RVMC taking $6,065,000 when only $1,777,950 (13.5% X $13,170,000) had been earned in 2015.

93.   Several calculations are provided below to assist in understanding Ms. McMillan's chart:

| | |
|---|---|
| 2015 Fund cash received in 2015 **+** 2016 Fund cash received in 2015 + Expected cash to be received from the 2015 Fund and the 2016 Fund in 2015 | $18,345,000 |
| Multiplied by Fee percentage they plan to take in 2015 | X   13.25% |
| Equals the fee they intend to take on the "2015 Fund" | $2,430,712.50 |

94.   The above calculation is problematic as it uses money intended for the 2016 Fund and collects a fee on it for the 2015 Fund.  The 2016 Fund earns a management and administrative fee of 2.5% of the invested capital each year, not the 13.5% up-front fee that the 2015 Fund earns.  The $18,345,000 includes money that has not yet been collected and some of which, $750,000 (from Reum, HCC Capital), was never ultimately collected.

| | |
|---|---|
| Fees taken to date from the 2015 Fund | $6,065,000.00 |
| Amount RVMC intends to use as fees for the 2015 Fund in 2015 | ($2,430,712.50) |
| Equals the amount the 2015 Fund has overpaid RVMC in 2015 (again this is based on a $18.345 million number that uses (1) the 2016 Fund money and (2) $4,050,000 of money that had not yet been received – and some of which was not received in calendar year 2015 or was never ultimately collected) | $3,634,287.50 |

95.   In the above calculation, Ms. McMillan points out that if RVMC uses 13.25% on the 2015 Fund money collected, and money collected for the 2016 Fund, and the money still waiting to be collected for the 2015 Fund and the 2016 Fund, RVMC would still owe the 2015 Fund $3,634,287.50.

---

[31] *See* US-FBI-005628.

| | | |
|---|---|---|
| Fees taken to date from the 2015 Fund | | $6,065,000.00 |
| Amount RVMC intends to use as fees for the 2015 Fund in 2015 | A | ($2,430,712.50) |
| Amount RVMC intends to use as fees for the 2015 Fund in 2016 | B | ($2,430,712.50) |
| Equals the amount still owed to the 2015 Fund due to the overpayment from the 2015 Fund to RVMC in 2015 | | $1,203,575.00 |

96.    Importantly, in this last calculation above, the 2015 Fund had already paid RVMC all ten years' worth of administrative fees (10% = 1% a year for ten years) in 2015.  The 2015 Fund also paid RVMC management fees for 2015 and 2016 in 2015 (1.75% for 2015 and 1.75% for 2016).  So, the line item highlighted in red above is particularly troubling for each of the following reasons:

   a)  It is once again based upon the $18.345 million that inappropriately includes money from the 2016 Fund (which has a lower fee structure) and money that has not yet been received (some of which was never received).
   b)  The 2015 Fund owes no fees to RVMC in the 2016 year.
   c)  All ten years' worth of administrative fees were collected and included in 2015 (signified by the Capital A above).  The line item in red proposes to collect ten years' worth of administrative fees for the 2015 Fund for a second time and to collect a management fee for 2016 for a second time (line B above).

97.    The two most important take-aways are as follows:

   (1)  Mr. Rothenberg was again informed, similar to the December 17 and December 21 emails, that as of December 23, 2015, the amount of money raised in the 2015 Fund was $13,170,000.
   (2)  Mr. Rothenberg was again informed, similar to the December 17 and December 21 emails, that as of December 23, 2015, RVMC has already taken and utilized $6,065,000 from the 2015 Fund, which Ms. McMillan pointed out was much greater than the amount the 2015 Fund was required to pay over its entire ten-year life.

**December 23, 2015 (5:08 PM) Email**

98.    On December 23, 2015 (5:08 PM PST / 6:08 PM MST), Mr. Rothenberg emailed Michelle Jandu and Jim Marshall at SVB with a subject "SVB LoC Secured by cash."  In the email, Mr. Rothenberg states:

   "Some of our LPS have paid some future management fees early and we want to deposit it in a separate account to leave it there for now, but allow the management company to draw on it (up to 95% or something)."[32]

99.    At this point, Ms. McMillan's emails from (1) December 17, (2) December 21, and (3) earlier in that day, December 23 (12:20 PM), were clear that the 2015 Fund had already paid RVMC more money than RVMC was due over the entire ten-year life of the 2015 Fund.  The management and administrative fees earned, $1,777,950 ($13,170,000 x 13.5%), as well as the additional fees taken (~ $4.287 million, based on Ms. McMillan's $6.065 million), had already been utilized.  Mr. Rothenberg and his senior finance team were in a problematic cash shortfall situation as demonstrated by these earlier emails and Mr. Rothenberg's instructions to Ms. McMillan to "Move everything" (meaning to move all payments to

---

[32] *See* SVB-0010008.

January 4, 2016), as well as the fact that Ms. McMillan pointed out some cash payments had been due as far back as December 11, 2015.

**December 28, 2015 Email from Mr. Rothenberg to SVB**

100.   On December 28, 2015 (12:22 PM), Mr. Rothenberg emails representatives at SVB and states:

> "I will check with Lynne, but I believe the amount of pre-funded fees is $5.192m and we would like to draw up to 95% of that cash ($4.93m) tomorrow.
>
> The calculation are $23.6m fund x 8 years prefunded fees x (1.75% mgmt fee/yr +1% admin fee/yr) = $5.192m"[33]

101.   On December 29, 2015, Jim Gardner at SVB asks Mr. Rothenberg if each of the following steps can occur:

> "Hi Mike,
>
> We're working to get the LOC setup. We will need your approval for a couple things in regards to the CMMA (Collateral Money Market Account).
>
> We need to transfer the good faith deposit of $4,250,000.00 from the account ending in -8782 to the account ending in -8931.
>
> Once that is complete we will be transferring the same $4,250,000.00 to the new CMMA that we are setting up.
>
> Email approval is sufficient to make the transfers on your behalf."[34]

102.   Mr. Rothenberg then approves the steps provided by Mr. Gardner:

> "Approved to move $4.25m as you outline below.  Thank you."[35]

103.   Above, Mr. Gardner from SVB asked Mr. Rothenberg to (1) approve the transfer of $4,250,000 of funds from "the account ending in -8782 (which is the 2015 Fund Sub Account (SVB #8782)) to "the account ending in -8931" which is the RVMC bank account (SVB #8931).  Mr. Gardner states that once that is complete, he would ask Mr. Rothenberg to further approve the "transferring of the same $4,250,000.00 to the new CMMA that we are setting up" (which turns out to be the Rothenberg Venture Management Company (RVMC) Collateral MM Account (SVB #8797)).

104.   As noted above, Mr. Rothenberg approves the transfers "as you outline below" and SVB executes the transfers exactly as the email had detailed.

---

[33] *See* SVB-0010005.
[34] *See* SVB-0009724.
[35] Ibid.

105. The SVB Loan documentation was signed on December 30, 2015.  The SVB Loan contained the following provisions:

> **"5.11 Use of Proceeds.**  Borrower shall use the proceeds of the Credit Extensions solely (a) as working capital and (b) to fund its general business requirements, and not for personal, family, household or agricultural purposes."

> Under definitions:
> **"'Availability Amount'** is the lesser of (a) the Revolving Line, or (b) the Borrowing Base, minus (c) the outstanding principal balance of any Advances.

> **'Borrowing Base'** is, as of the date an Advance is requested, ninety-five percent (95%) of the value of the Collateral as determined by Bank.

> **'Revolving Line'** is an Advance or Advances in an amount equal to Four Million Two Hundred Fifty Thousand Dollars ($4,250,000)."[36]

> On December 30, 2015, RVMC drew down $4 million of the "Availability Amount."

106. With respect to money raised within the 2015 Fund and the fees taken, Ms. McMillan's emails can be summarized as follows:

| Email Date | Amount of money raised in the 2015 Fund | "Fees Already taken" |
| --- | --- | --- |
| November 23, 2015 | $12.82 million | $3.4 million |
| December 17, 2015 | $13.17 million | $6.065 million |
| December 21, 2015 | $13.17 million | $6.065 million |
| December 23, 2015 | $13.17 million | $6.065 million |

107. In addition to the above information, Ms. McMillan sent Mr. Rothenberg a number of emails of fees earned from the 2015 Fund based on potential amounts of money raised.

108. **Question #2(a):** How much money was raised in the 2015 Fund in 2015?

109. **Answer to Question #2(a):** In my opinion, $12,926,094 was raised in the 2015 Fund in 2015.

110. **Question #2(b):** Based on the amount of money raised in 2015 for the 2015 Fund, how much did RVMC earn in management and administrative fees in 2015?

111. **Answer to Question #2(b):** In my opinion, RVMC earned $1,745,023 in management and administrative fees from the 2015 Fund in the calendar year 2015.[37]

---

[36] *See* SEC-DOJ-EPROD-000069254 – SEC-DOJ-EPROD-000069283.

[37] *See* SVB #3208 bank statements, January 1, 2015 through December 31, 2015 and SVB #8931 bank statements, January 1, 2015 through December 31, 2015.

US-GTF-000025

112.    The 2015 Fund Management Agreement[38] provided for two fees to be paid to RVMC.  The first fee was a management fee at 1.75% a year.  The 2015 Fund Management Agreement provided for RVMC to receive the first two years of management fees (2015 and 2016) in its first year (2015).  As such, the 2015 Fund was required to pay 3.5% (1.75% + 1.75%) in management fees in 2015.  The 2015 Fund Management Agreement also provided for RVMC to be paid all ten years' worth (2015 through 2024) of administrative fees (1% a year) in the first year.  So, the 2015 Fund was required to pay 13.5% (3.5% in management fees and 10% in administrative fees) in the 2015 calendar year on all investment money collected for the 2015 fund.

| Month in Calendar Year 2015 | # of Investors | Amount Raised from Investors | Percentage Earned | Amount Earned in Month | Cumulative Amount Earned in Year |
|---|---|---|---|---|---|
| January | 2 | $200,000 | 13.5% | $27,000 | $27,000 |
| February | 9 | $1,141,868 | 13.5% | $154,152 | $181,152 |
| March | 1 | $250,000 | 13.5% | $33,750 | $214,902 |
| April | 4 | $2,600,000 | 13.5% | $351,000 | $565,902 |
| May | 3 | $175,000 | 13.5% | $23,625 | $589,527 |
| June | 3 | $175,000 | 13.5% | $23,625 | $613,152 |
| July | 13 | $3,844,244 | 13.5% | $518,973 | $1,132,125 |
| August | 3 | $1,149,982 | 13.5% | $155,248 | $1,287,373 |
| September | 3 | $890,000 | 13.5% | $120,150 | $1,407,523 |
| October | 5 | $750,000 | 13.5% | $101,250 | $1,508,773 |
| November | 4 | $1,400,000 | 13.5% | $189,000 | $1,697,773 |
| December | 2 | $350,000 | 13.5% | $47,250 | **$1,745,023** |
| **TOTAL** | **52** | **$12,926,094** | | **$1,745,023** | |

113.    Three investors invested a total of $1,100,000 into the 2015 Fund in March and April of 2016[39].  In my analysis, I gave RVMC credit for the 2015 year in 2016 as a catch-up adjustment.

114.    **Question #3(a):** How much money was transferred from the 2015 Fund to RVMC in 2015?

115.    **Answer to Question #3(a):** In my opinion, RVMC took a total of $6,368,840 from the 2015 Fund in 2015.

116.    **Question #3(b):** How does the amount RVMC earned in management and administrative fees in 2015 from the 2015 Fund compare to the actual amounts of money transferred to RVMC from the 2015 Fund?

117.    **Answer to Question #3(b):**  In my opinion, RVMC took $4,623,817 ($6,368,840 - $1,745,023) more than had been earned from the 2015 Fund in 2015.

---

[38] See SEC-DOJ-EPROD-000000005 and SEC-DOJ-EPROD-000100090.
[39] *See* SVB #3208 bank statements, March 1, 2016 through April 30, 2016.

118.  The table below compares the amounts RVMC earned each month from the 2015 Fund based on the Outside Investors' investments versus the net amount of money transferred from the 2015 Fund to RVMC each month and in total.[40]

| Month | # of Investors | Amount raised | Percentage Earned | Amount Earned in Month | Cumulative Amount Earned in Year | Amount Paid from 2015 Fund to RVMC | Cumulative Amount Paid from 2015 Fund to RVMC | Over-payment Amount |
|---|---|---|---|---|---|---|---|---|
| Jan | 2 | $200,000 | 13.5% | $27,000 | $27,000 | $0 | $0 | |
| Feb | 9 | $1,141,868 | 13.5% | $154,152 | 1$81,152 | $348,955 | $348,955 | $167,803 |
| Mar | 1 | $250,000 | 13.5% | $33,750 | $214,902 | $24,955 | $373,910 | $159,008 |
| April | 4 | $2,600,000 | 13.5% | $351,000 | $565,902 | $2,020,000 | $2,393,910 | $1,828,008 |
| May | 3 | $175,000 | 13.5% | $23,625 | $589,527 | ($674,955) | $1,718,955 | $1,129,428 |
| June | 3 | $175,000 | 13.5% | $23,625 | $613,152 | $167,000 | $1,885,955 | $1,272,803 |
| July | 13 | $3,844,244 | 13.5% | $518,973 | $1,132,125 | $3,021,403 | $4,907,358 | $3,775,233 |
| Aug | 3 | $1,149,982 | 13.5% | $155,248 | $1,287,373 | $549,982 | $5,457,340 | $4,169,967 |
| Sept | 3 | $890,000 | 13.5% | $120,150 | $1,407,523 | $0 | $5,457,340 | $4,049,817 |
| Oct | 5 | $750,000 | 13.5% | $101,250 | $1,508,773 | $0 | $5,457,340 | $3,948,567 |
| Nov | 4 | $1,400,000 | 13.5% | $189,000 | $1,697,773 | $911,500 | $6,368,840 | $4,671,067 |
| Dec | 2 | $350,000 | 13.5% | $47,250 | **$1,745,023** | | $6,368,840 | $4,623,817 |
| **TOTAL** | **52** | **$12,926,094** | | **$1,745,023** | | | **$6,368,840** | |

119.  As the chart above details, $6,368,840 was transferred from the 2015 Fund to RVMC in the calendar year 2015.  When compared to the $1,745,023 in fees actually earned in that year, RVMC took $4,623,817 more than what had actually been earned through its Management Agreement.

120.  **Question #4:** How much would RVMC earn in management fees and administrative fees over the entire ten-year life of the 2015 Fund through its end date in 2024?

121.  **Answer to Question #4:** In my opinion, including the money raised in March and April of 2016 that Mr. Rothenberg and RVMC chose to include as 2015 Fund money, RVMC would earn $3,857,175.89 in management and administrative fees over the ten-year life of the 2015 Fund.

122.  Three Outside Investors invested a total of $1,100,000 that was accounted for within the Venture Capital Company's QuickBooks accounting software, not as investments into the 2016 Fund (which would earn a 2.50% management and administrative fee), but rather as investments into the 2015 Fund which earned a 13.5% composite management and administrative fee in the first year.[41]  As such, these three Outside Investors would pay 13.5% of their invested money (a total of $148,500) in the 2016 calendar year.  The composite chart is presented below:

---

[40] *See* SVB #3208 bank statements, January 1, 2015 through December 31, 2015 and SVB #8931 bank statements, January 1, 2015 through December 31, 2015.

[41] *See* SVB #3208 bank statements, March 1, 2016 through April 30, 2016.

US-GTF-000027

| Fee for the Year | Total Amount Collected in 2015 Fund | Mgmt Fee % | Management Fee Amount | Admin Fee % | Administrative Fee Amount | Total Amount |
|---|---|---|---|---|---|---|
| 2015 | $12,926,094 | 3.50% | $452,413.29 | 10.0% | $1,292,609.40 | $1,745,022.69 |
| 2016 | $12,926,094 | 0% | $0 | 0% | $0 | $0 |
| 2016 | $1,100,000 | 3.50% | $38,500.00 | 10.0% | $110,000.00 | $148,500.00 |
| 2017 | $14,026,094 | 1.75% | $245,456.65 | 0% | $0 | $245,456.65 |
| 2018 | $14,026,094 | 1.75% | $245,456.65 | 0% | $0 | $245,456.65 |
| 2019 | $14,026,094 | 1.75% | $245,456.65 | 0% | $0 | $245,456.65 |
| 2020 | $14,026,094 | 1.75% | $245,456.65 | 0% | $0 | $245,456.65 |
| 2021 | $14,026,094 | 1.75% | $245,456.65 | 0% | $0 | $245,456.65 |
| 2022 | $14,026,094 | 1.75% | $245,456.65 | 0% | $0 | $245,456.65 |
| 2023 | $14,026,094 | 1.75% | $245,456.65 | 0% | $0 | $245,456.65 |
| 2024 | $14,026,094 | 1.75% | $245,456.65 | 0% | $0 | $245,456.65 |
| **TOTAL** | | | **$2,454,566.49** | | **$1,402,609.40** | **$3,857,175.89** |

123.  As Ms. McMillan appropriately pointed out on several occasions (including the emails dated December 17, 2015, December 21, 2015 and December 23, 2015[42]), the "Fees Already taken" were much greater than what had been earned in 2015 and even much greater than what RVMC would earn over the 2015 Fund's ten-year life.

124.  In an email dated December 28, 2015 (12:22 PM), Mr. Rothenberg stated to Judy Lee and others at SVB the following:

> "I will check with Lynne, but I believe the amount of pre-funded fees is $5.192m and we would like to draw up to 95% of that cash ($4.93m) tomorrow.
>
> The calculations are: $23.6m fund X 8 years prefunded fees (1.75% mgmt. fee/yr + 1% admin fee/yr) = $5.192m.
> Thanks
> Mike"[43]

125.  **Question #5:** In a December 28, 2015 email, Mr. Rothenberg told representatives at SVB that the 2015 Fund raised $23.6 million. Had $23.6 million been raised in the 2015 Fund as of December 28, 2015?

126.  **Answer to Question #5:** In my opinion, as of December 28, 2015, the 2015 Fund had not raised $23.6 million from Outside Investors. On December 28, 2015, the 2015 Fund had raised $12,926,094.

127.  Ms. McMillan states in several emails in December 2015 that the 2015 Fund had raised $13.17 million. The approximately $244,000 difference from the amount I opined had been raised ($12,926,094) may arise from:
   (1)  Refunds: My calculation is net of refunds. There were three refunds from the 2015 Fund totaling $33,133. However, the refunds occurred in the 2015 calendar year and so they should not have any impact on the difference.
   (2)  Advances to RVMC: Some investors advanced money to the Venture Capital Company with the expectation that the money was an advance that would be repaid. I put advances in a separate

---

[42] *See* US-FBI-005623 – US-FBI-005625, US-FBI-005626 – US-FBI-005627 and US-FBI-005628 – US-FBI-005630.
[43] *See* SVB-0010005.

category (see my opinion 1(g) above).  The net advances in 2015 were $280,000, which, if Ms. McMillan treated those as part of the 2015 Fund, would largely explain the difference in our amounts.

128.    Ms. McMillan's email to Mr. Rothenberg was clear about the money raised in the 2015 Fund.  As a result, the following are known:

    (1) Mr. Rothenberg knew on December 28, 2015 that the 2015 Fund had raised, at most, $13.17 million.

    (2) Mr. Rothenberg's representation that $23.6 million had been raised in the 2015 Fund to representatives at SVB is over $10.4 million (79%) greater than the $13.17 million Ms. McMillan stated had actually been raised in the 2015 Fund.

    (3) Even in RVMC's own calculation, which (1) inappropriately includes $4.125 million of money from the 2016 Fund ($3 million of which was not received until December 28, 2015, the date of Mr. Rothenberg's email to SVB) and (2) other money that was expected to be collected ($750,000 of which was never collected), this calculation only results in a total of $18.345 million.

    (4) The representation of $23.6 million to representatives at SVB is $5.255 million greater than the $18.345 million calculation.

    (5) As of December 28, 2015, using Ms. McMillan's figures, RVMC had taken $2,443,250 more from the 2015 Fund in its first year than the 2015 Fund was required to pay over its entire ten-year life.  ($6,065,000[44] (of "Fees taken to date"[45]) - $3,621,750 (Fees earned over the lifetime of $13,170,000[46] X 27.5%[47]) = $2,443,250.)

129.    **Question #6:** In the same December 28, 2015 email, Mr. Rothenberg told representatives at SVB that Outside Investors had prefunded eight years of management and administrative fees.  Had Outside Investors prefunded eight years of management and administrative fees?

130.    **Answer to Question #6:**  In my opinion, Outside Investors had not prefunded eight years of management and administrative fees.  First, the calculation includes eight years of administrative fees as prefunded (8 years multiplied by 1% a year).  The Management Agreement stated that all ten years' worth of administrative fees were to be paid in the first year.  As a result, those administrative fees had already been paid to RVMC and utilized. The inclusion of an 8% administrative fee as prefunded and available to be put into a collateral account is incorrect as it would allow for a double counting of administrative fees that had already been earned, taken and utilized.

131.    Second, the December 23 email states, "Some of our LPs have paid some future management fees early" and the December 28 email states, "8 years prefunded fees (1.75% mgmt. fee/yr + 1% admin fee/yr)." The concept that limited partners ("LPs"), who are defined as Outside Investors in this report, "have paid some future management fees early" distorts the facts as to how fees are earned and paid pursuant to the Rothenberg Investor Funds' Management Agreements.

---

[44] *See* US-FBI-005628.

[45] Ibid.

[46] Ibid.

[47] *See* Amended and Restated Operating Agreement of Rothenberg Ventures 2015 Fund, LLC A Delaware Limited Liability Company dated March __, 2015.

132.   Outside Investors invested their money into the 2015 Fund.  Once an Outside Investor's money was received, RVMC had control of the money and was expected to invest the money into Portfolio Companies, after the 2015 Fund paid RVMC two years' worth of management fees (for 2015 and 2016) and ten years' worth of administrative fees for the 2015 Fund's ten-year life (2015 to 2024).  The concept that "some of our LPs paid some future management fees early" was misleading, in that it implied the Outside Investors took proactive action to pay fees before they were due.  I have not seen any evidence to suggest that any Outside Investor told Mr. Rothenberg to take investment money intended for a Portfolio Company and instead pay "some future management fees early."

**Section 2 of 6: THE $4 MILLION LOAN FROM SVB: An assessment of the $4.25 million used as collateral for the $4 million loan.**

133.   As was discussed in Section 1 of 6, RVMC needed cash near the end of 2015 to replace the missing cash in the 2014 and 2015 Funds.  In Ms. McMillan's December 21, 2015 email reply to Mr. Rothenberg in which he had asked her to confirm all "numbers and balances," Ms. McMillan states:

"Current Cash: Total: $205k."[48]

134.   Nonetheless, RVMC was able to put $4.25 million into the RVMC Collateral Money Market Account on December 29, 2015, as a required condition prior to the receipt of the $4 million loan on December 30, 2015.

135.   **Question #7:** What were the sources of cash RVMC utilized to fund the RVMC Collateral Money Market Account (SVB #8797) maintained at SVB?

136.   **Answer to Question #7:**  In my opinion, the $4.25 million was funded from the following sources:

| Source of Cash for the $4.25 million Collateral Money Market Account ("MMA") | Ref | Amount of Money Sourced into the Collateral MMA | Date of Transfer to RVMC (SVB #8931) | Date of Transfer to the 2016 Feeder Fund (SVB #0574) | Date of Transfer to the 2015 Fund (SVB #3208)[49] | Date of Transfer to the 2015 Fund Sub Account (SVB #8782)[50] |
|---|---|---|---|---|---|---|
| CY Capital Limited | (1) | $534,487 | | 12/24/15[51] | 12/24/15 | 12/24/15 |
| 2014 Fund | (2) | $840,000 | 12/24/15[52] | | 12/24/15 | 12/24/15 |
| 2013 Fund | (3) | $500,000 | 12/24/15[53] | | 12/24/15 | 12/24/15 |
| Natala Menezes | (4) | $100,000 | | | 12/24/15 | 12/24/15 12/28/15 |
| ARChina Capital Fund I LP | (5) | $2,275,513 | | 12/28/15[54] | 12/28/15 | 12/28/15 |
| **TOTAL** | | **$4,250,000** | | | | |

[48] *See* US-FBI-005629.

[49] For transfers in this column see SVB #3208 bank statement for the month of December 2015.

[50] For transfers in this column see SVB #8782 bank statement for the month of December 2015.

[51] *See* SVB #0574 bank statement for the month of December 2015.

[52] *See* SVB #8931 bank statement for the month of December 2015.

[53] Ibid.

[54] *See* SVB #0574 bank statement for the month of December 2015.

(1) $534,487 of CY Capital Limited's $625,000 was transferred from the 2015 Fund to the 2015 Sub Account.  Initially, on 12/24/15, the entire $625,000 was transferred to the 2015 Fund Sub Account (SVB #8782), but when $1,228,000 was returned to the 2015 Fund (SVB #3208) on 12/28/15, the early investment money under a FIFO methodology was considered as transferred back to the 2015 Fund and that included $90,513 from CY Capital.

(2) RVMC's bank statement (SVB #8931) reflects the receipt from the 2014 Fund prior to the receipt of the money from the 2013 Fund.  As such, the entire $840,000 from the 2014 Fund will be counted as part of the $1,340,000 transfer from RVMC to the 2015 Fund (SVB #3208).

(3) $500,000 of the $540,000 transferred from the 2013 Fund to RVMC was included as part of the $1,340,000 transfer from RVMC to the 2015 Fund (SVB #3208).

(4) On 12/24/15, Natala Menezes wire transferred $100,000 directly to the 2015 Fund (SVB #3208). At the time of her transfer, the 2015 Fund bank account was in an overdraft position (*i.e.*, it had a negative balance) of $97,512.72.

(5) On 12/28/15, ARChina Capital Fund I LP ("ARChina") invested $3,000,000 into the 2016 Feeder Fund (SVB #0574).  Also, on 12/28/15, the $3,000,000 was transferred to the 2015 Fund (SVB #3208). Also, on December 28, 2015, $2,275,513 (of the $2,278,000 transfer, with the remaining $2,487 being from Natala Menezes) of ARChina's investment money was transferred from the 2015 Fund into the 2015 Sub-Fund (SVB #8782).

*The above is a summary chart for the cash tracing activities leading up to the funding of the RVMC Collateral MM Account (SVB #8797).  The detailed transaction tracing and analysis are located at Appendix I, entitled "The detailed cash tracing activities leading up to the funding of the RVMC Collateral MM Account (SVB #8797)."  Instructions on how to best navigate the supporting detailed charts are provided just before Appendix I.*

### Source of the $4.25 Million Collateral for the $4 Million Silicon Valley Bank Loan



### CY Capital Limited's ("CY Capital") investment of $625,000 into the 2016 Fund

137. On December 24, 2015, CY Capital wire transferred $625,000 to 2016 Feeder Fund bank account (SVB #0574).

138. **Question #8(a):** Was CY Capital's $625,000 invested into Portfolio Companies of the 2016 Fund?

139. **Answer to Question #8(a):**  In my opinion, none (*i.e.*, $0) of CY Capital's $625,000 was invested in Portfolio Companies of the 2016 Fund.

140. **Question #8(b):** If not all of CY Capital's $625,000 was invested into Portfolio Companies of the 2016 Fund, how was the $625,000 utilized?

141. **Answer to Question #8(b):** In my opinion, CY Capital's $625,000 was utilized as follows:

**Venture Capital Company activities**

| Description of utilization | Amount |
|---|---|
| Investments in Portfolio Companies | $0 |
| Distributions to Outside Investors | $0 |
| RVMC Operating and Fund expenditures | $0 |
| Money maintained at Collateral MM Account at (SVB #8797) | $534,487 |
| **Total Venture Capital Company activities** | **$534,487** |

| | |
|---|---|
| **Total payments made from Mr. Rothenberg's personal accounts** | **$90,513** |

**Other Rothenberg Entity expenditures**

| Description of utilization | Amount |
|---|---|
| Other Rothenberg Entity – River Studios expenditures | $0 |
| Other Rothenberg Entity expenditures | $0 |
| **Total Other Rothenberg Entity expenditures** | **$0** |

| | |
|---|---|
| **TOTAL OF THE THREE CATEGORIES ABOVE** | **$625,000** |

142. On December 24, 2015, CY Capital wire transferred $625,000 to the Rothenberg Ventures 2016 Feeder Fund (SVB #0574), an account that had a $0 balance prior to the CY Capital wire transfer (the Dolby Family Ventures LP's $500,000 investment had already been transferred to the 2015 Fund (SVB #3208) earlier that day). On that same day, December 24, 2015, CY Capital's $625,000 was transferred from Rothenberg Ventures 2016 Feeder Fund (SVB #0574) to the 2015 Fund (SVB #3208).

143. On December 24, 2015, $1.6 million was transferred from the 2015 Fund (SVB #3208) to the 2015 Fund Sub Account (SVB #8782). However, on December 28, 2015, based on bank statement records, the 2015 Sub Account transferred $1,228,000 back to the 2015 Fund (SVB #3208), the last $90,513 of which came from CY Capital's $625,000 investment money, using a FIFO methodology.[55]

144. On December 29, 2015, the 2015 Fund Sub Account (SVB #8782) transferred $4.25 million (including $534,487 of CY Capital's investment money) to RVMC (SVB #8931). The money was then transferred to the RVMC Collateral MM Account (SVB #8797) to act as collateral for the revolving line of credit that Mr. Rothenberg and RVMC intended to and did take a $4 million loan out on that day.[56]

145. On January 4, 2016, the remaining $90,513 of CY Capital's investment was transferred from the 2015 Fund (SVB #3208) to RVMC (SVB #8931) as part of a $1,105,096 payment of management and administrative fees for the 2016 year.[57] The $90,513 was then transferred to Mr. Rothenberg's personal

---

[55] *See* SVB #8782 bank statement for the month of December 2015 and SVB #3208 bank statement for the month of December 2015.

[56] *See* SVB #8782 bank statement for the month of December 2015, SVB #8931 bank statement for the month of December 2015 and SVB #8797 bank statement for the month of December 2015.

[57] *See* SVB #3208 bank statement for the month of January 2016, SVB #8931 bank statement for the month of January 2016, and BofA #2573 bank statements for January 2016 and February 2016.

bank account (BofA #2573) where it was utilized to make payments on expenditures from Mr. Rothenberg's personal bank account between January 4, 2016 and February 4, 2016.

**The $840,000 transfer from the 2014 Fund**

146.    On December 24, 2015, the 2014 Fund (SVB #7483) transferred $840,000 to RVMC (SVB #8931), which was then transferred as part of a $1.34 million transfer to the 2015 Fund (SVB #3208).  A summary of the source of the $840,000 is provided below:

| Date | Ref | Description | Transaction Amount | Account Balance |
|------|-----|-------------|--------------------|-----------------|
| 10/1/15 | | Opening balance | | $53,027 |
| 10/19/15 | (1) | Portfolio Company Exit | $528,984 | $582,011 |
| 10/28/15 | (2) | Transfer to SVB #7429 | ($350,000) | $232,011 |
| 11/30/15 | (3) | Transfer to SVB #8931 | ($200,000) | $32,011 |
| 12/8/15 | (4) | Transfer from SVB #8931 | $550,000 | $582,011 |
| 12/14/15 – 12/15/15 | (5) | Portfolio Company Exit | $264,585 | $846,596 |
| 12/24/15 | (6) | Transfer to SVB #8931 | ($840,000) | $6,596 |

(1)  On 10/19/15, the 2014 Fund received $528,984 from an Exit in Hello Giggles, a Portfolio Company.
(2)  On 10/28/15, $350,000 was transferred from the 2014 Fund (SVB #7483) to Rothenberg Ventures LLC (SVB #7429) and utilized as part of a $742,577 payment to First American Title Company in connection with the purchase of the 1062 Folsom property.
(3)  On 11/30/15, $200,000 was transferred from the 2014 Fund to RVMC (SVB #8931).
(4)  On 12/8/15, $550,000 was transferred from RVMC to the 2014 Fund (SVB #7483).  The $550,000 can be linked back to $50,000 (on 11/30/15), $200,000 (on 11/30/15) and $300,0000 (on 12/8/15) received from the 2015 Fund (SVB #3208), 2014 Fund (SVB #7483), and River Studios (SVB #9185), respectively.
(5)  On 12/14/15 and 12/15/15, the 2014 Fund (SVB #7483) received $264,585 from the Exit in Pioneer Works, a Portfolio Company, whose shares were sold to four different entities.
(6)  On 12/24/15, $840,000 was transferred from the 2014 Fund (SVB #7483) to RVMC (SVB #8931).  On that same day, the $840,000 was included as part of a $1,340,000 transfer to the 2015 Fund (SVB #3208).

**The $540,000 transfer from the 2013 Fund**

147.    On December 24, 2015, the 2013 Fund transferred $540,000 to RVMC (SVB #8931), and then $500,000 of this money was transferred as part of a $1.34 million transfer to the 2015 Fund (SVB #3208).  A summary of the source of the $540,000 is provided below:

| Date | Ref | Description | Transaction Amount | Account Balance |
|------|-----|-------------|--------------------|-----------------|
| 10/1/15 | | Opening balance | | $22,704 |
| 10/19/15 | (1) | Portfolio Company Exit | $519,099 | $541,803 |
| 11/24/15 - 12/9/15 | (2) | Check #156 and 157 | ($1,165) | $540,638 |
| 12/24/15 | (3) | Transfer to RVMC (SVB #8931) | ($540,000) | $638 |

(1)  On 10/19/15, the 2013 Fund (SVB #2623) received $519,099 from an Exit in One-Page Company, Inc., a Portfolio Company.  The $519,099 represents the vast majority (96.1%) of the $540,000 payment.

    (2)   Between 11/24/15 and 12/9/15, two checks totaling $1,165 were written to cover operating expenditures.
    (3)   On December 24, 2015, $540,000 was transferred from the 2013 Fund (SVB #2623) to RVMC (SVB #8931).  On that same day, $500,000 of the $540,000 was included as part of a $1,340,000 transfer to the 2015 Fund (SVB #3208).

## Natala Menezes' investment of $100,000 into the 2015 Fund

148.    On December 24, 2015, Natala Menezes wire transferred $100,000 directly into the 2015 Fund bank account (SVB #3208).

149.    **Questions #9(a):** Was Natala Menezes' $100,000 invested into Portfolio Companies of the 2015 Fund?

150.    **Answer to Question #9(a):** In my opinion, none (*i.e.*, $0) of Natala Menezes' $100,000 was invested into Portfolio Companies of the 2015 Fund.

151.    **Question #9(b):**  If not all of Natala Menezes' $100,000 was invested into Portfolio Companies of the 2015 Fund, how was the $100,000 utilized?

152.    **Answer to Question #9(b):** In my opinion, all of Natala Menezes' $100,000 was used as part of the $4.25 million of collateral money in the RVMC Collateral MM Account (SVB #8797).

**Venture Capital Company activities**

| Description of utilization | Amount |
|---|---|
| Investments in Portfolio Companies | $0 |
| Distributions to Outside Investors | $0 |
| RVMC Operating and Fund expenditures | $0 |
| Money maintained at Collateral MM Account at SVB (SVB #8797) | $100,000 |
| **Total Venture Capital Company activities** | **$100,000** |

| | |
|---|---|
| **Total payments made from Mr. Rothenberg's personal accounts** | **$0** |

**Other Rothenberg Entity expenditures**

| Description of utilization | Amount |
|---|---|
| Other Rothenberg Entity – River Studios expenditures | $0 |
| Other Rothenberg Entity expenditures | $0 |
| **Total Other Rothenberg Entity expenditures** | **$0** |

| | |
|---|---|
| **TOTAL OF THE THREE CATEGORIES ABOVE** | **$100,000** |

153.    On December 24, 2015, Natala Menezes invested $100,000 directly into the 2015 Fund (SVB #3208). At the time her investment posted, the 2015 Fund was overdrawn (*i.e.*, the bank account had a negative balance) by $97,513 because a $1.6 million transfer from that account had been made earlier in that day to the 2015 Fund Sub Account (SVB #8782).  As such, $97,513 of her $100,000 investment can be traced to the 2015 Fund Sub Account (SVB #8782), leaving $2,487 of her $100,000 in the 2015 Fund (SVB #3208).[58]

---

[58] *See* SVB #3208 bank statement for the month of December 2015 and SVB #8782 bank statement for the month of December 2015.

154.   On December 28, 2015, the 2015 Fund (SVB #3208) transferred $2,278,000 to the 2015 Fund Sub Account (SVB #8782)[59] (the first $2,487 of which is the final piece of Natala Menezes' $100,000 investment).

155.   On December 29, 2015, the 2015 Fund Sub Account (SVB #8782) transferred $4.25 million (including Natala Menezes' $100,000) to RVMC (SVB #8931), and then RVMC transferred $4.25 million into the RVMC Collateral MM Account (SVB #8797).[60]

**ARChina Capital Fund I LP's $3 million initial investment into the 2016 Fund**

156.   On December 28, 2015, ARChina Capital Fund I LP wire transferred $3,000,000 into the 2016 Feeder Fund (SVB #0574) to be invested into Portfolio Companies of the 2016 Fund.

157.   **Question #10(a):** Was ARChina's $3,000,000 invested into Portfolio Companies of the 2016 Fund?

158.   **Answer to Question #10(a):** In my opinion, none (*i.e.*, $0) of ARChina's $3,000,000 was invested in Portfolio Companies of the 2016 Fund.

159.   **Question #10(b):** If not all of ARChina's $3,000,000 was invested into Portfolio Companies of the 2016 Fund, how was the $3,000,000 utilized?

160.   **Answer to Question #10(b):** In my opinion, ARChina's $3,000,000 was utilized as follows:

**Venture Capital Company activities**

| Description of utilization | Amount |
|---|---|
| Investments in Portfolio Companies (2015 Fund, not 2016 Fund) | $724,487 |
| Distributions to Outside Investors | $0 |
| RVMC Operating and Fund expenditures | $0 |
| Money maintained at Collateral MM Account at SVB (SVB #8797) | $2,275,513 |
| **Total Venture Capital Company activities** | **$3,000,000** |

| | |
|---|---|
| **Total payments made from Mr. Rothenberg's personal accounts** | **$0** |

**Other Rothenberg Entity expenditures**

| Description of utilization | Amount |
|---|---|
| Other Rothenberg Entity – River Studios expenditures | $0 |
| Other Rothenberg Entity expenditures | $0 |
| **Total Other Rothenberg Entity expenditures** | **$0** |

| | |
|---|---|
| **TOTAL OF THE THREE CATEGORIES ABOVE** | **$3,000,000** |

161.   On December 28, 2015, ARChina wire transferred $3,000,000 to the 2016 Feeder Fund bank account (SVB #0574). Also, on December 28, 2015, the $3,000,000 was transferred from the 2016 Feeder Fund to the 2015 Fund (SVB #3208), which at the time had a cash balance of only $2,487 (the remaining piece of Natala Menezes' $100,000). Also, on December 28, 2015, $2,275,513 of ARChina's

---

[59] Ibid.

[60] *See* SVB #8782 bank statement for the month of December 2015, SVB #8931 bank statement for the month of December 2015 and SVB #8797 bank statement for the month of December 2015.

investment was transferred into the 2015 Fund Sub Account (SVB #8782), which was ultimately included as part of the $4.25 million that was transferred on December 29, 2015 to RVMC (SVB #8931). That money was then transferred to the RVMC Collateral MM Account (SVB #8797).[61]

162.  The December 28, 2015 transfer of $2,275,513 left $724,487 of ARChina's investment still within the 2015 Fund (SVB #3208).  This was the only money within the bank account (*i.e.*, on a FIFO basis it will be the first money to leave) until the 2015 Fund Sub Account (SVB #8782) sent back $1,228,000 to the 2015 Fund (SVB #3208) later on that day.  On December 29, 2015, the 2015 Fund invested $900,000 (including ARChina's $724,487) into six Portfolio Companies of the 2015 Fund.[62]

163.  Later, a dispute arose with ARChina and, ultimately, a large portion of its investment was returned to ARChina in July 2016.  In addition to ARChina's initial $3,000,000 investment on December 28, 2015, on January 20, 2016, ARChina wire transferred another $250,000 to a different 2016 Feeder Fund (SVB #0555).[63]

164.  For purposes of the dispute, I am going to assume that when ARChina sent the additional $250,000 to a different 2016 Feeder Fund (SVB #0555), ARChina believed it was a different fund because Amy Huang at ARChina only brings up the $3,000,000 in the email correspondence quoted below.

165.  According to an email from Ms. Huang at ARChina to Mr. Rothenberg, ARChina and Mr. Rothenberg had a side letter agreement that ARChina's investment in any of the Rothenberg Investor Funds could not exceed 10% of that fund's total contributed capital.[64]

166.  To provide context for the rest of the dispute between ARChina and Mr. Rothenberg, a summary of the money raised within the 2016 Fund is included below.[65]  Certain rows, dates and amounts are highlighted in red so that it will be easier for the reader to identify them when I refer to them in paragraphs shortly after the chart.

| Investor | Account Receiving the Deposit | Date of Deposit | Amount of Deposit | Cumulative Money Raised |
|---|---|---|---|---|
| Dolby Family Ventures LP | SVB #0574 | 12/17/2015 | $500,000 | $500,000 |
| CY Capital Limited | SVB #0574 | 12/24/2015 | $625,000 | $1,125,000 |
| ARChina Capital Fund I LP | SVB #0574 | 12/28/2015 | $3,000,000 | $4,125,000 |
| Andrew Nash-Webber | SVB #0574 | 1/20/2016 | $175,000 | $4,300,000 |
| ARChina Capital Fund I LP | SVB #0555 | 1/20/2016 | $250,000 | $4,550,000 |
| CY Capital Limited | SVB #0555 | 2/23/2016 | $31,250 | $4,581,250 |
| WS Investment Co | SVB #0815 | 3/31/2016 | $130,000 | $4,711,250 |
| Jeff Hall Seibert Jr TTEE | SVB #0815 | 4/1/2016 | $100,000 | $4,811,250 |
| SMBC Trust Bank LTD | SVB #0815 | 4/18/2016 | $3,000,000 | $7,811,250 |
| ST James S P Mark Ventures LP | SVB #0815 | 4/20/2016 | $300,000 | $8,111,250 |
| Ronald P Goldberg | SVB #0815 | 4/21-25/2016 | $222,728 | $8,333,978 |

---

[61] *See* SVB #0574 bank statement for the month of December 2015, SVB #3208 bank statement for the month of December 2015, SVB #8782 bank statement for the month of December 2015, SVB #8931 for the month of December 2015 and SVB #8797 for the month of December 2015.

[62] *See* SVB #3208 bank statement for the month of December 2015 and SVB #8782 bank statement for the month of December 2015.

[63] *See* SVB #0555 bank statement for the month of January 2016.

[64] *See* SEC-DOJ-EPROD-000052349.

[65] *See* SVB #0574 bank statements for the months December 2015, January 2016, July 2016, and April 2017, SVB #0555 bank statements for the months of January 2016 and February 2016, SVB #0815 bank statements for the months of March 2016 through July 2016, SVB #0460 bank statement for the month of April 2016.

US-GTF-000036

| Darrin Woo | SVB #0460 | 4/25/2016 | $300,000 | $8,633,978 |
|---|---|---|---|---|
| Austin RV Fund IV LLC | SVB #0815 | 4/28/2016 | $150,000 | $8,783,978 |
| Brandon C Farwell Designated Bene P | SVB #0815 | 4/28/2016 | $250,000 | $9,033,978 |
| G Nicholas Farwell | SVB #0815 | 4/28/2016 | $250,000 | $9,283,978 |
| Michael J Kelly | SVB #0815 | 4/28/2016 | $250,000 | $9,533,978 |
| Geoffrey Rehnert | SVB #0815 | 5/2/2016 | $412,687 | $9,946,665 |
| SC-NGU LLC Ronnie Lott Kids 42 Investments | SVB #0815 | 5/4/2016 | $25,000 | $9,971,665 |
| **The Murarka Family Trust** | **SVB #0815** | **5/5/2016** | **$50,000** | **$10,021,665** |
| Pilot Grove Management LLC | SVB #0815 | 6/13/2016 | $600,000 | $10,621,665 |
| Lu Jianfeng | SVB #0815 | 6/14/2016 | $600,000 | $11,221,665 |
| Michael Shea Castleman | SVB #0815 | 6/30/2016 | $250,000 | $11,471,665 |
| Korea Investment Partners Co LTE | SVB #0574 | 7/27/2016 | $1,800,000 | $13,271,665 |
| Rich Dynasty LTD | SVB #0815 | 7/27/2016 | $900,000 | $14,171,665 |
| ARChina Capital Fund I LP | SVB #0574 | 7/27/2016 | ($2,017,500) | $12,154,165 |
| CY Capital Limited | SVB #0574 | 4/3/2017 | $343,750 | $12,497,915 |

167.   The following is an email from Amy Huang at ARChina to Mr. Rothenberg:

> **From:** Amy Huang <amy@archinacapital.com>
> **Sent:** Tuesday, May 10, 2016 10:42 AM
> **To:** Mike Rothenberg <mike@rothenbergventures.com>
> **Cc:** Geoff Rapoport <geoff@rothenbergventures.com>
> **Subject:** Re: Rothenberg Ventures Co-Investment / Kespry Follow-up
>
> Mike,
>
> My comments are below (blue).
> …
> We can't be over 10% of any given fund.  If you only have $17mm hard closed as of today and we have $3mm in the fund, that would be breaching this clause.  What we can do is to have RV wire back $1.3mm instead of $2mm, as this will be based on the current RV's SEC filing status as opposed to previously agreed 3/31/2016 reference date.   To make the deal even better for you, we can waive the 300bps additional interest on top of LIBOR and only charge LIBOR plus zero on the $1.3mm (after all, this is an opportunity cost to the LPs of ARChina).
>
> Below is what we have agreed on in the side letter, as you remember.
>
> 1) 12/23/15 - ARChina wires $3m
> 2)3/31/16 - If the fund is less than $30m, the fund wires back the amount of funds that make Archina's ownership 10%.  Funds returned will receive LIBOR + 300 bp interest. [interest starts accruing from the date RV receives our funding, which is 12/23/2015 and we still haven't received the return of capital, which is over $2mm, since RV closed ~$10mm]
> 3)February 2017 - ARChina wires $2m if the fund is at least $50m.  If the fund is less than $50m, Archina wires the amount (up to $5m total) that makes ownership 10%."[66]

---

[66] *See* SEC-DOJ-EPROD-000052349.

168.  On May 10, 2016, Ms. Huang references what had been agreed to in a side letter which states that on "3/31/16 - If the fund is less than $30m, the fund wires back the amount of funds that make ARChina's ownership 10%." At March 31, 2016, the 2016 Fund had raised a total of $4,711,250, the majority of which was ARChina's $3,250,000 (See chart at par. 166 above). In order to be in compliance with the side letter agreement, Mr. Rothenberg would need to wire ARChina $2,837,639 of its $3,000,000 investment. At that point, ARChina would invest $162,361 in a total fund of $1,623,611. Ms. Huang added a comment ("since RV closed ~10mm") in blue where she believed Mr. Rothenberg and RVMC had raised approximately $10 million as of March 31, 2016.

| Description | Amounts |
|---|---|
| All money excluding AR China at March 31, 2016 ($4,711,250 – ARChina's $3,250,000) | $1,461,250 |
| Divide by 90% equals total 2016 Fund amount including ARChina as a 10% investor | $1,623,611 |
| ARChina's 10% of the total 2016 Fund at March 31, 2016 | $162,361 |

| Description | Amounts |
|---|---|
| ARChina's initial investment (only) on December 23,2015 | $3,000,000 |
| ARChina's 10% on March 31, 2016 | ($162,361) |
| Additional investment above 10% at March 31, 2016 | $2,837,639 |

169.  In the May 10, 2016 email, after Mr. Rothenberg emailed Ms. Huang with the suggestion that ARChina leave the $3 million in the 2016 Fund and then settle up in February 2017, Ms. Huang replied back later that same day: "We can't be over 10% of any given fund. If you only have $17mm hard closed as of today and we have $3mm in the fund, that would be breaching this clause. What we can do is to have RV wire back $1.3mm instead of $2mm."[67] Again, Ms. Huang was under the impression that Mr. Rothenberg and RVMC had raised "$17mm hard close as of today" in the 2016 Fund, and thus she requested that Mr. Rothenberg wire ARChina $1.3 million leaving $1.7 million in the 2016 Fund (10% of the $17 million she believed was in the 2016 Fund). However, at May 10, 2016, only $10,021,665 had been raised (of which $3,250,000 was raised from ARChina).

170.  Had she known the actual money raised through May 10, 2016, I assume, in keeping with the side letter, Ms. Huang would have requested a wire transfer refund of $2,247,593.

| Description | Amounts |
|---|---|
| All money excluding ARChina ($10,021,665 – ARChina's $3,250,000) | $6,771,665 |
| Divide by 90% equals total 2016 Fund amount including ARChina as a 10% investor | $7,524,072 |
| ARChina's 10% in the total 2016 Fund at May 31, 2016 | $752,407 |

| Description | Amounts |
|---|---|
| ARChina's initial investment on December 23, 2015 | $3,000,000 |
| Less: ARChina's 10% on May 31, 2016 | ($752,407) |
| Additional investment above 10% at May 31, 2016 | $2,247,593 |

171.  **Question #11:** In July 2016, ARChina was refunded $2,017,500 of the money it had invested. What were the sources of cash RVMC utilized to refund ARChina a portion of its investment?

---

[67] *See* SEC-DOJ-EPROD-000052349.

US-GTF-000038

172.  **Answer to Question #11:** In my opinion, the money utilized to refund ARChina's $2,017,500 came from two sources:

| Source | Amounts |
|---|---|
| Korea Investment Partners Co Lte | $1,800,000 |
| Rich Dynasty Ltd. | $217,500 |
| **Total** | **$2,017,500** |

173.  The activity in the bank accounts utilized to refund ARChina's money was as follows:

| Date | Ref | 2015 Fund (SVB #3208)[68] | 2016 Feeder Fund (SVB #0574)[69] | Balance in 2016 Feeder Fund (SVB #0574)[70] |
|---|---|---|---|---|
| Balance | (1) | $0 | $0 | $0 |
| 7/27/16 | (2) | $900,000 | $0 | $0 |
| 7/27/16 | (3) | ($217,500) | $217,500 | $217,500 |
| 7/27/16 | (4) | ($400,000) | $400,000 | $617,500 |
| 7/27/16 | (5) | | $1,800,000 | $2,417,500 |
| 7/27/16 | (6) | | ($2,017,500) | $400,000 |
| 7/29/16 | (7) | | ($400,000) | $0 |

(1) The balance in both the 2015 Fund (SVB #3208) and the 2016 Feeder Fund (SVB #0574) was $0 prior to the activity on 7/27/16.
(2) On 7/27/16, Rich Dynasty Ltd. ("Rich Dynasty") invested $900,000 into the 2015 Fund (SVB #3208).
(3) Also, on 7/27/16, $217,500 of Rich Dynasty's investment money was transferred from the 2015 Fund to the 2016 Feeder Fund. The bank statement notes that the description accompanying the transfer is "**To wire to Archina**" (emphasis added).
(4) Also, on 7/27/16, another $400,000 of Rich Dynasty's investment money was transferred from the 2015 Fund to the 2016 Feeder Fund (SVB #0574). This transfer does not have any notations like the previous transfer.
(5) Also, on 7/27/16, Korea Investment Partners Co Lte wire transferred $1,800,000 directly into the 2016 Feeder Fund (SVB #0574).
(6) Also, on 7/27/16, $2,017,500 was wire transferred out to ARChina Capital Fund I L.P.
(7) On 7/29/16, the remaining $400,000 was invested in a Portfolio Company.

174.  As noted above, two separate transfers from Rich Dynasty's $900,000 investment were made on July 27, 2016 from the 2015 Fund into the 2016 Feeder Fund. The $217,500 transfer had a specific notation "To wire to Archina" (sic).[71] I believe there was a specific intent to utilize this $217,500 of Rich Dynasty's investment money with the $1.8 million from the Korea Investment Partners Co Lte to refund ARChina's $2,017,500, and I have treated it as such. I further point out that the second transfer of Rich Dynasty's investment money was for $400,000 and not the entire remaining balance of Rich Dynasty's investment money. That exact amount, $400,000, was invested in a Portfolio Company two days later on July 29, 2016,[72] which further supports the conclusion that money was targeted for that specific investment.

---

[68] For both the transfers in and out of cash in this column see SVB #3208 bank statement for the month of July 2016.
[69] For both the transfers in and out of cash in this column see SVB #0574 bank statement for the month of July 2016.
[70] *See* SVB #0574 bank statement for the month of July 2016.
[71] *See* SVB #3208 bank statement for the month of July 2016.
[72] *See* SVB #0574 bank statement for the month of July 2016.

<u>**Section 3 of 6: THE PILOT GROVE INVESTMENT: An assessment of Pilot Grove's $2 million investment into River Studios, an Other Rothenberg Entity.**</u>

175.   In February 2016, Mr. Rothenberg was in negotiations with Pilot Grove Management LLC ("Pilot Grove") for a potential Pilot Grove investment into River Studios, an Other Rothenberg Entity focused on creating a virtual reality "ecosystem" that included writing and producing virtual reality content.  As part of the negotiation process, Mr. Rothenberg made certain representations to Pilot Grove.

   **<u>Funding of River Studios</u>**

176.   On February 24, 2016, Mr. Rothenberg emailed Pilot Grove and represented that he "self-funded" River Studios.[73]

177.   **<u>Question #12:</u>** Prior to Pilot Grove's investment on February 25, 2016, how much of River Studios' funding was derived from sources other than Mr. Rothenberg?

178.   **<u>Answer to Question #12:</u>**  In my opinion, River Studios received funding of at least 25.9% (up to as much as 42.5%) from sources apart from Mr. Rothenberg.  The funding of River Studios, prior to the Pilot Grove investment is summarized as follows:

| River Studios Funding Source | Funding | % |
|---|---|---|
| Mr. Rothenberg | $1,540,220 | 57.5% |
| 2015 Fund Outside Investors (2015 Fund payments to RVMC after 6/9/15*) | $694,377 | 25.9% |
| Rothenberg Ventures LLC (SVB #7429) | $444,431 | 16.6% |
| **Total** | **$2,679,028** | **100.0%** |

   \* June 9, 2015 represented the date at which RVMC took at least $1,745,023 (the amount RVMC earned from the 2015 Fund per the Management Agreement) from the 2015 Fund.  **The additional $4.623 million that RVMC took from the 2015 Fund was inappropriate.  As such, to the extent that the additional money was transferred to River Studios and then utilized by River Studios, that funding was actually provided by the Outside Investors of the 2015 Fund.**

179.   River Studios, from a financial perspective, appears to have started around November 12, 2014.  The River Studios bank account (SVB #9185) had an opening balance of $0 on November 12, 2014.  In these 2014 bank statements, there was very little activity.  The 2014 Fund (SVB #7483) sent River Studios $250,000, but that money was sent back to the 2014 Fund in December 2014.[74]  RVMC (#8931) transferred $400 to River Studios in December and River Studios utilized the $400 to pay a Delaware filing fee in that month.[75]

180.   The River Studios' bank statements (SVB #9185) then show no activity until April 2015.  On April 10, 2015, Mr. Rothenberg transferred $750,000 from his personal bank account (BofA #2573) to River

---

[73] *See* TVR-0002237.

[74] *See* SVB #9185 bank statements for the months of November 2014 and December 2014 and SVB #7483 bank statements for the months of November 2014 and December 2014.

[75] *See* SVB #8931 bank statement for the month of December 2014.

US-GTF-000040

Studios (SVB #9185).[76]  From April 10, 2015 to December 8, 2015, Mr. Rothenberg only made one other transfer to River Studios (SVB #9185), a $25,000 transfer on July 9, 2015.[77]  As such, River Studios was likely receiving cash from other sources.  The primary other sources were RVMC and Rothenberg Ventures LLC.

181.   RVMC earned money as a manager to the Rothenberg Investor Funds.  In 2015, RVMC was earning revenue from the 2014 Fund and the 2015 Fund.  Below is a review of the payments from the 2014 Fund and 2015 Fund to RVMC in 2015 and if those payments were utilized to fund River Studios.

**2014 Fund**

182.   In 2015, the 2014 Fund only made the following four payments to RVMC:

| Date | Ref | Payment to RVMC From | Amount |
|------|-----|----------------------|--------|
| 2/5/15 | (1) | Rothenberg Ventures Co-Fund I (SVB #2235) | $40,500 |
| 3/23/15 | (2) | 2014 Fund (SVB #7483) | $50,000 |
| 11/30/15 | (3) | 2014 Fund (SVB #7483) | $200,000 |
| 12/24/15 | (4) | 2014 Fund (SVB #7483) | $840,000 |

   (1)  The $40,500 was paid to RVMC (SVB #8931) and utilized on RVMC operating expenditures.
   (2)  While there was a payment made by the 2014 Fund (SVB #7483) to RVMC (SVB #8931) on 3/23/15, there was a return payment of $50,000 to the 2014 Fund (SVB #7483) on 3/30/15.
   (3)  The $200,000 was transferred from the 2014 Fund to RVMC on 11/30/15.  Earlier in this report, I noted that this $200,000 was transferred back to the 2014 Fund on 12/8/15 as part of a $550,000 transfer.
   (4)  As described elsewhere in this report, this $840,000 was ultimately included in a $4.25 million payment into the RVMC Collateral MM Account (SVB #8797).

183.   From the above, the net amount paid from the 2014 Fund to RVMC in 2015 was $880,500.  None of this money was transferred to River Studios.

**2015 Fund**

184.   On June 9, 2015, RVMC had taken $1,835,955 from the 2015 Fund, an amount that exceeded the total management and administrative fees owed ($1,745,023) by the 2015 Fund to RVMC for the entire year.  At that point, any money RVMC took from the 2015 Fund was inappropriate and any money paid from RVMC to River Studios from that money was actually being funded by Outside Investors in the 2015 Fund.

185.   The table below details the following: (1) on the left-hand side, payments from the 2015 Fund to RVMC starting at June 9, 2015 (the date at which the payments from the 2015 Fund to RVMC exceeded the total amount of management and administrative fees owed for the year) through February 25, 2016 (the date of the Pilot Grove investment); (2) on the right-hand side, payments from RVMC to River Studios between those same dates.

---

[76] *See* BofA #2573 bank statement for the month of April 2015 and SVB #9185 bank statement for the month of April 2015.

[77] *See* BofA #2573 bank statement for the month of July 2015 and SVB #9185 bank statement for the month of July 2015.

| 2015 Fund (SVB #3208) to RVMC (SVB #8931) | | | RVMC (SVB #8931) to River Studios (SVB #9185) | | |
|---|---|---|---|---|---|
| **Date of Transfer** | **Amount of transfer** | **Cumulative amount of transfers from 2015 Fund to RVMC** | **Date of Transfer** | **Amount of transfer** | **Cumulative amount of transfers from RVMC to River Studios** |
| 6/9/15 | $150,000 | $150,000 | | | ($170,000) |
| 6/12/15 | $50,000 | $200,000 | 6/12/15 | $30,000 | ($140,000) |
| | | $200,000 | 6/23/15 | $1,500 | ($138,500) |
| 7/1/15 | $100,000 | $300,000 | | | ($138,500) |
| 7/6/15 | $50,000 | $350,000 | 7/6/15 | $25,000 | ($113,500) |
| 7/9/15 | $49,000 | $399,000 | 7/9/15 | $6,000 | ($107,500) |
| 7/10/15 | $20,000 | $419,000 | 7/10/15 | $20,000 | ($87,500) |
| 7/14/15 | $25,000 | $444,000 | 7/14/15 | $10,000 | ($77,500) |
| 7/17/15 | $215,000 | $659,000 | 7/17/15 | $75,000 | ($2,500) |
| 7/20/15 | $30,000 | $689,000 | | | ($2,500) |
| 7/23/15 | $350,000 | $1,039,000 | | | ($2,500) |
| 7/27/15 | $197,404 | $1,236,404 | 7/27/15 | $50,000 | $47,500 |
| 7/28/15 | $25,000 | $1,261,404 | | | $47,500 |
| 7/30/15 | $100,000 | $1,361,404 | | | $47,500 |
| 7/31/15 | $1,920,000 | $3,281,404 | 7/31/15 | $150,000 | $197,500 |
| | | $3,281,404 | 8/7/15 | $10,000 | $207,500 |
| | | $3,281,404 | 8/10/15 | $50,000 | $257,500 |
| | | $3,281,404 | 9/15/15 | ($200,000) | $57,500 |
| | | $3,281,404 | 9/17/15 | $175,000 | $232,500 |
| 9/31/15 | $500,000 | $3,781,404 | | | $232,500 |
| | | $3,781,404 | 10/2/15 | $100,000 | $332,500 |
| | | $3,781,404 | 10/5/15 | $50,000 | $382,500 |
| | | $3,781,404 | 10/15/15 | $50,000 | $432,500 |
| | | $3,781,404 | 10/21/15 | $50,000 | $482,500 |
| | | $3,781,404 | 10/30/15 | $75,000 | $557,500 |
| 11/2/15 | $150,000 | $3,931,404 | | | $557,500 |
| | | $3,931,404 | 11/4/15 | $25,000 | $582,500 |
| 11/5/15 | $150,000 | $4,081,404 | 11/5/15 | $100,000 | $682,500 |
| 11/6/15 | $100,000 | $4,181,404 | 11/6/15 | $25,000 | $707,500 |
| 11/16/15 | $150,000 | $4,331,404 | 11/16/15 | $75,000 | $782,500 |
| | | $4,331,404 | 11/19/15 | $10,000 | $792,500 |
| 11/24/15 | $50,000 | $4,381,404 | | | $792,500 |
| 11/30/15 | $311,500 | $4,692,904 | | | $792,500 |
| | | $4,692,904 | 12/1/15 | $100,000 | $892,500 |
| | | $4,692,904 | 12/4/15 | $100,000 | $992,500 |
| | | $4,692,904 | 12/8/15 | ($500,000) | $492,500 |
| | | $4,692,904 | 12/17/15 | $100,000 | $592,500 |
| | | $4,692,904 | 12/31/15 | $51,877 | $644,377 |
| 1/4/16 | $1,105,096 | $5,798,000 | | | $644,377 |
| | | $5,798,000 | 2/10/16 | $50,000 | $694,377 |

186.    As the above table demonstrates, in June and July 2015, there is good symmetry between payments from the 2015 Fund to RVMC and payments from RVMC to River Studios.  Then, the large month-end payments of $1,920,000 (July 31, 2015), $500,000 (September 30, 2015) and $311,500 (November 30, 2015) from the 2015 Fund to RVMC appear to cover the payments starting in August from RVMC to River Studios.

187.    Outside of Mr. Rothenberg's investments in River Studios, the additional money to fund River Studios' operations can largely be agreed-to cash payments from RVMC.  The cash payments from RVMC can be linked to cash payments from the 2015 Fund and cash payments from Rothenberg Ventures (SVB #7429).

188.    Also, when Pilot Grove's $2 million investment was received on February 25, 2016, River Studios wire transferred $1.75 million to Mr. Rothenberg's personal bank account (BofA #2573) on that same day. As opposed to funding River Studios, the $1.75 million transfer actually made Mr. Rothenberg a net borrower (~$210,000) from River Studios at that time.

**Use of Pilot Grove's Investment**

189.    On February 17, 2016, Mr. Rothenberg emailed Dominic Polizzotto and Lawrence Weisman, of Pilot Grove, as well as David Frank.  The email stated:

   "Larry – thanks for the call this afternoon.
   To recap:
   --You have all the diligence items you need (2/17)
   --I'll hold a $5-10m allocation for you long enough for you to regroup and make a decision to invest by EOD Monday (2/22)
   --If you move forward, you'll fund in a week from now (2/24)"[78]

190.    The email had three attachments:
   1.   River Studios – Convertible Note Agreement (Pilot Grove).pdf
   2.   River Studios – Investor Presentation (February 2016).pdf
   3.   River Studios – Terms (February 2016).pdf"[79]

191.    In the "River Studios – Investor Presentation (February 2016)," there is a slide that shows the terms of the fundraising and how the capital will be utilized.  In "Terms of Fundraise," it states that River Studios is looking for "2-3" investors to put in between "5-10M" and the expectation is that River Studios would raise $20 million for a "25% ownership."[80]

---

[78] *See* TVR-0000001 to TVR-0000030.
[79] Ibid.
[80] *See* TVR-0000030.

192. On the "Uses of Capital" slide, the presentation states the investor money would be utilized on the following:
    "- Expand in-house VR/CGI development
      - 20+ pieces of original content
      - 2-3 VR studio acquisitions (similar to our acquisition of Twisted Oak in Halifax)
      - General runway"[81]

193. **Question #13:** How much of Pilot Grove's $2 million investment into River Studios was spent on each of the following "uses of capital"?
    a) "Expand in-house VR/CGI development"
    b) "20+ pieces of original content"
    c) "2-3 VR studio acquisitions (similar to our acquisition of Twisted Oak in Halifax)"
    d) "General runway"

194. **Answer to Question #13:** In my opinion, none (*i.e.*, $0) of Pilot Grove's $2,000,000 investment was spent on the following three "uses of capital":
    a) "Expand in-house VR/CGI development,"
    b) "20+ pieces of original content" or
    c) "2-3 VR studio acquisitions."

195. In my further opinion, $201,664 (10.1% of the $2,000,000) was utilized on River Studios' expenditures, which I would classify as "general runway" type expenses (although on March 4, 2016, $98,937 was transferred to Twisted Oak, a prior acquisition, which I can only loosely describe as "General Runway expenses"). On February 25, 2016, after $1.75 million of Pilot Grove's money was transferred out of River Studios to Mr. Rothenberg's personal account (BofA #2573), $250,000 remained in the River Studios bank account (SVB #9185). The $250,000 was utilized as follows:

| Date | Description of expenditure | Amount |
|---|---|---|
| 3/1/16 – 3/15/16 | Other Rothenberg Entity – River Studios' expenditures | $201,664 |
| 3/8/16 | Transferred to Mr. Rothenberg's personal bank account (BofA #2573) and then utilized for payments made from Mr. Rothenberg's personal bank account | $48,336 |
| **Total** | | **$250,000** |

196. **Question #14:** If not all of Pilot Grove's $2,000,000 investment was utilized on the four "Uses of Capital" items represented to Pilot Grove, how was Pilot Grove's investment utilized?

197. **Answer to Question #14:** In my opinion, Pilot Grove's $2 million was utilized as follows:

**Venture Capital Company activities**

| Description of utilization | Amount |
|---|---|
| Investments in Portfolio Companies | $296,175 |
| Distributions to Outside Investors | $1,038,269 |
| RVMC Operating and Fund expenditures | $155,598 |
| Money maintained at Collateral MM Account at SVB (SVB #8797) | $0 |
| **Total Venture Capital Company activities** | **$1,490,042** |

---

[81] Ibid.

| Total payments made from Mr. Rothenberg's personal accounts | $218,294 |
|---|---|

**Other Rothenberg Entity expenditures**

| Description of utilization | Amount |
|---|---|
| Other Rothenberg Entity – River Studios expenditures | $201,664 |
| Other Rothenberg Entity expenditures | $90,000 |
| **Total Other Rothenberg Entity expenditures** | **$291,664** |

| **TOTAL OF THE THREE CATEGORIES ABOVE** | **$2,000,000** |
|---|---|

198.   The above chart must be viewed differently than every other chart in this report. Pilot Grove invested $2 million in River Studios, an Other Rothenberg Entity.  Thus, from a Pilot Grove perspective, their expectation is that the entire $2 million should be in the category "Other Rothenberg Entity – River Studios expenditures" and money utilized in any other category is inappropriate (and even in the "Other Rothenberg Entity – River Studios expenditures" the use of their money was further limited to the four uses of capital listed above (see par. 192 above).

199.   From Pilot Grove's perspective, the chart below demonstrates what they were told their money would be used for versus how it was actually utilized.



200. The chart below details the activities of February 25, 2016, the date that Pilot Grove wired transferred their $2 million investment in River Studios to the River Studios bank account (SVNB #9185).

| Date | Ref | Outside Investor: Pilot Grove | River Studios (SVB #9185) | Mr. Rothenberg's personal bank account (BofA #2573) | RVMC (SVB #8931) | 2013 Fund (SVB #2623) | 2014 Fund (SVB #7483) |
|---|---|---|---|---|---|---|---|
| 2/25/16 | (1) | ($2,000,000) | $2,000,000 | | | | |
| 2/25/16 [1427 ET] | (2) | | ($1,700,000) | $1,700,000 | | | |
| 2/25/16 [1443 ET] | (3) | | ($50,000) | $50,000 | | | |
| 2/25/16 [1515 ET] | (4) | | | ($1,700,000) | $1,700,000 | | |
| 2/25/16 | (5) | | | | ($560,000) | $560,000 | |
| 2/25/16 | (6) | | | | ($840,000) | | $840,000 |
| 2/25/16 [1551 ET] | (7) | | | $80,000 | ($80,000) | | |
| 2/25/16 [1556 ET] | (8) | | | ($40,000) | | | |
| **Balance** | | | **$250,000** | **$130,000** | **$220,000** | **$560,000** | **$840,000** |

(1) 2/25/16: Pilot Grove invests $2 million into River Studios.
(2) 2/25/16: That same day, $1.7 million is transferred to Mr. Rothenberg's personal bank account (BofA #2573).
(3) 2/25/16: Sixteen minutes after the first transfer to Mr. Rothenberg's personal account, another $50,000 is transferred from River Studios to his personal account.
(4) 2/25/16: That same day, $1.7 million was transferred from Mr. Rothenberg's personal bank account (BofA #2573) to RVMC's bank account (SVB #8931).
(5) 2/25/16:  That same day, $560,000 was transferred from RVMC (SVB #8931) to the 2013 Fund (SVB #2623).
(6) 2/25/16:  That same day, $840,000 was transferred from RVMC (SVB #8931) to the 2014 Fund (SVB #7483).
(7) 2/25/16:  That same day, $80,000 was transferred from RVMC (SVB #8931) back to Mr. Rothenberg's personal bank account (BofA #2573).
(8) 2/25/16: Five minutes after the $80,000 is transferred back to Mr. Rothenberg's personal account, $40,000 is transferred to Rothenberg Ventures LLC (SVB #7429).

201. The volume of activity and the speed with which transactions are carried out (wire transfers through Mr. Rothenberg's personal account (BofA #2573) are time stamped) suggests there was a plan in place to transfer the vast majority of Pilot Grove's money to accounts outside of River Studios.

**The $560,000 of Pilot Grove's money transferred to the 2013 Fund (SVB #2623)**

202. On February 25, 2016, RVMC transferred $560,000 (of Pilot Grove's $2,000,000 investment) to the 2013 Fund (SVB #2623).  This $560,000 was utilized as summarized in the table below:

**Venture Capital Company activities**

| Description of utilization | Amount |
|---|---|
| Investments in Portfolio Companies (2013 Fund) | $1,032 |
| Investments in Portfolio Companies (2014 Fund) | $145,181 |
| Distributions to Outside Investors (2013 Fund) | $337,372 |
| Distributions to Outside Investors (2014 Fund) | $56,415 |
| RVMC Operating and Fund expenditures | $20,000 |
| Money maintained at Collateral MM Account at SVB (SVB #8797) | $0 |
| **Total Venture Capital Company activities** | **$560,000** |

| **Total payments made from Mr. Rothenberg's personal accounts** | **$0** |
|---|---|

US-GTF-000046

**Other Rothenberg Entity expenditures**

| Description of utilization | Amount |
|---|---|
| Other Rothenberg Entity – River Studios expenditures | $0 |
| Other Rothenberg Entity expenditures | $0 |
| **Total Other Rothenberg Entity expenditures** | **$0** |

| **TOTAL OF THE THREE CATEGORIES ABOVE** | **$560,000** |
|---|---|

203. The $560,000 transfer of cash approximates the December 24, 2015 transfer of $540,000 from the 2013 Fund to RVMC to provide a portion of the $4.25 million cash required in the RVMC Collateral MM Account (SVB #8797) in order to obtain the $4 million loan. Additionally, as reported earlier, the $540,000 transfer included money from the Exit of One-Page Company, Inc., a Portfolio Company in which the 2013 Fund received $519,099 from the Exit. The $560,000 transfer to the 2013 Fund appears to be a repayment of the December 24, 2015 transfer from the 2013 Fund to RVMC. This assessment is bolstered by the fact that, upon receiving the $560,000, the 2013 Fund distributed $337,372 (of Pilot Grove's $2,000,000) to Outside Investors of the 2013 Fund. There would be no reason to make payments to Outside Investors unless the payment was made as a "make-up" payment to cover-up the prior Exit that was used, in part, as part of the $4.25 million collateral money market account at SVB.

### The $840,000 of Pilot Grove's money transferred to the 2014 Fund (SVB #7483)

204. On February 25, 2016, RVMC transferred $840,000 (of Pilot Grove's $2,000,000 investment) to the 2014 Fund (SVB #7483). This $840,000 was utilized as summarized in the table below:

**Venture Capital Company activities**

| Description of utilization | Amount |
|---|---|
| Investments in Portfolio Companies (2016 Fund) | $149,962 |
| Distributions to Outside Investors (2014 Fund) | $644,482 |
| RVMC Operating and Fund expenditures | $0 |
| Money maintained at Collateral MM Account at SVB (SVB #8797) | $0 |
| **Total Venture Capital Company activities** | **$794,444** |

| **Total payments made from Mr. Rothenberg's personal accounts** | **$45,556** |
|---|---|

**Other Rothenberg Entity expenditures**

| Description of utilization | Amount |
|---|---|
| Other Rothenberg Entity – River Studios expenditures | $0 |
| Other Rothenberg Entity expenditures | $0 |
| **Total Other Rothenberg Entity expenditures** | **$0** |

| **TOTAL OF THE THREE CATEGORIES ABOVE** | **$840,000** |
|---|---|

205. The $840,000 transfer of cash from RVMC to the 2014 Fund is the same amount of money as the December 24, 2015 transfer of $840,000 from the 2014 Fund to RVMC. That $840,000 was used to provide a portion of the $4.25 million cash required in the RVMC Collateral MM Account (SVB #8797) in order to obtain the $4 million loan. Additionally, the December 24, 2015 $840,000 transfer included money from the two Exits totaling $793,569 ($528,984 from the Exit in Hello Giggles and $264,585 from the Exit in Pioneer Works). The $840,000 transfer from RVMC to the 2014 Fund appears to be a

repayment of the December 24, 2015 transfer from the 2014 Fund to RVMC. This assessment is bolstered by the fact that, upon receiving the $840,000, the 2014 Fund distributed $644,482 to Outside Investors of the 2014 Fund. Additionally, $56,415 was transferred from the 2013 Fund to the 2014 Fund and distributed to Outside Investors of the 2014 Fund. In total, $700,897 ($644,482 + $56,415) (of Pilot Grove's $2,000,000) was distributed to Outside Investors of the 2014 Fund.

**The $50,000 transferred from River Studios (SVB #9185) and the $80,000 transferred from RVMC (SVB #8931) to Mr. Rothenberg's personal bank account (BofA #2573)**

206. On February 25, 2016, River Studios transferred $50,000 to Mr. Rothenberg's personal bank account (BofA #2573). Also, on February 25, 2016, $80,000 was transferred to Mr. Rothenberg's personal bank account from RVMC (SVB #8931). The $130,000 was utilized as follows:

| Date | Description of utilization | Amount |
|------|----------------------------|--------|
| 2/25/16 | After $80,000 was transferred back from RVMC, 5 minutes later, $40,000 was transferred to an Other Rothenberg Entity - Rothenberg Ventures LLC (SVB #7429). The $40,000 was utilized on expenditures, primarily on check #189 $27,447.92 to Owens Realty Mortgage which posted on 2/26/16 | $40,000 |
| 2/25/16 | Transferred to an account bearing the names of Mr. Rothenberg, Lynne McMillan and Georgia Kinne (BofA #3459) and utilized on operating expenditures | $1,908 |
| 2/25/16-2/26/16 | Payments made from Mr. Rothenberg's personal account (BofA #2573) | $88,092 |
| | **TOTAL** | **$130,000** |

**The $220,000 that remained in the RVMC bank account after the three transfers directly above**

207. On February 25, 2016, after $1,700,000 was transferred from Mr. Rothenberg's personal bank account to RVMC, RVMC transferred $1,480,000 ($560,000 to the 2013 Fund, $840,000 to the 2014 Fund and $80,000 back to Mr. Rothenberg's personal account) as detailed above. The remaining $220,000 was utilized as follows:

| Date | Description of utilization | Amount |
|------|----------------------------|--------|
| 3/1/16 – 3/2/16 | RVMC utilized on operating expenditures | $133,690 |
| 3/2/16 | Transferred to Mr. Rothenberg's personal account and utilized to make payments from Mr. Rothenberg's personal account (BofA #2573) | $36,310 |
| 3/28/16-4/22/16 | Transferred to Mr. Rothenberg's personal account and then transferred to Rothenberg Ventures where the $50,000 was utilized to pay Other Rothenberg Entity expenditures. | $50,000 |
| | **TOTAL** | **$220,000** |

*The above are summary charts for the cash tracing of Pilot Grove's $2,000,000 investment into River Studios on February 25, 2016. The detailed transaction tracing and analysis are located at Appendix J, entitled "The detailed cash tracing of the use of Pilot Grove's $2,000,000 investment into River Studios on February 25, 2016." Instructions on how to best navigate the supporting detailed charts are provided just before Appendix I.*

US-GTF-000048

**Section 4 of 6: UNITY SOFTWARE, INC.: An assessment of money raised from Outside Investors where the specific purpose was to use the money to purchase shares in Unity Software, Inc.**

208.    In July 2016, Mr. Rothenberg and others at RVMC told at least five investors they could participate in the purchase of shares of Unity, a company which at the time was not a publicly traded company.

209.    **Question #15:** How much money did RVMC raise from Outside Investors with the specific purpose of purchasing shares in Unity?

210.    **Answer to Question #15:**  In my opinion, RVMC raised $1,350,000 from five Outside Investors who provided money with the specific purpose of purchasing shares in Unity.

211.    Between July 14, 2016 and July 21, 2016, the following amounts were invested by the named Outside Investors for the specific purpose of purchasing shares in Unity:

| Date | Outside Investor | Bank account to which the money was sent | Amount | |
|------|------------------|-------------------------------------------|--------|---|
| 7/14/16 | Nathanael Hudson | RVMC (SVB #8931) | $50,000 | |
| 7/15/16 | GHF Inc. | Rothenberg Ventures Co-Fund 1 LLC (SVB #2235) | $1,000,000 | 82 |
| 7/18/16 | Nathanael Hudson | Rothenberg Ventures Co-Fund 1 LLC (SVB #2235) | $50,000 | |
| 7/19/16 | Binns Family Limited Partnership | Rothenberg Ventures Co-Fund 1 LLC (SVB #2235) | $100,000 | |
| 7/21/16 | Sonoko Konishi | Rothenberg Ventures Co-Fund 1 LLC (SVB #2235) | $50,000 | |
| 7/21/16 | Ronald Goldberg | Rothenberg Ventures Co-Fund 1 LLC (SVB #2235) | $100,000 | |
| | | **TOTAL** | **$1,350,000** | |

212.    **Question #16:** Was the Outside Investors' money raised for the specific purpose of purchasing shares in Unity actually used to purchase shares in Unity?

213.    **Answer to Question #16:**  In my opinion, none (*i.e.*, $0) of the Outside Investors' $1.35 million was used to purchase shares in Unity.

214.    I will provide detail on each of the Outside Investors, but I am providing a high-level summery chart of the flow of their money below.

---

[82] *See* SVB #2235 bank statement for the month of July 2016.

US-GTF-000049



215.  With respect to the five Outside Investors who provided money for the specific purpose of purchasing shares in Unity, I will address the investors (either individually or sometimes together) depending on the flow of money and the easiest way to follow the Outside Investors' dollar movement.

**Nathanael Hudson's initial $50,000 invested for the specific purpose of purchasing shares in Unity**

216.  On July 14, 2016, Nathanael Hudson invested $50,000 directly into RVMC (SVB #8931).  A July 14, 2016 email between Mr. Hudson and Justin Grooms, COO of Rothenberg Group, makes it clear that the $50,000 investment was for the Unity opportunity and Mr. Grooms updates Mr. Hudson on the correct bank account to send the second $50,000 (SVB #2235).[83]  The next day, July 15, 2016, Mr. Hudson's initial $50,000 was included in a $270,000 transfer to Rothenberg Ventures 2016 Accredited Fund LP (SVB #0460) where the entire $270,000 (including Nathanael Hudson's $50,000) was included in a $300,000 investment into a Portfolio Company (not Unity) on July 18, 2016.

---

[83] *See* Unity-0000006 and Unity-0000017.

**GHF Inc's $1,000,000 invested for the specific purpose of purchasing shares in Unity**

217.   On July 14, 2016, Justin Grooms talked to Theo Melas-Kyriazi, a representative of GHF Inc. ("GHF"). He then emailed him two documents: (1) "Rothenberg Ventures 2016 Fund Co-Invest Term Sheet (Unity).pdf" and (2) "Rothenberg Ventures 2016 Fund Co-Invest Presentation (Unity).pdf."

218.   Also on July 14, 2016, Mr. Rothenberg emailed Theo Melas-Kyriazi with a subject "Unity Co-Invest" stating "Theo – Justin let me know you're interested in the Unity Co-Invest.  It's our most popular co-investment since SpaceX in 2012, and for good reason…it's an amazing opportunity that we worked months to get into…You can secure your spot if we receive your wire in our account before the weekend."[84]  When Mr. Rothenberg told Mr. Melas-Kyriazi "it's our most popular co-investment since SpaceX,"[85] the only money that had been received for the Unity opportunity was Nathanael Hudson's $50,000 that had been received that day.

219.   Also, on July 14, 2016, Mr. Grooms emailed Theo Melas-Kyriazi, copying Alex and John Melas-Kyriazi and stated "(m)y CFO just notified me of an update to our bank account information for the Unity opportunity.  Please see below the updated wire information."[86]  The updated account for the Unity opportunity is the Rothenberg Ventures Co-Fund I (SVB #2235).

220.   On July 15, 2016, Theo Melas-Kyriazi emailed Mr. Grooms, copying Brandon Farwell at Rothenberg Ventures and Alex and John Melas-Kyriazi stating: "We instructed our bank to wire $1M to the Co-Fund 1.  The funds should be wired over the next hour or two."[87]

221.   The Rothenberg Ventures Co-Fund I (SVB #2235) bank statement details the following cash activity (transactions and balances) on the dates indicated in its July 2016 bank statement:

| Date | Description | Transaction | Balance |
|------|-------------|-------------|---------|
| 7/15/16 | Beginning balance | | $0 |
| 7/15/16 | Transfer of funds to RVMC (SVB #8931) | ($1,000,000) | ($1,000,000) |
| 7/15/16 | GHF Inc. wire transfers $1,000,000 to Rothenberg Ventures Co-Fund I, LLC (SVB #2235) | $1,000,000 | $0 |

222.   The bank statement for the Rothenberg Ventures Co-Fund I, LLC (SVB #2235) reflects a $1,000,000 transfer to RVMC (SVB #8931) resulting in a negative $1,000,000 balance before the receipt of GHF's $1,000,000.  While it is not clear if the $1,000,000 was transferred prior to the receipt of GHF's money, the evidence is clear that, on July 15, 2016, there was the intent to transfer GHF's money to RVMC, as opposed to leaving it in the Rothenberg Ventures Co-Fund I (SVB #2235), an account designated for the purchase of shares in Unity.

223.   **Question #17(a):** Was GHF's $1,000,000 used to purchase shares in Unity?

224.   **Answer to Question #17(a):** In my opinion, none (*i.e.*, $0) of GHF's $1,000,000 was used for the specific purpose of purchasing shares in Unity.

---

[84] *See* GHF-00222.
[85] Ibid.
[86] *See* GHF-0000109 – GHF-0000111.
[87] Ibid.

225.   **Question #17(b):** If not all of GHF's $1,000,000 was used to purchase shares in Unity, how was the $1,000,000 utilized?

226.   **Answer to Question #17(b):** In my opinion, GHF's $1,000,000 was utilized as follows:

**Venture Capital Company activities**

| Description of utilization | Amount |
|---|---|
| Investments in Portfolio Companies (not Unity) | $229,573 |
| Distributions to Outside Investors | $0 |
| RVMC Operating and Fund expenditures | $161,063 |
| Money maintained at Collateral MM Account at SVB (SVB #8797) | $0 |
| **Total Venture Capital Company activities** | **$390,636** |

| | |
|---|---|
| **Total payments made from Mr. Rothenberg's personal accounts** | **$156,440** |

**Other Rothenberg Entity expenditures**

| Description of utilization | Amount |
|---|---|
| Other Rothenberg Entity – River Studios expenditures | $328,230 |
| Other Rothenberg Entity expenditures | $124,694 |
| **Total Other Rothenberg Entity expenditures** | **$452,924** |

| | |
|---|---|
| **TOTAL OF THE THREE CATEGORIES ABOVE** | **$1,000,000** |

*The above summary chart represents the culmination of cash tracing of GHF's $1,000,000 investment money on July 15, 2016. The detailed transaction tracing and analysis are located at Appendix K, entitled "The detailed cash tracing of the use of GHF's $1,000,000 investment on July 15, 2016 for the specific purpose of purchasing shares in Unity." Instructions on how to best navigate the supporting detailed charts are provided just before Appendix I.*

227.   On August 24, 2016, Theo Melas-Kyriazi, a Director of GHF, wrote an email to Mr. Rothenberg, in which Theo Melas-Kyriazi states:

"GHF wired $1M to 'Rothenberg Ventures Cofund I' at Silicon, Valley Bank, **Account # XXX2235** on July 15, 2016 **which account was explicitly described as designated for the 'Unity opportunity.'** (emphasis added) You confirmed receipt of this wire to GHF Directors by email and by text message. Since wiring the $1M, GHF has repeated asked you for status updates on Rothenberg Ventures Cofund 1's investment in Unity software, which you have not confirmed…GHF informed you on August 18 that we wanted to return our $1M via wire…During a telephone conversation on August 21 with John Melas-Kyriazi, who also serves as a Director of GHF, **you told John that GHF's $1M in fund that had been explicitly wired for the Unity investment, and which we believed had been sitting in a Rothenberg bank account awaiting the Unity Deal to close, had instead been invested into the 'Rothenberg 2016' fund. This was shocking news. We consider this to be a breach of trust and misappropriation of GHF's funds.** (emphasis added) Accordingly in the early morning hours (Pacific Time) on Monday, August 22, GHF demanded to you in writing that the $1 M it had wired to Rothenberg Ventures Cofund 1 be paid back within 24 hours. You acknowledged our request but as of this email you have not returned the funds. And in a telephone conversation on Monday afternoon and in e-

mails that you sent us, you were evasive and refused to communicate to us the whereabouts of GHF's $1M and when you will return the funds to GHF. **GHF is now formally notifying you that it has retained the law firm Bryan Cave LLP and has authorized it to take aggressive legal action against you unless the $1 M that GHF wired to Rothenberg Unity Cofund 1 (at Silicon Valley Bank, Account#: XXX2235) is returned to GHF by 5pm Pacific Time on Thursday August 25, 2016.**[88] (emphasis in original)

228. Based on the above, GHF demanded a return of its $1 million investment by "5 pm Pacific Time on Thursday August 25, 2016."

229. **Question #18:** Did Mr. Rothenberg return GHF's money by GHF's 5 pm Pacific Time deadline on August 25, 2016? If not, when did Mr. Rothenberg return GHF's $1 million?

230. **Answer to Question #18:** In my opinion, Mr. Rothenberg did not return GHF's $1 million by GHF's deadline of 5 pm Pacific Time on August 25, 2016. In fact, Mr. Rothenberg did not return the $1 million investment to GHF until August 31, 2017,[89] which was over a year past GHF's due date.

231. The $1 million that was returned to GHF can be traced back to proceeds received from Exits made by the 2013 Fund and the 2015 Fund. The 2013 and the 2015 Fund Agreements state that distribution of money must first be made as a return of capital to the Outside Investors in those funds.[90] I do not see any evidence in the bank statements or in the QuickBooks accounting records that distributions from an April 24, 2017 Exit within the 2015 Fund and the May 12, 2017 Exit within the 2013 Fund were made to the 2013 Fund and the 2015 Fund Outside Investors.

232. Instead, the bank statements and QuickBooks accounting records demonstrate that proceeds from an April 24, 2017 Exit within the 2015 Fund and proceeds from a May 12, 2017 Exit within the 2013 Fund provided the cash to enable RVMC to refund GHF its $1 million investment.

233. The cash proceeds from the above two Exits were transferred to RVMC.[91] RVMC then transferred the money to the 2016 Fund[92] and the 2016 Fund wire transferred the money to GHF. I did not find any evidence that permitted distributions from one fund to be utilized to repay an Outside Investor in another fund. See table below for a summary of the flow of cash related to the GHF repayment:

---

[88] *See* GHF-0000236.

[89] *See* SVB #0815 for the month of August 2017.

[90] Specifically, the language of the 2013 Fund Agreement provides "Distributions of cash or securities of the Fund will be made at such times as determined by the Manager. Distributions will be made first to return the Members' capital contributions and then 20% to the Management Company pursuant to a separate Economic Interest and Participation Agreement and 80% to the Members pro rata in proportion to the number of Units held by each at the time of the distribution." The language of the 2015 Fund Agreement provides "The Manager may make annual distributions of profits to the Members. All such distributions will be made as follows: after returning the Members their total Cash Contributions (their Capital Contributions less Administrative Expenses) 80% will go to the Members in a pro rata proportion to the number of units held by each at the time of the distribution and 20% will go to the Manager…"

[91] *See* SVB #3208 for April and June through August 2017 and SVB #2623 for May through August 2017.

[92] *See* SVB #8931 and SVB #0815 for August 2017.

US-GTF-000053

| Date | Ref | 2015 Fund (SVB #3208) | 2013 Fund (SVB #2623) | RVMC (SVB #8931) | 2016 Fund (SVB #0815) | GHF repayment |
|---|---|---|---|---|---|---|
| Beginning cash balance | | $13,000 | $5,000 | $0 | $10,000 | |
| 4/24/17 | (1) | $1,289,820 | | | | |
| 5/12/17 | (2) | | $1,963,697 | | | |
| 6/22/17 to 8/23/17 | (3) | ($320,000) | ($850,000) | $1,170,000 | | |
| 8/23/17 | (4) | | | ($1,005,000) | $1,005,000 | |
| 8/31/17 | (5) | | | | ($1,000,000) | $1,000,000 |

(1) The 2015 Fund Exits one of its positions in a Portfolio Company (Sweet IQ) and receives $1,290,000.
(2) The 2013 Fund Exits one of its positions in a Portfolio Company (Robinhood Markets, Inc.) and receives $1,960,000.
(3) A total of $1.17 million was transferred from the 2013 Fund and the 2015 Fund to RVMC (SVB #8931).
(4) RVMC transferred $1,010,000 to the 2016 Fund (SVB #0815).
(5) On 8/31/17, the 2016 Fund repaid GHF its original $1 million investment.

**Binns Family Limited Partnership's ("Binns Family") $100,000 invested for the specific purpose of purchasing shares in Unity**

234.    July 14, 2016 (3:33 PM), Mr. Rothenberg emailed Alexa Binns and stated:

"Alexa - we had a valuable co-invest opportunity come up for our LPs in one of our startups (will be our largest holding, backed by Sequoia as well) with a bit of a short fuse and wanted to be sure you had an opportunity to take advantage of it if interested.  It's possible that it will be allocated by Monday."[93]

235.    Later, on July 14, 2016, Justin Grooms emailed Alexa Binns "I've attached the information we discussed" about the co-invest opportunity.  On July 17, 2017, Mr. Grooms emailed Alexa Binns copying Mr. Rothenberg stating: "My CFO notified me of an update to our bank account information for the Unity opportunity" and provides her with wire information for the Rothenberg Ventures Co-Fund 1 (SVB #2235).[94]

236.    On Saturday, July 16, 2016, Alexa Binns emailed Mr. Grooms, copying Mr. Rothenberg stating: "The Binns FLP would like to investing (sic) $100,000 in Unity."[95]

237.    On July 19, 2016, the Binns Family wire transferred $100,000 into the Rothenberg Ventures Co-Fund I, LLC (SVB #2235) for the specific purpose of investing in Unity.  The Rothenberg Ventures Co-Fund I, LLC (SVB #2235) bank statement details the following cash activity (transactions and balances) on the dates indicated in the July 2016 bank statement:

---

[93] *See* RVMC00019307 – 00019309.
[94] *See* RVMC00019307 – 00019309 and RVMC00019333 – RVMC00019336.
[95] *See* RVMC00019334.

| Date | Description | Transaction | Balance |
|------|-------------|-------------|---------|
| 7/18/16 | Beginning balance | | $0 |
| 7/18/16 | Nathanael N. Hudson wire transfers $50,000 into Rothenberg Ventures Co-Fund I, LLC (SVB #2235) with originator to beneficiary information ("OBI") of "Unity" | $50,000 | $50,000 |
| 7/19/16 | Transfer of funds to RVMC (SVB #8931) | ($150,000) | ($100,000) |
| 7/19/16 | Binns Family Limited Partnership wire transfers $100,000 to Rothenberg Ventures Co-Fund I, LLC (SVB #2235) | $100,000 | $0 |

238. The SVB bank statement reflects a $150,000 transfer to RVMC (SVB #8931), resulting in a negative $100,000 balance before the receipt of the Binns Family's $100,000.  While it is not clear if the $150,000 was transferred prior to the receipt of the Binns Family's money, the evidence is clear that on July 19, 2016, there was the intent to transfer the Binns Family's money to RVMC, as opposed to leaving it in the Rothenberg Ventures Co-Fund I (SVB #2235), an account designated for the purchase of shares in Unity.

239. **Question #19(a):** Was the Binns Family's $100,000 used to purchase shares in Unity?

240. **Answer to Question #19(a):** In my opinion, none (*i.e.*, $0) of the Binns Family's $100,000 was used for the specific purpose of purchasing shares in Unity.

241. **Question #19(b):** If not all of the Binns Family's $100,000 was used to purchase shares in Unity, how was the $100,000 utilized?

242. **Answer to Question #19(b):** In my opinion, the Binns Family's $100,000 investment (together with the second $50,000 invested by Nathanael Hudson) was utilized as follows:

**Venture Capital Company activities**

| Description of utilization | Amount |
|----------------------------|--------|
| Investments in Portfolio Companies | $0 |
| Distributions to Outside Investors (ARChina as interest on its $3,000,000 investment) | $20,582 |
| RVMC Operating and Fund expenditures | $46,645 |
| Money maintained at Collateral MM Account at SVB (SVB #8797) | $0 |
| **Total Venture Capital Company activities** | **$67,227** |

| **Total payments made from Mr. Rothenberg's personal accounts** | **$0** |
|---|---|

**Other Rothenberg Entity expenditures**

| Description of utilization | Amount |
|----------------------------|--------|
| Other Rothenberg Entity – River Studios expenditures | $82,038 |
| Other Rothenberg Entity expenditures | $735 |
| **Total Other Rothenberg Entity expenditures** | **$82,773** |

| **TOTAL OF THE THREE CATEGORIES ABOVE** | **$150,000** |
|---|---|

*The above summary chart represents the culmination of cash tracing of the Nathanael Hudson's $50,000 and the Binns Family Limited Partnership's $100,000 investment money.  The detailed transaction tracing and analysis are located at Appendix L, entitled "The detailed cash tracing of*

*Nathanael Hudson's $50,000 and the Binns Family Limited Partnership's $100,000 on July 18-19, 2016 for the specific purpose of purchasing shares in Unity."  Instructions on how to best navigate the supporting detailed charts are provided just before Appendix I.*

**Sonoko Konishi's $50,000 and Ronald and Lena Goldberg's $100,000 invested for the specific purpose of purchasing shares in Unity**

243.    On July 13, 2016, Mr. Rothenberg emailed Lena and Ron Goldberg stating:

> "Lena and Ron - we had a valuable co-invest opportunity come up for our LPs in one of our startups (will be our largest holding, backed by Sequoia as well) with a bit of a short fuse and wanted to be sure you had an opportunity to take advantage of it if interested.  It's possible that it will be allocated by Monday." [96]

244.    The Goldbergs asked for more information and Mr. Grooms sent them information for their review.  On July 16, 2016, the Goldbergs asked if "this deal is still open?," to which Mr. Grooms replied back, "Yes – its still open, but allocating quickly…Would you like me to pencil you in for a certain amount?"  Lena Goldberg replied back stating, "Please pencil us in for $100,000."[97]

245.    The Rothenberg Ventures Co-Fund I, LLC (SVB #2235) details the following cash activity (transactions and balances) on the dates indicated in the July 2016 and August 2016 bank statements:

| Date | Description | Transaction | Balance |
|---|---|---|---|
| 7/21/16 | Beginning balance | | $0 |
| 7/21/16 | Sonoko Konishi wire transferred $50,000[98] into Rothenberg Ventures Co-Fund I, LLC (SVB #2235) | $50,000 | $50,000 |
| 7/21/16 | Ronald P Goldberg wire transferred $100,000 to Rothenberg Ventures Co-Fund I, LLC (SVB #2235) | $100,000 | $150,000 |
| 8/1/16 | Transfer of funds to RVMC (SVB #8931) | ($150,000) | $0 |

246.    **Question #20(a):** Was Sonoko Konishi's $50,000 and Ronald and Lena Goldberg's $100,000 used to purchase shares in Unity?

247.    **Answer to Question #20(a):** In my opinion, none (*i.e.*, $0) of Sonoko Konishi's $50,000 and Ronald and Lena Goldberg's $100,000 was used to purchase shares in Unity.

248.    **Question #20(b):** If not all of Sonoko Konishi's $50,000 and Ronald and Lena Goldberg's $100,000 was used to purchase shares in Unity, how was their combined $150,000 utilized?

249.    **Answer to Question #20(b):** In my opinion, Sonoko Konishi's $50,000 and Ronald and Lena Goldberg's $100,000 investments were utilized as follows:

---

[96] *See* US-FBI-005571 – 005574.

[97] Ibid.

[98] *See* HAASE-0000253 – text message with wire transfer instructions into Rothenberg Ventures Co-Fund 1 (SVB #2235).

**Venture Capital Company activities**

| Description of utilization | Amount |
|---|---|
| Investments in Portfolio Companies (2015 Fund, not Unity) | $22,500 |
| Distributions to Outside Investors | $0 |
| RVMC Operating and Fund expenditures | $99,588 |
| Money maintained at Collateral MM Account at SVB (SVB #8797) | $0 |
| **Total Venture Capital Company activities** | **$122,088** |

| **Total payments made from Mr. Rothenberg's personal accounts** | **$0** |
|---|---|

**Other Rothenberg Entity expenditures**

| Description of utilization | Amount |
|---|---|
| Other Rothenberg Entity – River Studios expenditures | $0 |
| Other Rothenberg Entity expenditures | $27,912 |
| **Total Other Rothenberg Entity expenditures** | **$27,912** |

| **TOTAL OF THE THREE CATEGORIES ABOVE** | **$150,000** |
|---|---|

*The above summary chart represents the culmination of cash tracing of Sonoko Konishi's $50,000 and Ronald and Lena Goldberg's $100,000 investment money.  The detailed transaction tracing and analysis are located at Appendix M, entitled "The detailed cash tracing of Sonoko Konishi's $50,000 and Ronald and Lena Goldberg's $100,000 on July 21, 2016 for the specific purpose of purchasing shares in Unity."  Instructions on how to best navigate the supporting detailed charts are provided just before Appendix I.*

## Section 5 of 6: 2015 FUND AND 2016 FUND:  An assessment of certain Outside Investors who invested their money into either the 2015 Fund or 2016 Fund.

### Dolby Family Ventures LP investment of $500,000 into the 2016 Fund

250.   On December 17, 2015, Dolby Family Ventures LP (the "Dolby Family") wire transferred $500,000 to the Rothenberg Ventures 2016 Feeder Fund (SVB #0574) to be invested in Portfolio Companies of the 2016 Fund.

251.   **Question #21(a):** Was the Dolby Family's $500,000 invested into Portfolio Companies of the 2016 Fund?

252.   **Answer to Question #21(a):** In my opinion, none (*i.e.*, $0) of the Dolby Family's $500,000 investment was invested in Portfolio Companies of the 2016 Fund.

253.   **Question #21(b):** If not all of the Dolby Family's $500,000 was invested into Portfolio Companies of the 2016 Fund, how was the $500,000 utilized?

US-GTF-000057

254.   **Answer to Question #21(b):** In my opinion, the Dolby Family's $500,000 was utilized as follows:

**Venture Capital Company activities**

| Description of utilization | Amount |
|---|---|
| Investments in Portfolio Companies | $0 |
| Distributions to Outside Investors | $0 |
| RVMC Operating and Fund expenditures | $222,838 |
| Money maintained at Collateral MM Account at SVB (SVB #8797) | $0 |
| **Total Venture Capital Company activities** | **$222,838** |

| **Total payments made from Mr. Rothenberg's personal accounts** | **$125,153** |
|---|---|

**Other Rothenberg Entity expenditures**

| Description of utilization | Amount |
|---|---|
| Other Rothenberg Entity – River Studios expenditures | $152,009 |
| Other Rothenberg Entity expenditures | $0 |
| **Total Other Rothenberg Entity expenditures** | **$152,009** |

| **TOTAL OF THE THREE CATEGORIES ABOVE** | **$500,000** |
|---|---|

*The above are summary charts for the cash tracing of the Dolby Family's $500,000 investment into the 2016 Fund on December 17, 2015. The detailed transaction tracing and analysis are located at Appendix N, entitled "The detailed cash tracing of the use of the Dolby Family's $500,000 investment into the 2016 Fund on December 17, 2015." Instructions on how to best navigate the supporting detailed charts are provided just before Appendix I.*

255.   On December 17, 2015, the Dolby Family wire transferred $500,000 to Rothenberg Ventures 2016 Feeder Fund (SVB #0574),[99] an account that had a $0 balance prior to the transfer. On December 24, 2015, the $500,000 was transferred from Rothenberg Ventures 2016 Feeder Fund to the 2015 Fund (SVB #3208). Also, on December 24, 2015, the $500,000 Dolby Family investment was included as part of a $1,600,000 transfer from the 2015 Fund (SVB #3208) to the 2015 Fund Sub Account (SVB #8782).

256.   However, on December 28, 2015, the 2015 Fund Sub Account (SVB #8782) returned $1,228,000 to the 2015 Fund (SVB #3208)[100] and under the FIFO methodology, all of the Dolby Family's investment of $500,000 was included in this return.

257.   On January 4, 2016, the Dolby Family's $500,000 investment money was included as part of a $1,105,096 transfer from the 2015 Fund (SVB #3208) to RVMC (SVB #8931). Both the 2015 Fund bank statement (SVB #3208) and the RVMC bank statement (SVB #8931) contain the same notation "2016 Fees-2015F to MgmtCo,"[101] which means the payment represents the 2016 fees from the 2015 Fund to RVMC.

---

[99] *See* SVB #0574 bank statement for the month of December 2015, SVB #3208 bank statement for the month of December 2015, SVB #8782 bank statement for the month of December 2015.

[100] *See* SVB #8782 bank statement for the month of December 2015 and SVB #3208 bank statement for the month of December 2015.

[101] *See* SVB #3208 bank statement for the month of January 2016 and SVB #8931 bank statement for the month of January 2016.

US-GTF-000058

258.    Earlier in this report, I mentioned that the 2015 Fund paid the management fees for both 2015 (1.75%) and 2016 (1.75%) in calendar year 2015 as well as all ten years' worth of administrative fees in calendar year 2015.  As such, except for the $148,500 in fees related to the $1.1 million raised in 2016 for the 2015 Fund, the 2015 Fund did not owe RVMC any money for fees.  Finally, I pointed out that RVMC had taken approximately an additional $4.6 million above and beyond what the Management Agreement provided for.  For all of these reasons, the 2015 Fund did not owe any fees to RVMC in 2016 (even though fees were paid on January 4, 2016).

259.    The $1,105,096 transfer on January 4, 2016 from the 2015 Fund to RVMC initiates a series of transfers that all occur over a 1-hour 20-minute timeframe.  The transfers illustrate some of the challenges in following the money flow as money moves between accounts with greater frequency than what one would typically expect, and sometimes appears to lack a business purpose.

| Date | Ref | 2015 Fund (SVB #3208)[102] | RVMC (SVB #8931)[103] | Mr. Rothenberg's personal bank account (BofA #2573)[104] | River Studios (SVB #9185)[105] | Rothenberg Ventures (SVB #7429)[106] |
|---|---|---|---|---|---|---|
| 1/4/16 | (1) | ($1,105,096) | $1,105,096 | | | |
| 1/4/16 [09:10 ET] | (2) | | ($800,000) | $800,000 | | |
| 1/4/16 [09:10 ET] | (3) | | ($200,000) | $200,000 | | |
| 1/4/16 [09:46 ET] | (4) | | | ($400,000) | | $400,000 |
| 1/4/16 [09:46 ET] | (5) | | | ($550,000) | $550,000 | |
| 1/4/16 [10:00 ET] | (6) | | | $200,000 | ($200,000) | |
| 1/4/16 [10:01 ET] | (7) | | | $400,000 | | ($400,000) |
| 1/4/16 [10:04 ET] | (8) | | $200,000 | ($200,000) | | |
| 1/4/16 [10:30 ET] | (9) | | $200,000 | ($200,000) | | |

(1)  On 1/4/16, $1,105,096 in management fees are transferred from the 2015 Fund (SVB #3208) to RVMC (SVB #8931).  The characterization changes multiple times.  The changes will be discussed later in this report.

(2)  On 1/4/16 (9:10 ET), $800,000 was transferred from RVMC to Mr. Rothenberg's personal bank account (BofA #2573).

(3)  Also, on 1/4/16 (9:10 ET), another $200,000 was transferred from RVMC to Mr. Rothenberg's personal bank account (BofA #2573).

(4)  Also, on 1/4/16 (9:46 ET), $400,000 was transferred from Mr. Rothenberg's personal bank account (BofA #2573) to Rothenberg Ventures LLC (SVB #7429), an Other Rothenberg Entity.

---

[102] For the transfer out of cash in this column see SVB #3208 bank statement for the month of January 2016.

[103] For both the transfers in and out of cash in this column see SVB #8931 bank statement for the month of January 2016.

[104] For both the transfers in and out of cash in this column see SVB #2573 bank statement for the month of January 2016.

[105] For both the transfers in and out of cash in this column see SVB #9185 bank statement for the month of January 2016.

[106] For both the transfers in and out of cash in this column see SVB #7429 bank statement for the month of January 2016.

(5) Also, on 1/4/16 (9:46 ET), $550,000 was transferred from Mr. Rothenberg's personal bank account (BofA #2573) to River Studios (SVB #9185), an Other Rothenberg Entity.

(6) Also, on 1/4/16 (10:00 ET), fourteen minutes after the $550,000 was transferred to River Studios, $200,000 was transferred back to Mr. Rothenberg's personal bank account (BofA #2573).

(7) Also, on 1/4/16 (10:01 ET), fifteen minutes after the $400,000 was transferred from Mr. Rothenberg's personal bank account to Rothenberg Ventures LLC (SVB #7429), the entire $400,000 that was transferred from Mr. Rothenberg's personal bank account (BofA #2573) to Rothenberg Ventures LLC (SVB #7429) is transferred back to Mr. Rothenberg's personal bank account (BofA #2573).

(8) Also, on 1/4/16 (10:04 ET), $200,000 was transferred from Mr. Rothenberg's personal bank account (BofA #2573) back to RVMC (SVB #8931).

(9) Also, on 1/4/16 (10:30 ET), $200,000 was transferred from Mr. Rothenberg's personal bank account (BofA #2573) back to RVMC (SVB #8931).

## HTC Corporation's $2 million investment into the 2015 Fund

260.    On July 31, 2015, HTC Corporation ("HTC") wire transferred $2,000,000 to the 2015 Fund bank account (SVB #3208) for the purpose of investing in Portfolio Companies of the 2015 Fund.

261.    **Question #22(a)**: Was HTC's $2,000,000 invested into Portfolio Companies of the 2015 Fund?

262.    **Answer to Question #22(a):** In my opinion, $79,976 (4.0%) of HTC's $2,000,000 was invested into Portfolio Companies of 2015 Fund.

263.    **Question #22(b):** If not all of HTC's $2,000,000 was invested into Portfolio Companies of the 2015 Fund, how was the $2,000,000 utilized?

264.    **Answer to Question #22(b):** In my opinion, HTC's $2,000,000 was utilized as follows:

**Venture Capital Company activities**

| Description of utilization | Amount |
|---|---|
| Investments in Portfolio Companies (2015 Fund) | $79,976 |
| Distributions to Outside Investors | $0 |
| RVMC Operating and Fund expenditures | $279,015 |
| Money maintained at Collateral MM Account at SVB (SVB #8797) | $171,794 |
| **Total Venture Capital Company activities** | **$530,785** |

| **Total payments made from Mr. Rothenberg's personal accounts** | **$877,950** |
|---|---|

**Other Rothenberg Entity expenditures**

| Description of utilization | Amount |
|---|---|
| Other Rothenberg Entity – River Studios expenditures | $388,096 |
| Other Rothenberg Entity expenditures | $203,169 |
| **Total Other Rothenberg Entity expenditures** | **$591,265** |

| **TOTAL OF THE THREE CATEGORIES ABOVE** | **$2,000,000** |
|---|---|

*The above summary chart represents the culmination of cash tracing of HTC's $2,000,000 investment money on July 31, 2015. The detailed transaction tracing and analysis are located at Appendix O, entitled "The detailed cash tracing of the use of HTC's $2,000,000 investment into the 2015 Fund on*

*July 31, 2015."  Instructions on how to best navigate the supporting detailed charts are provided just before Appendix I.*

**Tubus LLC's $1.25 million investment into the 2015 Fund**

265.   On April 6, 2015, Tubus LLC wire transferred $1,250,000 to the 2015 Fund (SVB #3208).

266.   **Question #23(a):** Was Tubus LLC's $1,250,000 invested into Portfolio Companies of the 2015 Fund?

267.   **Answer to Question #23(a):** In my opinion, $90,338 (7.2%) of Tubus LLC's $1,250,000 was invested into Portfolio Companies of the 2015 Fund.

268.   **Question #23(b):** If not all of Tubus LLC's $1,250,000 was invested into Portfolio Companies of the 2015 Fund, how was the $1,250,000 utilized?

269.   **Answer to Question #23(b):** In my opinion, Tubus LLC's $1,250,000 was utilized as follows:

**Venture Capital Company activities**

| Description of utilization | Amount |
|---|---|
| Investments in Portfolio Companies (2015 Fund) | $90,338 |
| Distributions to Outside Investors | $0 |
| RVMC Operating and Fund expenditures | $603,700 |
| Money maintained at Collateral MM Account at SVB (SVB #8797) | $0 |
| **Total Venture Capital Company activities** | **$694,038** |

| | |
|---|---|
| **Total payments made from Mr. Rothenberg's personal accounts** | **$376,653** |

**Other Rothenberg Entity expenditures**

| Description of utilization | Amount |
|---|---|
| Other Rothenberg Entity – River Studios expenditures | $179,309 |
| Other Rothenberg Entity expenditures | $0 |
| **Total Other Rothenberg Entity expenditures** | **$179,309** |

| | |
|---|---|
| **TOTAL OF THE THREE CATEGORIES ABOVE** | **$1,250,000** |

*The above summary chart represents the culmination of cash tracing of Tubus LLC's $1,250,000 investment money on April 6, 2015.  The detailed transaction tracing and analysis are located at Appendix P, entitled "The detailed cash tracing of the use of Tubus LLC's $1,250,000 investment into the 2015 Fund on April 6, 2015."  Instructions on how to best navigate the supporting detailed charts are provided just before Appendix I.*

**GHF's $1.0 million investment into the 2015 Fund**

270.   On April 28, 2015 (prior to GHF's $1.0 million investment in July 2016, where the money was specifically invested for the purchase of shares in Unity), GHF invested $1.0 million into the 2015 Fund.

271.   **Question #24(a):** Was GHF's $1,000,000 invested into Portfolio Companies of the 2015 Fund?

272.   **Answer to Question #24(a):** In my opinion, $488,694 (48.9%) of GHF's $1,000,000 was invested into Portfolio Companies of the 2015 Fund.

273.   **Question #24(b):** If not all of GHF's $1,000,000 was invested into Portfolio Companies of the 2015 Fund, how was the $1,000,000 utilized?

274.   **Answer to Question #24(b):** In my further opinion, GHF's $1,000,000 was utilized as follows:

**Venture Capital Company activities**

| Description of utilization | Amount |
|---|---|
| Investments in Portfolio Companies (2015 Fund) | $488,694 |
| Distributions to Outside Investors | $0 |
| RVMC Operating and Fund expenditures | $256,369 |
| Money maintained at Collateral MM Account at SVB (SVB #8797) | $0 |
| **Total Venture Capital Company activities** | **$745,063** |

| **Total payments made from Mr. Rothenberg's personal accounts** | **$204,937** |
|---|---|

**Other Rothenberg Entity expenditures**

| Description of utilization | Amount |
|---|---|
| Other Rothenberg Entity – River Studios expenditures | $50,000 |
| Other Rothenberg Entity expenditures | $0 |
| **Total Other Rothenberg Entity expenditures** | **$50,000** |

| **TOTAL OF THE THREE CATEGORIES ABOVE** | **$1,000,000** |
|---|---|

*The above summary chart represents the culmination of cash tracing of GHF's $1,000,000 investment money on April 28, 2015 into the 2015 Fund. The detailed transaction tracing and analysis are located at Appendix Q, entitled "The detailed cash tracing of the use of GHF's $1,000,000 investment into the 2015 Fund on April 28, 2015." Instructions on how to best navigate the supporting detailed charts are provided just before Appendix I.*

275.   While $488,694 was ultimately invested into Portfolio Companies of the 2015 Fund (SVB #3208), the initial transfers of GHF's $1,000,000 from the 2015 Fund (SVB #3208) below are not the way money invested into the 2015 Fund is expected to travel before some of the money gets invested into a 2015 Fund Portfolio Company.

| Date | Ref | 2015 Fund (SVB #3208) | RVMC (SVB #8931) | Mr. Rothenberg's personal bank account (BofA #2573) | Mr. Rothenberg's brokerage account (ML #6052) |
|---|---|---|---|---|---|
| 4/28/15 | (1) | $1,000,000 | | | |
| 4/28/15 | (2) | ($1,000,000) | $1,000,000 | | |
| 4/28/15 | (3) | | ($1,000,000) | $1,000,000 | |
| 4/29/15 | (4) | | | ($1,000,000) | $1,000,000 |
| 5/1/15 | (5) | | | $1,000,000 | ($1,000,000) |

(1)  On 4/28/15, GHF Inc. invested $1,000,000 into the 2015 Fund (SVB #3208).
(2)  Also, on 4/28/15, the $1,000,000 was transferred from the 2015 Fund (SVB #3208) to RVMC (SVB #8931).

    (3)   Also, on 4/28/15, the $1,000,000 was transferred from RVMC (SVB #8931) to Mr. Rothenberg's personal bank account (BofA #2573).

    (4)   The next day, 4/29/15, the $1,000,000 was transferred from Mr. Rothenberg's personal bank account (BofA #2573) to Mr. Rothenberg's brokerage account (ML #6052). The brokerage account ended April with a balance of $1,000,462.

    (5)   Two days later, on 5/1/15, $1,000,362 (including GHF's $1,000,000 investment) was transferred from Mr. Rothenberg's brokerage account (ML #6052) to Mr. Rothenberg's personal bank account (BofA #2573).

## Section 6 of 6: EFFECT OF THE SEC INVESTIGATION: An assessment of actions taken to conceal the true nature of certain money transferred to RVMC.

276.    In July 2016, the Securities and Exchange Commission ("SEC") sent a letter to Mr. Rothenberg and RVMC informing them that the SEC started an investigation into the business practices of the Venture Capital Company.

277.    **Question #25:** After the SEC notified Mr. Rothenberg and RVMC that it had started an investigation into the business practices of the Venture Capital Company, did Mr. Rothenberg, or others working under his direction, take any action within the accounting records to try to conceal the true nature of the transactions?

278.    **Answer to Question #25:** In my opinion, Mr. Rothenberg, or others working under his direction, took at least three actions, involving sixteen separate transactions, intended to conceal the true nature of certain money RVMC took from the 2015 Fund and the 2016 Fund in 2016. Mr. Rothenberg, or others working under his direction, modified the Venture Capital Company accounting records as follows:

    (1)    Certain transactions that had been accounted for as 2015 Fund fees paid to RVMC were modified to be accounted for as the 2015 Fund making an investment in River Studios;

    (2)    Certain transactions that had been accounted for as 2015 Fund fees paid to RVMC or other current assets were modified to be accounted for as the 2015 Fund purchasing warrants from RVMC; and

    (3)    Certain transactions that had been accounted for as 2016 Fund fees paid to RVMC or other current assets or liabilities were modified to be accounted for as the 2016 Fund purchasing warrants from RVMC.

279.    Mr. Rothenberg and RVMC knew that RVMC had taken much more money from the 2015 Fund and 2016 Fund than was allowed. Per the Management Agreements, in 2016, RVMC was allowed to take fees of $148,500 from the 2015 Fund and fees of $312,448 from the 2016 Fund, based on the money raised.

280.    I am going to examine each of the three items mentioned in my opinion directly above. However, I believe it is helpful to look at the composite 2015 Fund and 2016 Fund payments to RVMC in 2016. It is my opinion that the three items (investment in River Studios and warrant sales to the 2015 Fund and the 2016 Fund) are all after-the-fact accounting solutions to conceal the fact that RVMC had taken too much money from the funds.

281.  In 2016, RVMC took over $9.3 million dollars from the 2015 Fund and the 2016 Fund when only $460,948 ($148,500 from the 2015 Fund and $312,448 from the 2016 Fund) was permitted under the Management Agreements.

282.  The following table provides a view of the 2016 year and the money RVMC took from the 2015 Fund and the 2016 Fund.  The far-right hand column states how the money, after modification, was ultimately accounted for in QuickBooks accounting records.

| Date | Ref[107] | 2015 Fund (SVB #3208) | Rothenberg Ventures Co-Fund I used for 2016 (SVB #2235) | Rothenberg Ventures 2016 Feeder Fund (SVB #0555) | Rothenberg Ventures 2016 Feeder Fund (SVB #0574) | Rothenberg Ventures 2016 Accredited Fund (SVB #0460) | Rothenberg Ventures 2016 Fund (SVB #0815) | RVMC (SVB #8931) (BofA #2708) | Ultimately accounted for as |
|---|---|---|---|---|---|---|---|---|---|
| 1/4/16 | (1) | ($1,105,096) | | | | | | $1,105,096 | 2015 Management fees 2015 Fund Warrant purchase |
| 1/25/16 | (2) | | | ($250,000) | | | | $250,000 | 2016 Fund Warrant purchase |
| 2/10/16 | (3) | | | | ($175,000) | | | $175,000 | 2016 Fund Warrant purchase |
| 2/23/16 | (4) | | | ($40,000) | | | | $40,000 | 2016 Fund Warrant purchase |
| 3/2/16 | (5) | ($900,000) | | | | | | $900,000 | 2015 Fund Warrant purchase |
| 3/7/16 | (6) | (23,486) | | | | | | $23,486 | Management fees |
| 3/22/16 | (7) | ($900,000) | | | | | | $900,000 | 2016 Fund Warrant via 2015 Fund |
| 4/5/16 | (8) | ($2,100,000) | | | | | | $2,100,000 | Investment in River Studios |
| 6/6/16 | (9) | ($750,000) | | | | | | $750,000 | Investment in River Studios |
| 6/27/16 | (10) | ($250,000) | | | | | | $250,000 | Investment in River Studios |
| 6/29/16 | (11) | ($212,000) | | | | | | $212,000 | Management fees |
| 7/1/16 | (12) | ($150,000) | | | | | | $150,000 | Investment in River Studios |
| 7/14/16 | (13) | ($140,920) | | | | | | $140,920 | Investment in River Studios |
| 7/15/16 | (14) | | ($1,000,000) | | | | | $1,000,000 | *other current liability |
| 7/19/16 | (15) | | ($150,000) | | | | | $150,000 | *other current liability |
| 7/28/16 | (16) | ($55,000) | | | | | | $55,000 | ^Book transfer credit |
| 8/1/06 | (17) | | ($150,000) | | | | | $150,000 | *other current liability |
| 9/12/16 | (18) | | | | | ($150,000) | | $150,000 | 2016 Fund Warrant purchase |
| 12/9/16 | (19) | | | | | | ($100,000) | $100,000 | 2016 Fund Warrant purchase |
| 12/14/16 | (20) | | | | | | ($250,000) | $250,000 | 2016 Fund Warrant purchase |
| 12/23/16 | (21) | | | | | | ($200,000) | $200,000 | 2016 Fund Warrant purchase |
| 12/27/16 | (22) | ($232,680) | | | | | | $232,680 | ^ Book transfer credit |
| 12/28/16 | (23) | | | | | | ($20,500) | $20,500 | 2016 Fund Warrant purchase |
| TOTAL | | ($6,819,182) | ($1,300,000) | ($290,000) | ($175,000) | ($150,000) | ($570,500) | $9,304,682 | |

*The above summary chart represents cash transfers from the 2015 Fund and the 2016 Fund to RVMC in 2016. The detailed transaction tracing are located at Appendix R, entitled "Additional details of the cash transfers from the 2015 Fund and the 2016 Fund to RVMC in 2016."  Instructions on how to best navigate the supporting detailed charts are provided just before Appendix I.*

---

[107] The "Ref" descriptions provide further details on the origin of the money that was transferred to RVMC.  The details are located at Appendix R- Additional details of the sources of money for each transfer from the 2015 Fund and 2016 Fund to RVMC in 2016.

283.  The above chart can be further summarized as follows:

| Final description of utilization (*i.e.*, the last description in the accounting records as to how the money was utilized) | Number of cash transfers from the 2015 Fund or 2016 Fund to RVMC | Total amount of cash transfers |
|---|---|---|
| Investment – River Studios | 5 | $3,390,920 |
| Portfolio Investments – Warrants (2016 Fund) | 9 | $2,085,500 |
| Portfolio Investments – Warrants (2015 Fund) | 2 | $1,485,550 |
| **Subtotal** | **16** | **$6,961,970** |
| Other current liabilities (money transferred to RVMC but was originally invested for the specific purpose of purchasing shares in Unity) | 3 | $1,300,000 |
| Management fees | 3 | $755,032 |
| Book transfer credit – meant to simply mean money was transferred | 2 | $287,680 |
| **TOTAL** | **24** (Ref #1 is split into two categories) | **$9,304,682** |

284.  The RVMC Detailed Transaction report reflects the transaction numbers assigned by QuickBooks to each accounting transaction.  The QuickBooks transaction numbers get updated if accounting transactions are modified.  The following table details information from the RVMC Detailed Transaction report, the 2015 Fund Audit Trail report and the 2016 Fund Audit Trail report.

| Transaction # in RVMC Detailed Transaction report | Modification date in 2015 Fund or 2016 Fund Audit Trail Report | Date of transaction | Ultimately accounted for as | Dollar amount of transfer |
|---|---|---|---|---|
| 5122 | June 21, 2017 | June 27, 2016 | Investment – River Studios | $250,000 |
| 5123 | | March 22, 2016 | 2016 Fund Warrant purchase | $900,000 |
| 5124 | June 21, 2017 | July 14, 2016 | Investment – River Studios | $140,920 |
| 5125 | June 21, 2017 | July 1, 2016 | Investment – River Studios | $150,000 |
| 5126 | June 21, 2017 | June 6, 2016 | Investment – River Studios | $750,000 |
| 5127 | June 21, 2017 | April 5, 2016 | Investment – River Studios | $2,100,000 |
| 5128 | June 21, 2017 | March 2, 2016 | 2015 Fund Warrant purchase | $277,200 |
| | June 21, 2017 | March 2, 2016 | 2015 Fund Warrant purchase | $222,750 |
| | June 21, 2017 | March 2, 2016 | 2015 Fund Warrant purchase | $128,700 |
| | June 21, 2017 | March 2, 2016 | 2015 Fund Warrant purchase | $247,500 |
| | June 21, 2017 | March 2, 2016 | 2015 Fund Warrant purchase | $23,850 |
| | | | | $900,000 |
| 5129 to 5142 | | | Modification to transactions in 2015 | |
| 5143 | June 21, 2017 | January 4, 2016 | 2015 Fund Warrant purchase | $550,000 |
| | June 21, 2017 | January 4, 2016 | 2015 Fund Warrant purchase | $35,550 |
| | February 23, 2017 | January 4, 2016 | Management fees | $519,546 |
| | | | | $1,105,096 |
| 5144 | June 21, 2017 | September 12, 2016 | 2016 Fund Warrant purchase | $131,770 |
| | June 21, 2017 | | 2016 Fund Warrant purchase | $18,230 |
| | | | | $150,000 |

US-GTF-000065

| 5145 | June 21, 2017 | February 23, 2016 | 2016 Fund Warrant purchase | $40,000 |
| 5146 | June 21, 2017 | February 10, 2016 | 2016 Fund Warrant purchase | $149,140 |
|      | June 21, 2017 | February 10, 2016 | 2016 Fund Warrant purchase | $25,860 |
|      |               |                   |                            | $175,000 |
| 5147 | June 21, 2017 | January 26, 2016 | 2016 Fund Warrant purchase | $250,000 |
| 5148 | June 21, 2017 | December 9, 2016 | 2016 Fund Warrant purchase | $100,000 |
| 5149 |               | July 15, 2016 | Other current liability to GHF | $1,000,000 |
| 5150 | June 21, 2017 | December 28, 2016 | 2016 Fund Warrant purchase | $20,500 |
| 5151 | June 21, 2017 | December 23, 2016 | 2016 Fund Warrant purchase | $130,695 |
|      | June 21, 2017 | December 23, 2016 | 2016 Fund Warrant purchase | $69,305 |
|      |               |                   |                            | $200,000 |
| 5152 | June 21, 2017 | December 14, 2016 | 2016 Fund Warrant purchase | $181,125 |
|      | June 21, 2017 | December 14, 2016 | 2016 Fund Warrant purchase | $68,875 |
|      |               |                   |                            | $250,000 |

285. The sequential transaction numbers in the RVMC Detailed Transaction report in the above chart demonstrate that the final modifications to the 2015 Fund and the 2016 Fund purportedly for the purchase of warrants and the 2015 Fund purportedly for the investment into River Studios were performed at the same time. However, it looks as though RVMC performed some system change to its QuickBooks accounting software on August 7, 2017, as all transactions received an August 7, 2017 date.

286. Still, the part that is not clear is how these transactions, which have very different transaction dates, would be updated sequentially. I can only surmise that the sequential numbers among the 2015 Fund warrants, the 2016 Fund warrants and the 2015 Fund investment in River Studios means they had previously been modified together and sequential numbers were assigned based upon the prior set of transaction numbers, prior to the system update. As demonstrated in my report, there are modifications made on certain days that are intended to conceal the true of the cash transfers.

287. The 2015 Fund Audit Trail report details that the changes to the 2015 Fund purchase of warrants and the 2015 Fund investment in River Studios were all modified on June 21, 2017.

288. The following table displays 2015 Fund transactions where I had the QuickBooks Audit Trail report to assist me in my evaluation of the transactions. The columns show how the money was accounted for/modified on the date at the top of each column.

| Date | Amount | Pre-SEC Notification July 21, 2016 | 1/30/17 or 1/31/17 | 6/21/17 |
|------|--------|-------------------------------------|--------------------|---------|
|      |        | **Accounted for as** | **Accounted for as** | **Accounted for as** |
| 1/4/16 | $1,105,096 | **Last modified: 5/3/16** Management Fees Administrative Fees Other current liabilities | Purchase of "Warrants" | Management fees Purchase of "Warrants" Allocated to six specific Portfolio Companies |
| 3/2/16 | $900,000 | **Last modified: 5/3/16** Management Fees Administrative Fees Other current assets | Management fees | Purchase of "Warrants" Allocated to specific Portfolio Companies |
| 3/22/16 | $900,000 | **Last modified: 5/3/16** Professional Fees Other current assets | 2016 Fund Advance to Mgmt Co. for warrants | 2016 Fund Advance to Mgmt Co. for warrants |

| 4/5/16 | $2,100,000 | **Last modified: 5/3/16** Other current assets Professional Fees | Advances to Portfolio Companies | Investment – River Studios |
|--------|-----------|------|------|------|
| 6/6/16 | $750,000 | **Last modified: 7/1/16** Professional Fees | Advances to Portfolio Companies | Investment – River Studios |
| 6/27/16 | $250,000 | **Last modified: 7/1/16** Professional Fees | Advances to Portfolio Companies | Investment – River Studios |
| 6/29/16 | $212,000 | **Last modified: 7/1/16** Management Fees | Purchase of "Warrants" Then changed to Management fees | Management fees |
| 7/1/16 | $150,000 | **Last modified: 7/5/16** Professional Fees | Advances to Portfolio Companies | Investment – River Studios |
| 7/14/16 | $140,920 | **Last modified:7/19/16** Professional Fees | Advances to Portfolio Companies | Investment – River Studios |

289. The above table demonstrates the following:

a) Prior to July 21, 2016 (date of letter from the SEC), the above transfers from the 2015 Fund to RVMC were recorded as fees (professional, management or administrative) or other current assets or liabilities.

b) On January 30/31, 2017, all but one of the 2015 Fund cash transfers were modified to now be recorded as either "Advances to Portfolio Companies" or "warrants."

c) On June 21, 2017, the accounting entries that had been modified to state that the 2015 Fund had provided advances to Portfolio Companies were modified to record the money RVMC took from the 2015 Fund as an investment in River Studios.

d) Also, on June 21, 2017, the January 4, 2016 and March 2, 2016 accounting entries were modified to link specific companies and cash values to purported warrant sales from RVMC to the 2015 Fund.

290. As an accountant and especially as a forensic accountant, it is concerning to see:

a) the accounting for a transaction modified many months and sometimes over a year after the actual cash transaction had taken place, and

b) the accounting for a transaction have one characterization prior to the SEC notification of an investigation and then have a completely different characterization after Mr. Rothenberg and RVMC were notified of the investigation, including that characterization being changed over time.

291. Also concerning is the fact that the change is a very meaningful one. Sometimes, a change may be, for example, that a management fee should have been reported as a marketing fee. While incorrect, these are both still expenses in the income statement. The modifications performed here took fees that were expenses in the income statement and recorded the money transferred as either warrants being purchased or an investment into River Studios, both of which are assets on the balance sheet. The modifications performed here completely changed the characterization as to why RVMC took money from the 2015 Fund, which, could also potentially have a broader impact on financial reporting and tax reporting matters.

292. Additionally, when I consider that the SEC informed Mr. Rothenberg and RVMC that it was investigating the business practices at the Venture Capital Company and that that investigation would,

almost surely, require RVMC to provide its accounting records, these modifications become even more concerning.

### The 2015 Fund's Purported Investment into River Studios

293. The Wells Submission states "In April 2016, the 2015 Fund obtained an ownership interest in River Studios."[108] The ownership interest statement is not supported by the actual movement of cash and the documentation.

294. The Wells Submission points to a "promissory note executed on April 4, 2016" ("Promissory Note") as its support.[109] The Promissory Note reflects a $5 million loan by the 2015 Fund to River Studios. A loan is not an "ownership interest," as expressed in the Wells Submission. The Promissory Note has a maturity date of three years with interest accruing at 5% on a "non-compounding basis."[110]

295. The Promissory Note states that if River Studios is able to secure new equity financing in excess of $5 million prior to the three year loan maturity date, River Studios, at its "sole discretion," can elect to pay back the loan early or convert the loan to equity securities.[111] If the maturity date is reached in three years, River Studios can elect to pay back the loan and unpaid interest or convert the loan and unpaid interest into common stock.[112] The Promissory Note is a loan and not an ownership interest in River Studios. The Promissory Note gives the key rights to River Studios (the borrower) as opposed to the 2015 Fund (the lender).

296. Because the 2015 Fund did not actually acquire an ownership interest in River Studios, it is not necessary to evaluate whether the equity securities were appropriately valued (since there were no equity securities acquired).

297. Finally, when evaluating the five transfers of cash from the 2015 Fund to RVMC, purportedly for the investment in River Studios, I noted the following pattern for each of the amounts:

    (1) Each transfer of cash from the 2015 Fund to RVMC was initially recorded as a payment for "Professional Fees," which is an expense in the income statement.

    (2) On December 15, 2016 (January 30, 2017, for the $140,920 transaction), the accounting record for each of the transactions was modified such that the cash payment was now recorded as "Advances to Portfolio Companies," which is an asset (a receivable) on the balance sheet.

    (3) On June 21, 2017, the accounting for each of the transactions was modified again such that the cash payment was now recorded as "Investment – River Studios," which is an asset (investment) on the balance sheet.

---

[108] *See* Rothenberg Revised Wells Submission (June 1, 2018) (US000070 – US000108).

[109] *See* River Studios Convertible Promissory Note 2016.04.04 (RVMC00038628 – RVMC00038636).

[110] Ibid.

[111] Ibid.

[112] Ibid.

US-GTF-000068

298.    The bank statements and the QuickBooks accounting records for the 2015 Fund (SVB #3208) and RVMC (SVB #8931) reflect the following cash transfers from the 2015 Fund to RVMC on the dates listed:

| Bank Statement Date and QuickBooks Accounting Entry Date | 2015 Fund (SVB #3208) | RVMC (SVB #8931) | Initially recorded in QuickBooks Accounting Records as: |
|---|---|---|---|
| April 5, 2016 | ($2,100,000) | $2,100,000 | "66700 Professional Fees" |
| June 6, 2016 | ($750,000) | $750,000 | "66700 Professional Fees" |
| June 27, 2016 | ($250,000) | $250,000 | "66700 Professional Fees" |
| July 1, 2016 | ($150,000) | $150,000 | "66700 Professional Fees" |
| July 14, 2016 | ($140,920) | $140,920 | "66700 Professional Fees – 66720-Management Fees" |
| TOTAL | ($3,390,920) | $3,390,920 | |

299.    In each case, the initial QuickBooks accounting entry records the transaction as a payment for "Professional Fees," which is an expense to the 2015 Fund.

300.    However, the accounting entries were modified over time.  On December 15, 2016 (January 30, 2017, with respect to the $140,920 transaction), the five accounting entries were all modified such that the entries all state the 2015 Fund transferred money to River Studios as "Advances to Portfolio Companies."  An advance is an asset, a receivable where the 2015 Fund would expect to be repaid.

| Date of modification in QuickBooks accounting records | Bank Statement Date and QuickBooks Date | Amount | After the modification, the QuickBooks accounting entry is now recorded as: |
|---|---|---|---|
| 12/15/16 | April 5, 2016 | ($2,100,000) | 18100 Advances to Portfolio Companies |
| 12/15/16 | June 6, 2016 | ($750,000) | 18100 Advances to Portfolio Companies |
| 12/15/16 | June 27, 2016 | ($250,000) | 18100 Advances to Portfolio Companies |
| 12/15/16 | July 1, 2016 | ($150,000) | 18100 Advances to Portfolio Companies |
| 1/30/17 | July 14, 2016 | ($140,920) | 18100 Advances to Portfolio Companies |

301.    The next modification to the five accounting entries occurred as follows:

| Date of modification in QuickBooks accounting records | Bank Statement Date and QuickBooks Date | Amount | After the modification, the QuickBooks accounting entry is now recorded as: |
|---|---|---|---|
| 6/21/17 | April 5, 2016 | ($2,100,000) | Investment – River Studios Book |
| 6/21/17 | June 6, 2016 | ($750,000) | Investment – River Studios Book |
| 6/21/17 | June 27, 2016 | ($250,000) | Investment – River Studios Book |
| 6/21/17 | July 1, 2016 | ($150,000) | Investment – River Studios Book |
| 6/21/17 | July 14, 2016 | ($140,920) | Investment – River Studios Book |

302.    On June 21, 2017, all five accounting entries were modified again.  In this modification, the accounting entries which had previously been modified to be treated as advances were now modified to be treated as investments into River Studios.

303.    The key difference between an investment and an "advance" or receivable is that an advance is like a loan.  An advance of money is a transaction where the entity who receives the advance, River Studios, is supposed to pay back the advance.  In the case of the Promissory Note between RVMC and River Studios, River Studios was supposed to pay RVMC interest at 5% (non-compounding) over the term of the Promissory Note.  With an investment, the holder of the investment instrument hopes the entity that was invested in performs well enough to provide a return on the investment, but there is not the same commitment for a return of the money.  I have not seen cash transfers or written documents that would support an investment by the 2015 Fund into River Studios.

304.    The table below details the cash transfers from the 2015 Fund to RVMC that were purportedly for an "ownership interest" in River Studios, the actual amounts transferred from RVMC to River Studios, and a description of how the cash was primarily utilized.

| Date of Cash Transfer | RVMC's Receipt of Cash | Amount that was Transferred to River Studios | Primary uses of the Cash Transferred from the 2015 Fund Purportedly as an Investment into River Studios | Amount Used |
|---|---|---|---|---|
| April 5, 2016 | $2,100,000 | $169,636[113] | 5/6/16 – 6/3/16: Transferred to Other Rothenberg Entity – Rothenberg Management LLC (SVB #8701) | $810,000 |
| | | | 4/15/16 – 6/3/16 RVMC operating expenditures | ~$500,000 |
| | | | 5/16/16 Transfer to ARChina | $275,119 |
| | | | 4/15/16 – 6/3/16 Transferred to Other Rothenberg Entities | $180,000 |
| June 6, 2016 | $750,000 | $0 | 6/6/16: Transferred to Other Rothenberg Entity – Rothenberg Management LLC (SVB #8701) Bank statement notation: "transfer per mike" | $500,000 |
| June 27, 2016 | $250,000 | $0 | 6/27/16: Transferred to Mr. Rothenberg personal account (BofA #2573) | $200,000 |
| | | | 6/28/16: Transferred to Other Rothenberg Entity – Rothenberg Management LLC (SVB #8701) | $40,000 |
| July 1, 2016 | $150,000 | $0 | 7/1/16: Transferred to Other Rothenberg Entity – Rothenberg Management LLC (SVB #8701) Bank statement notation: "transfer per mike" | $100,000 |
| July 14, 2016 | $140,920 | $0 | 7/14/16: Transferred to 2016 Feeder Fund (SVB #0460) and invested in WaveVR, Inc. | $140,920 |
| **TOTAL** | **$3,390,920** | **$169,636** | | |

**RVMC's December 31, 2016 Purported Sale of Warrants to the 2015 Fund**

305.    On January 4, 2016 and March 2, 2016, the 2015 Fund transferred $1,105,096 and $900,000, respectively, to RVMC.  Similar to the purported investment into River Studios, the characterization of these cash transfers within the accounting records changed over time.

306.    I will address these transactions in the following sections:

        (a)  RVMC's sale of warrants to the 2015 Fund are initially recorded as fees paid to RVMC, but then their characterization changes over time.

---

[113] This money is comprised of the following transfers from RVMC to River Studios: May 9, 2016 ($79,636), May 31, 2016 ($20,000) and June 1, 2016 ($70,000).

(b) The Wells Submission states that the warrants were exercised at specific prices and then sold to the 2015 Fund at those prices.  The evidence does not support the exercise of warrants.

(c) RVMC sold warrants to the 2015 Fund at the "warrant exercise price."  The price at which RVMC sold the warrants to the 2015 Fund is unsupported.

(d) The 2015 Fund paid for the warrants (i) approximately one year and (ii) approximately ten months before the purported December 31, 2016 warrant sale took place.

(e) The total purchase price for these warrants in the accounting records does not match the total purchase price in the Warrant Purchase and Sale Agreements (2015 Fund).

(f) The Portfolio Companies whose warrants were sold per the Warrant Purchase and Sale Agreements do not match the Portfolio Company names attached to warrants in the QuickBooks Audit Trail report.

(g) The QuickBooks Audit Trail report details warrant sales prices between RVMC and the 2015 Fund for certain Portfolio Companies that do not agree to the Warrant Purchase and Sale Agreements (2015 Fund).

(h) The Warrant Purchase and Sale Agreements (2015 Fund) dated December 31, 2016 were created at a date after June 21, 2017.

**(a) RVMC's sale of warrants to the 2015 Fund were initially recorded as fees paid to RVMC, but then their characterization changes over time.**

**The January 4, 2016 transfer of $1,105,096**

307.   The 2015 Fund bank statements indicate that the 2015 Fund transferred $1,105,096 to RVMC on January 4, 2016,[114] and $900,000 on March 2, 2016,[115] totaling $2,005,096.

308.   The initial accounting entry for the January 4, 2016 transfer of $1,105,096 from the 2015 Fund to RVMC describes the cash payment as a payment for "2016 Fees."[116] The remarks on the bank statement also describe this cash payment as "FEES – 2015F TO MGMTCO FROM ACCOUNT #3208."  The description, which matches the initial description in the QuickBooks accounting records, documents that the January 4, 2016 payment of $1,105,096 is payment from the 2015 Fund ("2015F") to RVMC ("MgmtCo") for the 2016 management and administrative fees ("2016 Fees") being paid from the 2015 Fund (SVB #3208).  However, as also noted earlier in this report, by the end of 2015, the 2015 Fund did not owe any fees to RVMC in 2016 (with the exception of the small amount of 2015 fees ($148,500) owed on money raised in the 2015 Fund in March and April of 2016).

309.   The QuickBooks Audit Trail report for this transaction demonstrates that the accounting for this January 4, 2016 transaction was initially recorded on March 3, 2016.  After three modifications, the resulting January 4, 2016 accounting entry looked as follows as of January 16, 2017:

---

[114] *See* SVB #8931 and SVB #3208 for the month of January 2016.

[115] *See* SVB #8931 and SVB #3208 for the month of March 2016.

[116] *See* QuickBooks Accounting Records of the 2015 Fund, Audit Trail Report.  The memo entry within the 2015 Fund QuickBooks accounting records state "2016 Fees-2015F to Mgmt Co TO ACCOUNT 3300898931."

US-GTF-000071

| Date of Modification in QuickBooks Accounting Records | Transaction Date per Bank Statement and QuickBooks Accounting Records | Account Name | Debit | Credit |
|---|---|---|---|---|
| 1/16/17 | 1/4/16 | Professional Fees 66720– Management Fees | $866,746 | |
| 1/16/17 | 1/4/16 | Professional Fees 66710 – Admin Fees | $238,350 | |
| 3/3/16 | 1/4/16 | Cash | | $1,105,096 |

310.   On January 31, 2017, the January 4, 2016 accounting entry in the 2015 Fund QuickBooks accounting records was modified to change the management and administrative fees to the purchase of warrants. The modification is a significant change, as management and administrative fees are an expense in the income statement, while "portfolio investments 18800 – warrants" is an asset on the balance sheet. After the modification, the January 4, 2016 accounting entry was recorded as follows:

| Date of Modification in QuickBooks Accounting Records | Transaction Date per Bank Statement and QuickBooks Accounting Records | Account Name | Debit | Credit |
|---|---|---|---|---|
| 1/31/17 | 1/4/16 | Portfolio Investments:18800 – Warrants | $1,105,096 | |
| 3/3/16 | 1/4/16 | Cash | | $1,105,096 |

311.   On June 21, 2017, the accounting entry was modified again as follows:

| Date of Modification in QuickBooks Accounting Records | Transaction Date per Bank Statement and QuickBooks Accounting Records | Portfolio Company Name | Account Name | Debit | Credit |
|---|---|---|---|---|---|
| 2/23/17 | 1/4/16 | | Professional Fees: 66720 Management Fees | $519,546 | |
| 6/21/17 | 1/4/16 | ** | Portfolio Investments: 18800 – Warrants | $550,000 | |
| 6/21/17 | 1/4/16 | Immersv | Portfolio Investments: 18800 – Warrants | $35,550 | |
| 3/3/16 | 1/4/16 | | Cash | | $1,105,096 |

**The "memo" field of the 2015 Fund Audit Trail report attached the $550,000 purchase of warrants to the following five Portfolio Companies: Rival Theory, Retinad, OBE, Getvu and Adawarp.

### The 2015 Fund's $900,000 transfer to RVMC of cash on March 2, 2016

312.   On March 2, 2016, $900,000 was transferred from the 2015 Fund to RVMC.  The QuickBooks accounting entries initially posted the transaction as a current asset.  By January 31, 2016, the accounting for the $900,000 transfer was recorded as follows:

| Date of Modification in QuickBooks Accounting Records | Transaction Date per Bank Statement and QuickBooks Accounting Records | Account Name | Debit | Credit |
|---|---|---|---|---|
| 1/31/17 | 3/2/16 | Professional Fees 66720– Management Fees | $900,000 | |
| 3/3/16 | 3/2/16 | Cash | | $900,000 |

313.   On June 21, 2017, the QuickBooks Audit Trail report details a modification of the $900,000 transaction such that the transaction was now recorded as a series of entries, attaching warrant prices to specific Portfolio Companies as follows:

| Date of Modification in QuickBooks Accounting Records | Transaction Date per Bank Statement and QuickBooks Accounting Records | Portfolio Company Name | Account Name | Debit | Credit |
|---|---|---|---|---|---|
| 6/21/17 | 3/2/16 | Waygate | Portfolio Investments: 18800 – Warrants | $277,200 | |
| 6/21/17 | 3/2/16 | VR Chat | Portfolio Investments: 18800 – Warrants | $247,500 | |
| 6/21/17 | 3/2/16 | InVR | Portfolio Investments: 18800 – Warrants | $222,750 | |
| 6/21/17 | 3/2/16 | GeoCV | Portfolio Investments: 18800 – Warrants | $128,700 | |
| 6/21/17 | 3/2/16 | Immersv | Portfolio Investments: 18800 – Warrants | $23,850 | |
| 3/3/16 | 3/2/16 | | Cash | | $900,000 |

314.   On August 3, 2017, the $1,105,096 and the $900,000 cash transfer transactions were modified again.  In these modifications, the specific Portfolio Company names were removed.

315.   The changing characterization of the $1,105,096 and the $900,000 cash transfer transactions is indicative of an attempt to conceal the true nature of why the cash was transferred from the 2015 Fund to RVMC.

**(b) The Wells Submission states that the warrants were exercised at specific prices and then sold to the 2015 Fund at those prices.  The evidence does not support the exercise of warrants.**

316.   The Wells Submission states the following:

"Effective December 31, 2016, based on its assessment of the performance of each accelerator program company, RVMC determined to exercise the warrants for 9 companies for a total of $1.675 million. (Five of these were exercised outright, four subject to a put option.) An Excel spreadsheet prepared by RVMC for purposes of this investigation also reflects such warrant exercises. (Exhibit 27, RVMC00038275). These investments, as originally contemplated by the warrants referenced above, became the holdings of the 2015 Fund. (See Warrant Purchase and Sale Agreements, Exhibit 28, RVMC00038288 – RVMC00038362)."

317.   The Wells Submission states that RVMC "determined to exercise the warrants for 9 companies for a total of $1.675 million."

318.   The Warrant Agreements (2015 Fund) for the nine Portfolio Companies provided a formula that stated the warrants were exercisable at the earliest of the following three future events:

| Future Event | Warrant Agreement (2015 Fund) Defined the Future Event as: | "Warrant Amount" - the Number of Shares the Holder will Receive |
|---|---|---|
| "Next Equity Financing"[117] | The next sale of "stock that occurs in a single transaction or a series of related transactions, yielding new proceeds to the Company of" (amount differs by Portfolio Company) | "Product of the Target Percentage and the Company's fully diluted capitalization on a post-money basis" |
| Liquidation Transaction | "a liquidation, dissolution, change of control, or winding up of the Company" | "Product of the Target Percentage and the Company's fully diluted capitalization immediately prior to the consummation of the Liquidation Transaction" |
| Twenty-four (24) months | Twenty-four (24) months from the date of the warrant | "Product of the Target Percentage and the Company's fully diluted capitalization at the time of exercise" |

319.   To exercise a warrant, the holder, in this case RVMC, is required to perform the following two items:

1)   execute "Exhibit A – Purchase/Exercise Form" to the Warrant Agreements (2015 Fund), and
2)   pay cash to the Portfolio Company as calculated in the Warrant Agreements (2015 Fund), depending on which of the three events in the chart above occurred.

320.   I have not seen any evidence of either of the above two items occurring.  In particular, the Wells Submission states that, effective December 31, 2016, RVMC exercised the warrants for the nine companies for $1.675 million.  I have not seen any evidence of cash transfers to these Portfolio Companies for the amounts specified in the December 31, 2016 Warrant Purchase and Sale Agreements (2015 Fund) (*i.e.*, the amount at which RVMC is selling the warrants to the 2015 Fund).  A payment of cash to the Portfolio Companies is required to exercise a warrant.

321.   In fact, while the Wells Submission excerpt above discusses the exercise of warrants, the support provided is "See Warrant Purchase and Sale Agreements, Exhibit 28, RVMC00038288 – RVMC00038362."  The support are six Warrant Purchase and Sales Agreements (2015 Fund) between RVMC and the 2015 Fund.[118]  The support demonstrates that RVMC sold the 2015 Fund warrants (not stock) and that the warrants had not yet been exercised.

322.   If the Warrant Agreements (2015 Fund) had been exercised, the sale between RVMC and the 2015 Fund would have been for the sale of shares of stock for the nine Portfolio Companies as opposed to the sale

---

[117] The Warrant Agreements stated a "Next Equity Financing" was next sale of stock "that occurs in a single transaction or a series of transactions, yielding new proceeds to the Company" of a certain amount.
[118] *See* Wells Submission, Exhibit 28 (RVM000038288 – RVMC00038362).

of six Warrant Purchase and Sale Agreements (2015 Fund) (one Warrant Purchase and Sale Agreement contains four companies: Waygate, OBE, inVR and Fringefy).[119]

323.  When I examined the Warrant Purchase and Sale Agreements (2015 Fund) between RVMC and the 2015 Fund, I noted that five of the six agreements do not specify the number of shares that can be purchased through the exercise of the warrants in the Portfolio Companies.

324.  I do note that there is a signed Exhibit B to the Warrant Purchase and Sale Agreements (2015 Fund) (signed by Mr. Rothenberg for both RVMC and the 2015 Fund) assigning the rights to the warrants to the 2015 Fund.  While this assignment is inconsistent with what is written in the Wells Submission, the assignment of the rights to the warrants and Warrant Purchase and Sale Agreements (2015 Fund) is consistent with the documentation that warrants, not shares of stock, were sold from RVMC to the 2015 Fund.

325.  The Warrant Purchase and Sale Agreements (2015 Fund) between RVMC and the 2015 Fund sold the Warrant Agreements (2015 Fund) to the 2015 Fund.  The Warrant Agreements (2015 Fund) provide the holder with the right to be able to purchase stock in the future based on one of three future events occurring.   The right to be able to purchase stock is very different than actually selling share ownership in a Portfolio Company.  The warrant holder will still need to exercise the warrant and pay the Portfolio Company for the purchase of stock in that Portfolio Company.  As such, the sale of the right to purchase stock in the future should carry with it very different pricing than the actual sale of stock.  Pricing will be discussed in the next section.

(c)  **RVMC sold warrants to the 2015 Fund at the "warrant exercise price."[120]  The price at which RVMC sold the warrants to the 2015 Fund is unsupported.**

326.  Since the Warrant Purchase and Sale Agreements (2015 Fund) and the accounting records reflect the sale of warrants from RVMC to the 2015 Fund and not the sale of stock, I am going to continue my report with the understanding that RVMC sold the 2015 Fund warrants, not stock.

327.  A warrant is not stock in a company.  Warrants have value if the warrant allows the holder to purchase a share of stock at a price that is less than the fair market value of that share of stock at the time the warrant is exercised.  As an example:

| | |
|---|---|
| Value of a share of stock | $10 |
| Exercise price of warrant<br>(*i.e.*, the warrant allows the holder to buy a share of stock at this price) | $6 |
| Value of the warrant<br>(the difference between the value of a share of stock and the price the holder can buy a share at) | $4 |

328.  The Warrant Purchase and Sale Agreements (2015 Fund) include a price that the 2015 Fund paid to RVMC for the warrants, but the price is unsupported.  Specifically, as it relates to demonstrating the value of the warrants being sold, each Warrant Purchase and Sale Agreements (2015 Fund) states that Schedule I "attached hereto sets forth a true, accurate and complete representation of the valuation

---

[119] Ibid.
[120] *See* Wells Submission, Exhibit 27 (RVMC00038275).

methodology and calculations used by the Manager to determine the Purchase Price." However, each Schedule I provided by Mr. Rothenberg and RVMC is blank and does not contain a valuation methodology and calculation. Instead, each Schedule I states:

> TO BE COMPLETED FOR EACH WARRANT BY BUSINESS/FINANCE TEAM (VALUATION METHODOLOGY AND CALCULATIONS USED BY THE MANAGER TO DETERMINE THE PURCHASE PRICE.[121]

329. The Wells Submission included a spreadsheet exhibit that was intended to support the value of the warrants. As opposed to a thorough independent valuation of each company at dates in close proximity to the warrant sale date, the spreadsheet, when printed, is about one-half of one page in length. The spreadsheet lists eleven Portfolio Company names, a purchase price date of December 31, 2016 for nine of the warrants, a single warrant exercise price for each Portfolio Company, a Portfolio Company valuation amount with no support, and an exercise date of December 31, 2016. For five Portfolio Companies, the spreadsheet also provides the purported value of the warrant on June 30, 2017 (six months after the purported exercise date). The other four warrants are bundled together in a single line item that states the warrant value at December 31, 2016 and June 30, 2017 are both $960,000.[122]

330. The chart below summarizes information related to the nine warrants:

| Portfolio Company | Warrant Agreement date[123] | Wells Submission Valuation of Portfolio Company on which the Price the 2015 Fund Paid for the Warrants was Calculated[124] | "Warrant Percentage" | "Warrant Exercise Price"[125] | Wells Submission stated "Warrant Value 6/30/17" | Calculated Value of Portfolio Company based on "Warrant Value 6/30/17" | Percentage Gain in Portfolio Company Value on 6/30/17 |
|---|---|---|---|---|---|---|---|
| Retinad VR Inc. | 7/30/15 | $3,500,000 | 5.0% | $175,000 | $250,000 | $5,000,000 | 42.9% |
| GeoCV, Inc. | 8/6/15 | $2,600,000 | 5.0% | $130,000 | $263,248 | $5,264,960 | 102.5% |
| InVR | 8/27/15 | $3,000,000 | 5.0% | $150,000 | | | |
| OBE Gaming, Inc. | 8/27/15 | $2,000,000 | 10.0% | $200,000 | | | |
| VR Chat LLC | 9/7/15 | $3,000,000 | 5.0% | $150,000 | $379,177 | $7,583,540 | 152.8% |
| Rival Theory, Inc. | 9/3/15 | $4,000,000 | 5.0% | $200,000 | $625,079 | $12,501,580 | 212.5% |
| Waygate | 9/11/15 | $7,000,000 | 7.0% | $490,000 | | | |
| Fringely | 9/17/15 | $4,000,000 | 3.0% | $120,000 | | | |
| Immersv | 11/3/15[126] | $6,000,000 | 1.0% | $60,000 | $165,000 | $16,500,000 | 175.0% |
| **TOTAL** | | **$31,100,000** | | **$1,675,000** | | | |

---

[121] *See* Wells Submission, Exhibit 28 (RVM000038288 – RVMC00038362).

[122] *See* Wells Submission, Exhibit 27 (RVMC00038275).

[123] *See* Wells Submission, Exhibit 25 (RVM000038363 – RVM000038537).

[124] *See* Wells Submission, Exhibit 27 (RVMC00038275).

[125] Ibid.

[126] The Immersv warrant agreement is not dated so I used the date the 2015 Fund provided equity financing to Immersv.

331. Based on the accounting rules for related party transactions, I would have expected to see a third-party valuation of the warrants, which includes a valuation of the underlying company to which the warrants apply. At a minimum, there should have been support provided on:

    (1) how the Portfolio Company was valued (the method or methods utilized and the support provided);

    (2) how RVMC estimated the number of future shares the warrant will be convertible into either in the fully diluted capitalization just after a future Next Equity Financing (or the fully diluted capitalization just prior to a future Liquidation Transaction);

    (3) The spreadsheet calculates the price the 2015 Fund paid RVMC by multiplying valuation of the Portfolio Company by the Target percentage. However, a warrant is just the right to buy stock at a future date. The spreadsheet does not provide any support as to why the price represents fair market value of the warrants on December 31, 2015 (to be discussed in more detail below).

332. The metadata of the spreadsheet that accompanied the Wells Submission details that the spreadsheet was created for the first time on October 18, 2017 at 9:14 am, which is listed as both its "Content created" date and its "Date last saved" date. While the spreadsheet lacks any formal analysis of valuing the Portfolio Companies, it is the only document that assigns a value to the Portfolio Companies then multiplies the Portfolio Company valuation with a "warrant percentage" to determine a warrant exercise price.

333. The Portfolio Company valuation is based on a future event (*i.e.*, it has not happened as of December 31, 2016). Thus, as opposed to having financial data (if the future event had occurred) to calculate the valuation, there needs to be a thorough analysis of how the Portfolio Company is being valued at the date the warrants are being sold from RVMC to the 2015 Fund (or in this case the date the cash was transferred from the 2015 Fund bank account to the RVMC bank account).

334. The "Warrant Percentage" in the spreadsheet exhibit to the Wells Submission (and in the chart above) agrees to the "Target percentage" in the Warrant Agreements (2015 Fund). The Target Percentage is the number of warrants that the holder receives based on which of the three qualifying events ("Next Equity Financing," "Liquidation Event," or the passage of twenty-four months in time) happens first.

335. The "Warrant Exercise Price" in the spreadsheet exhibit to the Wells Submission (and in the chart above) is the price that RVMC charged the 2015 Fund to purchase the rights to the warrants. In the spreadsheet the "Warrant Exercise Price" is the purported Portfolio Company valuation multiplied by the "Warrant Percentage."

336. RVMC charged the 2015 Fund 100% of what RVMC purports is the fair market value of its share of the Portfolio Company's stock as of December 31, 2016 (Portfolio Company valuation multiplied by the Target Percentage).

337. Again, a warrant is simply the holder the right to purchase stock in the Portfolio Company in the future. The Warrant Agreements (2015 Fund) state that the purchase price of the stock is the greater of the par value of the stock or 25% of the fair market value at the date of grant. The 2015 Fund would still need to exercise the warrants by paying the greater of the par value of the stock or 25% of the fair market

value to the Portfolio Company (at or after the earliest of the three qualifying events occurred) to purchase actual stock in the Portfolio Company.

338.   The purported sale of warrants from RVMC to the 2015 Fund does not make business sense from the 2015 Fund's perspective.  The 2015 Fund would need to pay a total of approximately 125% of fair market value of the stock (100% of the purported fair market value on December 31, 2016 and 25% of fair market value when one of the three future qualifying events occur that will allow the warrant to be exercisable).

339.   Logically, RVMC could have just held the warrants until one of the three future qualifying events occurred.  Once the warrant became exercisable, RVMC could monitor the performance and valuation of the Portfolio Company and make a determination if exercising the warrant made sense or not.

340.   In addition to lacking appropriate support for the Portfolio Company and the warrants, the supporting spreadsheet provides warrant sale prices for five Portfolio Companies as of June 30, 2017, six months after the December 31, 2016 warrant exercise price.  The June 30, 2017 warrant sales prices are also unsupported but the creator of the spreadsheet stated warrant sales prices for these five Portfolio Companies had increased between approximately 43% to approximately 213% in the six months since the warrants were sold from RVMC to the 2015 Fund.  This would mean that the underlying Portfolio Companies increased in value by these same percentages in that same six-month period of time.

### Fringefy, Ltd. (a private Israeli company) Warrants

341.   One of the six Warrant Purchase and Sale Agreements was between RVMC and Fringefy, Ltd.  This Warrant Purchase and Sale Agreement specified both the number of shares covered by the warrant and the purchase price of those shares as follows:

> "The Company hereby grants the Holder the right to purchase from the Company 1,686 Ordinary Seed shares nominal value NIS 0.01 (the "Warrant Stock") representing as of the date of issuance of this Warrant 3% of the share capital of the Company on a fully diluted basis, effective as of the date hereof (the "Effective Date").  The Purchase Price for each warrant Stock purchasable hereunder shall be equal to 0.01 NIS per each Ordinary Seed Share and in the aggregate up to NIS 16.86."[127]

342.   The Fringefy Warrant Agreement provided that RVMC may purchase up to 1,686 shares of ordinary seed shares at a price of NIS .01 per share or an aggregate price of NIS 16.86.  At December 31, 2016, the New Israeli Shekel (NIS) conversion rate was NIS 3.848 = 1 USD (or 1 USD = .25988 NIS).[128]  As such, the Warrant Agreement provided for RVMC to purchase 1,686 shares of Fringefy Ltd. stock for $4.38.  Per the Wells Submission Exhibit (spreadsheet above) and the Warrant Purchase and Sale Agreement that includes Fringefy Ltd., RVMC sold the warrant to purchase 1,686 shares to the 2015 Fund for $120,000.[129]

---

[127] *See* Wells Submission, Exhibit 25 (RVM000038363 – RVM000038537).
[128] *See* https://usd.fxexchangerate.com/ils-2016_12_31-exchange-rates-history.html.
[129] *See* Wells Submission, Exhibit 27 (RVMC00038275).

343.    I have not seen any evidence that would justify why warrants with an aggregate exercise price of $4.38 would be sold for $120,000 (*i.e.*, I have not identified evidence as to why the 2015 Fund should pay a purchase price that is over 27,397 times its stated exercise price).

344.    The price RVMC charged the 2015 Fund for the purported sale of warrants to the 2015 Fund is unsupported.  More importantly, the sale does not make business sense.  RVMC could not sell these warrants in an arms-length transaction to a third party where the valuation of the Portfolio Company is unknown, the number of warrants (and, thus, the number of shares the warrant holder will receive) is unknown and based on future events, and the warrant exercise prices (the price the warrant holder needs to pay to exercise the warrants) is also unknown and based on future events.

**(d)   The 2015 Fund paid for the warrants (i) approximately one year and (ii) approximately ten months before the purported December 31, 2016 warrant sale took place.**

345.    The Warrant Purchase and Sale Agreements (2015 Fund) state that the sale of the warrants to the 2015 Fund "is made as of December 31, 2016."  However, RVMC bank statements and the accounting records indicate the cash was transferred from the 2015 Fund to RVMC on January 4, 2016 and March 2, 2016.

346.    I could not identify any reason why the 2015 Fund would pay for the purchase of warrants almost a year (for the January 4, 2016 cash transfer) and approximately ten months (for the March 2, 2016 cash transfer) prior to when the purported December 31, 2016 sale of warrants took place.

**(e)   The total purchase price for these warrants in the QuickBooks accounting records does not match the Warrant Purchase and Sale Agreements (2015 Fund).**

347.    After the various modifications, the total value of the warrants in the QuickBooks accounting records sold to the 2015 Fund in 2016 was $1,485,550 ($585,550 on January 4, 2016 and $900,000 on March 2, 2016).  The spreadsheet exhibit to the Wells Submission stated that the total value of the warrants sold to the 2015 Fund on December 31, 2016 was $1,675,000.  I was not able to reconcile the difference.

**(f)   The Portfolio Companies whose warrants were sold per the Warrant Purchase and Sale Agreements do not match the Portfolio Company names attached to warrants in the QuickBooks Audit Trail report.**

348.    On June 21, 2017, the "Name" or "Memo" entry field within the QuickBooks accounting records was modified, attaching specific Portfolio Company names and amounts to some of the QuickBooks accounting entries.  One accounting entry stated the cash transfer of $550,000 was for the purchase of warrants in the following Portfolio Companies: "Warrant Purchase – Rival Theory, retinad, OBE, GetVu, Adawarp Warrant Value at Issuance 50% disc."

349.    However, "GetVu" and "Adawarp," two of the five Portfolio Companies listed above, are not on the list of nine Portfolio Companies that the spreadsheet exhibit to Wells Submission stated were part of the sale to the 2015 Fund.  The spreadsheet exhibit specifically states that Adawarp and GetVu had "warrant exercise prices" of $0, since under the column heading "option decision," it states "Call option – not exercised," meaning RVMC made the decision not to exercise the warrants of these two companies.

350.  On August 3, 2017, the QuickBooks accounting entries were modified for the final time, this time removing all Portfolio Company names that were attached to the warrants.  Without the Audit Trail report, the removal of the Portfolio Company names from the QuickBooks accounting records concealed the discrepancy between the June 21, 2017 Portfolio Companies included in the warrant sales and the Portfolio Companies included in the December 31, 2016 Warrant Purchase and Sale Agreements (2015 Fund).

**(g)  The QuickBooks Audit Trail report details warrant sale prices between RVMC and the 2015 Fund for certain Portfolio Companies that do not agree to the Warrant Purchase and Sale Agreements (2015 Fund).**

351.  As previously noted, on June 21, 2017, the QuickBooks accounting records were modified and Portfolio Company names and values were assigned to certain Portfolio Companies' warrants.  The table below compares the warrant sales prices in the QuickBooks accounting records to warrant sales prices in the December 31, 2016 Warrant Purchase and Sale Agreements.

| Portfolio Company | Warrant Value in QuickBooks Accounting Records on June 21, 2017 | Warrant Value in December 31, 2016 Warrant Purchase and Sales Agreement (2015 Fund) | Difference |
|---|---|---|---|
| Waygate | $277,200 | $490,000 | $212,800 |
| InVR | $222,750 | $150,000 | $72,750 |
| GeoCV | $128,700 | $130,000 | $1,300 |
| VR Chat | $247,500 | $150,000 | $97,500 |
| Immersv | $59,400 | $60,000[130] | $600 |
| Fringefy | Not identified in accounting records | $120,000 | $120,000 |
| 5 companies listed together | $550,000 | Rival Theory: $200,000 Retinad: $175,000 OBE: $200,000 GetVU:          *** Adawarp:        *** <br> $575,000 | unknown |

***  As stated above, GetVu and Adawarp were specifically identified as Portfolio Companies whose warrants were not "exercised" and, thus, were not sold to the 2015 Fund.

352.  The December 31, 2016 Warrant Purchase and Sale Agreements (2015 Fund) were purportedly completed on December 31, 2016.  Once the Warrant Purchase and Sale Agreements (2015 Fund) were completed, the name of each Portfolio Company and the warrant price that the 2015 paid was finalized.  So, when the QuickBooks accounting records were being updated on June 21, 2017 (over 5 months after the December 31, 2016 date in which Portfolio Companies and warrant sales prices were finalized) to specifically identify the Portfolio Companies whose warrants were sold and the warrant price that was

---

[130] The warrant price is from the Wells Submission, Exhibit 27 (RVMC00038275), since InVR warrant is included with three other companies in the Warrant Purchase and Sale Agreement.

paid, the accounting records should exactly match the Warrant Purchase and Sale Agreements (2015 Fund). They do not.

353. The warrant sales prices in the December 31, 2016 Warrant Purchase and Sale Agreements (2015 Fund) do agree with the "warrant exercise price" in the spreadsheet exhibit to the Wells Submission. The metadata of the spreadsheet exhibit to the Wells Submission details that the spreadsheet was created on October 18, 2017 at 9:14 am, which is listed as its "Content created" date and its "Date last saved" date.

354. On August 3, 2017, the accounting records were modified to remove Portfolio Company names from the June 21, 2017 QuickBooks accounting entries. To be clear, anyone looking at the accounting records would not know that there used to be Portfolio Company names attached to the amounts without looking at the Audit Trail report. Without the Audit Trail report (which is not routinely utilized), the removal of the Portfolio Company names from the QuickBooks accounting records concealed the discrepancy between warrant sale prices in the June 21, 2017 QuickBooks accounting records and the warrant sale prices included in the December 31, 2016 Warrant Purchase and Sale Agreements (2015 Fund).

**(h) The Warrant Purchase and Sale Agreements (2015 Fund) dated December 31, 2016 were created at a date after June 21, 2017.**

355. If the Warrant Purchase and Sale Agreements (2015 Fund) had been created on or before its December 31, 2016 date, the QuickBooks accounting records on June 21, 2017 would have gotten both the names of the Portfolio Companies selling warrants correct and the price the 2015 Fund paid the warrants correct. It did not.

356. As stated above, where prices for the purchase of warrants can be identified with the 2015 Fund Audit Trail report for specific Portfolio Companies, the prices do not agree to prices in the Warrant Purchase and Sale Agreements (2015 Fund). If the Warrant Purchase and Sale Agreements (2015 Fund) were created before June 21, 2017, the prices would agree to prices that were input into the QuickBooks accounting records on June 21, 2017.

357. The prices in the Warrant Purchase and Sale Agreements (2015 Fund) do agree to the spreadsheet that accompanied the Wells Submission. Per the metadata, the spreadsheet was created in October 18, 2017. In my opinion, the Warrant Purchase and Sale Agreements (2015 Fund) were created after June 21, 2017 and likely at a date close to when the spreadsheet that accompanied the Wells Submission was created (October 18, 2017).

358. The table below provides a timeline of events:

| Date | Event |
|---|---|
| June 21, 2017 | Certain "warrant" purchases are modified to assign cash values to certain specific Portfolio Companies (*i.e.*, the cash transfer lists the specific price at which RVMC sold the warrants to the 2015 Fund and 2016 Fund). |
| August 3, 2017 | The Portfolio Company names are removed from the 2015 Fund transactions. |
| October 12, 2017 | The Portfolio Company names are removed from the 2016 Fund transactions. |
| October 18, 2017 | The spreadsheet exhibit to the Wells Submission that details the Portfolio Company valuation and the "Warrant Exercise Price" that RVMC charged the 2015 Fund is created. |

359.   For all of the reasons stated above, in my opinion, the modified accounting recording of $1,485,550 as warrants sold from RVMC to the 2015 Fund was performed to conceal the true nature of the transactions. The true nature of the transactions was that RVMC took $1,485,550 from the 2015 Fund as fees, even though such fees were not owed.  RVMC then modified the accounting records to make it look as though the 2015 Fund purchased warrants from RVMC in certain Portfolio Companies.

### RVMC's December 9, 2016 Purported Sale of Warrants to the 2016 Fund

360.   In 2016, over a series of nine separate transactions, RVMC received cash of $2,085,500 purportedly for the sale of warrants to the 2016 Fund.

361.   Similar to RVMC's purported sale of warrants to the 2015 Fund, RVMC's sale of warrants to the 2016 Fund suffers from many deficiencies which eliminate the possibility that these "sales" were actually warrant sales from RVMC to the 2016 Fund.

362.   The deficiencies can be categorized as follows:

    (a) The 2016 Fund paid for the majority of the warrant sales months before the sale occurred.
    (b) The total amount paid in the QuickBooks accounting records does not agree to the total of the Warrant Purchase and Sale Agreements (2016 Fund).
    (c) Although the 2016 Fund Audit Trail report is missing records, the available records reveal important facts about the purported warrant sales.
    (d) The June 21, 2017 cash allocation process allocated warrant prices to certain Portfolio Companies that do not match the prices in their Warrant Purchase and Sale Agreements (2016 Fund).
    (e) The Warrant Purchase and Sales Agreements (2016 Fund) which are dated December 9, 2016 were created at a date after June 21, 2017.
    (f) The treatment of certain cash transfers from the 2016 Fund to RVMC as the purchase of warrants is clearly fraudulent accounting.
    (g) The purchase prices for each warrant in the Warrant Purchase and Sale Agreements (2016 Fund) are unsupported.

### (a) The 2016 Fund paid for the majority of the warrant sales months before the sale occurred.

363.   The table below details the cash transfers from the 2016 Fund to RVMC purportedly for the sale of warrants from RVMC to the 2016 Fund.

| Ref | Bank Statement and QuickBooks Date where Cash was Transferred to RVMC for "Warrant" Sales to the 2016 Fund | Amount Transferred from the 2016 Fund to RVMC that the QuickBooks Accounting Records Ultimately Records as the Sale of Warrants | Warrant Purchase and Sale Agreement Date |
|---|---|---|---|
| (1) | January 26, 2016 | $250,000 | December 9, 2016 |
| (2) | February 10, 2016 | $175,000 | December 9, 2016 |
| (3) | February 23, 2016 | $40,000 | December 9, 2016 |
| (4) | March 22, 2016 | $900,000* | December 9, 2016 |
| (5) | September 12, 2016 | $150,000 | December 9, 2016 |
| (6) | December 9, 2016 | $100,000 | December 9, 2016 |
| (7) | December 14, 2016 | $250,000 | December 9, 2016 |
| (8) | December 23, 2016 | $200,000 | December 9, 2016 |
| (9) | December 28, 2016 | $20,500 | December 9, 2016 |
| | | **$2,085,500** | |

*Per the modified accounting records, cash was transferred from the 2015 Fund on behalf of the 2016 Fund.

364.    Five of the nine cash payments, totaling $1,515,000 (72.6% of the $2,085,500 total cash payments), were made at dates that preceded the December 9, 2016 Warrant Purchase and Sale Agreements (2016 Fund) sale date.  There is not a reasonable explanation as to why the 2016 Fund would pay for warrants prior to the sale date.  These five cash transfers from the 2016 Fund to RVMC are not consistent with the purchase of warrants.

365.    Four of the cash transfers totaling $1,365,000 were made before the 2016 Fund had even made an investment into any of the twelve Portfolio Companies whose warrants RVMC sold to the 2016 Fund.  Of the twelve Portfolio Companies, the earliest investment occurred on April 1, 2015, a $50,000 investment into Eucl3d.  There could not be a sale of warrants where the buyer pays cash before the sale occurred and the buyer does not even know the potential Portfolio Companies in which it might be buying warrants.  Again, these four cash transfers are not consistent with the purchase of warrants.

**(b)  The total amount paid in the QuickBooks Accounting records does not agree to the total of the Warrant Purchase and Sale Agreements.**

366.    The 2016 Fund QuickBooks accounting records details cash payments from the 2016 Fund to RVMC of $2,085,500 (the March 22, 2016 payment of $900,000 was actually made by the 2015 Fund purportedly on behalf of the 2016 Fund) for the purported purchase of warrants.  The twelve Warrant Purchase and Sale Agreements (2016 Fund) have an aggregate purchase price of $2,580,000.  The cash transfers purportedly for the 2016 Fund's purchase of warrants must equal the aggregate purchase price of the twelve Warrant Purchase and Sale Agreements (2016 Fund).  They do not agree.  The lack of agreement calls into question the validity of the Warrant Purchase and Sale Agreements (2016 Fund).

**(c)  Although the 2016 Fund Audit Trail report is missing records, the available records reveal important facts about the purported warrant sales.**

367.    The 2016 Fund Audit Trail report is incomplete in that it is missing almost all transaction history prior to 2017 for the cash transfers related to these purported warrants sales from RVMC to the 2016 Fund.  I

was able to find a February 2016 Transaction Detail By Account for RVMC, which had the first two cash transfers within it.  The January 26, 2016 payment of $250,000 was initially recorded on January 26, 2016 as a "management fee payment."  The February 10, 2016 cash transfer for $175,000 was initially recorded on February 10, 2016 as an "other current liability" within RVMC's accounting records.

368.    Although the 2016 Fund Audit Trail report only has transaction history beginning in 2017, the report still establishes a clear pattern as follows:

| Date | Activity in the 2016 Fund Audit Trail Report |
|---|---|
| January 16, 2017 | All eight (8) cash transfers have the "account" and "name" fields changed to "portfolio investment" and "warrants," respectively, to now reflect the transactions as a purchase of warrants. |
| January 31, 2017 | Three cash transfers are split into a total of six cash transfers so that their amounts can be allocated among different Portfolio Companies.  The "Name" field is changed to "Portfolio Company name – Warrant" and the Portfolio Company is assigned a value.<br><br>For example, the February 10, 2016 cash transfer of $175,000 was changed as follows:<br><br><table><tr><td colspan="2">Modification on January 16, 2017</td><td colspan="2">Modification on January 31, 2017</td></tr><tr><td>"Name" field</td><td>Amount</td><td>"Name" field</td><td>Amount</td></tr><tr><td>Warrants</td><td>$175,000</td><td>Ursa Space - Warrant</td><td>$149,140</td></tr><tr><td></td><td></td><td>Spectra VR - Warrant</td><td>$25,860</td></tr></table> |
| June 21, 2017 | A fourth cash transfer is split into two cash transfers so that the two amounts can be allocated between different Portfolio Companies.  There are now a total of twelve cash transfers.  At this time, all remaining cash transfers have the "Name" field changed to "Portfolio Company name – Warrant" and the Portfolio Company is assigned a value. |
| October 12, 2017 | The "Name" field for all twelve cash transfers was changed to "Warrant Portfolio."  All Portfolio Company names were removed from the accounting records.  The amounts that were allocated to each Portfolio Company remain in the accounting records, there is simply no Portfolio Company attached to the individual amounts. |

369.    On June 21, 2017 (so prior to the October 12, 2017 removal of Portfolio Company names), the 2016 Fund Audit Trail report had assigned amounts to individual Portfolio Companies as follows:

| No. | Cash Payment Date | Total on "Cash Payment Date" | Portfolio Company | Allocation on 6/21/17 |
|---|---|---|---|---|
| 1 | 1/26/2016 | $250,000 | Ursa Space | $250,000 |
| 2 | 2/10/2016 | | Ursa Space | $149,140 |
| 3 | 2/10/2016 | $175,000 | Spectra VR | $25,860 |
| 4 | 2/23/2016 | $40,000 | Spectra VR | $40,000 |
| N/A | 3/22/2016 | $900,000 | 2015 Fund purchase for the 2016 Fund No Portfolio Company names attached | |
| 5 | 9/12/2016 | | eBrevia | $131,770 |
| 6 | 9/12/2016 | $150,000 | Leopoly | $18,230 |
| 7 | 12/9/2016 | $100,000 | Leopoly | $100,000 |
| 8 | 12/14/2016 | | Leopoly | $181,125 |
| 9 | 12/14/2016 | $250,000 | Auro Robotics | $68,875 |
| 10 | 12/23/2016 | | Auro Robotics | $130,695 |
| 11 | 12/23/2016 | $200,000 | Tissue Analytics | $69,305 |
| 12 | 12/28/2016 | $20,500 | Tissue Analytics | $20,500 |
| | | $2,085,500 | TOTAL | $1,185,500 |

370.   The above chart is problematic in that it demonstrates RVMC recognized that the cash transfers did not agree to the warrant sales prices RVMC wanted to utilize for each Portfolio Company.

371.   As a result, RVMC had to allocate money from different cash transfers to a Portfolio Company until it achieved the desired warrant sales price for that Portfolio Company's purported warrant sale. After RVMC achieved the desired warrant sales price value, it selected the next Portfolio Company, and continued the allocation process so that the total matched the desired amount.

372.   As an example, RVMC allocated the cash transfer on January 26, 2016 of $250,000 to Ursa Space. However, RVMC wanted the Ursa Space warrant sales price to be approximately $400,000. So, in the June 21, 2017 allocation process, RVMC went to the next cash transfer on February 10, 2016, and allocated $149,140 (of the $175,000 transferred on that day) to Ursa Space. The total Ursa Space warrant sales price was now $399,140 ($250,000 from the January 26, 2016 cash transfer plus $149,140 from the February 10, 2016 cash transfer). Although it does make any sense why an internal sale between RVMC and the 2016 Fund required two cash transfers to achieve a sale, it appears RVMC was more concerned with achieving a desired warrant sale price than optics of how the cash transfers appeared from an accounting perspective.

373.   Having allocated $149,140 from the February 10, 2016 cash transfer of $175,000, RVMC had a remaining balance $25,860. RVMC then allocated that remaining balance ($25,860) to Spectra VR. RVMC also added the next cash transfer, made on February 23, 2016 for $40,000, to the warrant sale price of Spectra VR.

374.   This allocation process is especially problematic for Leopoly because RVMC needed parts of three different cash transfers to get to the desired approximately $300,000 warrant sale price. There is no

US-GTF-000085

reasonable explanation as to why the 2016 Fund would pay for a warrant over multiple days, in addition to the previously mentioned fact that the 2016 Fund paid for a majority of the warrants before the actual purported December 9, 2016 sale.

375. Additionally, the accounting "name" field for two cash transfers changed the precise Portfolio Company attached to the cash transfers between January 31, 2017 and June 21, 2017. The 2016 Audit Trail report detailed the following modifications:

| | Modification on January 16, 2017 | | | Modification on June 21, 2017 | | |
|---|---|---|---|---|---|---|
| Date | Trans # | "Name" field | Amount | Trans # | "Name" field | Amount |
| 2/10/16 | 148 | Tissue Analytics - Warrant | $25,860 | 148 | Spectra VR - Warrant | $25,860 |
| 2/23/16 | 146 | Tissue Analytics - Warrant | $40,000 | 146 | Spectra VR - Warrant | $40,000 |

376. There is no reasonable explanation as to why the accounting records were updated to indicate the 2016 Fund purchased warrants in one Portfolio Company on February 10, 2016 and February 23, 2016 (as modified on January 16, 2017), and then updated again to indicate the 2016 Fund purchased warrants in a different Portfolio Company (as modified on June 21, 2017).

377. The reasonable explanation is there were some initial allocations of specific cash transfers on January 16, 2017 in the QuickBooks accounting records, when three cash transfers were split-up into six cash transfers and money was allocated to the six Portfolio Companies. Then, on June 21, 2017, a reallocation process was performed, as can be seen in the chart above (par. 369) and as described directly below the chart.

378. The effort to add specificity to prior accounting transactions is a common tactic to conceal the true nature of an accounting transaction. If RVMC had just left the initial January 16, 2017 purchase of "warrants" for the eight cash transfers in the QuickBooks accounting, the transactions would have looked more suspicious. Still, typically, the individual who is modifying the accounting records is creating the other supporting documents (*e.g.*, the Warrant Purchase and Sale Agreements (2016 Fund)) at the same time, so that all documents line up and modifications like the one described above switching the specific Portfolio Company whose warrants were sold do not have to be made.

**(d) The June 21, 2017 cash allocation process allocated warrant prices to certain Portfolio Companies that do not match the prices in their Warrant Purchase and Sale Agreements (2016 Fund).**

379. The following table compares allocations in the QuickBooks accounting records after the June 21, 2017 allocation process to the Warrant Purchase and Sale Agreements (2016 Fund) for two of the six Portfolio Companies that were assigned warrant sale prices.

| Portfolio Company | Amount Paid for Warrants in the 2016 Fund Audit Trail Report after the June 21, 2017 Allocation Process | Amount Paid for Warrants in the December 9, 2016 Warrant Purchase and Sale Agreements (2016 Fund) | Difference |
|---|---|---|---|
| Spectra VR | $65,860 | $150,000 | $84,140 |
| eBrevia | $131,770 | $250,000 | $118,230 |

US-GTF-000086

380.  There is no reasonable explanation as to why a June 21, 2017 allocation of cash would not equal the warrant prices paid for warrants that were purportedly sold approximately six months earlier in the December 9, 2016 Warrant Purchase and Sale Agreements (2016 Fund).

381.  On October 12, 2017, the accounting records were modified to remove Portfolio Company names from each of the cash transfers purported to be for the sale of warrants to the 2016 Fund. To be clear, anyone looking at the accounting records would not know that there used to be Portfolio Company names attached to the amounts without looking at the Audit Trail report. Without the Audit Trail report (which is not routinely utilized), the removal of the Portfolio Company names from the QuickBooks accounting records concealed the discrepancy between warrant sale prices in the June 21, 2017 QuickBooks accounting records and the warrant sale prices included in the December 9, 2016 Warrant Purchase and Sale Agreements (2016 Fund).

   **(e)  The Warrant Purchase and Sales Agreements (2016 Fund) dated December 9, 2016 were created at a date after June 21, 2017.**

382.  As noted in the chart above (par 369), six Portfolio Companies had cash sale prices assigned to the warrant sales in the QuickBooks accounting records. While none of the cash sale prices agree exactly with the Warrant Purchase and Sale Agreements (2016 Fund) amounts, four of the six are close in amount. The two exceptions are described directly above. If the Warrant Purchase and Sale Agreements (2016 Fund) were created on or before their "made as of December 9, 2016" date (or, actually, any time prior to June 21, 2017), the June 21, 2017 amounts purportedly paid for the warrants in the accounting records would agree to the Warrant Purchase and Sale Agreements (2016 Fund).

383.  That is, the Warrant Purchase and Sale Agreements (2016 Fund) were purportedly finalized on or about December 9, 2016. At that point in time, the warrant sale prices were finalized. Over six months later, on June 21, 2017, when RVMC modified the QuickBooks accounting records to identify specific Portfolio Company names and warrant sale prices, those names and warrant sale prices should exactly agree with the December 9, 2016 Warrant Purchase and Sale Agreements (2016 Fund).

384.  In my opinion, the fact that the warrant sale prices in the June 21, 2017 modified QuickBooks accounting records failed to match the warrant sale price in the Warrant Purchase and Sale Agreements (2016 Fund) thirty-three percent (33%) of the time indicates that the Warrant Purchase and Sale Agreements (2016 Fund) were created after June 21, 2017.

385.  Also, on October 12, 2017, the Portfolio Company names were removed from the QuickBooks accounting records, so that warrant prices could no longer be linked to specific Portfolio Companies.

386.  If you consider the October 12, 2017 removal of Portfolio Company names with the fact that the spreadsheet accompanying the Wells Submission was created six days later on October 18, 2017 (for the 2015 Fund), in my opinion, the Warrant Purchase and Sale Agreements (2016 Fund) were likely generated near the October 12, 2017 date.

**(f)** **The treatment of certain cash transfers from the 2016 Fund to RVMC as the purchase of warrants is clearly fraudulent accounting.**

387.   Each of the eight cash transfers from the 2016 Fund to RVMC purportedly for the purchase of warrants had characteristics that make the final description as a purchase of warrants suspicious. However, two cash transfers stand out as particularly troublesome and are clearly fraudulent accounting.

(1) On October 20, 2016, the Rothenberg Ventures 2016 Fund LP (SVB #0815) received $500,000 from Cobalt Robotics. From this money, on December 9, 2017, Rothenberg Ventures 2016 Fund LP transferred $100,000 to RVMC (SVB #8931) with the notation "To pay back Binns."

- The notation clearly indicated that the $100,000 payment to RVMC was intended to be a refund to the Binns Family Limited Partnership, which had initially invested $100,000 to be invested in Unity, but the purchase of Unity stock never occurred.

- On December 9, 2016, $100,000 was transferred into and then out of RVMC. The money was transferred to Rothenberg Venture Co-Fund I (SVB #2235), again with the notation "To pay back Binns." Later on that same day, the $100,000 was transferred to a Charles Schwab account (presumably one owned by the Binns Family Limited Partnership).

- The QuickBooks accounting records were modified on January 16, 2017, to record the cash transfer into RVMC as a purchase of warrants.

  - ❖ This transfer is a clear example of the QuickBooks accounting records being modified to reflect the purchase of warrants when, in fact, RVMC did not actually receive any money. On December 9, 2016, $100,000 was simply transferred into the RVMC bank account and then transferred out of the RVMC bank account. Later on that same day, it was used to pay back to the Binns Family Limited Partnership.

  - ❖ The treatment of the transfer into RVMC as a purchase of warrants – when RVMC did not actually maintain any cash – was inappropriate and represented fraudulent accounting. The treatment of this refund as a warrant purchase is also evidence of concealment of the true nature of this transaction.

(2) On December 13 and 14, 2016, a total of $180,000 was transferred from RVMC (SVB #8931) to the Rothenberg Ventures 2016 Fund, LP (SVB #0815), bringing the bank balance up to $251,015. On December 14, 2016, $250,000 was then transferred to the RVMC (now known as Frontier Technology Venture Capital) bank account at Bank of America (BofA #2708).

- This $250,000 was primarily a transfer from the RVMC bank account at SVB to the RVMC bank account at Bank of America. Nonetheless, on January 16, 2017, the QuickBooks accounting records were modified to account for the cash transfer to RVMC at Bank of America as a purchase of warrants.

US-GTF-000088

- On December 15, 2016, $200,000 of the $250,000 was transferred from RVMC at Bank of America (BofA #2708) to the Rothenberg Ventures Co-Fund I (SVB #2235), when the balance in SVB #2235 was $0 prior to the transfer.  On December 16, 2016, the $200,000 was transferred from Rothenberg Ventures Co-Fund I (SVB #2235) to Rothenberg Ventures 2016 Fund (SVB #0815), when the existing balance in SVB #0815 was $1,015. On December 23, 2016, the $200,000 was transferred back to the RVMC bank account at Bank of America (BofA #2708).

- The $200,000 was simply transferred between bank accounts and then back to the bank account from which it started (otherwise referred to as a roundtrip transaction).

  ❖ This $200,000 was recognized as a purchase of warrants two times.

    1) First, as part of the $250,000 transfer from Rothenberg Ventures 2016 Fund (SVB #0815) to RVMC (BofA #2708) on December 14, 2016 (although $180,000 was technically a transfer from RVMC at SVB to RVMC at Bank of America).

    2) Next, as part of a $200,000 transfer that started at RVMC (BofA #2708) and ended back at RVMC (BofA #2708).

  ❖ Both times, the treatment of the cash transfers as a purchase of warrants is inappropriate and represents fraudulent accounting. This is also evidence of concealment of the true nature of these transactions.

**(g) The purchase prices for each warrant in the Warrant Purchase and Sale Agreements (2016 Fund) are unsupported.**

388.  Similar to the warrants of the 2015 Fund, the purchase prices of the 2016 Fund warrants were unsupported. Each of the Warrant Agreements (2016 Fund) included a "Schedule I – Valuation Methodology Used to Determine Purchase Price" that details company name, warrant percentage, "company valuation at insurance" (sic) and warrant purchase price.  However, the "company valuation at insurance" (sic) is not supported by an underlying, third-party valuation, as I would typically expect to see.

389.  Additionally, not only does "Schedule I - Valuation Methodology Used to Determine Purchase Price," not include a valuation methodology, it simply ascribes a value to the warrants, even though the number of warrants being provided was based on future events that had not occurred at the time of the Warrant Purchase and Sale Agreements (2016 Fund).

390.  The Warrant Agreements (2016 Fund)[131] for the twelve Portfolio Companies provided a formula that said the warrants were exercisable at the earlier of the following three future events:

---

[131] RVMC00038363 to RVMC00038537

| Future event | Warrant Agreement (2016 Fund) Defined the Future Event as: | "Warrant Amount" - the Number of Shares the Holder will Receive |
|---|---|---|
| "Next Equity Financing"[132] | The next sale of "stock that occurs in a single transaction or a series of related transactions, yielding new proceeds to the Company of" (amount differs by Portfolio Company) | "Product of the Target Percentage and the Company's fully diluted capitalization on a post-money basis" |
| Liquidation Transaction | "a liquidation, dissolution, change of control, or winding up of the Company" | "Product of the Target Percentage and the Company's fully diluted capitalization immediately prior to the consummation of the Liquidation Transaction" |
| Twenty-four (24) months | Twenty-four (24) months from the date of the warrant | "Product of the Target Percentage and the Company's fully diluted capitalization at the time of exercise" |

391.    The "Warrant Amount" is the number of shares of stock the holder of the Warrant Agreement (2016 Fund) would receive when one of these future events occurred.

392.    The following table describes information that was needed to value the warrants at December 9, 2016, and the extent to which the information was available on that date.

| Information Needed to Determine the Value of the Warrant at December 9, 2016 | Information Known at the Time of the December 9, 2016 Warrant Purchase and Sale Agreements (2016 Fund) |
|---|---|
| Value of a share | To value a share of stock, RVMC would need a valuation of each Portfolio Company at December 9, 2016, which was missing. The Portfolio Company valuation would be divided by the fully diluted shares outstanding, which was also missing. |
| Purchase price of the stock of the Portfolio Company | At December 9, 2016, the price the warrant holder will pay is unknown. If and when the warrant is exercised, the price the warrant holder will pay will be the higher of par value of the stock or 25% of the fair market value of essentially the most senior class of stock security at the time of the earliest occurring qualifying future event. |
| The number of shares of stock the holder will receive | The "Warrant Amount" is unknown. The Warrant Amount is as described in the chart above (again based on a future event). |

393.    I do not believe the 2016 Fund (or any entity) would purchase warrants without a good understanding of: (1) the number of shares of the Portfolio Company stock the warrants convert into, (2) the percentage those shares represent of the overall fully diluted ownership of the Portfolio Company, and (3) the overall valuation of the Portfolio Company.

394.    For all of the reasons stated above, in my opinion, the modified QuickBooks accounting of the $2,085,000 as warrants sold from RVMC to the 2016 Fund was performed to conceal the true nature of the transactions. The true nature of the transactions was that RVMC took $2,085,500 from the 2016 Fund

---

[132] The Warrant Agreements stated a "Next Equity Financing" was next sale of stock "that occurs in a single transaction or a series of transactions, yielding new proceeds to the Company" of a certain amount.

and, later beginning on January 16, 2017, modified the accounting entries to try to make it look as though the 2016 Fund purchased warrants from RVMC.

## X.    SUMMARY OF FINDINGS

### Section 1 of 6: THE $4 MILLION LOAN FROM SVB: An assessment of (1) the fees earned versus fees taken by RVMC from the 2015 Fund and (2) the representations made to SVB to obtain the $4 million loan.

395.    Internal emails among Mr. Rothenberg and his finance team in late 2015 demonstrated knowledge that the 2015 Fund had raised $13.17 million but that "Fees Already taken" were $6.065 million (or 46.1% of the money raised versus the 13.5% allowed per the Management Agreement).  To put that in perspective, the 2015 Fund would need to have raised $44.93 million for the $6.065 million in fees to be in compliance with the Management Agreement.

396.    Mr. Rothenberg told representatives at SVB that the 2015 Fund had raised $23.6 million and that certain Outside Investors had prepaid $5.192 million (eight years' worth of management fees and administrative fees).  At the time he made that representation, Mr. Rothenberg knew that the 2015 Fund had only raised at most $13.17 million (55.8%) of the $23.6 million he represented to SVB.  He also knew that the 2015 Fund had already paid RVMC the administrative fees owed over the 2015 Fund's entire life, so including the fees as part of his prepaid amount was double counting those dollars.

397.    Finally, Mr. Rothenberg knew that Outside Investors did not "prepay" future management fees.  RVMC was allowed to take management fees from the 2015 Fund in accordance with the Management Agreement.  As stated earlier, Mr. Rothenberg knew that RVMC had taken $6.065 million, more money than RVMC was owed over the 2015 Fund's entire ten-year life.

### Section 2 of 6: THE $4 MILLION LOAN FROM SVB: An assessment of the $4.25 million used as collateral for the $4 million loan

398.    The 2015 Fund did not have millions in prepaid fees as Mr. Rothenberg had informed SVB.  Still, RVMC was able to raise $4.25 million, a requirement to be placed in a money market account as collateral for the $4 million loan.  The $4.25 million primarily came through two sources: (1) new Outside Investor money that was supposed to be invested in Portfolio Companies, and (2) money from Exits in the 2013 Fund and the 2014 Fund that was supposed to be distributed to the Outside Investors in those funds.

399.    Outside Investors CY Capital, ARChina, and Natala Menezes provided $625,000, $3,000,000, and $100,000 to be invested in Portfolio Companies of the 2016 Fund, the 2016 Fund, and the 2015 Fund, respectively.  None of their money was invested in Portfolio Companies.  Instead, $2,910,000 of their money ($534,487 of CY Capital's $625,000; $2,275,513 of ARChina's $3,000,000; and all $100,000 of Natala Menezes' money) was transferred to SVB and included as part of the $4.25 million money market account that collateralized the $4 million loan.

400.    Additionally, the 2013 Fund and 2014 Fund provided the remaining $1,340,000 required to fund the $4.25 million collateral money market account. The 2013 Fund and 2014 Fund obtained the majority of

this money through Exits in Portfolio Companies. Rather than appropriately distributing the Exit money to Outside Investors, RVMC placed this money in the money market account that collateralized the $4 million loan.

## Section 3 of 6: THE PILOT GROVE INVESTMENT: An assessment of Pilot Grove's $2 million investment into River Studios, an Other Rothenberg Entity

401.   Mr. Rothenberg, and others working on his behalf, told representatives at Pilot Grove that Mr. Rothenberg had self-funded River Studios, when in fact, much of the money utilized to fund River Studios came from the approximately $4.6 million of money RVMC took from the 2015 Fund beyond what it was allowed to per the Management Agreement between RVMC and the 2015 Fund.

402.   Pilot Grove was told its $2 million investment would be used to grow the River Studios business ("expand in house VR/CGI development," "20+ pieces of original content," "2-3 VR studio acquisitions"). In fact, none of Pilot Grove's investment was spent on these three elements of River Studios' business, and only $201,000 can be traced to "general runway" expenses, the fourth item in the "Uses of Capital" section of the investor presentation.[133]

403.   Instead, on the same day of Pilot Grove's investment, $1.75 million of Pilot Grove's $2 million investment went to Mr. Rothenberg's personal bank account and was then utilized to satisfy numerous cash requirements, including the need to repay money that was owed to the 2013 Fund and 2014 Fund.

## Section 4 of 6: UNITY SOFTWARE, INC.: An assessment of money raised from Outside Investors where the specific purpose was to use the money to purchase shares in Unity Software, Inc.

404.   Mr. Rothenberg, and others working on his behalf, raised $1.35 million from five Outside Investors who provided their money for the sole purpose of purchasing shares in Unity Software, Inc. Ultimately, none of the money was used to purchase shares in Unity. Rather than refund the money, RVMC used the Outside Investors' money on other cash needs. Two Outside Investors were able to get their money refunded, but it took five months for one Outside Investor and just over a year for the second Outside Investor.

## Section 5 of 6: 2015 FUND AND 2016 FUND INVESTORS:  An assessment of certain Outside Investors who invested their money into either the 2015 Fund or the 2016 Fund.

405.   Outside Investors provided money to the Venture Capital Company to be invested in Portfolio Companies or occasionally in specific opportunities like the aforementioned opportunity to purchase shares in Unity. However, the use of Outside Investor money on Other Rothenberg Entity expenditures or, to the extent it existed, personal expenditures within Mr. Rothenberg's personal account (*i.e.*, non-Venture Capital Company business), created business and financial issues within the Venture Capital Company. As a result, Mr. Rothenberg and RVMC frequently took an Outside Investor's money and used it to satisfy an existing issue within the Venture Capital Company.

---

[133] *See* TVR-0000030.

US-GTF-000092

406.    Within this report, I examined certain specific Outside Investors who invested their money into a specific fund. In the end, very little of their investment money was invested in Portfolio Companies of the Rothenberg Investor Fund in which they invested their money.

407.    None of the Dolby Family's $500,000 was invested in Portfolio Companies of the 2016 Fund. Instead, the Dolby Family's $500,000 was used on RVMC operating expenditures ($222,838), payments made from Mr. Rothenberg's personal account ($125,153), and River Studios expenditures ($152,009).

408.    On July 31, 2015, HTC invested $2,000,000 into the 2015 Fund, and on that same day $1,920,024 (96%) was transferred to RVMC. In the end, only $79,976 (4.0%) of HTC's $2,000,000 was invested in Portfolio Companies of the 2015 Fund. Instead, the remaining $1,920,024 was used on RVMC operating expenditures ($279,015), money maintained in the RVMC Collateral MMA at SVB ($171,794), payments made from Mr. Rothenberg's personal account ($877,950), and Other Rothenberg expenditures ($591,265, of which $388,096 was River Studios).

409.    On April 6, 2015, Tubus LLC invested $1,250,000 into the 2015 Fund. On that same day, $1,180,000 (94.4%) was transferred out of the account ($774,664 to RVMC and $405,000 to Mr. Rothenberg's personal account). In the end, only $90,338 (7.2%) of Tubus LLC's $1,250,000 was invested in Portfolio Companies of the 2015 Fund. Instead, the remaining $1,159,662 was used on RVMC operating and fund expenditures ($603,700), payments made from Mr. Rothenberg's personal account ($376,653), and River Studios expenditures ($179,309).

410.    Only $488,694 (48.87%) of GHF's $1.0 million was ultimately invested in Portfolio Companies of the 2015 Fund. However, GHF's $1.0 million was transferred amongst many accounts before pieces of it ended back at the 2015 Fund and were invested in Portfolio Companies. On April 28, 2016, GHF invested $1.0 million in the 2015 Fund. On that same day, the $1.0 million was transferred to RVMC and then to Mr. Rothenberg's personal account. The next day (April 29, 2016), the $1.0 million was transferred to Mr. Rothenberg's brokerage account at Merrill Lynch. Two days later on May 1, 2016, this $1.0 million was transferred from Mr. Rothenberg's brokerage account back to his personal account. On that same day, $723,019 was transferred from his personal account to RVMC. On that same day, $291,032 was transferred back to the 2015 Fund and invested in a Portfolio Company. The $551,306 that was not invested in Portfolio Companies of the 2015 Fund was used on RVMC operating expenditures ($256,369), payments made from Mr. Rothenberg's personal account ($204,937), and River Studios expenditures ($50,000).

411.    In three of the four examples, between 94% to 100% of the Outside Investor's money was removed from the fund they invested in on the date of investment. The fourth Outside Investor's (the Dolby Family's) money was removed seven days after it was invested in the 2016 Fund. In my opinion, the same-day or near same-day transfers indicate that Mr. Rothenberg knew his representations about Outside Investor's money being invested into Portfolio Companies were false.

412.    As can also be seen above, very little of these specific Outside Investors' money was invested in Portfolio Companies of the fund they invested in. A summary of the above Outside Investors is provided below.

| Outside Investor | Invested in Portfolio Companies of the Fund it Invested in | Payments made from Mr. Rothenberg's Personal Account | RVMC Operating Expenditures | Money held within the Collateral MM Account | Other Rothenberg Entity – River Studios Expenditures | Other Rothenberg Entity – Expenditures (Non-River Studios) | TOTAL |
|---|---|---|---|---|---|---|---|
| Dolby | $0 | $125,153 | $222,838 | $0 | $152,009 | $0 | $500,000 |
| HTC | $79,976 | $877,950 | $279,015 | $171,794 | $388,096 | $203,169 | $2,000,000 |
| Tubus | $90,338 | $376,653 | $603,700 | $0 | $179,309 | $0 | $1,250,000 |
| GHF | $488,694 | $204,937 | $256,369 | $0 | $50,000 | $0 | $1,000,000 |
| **Total** | **$659,008** | **$1,584,693** | **$1,361,922** | **$171,794** | **$769,414** | **$203,169** | **$4,750,000** |
| **%** | **13.9%** | **33.3%** | **28.7%** | **3.6%** | **16.2%** | **4.3%** | **100.0%** |

### Section 6 of 6: EFFECT OF THE SEC INVESTIGATION: An assessment of actions taken to conceal the true nature of certain money transferred to RVMC.

413.   In 2016, RVMC took over $9.3 million from the 2015 Fund and 2016 Fund when only $460,948 was allowed under the Management Agreements.  In July 2016, the SEC informed Mr. Rothenberg and RVMC that it had initiated an investigation into the Venture Capital Company's business practices.

414.   Starting on January 16, 2017, and at several later dates, accounting entries in the Venture Capital Company's QuickBooks accounting software system were modified to conceal the true nature of the money RVMC took from the 2015 Fund and the 2016 Fund.  While in reality RVMC took money beyond what was permitted, Mr. Rothenberg, and others working under his direction, later modified accounting records and provided documents to make it look as though warrants had been sold to the 2015 Fund and the 2016 Fund and as though the 2015 Fund had invested in River Studios.

### The 2015 Fund's Purported Investment in River Studios

415.   While the Wells Submission stated that the 2015 Fund made an investment in River Studios, the supporting document is a three-year loan agreement dated April 4, 2016.  More importantly, each of the five cash transfers were initially recorded as "Professional fees," but months after the cash transfer, on December 15, 2016 (January 30, 2017 for the $140,920 transfer), the accounting entries for each transfer were modified to now be recorded as "Advances to Portfolio Companies," which is essentially a loan. Then, on June 21, 2017, the accounting entries for each of the five cash transfers were modified again. The accounting entry for each transaction was then recorded as "Investment – River Studios."

416.   Of the $3,390,920 that RVMC took from the 2015 Fund purportedly as an investment into River Studios, only $169,637 (5.0%) was actually transferred from RVMC to River Studios.

417.   The changing documentation in the QuickBooks accounting records first from fees to advances and then from advances to an investment in River Studios, coupled with the small percentage of cash actually going from RVMC to River Studios, does not support the 2015 Fund making an investment in River Studios.  Rather, the evidence supports that RVMC took $3,390,920 in additional fees beyond what it was permitted per the Management Agreement and Mr. Rothenberg, and others working under his direction, then attempted to conceal this fact by changing the accounting records.

**RVMC's December 31, 2016 Purported Sale of Warrants to the 2015 Fund**

418.  Similar to the 2015 Fund's purported investment in River Studios, RVMC's two purported sales of warrants to the 2015 Fund were initially recorded as fees paid to RVMC:

- On January 31, 2017, the January 4, 2016 cash transfer of $1,105,096 was modified from management fees to the purchase of warrants for $1,105,096. On February 23, 2017, $519,546 was changed back to "management fees," leaving $585,550 recorded as "warrants."
- On June 21, 2017, the March 2, 2016 cash transfer of $900,000 was modified from management fees to the purchase of warrants.

419.  The Wells Submission stated that RVMC chose to exercise the warrants for stock. There was no evidence that RVMC exercised the warrants. In fact, the Warrant Purchase and Sale Agreements (2015 Fund) between RVMC and the 2015 Fund supported the sale of warrants, not stock.

420.  There were no cash payments from RVMC to the Portfolio Companies related to the warrants to help establish a fair market price for the warrants. The price paid for the warrants in the Warrant Purchase and Sale Agreements (2015 Fund) were unsupported in that they: (1) lack a valuation of the Portfolio Companies, (2) do not disclose the number of shares of stock the warrant holder would receive upon exercising the warrant (the number of shares is based on a future event), and (3) do not disclose the price the warrant holder will pay to acquire each share of stock.

421.  Based on the bank statements and the QuickBooks accounting records, the 2015 Fund paid RVMC for the warrants approximately one year and approximately ten months before the purported warrant sale took place. Additionally, the 2015 Fund paid RVMC for the warrants before any investment had been made into any of the nine Portfolio Companies included in the Warrant Purchase and Sale Agreements (2015 Fund).

422.  The total purchase price for these warrants in the QuickBooks accounting records ($1,485,550) does not match the total purchase price in the Warrant Purchase and Sale Agreements (2015 Fund) ($1,675,000).

423.  The Portfolio Companies whose warrants were sold per the Warrant Purchase and Sale Agreements do not match the Portfolio Company names attached to warrants in the QuickBooks Audit Trail report. Additionally, the QuickBooks Audit Trail report details warrant sale prices between RVMC and the 2015 Fund that do not match the warrant sale prices in the Warrant Purchase and Sale Agreements (2015 Fund).

424.  On August 3, 2017, the accounting records were modified to remove Portfolio Company names from each of the cash transfers purported to be for the sale of warrants to the 2015 Fund. Without the Audit Trail report (which is not routinely utilized), the removal of the Portfolio Company names from the QuickBooks accounting records concealed the discrepancy between the June 21, 2017 QuickBooks accounting records and the December 9, 2016 Warrant Purchase and Sale Agreements (2016 Fund) for (1) the Portfolio Companies whose warrants were sold and (2) the sales prices at which the warrants were sold.

425.    The June 21, 2017 QuickBooks accounting entries were made over five months after the purported December 31, 2016 Warrant Purchase and Sale Agreements (2015 Fund) date.  Taken together with the August 3, 2017 modifications to remove all Portfolio Company names from the purported warrant sale accounting entries, in my opinion this timing indicates that the Warrant Purchase and Sale Agreements (2015 Fund) dated December 31, 2016 were created at a date after June 21, 2017.

426.    For all of the above reasons, the purported warrant sales from RVMC to the 2015 Fund are unsupported. Further, in my opinion the evidence strongly points to the modifications to the QuickBooks accounting records being undertaken to conceal the true nature of the transactions: that RVMC took $1,485,550 from the 2015 Fund and the 2015 Fund received no discernable value in return.

### RVMC's December 9, 2016 Sale of Warrants to the 2016 Fund

427.    Five of the nine cash transfers totaling $1,515,000 (72.65% of the $2,085,000 total cash transfers) were made at dates that preceded the dates in the Warrant Purchase and Sale Agreements (2016 Fund).  Four of the cash transfers totaling $1,365,000 were made before the 2016 Fund had even invested in any of the twelve Portfolio Companies whose warrants were sold from RVMC to the 2016 Fund.

428.    The total amount paid by the 2016 Fund to RVMC in the QuickBooks accounting records ($2,085,500) does not agree to the total of the Warrant Purchase and Sale Agreements ($2,580,000).

429.    Although the 2016 Fund Audit Trail report is missing records, the available records reveal important facts about the purported warrant sales, including: (1) the accounting records were modified on January 16, 2017, to account for the eight cash transfers as a purchase of warrants, (2) the accounting records were modified on January 31, 2017, to assign values to six Portfolio Companies, (3) the accounting records were modified on June 21, 2017, to reallocate the cash transfers to specific Portfolio Companies to try and achieve specific warrant sale prices the 2016 Fund purportedly paid to purchase the warrants from RVMC, and (4) the Portfolio Company names were removed on October 12, 2017, to conceal the true nature of the transactions and prevent any potential matching between the QuickBooks accounting records and the Warrant Purchase and Sale Agreements (2016 Fund).

430.    The June 21, 2017 cash allocation process in QuickBooks allocated warrant prices to certain Portfolio Companies that do not match the prices in their Warrant Purchase and Sale Agreements (2016 Fund). On October 12, 2017, the QuickBooks accounting records were modified to remove Portfolio Company names from each of the cash transfers purported for the sale of warrants to the 2016 Fund.  Without the Audit Trail report (which is not routinely utilized), the removal of the Portfolio Company names from the QuickBooks accounting records concealed the discrepancy between warrant sale prices in the June 21, 2017 QuickBooks accounting records and the warrant sale prices included in the December 9, 2016 Warrant Purchase and Sale Agreements (2016 Fund).

431.    The June 21, 2017 QuickBooks accounting entries were made over six months after the purported December 9, 2016 Warrant Purchase and Sale Agreements (2016 Fund) date.  Taken together with the October 12, 2017 modifications to remove all Portfolio Company names from the purported warrant sale accounting entries, in my opinion this timing indicates that the Warrant Purchase and Sale Agreements (2016 Fund) dated December 9, 2016 were created at a date after June 21, 2017.

432.    On December 9, 2016, $100,000 was transferred into RVMC and then transferred out and refunded to the Binns Family Limited Partnership as the failed investment into Unity. The transfer into RVMC was clearly notated as "to pay back Binns," and was simply passed into and then out of RVMC bank account. The treatment of the transfer into RVMC as a purchase of warrants, when RVMC did not actually receive any cash, was inappropriate and represented fraudulent accounting. The treatment of this refund as a warrant purchase is also evidence of concealment of the true nature of this transaction.

433.    Some of the money that was transferred from the 2016 Fund to RVMC was accounted for as purchasing warrants on two separate occasions (*i.e.*, the money was double counted). On December 14, 2016, $250,000 was transferred to Rothenberg Ventures 2016 Fund and then to RVMC at Bank of America and was accounted for as a purchase of warrants. Next, $200,000 of that money, in a round trip transaction, was transferred to Rothenberg Ventures Co-Fund I and then to RVMC (SVB #8931) and then back to RVMC (BofA #2708) and was again accounted for as a purchase of warrants. The accounting treatment of the $250,000 transfer to RVMC at Bank of America as a purchase of warrants (of which $180,000 was a transfer between two RVMC bank accounts) was inappropriate. Further, the accounting treatment of the transfer of $200,000 (of the $250,000) from RVMC at Bank of America to other bank accounts and then back to RVMC at Bank of America as another purchase of warrants was inappropriate and represented fraudulent accounting. These acts were also evidence of concealment of the true nature of these transactions.

434.    The purchase prices for each warrant in the Warrant Purchase and Sale Agreements (2016 Fund) were completely unsupported. The Warrant Purchase and Sale Agreements (2016 Fund) contained the prices being charged to the 2016 Fund for the purchase of warrants, but there was not a single document to support how the amount was derived.

435.    For all of the above reasons, the purported warrant sales from RVMC to the 2016 Fund are unsupported. Further, in my opinion the evidence strongly points to the modifications to the QuickBooks accounting records being undertaken to conceal the true nature of the transactions: that RVMC took $2,085,500 from the 2016 Fund and the 2016 Fund received no discernable value in return.

## XI.    **DOCUMENTS RELIED UPON**

436.    My opinions have been reached based on my education, training, and experience as a CPA and forensic accountant, after reading and analyzing certain documents in this dispute and performing external research. A list of documents I considered in forming my opinions is attached as Appendix B.

## XII.    **COMPENSATION**

437.    The time I spend on this matter is billed to the DOJ at a rate of $775 per hour. I was assisted by Jennifer Engler, an independent consultant, who charges $390 per hour. Neither my fees nor the fees being paid to my consultant, Jennifer Engler, are contingent upon the outcome of this matter. My work on this matter, as well as the work performed by my consultant, was performed under the American Institute of Certified Public Accountants' Statement on Standard for Consulting Services.

## XIII.   RESERVATION OF THE RIGHT TO SUPPLEMENT REPORT

438.   I reserve the right to revise and supplement this report if I obtain additional information or perform additional work or analysis subsequent to the date of this report.

## XIV.   CONCLUSION

439.   The report contained herein summarizes my analysis and presents my observations, conclusions and opinions based upon the work I have performed to date as it relates to this matter. I reserve the right to modify or supplement my opinions, including potentially adding rebuttal opinions, as needed, or as additional documents become available for my review. I may independently, or at the request of Counsel, create exhibits after the issuance of this report for use as demonstratives at trial.

This report has been prepared by:

Gerald T. Fujimoto
June 28, 2023

US-GTF-000098