MOEEL LAH FAKHOURY LLP
Hanni M. Fakhoury (State Bar No. 252629)
1300 Clay Street, Suite 600
Oakland, CA 94612
Telephone:   (510) 500-9994
Email:         hanni@mlf-llp.com

LAW OFFICE OF NATHANIEL J. TORRES (State Bar No. 253968)
338 Fillmore Street, #4
San Francisco, CA 94117
Telephone:   (415) 290-6290
Email:         nathanieltorres3131@gmail.com

Attorneys for Michael Rothenberg

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | Case No.: 4:20-CR-00266-JST |
|---|---|
| Plaintiff, | [PROPOSED] ORDER PERMITTING THE DEFENSE TO BRING COMPUTER AND PRESENTATION EQUIPMENT INTO COURT |
| v. | |
| MICHAEL ROTHENBERG, | Hearing Date:   October 3, 2023 |
| Defendant. | Hearing Time:   8:00 a.m. |

Defendant Michael Rothenberg is scheduled to begin jury trial on October 3, 2023. Defense counsel has requested leave of the Court to bring electronic case management and presentation equipment into the Courtroom consisting of laptop computers and related accessories like power cords and external hard drives. Good cause appearing, **IT IS ORDERED** that the United States Marshal Service permit the defense to bring electronic case management and presentation equipment into the Courtroom during trial, including laptop computers and related accessories like power cords and external hard drives.

DATED:_____        _____
                                                                            HONORABLE JON S. TIGAR
                                                                            United States District Judge

[PROPOSED] ORDER PERMITTING DEFENSE TO BRING COMPUTER AND PRESENTATION EQUIPMENT
*United States v. Rothenberg*, 4:20-CR-00266-JST

1