1 | THOMAS A. COLTHURST (CABN 99493)
Attorney for the United States
2 | Acting under Authority Conferred by 28 U.S.C. § 515

3 | KATHERINE L. WAWRZYNIAK (CABN 252751)
Acting Chief, Criminal Division
4 |
BENJAMIN K. KLEINMAN (NYBN 5358189)
5 | KYLE F. WALDINGER (CABN 298752)
NICHOLAS J. WALSH (CABN 314290)
6 | Assistant United States Attorneys

7 |      450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
8 |      Telephone: (415) 436-7200
Fax: (415) 436-7234
9 |      Email: benjamin.kleinman2@usdoj.gov
Email: kyle.waldinger@usdoj.gov
10 |     Email: nicholas.walsh@usdoj.gov

11 | Attorneys for the United States of America

12 |

13 |                  UNITED STATES DISTRICT COURT

14 |                  NORTHERN DISTRICT OF CALIFORNIA

15 |                       OAKLAND DIVISION

16 | UNITED STATES OF AMERICA,          )  NO. CR 20-00266 JST
                                       )
17 |       Plaintiff,                   )  **UNITED STATES' WITNESS LIST**
                                       )
18 |    v.                              )
                                       )
19 | MICHAEL BRENT ROTHENBERG,          )  Trial Date:        October 3, 2023, 8:30 a.m.
                                       )  Pretrial Hearing:  September 15, 2023, 2:00 p.m.
20 |       Defendant.                   )  Court:             Hon. Jon S. Tigar, Courtroom 6
                                       )
21 |

22 |

23 |         The United States hereby submits its list of prospective witnesses that may be called to testify at

24 | the October 3, 2023, trial of the above-captioned matter.  The government reserves its rights, in keeping

25 | with the Federal Rules of Criminal Procedure, to expand this list before trial and to call additional

26 | witnesses as may be necessary during trial.

27 |         The category headings set out below are for general informational and organizational purposes;

28 | some witnesses may fall within multiple categories.

UNITED STATES' WITNESS LIST
CR 20-00266 JST

*Investor Witnesses*

1. Michael Antonov (Tubus LLC)

2. Alexa Binns

3. James Binns

4. Mark Castleman

5. David Chiu (CY Capital)

6. Gary Ducoff

7. Lena Goldberg

8. Ronald Goldberg

9. Neil Grossman

10. Praveen Gupta (HTC Corporation)

11. Seung Gon Hong (Korea Investment Partners)

12. Amy Huang (ARCHina Capital Partners)

13. Nathanael Hudson

14. Paul Huh (Korea Investment Partners)

15. Seokjoon Hyun (Korea Investment Partners)

16. Steven Joo (Korea Investment Partners)

17. Brian Kang (Korea Investment Partners)

18. Sonoko Konishi

19. Jene Lee (Korea Investment Partners)

20. Sangwoo Lee (Korea Investment Partners)

21. Pascal Levensohn (Dolby Family Ventures)

22. John Melas-Kyriazi

23. Theo Melas-Kyriazi

24. Natala Menezes

25. Dominic Polizzotto (Pilot Grove Management/Transcend VR)

26. Cher Wang (HTC Corporation)

27. Lawrence Weisman (Pilot Grove Management/Transcend VR)

*Silicon Valley Bank Witnesses*

28.   Frank Amoroso

29.   Brian Bell

30.   Jim Gardner

31.   Walter Hart

32.   Judy Lee

33.   Custodian of Records and / or witness(es) necessary to explain documents

*Law Enforcement Witnesses*

34.   Jennifer Barnard, Special Agent, Federal Bureau of Investigation

35.   Anthony Ghio, Special Agent, Internal Revenue Service – Criminal Investigation

36.   Jason Lamb, Internal Revenue Service – Criminal Investigation

37.   Alex Oberlander, Forensic Accountant, Federal Bureau of Investigation

38.   Cameron Purves, Former Special Agent, Federal Bureau of Investigation

39.   Charles Wescott, Special Agent, Federal Bureau of Investigation

*Rothenberg Ventures/Rothenberg Ventures Management Company/River Studios-Related Witnesses*

40.   Lynne McMillan Dimmick

41.   Jefferson Robert "J.R." Eppler

42.   Katherine Fanelli

43.   Brandon Farwell

44.   Dylan Flinn

45.   Justin Grooms

46.   David Haase

47.   Ewan Johnson

48.   Georgia Kinne

49.   Thomas Elwood Leep

50.   Thomas Eaton Leep

UNITED STATES' WITNESS LIST
CR 20-00266 JST                                                    3

51. Sophie Liao

52. Jonah Loop

53. Francisco Riordan

54. Burke Robinson

55. Rothenberg Ventures Management Company (or any similar entities) custodian of records and / or witness(es) necessary to explain documents

*Expert Witness*

56. Gerald T. Fujimoto

*Other Witnesses*

57. Christy Cornell-Pape (or other appropriate Federal Deposit Insurance Corporation witness)

58. Travis Dehle (Cobalt Robotics)

59. Michael Foley

60. David Frank

61. Anthony Garcia

62. Robina Riccitiello

63. Securities and Exchange Commission witness

*Other Custodian of Records Witnesses*

64. American Express custodian of records

65. Bank of America custodian of records

66. Bank of San Francisco custodian of records

67. California Secretary of State custodian of records

68. Cobalt Robotics custodian of records

69. Federal Reserve Bank of New York witness

70. Internal Revenue Service custodian of records

71.  Merrill Lynch custodian of records

72.  Owens Financial/Owen Realty custodian of records

73.  Robinhood Markets custodian of records

74.  Suite Experience Group custodian of records

75.  Thrive Capital Partners custodian of records

DATED:  September 8, 2023                           Respectfully submitted,

                                                   THOMAS A. COLTHURST
                                                   Attorney for the United States
                                                   pursuant to 28 U.S.C. § 515


                                                   _____/s/_____
                                                   BENJAMIN K. KLEINMAN
                                                   KYLE F. WALDINGER
                                                   NICHOLAS J. WALSH
                                                   Assistant United States Attorneys