IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL ROTHENBERG,<br><br>　　　　Defendant. | **Case No.:** 4:20-CR-00266-JST<br><br>[PROPOSED] **ORDER PERMITTING THE DEFENSE TO BRING COMPUTER AND PRESENTATION EQUIPMENT INTO COURT**<br><br>**Hearing Date:**　October 3, 2023<br>**Hearing Time:**　8:00 a.m. |

　　　Defendant Michael Rothenberg is scheduled to begin jury trial on October 3, 2023. Defense counsel has requested leave of the Court to bring electronic case management and presentation equipment into the Courtroom consisting of laptop computers and related accessories like power cords and external hard drives. Good cause appearing, **IT IS ORDERED** that the United States Marshal Service permit the defense to bring electronic case management and presentation equipment into the Courtroom during trial, including laptop computers and related accessories like power cords and external hard drives.

DATED: September 11, 2023

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HONORABLE JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　United States District Judge

[PROPOSED] ORDER PERMITTING DEFENSE TO BRING COMPUTER AND PRESENTATION EQUIPMENT
*United States v. Rothenberg*, 4:20-CR-00266-JST

1