1    THOMAS A. COLTHURST (CABN 99493)
     Attorney for the United States
2    Acting under Authority Conferred by 28 U.S.C. § 515

3    KATHERINE L. WAWRZYNIAK (CABN 252751)
     Acting Chief, Criminal Division
4
     BENJAMIN K. KLEINMAN (NYBN 5358189)
5    Assistant United States Attorney

6       1301 Clay Street, Suite 340S
       Oakland, California 94612
7       Telephone: (510) 637-3680
       FAX: (510) 637-3724
8       Benjamin.kleinman2@usdoj.gov

9    Attorneys for United States of America

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                      OAKLAND DIVISION

13    UNITED STATES OF AMERICA,      )   No. 20-CR-00266 JST
                                  )
14           Plaintiff,            )
                                  )   NOTICE OF APPEARANCE OF
15      v.                   )   GOVERNMENT COUNSEL
                                  )
16    MICHAEL BRENT ROTHENBERG,     )
                                  )
17         Defendant.         )
                                  )
18

19        Please take notice that as of September 14, 2023, the Assistant United States Attorney whose

20    name, address, and telephone number is listed below is making appearance for the government.

21
       BENJAMIN K. KLEINMAN (NYBN 5358189)
22       Assistant United States Attorney
       1301 Clay Street, Suite 340S
23       Oakland, California 94612
       Telephone: (510) 637-3680
24       FAX: (510) 637-3724
       Benjamin.kleinman2@usdoj.gov
25

26    //

27    //

28

NOTICE OF APPEARANCE
20-CR-00266 JST

1

2

3

4

       The Clerk is requested to modify the docket sheet and other court records so as to reflect that copies of all orders and communications from the court will in the future be given also to Assistant United States Attorney Benjamin K. Kleinman at the above mailing address, telephone number, facsimile number and  e-mail address.

5

DATED: September 14, 2023

Respectfully submitted,

6

7

THOMAS A. COLTHURST
Attorney for the United States
pursuant to 28 U.S.C. § 515

8

9

*/s/ Benjamin K. Kleinman*
BENJAMIN K. KLEINMAN
Assistant United States Attorney

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF APPEARANCE
20-CR-00266 JST                          2