UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

*CRIMINAL HEARING MINUTES*

| | | | |
|---|---|---|---|
| Judge: | Jon S. Tigar | Time in Court: | 1 hour 38 minutes |
| Date: | September 15, 2023 | | |
| Case No. | **4:20-cr-00266-JST-1** | | |

**United States of America** v. **Michael Brent Rothenberg**

☐ Defendant
☑ Present
☐ Not Present
☐ In Custody

| | |
|---|---|
| Kyle Waldinger | Hanni Fakhoury |
| Nicholas Walsh | Nate Torres |
| Benjamin Kleinman | |
| Ryan Rezaei | |
| U.S. Attorney | Defense Counsel |

Courtroom Deputy Clerk: Jenny Galang          Court Reporter: Raynee Mercado

*PROCEEDINGS*

Pretrial conference – held.

*RESULT OF HEARING*

1. Parties to meet and confer by 9/22/2023.  In the event of no resolution, the court will proceed with a ruling.
2. The Court asked the parties to prepare a document identifying all the rulings due by 9/19/2023.
3. Court proceedings partially conducted under seal.
4. Pretrial Conference re Resolve Jury Instruction set for 9/22/2023 at 9:30 a.m. by videoconference.
5. Motion hearing set for 9/28/2023 at 2:00 p.m. for the purposes of discussing potential excusal of jurors in advance.