# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT of CALIFORNIA

*CRIMINAL HEARING MINUTES*

| | | | |
|---|---|---|---|
| Judge: | Jon S. Tigar | Time in Court: | 30 minutes |
| Date: | September 22, 2023 | | |
| Case No. | **4:20-cr-00266-JST-1** | | |

**United States of America**   v.   **Michael Brent Rothenberg**

☐ Defendant
☑ Present
☐ Not Present
☐ In Custody

| | |
|---|---|
| Kyle Waldinger | Hanni Fakhoury |
| Nicholas Walsh | Nate Torres |
| U.S. Attorney | Defense Counsel |

Courtroom Deputy Clerk: Mauriona Lee          Court Reporter: Raynee Mercado

*PROCEEDINGS*

Pretrial conference – held.

*RESULT OF HEARING*

1. Disputed jury instructions discussed:
    - 2: The Government's labeling language is adopted.
    - 20: The Court will not give proposed instruction 20.
    - 22: The Court will not give proposed instruction 22.
    - 39: Argument heard from parties. Taken under submission.
    - 41: The Court adopts its tentative ruling.
    - 43: The Court adopts its tentative ruling and will give definition of fiduciary duty.
    - 45: The Court will not give proposed instruction 45.
2. The parties are directed to provide the Court with a revised set of proposed jury instructions.
3. Conference regarding jurors to be excused remains as previously set for September 28, 2023 at 2:00 p.m. via Zoom videoconference.