THOMAS A. COLTHURST (CABN 99493)
Attorney for the United States
Acting under Authority Conferred by 28 U.S.C. § 515

BENJAMIN K. KLEINMAN (NYBN 5358189)
KYLE F. WALDINGER (CABN 298752)
NICHOLAS J. WALSH (CABN 314290)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Fax: (415) 436-7234
    Email: benjamin.kleinman2@usdoj.gov
    Email: kyle.waldinger@usdoj.gov
    Email: nicholas.walsh@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL BRENT ROTHENBERG,<br>    a/k/a MIKE ROTHENBERG,<br><br>    Defendant. | CASE NO. 20-CR-00266 JST<br><br>PARTIES' NOTICE REGARDING SCOPE OF PERMISSIBLE QUESTIONING RE: NEGLIGENCE AND MATERIALITY |

On September 15, 2023, the Court conducted the Pretrial Conference in this case. At that time, the Court deferred ruling on the United States' Motion *in Limine* No. 1. The Court ordered the parties to meet and confer as to whether they can reach an agreement regarding the scope of the defense's questions of bank and investor witnesses as to the issue of materiality. *See* Dkt. 266, at 3.

Pursuant to the Court's Order, the parties hereby submit this Notice to the Court. The parties have met and conferred. The areas of the parties' agreement are summarized below:

1. The parties agree that, in questioning a lender or investor, the defense may not ask questions that are intended to show, or that otherwise suggest, that the lender or investor was negligent. The parties also agree that, in opening statement and in closing argument, the defendant may not suggest

NOTICE RE: QUESTIONING RE: NEGLIGENCE & MATERIALITY
20-CR-00266 JST

1 | or argue that a lender's or investor's negligence constitutes a defense to any of the fraud charges in the
2 | Indictment.

3 |     2.    The parties agree that each party should be allowed to question the lender or investor
4 | about the lender's or investor's own decision-making and funding process, including that lender's or
5 | investor's own due diligence process with respect to particular transactions or investments.

6 |     3.    The parties agree that each party should be allowed to question the lender or investor as
7 | to the import or significance of certain facts or documents communicated to the lender or investor by the
8 | defendant or by others acting on his behalf, including the role that those facts or documents played in the
9 | lender's or investor's own decision-making process.

10 |     The parties believe that these areas of agreement cover most of the potential areas of direct and
11 | cross-examination by the parties of the lender and investor witnesses. The parties recognize, however,
12 | that there may be some lines of questioning that are not covered by the above, and so they respectfully
13 | request the opportunity to object to as-yet unforeseen areas of examination by the opposing party.

DATED: September 22, 2023

Respectfully submitted,

THOMAS A. COLTHURST
Attorney for the United States
pursuant to 28 U.S.C. § 515


    /s/
BENJAMIN K. KLEINMAN
KYLE F. WALDINGER
NICHOLAS J. WALSH
Assistant United States Attorneys


    /s/
HANNI M. FAKHOURY
NATHANIEL J. TORRES
Attorneys for Defendant Michael Rothenberg