UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

*CRIMINAL HEARING MINUTES*

| | | | |
|---|---|---|---|
| Judge: | Jon S. Tigar | Time in Court: | 36 minutes |
| Date: | September 28, 2023 | | |
| Case No. | **4:20-cr-00266-JST-1** | | |

**United States of America**  v.  **Michael Brent Rothenberg**

        Defendant
☑ Present
☐ Not Present
☐ In Custody

Kyle Waldinger  
Nicholas Walsh  
Benjamin Kleinman  
U.S. Attorney

Hanni Fakhoury  
Nate Torres  

Defense Counsel

Courtroom Deputy Clerk: Mauriona Lee     Court Reporter: Raynee Mercado

*PROCEEDINGS*

Pretrial conference – held.

*RESULT OF HEARING*

1. Trial preparations discussed.
2. The Court orders that witnesses are able to listen, attend, or otherwise watch the trial after they are excused as a witness.
3. Potential government shutdown and impacts on court operations discussed.
4. The following jurors have been excused by the Court per stipulation of parties, 5, 22, 29, 43, 49, 56, 57, 59, 63, 68, 76, 82, 85, 91.