1  THOMAS A. COLTHURST (CABN 99493)
   Attorney for the United States
2  Acting under Authority Conferred by 28 U.S.C. § 515

3  MATTHEW M. YELOVICH (NYBN 4897013)
   Acting Deputy Chief, Criminal Division
4
   BENJAMIN K. KLEINMAN (NYBN 5358189)
5  KYLE F. WALDINGER (CABN 298752)
   NICHOLAS J. WALSH (CABN 314290)
6  Assistant United States Attorneys

7       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
8       Telephone: (415) 436-7200
        Fax: (415) 436-7234
9       Email: benjamin.kleinman2@usdoj.gov
        Email: kyle.waldinger@usdoj.gov
10      Email: nicholas.walsh@usdoj.gov

11 Attorneys for the United States of America

12

13                    UNITED STATES DISTRICT COURT

14                  NORTHERN DISTRICT OF CALIFORNIA

15                         OAKLAND DIVISION

16 UNITED STATES OF AMERICA,            )  NO. 20-CR-00266 JST
                                        )
17        Plaintiff,                    )  **UNITED STATES' AMENDED WITNESS LIST**
                                        )
18     v.                               )
                                        )
19 MICHAEL BRENT ROTHENBERG,            )  Trial Date:   October 3, 2023, 8:30 a.m.
                                        )  Court:        Hon. Jon S. Tigar, Courtroom 6
20        Defendant.                    )
                                        )
21 _____  )

22

23        The United States hereby submits its list of prospective witnesses that may be called to testify at

24 the October 3, 2023, trial of the above-captioned matter.  The government reserves its rights, in keeping

25 with the Federal Rules of Criminal Procedure, to expand this list before trial and to call additional

26 witnesses as may be necessary during trial.

27        The category headings set out below are for general informational and organizational purposes;

28 some witnesses may fall within multiple categories.

UNITED STATES' AMENDED WITNESS LIST
20-CR-00266 JST

*Investor Witnesses*

1. 1.     Michael Antonov (Tubus LLC)
2. 2.     Alexa Binns
3. 3.     James Binns
4. 4.     Mark Castleman
5. 5.     David Chiu (CY Capital)
6. 6.     Gary Ducoff
7. 7.     Lena Goldberg
8. 8.     Ronald Goldberg
9. 9.     Neil Grossman
10. 10.     Praveen Gupta (HTC Corporation)
11. 11.     Seung Gon Hong (Korea Investment Partners)
12. 12.     Amy Huang (ARCHina Capital Partners)
13. 13.     Nathanael Hudson
14. 14.     Paul Huh (Korea Investment Partners)
15. 15.     Seokjoon Hyun (Korea Investment Partners)
16. 16.     Steven Joo (Korea Investment Partners)
17. 17.     Brian Kang (Korea Investment Partners)
18. 18.     Sonoko Konishi
19. 19.     Jene Lee (Korea Investment Partners)
20. 20.     Sangwoo Lee (Korea Investment Partners)
21. 21.     Pascal Levensohn (Dolby Family Ventures)
22. 22.     John Melas-Kyriazi
23. 23.     Theo Melas-Kyriazi
24. 24.     Natala Menezes
25. 25.     Dominic Polizzotto (Pilot Grove Management/Transcend VR)
26. 26.     Cher Wang (HTC Corporation)
27. 27.     Lawrence Weisman (Pilot Grove Management/Transcend VR)

***Silicon Valley Bank Witnesses***

28.   Frank Amoroso

29.   Brian Bell

30.   Jim Gardner

31.   Walter Hart

32.   Judy Lee

33.   Custodian of Records and / or witness(es) necessary to explain documents

***Law Enforcement Witnesses***

34.   Jennifer Barnard, Special Agent, Federal Bureau of Investigation

35.   Anthony Ghio, Special Agent, Internal Revenue Service – Criminal Investigation

36.   Jason Lamb, Internal Revenue Service – Criminal Investigation

37.   Alex Oberlander, Forensic Accountant, Federal Bureau of Investigation

38.   Cameron Purves, Former Special Agent, Federal Bureau of Investigation

39.   Charles Wescott, Special Agent, Federal Bureau of Investigation

***Rothenberg Ventures/Rothenberg Ventures Management Company/River Studios-Related Witnesses***

40.   Lynne McMillan Dimmick

41.   Jefferson Robert "J.R." Eppler

42.   Katherine Fanelli

43.   Brandon Farwell

44.   Dylan Flinn

45.   Justin Grooms

46.   David Haase

47.   Ewan Johnson

48.   Georgia Kinne

49.   Thomas Elwood Leep

50.   Thomas Eaton Leep

UNITED STATES' AMENDED WITNESS LIST
20-CR-00266 JST                                                      3

51. Savannah Leggett

52. Sophie Liao

53. Jonah Loop

54. Francisco Riordan

55. Burke Robinson

56. Rothenberg Ventures Management Company (or any similar entities) custodian of records and / or witness(es) necessary to explain documents

**Expert Witness**

57. Gerald T. Fujimoto

**Other Witnesses**

58. Christy Cornell-Pape (or other appropriate Federal Deposit Insurance Corporation witness)

59. Travis Dehle (Cobalt Robotics)

60. Jed Feldman (Thrive Capital Partners)

61. Michael Foley

62. David Frank

63. Anthony Garcia

64. Robina Riccitiello

65. Securities and Exchange Commission witness

**Other Custodian of Records Witnesses**

66. American Express custodian of records

67. Bank of America custodian of records

68. Bank of San Francisco custodian of records

69. California Secretary of State custodian of records

70. Cobalt Robotics custodian of records

71.   Federal Reserve Bank of New York witness

72.   Internal Revenue Service custodian of records

73.   Merrill Lynch custodian of records

74.   Owens Financial/Owen Realty custodian of records

75.   Robinhood Markets custodian of records

76.   Suite Experience Group custodian of records

77.   Thrive Capital Partners custodian of records

DATED:  October 2, 2023

Respectfully submitted,

THOMAS A. COLTHURST
Attorney for the United States
pursuant to 28 U.S.C. § 515

_____/s/_____
BENJAMIN K. KLEINMAN
KYLE F. WALDINGER
NICHOLAS J. WALSH
Assistant United States Attorneys