UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 20-cr-00266-JST-1
Case Name: USA v. Rothenberg

**MINUTE ORDER, TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: Jon S. Tigar | PLAINTIFF ATTORNEY: Kyle Waldinger<br>Nicholas Walsh<br>Benjamin Kleinman | DEFENSE ATTORNEY: Hanni Fakhoury<br>Nate Torres |
|---|---|---|
| TRIAL DATE: October 3, 2023 | REPORTER(S): Raynee Mercado | CLERK: Kelly Collins |
| TIME IN COURT: 7 hours 4 minutes | | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | **8:03 am** | | | **Court is convened all parties and counsel are present. Matters discussed outside the presence of the jury.** | |
| | | 8:18 am | | | Court is in recess. | |
| | | 8:57 am | | | Court is reconvened all parties and counsel are present. Matters discussed outside the presence of the jury. | |
| | | 9:00 am | | | Court is in recess. | |
| | | 9:02 am | | | Court is reconvened. | |
| | | 9:06 am | | | Group 1 of prospective jurors present. The Court addresses the jurors. | |
| | | 9:12 am | | | Jurors sworn. | |
| | | 9:45 am | | | Voir dire begins. | |
| | | 10:28 am | | | Voir dire ends. Jurors excused except hardship requests. | |
| | | 10:30 am | | | The Court addresses hardship requests. | |
| | | 10:41 am | | | Jurors excused. Matters discussed outside the presence of the jury. | |
| | | 10:47 am | | | Jurors #6 and 19 excused for cause. | |
| | | 10:49 am | | | Court is in recess. | |
| | | 11:01 am | | | Court is reconvened all parties and counsel are present. Matters discussed outside the presence of the jury. | |
| | | 11:15 am | | | Group 2 of prospective jurors present. The Court addresses the jurors. | |
| | | 11:23 am | | | Jurors sworn. | |
| | | 11:49 am | | | Voir dire begins. | |

Case No: 20-cr-00266-JST-1
Case Name: USA v. Rothenberg
Date: October 3, 2023
Courtroom Deputy: Kelly Collins      - Court Reporter:    Raynee Mercado

# EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 1:00 pm | | | Void dire ends. Jurors excused except for hardship requests. | |
| | | 1:03pm | | | The Court addresses hardship requests. | |
| | | 1:23 pm | | | Jurors excused. Matters discussed outside the presence of the jury. | |
| | | 1:27 pm | | | Jurors #1, 33, 50 and 55 excused for cause. | |
| | | 1:29 pm | | | Court is in recess. | |
| | | 1:56 pm | | | Court is reconvened all parties and counsel are present. Matters discussed outside the presence of the jury. | |
| | | 1:58 pm | | | Prospective juror #20 discusses hardship with the Court. | |
| | | 2:02 pm | | | Group 3 of prospective jurors present. The Court addresses the jurors. | |
| | | 2:10 pm | | | Jurors sworn. | |
| | | 2:34 pm | | | Voir dire begins | |
| | | 3:25 pm | | | Voir dire ends. Jurors excused except hardship requests. | |
| | | 3:27 pm | | | The Court addresses hardship requests. | |
| | | 3:45 pm | | | Jurors excused. | |
| | | 3:46 pm | | | Court is in recess. | |
| | | 3:54 pm | | | Court is reconvened all parties and counsel are present. Matters discussed outside the presence of the jury. | |
| | | 4:00 pm | | | The Court addresses hardship requests with counsel. | |
| | | 4:20 pm | | | Jurors #69 and 83 excused for cause. Jurors #2, 7, 8, 9, 10, 12, 17, 20, 24, 31, 35, 37, 38, 45, 47, 52, 55, 58, 60, 61, 66, 73, 80, 81, and 86 excused for hardships. | |
| | | 4:27 pm | | | Court is in recess. Jury selection continued to October 4, 2023 at 8:30 a.m. | |