# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Case No: 20-cr-00266-JST-1
Case Name: USAv. Rothenberg

## MINUTE ORDER, TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Jon S. Tigar | Kyle Waldinger<br>Nicholas Walsh<br>Benjamin Kleinman | Hanni Fakhoury<br>Nate Torres |
| **TRIAL DATE:** | **REPORTER(S):** | **CLERK:** |
| October 4, 2023 | Raynee Mercado | Kelly Collins |
| **TIME IN COURT:** 4 hours 21 minutes | | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | **8:35 am** | | | **Court is convened all parties and counsel are present. Matters discussed outside the presence of the jury.** | |
| | | 8:37 am | | | Court is in recess. | |
| | | 9:02 am | | | Court is reconvened all parties and counsel are present. Jury selection continues. | |
| | | 9:06 am | | | Group 4 of prospective jurors present. The Court addresses the jurors. | |
| | | 9:14 am | | | Jurors sworn | |
| | | 9:37 am | | | Voir dire begins. | |
| | | 10:22 am | | | Court is in recess. | |
| | | 10:30 am | | | Court is back in session. Voir dire continues. | |
| | | 10:37 am | | | Voir dire ends. Jurors excused except hardship requests. | |
| | | 10:39 am | | | The Court addresses hardship requests. | |
| | | 10:42 am | | | Jurors excused. Matters discussed outside the presence of the jury. | |
| | | 10:59 am | | | Jurors #92, 93, 95, 97, 98, 99 and 103 excused for cause. | |
| | | 11:03 am | | | Court is in recess. | |
| | | 11:10 am | | | Court is reconvened all parties and counsel are present. | |
| | | 11:21 am | | | Group 5 of prospective jurors present. The Court addresses the jurors. | |
| | | 11:29 am | | | Jurors sworn. | |
| | | 11:55 am | | | Voir dire begins. | |
| | | 12:46 pm | | | Voir dire ends. | |

Case No: 20-cr-00266-JST-1
Case Name: USA v. Rothenberg
Date: October 4, 2023
Courtroom Deputy: Kelly Collins          - Court Reporter:    Raynee Mercado

## EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---------|---------|-------------------|----|----|-------------|-----|
| | | 12:49 pm | | | Jurors excused except hardship requests. | |
| | | 12:50 pm | | | The Court addresses hardship requests. | |
| | | 12:56 pm | | | Jurors excused. Matters discussed outside the presence of the jury. | |
| | | 12:58 pm | | | Jurors #123 and 126 excused for cause. | |
| | | 12:59 pm | | | Tentative ruling to grant all hardship requests for Group 5, having no objection by counsel the Court excuses jurors #115, 120, 124, and 127. Hardship request by juror #94 is denied. Jurors #106, 107, 108 and 109 are excused for hardship. | |
| | | 1:03 pm | | | Discussion with counsel regarding peremptory challenges. | |
| | | 1:05 pm | | | Court is in recess. | |
| | | 1:26 pm | | | Court is reconvened all parties and counsel are present. | |
| | | 1:46 pm | | | Jury is selected. | |
| | | 1:57 pm | | | Court is in recess. Jury trial continued to October 5, 2023, at 8:00 a.m. | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |