UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL BRENT ROTHENBERG,<br><br>Defendant. | Case No. 20-cr-00266-JST-1<br><br>**ORDER RE: ADMISSIBILITY OF DEFENDANT'S STATEMENTS AT TRIAL**<br><br>Re: ECF No. 247, 270 |

The Court now rules as follows regarding the Government's Motion in Limine Number Four, as clarified by the table filed by the parties on September 22, 2023. ECF Nos. 247, 270.

Statement

| Statement | Objection | Ruling |
|---|---|---|
| Deposition of Michael B. Rothenberg, 05/07/2019, at 85:9-85:14 | Federal Rules of Evidence 402, 403 | Overruled |
| Deposition of Michael B. Rothenberg, 05/07/2019, at 85:9-85:14 | Request to admit deposition testimony at 85:16-86:22 | Denied |
| Deposition of Michael B. Rothenberg, 05/07/2019, at 132:20-136:18 & Ex. 26 | Federal Rules of Evidence 402, 403 | Overruled |
| Rothenberg's Opp. to SEC's Mtn. for Disgorgement, CV 18-05080 JST, Dkt. 90, at 3:5-10 | Federal Rules of Evidence 402, 403, 408 | Overruled |
| Rothenberg's Opp. to SEC's Mtn. for Disgorgement, CV 18-05080 JST, Dkt. 90, at 19:9-18 | Federal Rules of Evidence 402, 403, 408 | Overruled. The parties might consider admitting these facts by stipulation. |

| Trial Exhibit 245 | Federal Rules of Evidence 402, 403, 408 | Overruled. Upon request, the Court will give a limiting instruction to the jury that it may not consider the Settlement Agreement and Release and associated exhibits as proof of civil liability or criminal guilt. |

In all instances (with the potential exception of Trial Exhibit 245, which identifies a pending lawsuit by name in the body of the document), the parties shall refer to the statements being made "in another proceeding."

**IT IS SO ORDERED.**

Dated:  October 4, 2023



JON S. TIGAR
United States District Judge