UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 20-cr-00266-JST-1
Case Name: USAv. Rothenberg

**MINUTE ORDER, TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: Jon S. Tigar | PLAINTIFF ATTORNEY: Kyle Waldinger<br>Nicholas Walsh<br>Benjamin Kleinman | DEFENSE ATTORNEY: Hanni Fakhoury<br>Nate Torres |
|---|---|---|
| TRIAL DATE: October 5, 2023 | REPORTER(S): Raynee Mercado | CLERK: Kelly Collins |
| TIME IN COURT: 4 hours, 42 minutes | | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | **8:05 am** | | | **Court is convened all parties and counsel are present. Matters discussed outside the presence of the jury.** | |
| | | 8:07 am | | | Court is in recess | |
| | | 8:30 am | | | Court is reconvened all parties and counsel are present. Matters discussed outside the presence of the jury. | |
| | | 8:34 am | | | Jury is present. | |
| | | 8:37 am | | | Selected jurors are sworn. | |
| | | 8:38 am | | | The Court addresses the jury. | |
| | | 8:45 am | | | The Court reads jury instructions to the jury. | |
| | | 9:12 am | | | Jury instructions conclude. | |
| | | 9:15 am | | | Government's opening statement begins. | |
| | | 10:19 am | | | Government's opening statement concludes. | |
| | | 10:22 am | | | Jury is excused. | |
| | | 10:23 am | | | Court is in recess. | |
| | | 10:37 am | | | Court is reconvened all parties and counsel are present. | |
| | | 10:40 am | | | Jury is present. | |
| | | 10:40 am | | | Defendant's opening statement begins. | |
| | | 11:01 am | | | Defendant's opening statement ends. | |
| | | 11:02 am | | | Witness **Thomas Elwood Leep** called to the stand and sworn for testimony. Direct examination by Mr. Kleinman. | |
| 543 | | 11:30 am | X | X | Consulting agreement - 2/1/2014 | |
| 540 | | 11:35 am | X | X | FFD Email and flyer - 02-17-2014 | |

1

Case No: 20-cr-00266-JST-1
Case Name: USA v. Rothenberg
Date: October 4, 2023
Courtroom Deputy: Kelly Collins   - Court Reporter:   Raynee Mercado

## EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| 533-006 | | 11:38 am | X | X | Text messages | |
| | | 11:42 am | | | Jury is excused. | |
| | | 11:43 a.m. | | | Matters discussed outside the presence of the jury. | |
| | | 11:45 am | | | Court is in recess. | |
| | | 11:58 am | | | Court is reconvened. | |
| | | 12:00 pm | | | Jury is present. | |
| | | 12:00 pm | | | Direct examination of witness **Thomas Elwood Leep** by Mr. Kleinman resumes. | |
| 533 | | 12:01 pm | X | X | Text messages | |
| | | 12:03 pm | | | Sidebar begins | |
| | | 12:10 pm | | | Sidebar ends. Defendant's objection to exhibit 533 being admitted is overruled. Entire exhibit is admitted. | |
| 542 | | 12:11 pm | X | X | Fillmore email from Tom Leep to Tommy Leep re: cost with signed contracts - 2/28/2014 | |
| 549 | | 12:14 pm | X | X | Pictures from the Fillmore | |
| 544 | | 12:16 pm | X | X | Employment contract - 4/1/2014 | |
| 555 | | 12:19 pm | X | X | Fund II PowerPoint with FFD | |
| 558 | | 12:59 pm | X | X | 2015 Fund deck | |
| 537 | | 1:09 pm | X | X | Tommy Leep response to Alexa Binns - 11/18/2015 | |
| | | 1:30 pm | | | Jury admonished and excused except for juror #18. | |
| | | 1:31 pm | | | Witness is excused. | |
| | | 1:31 pm | | | Discussion with juror #18 regarding jury note. Request is denied. | |
| | | 1:32 pm | | | Matters discussed outside the presence of the jury. Parties shall submit a table regarding objections to exhibits, in the amended exhibit list filed 10/6/2023, by 4pm on 10/6/2023. | |
| | | 1:38 pm | | | Court is in recess. Jury trial continued to October 10, 2023 at 8:00 a.m. | |