# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Case No: 20-cr-00266-JST-1
Case Name: <u>USA v. Rothenberg</u>

## MINUTE ORDER, TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Jon S. Tigar | Kyle Waldinger<br>Nicholas Walsh<br>Benjamin Kleinman | Hanni Fakhoury<br>Nate Torres |
| **TRIAL DATE:** | **REPORTER:** | **CLERK:** |
| October 10, 2023 | Raynee Mercado | Mauriona Lee |
| **TIME IN COURT:** | | |
| 5 hours 30 minutes | | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY | |
|---|---|---|---|---|---|---|---|
| | | **8:00 am** | | | **Matters discussed outside of the presence of the jury.** | | |
| | | 8:05 am | X | X | Exhibits read into the record and admitted: 62-95, 186 | | |
| | | 8:07 am | X | X | Exhibits read into the record and admitted: 112-115, 219, 230 | | |
| | | 8:08 am | X | X | Exhibits read into the record and admitted: 97-111 | | |
| | | 8:09 am | X | X | Exhibits read into the record and admitted: 132, 559, 560, 562 | | |
| | | 8:33 am | | | Court is in recess. | | |
| | | 8:43 am | | | The court received a letter from juror 4. The court read the letter and provided parties an opportunity to read it as well. | | |
| | | 8:46 am | | | Parties discuss the letter with the Court. | | |
| | | 8:49 am | | | Juror 4 is present and addressed by the Court. Juror 4 is excused. | | |
| | | 8:51 am | | | Jury is present. | | |
| | | 8:53 am | | | The Court addresses the jury regarding the excusal of juror 4. | | |
| | | 8:55 am | | | Direct examination of witness **Thomas Elwood Leep** by AUSA Kleinman resumes. | | |
| 526 | | 9:00 am | X | X | Email for all hands meeting for June 2, 2015 | | |
| 554 | | 9:03 am | X | X | November 2015 Fund III PowerPoint | | |
| 557 | | 9:15 am | X | X | FFD Bill 2016 | | |
| 530 | | 9:20 am | X | X | Email from Tommy Leep re: Angel Island May 10, 2016 | | |
| 536 | | 9:26 am | X | X | Name Change email – Fund I – May 18, 2016 | | |

Case No: 20-cr-00266-JST-1
Case Name: <u>USA v. Rothenberg</u>
Date: <u>October 10, 2023</u>
Courtroom Deputy: <u>Mauriona Lee</u>           - Court Reporter:<u>    Raynee Mercado    </u>

**EXHIBIT and WITNESS LIST CONTINUED**

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| 535 | | 9:29 am | X | X | Name Change email – Fund II – May 18, 2016 | |
| | | 9:35 am | | | The Court instructs the jury regarding SEC inquiry. | |
| | | 9:42 am | | | Direct examination of witness **Thomas Elwood Leep** by AUSA Kleinman ends. | |
| | | 9:42 am | | | Cross examination of witness **Thomas Elwood Leep** by Mr. Fakhoury begins. | |
| | | 10:00 am | | | Court is in recess. | |
| | | 10:19 am | | | Court is reconvened. Jury is present. | |
| | | 10:21 am | | | Cross examination of witness **Thomas Elwood Leep** by Mr. Fakhoury resumes. | |
| 9 | | 10:41 am | X | | Confidential private offering memorandum of September 6, 2012, Rothenberg Ventures Fund I, LLC | |
| | | 10:55 am | | | Cross examination of witness **Thomas Elwood Leep** by Mr. Fakhoury ends. | |
| | | 10:55 am | | | Re-direct examination of witness **Thomas Elwood Leep** by AUSA Kleinman begins. | |
| | | 10:57 am | | | Re-direct examination of witness **Thomas Elwood Leep** by AUSA Kleinman ends. | |
| | | 10:58 am | | | Re-cross examination of witness **Thomas Elwood Leep** by Mr. Fakhoury begins. | |
| | | 10:58 am | | | Re-cross examination of witness **Thomas Elwood Leep** by Mr. Fakhoury ends. | |
| | | 10:58 am | | | Witness excused. | |
| | | 11:00 am | | | Direct examination of witness **Lynne McMillan Dimmick** by AUSA Waldinger begins. | |
| 561 | | 11:22 am | X | X | Lynne McMillan Employment Agreement | |
| | | 11:48 am | | | Court is in recess. | |
| | | 12:06 pm | | | Court is reconvened. Jury is present. | |
| | | 12:06 pm | | | Direct examination of witness **Lynne McMillan Dimmick** by AUSA Waldinger begins. | |
| 22 | | 12:44 pm | X | X | Amended and restated operating agreement of Rothenberg Ventures 2015 Fund LLC. Attaching amended and restated operating agreement | |
| 375 | | 1:00 pm | X | X | June 15, 2015 email from Mike Rothenberg to Mike Rothenberg addressed to "Dear Founders and LPs," cc: Tommy Leep, Brandon Farwell, and others re: | |

Case No: 20-cr-00266-JST-1
Case Name: USA v. Rothenberg
Date: October 10, 2023
Courtroom Deputy: Mauriona Lee                - Court Reporter:       Raynee Mercado

**EXHIBIT and WITNESS LIST CONTINUED**

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | | | | "Rothenberg Ventures in the media" discussing the Bloomberg article | |
| 567 | | 1:02 pm | X | X | September 29, 2015 email from Lynne McMillan to Mike Rothenberg re: "Bend Reality/RV Mgmt co for Allocation for Sept" attaching "September Bend Reality Allocation.xlsx" spreadsheet | |
| 569 | | 1:17 pm | X | X | November 20, 2015 email chain between Lynne McMillan and Mike Rothenberg re "Year End Transactions" | |
| | | 1:31 pm | | | Jury admonished and excused for the day. | |
| | | 1:32 pm | | | Witness excused. | |
| | | 1:32 pm | | | Matters discussed outside the presence of the jury. | |
| | | 1:34 pm | | | Court is in recess. Jury trial continued to October 11, 2023 at 8:00 a.m. | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |