UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 20-cr-00266-JST-1
Case Name: USA v. Rothenberg

**MINUTE ORDER, TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Jon S. Tigar | Kyle Waldinger<br>Nicholas Walsh<br>Benjamin Kleinman | Hanni Fakhoury<br>Nate Torres |
| **TRIAL DATE:** | **REPORTER:** | **CLERK:** |
| October 11, 2023 | Raynee Mercado | Mauriona Lee |
| **TIME IN COURT:** | | |
| 5 hours 23 minutes | | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | **8:00 am** | | | **Matters discussed outside of the presence of the jury.** | |
| | | 8:07 am | | | Court is in recess. | |
| | | 8:33 am | | | Court is reconvened. Jury is present. | |
| | | 8:34 am | | | Direct examination of witness **Lynne McMillan Dimmick** by AUSA Waldinger resumes. | |
| 598 | | 8:36 am | X | X | October 23, 2015 Email from Lynne McMillan to Mike Rothenberg, Sivan Iram, and others Re: River Studios – AmEx policy (effective immediately) | |
| 149 | | 9:37 am | X | X | November 23, 2015 email from Lynne McMillan to Mike Rothenberg cc: Tom Leep re: "Year End Transactions" with attachment | |
| 150 | | 9:42 am | X | X | December 17, 2015 email from Lynne McMillan to Mike Rothenberg re: "[Priority] Cash" | |
| 572 | | 9:45 am | X | X | December 17, 2015 email from Mike Rothenberg to Lynne McMillan re: "[Priority] Cash" | |
| 591 | | 9:49 am | X | X | December 7, 2015 email from Tommy Leep to Lynne McMillan and Mike Rothenberg re: "Updated Agreement" attachments: Premium seating credit card authorization Form | |
| 592 | | 9:52 am | X | X | December 7, 2015 email from Lynne McMillan to Mike Rothenberg re: "Updated Agreement" | |
| 152 | | 9:55 am | X | X | December 23, 2015 email from Lynne McMillan to Mike Rothenberg re: "UPDATED: CASH" | |
| | | 10:07 am | | | Court is in recess. | |
| | | 10:22 am | | | Court reconvened. Jury is present. | |
| | | 10:25 am | | | Direct examination of witness **Lynne McMillan Dimmick** by AUSA Waldinger resumes. | |

1

Case No: 20-cr-00266-JST-1
Case Name: USA v. Rothenberg
Date: October 11, 2023
Courtroom Deputy: Mauriona Lee      - Court Reporter:    Raynee Mercado

### EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| 163 | | 10:26 am | X | X | December 24, 2015 email from Mike Rothenberg to Lynne McMillan re: "SVB Transfers" | |
| 164 | | 10:28 am | X | X | December 28 – 29, 2015 email chain between Mike Rothenberg and Lynne McMillan re: "My Proposal" | |
| 404 | | 10:43 am | X | X | February 2, 2016 email chain between Mike Rothenberg and Lynne McMillan re: "Transfers" | |
| 573 | | 10:47 am | X | X | Screenshot of 3johnson6 Instagram posting re: Super Bowl 50 showing Mike Rothenberg, Klay Thompson, Draymond Green and others | |
| | | 10:49 am | | | Sidebar begins. | |
| | | 10:49 am | | | Sidebar ends. | |
| 405 | | 11:02 am | X | X | March 11, 2016 email chain involving Mike Rothenberg, Lynne McMillan, Tom Leep and others | |
| | | 11:06 am | | | Direct examination of witness **Lynne McMillan Dimmick** by AUSA Waldinger ends. | |
| | | 11:07 am | | | Cross examination of witness **Lynne McMillan Dimmick** by Mr. Fakhoury begins. | |
| | | 11:43 am | | | Jury excused. | |
| | | 11:44 am | | | Matters discussed outside of the presence of the jury. | |
| | | 11:46 am | | | Court is in recess. | |
| | | 12:02 pm | | | Court is reconvened. Jury is present. | |
| | | 12:04 pm | | | Cross examination of witness **Lynne McMillan Dimmick** by Mr. Fakhoury resumes. | |
| | | 12:19 pm | | | Cross examination of witness **Lynne McMillan Dimmick** by Mr. Fakhoury ends | |
| | | 12:20 pm | | | Redirect examination of witness **Lynne McMillan Dimmick** by AUSA Waldinger begins. | |
| | | 12:26 pm | | | Redirect examination of witness **Lynne McMillan Dimmick** by AUSA Waldinger ends. | |
| | | 12:27 pm | | | Witness excused. | |
| | | 12:28 pm | | | Direct examination of witness **Frank Amoroso** by AUSA Kleinman begins. | |
| 159 | | 12:37 pm | X | X | December 23 – 29, 2015 email chain involving Rothenberg, Judy Lee, Frank Amoroso and others | |
| | | 1:19 pm | | | Jury excused. | |
| | | 1:20 pm | | | Witness excused. Matters discussed outside the presence of the jury. | |

Case No: 20-cr-00266-JST-1
Case Name: <u>USA v. Rothenberg</u>
Date:<u> October 11, 2023</u>
Courtroom Deputy: <u>Mauriona Lee</u>          - Court Reporter:<u>      Raynee Mercado            </u>

### EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 1:23 pm | | | Court is in recess. Jury trial continued to October 12, 2023 at 8:00 a.m. | |