# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Case No: 20-cr-00266-JST-1
Case Name: <u>USA v. Rothenberg</u>

## MINUTE ORDER, TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Jon S. Tigar | Kyle Waldinger<br>Nicholas Walsh<br>Benjamin Kleinman | Hanni Fakhoury<br>Nate Torres |
| **TRIAL DATE:** | **REPORTER:** | **CLERK:** |
| October 12, 2023 | Raynee Mercado | Mauriona Lee |
| **TIME IN COURT:** | | |
| 5 hours 31 minutes | | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | **8:00 am** | | | **Matters discussed outside of the presence of the jury.** | |
| | | 8:05 am | | | Juror 14 called in sick and cannot make it to Court this morning. The Court discussed her status with parties. Juror 14 is excused. | |
| | | 8:07 am | | | Trial scheduling discussed. The parties propose and the Court agrees to not hold trial the week of Thanksgiving. | |
| | | 8:08 am | | | Court is in recess. | |
| | | 8:10 am | | | Court is reconvened. The Court informs parties of a delayed arrival of one of the jurors. | |
| | | 8:11 am | | | Court is in recess. | |
| | | 8:45 am | | | Court is reconvened. The jury is present. | |
| | | 8:47 am | | | Direct examination of witness **Frank Amoroso** by AUSA Kleinman resumes. | |
| 600 | | 9:18 am | X | X | December 29, 2015 email from Judy Lee to Mike Rothenberg cc: Frank Amoroso, Jeremiah Nevin re: "SVB LoC Secured by Cash" and attachment | |
| 173 | | 9:21 am | X | X | December 30, 2015 email from Judy Lee to Mike Rothenberg and Lynne McMillan cc: Frank Amoroso, and others re: "Rothenberg Ventures/SVB LoC (Secured by Cash)" and attachment | |
| | | 9:33 am | | | Direct examination of witness **Frank Amoroso** by AUSA Kleinman ends. | |
| | | 9:34 am | | | Cross examination of witness **Frank Amoroso** by Mr. Fakhoury begins. | |
| | | 10:05 am | | | Jury excused. | |
| | | 10:06 am | | | Matters discussed outside the presence of the jury. | |
| | | 10:10 am | | | Court is in recess. | |

Case No: 20-cr-00266-JST-1
Case Name: USA v. Rothenberg
Date: October 12, 2023
Courtroom Deputy: Mauriona Lee          - Court Reporter:     Raynee Mercado

**EXHIBIT and WITNESS LIST CONTINUED**

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 10:27 am | | | Court is reconvened. The Court addresses the jury. | |
| | | 10:30 am | | | Cross examination of witness **Frank Amoroso** by Mr. Fakhoury resumes. | |
| | | 10:50 am | | | Cross examination of witness **Frank Amoroso** by Mr. Fakhoury ends. | |
| | | 10:50 am | | | Redirect examination of witness **Frank Amoroso** by AUSA Kleinman begins. | |
| | | 10:53 am | | | Sidebar begins. | |
| | | 10:54 am | | | Sidebar ends. | |
| | | 10:58 am | | | Redirect examination of witness **Frank Amoroso** by AUSA Kleinman ends. | |
| | | 10:59 am | | | Recross examination of witness **Frank Amoroso** by Mr. Fakhoury begins. | |
| | | 11:01 am | | | Recross examination of witness **Frank Amoroso** by Mr. Fakhoury ends. | |
| | | 11:02 am | | | Witness excused. | |
| | | 11:03 am | | | Direct examination of witness **Pascal Levensohn** by AUSA Walsh begins. | |
| 412 | | 11:29 am | X | X | Email chain ending November 18, 2015 from Pascal Levensohn to Andrew Krowne with Subject: FW: Following UP, forwarding investment documents sent by Katie Fanelli | |
| 415 | | 11:41 am | X | X | Email chain ending December 14, 2015 from Pascal Levensohn to Andrew Krowne with Subject: Fwd: Following UP, forwarding email from Mike Rothenberg re: Fund | |
| | | 11:48 am | | | Court is in recess. | |
| | | 12:05 pm | | | Court is reconvened. The jury is present. | |
| | | 12:05 pm | | | Direct examination of witness **Pascal Levensohn** by AUSA Walsh resumes. | |
| 416 | | 12:07 pm | X | X | Email chain ending December 15, 2015 from Neil Devani to Pascal Levensohn cc: Mike Rothenberg, Katie Fanelli and others, Subject: "Re: Following UP", attaching documents | |
| 419 | | 12:15 pm | X | X | Email chain ending December 15, 2015 from Pascal Levensohn to Neil Devani cc'ing: Mike Rothenberg, Katie Fanelli and others, Subject: "Re: Following UP", attaching documents | |

Case No: 20-cr-00266-JST-1
Case Name: <u>USA v. Rothenberg</u>
Date:<u> October 12, 2023</u>
Courtroom Deputy:<u> Mauriona Lee              </u> - Court Reporter:<u>      Raynee Mercado                     </u>

### EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| 421 | | 12:17 pm | X | X | Email chain ending February 17, 2016 from Katie Fanelli to Pascal Levensohn and cc'ing: Mike Rothenberg with Subject: Re: Rothenberg Ventures 2016 Fund | |
| 424 | | 12:23 pm | X | X | Email chain ending April 20, 2016 from Geoff Rappaport to Mike Rothenberg, Tom Leep, and Dave Haase with Subject: Fwd: Dolby/Rothenberg Ventures – Follow up, attaching re-signed subscription documents | |
| 428 | | 12:27 pm | X | X | Email chain ending August 22, 2016 from Pascal Levensohn to Andrew Krowne with Subject: Re: Rothenberg Ventures LP Update Letter #1 | |
| 429 | | 12:34 pm | X | X | Email chain ending August 23, 2016 from Pascal Levensohn to Andrew Krowne with Subject: Re: Rothenberg Ventures LP Update Letter #2 | |
| | | 12:38 pm | | | The Court reads a limiting instruction to the jury. | |
| 433 | | 12:43 pm | X | X | Email chain ending September 9, 2016 from Pascal Levensohn to David Dolby and Andrew Krowne with Subject: Fwd: Rothenberg Ventures LP Update Letter (9/9/16) | |
| 434 | | 12:45 pm | X | X | Email chain ending September 13, 2016 from Pascal Levensohn to Andrew Krowne with Subject: Re: Frontier Tech Ventures (Rothenberg Ventures) - LP Update Letter (9/13/16) | |
| 339 | | 12:46 pm | X | X | March 22, 2017 email from Investors Rothenberg Ventures to Investors Rothenberg Ventures Re: Rothenberg Ventures 2016 Fund Semi-Annual Report" attachment Portfolio Update | |
| | | 12:51 pm | | | Direct examination of witness **Pascal Levensohn** by AUSA Walsh ends. | |
| | | 12:52 pm | | | Cross examination of witness **Pascal Levensohn** by Mr. Fakhoury begins. | |
| | | 1:29 pm | | | Cross examination of witness **Pascal Levensohn** by Mr. Fakhoury ends. | |
| | | 1:29 pm | | | Witness excused. | |
| | | 1:30 pm | | | Jury admonished and excused. | |
| | | 1:31 pm | | | Court is in recess. Jury trial continued to October 16, 2023 at 8:00 a.m. | |
| | | | | | | |