UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 20-cr-00266-JST-1
Case Name: USA v. Rothenberg

**MINUTE ORDER, TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Jon S. Tigar | Kyle Waldinger<br>Nicholas Walsh<br>Benjamin Kleinman | Hanni Fakhoury<br>Nate Torres |
| **TRIAL DATE:** | **REPORTER:** | **CLERK:** |
| October 16, 2023 | Raynee Mercado | Mauriona Lee |
| **TIME IN COURT:** | | |
| 5 hours 37 minutes | | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | **8:30 am** | | | **Matters discussed outside of the presence of the jury.** | |
| | | 8:33 am | X | X | Exhibits certified by California Secretary of State read into record and admitted: 2, 3, 4, 12, 20, 25 | |
| | | 8:34 am | X | X | Exhibits certified by Federal Reserve Bank of New York read into record and admitted: 136, 137, 138, 139, 140, 141, 142, 143, 144, 145, 146, 147, 148, 606, 607 | |
| 285 | | 8:35 am | X | X | Robinhood records regarding sale of Robinhood stock by 2013 fund to Thrive Capital Partners funds | |
| 504 | | 8:36 am | X | X | Suite experience group records. | |
| | | 8:38 am | | | Jury is present. | |
| | | 8:40 am | | | Witness **Alexa Binns** called for testimony and sworn. Direct examination by AUSA Kleinman begins. | |
| 312 | | 8:53 am | X | X | Rothenberg Ventures Fund I, Summary of Principle Terms, received by Binns | |
| 313 | | 8:54 am | X | X | Rothenberg Ventures Fund I, Confidential Private Offering Memorandum | |
| 299 | | 9:20 am | X | X | July 14 – 16, 2016 email chain involving Alexa Binns, Justin Grooms, and Mike Rothenberg re: "Subject: Re: Rothenberg Ventures 2016 Fund – Co-invest Opportunity" | |
| 302 | | 9:25 am | X | X | Rothenberg Ventures 2016 Fund Co-Fund Unity, LLC Summary of Principle Terms | |
| | | 9:27 am | | | Jury excused. | |
| | | 9:28 am | | | Court is in recess. | |
| | | 9:46 am | | | Court is reconvened. Jury is present. | |
| | | 9:46am | | | Direct examination of Witness **Alexa Binns** by AUSA Kleinman resumes. | |

1

Case No: 20-cr-00266-JST-1
Case Name: USA v. Rothenberg
Date: October 16, 2023
Courtroom Deputy: Mauriona Lee         - Court Reporter:     Raynee Mercado

## EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| 301 | | 9:50 am | X | X | Rothenberg Ventures 2016 Fund Co-Fund slide deck received by Binns, dated July 2016 | |
| 308 | | 10:09 am | X | X | November 23, 2016 email from Martin Mayo to Alexa Binns, James Binns, Mike Rothenberg and others with proposed side letter | |
| | | 10:24 am | | | Direct examination of Witness **Alexa Binns** by AUSA Kleinman ends. | |
| | | 10:24 am | | | Cross examination of Witness **Alexa Binns** by Mr. Fakhoury begins. | |
| | | 10:47 am | | | Sidebar begins. | |
| | | 10:49 am | | | Sidebar ends. | |
| | | 10:56 am | | | Jury excused. | |
| | | 10:57 am | | | Court is in recess. | |
| | | 11:07 am | | | Court is reconvened. | |
| | | 11:09 am | | | Jury is present. | |
| | | 11:10 am | | | Cross examination of Witness **Alexa Binns** by Mr. Fakhoury resumes. | |
| | | 11:33 am | | | Cross examination of Witness **Alexa Binns** by Mr. Fakhoury ends. | |
| | | 11:33 am | | | Redirect examination of Witness **Alexa Binns** by AUSA Kleinman begins. | |
| | | 11:36 am | | | Redirect examination of Witness **Alexa Binns** by AUSA Kleinman ends. | |
| | | 11:36 am | | | Re-cross examination of Witness **Alexa Binns** by Mr. Fakhoury begins. | |
| | | 11:38 am | | | Re-cross examination of Witness **Alexa Binns** by Mr. Fakhoury ends. | |
| | | 11:38 am | | | Witness excused. | |
| | | 11:39 am | | | Witness **James Binns** called for testimony and sworn. Direct examination by AUSA Kleinman begins. | |
| | | 12:20 pm | | | Direct examination of witness **James Binns** by AUSA Kleinman ends. | |
| | | 12:21 pm | | | Jury excused. Matters discussed outside the presence of the jury. | |
| | | 12:24 pm | | | Witness excused. Matters discussed outside the presence of the jury. | |
| | | 12:26 pm | | | Court is in recess. | |

Case No: 20-cr-00266-JST-1
Case Name: USA v. Rothenberg
Date: October 16, 2023
Courtroom Deputy: Mauriona Lee    - Court Reporter: Raynee Mercado

## EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 12:40 pm | | | Court is reconvened. The jury is present. | |
| | | 12:42 pm | | | Direct examination of witness **James Binns** by AUSA Kleinman resumes. | |
| | | 12:42 pm | | | Direct examination of witness **James Binns** by AUSA Kleinman ends. | |
| | | 12:42 pm | | | Cross examination of Witness **James Binns** by Mr. Fakhoury begins. | |
| | | 1:20 pm | | | Cross examination of Witness **James Binns** by Mr. Fakhoury ends. | |
| | | 1:20 pm | | | Redirect examination of witness **James Binns** by AUSA Kleinman begins. | |
| | | 1:22 pm | | | Redirect examination of witness **James Binns** by AUSA Kleinman ends. | |
| | | 1:22 pm | | | Witness excused. | |
| | | 1:23 pm | | | Jury admonished and excused for the day. | |
| | | 1:24 pm | | | Matters discussed outside the presence of the jury. | |
| | | 1:25 pm | | | Argument heard from parties regarding Defendant's Motion to Exclude Evidence re: International Trip to Mexico. Parties will meet and confer and continue discussions with the Court tomorrow. | |
| | | 1:37 pm | | | Court is in recess. Jury trial continued to October 17, 2023 at 8:00 a.m. in courtroom 6, 2nd floor. | |