UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 20-cr-00266-JST-1
Case Name: USA v. Rothenberg

### MINUTE ORDER, TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Jon S. Tigar | Kyle Waldinger<br>Nicholas Walsh<br>Benjamin Kleinman | Hanni Fakhoury<br>Nate Torres |
| **TRIAL DATE:** | **REPORTER:** | **CLERK:** |
| October 17, 2023 | Raynee Mercado | Mauriona Lee |
| **TIME IN COURT:** | | |
| 5 hours 7 minutes | | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | **8:23 am** | | | **Matters discussed outside of the presence of the jury.** | |
| | | 8:23 am | | | The Court addresses the parties re: Juror 15. Juror 15 called in sick this morning. Parties and the Court agree to excuse Juror 15. | |
| | | 8:24 am | X | X | Exhibits certified by American Express read into record and admitted 118, 119, 120, 121, 122, 123, 124, 125, 126, 127, 128, 129, 130, 131 | |
| | | 8:25 am | X | X | Exhibits certified by Bank of America read into record and admitted 602, 603, 604, 605 | |
| | | 8:28 am | | | Court is in recess. | |
| | | 8:40 am | | | Court is reconvened. Jury is present. | |
| | | 8:40 am | | | The Court addresses the jury re juror 15. Juror 15 called in sick and has been excused. | |
| | | 8:45 am | | | Witness **Lena Goldberg** called to the stand and sworn for testimony. Direct examination by AUSA Walsh begins. | |
| 328 | | 9:51 am | X | X | July 14, 2016 email from Justin Grooms to Ron Goldberg re "Rothenberg Ventures 2016 Fund – Co-invest Opportunity", attaching PowerPoint deck and summary of principle terms | |
| | | 9:57 am | | | Jury excused. | |
| | | 9:59 am | | | Court is in recess. | |
| | | 10:15 am | | | Court is reconvened. Jury is present. | |
| | | 10:16 am | | | Direct examination of witness **Lena Goldberg** by AUSA Walsh resumes. | |
| 335 | | 10:42 am | X | X | September 10, 2016 email Lena Goldberg yo Mike Rothenberg re: "Rothenberg Ventures – Unity Co-Invest" | |

1

Case No: 20-cr-00266-JST-1
Case Name: USA v. Rothenberg
Date: October 17, 2023
Courtroom Deputy: Mauriona Lee   -  Court Reporter:   Raynee Mercado

## EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 10:43 am | | | Sidebar begins. | |
| | | 10:46 am | | | Sidebar ends. | |
| | | 11:26 am | | | Direct examination of witness **Lena Goldberg** by AUSA Walsh ends. | |
| | | 11:27 am | | | Cross examination of witness **Lena Goldberg** by Mr. Fakhoury begins. | |
| | | 11:45 am | | | Jury excused. | |
| | | 11:46 am | | | Court is in recess. | |
| | | 12:03 pm | | | Court is reconvened. Jury is present. | |
| | | 12:03 pm | | | Cross examination of witness **Lena Goldberg** by Mr. Fakhoury resumes. | |
| 337 | | 12:30 pm | X | | September 29 – 30, 2016 email chain between Mike Rothenberg and Lena Goldberg re: "LP advisory Board" | |
| | 1001 | 12:41 pm | X | | Mike Rothenberg Final Exam | |
| | | 12:47 pm | | | Cross examination of witness **Lena Goldberg** by Mr. Fakhoury ends. | |
| | | 12:47 pm | | | Redirect examination of witness **Lena Goldberg** by AUSA Walsh begins. | |
| | | 12:49 pm | | | Redirect examination of witness **Lena Goldberg** by AUSA Walsh ends. | |
| | | 12:50 pm | | | Witness **Michael Foley** called to the stand and sworn for testimony. Direct examination by AUSA Waldinger begins. | |
| 250 | | 1:00 pm | X | X | May 2-26, 2016 email chain involving Mike Rothenberg, Mike Foley, and others re: "Any update on the round?" | |
| 251 | | 1:11 pm | X | X | May 26 - June 15, 2016 email chain involving Mike Rothenberg, Mike Foley, Kate Fanelli and others re: "Any update on the round?" | |
| 253 | | 1:20 pm | X | X | May 30, 2016 email chain involving Mike Rothenberg, Mike Foley, and Tony Garcia re: "Unity intro" | |
| 254 | | 1:25 pm | X | X | May 30 – July 1, 2016 email chain involving Mike Rothenberg, Mike Foley, and others re: "Unity/ Rothenberg Ventures" | |
| | | 1:27pm | | | Jury admonished and excused for the day. | |

2

Case No: 20-cr-00266-JST-1
Case Name: USA v. Rothenberg
Date: October 17, 2023
Courtroom Deputy: Mauriona Lee  - Court Reporter: Raynee Mercado

## EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 1:30 pm | | | Court is in recess. Jury trial continued to October 18, 2023 at 8:00 a.m. in courtroom 6, 2nd floor. | |