# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Case No: 20-cr-00266-JST-1
Case Name: USA v. Rothenberg

## MINUTE ORDER, TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Jon S. Tigar | Kyle Waldinger<br>Nicholas Walsh<br>Benjamin Kleinman | Hanni Fakhoury<br>Nate Torres |
| **TRIAL DATE:** | **REPORTER:** | **CLERK:** |
| October 18, 2023 | Raynee Mercado | Mauriona Lee |
| **TIME IN COURT:** | | |
| 5 hours 36 minutes | | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | **8:00 am** | | | **Matters discussed outside of the presence of the jury.** | |
| | | 8:09 am | | | The Court addresses the parties re: Juror 9. Juror 9 called in sick this morning. Parties and the Court agree to excuse Juror 9. | |
| | | 8:16 am | | | Court is in recess. | |
| | | 8:30 am | | | Court is reconvened. | |
| | | 8:32 am | | | The Court addresses the jury re: Juror 9. | |
| | | 8:37 am | | | Direct examination of witness **Michael Foley** by AUSA Waldinger resumes. | |
| 256 | | 8:40 am | X | X | July 21, 2016 email from Nan Kim at Unity to Martin Mayo, Mike Rothenberg, and others re: "Moving Forward" attaching draft stock transfer agreement | |
| 257 | | 8:45 am | X | X | August 15, 2016 email from Mike Foley to Mike Rothenberg, cc: various others re: "Moving Forward" | |
| 258 | | 8:52 am | X | X | August 18, 2016 email from Mike Rothenberg to Mike Foley, cc:various people re: "Unity Riccitiello Secondary call" | |
| 259 | | 8:57 am | X | X | September 1, 2018 email from Mike Rothenberg to Mike Foley re: "Moving Forward" | |
| | | 9:12 am | | | Direct examination of witness **Michael Foley** by AUSA Waldinger ends. | |
| | | 9:13 am | | | Cross examination of witness **Michael Foley** by Mr. Fakhoury begins. | |
| | | 9:47 am | | | Cross examination of witness **Michael Foley** by Mr. Fakhoury ends. | |
| | | 9:47 am | | | Redirect examination of witness **Michael Foley** by AUSA Waldinger begins. | |
| | | 9:50 am | | | Redirect examination of witness **Michael Foley** by AUSA Waldinger ends. | |

Case No: 20-cr-00266-JST-1
Case Name: <u>USA v. Rothenberg</u>
Date: <u>October 18, 2023</u>
Courtroom Deputy: <u>Mauriona Lee</u>              - Court Reporter:<u>      Raynee Mercado</u>

## EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:52 am | | | Witness **Ewan Johnson** called to the stand and sworn for testimony. Direct examination by AUSA Waldinger begins. | |
| | | 10:05 am | | | Jury excused. | |
| | | 10:06 am | | | Court is in recess. | |
| | | 10:20 am | | | Court is reconvened. | |
| | | 10:24 am | | | Jury is present. | |
| | | 10:24 am | | | Direct examination of witness **Ewan Johnson** by AUSA Waldinger resumes. | |
| 612 | | 10:30 am | X | X | River Studios Investor Presentation February 2016 | |
| 320 | | 10:49 am | X | X | July 15, 2016 email from Justin Grooms to Ewan Johnson, cc: Martin Mayo re: "Unity" | |
| 321 | | 10:51 am | X | X | Unity PowerPoint Deck | |
| 317 | | 10:58 am | X | X | Text Message | |
| | | 11:00 am | | | Sidebar begins. | |
| | | 11:03 am | | | Sidebar ends. | |
| 608 | | 11:06 am | X | X | August 18, 2016 email from Ewan Johnson to Mike Rothenberg and Jonah Loop – "Resignation from River Studios Effective Immediately" | |
| 611 | | 11:08 am | X | X | Screenshot of GIF | |
| 610 | | 11:15 am | X | X | August 15, 2016 from Mike Rothenberg to Ewan Johnson re: "FWD:Re Wire Info" | |
| 318 | | 11:24 am | X | X | Text message string between Ewan Johnson and 14157746468 | |
| 609 | | 11:40 am | X | X | August 13, 2016 email from Mike Rothenberg to Ewan Johnson, cc: others re: "FWD: River Studios Cap Table" | |
| | | 11:46 am | | | Direct examination of witness **Ewan Johnson** by AUSA Waldinger ends. | |
| | | 11:46 am | | | Jury excused. Matters discussed outside the presence of the jury. | |
| | | 11:48 am | | | Court is in recess. | |
| | | 12:03 pm | | | Court is reconvened. | |
| | | 12:06 pm | | | Jury is present. The Court addresses questions raised by the jury. | |
| | | 12:11 pm | | | Cross examination of witness **Ewan Johnson** by Mr. Fakhoury begins. | |

Case No: 20-cr-00266-JST-1
Case Name: USA v. Rothenberg
Date: October 18, 2023
Courtroom Deputy: Mauriona Lee                - Court Reporter:     Raynee Mercado

**EXHIBIT and WITNESS LIST CONTINUED**

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---------|---------|-------------------|-----|-----|-------------|-----|
| | | 12:44 pm | | | Cross examination of witness **Ewan Johnson** by Mr. Fakhoury ends. | |
| | | 12:45 pm | | | Witness **Jed Feldman** called to the stand and sworn for testimony. Direct examination by AUSA Waldinger begins. | |
| 613 | | 12:53 pm | X | X | February 13-17, 2017 emails between Archit Shah, Martin Mayo, Jed Feldman cc: Mike Rothenberg Re:"Robinhood secondary sale" | |
| 614 | | 12:57 pm | X | X | February 22, 2017 email thread from Martin Mayo to Jed Feldman cc: Mike Rothenberg Re:"Robinhood secondary sale" Attachment Robinhood Markets Preferred Stock Transfer Agreement (2.22.17).doc | |
| 615 | | 1:04 pm | X | X | February 27, 2017 email thread from Martin Mayo to Ryan Purcell cc: Jed Feldman, Mike Rothenberg and others Re:"Robinhood secondary sale" | |
| 616 | | 1:06 pm | X | X | May 11, 2017 email thread from Martin Mayo to Jed Feldman, Ryan Purcell cc: Mike Rothenberg Re:"Robinhood" Robinhood Markets – Preferred Stock Transfer Agreement (RV) (5.9.17).pdf | |
| 617 | | 1:18 pm | X | X | SVB deposit account Transaction Details | |
| | | 1:18 pm | | | Cross examination of witness **Jed Feldman** by Mr. Fakhoury begins. | |
| | | 1:29 pm | | | Cross examination of witness **Jed Feldman** by Mr. Fakhoury ends | |
| | | 1:30 pm | | | Jury admonished and excused. | |
| | | 1:31 pm | | | Matters discussed outside of the presence of the jury. The Court addresses the Defendant regarding his persistent tardiness. | |
| | | 1:36 pm | | | Court is in recess. Jury trial continued to October 19, 2023 at 8:00 a.m. in courtroom 6, 2nd floor. | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |