UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 20-cr-00266-JST-1
Case Name: <u>USA v. Rothenberg</u>

### MINUTE ORDER, TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Jon S. Tigar | Kyle Waldinger<br>Nicholas Walsh<br>Benjamin Kleinman | Hanni Fakhoury<br>Nate Torres |
| **TRIAL DATE:** | **REPORTER:** | **CLERK:** |
| October 19, 2023 | Raynee Mercado | Mauriona Lee |
| **TIME IN COURT:** | | |
| 5 hours 17 minutes | | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | **8:00 am** | | | **Court is reconvened. Matters discussed outside the presence of the jury.** | |
| 618 | | 8:04 am | X | X | Certified record from American Express. | |
| | | 8:07 am | | | Court is in recess. | |
| | | 8:28 am | | | Court is reconvened. | |
| | | 8:30 am | | | Jury is present. | |
| | | 8:32 am | | | Witness **Roberto Amenta** called to the stand and sworn for testimony. Direct examination by AUSA Waldinger begins. | |
| | | 9:05 am | | | Direct examination of witness **Roberto Amenta** by AUSA Waldinger ends. | |
| | | 9:05 am | | | Cross examination of witness **Roberto Amenta** by Mr. Fakhoury begins. | |
| | | 9:08 am | | | Cross examination of witness **Roberto Amenta** by Mr. Fakhoury ends. | |
| | | 9:08 am | | | Witness excused. | |
| | | 9:09 am | | | Witness **Savannah Leggett** called to the stand and sworn for testimony. Direct examination by AUSA Kleinman begins. | |
| 589 | | 9:15 am | X | X | Super Bowl 50 email chain – Suite Experience Group | |
| | | 9:43 am | | | Direct examination by AUSA Kleinman ends. | |
| | | 9:43 am | | | Cross examination of witness **Savannah Leggett** by Mr. Fakhoury begins. | |
| | | 9:54 am | | | Jury excused. | |
| | | 9:56 am | | | Court is in recess. | |
| | | 10:11 am | | | Court is reconvened. Jury is present. | |
| | | 10:12 am | | | Cross examination of witness **Savannah Leggett** by Mr. Fakhoury resumes. | |

1

Case No: 20-cr-00266-JST-1
Case Name: USA v. Rothenberg
Date: October 19, 2023
Courtroom Deputy: Mauriona Lee      - Court Reporter:   Raynee Mercado

## EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 10:14 am | | | Cross examination of witness **Savannah Leggett** by Mr. Fakhoury ends. | |
| | | 10:14 am | | | Redirect examination of witness **Savannah Leggett** by AUSA begins. | |
| | | 10:15 am | | | Redirect examination of witness **Savannah Leggett** by AUSA ends. | |
| | | 10:16 am | | | Witness **Charles Wescott** called to the stand and sworn for testimony. Direct examination by AUSA Waldinger begins. | |
| | | 11:37 am | | | Jury excused | |
| | | 11:37 am | | | Court is in recess. | |
| | | 11:53 am | | | Court is reconvened. Jury is present. | |
| | | 11:53 am | | | Direct examination of witness **Charles Wescott** by AUSA Waldinger begins. | |
| | | 1:15 pm | | | Direct examination of witness **Charles Wescott** by AUSA Waldinger ends. | |
| | | 1:17 pm | | | Jury admonished and excused. | |
| | | 1:18 pm | | | Witness excused. | |
| | | 1:18 pm | | | Court is in recess for the day. Jury trial continued to October 23, 2023 at 8:00 a.m. in courtroom 6, 2nd floor. | |