UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 20-cr-00266-JST-1
Case Name: USA v. Rothenberg

**MINUTE ORDER, TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Jon S. Tigar | Kyle Waldinger<br>Nicholas Walsh<br>Benjamin Kleinman | Hanni Fakhoury<br>Nate Torres |
| **TRIAL DATE:** | **REPORTER:** | **CLERK:** |
| October 23, 2023 | Pamela Hebel | Mauriona Lee |
| **TIME IN COURT:** | | |
| 5 hours 34 minutes | | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | **8:00 am** | | | **Matters discussed outside of the presence of the jury. The Court discusses the call received from Juror 1 over the weekend.** | |
| | | 8:11 am | | | Juror 1 is present. The Court addresses juror 1 regarding request to be excused. | |
| | | 8:13 am | | | The Court and the parties agree to excuse juror. Juror 1 is admonished and excused. | |
| | | 8:15 am | | | Court is in recess. | |
| | | 8:33 am | | | Court is reconvened. | |
| | | 8:37 am | | | Jury is present. | |
| | | 8:38 am | | | The Court addresses the jury. | |
| | | 8:42 am | | | Direct examination of witness **Charles Wescott** by AUSA Waldinger resumes. | |
| | | 9:12 am | | | Direct examination of witness **Charles Wescott** by AUSA Waldinger ends. | |
| | | 9:12 am | | | Cross examination of witness **Charles Wescott** by Mr. Fakhoury begins. | |
| | | 9:59 am | | | Cross examination of witness **Charles Wescott** by Mr. Fakhoury ends. | |
| | | 9:59 am | | | Redirect examination of witness **Charles Wescott** by AUSA Waldinger begins. | |
| | | 10:04 am | | | Redirect examination of witness **Charles Wescott** by AUSA Waldinger ends. | |
| | | 10:04 am | | | Re-cross examination of witness **Charles Wescott** by Mr. Fakhoury begins. | |
| | | 10:08 am | | | Re-cross examination of witness **Charles Wescott** by Mr. Fakhoury ends. | |
| | | 10:11 am | | | Court is reconvened. The Court advised counsel that juror 16 has been summonsed for a State Court trial and he will be calling on her behalf to inform the jury | |

1

Case No: 20-cr-00266-JST-1
Case Name: USA v. Rothenberg
Date: October 23, 2023
Courtroom Deputy: Mauriona Lee   - Court Reporter:   Pamela Hebel

## EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | | | | office she is unavailable to serve due to her commitment on this trial. | |
| | | 10:12 am | | | Court is in recess. | |
| | | 10:27 am | | | Court is reconvened. Jury is present. | |
| | | 10:29 am | | | Jury is present. The Court addresses Juror 16 and provides her with a note for submission to Alameda County Superior Court. | |
| | | 10:31 am | | | Witness **Praveen Gupta** called to the stand and sworn for testimony. Direct examination by AUSA Kleinman begins. | |
| 619 | | 10:45 am | X | X | July 2015 Rothenberg Ventures PowerPoint Presentation | |
| 449 | | 10:55 am | X | X | Email chain ending July 23, 2015 involving Dylan Flinn, Praveen Gupta, cc: Mike Rothenberg and others, discusses VR, update on 2015 fund, etc. response from Gupta about meeting, then Harry Pfirrman not meeting July 23, 2015 | |
| 451 | | 10:58 am | X | X | August 10, 2015 email from Gupta to Neil Devani and Mike Rothenberg, signed documents attached for investment in Fund 2015 | |
| | | 11:13 am | | | Direct examination of witness **Praveen Gupta** by AUSA Kleinman ends. | |
| | | 11:14 am | | | Cross examination of witness **Praveen Gupta** by Mr. Torres begins. | |
| | | 11:36 am | | | Cross examination of witness **Praveen Gupta** by Mr. Torres ends. | |
| | | 11:36 am | | | Redirect examination of witness **Praveen Gupta** by AUSA Kleinman begins. | |
| | | 11:37 am | | | Redirect examination of witness **Praveen Gupta** by AUSA Kleinman ends. | |
| | | 11:38 am | | | Witness **Theo Melas-Kyriazi** called to the stand and sworn for testimony. Direct examination by AUSA Walsh begins. | |
| | | 11:50 am | | | Jury excused. Court is in recess. | |
| | | 12:07 pm | | | Court is reconvened. Jury is present. | |
| 439 | | 12:10 pm | X | X | April 22-29, 2015 email chain with Mike Rothenberg, Theo and John Melas-Kyriazi, and others re Mike thanking Theo and John for their investment. | |

Case No: 20-cr-00266-JST-1
Case Name: USA v. Rothenberg
Date: October 23, 2023
Courtroom Deputy: Mauriona Lee    - Court Reporter:    Pamela Hebel

**EXHIBIT and WITNESS LIST CONTINUED**

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| 442 | | 12:25 pm | X | X | April 22 – May 27, 2015 email chain with Mike Rothenberg, Theo and John Melas-Kyriazi, and others re: "GHF Inc. Investment in Rothenberg Ventures 2015 Fund" w/ attached signed agreement by Theo Melas-Kyriazi | |
| 262 | | 12:33 pm | X | X | July 13, 2016 email from Justin Grooms to Theo Melas-Kyriazi cc: Brandon Farwell, re: "Rothenberg Ventures 2016 Fund – Co-Invest Opportunity" | |
| 264 | | 12:38 pm | X | X | July 14, 2016 email from Justin Grooms to Theo Melas-Kyriazi cc: Brandon Farwell, John Melas-Kyraizi and others, re: "Rothenberg Ventures 2016 Fund – Co-Invest Opportunity - Details" with Summary of Principle Terms and PowerPoint deck | |
| 267 | | 12:59 pm | X | X | July 15, 2016 memo from Theo Melas-Kyriazi to Fidelity Investments re: "Wire Transfer request" | |
| 266 | | 1:00 pm | X | X | July 13 - 15, 2016 email chain involving Mike Rothenberg and Theo Melas-Kyriazi re: "Unity Co-Invest" | |
| 270 | | 1:05 pm | X | X | August 18, 201 email from Theo Melas-Kyriazi to Mike Rothenberg, Justin Grooms, Brandon Farwell and others re: "Rothenberg Ventures 2016 Fund – Co-Invest Opportunity – Details" | |
| | | 1:14 pm | | | Sidebar begins. | |
| | | 1:15 pm | | | Sidebar ends. | |
| 271 | | 1:18 pm | X | X | Email chain ending August 19, 2016 involving Mike Rothenberg, Theo Melas-Kyriazi, John Theo Melas-Kyriazi, Justin Grooms, Brandon Farwell and others re: "Unity" | |
| 273 | | 1:26 pm | X | X | August 22-23, 2016 email chain involving Mike Rothenberg, Theo Melas-Kyriazi, John Theo Melas-Kyriazi, Justin Grooms, Brandon Farwell and others re: "Return of Funds // confirming tomorrow's call" | |
| | | 1:33 pm | | | Jury admonished and excused. | |
| | | 1:34 pm | | | Court is in recess. Jury trial continued to October 24, 2023 at 8:00 a.m. in courtroom 6, 2nd floor. | |
| | | | | | | |
| | | | | | | |
| | | | | | | |