# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Case No: 20-cr-00266-JST-1
Case Name: <u>USA v. Rothenberg</u>

## MINUTE ORDER, TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Jon S. Tigar | Kyle Waldinger<br>Nicholas Walsh<br>Benjamin Kleinman | Hanni Fakhoury<br>Nate Torres |
| **TRIAL DATE:** | **REPORTER:** | **CLERK:** |
| October 24, 2023 | Pamela Hebel | Mauriona Lee |
| **TIME IN COURT:** | | |
| 5 hours 1 minutes | | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | **8:30 am** | | | **Court is reconvened. Jury is present.** | |
| | | 8:32 am | | | Direct examination of witness **Theo Melas-Kyriazi** by AUSA Walsh resumes. | |
| 272 | | 8:33 am | X | X | August 21, 2016 email from "Investor Relations" to Mike Rothenberg ("investors@rothenbergventures.com") re: "Rothenberg Ventures LP Update Letter #1" | |
| 276 | | 8:37 am | X | X | August 24, 2016 email from Theo Melas-Kyriazi to Mike Rothenberg, cc: John Melas-Kyriazi and others re: "GHF, Inc. adv. Rothenberg" | |
| | | 8:43 am | | | Direct examination of witness **Theo Melas-Kyriazi** by AUSA Walsh ends. | |
| | | 8:44 am | | | Cross examination of witness **Theo Melas-Kyriazi** by Mr. Fakhoury begins. | |
| | | 9:28 am | | | Cross examination of witness **Theo Melas-Kyriazi** by Mr. Fakhoury ends. | |
| | | 9:28 am | | | Witness excused. | |
| | | 9:30 am | | | Witness **John Melas-Kyriazi** called to the stand and sworn for testimony. Direct examination by AUSA Walsh begins. | |
| 437 | | 9:41 am | X | X | Email chain with Mike Rothenberg, John Melas-Kyriazi re questions about the 2015 Fund and Mike sending John a 2015 Fund term sheet | |
| 443 | | 9:52 am | X | X | Amended summary of Principal terms provided to GHF dated April 1, 2015 | |
| | | 9:59 am | | | Jury excused. | |
| | | 10:00 am | | | Court is in recess. | |
| | | 10:23 am | | | Court is reconvened. | |

Case No: 20-cr-00266-JST-1
Case Name: USA v. Rothenberg
Date: October 24, 2023
Courtroom Deputy: Mauriona Lee          - Court Reporter:     Pamela Hebel

**EXHIBIT and WITNESS LIST CONTINUED**

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 10:23 am | | | Direct examination of witness **John Melas-Kyriazi** by AUSA Walsh resumes. | |
| | | 10:40 am | | | Sidebar begins. | |
| | | 10:42 am | | | Sidebar ends. | |
| 278 | | 10:54 am | X | X | Text exchange between Mike Rothenberg and John Melas-Kyriazi in July and August of 2016 | |
| 281 | | 11:08 am | X | X | 2015 Annual Report 2015 Fund/ Fund 3 Investor Update, as of February 15, 2016, provided to GHF, Inc. | |
| | | 11:15 am | | | Direct examination of witness **John Melas-Kyriazi** by AUSA Walsh ends. | |
| | | 11:15 am | | | Cross examination of witness **John Melas-Kyriazi** by Mr. Fakhoury begins. | |
| | | 11:45 am | | | Cross examination of witness **John Melas-Kyriazi** by Mr. Fakhoury ends. | |
| | | 11:45 am | | | Jury excused. Court is in recess. | |
| | | 12:00 pm | | | Court is reconvened. | |
| | | 12:02 pm | | | Jury is present. | |
| | | 12:02 pm | | | Cross examination of witness **John Melas-Kyriazi** by Mr. Fakhoury resumes. | |
| | | 12:28 pm | | | Cross examination of witness **John Melas-Kyriazi** by Mr. Fakhoury ends. | |
| | | 12:29 pm | | | Witness **Sangwoo Lee** called to the stand and sworn for testimony. Direct examination by AUSA Waldinger begins. | |
| 502 | | 12:54 pm | X | X | Rothenberg Ventures PowerPoint deck received by Korean Investment Partners | |
| 500 | | 1:04 pm | X | X | RV 2016 Feeder Fund LP subscription agreement and Investor Questionnaire unsigned, received by Korea Investment Partners | |
| 501 | | 1:12 pm | X | X | Rothenberg Ventures 2016 Feeder Fund documents received by Korea Investment Partners | |
| | | 1:28 pm | | | Jury admonished and excused. | |
| | | 1:30 pm | | | Matters discussed outside the presence of the jury. | |
| | | 1:31 pm | | | Witness excused. | |
| | | | | | | |

Case No: 20-cr-00266-JST-1
Case Name: USA v. Rothenberg
Date: October 24, 2023
Courtroom Deputy: Mauriona Lee          - Court Reporter:      Pamela Hebel

**EXHIBIT and WITNESS LIST CONTINUED**

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 1:31 pm | | | Court is in recess. Jury trial continued to October 25, 2023 at 8:00 a.m. in courtroom 6, 2nd floor. | |
| | | | | | | |
| | | | | | | |

3