UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 20-cr-00266-JST-1
Case Name: USA v. Rothenberg

## MINUTE ORDER, TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Jon S. Tigar | Kyle Waldinger<br>Nicholas Walsh<br>Benjamin Kleinman | Hanni Fakhoury<br>Nate Torres |
| **TRIAL DATE:** | **REPORTER:** | **CLERK:** |
| October 25, 2023 | Pamela Hebel | Mauriona Lee |
| **TIME IN COURT:** | | |
| 5 hours 22 minutes | | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | **8:00 am** | | | **Court is reconvened. Matters discussed outside the presence of the jury.** | |
| | | 8:18 am | | | Court is in recess. | |
| | | 8:34 am | | | Court is reconvened. Jury is present. | |
| | | 8:34 am | | | Direct examination of witness **Sangwoo Lee** by AUSA Waldinger begins. | |
| 499 | | 8:45 am | X | X | August 27, 2019 letter from 2016 Rothenberg Ventures Feeder Fund GP to Korea Investment Partners signed by Burke Robinson | |
| | | 9:03 am | | | Direct examination of witness **Sangwoo Lee** by AUSA Waldinger ends. | |
| | | 9:04 am | | | Cross examination of witness **Sangwoo Lee** by Mr. Torres begins. | |
| | | 9:46 am | | | Cross examination of witness **Sangwoo Lee** by Mr. Torres ends. | |
| | | 9:47 am | | | Redirect examination of witness **Sangwoo Lee** by AUSA Waldinger begins. | |
| | | 9:51 am | | | Redirect examination of witness **Sangwoo Lee** by AUSA Waldinger ends. | |
| | | 9:53 am | | | Witness **Michael Antonov** called to the stand and sworn for testimony. Direct examination by AUSA Walsh begins. | |
| | | 10:00 am | | | Jury excused. | |
| | | 10:01 am | | | Court is in recess. | |
| | | 10:40 am | | | Court is reconvened. Direct examination of witness **Michael Antonov** by AUSA Walsh resumes. | |
| 459 | | 10:46 am | X | X | April 25, 2015 email from Mike Rothenberg to Michael Antonov cc'ing Neil Devani with Subject: Re: Rothenberg Ventures 2015 Fund | |

1


Case No: 20-cr-00266-JST-1
Case Name: USA v. Rothenberg
Date: October 25, 2023
Courtroom Deputy: Mauriona Lee        - Court Reporter:    Pamela Hebel

**EXHIBIT and WITNESS LIST CONTINUED**

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| 458 | | 10:51 am | X | X | April 2, 2015 Email from Moore to Antonov, with attachment | |
| 457 | | 11:04 am | X | X | April 6, 2016 email from RightSignature.com to Michael Antonov with Subject: Document Rothenberg_fund.pdf is complete | |
| 461 | | 11:07 am | X | X | April 7, 2015 email from Mike Rothenberg to Michael Antonov with Subject: "Thank you!" Attaching deck re Rothenberg Ventures 2015 Fund Closing: April 24, 2015 | |
| | | 11:30 am | | | Direct examination of witness **Michael Antonov** by AUSA Walsh ends. | |
| | | 11:30 am | | | Cross examination of witness **Michael Antonov** by Mr. Fakhoury begins. | |
| | | 11:47 am | | | Jury excused. Matters discussed outside the presence of the jury. | |
| | | 11:50 am | | | Court is in recess. | |
| | | 12:05 pm | | | Court is reconvened. | |
| | | 12:07 pm | | | Jury is present. | |
| | | 12:07 pm | | | Cross examination of witness **Michael Antonov** by Mr. Fakhoury resumes. | |
| | | 12:31 pm | | | Cross examination of witness **Michael Antonov** by Mr. Fakhoury ends. | |
| | | 12:32 pm | | | Redirect examination of witness **Michael Antonov** by AUSA Walsh begins. | |
| | | 12:35 pm | | | Redirect examination of witness **Michael Antonov** by AUSA Walsh ends. | |
| | | 12:35 pm | | | Re-cross examination of witness **Michael Antonov** by Mr. Fakhoury begins. | |
| | | 12:37 pm | | | Re-cross examination of witness **Michael Antonov** by Mr. Fakhoury ends. | |
| | | 12:39 pm | | | Witness **Amy Huang** called to the stand and sworn for testimony. Direct examination by AUSA Walsh begins. | |
| | | 12:40 pm | | | Sidebar begins. | |
| | | 12:41 pm | | | Sidebar ends. | |
| | | 12:43 pm | | | The Court addresses the witness. | |
| | | 12:46 pm | | | Direct examination by AUSA Walsh resumes. | |

Case No: 20-cr-00266-JST-1
Case Name: USA v. Rothenberg
Date: October 25, 2023
Courtroom Deputy: Mauriona Lee      - Court Reporter:    Pamela Hebel

## EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| 477 | | 12:56 pm | X | X | Email chain with Amy Huang, Mike Rothenberg and others re: "Re: Rothenberg Ventures and ARChina Capital" | |
| 479 | | 1:06 pm | X | X | December 17, 2015 email from Neil Devani to Mike Rothenberg, cc: Amy Huang, Katie Fanelli, Brandon Farwell, and others re: "DDQ for Rothenberg Ventures 2016 Fund" and attachments, including side letter, full reference documents and signature packet | |
| | | 1:19 pm | | | Jury admonished and excused. | |
| | | 1:20 pm | | | Witness exMatters discussed outside the presence of the jury. | |
| | | 1:22 pm | | | Court is in recess. Jury trial continued to October 26, 2023 at 8:00 a.m. in courtroom 6, 2nd floor. | |