UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 20-cr-00266-JST-1
Case Name: USA v. Rothenberg

## MINUTE ORDER, TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Jon S. Tigar | Kyle Waldinger<br>Nicholas Walsh<br>Benjamin Kleinman | Hanni Fakhoury<br>Nate Torres |
| **TRIAL DATE:** | **REPORTER:** | **CLERK:** |
| October 26, 2023 | Pamela Hebel | Mauriona Lee |
| **TIME IN COURT:** | | |
| 5 hours 32 minutes | | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | **8:00 am** | | | **Court is reconvened. Matters discussed outside the presence of the jury.** | |
| | | 8:20 am | | | Court is in recess. | |
| | | 8:35 am | | | Court is reconvened. Jury is present. | |
| | | 8:35 am | | | Direct examination of witness **Amy Huang** by AUSA Walsh resumes. | |
| 482 | | 8:45 am | X | X | December 29, 2015 email from Susan Wan to Neil Devani and Lynne McMillan, cc: Amy Huang, Mike Rothenberg, and others re: "Finish Line", attaching signed documents | |
| 483 | | 8:58 am | X | X | February 12, 2016 email from Neil Devani to Katie Fanelli and others, cc: Lynne McMillam, Amy Huang, Mike Rothenberg and other re: "Finish Line" attaching executed side letter and subscription agreement | |
| 484 | | 9:04 am | X | X | March 27, 2016 email chain involving Mike Rothenberg, Amy Huang and others re: "[Confidential – Do Not Forward] Rothenberg Ventures 2016 Fund – Closing Update" | |
| 485 | | 9:10 am | X | X | May 10, 2016 email from A. Huang to M. Rothenberg re "Re: Rothenberg Ventures Co-investment /Kespry Follow-up" | |
| 486 | | 9:19 am | X | X | July 25 -26, 2016 email chain involving Mike Rothenberg, Amy Huang, and Justin Grooms re: "Catch Up" | |
| 488 | | 9:23 am | X | X | May 13 – August 23, 2016 email chain involving Brandon Farwell, Amy Huang, and others re: "Wire Info" | |
| 489 | | 9:29 am | X | X | August 21, 2016 email re: "Rothenberg Ventures LP Update Letter #1" | |

1

Case No: 20-cr-00266-JST-1
Case Name: USA v. Rothenberg
Date: October 26, 2023
Courtroom Deputy: Mauriona Lee     - Court Reporter:     Pamela Hebel

### EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| 490 | | 9:35 am | X | X | August 27, 2016 email from Amy Huang to Mike Rothenberg and others re: "ARChina's Capital Request" | |
| | | 9:36 am | | | Sidebar begins | |
| | | 9:39 am | | | Sidebar ends | |
| | | 9:45 am | | | Direct examination of witness **Amy Huang** by AUSA Walsh ends. | |
| | | 9:46 am | | | Cross examination of witness **Amy Huang** by Mr. Fakhoury begins. | |
| | | 9:59 am | | | Jury excused. | |
| | | 10:00 am | | | Matters discussed outside the presence of the jury. | |
| | | 10:06 am | | | Court is in recess. | |
| | | 10:16 am | | | Court is reconvened. Jury is present. | |
| | | 10:16 am | | | Cross examination of witness **Amy Huang** by Mr. Fakhoury resumes. | |
| | | 10:53 am | | | Cross examination of witness **Amy Huang** by Mr. Fakhoury ends. | |
| | | 10:53 am | | | Witness excused. | |
| | | 10:55 am | | | Witness **Sophie Liao** called to the stand and sworn for testimony. Direct examination by AUSA Kleinman begins. | |
| 627 | | 11:12 am | X | X | May 5, 2016 email from Sophie Liao to Grace Yunxia cc: Mike Rothenberg, Kate Fanelli, and Brandon Farwell re:"Rothenberg Ventures < > Tencent HQ | |
| 623 | | 11:15 am | X | X | May 27, 2016 Kate Fanelli to Sophie Liao cc: Mike Rothenberg, Justin Grooms, Brandon Farwell "Re: Short Conversation with Baidu" | |
| 626 | | 11:20 am | X | X | June 6, 2016 email from Sophie Liao to Mike Rothenberg, Brandon Farwell, Geoff Rappaport, Kate Fanelli re: "Huace Recap" | |
| 260 | | 11:29 am | X | X | July 13, 2016 email from Mike Rothenberg to Justin Grooms, Brandon Farwell and others cc: Katie Fanelli re: "Unity Co-invest Presentation" | |
| 622 | | 11:32 am | X | X | January 31, 2015 to October 13, 2016 Text conversation between Sophie Liao, Mike Rothenberg and Justin Grooms | |

Case No: 20-cr-00266-JST-1
Case Name: USA v. Rothenberg
Date: October 26, 2023
Courtroom Deputy: Mauriona Lee          - Court Reporter:     Pamela Hebel

**EXHIBIT and WITNESS LIST CONTINUED**

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 11:41 am | | | Jury excused. Court is in recess. | |
| | | 11:58 am | | | Court is reconvened. Jury is present. | |
| | | 11:59 am | | | Cross examination of witness **Sophie Liao** by Mr. Torres begins. | |
| | | 12:42 pm | | | Cross examination of witness **Sophie Liao** by Mr. Torres ends. | |
| | | 12:42 pm | | | Witness excused. | |
| | | 12:44 pm | | | Witness **David Frank** called to the stand and sworn for testimony. Direct examination by AUSA Waldinger begins | |
| | | 1:02 pm | | | Sidebar begins. | |
| | | 1:04 pm | | | Sidebar ends. | |
| | | 1:24 pm | | | Direct examination by AUSA Waldinger ends. | |
| | | 1:24 pm | | | The court addresses the jury re time. | |
| | | 1:27 pm | | | Jury admonished and excused. | |
| | | 1:28 pm | | | Witness excused. | |
| | | 1:28 pm | | | Matters discussed outside the presence of the jury. | |
| | | 1:31 pm | | | Court is in recess. | |
| | | 1:32 pm | | | Jury trial continued to October 30, 2023 at 8:00 a.m. in courtroom 6, 2nd floor, Oakland. | |