# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Case No: 20-cr-00266-JST-1
Case Name: USA v. Rothenberg

## MINUTE ORDER, TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Jon S. Tigar | Kyle Waldinger<br>Nicholas Walsh<br>Benjamin Kleinman | Hanni Fakhoury<br>Nate Torres |
| **TRIAL DATE:** | **REPORTER:** | **CLERK:** |
| October 30, 2023 | Pamela Hebel | Mauriona Lee |
| **TIME IN COURT:** | | |
| 4 hours 35 minutes | | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8:55 am | | | **Court is reconvened. Jury is present.** | |
| | | 8:58 am | | | Direct examination of witness **David Frank** by AUSA Waldinger resumes. | |
| 188 | | 9:02 am | X | X | October 9, 2015 email from David Frank to Dominic Polizzotto and Lawrence Weisman re "Mike Rothenberg…" with attachment | |
| 189 | | 9:15 am | X | X | November 9, 2015 email from David Frank to Dominic Polizzotto and Lawrence Weisman re: "Subject: Meet Mike Rothenberg…" with attachment | |
| 190 | | 9:21 am | X | X | November 30, 2015 email from David Frank to Lawrence Weisman re: "Meet Mike Rothenberg…" with attachment | |
| 195 | | 9:30 am | X | X | January 7, 2016 email from David Frank to Dominic Polizzotto and Lawrence (Larry) Weisman re: "Subject: River Deck" with attachment | |
| 203 | | 9:46 am | X | X | February 17, 20016 email from Mike Rothenberg to Dominic Polizzotto and Larry Weisman, cc: David Frank re: "River Studios – Complete Diligence" attaching convertible note, investor presentation, terms | |
| 590 | | 9:48 am | X | X | February 3, 2016 email from David Frank to Mike Rothenberg, Lawrence Weisman, and Dominic Polizzotto re: "Super Bowl invite from Mike Rothenberg Ventures and River Studios invite you share our suite at the Super Bowl with GS Warriors All Stars – Draymond Green and Klay Thompson" | |
| | | 10:02 am | | | Jury excused. Matters discussed outside the presence of the jury. | |
| | | 10:03 am | | | Court is in recess. | |
| | | 10:18 am | | | Court is reconvened. Jury is present. | |
| | | 10:19 am | | | Sidebar begins. | |
| | | 10:19 am | | | Sidebar ends. | |
| | | | | | | |

1

Case No: 20-cr-00266-JST-1
Case Name: USA v. Rothenberg
Date: October 30, 2023
Courtroom Deputy: Mauriona Lee      - Court Reporter:    Pamela Hebel

### EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| 221 | | 10:22 am | X | X | March 28, 2016 email from David Frank to Lawrence Weisman and Dominic Polizzotto re: "Update on Rothenberg Ventures" | |
| 222 | | 10:26 am | X | X | April 1, 2016 email from David Frank to Lawrence Weisman and Dominic Polizzotto re: "We are fully allocated on 100M of the Fund. . ." | |
| 599 | | 10:29 am | X | X | June 13, 2016 email from David Frank to Lawrence Weisman and Dominic Polizzotto "Re: Subject: thank you for investing in Rothenberg Ventures" Email attachement, Screenshot of text message from Mike Rothenberg to | |
| | | 10:35 am | | | Direct examination of witness **David Frank** by AUSA Waldinger ends. | |
| | | 10:35 am | | | Cross examination of witness **David Frank** by Mr. Fakhoury resumes. | |
| | | 11:20 am | | | Cross examination of witness **David Frank** by Mr. Fakhoury ends | |
| | | 11:21 am | | | Witness excused. | |
| | | 11:22 am | | | Witness **David Chiu** called to the stand and sworn for testimony. Direct examination by AUSA Kleinman begins. | |
| 464 | | 11:33 am | X | X | October 27, 2015 email from Neil Devani to CY Capital cc'ing Katie Fanelli, Lynne McMillan and Mike Rothenberg with Subject "Rothenberg Ventures and CY Capital," attaching 2016 Fund Term Sheet and Rothenberg Ventures Presentation | |
| 466 | | 11:41 am | X | X | December 14, 2015 email from Neil Devani to CY Capital cc'ing Katie Fanelli, Lynne McMillan and Mike Rothenberg with Subject "Rothenberg Ventures and CY Capital," attaching 2016 Fund Full Reference Documents and Signature Packet | |
| | | 11:50 am | | | Jury excused. Court is in recess. | |
| | | 12:08 pm | | | Court is reconvened. Jury is present. | |
| | | 12:09 pm | | | Direct examination of witness **David Chiu** by AUSA Kleinman resumes. | |
| 470 | | 12:19 pm | X | X | December 20-21, 2015 email chain from Lynne McMillan to CY Capital cc'ing, CY Capital, Katie Fanelli, Mike Rothenberg, Neil Devani with subject "Re: Rothenberg Ventures and CY Capital" | |
| 471 | | 12:21 pm | X | X | February 17 – 18, 2016 email chain from Katie Fanelli to CY Capital cc'ing Mike Rothenberg with subject "Re: Rothenberg Ventures – updates – please include group controller for capital calls emails, attaching invoice | |
| 631 | | 12:25 pm | X | X | 4/29/16 Email from Brandon Farwell to David Chiu "Re: Rothenberg Ventures and CY Capital" | |

Case No: 20-cr-00266-JST-1
Case Name: USA v. Rothenberg
Date: October 30, 2023
Courtroom Deputy: Mauriona Lee          - Court Reporter:    Pamela Hebel

# EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| 472 | | 12:32 pm | X | X | August 21, 2016 email from David Chiu to Mike Rothenberg with subject: "re: Rothenberg Ventures LP Update Letter 1" | |
| | | 12:38 pm | | | Direct examination of witness **David Chiu** by AUSA Kleinman ends. | |
| | | 12:38 pm | | | Cross examination of witness **David Chiu** by Mr. Torres begins. | |
| | | 12:52 pm | | | Sidebar begins. | |
| | | 12:53 pm | | | Sidebar ends. | |
| | | 1:27 pm | | | Cross examination of witness **David Chiu** by Mr. Torres ends. | |
| | | 1:27 pm | | | Witness excused. | |
| | | 1:27 pm | | | Jurors admonished and excused. | |
| | | 1:30 pm | | | Court is in recess. Jury trial continued to October 31, 2023 at 8:00 a.m. in courtroom 6, 2nd floor. | |