**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Case No: 20-cr-00266-JST-1
Case Name: <u>USA v. Rothenberg</u>

**MINUTE ORDER, TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Jon S. Tigar | Kyle Waldinger<br>Nicholas Walsh<br>Benjamin Kleinman | Hanni Fakhoury<br>Nate Torres |
| **TRIAL DATE:** | **REPORTER:** | **CLERK:** |
| October 31, 2023 | Pamela Hebel | Mauriona Lee |
| **TIME IN COURT:** | | |
| 5 hours 7 minutes | | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | **8:30 am** | | | **Court is reconvened. Matters discussed outside the presence of the jury.** | |
| | | 8:38 am | | | Jury instructions discussed with parties. Additional jury instructions from parties due November 3, 2023 by Noon. | |
| | | 8:40 am | | | Witness **Natala Menezes** called to the stand and sworn for testimony. Direct examination by AUSA Walsh begins. | |
| | | 8:59 am | | | Direct examination of witness **Natala Menezes** by AUSA Walsh ends. | |
| | | 9:00 am | | | Cross examination of witness **Natala Menezes** by Mr. Fakhoury begins. | |
| | | 9:19 am | | | Cross examination of witness **Natala Menezes** by Mr. Fakhoury ends. | |
| | | 9:19 am | | | Redirect examination of witness **Natala Menezes** by AUSA Walsh begins. | |
| | | 9:19am | | | Redirect examination of witness **Natala Menezes** by AUSA Walsh ends. | |
| | | 9:20 am | | | Witness excused. | |
| | | 9:21 am | | | Witness **Lawrence Weisman** called to the stand and sworn for testimony. Direct examination by AUSA Waldinger begins. | |
| 191 | | 9:48 am | X | X | December 1, 2015 email chain involving Katie Fanelli, Lawrence Weisman, David Frank re: "Larry Weisman/Mike Rothenberg (meeting. . .)" | |
| 192 | | 9:54 am | X | X | January 5-6, 2016 email chain involving David Frank, Dominic Polizzotto, Larry Weisman, Georgia Kinne and Mike Rothenberg re: "Mike Rothenberg in Vegas for CES this week" | |
| | | | | | | |

1

Case No: 20-cr-00266-JST-1
Case Name: USA v. Rothenberg
Date: October 30, 2023
Courtroom Deputy: Mauriona Lee        - Court Reporter:    Pamela Hebel

**EXHIBIT and WITNESS LIST CONTINUED**

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | | | | January 5-6, 2016 email chain involving David Frank, Dominic Polizzotto, Larry Weisman, Georgia Kinne and Mike Rothenberg re: "Mike Rothenberg in Vegas for CES this week" | |
| 193 | | 9:54 am | X | X | January 5-6, 2016 email chain involving David Frank, Dominic Polizzotto, Larry Weisman, Georgia Kinne and Mike Rothenberg re: "Mike Rothenberg in Vegas for CES this week" | |
| 194 | | 9:54 am | X | X | January 7, 2016 email chain involving Katie Fanelli, David Frank, Dominic Polizzotto, Larry Weisman, Georgia Kinne re: "Mike Rothenberg in Vegas for CES this week" | |
| | | 10:05 am | | | Jury excused. Court is in recess. | |
| | | 10:23 am | | | Court is reconvened. Jury is present. | |
| | | 10:23 am | | | Direct examination of witness **Lawrence Weisman** by AUSA Waldinger resumes. | |
| 198 | | 10:40 am | X | X | January 27-28, 2016 email chain involving Larry Weisman, Tommy Leep, David Frank, Mike Rothenberg, Katie Fanelli, Dominic Polizzotto, and others re: "Pilot Grove's visit to River Studios for Super Bowl week" | |
| 201 | | 10:43 am | X | X | February 5, 2016 email from Dominic Polizzotto to Mike Rothenberg and others re: "Super Bowl week VIP events…" | |
| 200 | | 10:47 am | X | X | February 4, 2016 memo from Larry Weisman to Dominic Polizzotto and File re: "Visits to River Studios/Rothenberg Ventures" | |
| 202 | | 10:56 am | X | X | February 17, 2016 email from Mike Rothenberg to Dominic Polizzotto to Lawrence Weisman re: "River Studios Follow up" with attachment (River Studios Diligence List – Pilot Grove) | |
| 204 | | 11:02 am | X | X | Rivers Studios Diligence Materials (diligence list, organization chart, employment contact, income statement, etc.) | |
| 205 | | 11:05 am | X | X | February 17, 2016 email from Mike Rothenberg to Dominic Polizzotto and Lawrence Weisman, cc: David Frank re: "River Studios – Complete Diligence" attaching convertible note, investor presentation, and terms | |

Case No: 20-cr-00266-JST-1
Case Name: USA v. Rothenberg
Date: October 31, 2023
Courtroom Deputy: Mauriona Lee          - Court Reporter:     Pamela Hebel

**EXHIBIT and WITNESS LIST CONTINUED**

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| 208 | | 11:16 am | X | X | February 19, 2016 email from Lawrence Weisman to Dominic Polizzotto re: "Mike Rothenberg" | |
| 209 | | 11:19 am | X | X | February 18, 2016 email from Mike Rothenberg to Lawrence Weisman cc: Dominic Polizzotto re: "Documents", attaching Word version of convertible promissory note | |
| 210 | | 11:20 am | X | X | February 19, 2016 email from Lawrence Weisman to Mike Rothenberg cc: Dominic Polizzotto, re: "Bend Reality Promissory Note.docx" attaching Word documents | |
| 212 | | 11:25 am | X | X | February 24, 2016 email from Mike Rothenberg to Lawrence Weisman cc: Dominic Polizzotto re: "River Studios – Financials", attaching pro forma financials for River Studios | |
| 213 | | 11:31 am | X | X | February 24, 2016 email from Mike Rothenberg to Lawrence Weisman cc: Dominic Polizzotto re: "River Studios – Financials" | |
| 214 | | 11:33 am | X | X | February 24, 2016 email from Lawrence Weisman to Mike Rothenberg re: "River Studios – Financials" | |
| 215 | | 11:37 am | X | X | February 24, 2016 email from Robert Friedman to Martin Mayo, Lawrence Weisman, Dominic Polizzotto and Mike Rothenberg re: "Attached River Studios Note…" attaching clean and redlined copies of note (adding representation regarding capitalization of company) | |
| 216 | | 11:41 am | X | X | February 24, 2016 email from Martin Mayo, to Robert Friedman, Lawrence Weisman, Dominic Polizzotto and Mike Rothenberg re: "Attached River Studios Note…" attaching redlined and clean copies of note | |
| | | 11:43 am | | | Jury excused. | |
| | | 11:43 am | | | Witness excused. Matters discussed outside the presence of the jury. | |
| | | 11:45 am | | | Court is in recess. | |
| | | 12:04 pm | | | Court is reconvened. Jury is present. | |
| 217 | | 12:04 pm | X | X | Executed Convertible Promissory Note | |
| 234 | | 12:14 pm | X | X | August 10, 2016 email from Justin Grooms to Lawrence Weisman cc: Mike Rothenberg re: "Pilot Grove" with attachments, concerning amendment to convertible note and side letter | |

Case No: 20-cr-00266-JST-1
Case Name: USA v. Rothenberg
Date: October 31, 2023
Courtroom Deputy: Mauriona Lee         - Court Reporter:    Pamela Hebel

### EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| 235 | | 12:24 pm | X | X | August 13, 2016 email chain involving Mike Rothenberg, Dominic Polizzotto, Lawrence Weisman, and others re: "Pilot Grove/River Studios" | |
| 236 | | 12:31 pm | X | X | August 16, 2016 email from Lawrence Weisman to Mike Rothenberg cc: Dominic Polizzotto and Martin Mayo re: "Amendment" | |
| 237 | | 12:34 pm | X | X | August 21, 2016 email from Mike Rothenberg to "investors@rothenbergventures.com" re: "Rothenberg Ventures LP Update Letter #1" | |
| 238 | | 12:37 pm | X | X | August 23, 2016 email from "Investor Relations" to investors@rothenbergventures.com, cc: various people re: "Rothenberg Ventures LP Update Letter #2" | |
| | | 12:43 pm | | | Direct examination of witness **Lawrence Weisman** by AUSA Waldinger ends. | |
| | | 12:44 pm | | | Cross examination of witness **Lawrence Weisman** by Mr. Fakhoury begins. | |
| | | 1:27 pm | | | Sidebar begins. | |
| | | 1:28 pm | | | Sidebar ends. | |
| | | 1:36 pm | | | Cross examination of witness **Lawrence Weisman** by Mr. Fakhoury ends. | |
| | | 1:36 pm | | | Witness excused | |
| | | 1:37 pm | | | Jury admonished and excused. | |
| | | 1:37 pm | | | Court is in recess. Jury trial continued to November 1, 2023 at 8:00 a.m. in courtroom 6, 2nd floor. | |

4