UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 20-cr-00266-JST-1
Case Name: USA v. Rothenberg

## MINUTE ORDER, TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Jon S. Tigar | Kyle Waldinger<br>Nicholas Walsh<br>Benjamin Kleinman | Hanni Fakhoury<br>Nate Torres |
| **TRIAL DATE:** | **REPORTER:** | **CLERK:** |
| November 1, 2023 | Pamela Hebel | Mauriona Lee |
| **TIME IN COURT:** | | |
| 4 hours 55 minutes | | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | **8:30 am** | | | **Court is reconvened. Matters discussed outside the presence of the jury.** | |
| | | 8:37 am | | | Witness **Dominic Polizzotto** called to the stand and sworn for testimony. Direct examination by AUSA Waldinger begins. | |
| 197 | | 8:59 am | X | X | January 13, 2026 email from Dominic Polizzotto to Mike Rothenberg cc: David Frank and Larry Weisman re: "River Studios follow up" | |
| 199 | | 9:03 am | X | X | Dominic Polizzotto travel itinerary, Las Vegas to San Jose to San Francisco to Chicago, February 2 -6, 2016, with attachments | |
| 211 | | 9:17 am | X | X | February 22, 2016 email from Mike Rothenberg, Lawrence Weisman, Dominic Polizzotto, and Martin Mayo re: "Latest Version of Note" attaching draft of convertible promissory note | |
| 225 | | 9:39 am | X | X | May 11, 2016 email from Mike Rothenberg to Dominic Polizzotto and Lawrence Weisman cc: Jonah Loop re: "River Studios – Update" | |
| 632 | | 9:51 am | X | X | August 13, 2016 from Dominic Polizzotto to Lawrence Weisman "Fw:Pilot Grove/River Studios" | |
| | | 10:03 am | | | Jury excused. | |
| | | 10:04 am | | | Court is in recess. | |
| | | 10:20 am | | | Court is reconvened. Jury is present. | |
| 241 | | 10:44 am | X | X | September 9, 2016 email from "Investor Relations" to investors@rothenbergventures.com, cc: various others re: " Rothenberg Ventures LP Update Letter" | |
| 242 | | 10:46 am | X | X | September 13, 2016 email from investors@frontier.tech to investors@frontier.tech cc:various people re: "Frontier Tech Ventures (Rothenberg Ventures) – LP Update Letter" | |

1

Case No: 20-cr-00266-JST-1
Case Name: USA v. Rothenberg
Date: November 1, 2023
Courtroom Deputy: Mauriona Lee     - Court Reporter:    Pamela Hebel

## EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 10:57 am | | | Direct examination of witness **Dominic Polizzotto** by AUSA Waldinger ends. | |
| | | 10:58 am | | | Cross examination of witness **Dominic Polizzotto** by Mr. Fakhoury begins. | |
| | | 11:34 am | | | Cross examination of witness **Dominic Polizzotto** by Mr. Fakhoury ends | |
| | | 11:34 am | | | Redirect examination of witness **Dominic Polizzotto** by AUSA Waldinger begins. | |
| | | 11:45 am | | | Redirect examination of witness **Dominic Polizzotto** by AUSA Waldinger ends. | |
| | | 11:45 am | | | Re-cross examination of witness **Dominic Polizzotto** by Mr. Fakhoury begins. | |
| | | 11:45 am | | | Re-cross examination of witness **Dominic Polizzotto** by Mr. Fakhoury ends. | |
| | | 11:47 am | | | Further redirect examination of witness **Dominic Polizzotto** by AUSA Waldinger begins. | |
| | | 11:47 am | | | Further redirect examination of witness **Dominic Polizzotto** by AUSA Waldinger ends. | |
| | | 11:48 am | | | Jury excused. | |
| | | 11:48 am | | | Witness excused. | |
| | | 11:49 am | | | Court is in recess. | |
| | | 12:05 pm | | | Court is reconvened. Jury is present. | |
| | | 12:06 pm | | | Witness **David Haase** called to the stand and sworn for testimony. Direct examination by AUSA Walsh begins. | |
| 341 | | 12:18 pm | X | X | March 4, 2016 email from Mike Rothenberg to David Haase re: "River Studios – Accounting Notes" | |
| 579 | | 12:22 pm | X | X | David Haase Employment Agreement | |
| 343 | | 12:25 pm | X | X | March 23, 2016 email from David Haase to Mike Rothenberg and Hannah Han re: "Super Bowl receipt" | |
| 344 | | 12:35 pm | X | X | April 11, 2016 email from David Haase to Mike Rothenberg re: "File", attaching spreadsheet | |
| 361 | | 12:50 pm | X | X | "Legal Entity Structure" (org chart) | |
| 348 | | 12:53 pm | X | X | June 3, 2016 email from David Haase to Martin Mayo and Amanda, cc: Mike Rothenberg re: "New Accounts" setting out "Legal Entity Structure" | |

Case No: 20-cr-00266-JST-1
Case Name: USA v. Rothenberg
Date: November 1, 2023
Courtroom Deputy: Mauriona Lee   - Court Reporter: Pamela Hebel

### EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| 356 | | 1:11 pm | X | X | July 27, 2016 email from Mike Rothenberg to David Haase, Martin Mayo and cc'ing Ian Hathaway with Subject: 2016 Fund Status Update | |
| 364 | | 1:20 pm | X | X | July 27, 2016 email from Mike Rothenberg to David Haase re: "Priorities" | |
| | | 1:23 pm | | | Direct examination of witness **David Haase** by AUSA Walsh ends. | |
| | | 1:23 pm | | | Jury admonished and excused. | |
| | | 1:25 pm | | | Court is in recess. Jury trial continued to November 2, 2023 at 8:00 a.m. in courtroom 6, 2nd floor. | |