UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 20-cr-00266-JST-1
Case Name: USA v. Rothenberg

### MINUTE ORDER, TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Jon S. Tigar | Kyle Waldinger<br>Nicholas Walsh<br>Benjamin Kleinman | Hanni Fakhoury<br>Nate Torres |
| **TRIAL DATE:** | **REPORTER:** | **CLERK:** |
| November 2, 2023 | Pamela Hebel | Mauriona Lee |
| **TIME IN COURT:** | | |
| 5 hours 26 minutes | | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | **8:05 am** | | | **Court is reconvened. Matters discussed outside the presence of the jury.** | |
| | | 8:10 am | X | X | Exhibits stipulated to and read into record: 61, 96, 187 and admitted. | |
| | | 8:21 am | | | Court is in recess. | |
| | | 8:41 am | | | Court is reconvened. Jury is present. | |
| | | 8:41 am | | | The Court addresses the jury and responds to a note from the jury. | |
| | | 8:48 am | | | Direct examination of witness **David Haase** by AUSA Walsh resumes. | |
| 360 | | 8:52 am | X | X | Spreadsheet with tabs 2013, 2014, 2015 and 2016 | |
| 351 | | 9:05 am | X | X | Spreadsheet | |
| | | 9:12 am | | | Direct examination of witness **David Haase** by AUSA Walsh ends. | |
| | | 9:13 am | | | Cross examination of witness **David Haase** by Mr. Fakhoury begins. | |
| | | 9:48 am | | | Cross examination of witness **David Haase** by Mr. Fakhoury ends. | |
| | | 9:50 am | | | Witness **Christy Cornell-Pape** called to the stand and sworn for testimony. Direct examination by AUSA Walsh begins. | |
| | | 10:00 am | | | Jury excused. Court is in recess. | |
| | | 10:20 am | | | Court is reconvened. Jury is present. | |
| | | 10:35 am | | | Direct examination of witness **Christy Cornell-Pape** by AUSA Walsh ends | |
| | | 10:36 am | | | Witness **John Stearns** called to the stand and sworn for testimony. Direct examination by AUSA Kleinman begins. | |

1

Case No: 20-cr-00266-JST-1
Case Name: USA v. Rothenberg
Date: November 2, 2023
Courtroom Deputy: Mauriona Lee          - Court Reporter:     Pamela Hebel

## EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
|  |  | 10:38 am |  |  | The Court addresses the jury. |  |
| 634 |  | 10:43 am | X | X | May 11, 2016 MikeRothenberg@gmail.com to Mike@Rothenbergventures.com subject "URGENT" |  |
| 635 |  | 10:44 am | X | X | May 18, 2015 Mike Rothenberg to Dave Holmes cc'ing Brian Furano, Sivan Iram and others "Re River + Parlophone = Hymn" |  |
| 33 |  | 10:47 | X | X | Quickbooks records for annual funds, RVMC, and River Studios |  |
|  |  | 10:54 am |  |  | Direct examination of witness **John Stearns** by AUSA Kleinman ends. |  |
|  |  | 10:54 am |  |  | Cross examination of witness **John Stearns** by Mr. Fakhoury begins. |  |
|  |  | 10:55 am |  |  | Sidebar begins. |  |
|  |  | 10:55 am |  |  | Sidebar ends. |  |
|  |  | 10:59 am |  |  | Cross examination of witness **John Stearns** by Mr. Fakhoury ends. |  |
|  |  | 11:00 am |  |  | Witness **Justin Grooms** called to the stand and sworn for testimony. Direct examination by AUSA Kleinman begins. |  |
| 630 |  | 11:28 am | X | X | Justin Grooms Employment Agreement |  |
|  |  | 11:48 am |  |  | Jury excused. |  |
|  |  | 11:49 am |  |  | Court is in recess. |  |
|  |  | 12:07 pm |  |  | Court is reconvened. Jury is present. |  |
| 291 |  | 12:10 pm | X | X | July 12 – August 7, 2016 email chain involving Nathan Hudson, Justin Grooms, Mike Rothenberg and others re: "Rothenberg ventures 2016 Fund – Co-invest opportunity" |  |
| 629 |  | 12:48 pm | X | X | Rothenberg Ventures LLC Loan Agreement |  |
|  |  | 12:56 pm |  |  | Direct examination of witness **Justin Grooms** by AUSA Kleinman ends. |  |
|  |  | 12:56 pm |  |  | Cross examination of witness **Justin Grooms** by Mr. Torres ends. |  |
|  |  | 1:31 pm |  |  | Witness excused |  |
|  |  | 1:31 pm |  |  | Jury admonished and excused. |  |
|  |  | 1:32 pm |  |  | Court is in recess. Jury trial continued to November 6, 2023 at 8:00 a.m. in courtroom 6, 2nd floor. |  |