UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 20-cr-00266-JST-1
Case Name: USA v. Rothenberg

## MINUTE ORDER, TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Jon S. Tigar | Kyle Waldinger<br>Nicholas Walsh<br>Benjamin Kleinman | Hanni Fakhoury<br>Nate Torres |
| **TRIAL DATE:** | **REPORTER:** | **CLERK:** |
| November 8, 2023 | Raynee Mercado | Mauriona Lee |
| **TIME IN COURT:** | | |
| 5 hours 1 minute | | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | **8:40 am** | | | **Court is reconvened. Jury is present.** | |
| | | 8:42 am | | | Direct examination of witness **Gerald Fujimoto** by AUSA Walsh resumes. | |
| | | 9:59 am | | | Jury excused. | |
| | | 10:00 am | | | Court is in recess. | |
| | | 10:17 am | | | Court is reconvened. Jury is present. | |
| | | 10:17 am | | | Direct examination of witness **Gerald Fujimoto** by AUSA Walsh resumes. | |
| | | 11:45 am | | | Jury excused. | |
| | | 11:48 am | | | Court is in recess. | |
| | | 12:06 pm | | | Court is reconvened. Jury is present. | |
| | | 12:06 pm | | | Direct examination of witness **Gerald Fujimoto** by AUSA Walsh resumes. | |
| | | 12:17 pm | | | Direct examination of witness **Gerald Fujimoto** by AUSA Walsh ends. | |
| | | 12:18 pm | | | Cross examination of witness **Gerald Fujimoto** by Mr. Fakhoury begins | |
| 511 | | 1:15 pm | X | | Expert Report of Gerald Fujimoto | |
| | | 1:20 pm | | | Sidebar begins. | |
| | | 1:21 pm | | | Sidebar ends. | |
| | | 1:34 pm | | | Cross examination of witness **Gerald Fujimoto** by Mr. Fakhoury ends. | |
| | | 1:34 pm | | | Redirect examination of witness **Gerald Fujimoto** by AUSA Walsh begins. | |
| | | 1:35 pm | | | Redirect examination of witness **Gerald Fujimoto** by AUSA Walsh ends. | |

1

Case No: 20-cr-00266-JST-1
Case Name: USA v. Rothenberg
Date: November 8, 2023
Courtroom Deputy: Mauriona Lee         - Court Reporter:    Raynee Mercado

### EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 1:35 pm | | | Re-cross examination of witness **Gerald Fujimoto** by Mr. Fakhoury begins | |
| | | 1:36 pm | | | Re-cross examination of witness **Gerald Fujimoto** by Mr. Fakhoury ends. | |
| | | 1:38 pm | | | Jury excused. | |
| | | 1:38 pm | | | Matters discussed outside the presence of the jury. | |
| | | 1:41 pm | | | Court is in recess. Jury trial continued to November 9, 2023 at 8:00 a.m. in courtroom 6, 2nd floor. | |