UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 20-cr-00266-JST-1
Case Name: USA v. Rothenberg

## MINUTE ORDER, TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Jon S. Tigar | Kyle Waldinger<br>Nicholas Walsh<br>Benjamin Kleinman | Hanni Fakhoury<br>Nate Torres |
| **TRIAL DATE:** | **REPORTER:** | **CLERK:** |
| November 9, 2023 | Raynee Mercado | Mauriona Lee |
| **TIME IN COURT:** | | |
| 5 hours 42 minutes | | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | **8:04 am** | | | **Court is reconvened. Matters discussed outside the presence of the jury.** | |
| | | 8:06 am | | | Court is in recess. | |
| | | 8:32 am | | | Court is reconvened. Jury is present. | |
| | | 8:32 am | | | The Court addresses the parties and public re: recording court proceedings. | |
| | | 8:35 am | | | Government rests it's case. | |
| | | 8:36 am | | | Witness **Michael Rothenberg** called to the stand and sworn for testimony. Direct examination by Mr. Fakhoury begins. | |
| | | 9:59 am | | | Jury excused. Court is in recess. | |
| | | 10:17 am | | | Court is reconvened. Jury is present. | |
| | | 10:17 am | | | Direct examination of witness **Michael Rothenberg** by Mr. Fakhoury resumes. | |
| | 1001 (1002) | 10:50 am | X | X | March 11, 2016 from Tom Leep to Mike Rothenberg and James Joy re "Lynne McMillan -- RE: My Resignation from Rothenberg Ventures" | |
| | | 11:40 am | | | Jury excused. | |
| | | 11:43 am | | | Court is in recess. | |
| | | 12:01 pm | | | Court is reconvened. Jury is present. | |
| | | 12:48 pm | | | Direct examination of witness **Michael Rothenberg** by Mr. Fakhoury ends. | |
| | | 12:48 pm | | | Cross examination of witness **Michael Rothenberg** by AUSA Waldinger begins. | |
| 522 | | 12:58 pm | X | X | River Studios Convertible Promissory Note April 4, 2016 | |
| | | 1:35 pm | | | Cross examination of witness **Michael Rothenberg** by AUSA Waldinger ends. | |
| | | 1:36 pm | | | Jury admonished and excused. | |
| | | | | | | |

1

Case No: 20-cr-00266-JST-1
Case Name: <u>USA v. Rothenberg</u>
Date: <u>November 9, 2023</u>
Courtroom Deputy: <u>Mauriona Lee</u>   - Court Reporter:   <u>Raynee Mercado</u>

### EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 1:37 pm | | | The Court admonishes the Defendant as to his conduct during testimony. | |
| | | 1:38 pm | | | Matters discussed with parties outside of the presence of the jury. | |
| | | 1:39 pm | | | Counsel for defendant advises the Court that Defendant's exhibit 1001 was marked in error and should be marked 1002. Exhibit 1002 is admitted. | |
| | | 1:42 pm | | | Court is in recess. Jury trial continued to November 13, 2023 at 8:00 a.m. in courtroom 6, 2nd floor. | |