**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Case No: 20-cr-00266-JST-1
Case Name: USA v. Rothenberg

**MINUTE ORDER, TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Jon S. Tigar | Kyle Waldinger<br>Nicholas Walsh<br>Benjamin Kleinman | Hanni Fakhoury<br>Nate Torres |
| **TRIAL DATE:** | **REPORTER:** | **CLERK:** |
| November 13, 2023 | Raynee Mercado | Mauriona Lee |
| **TIME IN COURT:** | | |
| 5 hours 01 minutes | | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | **8:30 am** | | | **Court is reconvened. Jury is present.** | |
| | | 8:35 am | | | Cross examination of witness **Michael Rothenberg** by AUSA Waldinger resumes. | |
| | | 9:44 am | | | Cross examination of witness **Michael Rothenberg** by AUSA Waldinger ends. | |
| | | 9:45 am | | | Redirect examination of witness **Michael Rothenberg** by Mr. Fakhoury begins. | |
| | | 10:00 am | | | Redirect examination of witness **Michael Rothenberg** by Mr. Fakhoury ends. | |
| | | 10:00 am | | | Defense rests it's case. | |
| | | 10:01 am | | | Jury excused. | |
| | | 10:02 am | | | Court is in recess. | |
| | | 10:20 am | | | Court is reconvened. Jury is present. | |
| | | 10:22 am | | | The Court addresses the jury and reads jury instructions to jurors. | |
| | | 11:04 am | | | Government's closing arguments begin. | |
| | | 11:45 am | | | Jury excused. Matters discussed outside the presence of the jury. | |
| | | 11:47 am | | | Court is in recess. | |
| | | 12:02 pm | | | Government's closing arguments resume. | |
| | | 1:28 pm | | | Government's closing arguments ends. | |
| | | 1:28 pm | | | Jury admonished and excused. | |
| | | 1:31 pm | | | Court is in recess. Jury trial continued to November 14, 2023 at 8:00 a.m. in courtroom 6, 2nd floor. | |
| | | | | | | |
| | | | | | | |

1