# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Case No: 20-cr-00266-JST-1
Case Name: USA v. Rothenberg

## MINUTE ORDER, TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Jon S. Tigar | Kyle Waldinger<br>Nicholas Walsh<br>Benjamin Kleinman | Hanni Fakhoury<br>Nate Torres |
| **TRIAL DATE:** | **REPORTER:** | **CLERK:** |
| November 14, 2023 | Raynee Mercado | Mauriona Lee |
| **TIME IN COURT:** | | |
| 5 hours 24 minutes | | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | **8:06 am** | | | **Court is reconvened. Matters discussed outside the presence of the jury.** | |
| | | 8:12 am | | | Court is in recess. | |
| | | 8:36 am | | | Court is reconvened. Jury is present. | |
| | | 8:39 am | | | Defendant's closing arguments begin. | |
| | | 9:20 am | | | Sidebar begins. | |
| | | 9:21 am | | | Sidebar ends. | |
| | | 9:57 am | | | Defendant's closing arguments ends. | |
| | | 9:58 am | | | Jury excused. | |
| | | 9:59 am | | | Court is in recess. | |
| | | 10:23 am | | | Court is reconvened. Jury is present. | |
| | | 10:24 am | | | Government's rebuttal closing arguments begin. | |
| | | 11:22 am | | | Government's rebuttal closing arguments ends. | |
| | | 11:23 am | | | Jury excused. | |
| | | 11:24 am | | | The Court addresses and excuses alternate juror 18. | |
| | | 11:28 am | | | Jury excused to deliberate. | |
| | | 11:28 am | | | Courtroom Deputy sworn. | |
| | | 12:10 pm | | | Jury note #1 received by the Court. | |
| | | 12:15 pm | | | Court reconvened. The Court reads jury note #1 to parties. | |
| | | 12:16 pm | | | Court is in recess. | |
| | | 1:30 pm | | | Jury excused for the day. Deliberations to resume November 15, 2023 at 8:30 a.m. in courtroom 6, 2nd floor. | |

1