# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Case No: 20-cr-00266-JST-1
Case Name: USA v. Rothenberg

## MINUTE ORDER, TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Jon S. Tigar | Kyle Waldinger<br>Nicholas Walsh<br>Benjamin Kleinman | Hanni Fakhoury<br>Nate Torres |
| **TRIAL DATE:** | **REPORTER:** | **CLERK:** |
| November 15, 2023 | Raynee Mercado | Mauriona Lee |
| **TIME IN COURT:** | | |
| 5 hours 9 minutes | | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | **8:30 am** | | | **Court is reconvened. Jury deliberations resume.** | |
| | | 1:07 pm | | | Jury note #2 received. | |
| | | 1:25 pm | | | Court is in reconvened. The Court and parties discuss the jury note. | |
| | | 1:28 pm | | | Courtroom Deputy informs the jury a response will be provided tomorrow. Matters discussed outside the presence of the jury. | |
| | | 1:30 pm | | | Jury excused for the day. | |
| | | 1:32 pm | | | Court reconvened. The Court addresses the parties. | |
| | | 1:33 pm | | | Court is in recess. | |
| | | 1:33 pm | | | Court reconvened. The Court addresses the parties. | |
| | | 1:34 pm | | | Court is in recess. | |
| | | 1:34 pm | | | Jury trial continued. Deliberations to resume November 16, 2023 at 8:30 a.m. in courtroom 6, 2nd floor. | |
| | | 2:10 pm | | | Court is reconvened. Matters discussed outside the presence of the jury. | |
| | | 2:15 pm | | | Court is in recess. | |
| | | 2:15 pm | | | Jury trial continued. Deliberations to resume November 16, 2023 at 8:30 a.m. in courtroom 6, 2nd floor. | |

1