**FILED**

**NOV 16 2023**

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 20-cr-00266-JST-1 |
| Plaintiff, | |
| v. | **VERDICT FORM** |
| MICHAEL BRENT ROTHENBERG, | |
| Defendant. | |

We, the members of the jury in this action, have reached the following unanimous verdict with respect to each of the following counts of the Indictment:

**Count Three: Bank Fraud in violation of 18 U.S.C. §§ 1344 and 2**

We find the defendant, Michael Brent Rothenberg:

Guilty ___yes___          Not Guilty _____

**Count Four: False Statements to a Financial Institution in violation of 18 U.S.C. §§ 1014 and 2**

We find the defendant, Michael Brent Rothenberg:

Guilty ___yes___          Not Guilty _____

///

///

///

///

///

**Count Five: Wire Fraud in violation of 18 U.S.C. §§ 1343 and 2, by means of an email from Mr. Rothenberg to Pilot Grove Management LLC representatives, sent on or about February 17, 2016**

We find the defendant, Michael Brent Rothenberg:

Guilty ____*yes*____          Not Guilty _____

**Count Six: Wire Fraud in violation of 18 U.S.C. §§ 1343 and 2, by means of an email from Mr. Rothenberg to Pilot Grove Management LLC representatives, sent on or about February 24, 2016**

We find the defendant, Michael Brent Rothenberg:

Guilty ____*yes*____          Not Guilty _____

**Count Seven: Wire Fraud in violation of 18 U.S.C. §§ 1343 and 2, by means of a wire transfer of $2,000,000 from the bank account of Transcend VR, LLC, at U.S. Trust Bank of America Private Wealth Management to the bank account of Bend Reality, LLC, numbered ending -9185, at Silicon Valley Bank, sent on or about February 25, 2016**

We find the defendant, Michael Brent Rothenberg:

Guilty ____*yes*____          Not Guilty _____

**Count Eight: Money Laundering in violation of 18 U.S.C. §§ 1957 and 2, by means of a transfer of $560,000 from Rothenberg Ventures Management Company, LLC's Silicon Valley Bank account numbered ending -8931 to the 2013 Fund's Silicon Valley Bank account numbered ending -2623, occurring on or about February 25, 2016**

We find the defendant, Michael Brent Rothenberg:

Guilty ____*yes*____          Not Guilty _____

///

///

///

///

///

United States District Court
Northern District of California

**Count Nine: Money Laundering in violation of 18 U.S.C. §§ 1957 and 2, by means of a transfer of $840,000 from Rothenberg Ventures Management Company, LLC's Silicon Valley Bank account numbered ending -8931 to the 2014 Fund's Silicon Valley Bank account numbered ending -7483, occurring on or about February 25, 2016**

We find the defendant, Michael Brent Rothenberg:

Guilty ___*yes*___          Not Guilty _____

**Count Ten: Money Laundering in violation of 18 U.S.C. §§ 1957 and 2, by means of a transfer of $80,000 from Rothenberg Ventures Management Company, LLC's Silicon Valley Bank account numbered ending -8931 to Rothenberg's personal bank account at Bank of America numbered ending -2573, occurring on or about February 25, 2016**

We find the defendant, Michael Brent Rothenberg:

Guilty ___*yes*___          Not Guilty _____

**Count Eleven: Money Laundering in violation of 18 U.S.C. §§ 1957 and 2, by means of the posting of check #0189 in the amount of $27,447.92 in the Silicon Valley Bank account numbered ending -7429, occurring on or about February 26, 2016**

We find the defendant, Michael Brent Rothenberg:

Guilty ___*yes*___          Not Guilty _____

**Count Twelve:  Wire Fraud in violation of 18 U.S.C. §§ 1343 and 2, by means of a wire transfer of $1,000,000 from GHF Inc.'s account at Fidelity Investments to the bank account of Rothenberg Ventures Co-Fund 1, LLC, numbered ending -2235 at Silicon Valley Bank, sent on or about July 15, 2016**

We find the defendant, Michael Brent Rothenberg:

Guilty ___*yes*___          Not Guilty _____

/ / /

/ / /

/ / /

/ / /

3

**Count Thirteen: Wire Fraud in violation of 18 U.S.C. §§ 1343 and 2, by means of a wire transfer of $100,000 from the account of Binns Family Limited Partnership to the bank account of Rothenberg Ventures Co-Fund 1, LLC, numbered ending -2235 at Silicon Valley Bank, sent on or about July 19, 2016**

We find the defendant, Michael Brent Rothenberg:

Guilty ___*yes*___          Not Guilty _____

**Count Fourteen: Wire Fraud in violation of 18 U.S.C. §§ 1343 and 2, by means of a wire transfer of $50,000 from the account of Sonoko Konishi to the bank account of Rothenberg Ventures Co-Fund 1, LLC, numbered ending -2235 at Silicon Valley Bank, sent on or about July 21, 2016**

We find the defendant, Michael Brent Rothenberg:

Guilty ___*yes*___          Not Guilty _____

**Count Fifteen: Wire Fraud in violation of 18 U.S.C. §§ 1343 and 2, specifically, a wire transfer of $100,000 from the account of Ronald Goldberg to the bank account of Rothenberg Ventures Co-Fund 1, LLC, numbered ending -2235 at Silicon Valley Bank, sent on or about July 21, 2016**

We find the defendant, Michael Brent Rothenberg:

Guilty ___*yes*___          Not Guilty _____

**Count Sixteen: Wire Fraud in violation of 18 U.S.C. §§ 1343 and 2, specifically, a wire transfer of $1,250,000 from the account of Tubus LLC to the bank account of the 2015 Fund numbered ending -3208 at Silicon Valley Bank, sent on or about April 6, 2015**

We find the defendant, Michael Brent Rothenberg:

Guilty ___*yes*___          Not Guilty _____

/ / /

/ / /

/ / /

/ / /

4

United States District Court
Northern District of California

**Count Seventeen: Wire Fraud in violation of 18 U.S.C. §§ 1343 and 2, by means of a wire transfer of $1,000,000 from the account of GHF Inc. to the bank account of the 2015 Fund numbered ending -3208 at Silicon Valley Bank, sent on or about April 28, 2015**

We find the defendant, Michael Brent Rothenberg:

Guilty _____yes_____        Not Guilty _____

**Count Eighteen: Wire Fraud in violation of 18 U.S.C. §§ 1343 and 2, by means of a wire transfer of $1,999,975 from the account of HTC Corporation to the bank account of the 2015 Fund numbered ending -3208 at Silicon Valley Bank, sent on or about July 31, 2015**

We find the defendant, Michael Brent Rothenberg:

Guilty _____yes_____        Not Guilty _____

**Count Nineteen: Wire Fraud in violation of 18 U.S.C. §§ 1343 and 2, by means of a wire transfer of $500,000 from the account of Dolby Family Ventures Limited Partnership to the bank account of the 2016 Fund numbered ending -0574 at Silicon Valley Bank, sent on or about December 17, 2015**

We find the defendant, Michael Brent Rothenberg:

Guilty _____yes_____        Not Guilty _____

**Count Twenty: Wire Fraud in violation of 18 U.S.C. §§ 1343 and 2, by means of a wire transfer of $100,000 from the account of Natala Menezes to the bank account of the 2015 Fund numbered ending -3208 at Silicon Valley Bank, sent on or about December 24, 2015**

We find the defendant, Michael Brent Rothenberg:

Guilty _____yes_____        Not Guilty _____

/ / /

/ / /

/ / /

/ / /

5

United States District Court
Northern District of California

**Count Twenty-One: Wire Fraud in violation of 18 U.S.C. §§ 1343 and 2, by means of a wire transfer of $625,000 from the account of CY Capital Limited to the bank account of the 2016 Fund numbered ending -0574 at Silicon Valley Bank, sent on or about December 24, 2015**

We find the defendant, Michael Brent Rothenberg:

Guilty ___Yes___          Not Guilty _____

**Count Twenty-Two: Wire Fraud in violation of 18 U.S.C. §§ 1343 and 2, by means of a wire transfer of $3,000,000 from the account of ARCHina Capital Partners to the bank account of the 2016 Fund numbered ending -0574 at Silicon Valley Bank, sent on or about December 28, 2015**

We find the defendant, Michael Brent Rothenberg:

Guilty ___Yes___          Not Guilty _____

**Count Twenty-Three: Wire Fraud in violation of 18 U.S.C. §§ 1343 and 2, by means of a wire transfer of $1,800,000 from the account of Korea Investment Partners to the bank account of the 2016 Fund numbered ending -0574 at Silicon Valley Bank, sent on or about July 27, 2016**

We find the defendant, Michael Brent Rothenberg:

Guilty ___Yes___          Not Guilty _____

Dated: **NOVEMBER 16, 2023**                    _____  S-ARIAS
                                                FOREPERSON

6