UNITED STATES DISTRICT COURT
NORTHEN DISTRICT of CALIFORNIA

**FILED**

NOV 14 2023

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

Case Number: 20-cr-266

Case Name: United States v Michael Brent Rothenberg

## NOTE FROM THE JURY

Note number: 1

Date: 11/14/23

Time: 12:10

1. The Jury has reached a unanimous verdict ☐

Or

2. The Jury has the following question:

Schedule will remain Mon-Thurs 8:30-1:30

S. ARITS

Presiding Juror

UNITED STATES DISTRICT COURT
NORTHEN DISTRICT of CALIFORNIA

Case Number: 20-cr-00266-JST-1

Case Name: US v M. Rothenberg

## NOTE FROM THE JURY

Note number: 2

Date: 11/15/23

Time: 1:07

**FILED**
NOV 15 2023
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

1. The Jury has reached a unanimous verdict ☐

Or

2. The Jury has the following question:

Please provide the exhibit # for ACCT ending in 4953 (as pertains to $405k transfer (wire out of ACCT ending in 3208, BNF= Michael Rothenberg)

Members of the jury: Exhibit 97 lists the transaction identified in your question on page 0004.

Presiding Juror

UNITED STATES DISTRICT COURT
NORTHEN DISTRICT of CALIFORNIA

Case Number: 20-cr-00266-JST-1

Case Name: US v. Michael B. Rothenberg

NOTE FROM THE JURY

Note number: 3

Date: November 16, 2023

Time: 9:48 AM

**FILED**
NOV 16 2023
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

1. The Jury has reached a unanimous verdict ☑

Or

2. The Jury has the following question:

S. ARIAS
Presiding Juror

To Whom this May Concern,

My Best Friend passed away on 9/27 his Funeral services are on 10/26 a Thursday from 10am at Allen Temple Baptist Church.

Is there anything we can do so I may attend. Your consideration will be appreciated

Juror
John C Fortenberry
(510) 499-5789

FILED

OCT 05 2023

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

Judge Tigar,

This is Juror JOHN Fortenberry will I be released AFTER HEARING THE CASES LAST WITNESS. JUST CHECKING ON WHAT I WILL DOING.

THANKS
JOHN FORTENBERRY

**FILED**

**NOV 07 2023**

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

Leonardo Garcia
Participant #103785161

October 09, 2023

**Judge Jon S. Tigar**

4:20-cr-00266-JST-1
USA v. Michael Brent Rothenberg

**FILED**

OCT 1 0 2023

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

Dear Judge Tigar,

It is with great dismay that I write to request to be excused from serving as juror for this case for the following reasons.

I have never been selected to be a juror and therefore did not have any idea of the process or what is considered as a burden.

My situation is that I am a self employed plumbing contractor (sole prop) and due to the possible length of this case I will deal with a financial burden. I don't have personnel that can substitute my position throughout the length of the case. I have current projects that require my presence to continue and complete the project. I am in charge of doing lay out and installations. Although I do have an employee he is not competent enough to complete work without my leadership and instructions.

My clients also need me to be available to answer questions and stay on schedule for completion.

I am in charge of looking at new projects and providing estimates to keep the business running. I feel that for the length of time being in court daily will cause me to fall behind schedule and lose customers and keep my employee with a job. This will put a financial burden on my business and personal life.

I am the sole provider for my home and childrens expenses.

When the question came up if there was any reason why anyone needed to be excused I didnt think of it because in my mind I pictured more of a medical issue or assisting old parents or someone elderly with limited income.

I was interested in the process and being a part of the jury and therefore if a shorter case needed my participation I would want to be part of it. I can probably go for 2-3 weeks and stay afloat with my business.

The other thing I would like to mention is that during jury selection everyone had masks on. Although I thought Nicholas Walsh looked familiar, it wasn't until the start of the trial with his opening statement that I recognized him.

Prior to June 2022 one of my daughters was in school with his son in San Francisco (and through elementary school). We are not friends outside of court other than meeting at their school functions years back. I don't know if he recognized me as well or not (I have not approached him). You mentioned that there is no TMI in this courtroom and felt it was my obligation to bring it up.

I apologize that I didn't request or bring this up sooner, I am stressed about losing my business and not be able to pay the coming month bills.

Sincerely,

Leonardo Garcia

What, if anything, does it mean to the jury when an objection with a "move to strike" is sustained?

J. Arias

FILED

NOV 02 2023

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

Defense keeps saying something like "renew my emblems" when asked about objections to exhibits being submitted. What is he saying & what does it mean? Thanks!

**FILED**

OCT 18 2023

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE