THOMAS A. COLTHURST (CABN 99493)
Attorney for the United States
Acting under Authority Conferred by 28 U.S.C. § 515

MATTHEW M. YELOVICH (NYBN 4897013)
Acting Deputy Chief, Criminal Division

BENJAMIN K. KLEINMAN (NYBN 5358189)
KYLE F. WALDINGER (CABN 298752)
NICHOLAS J. WALSH (CABN 314290)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Fax: (415) 436-7234
    Email: benjamin.kleinman2@usdoj.gov
    Email: kyle.waldinger@usdoj.gov
    Email: nicholas.walsh@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 20-CR-00266 JST |
| Plaintiff, | STIPULATION TO EXCLUDE TIME FROM THE SPEEDY TRIAL ACT CALCULATION |
| v. | AND |
| MICHAEL BRENT ROTHENBERG,<br>a/k/a MIKE ROTHENBERG, | [PROPOSED] ORDER |
| Defendant. | |

At the request of the Court at the conclusion of a trial on Counts 3 to 23 of the Indictment on November 16, 2023, the parties, with the consent of the defendant, hereby submit this stipulation to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h), from November 17, 2023, through and including March 1, 2024.

The parties agree as follows:

1. The defendant, Michael Brent Rothenberg, represented by his attorneys Hanni Fakhoury and Nathaniel Torres, and the government, represented by Assistant United States

Attorneys Benjamin Kleinman, Kyle Waldinger, and Nicholas Walsh, appeared at the conclusion of trial on Counts 3 to 23 of the Indictment on November 16, 2023.

2. At the proceeding, the Court set a sentencing date for Counts 3 to 23 in the Indictment and a status hearing on the remaining counts in the Indictment (Counts 1 and 2) for March 1, 2024.

3. As stated in court on November 16, 2023, because the defense team requires time to review the discovery and to conduct necessary investigation, and additional time is necessary for the effective preparation of a defense, the parties agree that time should be excluded under the Speedy Trial Act between November 17, 2023, and March 1, 2024.

4. Further, the parties agree that the ends of justice outweigh the best interests of the public and the defendant in a speedy trial and thus excluding the time between November 17, 2023, and March 1, 2024, from computation under the Speedy Trial Act is appropriate.

IT IS SO STIPULATED.

DATED: November 17, 2023

THOMAS A. COLTHURST
Attorney for the United States

*/s/ Nicholas Walsh*
BENJAMIN K. KLEINMAN
KYLE F. WALDINGER
NICHOLAS J. WALSH
Assistant United States Attorneys

DATED: November 17, 2023

*/s/ Hanni Fakhoury*
HANNI FAKHOURY
NATHANIEL TORRES
Counsel for the Defendant

STIPULATION AND [PROPOSED] ORDER        2
20-CR-00266 JST

**[PROPOSED] ORDER**

Based upon the representations of counsel in the above stipulation and during a proceeding on November 16, 2023, and for good cause shown, the Court finds that failing to exclude the time between November 17, 2023, and March 1, 2024, would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between November 17, 2023, and March 1, 2024, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, IT IS HEREBY ORDERED that the time between November 17, 2023, and March 1, 2024, shall be excluded from computation under the Speedy Trial Act. See 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: November _____, 2023

_____
THE HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE