UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA          *ORIGINAL*

Before The Honorable JON S. TIGAR, Judge

UNITED STATES OF AMERICA,       )      **Jury Trial - Verdict**
                                )
            Plaintiff,          )      **Volume 26**
                                )
   vs.                          )      NO. CR 20-00266JST
                                )
MICHAEL BRENT ROTHENBERG,       )      **Pages 4563 - 4587**
a/k/a MIKE ROTHENBERG,          )
                                )
            Defendant.          )      Oakland, California
_____ )      Thursday, November 16, 2023

#### REPORTER'S TRANSCRIPT OF PROCEEDINGS

APPEARANCES:

For Plaintiff:              THOMAS A. COLTHURST, ESQ.
                            Attorney for the United States
                            Acting under Authority conferred by
                            28 USC §515
                            1301 Clay Street, Suite 340S
                            Oakland, California  94612
                     BY:    BENJAMIN K. KLEINMAN,
                            KYLE F. WALDINGER,
                            NICHOLAS J. WALSH,
                            ASSISTANT UNITED STATES ATTORNEYS


For Defendant:              MOEEL LAH FAKHOURY LLP
                            1300 Clay Street, Suite 600
                            Oakland, California  94612
                     BY:    HANNI M. FAKHOURY, ATTORNEY AT LAW

                            Law Office of Nathaniel J. Torres
                            338 Fillmore Street #4
                            San Francisco, California  94117
                     BY:    NATHANIEL J. TORRES, ATTORNEY AT LAW


Reported By:                Raynee H. Mercado
                            CSR. No. 8258


    Proceedings reported by electronic/mechanical stenography;
transcript produced by computer-aided transcription.



# I N D E X

| | PAGE | VOL. |
|---|---|---|
| VERDICT | 4569 | 26 |

--o0o--

```
1    Thursday, November 16, 2023                        8:34 a.m.

2                       P R O C E E D I N G S

3                            --o0o--

4

5       (The following proceedings were heard out of the presence

6    of the jury:)

7            THE CLERK:  Your Honor, now calling criminal matter

8    20-266, United States v. Michael Brent Rothenberg.

9       If counsel could please state their appearances for the

10   record, starting with the government.

11           MR. WALDINGER:  Good morning, Your Honor.  Kyle

12   Waldinger, Nicholas Walsh, and Benjamin Kleinman for the

13   United States.  We're joined by Special Agent Ghio at counsel

14   table.

15           MR. FAKHOURY:  Good morning, Your Honor.  Hanni

16   Fakhoury and Nate Torres on behalf of Mr. Rothenberg.  He's

17   present, Your Honor.

18           THE COURT:  Good morning.  The purpose --

19       First of all, we're outside the presence of the jury.

20       The purpose of this proceeding is to place on the record

21   the decision that was made yesterday regarding note number two

22   from our jury.

23       The note says, "Please provide the exhibit number for

24   account ending in 4953 (as pertains to $405,000 transfer wire

25   out of account ending in 3208BNF=MICHAELROTHENBERG)."
```

1          Yesterday afternoon, the government identified that there

2    was not -- well, first of all, the government identified trial

3    Exhibit 97, which on page 0004 shows a wire in to

4    Mr. Rothenberg's account from Rothenberg Ventures in the

5    amount of $405,000.

6          And the government pointed out that while there was not an

7    account -- a bank account in the case with an account number

8    ending in 4953, that this transaction bore a kind of number --

9    and I forget what it was called.  Mr. --

10          **MR. WALDINGER:**  It's either an IMAD or an OMAD

11    number.

12          **THE COURT:**  An IMAD or OMAD number, based on the

13    testimony of the gentleman from the Federal Reserve, that has

14    as its last six digits 495300.

15          So separate and apart from that, the government identified

16    that -- or in addition, the government identified that trial

17    Exhibit 69, on page 45, shows the wire out from Rothenberg

18    Ventures 2015 Fund LLC Silicon Valley Bank account.

19          I'll let the parties make whatever record they want, and

20    then I'll state the decision that I came to yesterday.

21          Mr. Waldinger.

22          **MR. WALDINGER:**  I have nothing further to add.  I

23    think it's appropriate for the Court to -- to direct the

24    jury's attention to Exhibit 97.

25          **THE COURT:**  Mr. Fakhoury?

1      **MR. FAKHOURY:** Your Honor, I had requested that the

2   Court answer the question by indicating to the jury that there

3   was no exhibit for an account ending in the numbers -- I

4   forgot the exact numbers that they referenced. It appears to

5   be the IMAD or OMAD number. And that was my request yesterday

6   and it would continue to be my request.

7      **THE COURT:** As I stated yesterday -- and counsel

8   agreed that the court reporter could go home and so we had

9   this discussion off the record, and we're making a record now.

10      As I indicated yesterday, I think that the jury is using

11   the word "account" in its note as a reference without

12   fixing -- without limiting themselves to a bank account

13   number. They clearly recall the testimony of this witness

14   identifying this transaction. And I'm not going to penalize

15   them for using an incorrect word when I know, reading trial

16   Exhibit 97, that this is what they are asking about.

17      And so the Court will answer the note as follows:

18   Exhibit 97 lists the transaction identified in your question

19   on page 0004.

20      I think that concludes this proceeding.

21      **THE CLERK:** Court is in recess.

22      (Recess taken at 8:38 A.M.; proceedings resumed at

23   8:39 A.M.)

24              (Pause in the proceedings.)

25      **THE COURT:** Can we go back on the record for just a

```
 1    second, please.

 2        We're just back on the record for a second.

 3        I'll show counsel this note that I've written on their

 4    note.

 5        Do counsel stipulate that I can just send this note back

 6    to the jury without bringing the jurors into open court?

 7        Mr. Waldinger?

 8            MR. WALDINGER:  That's fine with the government, Your

 9    Honor.

10            THE COURT:  Mr. Fakhoury?

11            MR. FAKHOURY:  Yes, that's fine, Your Honor.

12            THE COURT:  All right.  Thank you.

13        (Court in recess from 8:40 A.M. while the jury

14    deliberates; proceedings resumed at 10:18 A.M.)

15        (The following proceedings were heard in the presence of

16    the jury:)

17            THE CLERK:  You may be seated.

18            THE COURT:  All right.  Let's go on the record.

19        All the jurors are in their assigned seats.

20    Mr. Fortenberry was previously excused.

21        The parties and counsel are at counsel table.

22        Ms. Arias, I understand you're our presiding juror.  Is

23    that true?

24            THE FOREPERSON:  Yes, Your Honor.

25            THE COURT:  And is it true, as Ms. Lee told me, that
```

 1    the jury has reached a verdict?

 2              **THE FOREPERSON:**  We have, Your Honor.

 3              **THE COURT:**  Would you please hand the verdict form to

 4    Ms. Lee.

 5                      (Pause in the proceedings.)

 6              **THE COURT:**  The clerk will now read the verdicts.

 7                          **<u>VERDICT</u>**

 8              **THE CLERK:**  We, the members of the jury in this

 9    action, have reached the following unanimous verdict with

10    respect to each of the following counts of the indictment.

11         Count Three, bank fraud in violation of

12    18 U.S.C. §§ 1344 and 2, we find the defendant, Michael Brent

13    Rothenberg, guilty.

14         As to Count Four, false statements to a financial

15    institution in violation of 18 U.S.C. §§ 1014 and 2, we find

16    the defendant, Michael Brent Rothenberg, guilty.

17         As to Count Five, wire fraud in violation of

18    18 U.S.C. §§ 1344 and 2, by means of an email from

19    Mr. Rothenberg to Pilot Grove Management LLC representatives

20    sent on or about February 17th, 2016, we find the defendant,

21    Michael Brent Rothenberg, guilty.

22         As to Count Six, wire fraud in violation of

23    18 U.S.C. §§ 1343 and 2, by means of an email from

24    Mr. Rothenberg to Pilot Grove Management LLC representatives

25    sent on or about February 24th, 2016, we find the defendant,

1   Michael Brent Rothenberg, guilty.

2       As to Count Seven, wire fraud in violation of

3   18 U.S.C.§§ 1343 and 2, by means of a wire transfer of

4   $2 million from the bank account of Transcend VR LLC at

5   U.S. Trust Bank of America Private Wealth Management to the

6   bank account of Bend Reality LLC ending -- I'm sorry --

7   numbered ending 9185 at Silicon Valley Bank, sent on or about

8   February 25th, 2016, we find the defendant, Michael Brent

9   Rothenberg, guilty.

10      As to Count Eight, money laundering in violation of

11  18 U.S.C. §§ 1957 and 2, by means of a transfer of $560,000

12  from -- I'm sorry -- from Rothenberg Ventures Management

13  Company LLC's Silicon Valley Bank account numbered ending

14  83 -- I'm sorry -- 8931 to 2013 Fund's Silicon Valley Bank

15  account numbered ending 2623, occurring on or about

16  February 25th, 2016, we find the defendant, Michael Brent

17  Rothenberg, guilty.

18      As to Count Nine, money laundering in violation of

19  18 U.S.C. §§ 1957 and 2, by means of a transfer of $840,000

20  from Rothenberg Ventures Management Company LLC's

21  Silicon Valley Bank account numbered ending 8931 to the

22  2014 Fund's Silicon Valley Bank account numbered ending

23  7483 occurring on or about February 25th, 2016, we find the

24  defendant, Michael Brent Rothenberg, guilty.

25      As to Count Ten, money laundering in violation of

1    18 U.S.C. §§ 1957 and 2, by means of a transfer of $80,000

2    from Rothenberg Ventures Management Company LLC's

3    Silicon Valley Bank account numbered ending 8931 to

4    Rothenberg's personal bank account at Bank of America numbered

5    ending 2573, occurring on or about February 25th, 2016, we

6    find the defendant, Michael Brent Rothenberg, guilty.

7         As to Count Eleven, money laundering in violation of

8    18 U.S.C. §§ 1957 and 2, by means of the posting of check

9    number 0189 in the amount of $27,447.92 in the Silicon Valley

10   Bank account numbered ending 7429, occurring on or about

11   February 26, 2016, we find the defendant, Michael Brent

12   Rothenberg, guilty.

13        As to Count Twelve, wire fraud in violation of

14   18 U.S.C. §§ 1343 and 2, by means of a wire transfer of

15   $1 million from GHF Inc.'s bank account at Fidelity

16   Investments to the bank account of Rothenberg Ventures

17   Co-Fund 1 LLC, numbered ending 225 -- I'm sorry -- 2235 at

18   Silicon Valley Bank sent on or about July 15th, 2016, we find

19   the defendant, Michael Brent Rothenberg, guilty.

20        As to Count Thirteen, wire fraud in violation of

21   18 U.S.C. §§ 1343 and 2, by means of a wire transfer of

22   $100,000 from the account of the Binns Family Limited

23   Partnership to the bank account of Rothenberg Ventures

24   Co-Fund 1 LLC numbered ending 2235 at Silicon Valley Bank,

25   sent on or about July 19th, 2016, we find the defendant,

1    Michael Brent Rothenberg, guilty.

2        As to Count Fourteen, wire fraud in violation of

3    18 U.S.C. §§ 1343 and 2, by means of a wire transfer of

4    $50,000 from the account of Sonoko Konishi to the bank account

5    of Rothenberg Ventures Co-Fund 1 LLC numbered ending 2235 at

6    Silicon Valley Bank, sent on or about July 21st, 2016, we find

7    the defendant, Michael Brent Rothenberg, guilty.

8        As to Count Fifteen, wire fraud in violation of

9    18 U.S.C. §§ 1343 and 2, specifically, a wire transfer of

10   $100,000 from the account of Ronald Goldberg to the account of

11   Rothenberg Ventures Co-Fund 1 LLC numbered ending 2235 at

12   Silicon Valley Bank, sent on or about July 21st, 2016, we find

13   the defendant, Michael Brent Rothenberg, guilty.

14       As to Count Sixteen, wire fraud in violation of

15   18 U.S.C. §§ 1343 and 2, specifically, a wire transfer of

16   $1,250,000 from the account of Tubus LLC to the bank account

17   of the 2015 Fund numbered ending 3208 at Silicon Valley Bank,

18   sent on or about April 6, 2015, we find the defendant, Michael

19   Brent Rothenberg, guilty.

20       As to Count Seventeen, wire fraud in violation of

21   18 U.S.C. §§ 1343 and 2, by means of a wire transfer of

22   $1 million from the account of GHF Inc. to the bank account of

23   the 2015 Fund numbered ending 2 -- I'm sorry -- 3208 at

24   Silicon Valley Bank, sent on or about April 28, 2015, we find

25   the defendant, Michael Brent Rothenberg, guilty.

1    As to Count Eighteen, wire fraud in violation of

2  18 USC 1343 and 2, by means of a wire transfer of $1,999,975

3  from the account of HTC Corporation to the bank account of the

4  2015 Fund numbered ending 3208 at Silicon Valley Bank, sent on

5  or about July 31st, 2015, we find the defendant, Michael Brent

6  Rothenberg, guilty.

7    As to Count Nineteen, wire fraud in violation of

8  18 U.S.C. §§ 1343 and 2, by means of a wire transfer of

9  $500,000 from the account of Dolby Family Ventures Limited

10  Partnership to the bank account of the 2016 Fund numbered

11  ending 0574 at Silicon Valley Bank, sent on or about

12  December 17th, 2015, we find the defendant, Michael Brent

13  Rothenberg, guilty.

14    As to County Twenty, wire fraud in violation of

15  18 U.S.C. §§ 1343 and 2, by means of a wire transfer of

16  $100,000 from the bank account of Natala Menezes to the bank

17  account of the 2015 Fund numbered ending 3208 at

18  Silicon Valley Bank, sent on or about December 24, 2015, we

19  find the defendant, Michael Brent Rothenberg, guilty.

20    As to Count Twenty-one, wire fraud in violation of

21  18 U.S.C. §§ 1343 and 2, by means of a wire transfer of

22  $625,000 from the account of CY Limited -- sorry -- CY Capital

23  Limited to the bank account of the 2016 Fund numbered ending

24  0574 at Silicon Valley Bank, sent on or about December 24,

25  2015, we find the defendant, Michael Brent Rothenberg, guilty.

1          As to Count Twenty-two, wire fraud in violation of

2     18 U.S.C. §§ 1343 and 2, by means of a wire transfer of

3     $3 million from the account of ARCHina Capital Partners to the

4     bank account of the 20,000 -- sorry -- 2016 Fund numbered

5     ending 0574 at Silicon Valley Bank, sent on or about

6     December 28, 2015, we find the defendant, Michael Brent

7     Rothenberg, guilty.

8          And as to Count Twenty-three, wire fraud in violation of

9     18 U.S.C. §§ 1343 and 2, by means of a wire transfer of

10    $1,800,000 from the account of Korea Investment Partners to

11    the bank account of the 2016 Fund numbered ending 0574 at

12    Silicon Valley Bank, sent on or about July 27th, 2016, we find

13    the defendant, Michael Brent Rothenberg, guilty.

14              **THE COURT:**  Thank you, Ms. Lee.

15              **THE CLERK:**  Yes, sir.

16              **THE COURT:**  Mr. Waldinger, does the government wish

17    me to poll the jury?

18              **MR. WALDINGER:**  No, Your Honor.

19              **THE COURT:**  Mr. Fakhoury, does the defendant wish me

20    to poll the jury?

21              **MR. FAKHOURY:**  Yes, Your Honor.

22              **THE COURT:**  Is it sufficient for your purposes if I

23    ask each juror whether these are their verdicts?  Or do you

24    wish the Court to poll each juror as to each count?

25              **MR. FAKHOURY:**  The first option is fine, Your Honor.

1   Thank you.

2           **THE COURT:**  All right.  Very good.

3       Ms. Lee, did you understand the distinction I drew?

4           **THE CLERK:**  No, Your Honor.

5           **THE COURT:**  Well, that's okay.  I'll do the polling

6   then.

7           **THE CLERK:**  Okay.

8           **THE COURT:**  Members of the jury, a party in a jury

9   trial has the right to ask the court to poll the jury to

10  determine that the verdicts that the jury has rendered are the

11  verdicts of each of the individual jurors so that in this

12  case, in a federal criminal case, we can ensure that there was

13  in fact unanimity.

14      So now I'm just going to go around and I'm going to ask

15  each of you if these were your verdicts.  And by that, I mean

16  whether all of the verdicts that Ms. Lee just read represented

17  your personal verdicts, meaning your personal vote as to all

18  the counts in the case.

19      Ms. Torres, do the verdicts Ms. Lee read represent your

20  personal verdicts?

21          **JUROR:**  Yes, they do, Your Honor.

22          **THE COURT:**  Mr. Lau, do they represent your personal

23  verdicts?

24          **JUROR:**  Yes, they do, Your Honor.

25          **THE COURT:**  Ms. Holloway, do they represent your

 1      personal verdicts?

 2              **JUROR:**  Yes, Your Honor.

 3              **THE COURT:**  Ms. Lu, do they represent your personal

 4      verdicts?

 5              **JUROR:**  Yes, Your Honor.

 6              **THE COURT:**  Mr. Kuang, am I pronouncing your last

 7      name correctly?

 8              **JUROR:**  That's good, yeah.

 9              **THE COURT:**  Mr. Kuang, do they represent your

10      personal verdicts?

11              **JUROR:**  Yes, Your Honor.

12              **THE COURT:**  Mr. Rosel, do they represent your

13      personal verdicts?

14              **JUROR:**  Yes, Your Honor.

15              **THE COURT:**  Mr. Souza, do they represent your

16      personal verdicts?

17              **JUROR:**  Yes, Your Honor.

18              **THE COURT:**  Mr. Diaz, do they represent your personal

19      verdicts?

20              **JUROR:**  Yes, Your Honor.

21              **THE COURT:**  Ms. Yu, do they represent your personal

22      verdicts?

23              **JUROR:**  Yes, Your Honor.

24              **THE COURT:**  Mr. Stocker, do they represent your

25      personal verdicts?

```
 1                  JUROR:  Yes, Your Honor.

 2                  THE COURT:  Ms. Arias, do they represent your

 3       personal verdicts?

 4                  JUROR:  Yes, they do, Your Honor.

 5                  THE COURT:  Ms. Schwind, do they represent your

 6       personal verdicts?

 7                  JUROR:  Yes, Your Honor.

 8                  THE COURT:  The jury has indicated after polling that

 9       these are the verdicts of each of the individual jurors.

10          Mr. Waldinger, is there any reason why the Court may not

11       now thank and excuse this jury?

12                  MR. WALDINGER:  There is no reason, Your Honor.

13                  THE COURT:  Mr. Fakhoury?

14                  MR. FAKHOURY:  No, Your Honor.

15                  THE COURT:  Well, you did it.

16          I told you I usually choke up when I do this, and I'm

17       going to choke up.

18          Members of the jury, I want to thank you for your hard

19       work and your close attention.  You gave up a good chunk of

20       your lives to do this.  This was a little bit longer than a

21       lot of the trials we have here.

22          I know a lot of you are coming in and driving home over

23       some very long distances.  You're a particularly excellent

24       group of jurors.  You're just in great humor notwithstanding

25       all the things that we asked of you, and I really appreciate
```

1    it.

2        I hope that that meant not only that you felt invested in

3    this process, but also that you were able to enjoy each

4    other's company.

5        One of the things I love about my job is, and that I love

6    about juries in particular is, you know, we live in the

7    Bay Area and there are just all kinds of folks that live in

8    the Bay Area.  And for most of us, well, for most people

9    you're never going to be in another situation where you did

10   something this important with such a diverse group of people.

11   And I think that that diversity is one of the things that

12   makes it so powerful.

13       I've already told you I'm very patriotic, I love my

14   country and I love juries.  I think the right to a jury trial

15   is one of the things that makes our justice system great.

16       So I don't know if you liked it or you didn't like it, but

17   I hope that the experience that you had as jurors was

18   meaningful to you.  I hope that you felt that we respected you

19   in the way we used your time.

20       And I know you're thinking, "And I remember that

21   stemwinder of a speech he gave during jury selection.  How

22   long is this one going to go?"

23       It's not going to go that long, but I just have to tell

24   you a couple things.

25       Juries make decisions about something very important to

1    the community directly, and that's unusual in our democracy.

2    Mostly we hire people to make decisions for us.  So we elect

3    Congress people.  And we have city council people.  And we

4    have -- and we have mayors and we have a transit board.  And

5    we have people that do animal control.

6        And we don't have to make any of those decisions because

7    those folks are making them for us, and that's the way we like

8    it.  We don't want to have to worry about what the rules are

9    at the dog pound.  Someone else is going to figure that out.

10       But in the jury system, the community makes the decision

11   for the community.

12       And this dispute has been pending for a long time.  The

13   case number is -- it's a 2020 case, and it needed to be

14   resolved, and you did that in a direct way.

15       Here's the story that always makes me choke up.

16       As you know because I said it during jury selection, I've

17   been a judge a long time.  I've been a federal judge almost

18   11 years.  And before that I was a state court judge for

19   11 years.  I was on the Alameda County Superior Court.  And I

20   tried a lot of cases in the state court.

21       And one time I had a trial, civil jury trial, and I had a

22   juror who had served as an alternate in a prior three-week

23   trial.  Just like Mr. Fortenberry so he heard all the

24   evidence, he heard all the argument, he heard the jury

25   instructions.  He was available to substitute in if one of the

1  other jurors got sick or needed to absent themselves for some

2  reason.  But that never happened.  So he did his whole three

3  weeks.

4      Then he came into my courtroom.  He did exactly the same

5  thing.  Had a three-week trial.  He was selected as an

6  alternate.  He sat through all the evidence and all the

7  argument and all the instructions and everything else.

8      And you could tell everybody liked him.  Because you could

9  see the group dynamic of people coming in and out of the

10 courtroom.  And he was always in a good mood.  Everybody

11 always wanted to chat him up.  He took great -- I don't know

12 if they were great notes because I never read them, but he

13 took a lot of notes.  He was paying close attention.

14     And he was an engineer over in the City of Alameda, and he

15 was also a veteran of United States Army.  And he had served

16 two tours of duty abroad.

17     And I felt like I owed him a special thank you because

18 he'd already been an alternate in another trial and he didn't

19 get the payoff of deliberating.  And here he had just finished

20 doing the same thing for me.

21     So when the regular jurors went back to deliberate and

22 I've got this guy in front of me and I'm saying thanks and,

23 you know, give us your cell phone number and we'll let you

24 know if we need you, I thanked him for his service as an

25 alternate.  And I acknowledged how frustrating it might be to

1    have done it once before for three weeks and to do it for

2    three weeks again.

3        And he said, "Your Honor, I put my life on the line twice

4    so you could do this.  This was a walk in the park."

5        And he had a big smile on his face the whole time he said

6    it, you know, like joyful.

7        And that's how important jury service is, that to this day

8    there are men and women putting their life on the line for it.

9        So that's what you did, and I hope you feel very proud of

10   your jury service because I'm proud of you.  I'm proud of all

11   my jurors.  That part doesn't make you special.  But I'm proud

12   of you.

13       I've been telling you every day don't talk to anybody

14   about the case, don't look anything up.  You're about to be

15   discharged as jurors, and once that happens you're free from

16   those admonitions.  You can talk to anybody you want.  You can

17   look anything up you want.

18       But you're also under no obligation whatsoever to discuss

19   this case with anybody if you don't want to.  That's totally

20   up to you.

21       If you do decide to discuss the case with anybody, I hope

22   you'll treat the subject with a degree of solemnity in that

23   whatever you decide to say you would be willing to say in the

24   presence of the other jurors.  Because bear in mind if you do

25   decide to talk about the case, the other jurors fully and

 1    freely expressed themselves to you in the jury deliberation

 2    room with the understanding that they were expressing

 3    themselves in confidence.  And you owe it to each other to

 4    respect the privacy of the views of the other jurors.

 5        We took you away from your work.  We took you away from

 6    your family.  I'd be happy to write a letter to your employer

 7    or your family acknowledging their sacrifice and expressing my

 8    thanks to them.  I did that in the middle of the trial for

 9    some of you.  So I'm happy to send another letter.  Or if you

10    didn't get one the first time, I'm happy to do that now.

11        You need to leave me a note with your name, if it's to

12    your employer, the name of the company, the name of the person

13    I'm writing to, what their role is so if they're a supervisor

14    or the vice president of whatever, and a mailing address.  If

15    it's for a family member, I need the family member's name and

16    what their relationship is to you.

17        I'm not looking for any communications about what happened

18    in the trial.  I don't want your opinions of the evidence or

19    any of that.  We have reasons for not wanting that.  But if

20    you think I could improve the way I run this place, I'd love

21    to hear it.  Because, you know, we're trying to hit it out of

22    the park every time, and if we didn't do that, I'd like to

23    know about it.  So please feel free to write me and share your

24    views.

25        And that's it.

```
 1        I really want to thank you again.

 2        Ms. Lee is going to take you back into the jury room.  I'm

 3   going to come back there and shake your hands in a second

 4   because I've been waiting to do that for seven weeks.  And

 5   then you're free to go with my thanks.  Thank you.

 6        All rise.

 7        THE CLERK:  Please rise for the jury.

 8        (The following proceedings were heard out of the presence

 9   of the jury:)

10        THE COURT:  Counsel and the parties will remain in

11   the courtroom.  I'm going to go thank the jury, and I'll be

12   back in a moment.

13                    (Pause in the proceedings.)

14        THE CLERK:  All rise.  Court is again in session, the

15   Honorable John S. Tigar presiding.

16        You may be seated.

17        THE COURT:  All right.  Let's go back on the record.

18        The parties and counsel are at counsel table.

19        The Court will now set a date for sentencing.

20        Mr. Waldinger, does the government wish to be heard

21   regarding section 3143?

22        MR. WALDINGER:  No, Your Honor.  The government is

23   not moving for remand at this time.

24        THE COURT:  All right.

25        Ms. Lee, would you please suggest a good sentencing date?
```

```
 1           THE CLERK:  Yes, sir, Your Honor.

 2      March 1st.

 3           THE COURT:  Is that date convenient to the

 4      government?

 5           MR. WALDINGER:  I believe that works for the

 6      government, Your Honor.

 7           THE COURT:  Is that date convenient to the defendant?

 8           MR. FAKHOURY:  Yes, Your Honor.

 9           THE COURT:  All right.

10      Mr. Aguilera, the court staff had previously requested the

11      presence of a marshal in case the government moved for remand.

12      No such motion is going to be made so the marshal can stand

13      down.  Thank you.

14      Mr. Rothenberg, I order you to be present in this court on

15      March 1st, 2024, at 9:30 a.m.  I advise you that failure to be

16      present on that date and at that time itself can be charged as

17      a new crime and it would be the basis potentially for

18      additional custodial time.

19      You will remain out of custody pending sentencing on the

20      same terms and conditions that applied to you while you were

21      on pretrial release.

22      Mr. Waldinger, further matters for the Court this morning?

23           MR. WALDINGER:  No, Your Honor.

24           THE COURT:  Mr. Fakhoury?

25           MR. FAKHOURY:  Two things, Your Honor.
```

```
1          The first is there are still the matter of Counts One and
2     Two.  I suspect -- well, I hope -- we will have a conversation
3     about it, but I wonder if it makes sense to also set a status
4     hearing and exclude time under the Speedy Trial Act.  Perhaps
5     we could extend that to the sentencing date.  And
6     Mr. Waldinger and I and whoever else on the government, we can
7     have a conversation about those two counts.
8               THE COURT:  Very sensible suggestion.
9          Mr. Waldinger?
10               MR. WALDINGER:  I agree with that.  The government
11     will concur to having that status be on March 1st.  And I
12     think it would be sensible and correct to exclude time on
13     those two counts between now and March 1st.
14               THE COURT:  I will set the remaining two counts --
15     well, it's the same case.  I will set the case also for a
16     status conference on that date for the purpose of discussing
17     the two unadjudicated counts.
18          In light of the fact that the parties need to talk to each
19     other and make strategic decisions about how to proceed on
20     those two counts, in light of the guilty verdicts today, I
21     will exclude time until that date for effective preparation of
22     counsel and ask the government to prepare a time exclusion
23     order.
24               MR. WALDINGER:  We will, Your Honor.
25               MR. FAKHOURY:  Thank you, Your Honor.
```

1    The second matter is I would ask if we could perhaps

2  extend the deadline for any posttrial motions under either

3  Rule 29 or Rule 33.

4    What I would propose, rather than set a deadline now, is

5  perhaps I can talk to the government and we can agree on a

6  briefing schedule and submit a stipulation and proposed order

7  to the Court after I've had some time to think through what

8  schedule makes sense.  But I just wanted to put that on the

9  record so I didn't repeat the mistake I made in the first

10  trial so....

11        **THE COURT:**  Mr. Waldinger, any objection?

12        **MR. WALDINGER:**  No objection, Your Honor.

13        **THE COURT:**  Okay.  That will be the Court's order.

14  Mr. Fakhoury, anything further?

15        **MR. FAKHOURY:**  No, Your Honor.  Thank you.

16        **THE COURT:**  Thank you, Mr. Fakhoury.

17  Court is now in recess.

18              (Off-the-record discussion.)

19        **THE COURT:**  Okay.  Folks, I need to make an

20  announcement to you.

21    I've just been informed by court staff, not my chambers

22  staff, but by administrative staff in the building that the

23  court is in the process of closing the building due to

24  protestor activity, and so you might want to move with haste.

25    Thank you.

1        **MR. FAKHOURY:**  Thank you, Your Honor.

2        **THE COURT:**  Court's now in recess.

3        **THE CLERK:**  Court is in recess.

4       (Proceedings were concluded at 10:50 A.M.)

5                  --o0o--

6

7

8                **CERTIFICATE OF REPORTER**

9

10      I certify that the foregoing is a correct transcript

11  from the record of proceedings in the above-entitled matter.

12  I further certify that I am neither counsel for, related to,

13  nor employed by any of the parties to the action in which this

14  hearing was taken, and further that I am not financially nor

15  otherwise interested in the outcome of the action.

16

17               _Raynee H. Mercado_

18       Raynee H. Mercado, CSR, RMR, CRR, FCRR, CCRR

19           Thursday, November 16, 2023

20

21

22

23

24

25