```
 1  THOMAS A. COLTHURST (CABN 99493)
    Attorney for the United States
 2  Acting under Authority Conferred by 28 U.S.C. § 515

 3  MATTHEW M. YELOVICH (NYBN 4897013)
    Deputy Chief, Criminal Division
 4
    BENJAMIN K. KLEINMAN (NYBN 5358189)
 5  KYLE F. WALDINGER (CABN 298752)
    NICHOLAS J. WALSH (CABN 314290)
 6  Assistant United States Attorneys

 7       450 Golden Gate Avenue, Box 36055
         San Francisco, California 94102-3495
 8       Telephone: (415) 436-7200
         Fax: (415) 436-7234
 9       Email: benjamin.kleinman2@usdoj.gov
         Email: kyle.waldinger@usdoj.gov
10       Email: nicholas.walsh@usdoj.gov

11  Attorneys for the United States of America
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 20-CR-00266 JST |
| Plaintiff, | STIPULATION TO EXTEND DEADLINE TO FILE ADMITTED EXHIBITS UNDER CRIMINAL LOCAL RULE 55-1 AND CIVIL LOCAL RULES 5-1(g) AND 79-4(a) |
| v. | |
| MICHAEL BRENT ROTHENBERG, a/k/a MIKE ROTHENBERG, | AND |
| Defendant. | [PROPOSED] ORDER |

Counsel for the United States of America and counsel for the defendant Michael Brent Rothenberg stipulate and jointly request that the deadline to file admitted exhibits under Criminal Local Rule 55-1, incorporating the requirements of Civil Local Rules 5-1(g) and 79-4(a), be extended by approximately twenty-five (25) days to December 21, 2023.

Under Criminal Local Rule 55-1, the procedures in Civil Local Rules 5-1 and 79-4 govern the disposition of admitted exhibits after trial. Civil Local Rule 5-1(g) requires the parties to file admitted

STIPULATION AND [PROPOSED] ORDER
20-CR-00266 JST

exhibits on the docket within ten (10) days of the trial verdict. The parties must file a joint certification of counsel with the admitted exhibits. Because the verdict was returned in this case on November 16, 2023, under the local rules, the last day for the parties to complete this process is November 27, 2023 (*i.e.*, the first business day after the tenth day, November 26, 2023).

The parties request the extension to facilitate their coordination of the filing after joint review of the admitted exhibits. Because some of the exhibits (such as bank records) may contain personal identifiable information (PII) or other sensitive financial information, the parties need time to meet and confer regarding (1) whether such exhibits can be filed without redaction, (2) whether such exhibits should be redacted before filing, or (3) whether such exhibits should be filed under seal. Due to the upcoming Thanksgiving holiday and the press of other business, the parties need additional time to address this issue.

IT IS SO STIPULATED.

DATED: November 21, 2023

THOMAS A. COLTHURST
Attorney for the United States

*/s/*
BENJAMIN K. KLEINMAN
KYLE F. WALDINGER
NICHOLAS J. WALSH
Assistant United States Attorneys

DATED: November 21, 2023

*/s/ Hanni Fakhoury*
HANNI M. FAKHOURY
NATHANIEL TORRES
Counsel for the Defendant

STIPULATION AND [PROPOSED] ORDER
20-CR-00266 JST

2

**[PROPOSED] ORDER**

For good cause shown, the Court hereby extends the deadline for the parties to file the admitted trial exhibits, or to take other appropriate action regarding those exhibits, until December 21, 2023.

IT IS SO ORDERED.

DATED:  November _____, 2023

_____
THE HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE