MOEEL LAH FAKHOURY LLP
Hanni M. Fakhoury (State Bar. No. 252629)
2006 Kala Bagai Way, Suite 16
Berkeley, CA 94704
Telephone: (510) 500-9994
Email: hanni@mlf-llp.com

Attorneys for Michael Rothenberg

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   v.<br><br>MICHAEL ROTHENBERG<br><br>       Defendant. | Case No.: 4:20-CR-00266-JST<br><br>**NOTICE OF CHANGE OF ADDRESS** |

PLEASE TAKE NOTICE that effective immediately, undersigned's address has changed. Counsel's new contact information is as follows.

> Moeel Lah Fakhoury LLP
> 2006 Kala Bagai Way, Suite 16
> Berkeley, CA 94704
> Telephone: (510) 500-9994
> Email: hanni@mlf-llp.com

Dated:   January 2, 2024

Respectfully submitted,

MOEEL LAH FAKHOURY LLP

*/s/ Hanni M. Fakhoury*
Hanni M. Fakhoury
Attorneys for Michael Rothenberg