UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 20-cr-00266-JST-1 |
|---|---|
| Plaintiff, | |
| v. | **ORDER GRANTING JOINT MOTION TO FILE CERTAIN ADMITTED TRIAL EXHIBITS IN REDACTED FORM AND/OR UNDER SEAL** |
| MICHAEL BRENT ROTHENBERG, | |
| Defendant. | Re: ECF No. 354 |

The United States of America and the Defendant Michael Brent Rothenberg, by and through their respective undersigned counsel move to file certain trial exhibits under seal. ECF No. 354. The Court grants the motion.

Copies of the admitted Trial Exhibits listed below in **Section I** "contain limited redactions pertaining to confidential personal contact information (such as telephone numbers and email addresses) of the defendant and testifying witnesses and/or other confidential private information." ECF No. 354 at 2. Copies of the Trial Exhibits listed below in **Section II** are to be filed under seal because they "contain detailed financial information (including financial information related to alleged victims and non-parties), a voluminous amount of financial account numbers, and/or other private information." *Id.* As the parties note, "a less restrictive alternative to sealing is not sufficient because of the volume and/or size of the Trial Exhibits make redaction impractical." *Id.*

Within seven days of the date of this order, the parties shall electronically file all exhibits, including the redacted copies of the documents in Section I, and those that have been sealed. If the file size of any document exceeds the upload limit, the parties may file such documents with the Clerk through the submission of a USB drive or similar drive accompanied by a Manual Filing Notification.

## I. Redacted Trial Exhibits

| Trial Exhibit | Description of Redacted Exhibit |
|---|---|
| 26 | Rothenberg Ventures 2016 Fund, L.P. - Wiring instructions, Summary of Principal Terms, Amended and Restated Limited Partnership Agreement, and Subscription Agreement and Investor Questionnaire |
| 149 | 11/23/2015 email from Lynne McMillan to Mike Rothenberg, cc: Tom Leep re: "Year End Transactions," with attachment |
| 150 | 12/17/2015 email from Lynne McMillan to Mike Rothenberg re: "[Priority] Cash" |
| 152 | 12/23/2015 email from Lynne McMillan to Mike Rothenberg re: "UPDATED : Cash" |
| 159 | 12/23/2015 to 12/29/2015 email chain involving Rothenberg, Judy Lee, Frank Amoroso, and others |
| 163 | 12/24/2015 email from Mike Rothenberg to Lynne McMillan re: "SVB Transfers" |
| 164 | 12/28/2015 to 12/29/2015 email chain between Mike Rothenberg and Lynne McMillan re: "My proposal" |
| 173 | 12/30/2015 email from Judy Lee to Mike Rothenberg and Lynne McMillan, cc: Frank Amoroso and others re: "Rothenberg Ventures / SVB LoC (Secured by cash)" |
| 188 | 10/9/2015 email from David Frank to Dominic Polizzotto and Lawrence Weisman re: "Mike Rothenberg…", with attachment |
| 189 | 11/9/2015 email from David Frank to Dominic Polizzotto and Lawrence Weisman re: "Subject: Meet Mike Rothenberg…," with attachment |
| 190 | 11/30/2015 email from David Frank to Lawrence Weisman re: "Meet Mike Rothenberg . . .", with attachment |
| 191 | 12/1/2015 email chain involving Katie Fanelli, Lawrence Weisman, David Frank, re: "Larry Weisman/Mike Rothenberg (Meeting …)" |
| 192 | 1/5/2016 to 1/6/2016 email chain involving David Frank, Domonic Polizzotto, Larry Weisman, Georgia Kinne, and Mike Rothenberg re: "Mike Rothenberg in Vegas for CES this week" |
| 193 | 1/5/2016 to 1/6/2016 email chain involving David Frank, Domonic Polizzotto, Larry Weisman, Georgia Kinne, and Mike Rothenberg re: "Mike Rothenberg in Vegas for CES this week" |

| Trial Exhibit | Description of Redacted Exhibit |
|---|---|
| 194 | 1/7/2016 email chain involving Katie Fanelli, David Frank, Dominic Polizzotto, Lawrence Weisman, and Georgia Kinne re: "Mike Rothenberg in Vegas for CES this week" |
| 195 | 1/7/2016 email from David Frank to Dominic Polizzotto/Lawrence (Larry) Weisman re: "Subject: River deck", with attachment |
| 197 | 1/13/2016 email from Dominic Polizzotto to Mike Rothenberg, cc: David Frank and Lawrence Weisman re: "River Studios follow up" |
| 198 | 1/27/2016 to 1/28/2016 email chain involving Lawrence Weisman, Tommy Leep, David Frank, Mike Rothenberg, Katie Fanelli, Dominic Polizzotto, and others re: "Pilot Grove's visit to River Studios for Super Bowl Week" |
| 200 | 2/4/2016 memo from Larry Weisman to Dominic Polizzotto and File re: "Visits to River Studios/Rothenberg Ventures" |
| 201 | 2/5/2016 email from Dominic Polizzotto to Mike Rothenberg and others re: "SuperBowl week VIP events . . ." |
| 202 | 2/17/2016 email from Mike Rothenberg to Dominic Polizzotto to Lawrence Weisman re: "River Studios follow up", with attachment (River Studios Diligence List - Pilot Grove) |
| 203 | 2/17/2016 email from Mike Rothenberg to Dominic Polizzotto and Larry Weisman, cc: David Frank re: "River Studios - Complete Diligence", attaching convertible note, investor presentation, and terms |
| 205 | 2/17/2016 email from Mike Rothenberg to Dominic Polizzotto and Larry Weisman, cc: David Frank re: "River Studios - Complete Diligence", attaching convertible note, investor presentation, and terms |
| 209 | 2/18/2016 email from Mike Rothenberg to Lawrence Weisman, cc: Dominic Polizzotto re: "Documents", attaching Word version of convertible promissory note |
| 210 | 2/19/2016 email from Lawrence Weisman to Mike Rothenberg, cc: Dominic Polizzotto re: "Bend Reality Promissory Note.docx", attaching Word documents |
| 211 | 2/22/2016 email chain involving Mike Rothenberg, Lawrence Weisman, Dominic Polizzotto, and Martin Mayo re: "Latest Version of Note", attaching draft of convertible promissory note |
| 214 | 2/24/2016 email chain between Lawrence Weisman and Mike Rothenberg re: "River Studios - Financials" |

| TRIAL EXHIBIT | DESCRIPTION OF REDACTED EXHIBIT |
|---|---|
| 221 | 3/28/2016 email from David Frank to Lawrence Weisman and Dominic Polizzotto re: "Update on Rothenberg Ventures . . ." |
| 222 | 4/1/2016 email from David Frank to Lawrence Weisman and Dominic Polizzotto re: "We are fully allocated on 100M of the fund . . ." |
| 235 | 8/13/2016 email chain involving Mike Rothenberg, Dominic Polizzotto, Lawrence Weisman, and others re: "Pilot Grove / River Studios" |
| 236 | 8/16/2016 email from Lawrence Weisman to Mike Rothenberg, cc: Dominic Polizzotto and Martin Mayo re: "Amendment" |
| 250 | 5/2/2016 to 5/26/2016 email chain involving Mike Rothenberg, Mike Foley, and others re: "Any update on the round?" |
| 251 | 5/26/2016 to 6/15/2016 email chain involving Mike Rothenberg, Mike Foley, Katie Fanelli, and others re: "Any updated on the round?" |
| 253 | 6/17/2016 to 6/30/2016 email chain involving Mike Rothenberg, Mike Foley, and Tony Garcia re: "Unity intro" |
| 254 | 6/30/2016 to 7/1/2016 email chain involving Mike Rothenberg, Mike Foley, and others re: "Unity / Rothenberg Ventures" |
| 256 | 7/21/2016 email from Nan Kim at Unity to Martin Mayo, Mike Rothenberg, and others re: "Moving forward", attaching draft stock transfer agreement |
| 257 | 8/15/2016 email from Mike Foley to Mike Rothenberg, cc: various people re: "Moving forward" |
| 258 | 8/18/2016 email from Mike Rothenberg to Mike Foley, cc: various people re: "Unity - Riccitiello Secondary Call" |
| 259 | 9/1/2018 email from Mike Rothenberg to Mike Foley re: "Moving forward" |
| 260 | 7/13/2016 email from Mike Rothenberg to Justin Grooms, Brandon Farwell, and others cc: Katie Fanelli and others re: "Unity Co-invest presentation" |
| 262 | 7/13/2016 email from Justin Grooms to Theo Melas-Kyriazi, cc: Brandon Farwell, re" "Rothenberg Ventures 2016 Fund - Co-Invest Opportunity" |
| 264 | 7/14/2016 email from Justin Grooms to Theo Melas-Kyriazi, cc: Brandon Farwell, John Melas-Kyriazi and others re: "Rothenberg Ventures 2016 Fund - Co-Invest Opportunity - Details", with Summary of Principal Terms and PowerPoint deck |

4

| TRIAL EXHIBIT | DESCRIPTION OF REDACTED EXHIBIT |
|---|---|
| 266 | 7/13/2016 to 7/15/2016 email chain involving Mike Rothenberg and Theo Melas-Kyriazi re: "Unity Co-Invest" |
| 267 | 7/15/2016 memo from Theo Melas-Kyriazi to Fidelity Investments re: "Wire transfer request" |
| 270 | 8/18/2016 email from Theo Melas-Kyriazi to Mike Rothenberg, Justin Grooms, Brandon Farwell re: "Rothenberg Ventures 2016 Fund - Co-Invest Opportunity - Details" |
| 271 | Email chain ending 8/19/2016 involving Mike Rothenberg, Theo Melas-Kyriazi, John Melas-Kyriazi, Justin Grooms, Brandon Farwell, and others re: "Unity" |
| 273 | 8/22/2016 to 8/23/2016 email chain involving Mike Rothenberg, Theo Melas-Kyriazi, John Melas-Kyriazi, and Brandon Farwell re: "Return of funds // confirming tomorrow's call" |
| 276 | 8/24/2016 email from Theo Melas-Kyriazi to Mike Rothenberg, cc: John Melas-Kyriazi and others re: "GHF, Inc. adv. Rothenberg" |
| 285 | Robinhood records regarding sale of Robinhood stock by 2013 Fund to Thrive Capital Partners funds (i.e., Thrive Capital Partners V, LP and Claremont V Associates, LP) |
| 291 | 7/12/2016 to 8/7/2016 email chain involving Nathan Hudson, Justin Grooms, Mike Rothenberg, and others re: "Rothenberg Ventures 2016 Fund - Co-Invest Opportunity" |
| 299 | 7/14/2016 to 7/17/2016 email chain involving Alexa Binns, Justin Grooms, and Mike Rothenberg re: "Subject: Re: Rothenberg Ventures 2016 Fund - Co-Invest Opportunity" |
| 301 | Rothenberg Ventures Unity Co-Fund slide deck received by Binns, dated July 2016 |
| 317 | Text message |
| 318 | Text message string between Ewan Johnson and 14157746468 |
| 320 | 7/15/2016 email from Justin Grooms to Ewan Johnson, cc: Martin Mayo re: "Unity" |
| 321 | Unity PowerPoint Deck |
| 328 | 7/14/2016 email from Justin Grooms to Ron Goldberg re: "Rothenberg Ventures 2016 Fund - Co-Invest Opportunity", attaching PowerPoint deck and Summary of Principal Terms |

| TRIAL EXHIBIT | DESCRIPTION OF REDACTED EXHIBIT |
|---|---|
| 335 | 9/10/2016 email from Lena Goldberg to Mike Rothenberg re: "Rothenberg Ventures - Unity Co-Invest" |
| 343 | 3/23/2016 email from Dave Haase to Mike Rothenberg and Hannah Han re: "Super Bowl receipt" |
| 344 | 4/11/2016 email from Dave Haase to Mike Rothenberg re: "File", attaching spreadsheet |
| 348 | 6/3/2016 email from David Haase to Martin Mayo and Amanda, cc: Mike Rothenberg re: "New Accounts", setting out "Legal Entity Structure" |
| 371 | 4/4/2015 Email from Mike Rothenberg to Brandon Farwell with Subject: Rothenberg Ventures 2015, attaching slide deck |
| 373 | Rothenberg Ventures 2015 Fund, Summary of Principal Terms, Confidential Private Offering Memorandum, Amended and Restated Operating Agreement of Rothenberg Ventures 2015 Fund LLC, Amended and Restated Management Agreement |
| 375 | 6/1/2015 email from Mike Rothenberg to to Mike Rothenberg, addressed to "Dear Founders and LPs," cc: Tommy Leep, Brandon Farwell, and others re: "Rothenberg Ventures in the media", discussing Bloomberg article |
| 376 | 6/15/2015 email from Mike Rothenberg to Brandon Farwell, Tommy Leep and others re: "jake and kevin" |
| 377 | 7/9/2015 email from Mike Rothenberg to Darrin Woo, cc: Brandon Farwell and others re: "Darrin (WHF Group) and Rothenberg Ventures", discussing independent funding of Bend Reality |
| 404 | 2/2/2016 email chain involving Mike Rothenberg and Lynne McMillan re: "Transfers" |
| 405[A] | 3/11/2016 email chain involving Mike Rothenberg, Lynne McMillan, Tom Leep, and others [redacted version shown to the jury during trial and admitted into evidence] |
| 405[B] | 3/11/2016 email chain involving Mike Rothenberg, Lynne McMillan, Tom Leep, and others [unredacted version provided to the jury at the close of the evidence] |
| 412 | Email chain ending 11/18/2015 from Pascal Levensohn to Andrew Krowne with Subject: FW: Following UP, forwarding investment documents sent by Katie Fanelli |
| 415 | Email chain ending 12/14/2015 from Pascal Levensohn to Andrew Krowne with Subject: Fwd: Following UP, forwarding email from Mike Rothenberg re: fund |

| TRIAL EXHIBIT | DESCRIPTION OF REDACTED EXHIBIT |
|---|---|
| 416 | Email chain ending 12/15/2015 from Neil Devani to Pascal Levensohn and cc'ing Mike Rothenberg, Katie Fanelli, and others with Subject: Re: "Following UP", attaching documents |
| 419 | Email chain ending 12/15/2015 from Pascal Levensohn to Neil Devani and cc'ing Mike Rothenberg, Katie Fanelli, and others with Subject: Re: Following UP, attaching documents |
| 421 | Email chain ending 2/17/2016 from Katie Fanelli to Pascal Levensohn and cc'ing Mike Rothenberg with Subject Re: Rothenberg Ventures 2016 Fund |
| 424 | Email chain ending 4/20/2016 from Geoff Rapoport to Mike Rothenberg, Tom Leep, and Dave Haase with Subject: Fwd: Dolby / Rothenberg Ventures -follow up, attaching re-signed subscription documents |
| 429 | Email chain ending 8/23/2016 from Pascal Levensohn to Andrew Krowne with Subject: FW: Rothenberg Ventures LP Update Letter #2 |
| 437 | Email chain w/ Mike Rothenberg, John Melas-Kyriazi re questions about the 2015 Fund and Mike sending John a 2015 Fund term sheet.  Dated 4/14/2015 |
| 439 | 4/22/2015 to 4/29/2015 email chain w/ Mike Rothenberg, Theo and John Melas-Kyriazi, and others re Mike thanking Theo and John for their investment |
| 442 | 4/22/2015 to 5/27/2015 email chain involving Mike Rothenberg, John and Theo Melas Kyriazi and others re: "Re: GHF Inc. Investment in Rothenberg Ventures 2015 Fund" w/ Attached signed agreement by Theo Melas-Kyriazi |
| 449 | Email chain ending 7/23/2015 involving Dylan Flinn, Praveen Gupta, cced Michael Rothenberg and others, discusses VR, and update on 2015 Fund, etc., response from Gupta about meeting, then Henry Pfirrmann not meeting 7/23/2015 |
| 451 | 8/10/2015 email from Gupta to Neil Devani and Michael Rothenberg, signed documents attached for investment in Fund 2015 |
| 457 | 4/6/2015 Email from RightSignature.com to Michael Antonov with Subject: Document Rothenberg_fund.pdf is complete |
| 458 | 4/2/15 Email from Moore to Antonov, with attachment |
| 459 | 4/29/2015 Email from Mike Rothenberg to Michael Antonov cc'ing Neil Devani with Subject: Re: Rothenberg Ventures 2015 Fund |
| 461 | 4/7/2015 Email from Mike Rothenberg to Michael Antonov with Subject: Thank you!, attaching deck re Rothenberg Ventures 2015 Fund Closing: April 24, 2015 |

| TRIAL EXHIBIT | DESCRIPTION OF REDACTED EXHIBIT |
|---|---|
| 464 | 10/27/2015 Email from Neil Devani to CY Capital cc'ing Katie Fanelli, Lynne McMillan and Mike Rothenberg with Subject: Rothenberg Ventures and CY Capital, attaching 2016 Fund Term Sheet and Rothenberg Ventures Presentation |
| 466 | 12/14/2015 Email from Neil Devani to Mike Rothenberg cc'ing CY Capital, Katie Fanelli, and Lynne McMillan with Subject: Re: Rothenberg Ventures and CY Capital, attaching 2016 Fund Full Reference Documents and Signature Packet |
| 470 | 12/20/2015 through 12/22/2015 Email chain from Lynne McMillan to CY Capital cc'ing CY Capital, Katie Fanelli, Mike Rothenberg, and Neil Devani with Subject: Re: Rothenberg Ventures and CY Capital |
| 471 | 2/17/2016 to 2/18/2016 Email Chain from Katie Fanelli to CY Capital cc'ing Mike Rothenberg with Subject: Re: Rothenberg Ventures - updates - please include group controller for capital calls emails, attaching invoice |
| 472 | 8/21/2016 Email from David Chiu to Mike Rothenberg with Subject: Re: Rothenberg Ventures LP Update Letter #1 |
| 477 | Email chain with Amy Huang, Mike Rothenberg and others re: "Re: Rothenberg Ventures and Archina Capital" |
| 479 | 12/17/2015 email from Neil Devani to Mike Rothenberg, cc: Amy Huang, Katie Fanelli, Brandon Farwell, and others re: "DDQ for Rothenberg Ventures 2016 Fund", and attachments, including side letter, full reference documents, and signature packet |
| 482 | 12/29/2015 email from Susan Wan to Neil Devani and Lynne McMillan, cc: Amy Huang, Mike Rothenberg, and others re: "Finish Line", attaching signed documents |
| 483 | 2/12/2016 email from Neil Devani to Katie Fanelli and others, cc: Lynne McMillan, Mike Rothenberg, Amy Huang and others re: "Finish Line" attaching executed Side Letter and Subscription Agreement |
| 484 | 3/27/2016 email chain involving Mike Rothenberg, Amy Huang, and others re: "[Confidential - Do Not Forward] Rothenberg Ventures 2016 Fund - Closing Update" |
| 485 | 5/10/2016 email from A. Huang to M. Rothenberg re: "Re: Rothenberg Ventures Co-Investment / Kespry Follow-up" |
| 486 | 7/25/2016 to 7/26/2016 email chain involving Mike Rothenberg, Amy Huang, and Justin Grooms re: "Catch up" |
| 488 | 5/13/2016 to 8/23/2016 email chain involving Brandon Farwell, Amy Huang, and others re: "Wire Info" |

| TRIAL EXHIBIT | DESCRIPTION OF REDACTED EXHIBIT |
|---|---|
| 489 | 8/21/2016 email re: "Rothenberg Ventures LP Update Letter #1" |
| 490 | 8/27/2016 email from Amy Huang to Mike Rothenberg and others re: "Archina's Capital Request" |
| 500 | RV 2016 Feeder Fund LP Subscription Agreement and Investor Questionnaire unsigned, received by Korea Investment Partners |
| 502 | Rothenberg Ventures PowerPoint deck received by Korean Investment Partners |
| 504 | Suite Experience Group records |
| 530 | Email from Tommy Leep re: Angel Island May 10, 2016 |
| 533 | Text Messages |
| 535 | Name change email - fund II - 5/18/2016 |
| 536 | Name change email - fund I - 5/18/2016 |
| 537 | Tommy Leep response to Alexa Binns - 11/18/2015 |
| 540 | FFD Email and flyer - 02-17-2014 |
| 542 | Fillmore email from Tom Leep to Tommy Leep re: cost with signed contracts - 2/28/2014 |
| 543 | Consulting agreement - 2/1/2014 |
| 549 | Pictures from the Fillmore |
| 554 | November 2015 Fund III PowerPoint |
| 555 | Fund II PowerPoint with FFD |
| 557 | FFD Bill 2016 |
| 558 | 2015 Fund deck |
| 559 | 3/18/2014 letter from Tri Commercial to Folsom Street Investments attaching Commercial Lease Agreement between Folsom Street Investments LLC and Rothenberg Ventures LLC |
| 562 | 7/21/2015 to 8/6/2015 email chain involving Mike Rothenberg, Lynne McMillan, and John Dzida |

| Trial Exhibit | Description of Redacted Exhibit |
|---|---|
| 567 | 9/29/2015 email from Lynne McMillan to Mike Rothenberg re: "Bend Reality/RV Mgmt Co Allocation for Sept", attaching "September Bend Reality Allocation.xlsx" spreadsheet |
| 569 | 11/20/2015 email chain between Lynne McMillan and Mike Rothenberg re: "Year End Transactions" |
| 572 | 12/17/2015 email from Mike Rothenberg to Lynne McMillan re: "[Priority] Cash" |
| 583 | 5/28/2015 article from Mike Rothenberg to Brandon Farwell re: "Quick few questions - please respond", forwarding email correspondence with Adam Satariano at Bloomberg |
| 590 | 2/3/2016 email from David Frank to Mike Rothenberg, Lawrence Weisman, and Dominic Polizzotto re: "Super Bowl Invite from Mike: Rothenberg Ventures and River Studios invite you share our suite at the Super Bowl with GS Warriors All Stars- Dramond Green and Klay Thomson" |
| 591 | 2/7/2015 email from Tom Leep to Lynne McMillan, cc to Mike Rothenberg re: "Fwd: updated agreement", attaching three .PDF documents related to Rose Bowl |
| 592 | 2/7/2015 email chain from Lynne McMillan to Mike Rothenberg re: "updated agreement" |
| 599 | 6/13/2016 Email from Lawrence Weisman, Dominic Polizzotto from David Frank re: "Re: Thank you for investing in Rothenberg Ventures" with attachment "IMG_1309.PNG" |
| 600 | 12/29/2015 Email from Judy Lee to Mike Rothenberg, cc to Jeremiah Nevin re: "RE: SVB LoC secured by cash" with attachment "Rothenberg Ventures 2015 Fund - Operating Agreement.pdf" |
| 609 | 8/13/2016 email from Mike Rothenberg to Jonah Loop, Ewan Johnson, Devin Horsman, cc to Marin Mayo, Bill Broome re "Rive Studios cap table" |
| 610 | 8/15/2016 email from Ewan Johnson to Mike Rothenberg, Ewan Johnson re: "Re: Wire info" |
| 613 | 2/17/2017 email from Martin Mayo to Jed Feldman, cc to Mike Rothenberg re: "Re: Robinhood Secondary Sale" |
| 615 | 2/22/2017 email chain from Martin Mayo to Ryan Purcell, cc to Mike Rothenberg, Steven Baglio, Jed Feldman re: "Robinhood Secondary Sale" |

| TRIAL EXHIBIT | DESCRIPTION OF REDACTED EXHIBIT |
|---|---|
| 616 | 5/11/2017 email from Martin Mayo to Ryan Purcell, Jed Feldman, cc to Mike Rothenberg re: "Re: Robinhood" with attachments "Robinhood Markets - Preferred Stock Transfer Agreement (RV) (5.9.17)(11).pdf" |
| 619 | 7/2015 Rothenberg Ventures ppt decks |
| 631 | 4/20/2016 email from Brandon Farwell to David Chiu, cc to Katie Fanelli, Priscilla Won, Neil Devani and Mike Rothenberg re: "Re: Rothenberg Ventures and CY Capital" |
| 632 | 8/13/2016 email from Dominic Polizzotto to Larence Weisman re: "FW: Pilot Grove/River Studios" |
| 634 | 5/11/2016 email from Mike Rothenberg Gmail account to Mike Rothenberg Rothenberg Ventures email account re: "URGENT" |
| 1002 | Defense Exhibit |

## II. Under Seal Trial Exhibits

| TRIAL EXHIBIT | DESCRIPTION OF UNDER SEAL EXHIBIT |
|---|---|
| 33 | QuickBooks records for Annual Funds, RVMC, and River Studios |
| 62 | Silicon Valley Bank statement of account ending 9185, 4/2015 to 9/30/2018 |
| 63 | Silicon Valley Bank statement of account ending 8931, 9/2012 to 4/2018 |
| 64 | Silicon Valley Bank statement of account ending 2623, 9/2012 to 8/2016 |
| 65 | Silicon Valley Bank statement of account ending 7483, 9/52013 to 8/2016 |
| 66 | Silicon Valley Bank statement of account ending 7429, 4/1/2015 to 8/31/2016 |
| 67 | Silicon Valley Bank statement of account ending 2235, 7/1/2016 to 2/28/2018 |
| 68 | Silicon Valley Bank statement of account ending 0460, 12/1/2015 to 8/31/2016 |
| 69 | Silicon Valley Bank statement of account ending 3208, 11/18/2013 to 9/30/2018 |
| 70 | Silicon Valley Bank statement of account ending 8720, 4/1/2015 to 7/31/2016 |
| 71 | Silicon Valley Bank statement of account ending 7368, 8/22/2013 to 9/30/2016 and 10/1/2016 to 2/28/2016 |
| 72 | Silicon Valley Bank statement of account ending 8701, 5/1/2016 to 8/31/2016 |

| Trial Exhibit | Description of Under Seal Exhibit |
|---|---|
| 73 | Silicon Valley Bank statement of account ending 1827, 7/1/2016 to 7/31/2016 |
| 74 | Silicon Valley Bank statement of account ending 8782, 12/23/2015 to 12/31/2018 |
| 75 | Silicon Valley Bank statement of account ending 8797, 12/29/2015 to 12/31/2018 |
| 76 | Silicon Valley Bank statement of account ending 0574, 12/3/2015 to 7/31/2016 |
| 77 | Silicon Valley Bank statement of account ending 0815, 10/22/2015 to 12/31/2018 |
| 78 | Silicon Valley Bank statement of account ending 2874, 8/28/2014 to 12/31/2018 |
| 79 | Silicon Valley Bank statement of account ending 8986, 7/8/2015 to 8/31/2016 |
| 80 | Silicon Valley Bank statement of account ending 7746, 4/25/2014 to 8/31/2016 |
| 81 | Silicon Valley Bank statement of account ending 7731, 4/25/2014 to 8/31/2016 |
| 82 | Silicon Valley Bank statement of account ending 0834, 10/22/2015 to 08/31/2016 |
| 83 | Silicon Valley Bank statement of account ending 0555, 12/3/2015 to 08/31/2016 |
| 84 | Silicon Valley Bank statement of account ending 0562, 12/27/2012 to 08/31/2016 |
| 85 | Silicon Valley Bank statement of account ending 7353, 8/31/2013 to 8/31/2016 |
| 86 | Silicon Valley Bank statement of account ending 3272, 10/22/2013 to 8/31/2016 |
| 87 | Silicon Valley Bank statement of account ending 0657, 02/15/2013 to 08/31/2016 |
| 88 | Silicon Valley Bank statement of account ending 8064, 11/16/2012 to 8/31/2016 |
| 89 | Silicon Valley Bank statement of account ending 3268, 10/22/2013 to 8/31/2016 |
| 90 | Silicon Valley Bank statement of account ending 3689, 9/1/2016 to 02/28/2018 |
| 91 | Silicon Valley Bank statement of account ending 3693, 5/8/2013 to 8/31/2016 |
| 92 | Silicon Valley Bank statement of account ending 5204, 2/24/2015 to 8/31/2016 |
| 93 | Silicon Valley Bank statement of account ending 6205, 2/13/2013 to 8/31/2016 |
| 94 | Silicon Valley Bank statement of account ending 6224, 2/12/2013 to 8/31/2016 |
| 95 | Silicon Valley Bank statement of account for loan ending 7324, 12/31/2015 to 9/27/2018 |

| TRIAL EXHIBIT | DESCRIPTION OF UNDER SEAL EXHIBIT |
|---|---|
| 97 | Bank of America statement of account ending 2573, 3/24/2015 to 11/21/2016 |
| 98 | Bank of America statement of account ending 0307, 6/27/2015 to 8/29/2016 |
| 99 | Bank of America statement of account ending 8746, 11/1/2017 to 12/31/2017 |
| 100 | Bank of America statement of account ending 4323, 7/11/2015 to 11/5/2015 |
| 101 | Bank of America statement of account ending 3459, 11/2/2015 to 2/12/2016 |
| 102 | Bank of America statement of account ending 5464, 4/30/2015 to 2/28/2018 |
| 103 | Bank of America statement of account ending 8801, 10/1/2017 to 11/30/2017 |
| 104 | Bank of America statement of account ending 0264, 8/7/2017 to 9/30/2018 |
| 105 | Bank of America statement of account ending 0879, 11/1/2017 to 9/30/2018 |
| 106 | Bank of America statement of account ending 1159, 8/20/2016 to 9/8/2018 |
| 107 | Bank of America statement of account ending 2708, 9/13/2016 to 9/30/2018 |
| 108 | Bank of America statement of account ending 2847, 8/22/2016 to 9/30/2018 |
| 109 | Bank of America statement of account ending 3459, 11/2/2015 to 7/15/2016 |
| 110 | Bank of America statement of account ending 4029 11/7/2016 to 8/6/2018 |
| 111 | Bank of America statement of account ending 5475, 1/1/2014 to 8/31/2018 |
| 112 | Bank of America statement for Transcend VR LLC account 4676, 2/24/2016 to 2/29/2016 |
| 113 | Bank of America statement for Transcend VR LLC account 4676, 2/24/2016 to 2/29/2016, documenting wire transfer of $2,000,000 to Bend Reality SVB account 9185 |
| 114 | Bank of America record documenting movement of funds to Transcend VR LLC account 4676 from account 9550, 2/25/2016, redacted |
| 115 | Bank of America statement for Pilot Grove Management LLC account 0843, 6/1/2016 to 6/30/2016, documenting 6/13/2016 wire transfer to 2016 Fund 0815 account |
| 116 | Merrill Lynch statement of account ending 6052, 5/31/2014 to 12/31/2014 |
| 117 | Merrill Lynch statement of account ending 6052, 1/1/2015 to 10/30/2015 |

| Trial Exhibit | Description of Under Seal Exhibit |
|---|---|
| 118 | American Express records for account ending 9-01004, June 2015 to April 2016 |
| 119 | American Express records for account ending 9-02002, April 2016 to August 2016 |
| 120 | American Express records for account ending 9-03000, August 2016 to October 2016 |
| 121 | American Express records for account ending 2-84009, December 2014 to February 2015 |
| 122 | American Express records for account ending 2-84009, February 2015 to October 2016 |
| 123 | American Express records for account ending 2-86004, December 2014 to August 2016 |
| 124 | American Express records for account ending 2-87002, August 2016 to September 2016 |
| 125 | American Express records for account ending 0-22000, August 2016 to September 2016 |
| 126 | American Express records for account ending 1-52005 and 1-53003, August 2016 to September 2016 |
| 127 | American Express records for account ending 1-54001, October 2015 to August 2016 |
| 128 | American Express records for account ending 1-55008, August 2016 to September 2016 |
| 129 | American Express records for account ending 1-53003, December 2014 to October 2015 |
| 130 | American Express records for account ending 1-55008, September 2016 to March 2017 |
| 131 | American Express records for accounts ending -3001, -4009, -6004, and -7002 |
| 132 | Bank of San Francisco statements for account ending 2491, 4/30/2015 to 12/31/2015 |
| 136 | Federal Reserve Record (Fedwire) documenting 2/25/2016 transfer of $2,000,000 from Transcend VR LLC's bank account to Bend Reality's bank account |
| 137 | Federal Reserve Record (Fedwire) documenting 7/15/2016 transfer of $1,000,000 from GHF, Inc. LLC's bank account to Rothenberg Ventures CoFund |

| TRIAL EXHIBIT | DESCRIPTION OF UNDER SEAL EXHIBIT |
|---|---|
| 138 | Federal Reserve Record (Fedwire) documenting 7/19/2016 transfer of $100,000 from Binns Family's bank account to Rothenberg Ventures CoFund |
| 139 | Federal Reserve Record (Fedwire) documenting 7/21/2016 transfer of $50,000 from Konishi's bank account to Rothenberg Ventures CoFund |
| 140 | Federal Reserve Record (Fedwire) documenting 7/21/2016 transfer of $100,000 from Goldberg's bank account to Rothenberg Ventures CoFund |
| 141 | Federal Reserve Record (Fedwire) documenting 4/6/2015 transfer of $1,250,000 from Tubus's bank account to Rothenberg Ventures 2015 Fund |
| 142 | Federal Reserve Record (Fedwire) documenting 4/28/2015 transfer of $1,000,000 from GHF Inc.'s bank account to Rothenberg Ventures 2015 Fund |
| 143 | Federal Reserve Record (Fedwire) documenting 7/31/2015 transfer of $1,999,975 from HTC Corporation's bank account to Rothenberg Ventures 2015 Fund |
| 144 | Federal Reserve Record (Fedwire) documenting 12/17/2015 transfer of $500,000 from Dolby Family Ventures LP bank account to Rothenberg Ventures 2016 Fund |
| 145 | Federal Reserve Record (Fedwire) documenting 12/24/2015 transfer of $100,000 from Menezes's bank account to Rothenberg Ventures 2015 Fund |
| 146 | Federal Reserve Record (Fedwire) documenting 12/24/2015 transfer of $625,000 from CY Capital's bank account to Rothenberg Ventures 2016 Fund |
| 147 | Federal Reserve Record (Fedwire) documenting 12/28/2015 transfer of $3,000,000 from ARChina's bank account to Rothenberg Ventures 2016 Fund |
| 148 | Federal Reserve Record (Fedwire) documenting 7/27/2016 transfer of $1,800,000 from Korea Investment Partners' bank account to Rothenberg Ventures 2016 Feeder Fund |
| 186 | Silicon Valley Bank statement of account ending 7429, 2/1/2016 to 2/29/2016 |
| 199 | Dominic Polizzotto travel itinerary, Las Vegas to San Jose to San Francisco to Chicago, 2/2/2016 to 2/6/2016, with attachments |
| 219 | Transcend BofA account statement showing $2 million transfer |
| 230 | Pilot Grove BofA bank statement showing $600,000 transfer |
| 602 | Bank of America statement of account ending 2573, 6/25/2012 to 3/23/2015 |
| 603 | Bank of America statement of account ending 2573, 11/22/2016 to 9/20/2018 |

| TRIAL EXHIBIT | DESCRIPTION OF UNDER SEAL EXHIBIT |
|---|---|
| 604 | Bank of America statement of account ending 5464, 5/1/2015 to 7/31/2015 |
| 605 | Bank of America statement of account ending 5464, 1/1/2016 to 4/30/2016 |
| 606 | Fedwire information, Binns Family LP |
| 607 | Fedwire information, GHF Inc. |
| 617 | 5/12/2017 SVB transaction details |
| 618 | American Express, Cardholder Memos |
| 641 | QuickBooks Audit Trail |

**IT IS SO ORDERED.**

Dated: January 3, 2024



_____
JON S. TIGAR
United States District Judge