MATTHEW M. YELOVICH (NYBN 4897013)
Attorney for the United States
Acting under Authority Conferred by 28 U.S.C. § 515

BENJAMIN K. KLEINMAN (NYBN 5358189)
KYLE F. WALDINGER (CABN 298752)
NICHOLAS J. WALSH (CABN 314290)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Fax: (415) 436-7234
    Email: benjamin.kleinman2@usdoj.gov
    Email: kyle.waldinger@usdoj.gov
    Email: nicholas.walsh@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 20-CR-00266 JST |
| Plaintiff, | SEALED ADMITTED TRIAL EXHIBITS |
| v. | |
| MICHAEL BRENT ROTHENBERG, a/k/a MIKE ROTHENBERG, | |
| Defendant. | |

**JOINT MANUAL FILING NOTIFICATION**

Regarding: Admitted Trial Exhibits

    This filing is in physical form only and is being maintained in the case file in the Clerk's office.

    This filing was not efiled for the following reason(s):

    ___ Voluminous Document (PDF file size larger than efiling system allowances)

    ___ Unable to Scan Documents

    ___ Physical Object (description): _____

JT. MANUAL FILING NOTIFICATION FOR
SEALED EXHIBITS [20-CR-00266 JST]    1

1     ___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

2     **X** **Items Under Seal, provided on a USB drive**

3     ___ Conformance with the Judicial Conference Privacy Policy (General Order 53).

4     ___ Other (description):

DATED: January 10, 2024            Respectfully Submitted,

MATTHEW M. YELOVICH
Attorney for the United States

    */s/ Kyle F. Waldinger*
KYLE F. WALDINGER
BENJAMIN K. KLEINMAN
NICHOLAS J. WALSH
Assistant United States Attorneys

    */s/ Hanni M. Fakhoury*
HANNI M. FAKHOURY
NATHANIEL TORRES
Counsel for the Defendant

Attestation of Filer

In addition to myself and my co-counsel, the other signatories to this document are HANNI M. FAKHOURY and NATHANIEL TORRES. I attest that I have their permission to enter a conformed signature on their behalf and to file this Manual Filing Notification.

DATED: January 10, 2024

    */s/ Kyle F. Waldinger*
KYLE F. WALDINGER
Assistant United States Attorney

JT. MANUAL FILING NOTIFICATION FOR
SEALED EXHIBITS [20-CR-00266 JST]     2