1  MOEEL LAH FAKHOURY LLP
   Hanni M. Fakhoury (State Bar No. 252629)
2  2006 Kala Bagai Way, Suite 16
   Berkeley, CA 94704
3  Telephone:   (510) 500-9994
   Email:       hanni@mlf-llp.com
4
5  LAW OFFICE OF NATHANIEL J. TORRES (State Bar No. 253968)
   338 Fillmore Street, #4
6  San Francisco, CA 94117
   Telephone:   (415) 290-6290
7  Email:       nathanieltorres3131@gmail.com

8  Attorneys for Michael Rothenberg

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | Case No.: 4:20-CR-00266-JST |
|---|---|
| Plaintiff, | **MOTION FOR APPOINTMENT OF ADVISORY COUNSEL OR, ALTERNATIVELY, MOTION TO WITHDRAW** |
| v. | |
| MICHAEL ROTHENBERG, | |
| Defendant. | Court: Courtroom 6, 2nd Floor |
| | Hearing Date: March 1, 2024 |
| | Hearing Time: 9:30 a.m. |

**TO: MATTHEW M. YELOVICH, UNITED STATES ATTORNEY UNDER 28 U.S.C. § 515; KYLE F. WALDINGER, ASSISTANT UNITED STATES ATTORNEY; NICHOLAS J. WALSH, ASSISTANT UNITED STATES ATTORNEY; AND BENJAMIN K. KLEINMAN, ASSISTANT UNITED STATES ATTORNEY.**

PLEASE TAKE NOTICE that counsel for defendant Michael Rothenberg moves this Court to appoint advisory counsel to represent Mr. Rothenberg, or alternatively to withdraw from the representation and for the appointment of substitute counsel. This motion is made pursuant to the Sixth Amendment to the U.S. Constitution, 18 U.S.C. § 3006A and defense counsel's ex parte under seal declaration filed concurrently with this motion. This motion will be heard March 1, 2024 at 9:30 a.m.

**INTRODUCTION**

For the reasons that follow, as well as the ex parte, under seal declaration filed in connection with this motion, defense counsel asks this Court to appoint advisory counsel for Mr. Rothenberg, or alternatively, to permit undersigned defense counsel to withdraw.

**STATEMENT OF FACTS**

Mr. Rothenberg was charged in a 23-count superseding indictment, issued August 20, 2020, with a variety of fraud offenses. Dkt. 15. The Federal Public Defender was appointed to represent Mr. Rothenberg on November 16, 2020, after Mr. Rothenberg submitted a form CJA23 financial affidavit demonstrating he qualified for court appointed counsel under 18 U.S.C. § 3006A. Dkt. 30. An attorney in the San Francisco Federal Public Defender's office entered her appearance that same day.

On December 8, 2020, this Court related Mr. Rothenberg's criminal case with a prior civil case before this Court, *SEC v. Rothenberg*, 4:18-CV-05080-JST. Dkt. 32. As a result of the case being transferred to the Oakland division, the case was reassigned to undersigned defense counsel while he was employed by the Federal Public Defender, who entered his appearance in the case on January 21, 2021. Dkt. 37. When undersigned counsel left the Federal Public Defender's Office in April 2021 to start his own law firm, he continued to represent Mr. Rothenberg through the Criminal Justice Act, 18 U.S.C. § 3006A. Dkt. 41.

On October 25, 2021, this Court severed Count One, charging Mr. Rothenberg with bank fraud in violation of 18 U.S.C. § 1344, and Count Two, charging false statements to a bank in violation of 18 U.S.C. § 1014, from the remainder of the charges in the superseding indictment for trial. Dkt. 101. Counts One and Two proceeded to trial in November 2022, resulting in a mistrial after jurors were deadlocked and could not reach a unanimous decision. Dkt. 205

Counts Three through Twenty-Three proceeded to a seven-week jury trial held from October 3, 2023 to November 16, 2023. The jury returned a guilty verdict on November 16, 2023. Tr. Vol. 26 at 4569:8-4574:13; Dkt. 337, 339. On January 12, 2024, undersigned defense counsel filed a motion for a judgment of acquittal, under Federal Rule of Criminal Procedure 29, and a motion for a new trial, under Federal Rule of Criminal Procedure 33. On that same day, undersigned defense counsel determined that advisory counsel needed to be appointed for Mr. Rothenberg or, alternatively,

undersigned counsel needed to withdraw and new counsel appointed to represent Mr. Rothenberg. So as not to reveal attorney-client privileged communications to the government, undersigned counsel will provide more detail for this request in a concurrently filed ex parte under seal declaration.

## ARGUMENT

The Sixth Amendment guarantees the right of counsel in a criminal case, and under 18 U.S.C. § 3006A(c), a "court may, in the interest of justice, substitute one appointed counsel for another at any stage of the proceedings." Based on the facts provided in the under seal, ex parte declaration filed concurrently with this motion, advisory counsel should be appointed to represent Mr. Rothenberg.

Alternatively, the Court should permit undersigned counsel to withdraw and appoint new counsel to represent Mr. Rothenberg. Northern District Criminal Local Rule 44-2(b) states that "An attorney who wishes to withdraw must file a motion to withdraw, showing good cause for allowing the attorney to withdraw." Several factors are considered in a "motion for withdrawal, including: (1) the reasons counsel seeks to withdraw; (2) the possible prejudice that withdrawal may cause to other litigants; (3) the harm that withdrawal might cause to the administration of justice; and (4) the extent to which withdrawal will delay resolution of the case." *Atkins v. Bank of Am., N.A.*, 3:15-CV-00051-MEJ, 2015 WL 4150744, at *1 (N.D. Cal. July 9, 2015).

If the Court is not inclined to appoint advisory counsel, then undersigned counsel respectfully requests this Court permit him to withdraw for the reasons detailed in the ex parte, under seal declaration filed with this motion.

## CONCLUSION

For the reasons above and in the under seal *ex parte* declaration, it is requested this Court appoint advisory counsel or, alternatively, permit undersigned counsel to withdraw.

Dated:   January 12, 2024          Respectfully submitted,

MOEEL LAH FAKHOURY LLP

Hanni M. Fakhoury
Attorneys for Michael Rothenberg

MOTION FOR APPOINTMENT OF ADVISORY COUNSEL OR, ALTERNATIVELY, TO WITHDRAW
*United States v. Rothenberg*, 4:20-CR-00266-JST

2