UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

*CRIMINAL HEARING MINUTES*

| | | | |
|---|---|---|---|
| Judge: | Jon S. Tigar | Time in Court: | 16 minutes |
| Date: | March 1, 2024 | | |
| Case No. | **4:20-cr-00266-JST-1** | | |

**United States of America**     v.     **Michael Brent Rothenberg**

☐ Defendant
☑ Present
☐ Not Present
☐ In Custody

Kyle Waldinger
Nicholas Walsh
Benjamin Kleinman
U.S. Attorney

Hanni Fakhoury
Nate Torres

Defense Counsel

Courtroom Deputy Clerk: Mauriona Lee            Court Reporter: Raynee Mercado

*PROCEEDINGS*

Motions hearing re: Motion for Appointment of Advisory Counsel or, Alternatively, Motion to Withdraw; Defendant's Rule 29(C) Motion for Judgment of Acquittal on Counts 3-23; Defendant's Rule 33 Motion for New Trial– held.

*RESULT OF HEARING*

*RESULT OF HEARING*

1. The Court heard argument from parties regarding each of the motions. Motions taken under submission. Written orders to issue.
2. No new dates set.

1