**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL BRENT ROTHENBERG,<br><br>Defendant. | CR-20-00266-JST<br><br>ORDER RE: CJA APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL |

    The individual named above as defendant, having testified under oath or having otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and, because the interests of justice so require, the Court finds that the individual is indigent, therefore;

    IT IS ORDERED that the attorney whose name and contact information are listed below is appointed to represent the above defendant, solely for the limited purpose of reviewing the facts of the case and advising Mr. Rothenberg regarding the potential for a claim of ineffective assistance of counsel.

    James Scott Thomson
    732 Addison St., Ste. A
    Berkeley, CA 94710
    (510)525-9123
    james@ycbtal.net



Appointing Judge: Hon. Judge Jon S. Tigar

| March 6, 2024 | March 04, 2024 |
|---|---|
| Date of Order | Nunc Pro Tunc Date |