IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL ROTHENBERG,<br><br>Defendant. | **Case No.:** 4:20-CR-00266-JST<br><br>**[PROPOSED] ORDER SETTING POST-TRIAL MOTIONS BRIEFING SCHEDULE AND RESETTING SENTENCING HEARING**<br><br>**Hearing Date:** May 17, 2024<br>**Hearing Time:** 9:30 a.m. |

Based on the stipulation of the parties, the Court hereby sets the following schedule for renewed post-trial motions, including any motions under Federal Rules of Criminal Procedure 29 and 33:

**April 19, 2024**: Defendant's renewed post-trial motions

**May 3, 2024**: Government's opposition to defendant's renewed post-trial motions

**May 8, 2024**: Defendant's reply to government's opposition to defendant's renewed post-trial motions

A motion hearing on the renewed post-trial motions will be held on May 17, 2024 at 9:30 a.m. The sentencing hearing currently set for May 17, 2024 is reset to June 28, 2024 at 9:30 a.m.

**IT IS SO ORDERED.**

DATED: April 18, 2024

_____
HONORABLE JON S. TIGAR
United States District Judge

[PROPOSED] ORDER SETTING POST-TRIAL BRIEFING SCHEDULE AND RESETTING SENTENCING HEARING
*United States v. Rothenberg*, 4:20-CR-00266-JST

1