UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

*CRIMINAL HEARING MINUTES*

| | | | |
|---|---|---|---|
| Judge: | Jon S. Tigar | Time in Court: | 32 minutes |
| Date: | May 17, 2024 | | |
| Case No. | **4:20-cr-00266-JST-1** | | |

**United States of America** v. **Michael Brent Rothenberg**

Defendant
✓ Present
☐ Not Present
☐ In Custody

| | |
|---|---|
| Kyle Waldinger | Hanni Fakhoury |
| Nicholas Walsh | Nate Torres |
| Benjamin Kleinman | James Thomson, Advisory |
| U.S. Attorney | Defense Counsel |

Courtroom Deputy Clerk: Kelly Collins          Court Reporter: Summer Fisher

*PROCEEDINGS*

Motion Hearing re Renewed Rule 29 Motion for Acquittal on Counts 3 and 5-23 and Rule 33 Motion for New Trial-Held.

*RESULT OF HEARING*

1. The Court heard argument from parties regarding each of the motions. Motions taken under submission. Written orders to issue.
2. 2. No new dates set.

1