MOEEL LAH FAKHOURY LLP
Hanni M. Fakhoury (State Bar No. 252629)
1300 Clay Street, Suite 600
Oakland, CA 94612
Telephone: (510) 500-9994
Email: hanni@mlf-llp.com

LAW OFFICE OF NATHANIEL J. TORRES (State Bar No. 253968)
338 Fillmore Street, #4
San Francisco, CA 94117
Telephone: (415) 290-6290
Email: nathanieltorres3131@gmail.com

Attorneys for Michael Rothenberg

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | Case No.: 4:20-CR-00266-JST |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER RESETTING SENTENCING HEARING |
| v. | |
| MICHAEL ROTHENBERG, | Hearing Date: June 28, 2024 |
| Defendant. | Hearing Time: 9:30 a.m. |

Sentencing in this matter is currently set for June 28, 2024. After meeting and conferring, the parties hereby request the sentencing hearing be reset to September 13, 2024 at 9:30 a.m. The reasons for this request are as follows.

Defense counsel needs additional time to prepare for the sentencing hearing, particularly given the existence of complicated legal issues surrounding the loss calculation in this case for both the U.S. Sentencing Guidelines and restitution that the parties have been discussing. Defense counsel is currently scheduled to be out of the country from June 5 to June 19 and will not be ready to proceed to sentencing on June 28. Additionally, associate counsel is about to begin a lengthy, months long federal jury trial and will be unavailable to work on Mr. Rothenberg's case starting June 4. Finally,

government counsel will be out of the district at various times in July and August 2024. Thus, the parties request the Court reset the sentencing hearing to September 13, 2024 at 9:30 a.m.

The assigned probation officer, who has disclosed the draft PSR to the parties, is available to appear at a sentencing hearing on September 13, 2024.

Undersigned defense counsel certifies he has obtained approval from counsel for the government to file this Stipulation and Proposed Order.

IT IS SO STIPULATED.

Dated:   May 24, 2024

/S
HANNI M. FAKHOURY
NATHANIEL J. TORRES
Attorneys for Michael Rothenberg

Dated:   May 24, 2024

/S
KYLE F. WALDINGER
NICHOLAS J. WALSH
BENJAMIN K. KLEINMAN
Assistant United States Attorneys

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL ROTHENBERG,<br><br>Defendant. | Case No.: 4:20-CR-00266-JST<br><br>**[PROPOSED] ORDER RESETTING SENTENCING HEARING**<br><br>**Hearing Date:** June 28, 2024<br>**Hearing Time:** 9:30 a.m. |

Based on the stipulation of the parties, the Court hereby resets the sentencing hearing from June 28, 2024 to September 13, 2024 at 9:30 a.m.

**IT IS SO ORDERED.**

DATED:_____                       _____
                                             HONORABLE JON S. TIGAR
                                             United States District Judge