IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | Case No.: 4:20-CR-00266-JST |
|---|---|
| Plaintiff, | [PROPOSED] ORDER RESETTING SENTENCING HEARING |
| v. | |
| MICHAEL ROTHENBERG, | Hearing Date:   June 28, 2024 |
| Defendant. | Hearing Time:   9:30 a.m. |

Based on the stipulation of the parties, the Court hereby resets the sentencing hearing from June 28, 2024 to September 13, 2024 at 9:30 a.m.

**IT IS SO ORDERED.**

DATED: May 28, 2024

_____
HONORABLE JON S. TIGAR
United States District Judge

[PROPOSED] ORDER RESETTING SENTENCING HEARING
*United States v. Rothenberg*, 4:20-CR-00266-JST

1