IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL ROTHENBERG,<br><br>　　　　Defendant. | Case No.: 4:20-CR-00266-JST<br><br>**[PROPOSED] ORDER AUTHORIZING ISSUANCE OF RULE 17(C) SUBPOENA DUCES TECUM** |

GOOD CAUSE APPEARING, upon ex parte application of the defendant Michael Rothenberg pursuant to Federal Rule of Criminal Procedure 17(c)(3) and Northern District of California Criminal Local Rule 17-2, **IT IS HEREBY ORDERED**:

1. A subpoena duces tecum shall be issued to Rothenberg Ventures. The Court is satisfied the production of the records described in Attachment A to the subpoena is necessary to Mr. Rothenberg's defense at sentencing.

2. The cost of such process and the fees and expenses of the witness subpoenaed shall be paid as if the witness was subpoenaed on behalf of the government. The Court is satisfied that the defendant is financially unable to pay these costs and fees.

**IT IS SO ORDERED.**

DATED:_____　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　HONORABLE JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge