CAND 89B (Rev. 6/17) Subpoena to Produce Documents or Objects in a Criminal Case

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>MICHAEL ROTHENBERG<br><br>        Defendant(s). | SUBPOENA TO PRODUCE<br>DOCUMENTS OR OBJECTS<br>IN A CRIMINAL CASE<br><br>Case No.: 4:20-CR-266-JST |

TO:  ROTHENBERG VENTURES C/O JEFFERSON R. EPPLER, CUSTODIAN OF RECORDS

YOU ARE COMMANDED to produce at the place, date, and time specified the document(s) or object(s) indicated below.  If compliance would be unreasonable or oppressive, you may file a motion requesting the court to quash or modify the subpoena, to review the documents in camera, or to permit production only pursuant to a protective order.

| PLACE | | | | COURTROOM/JUDGE |
|---|---|---|---|---|
| ☐ U.S. Courthouse<br>450 Golden Gate Ave.<br>San Francisco, CA 94102 | ☐ U.S. Courthouse<br>280 South First St.<br>San Jose, CA 95113 | ☐ U.S. Courthouse<br>3140 Boeing Ave.<br>McKinleyville, CA 95519 | ☑ U.S. Courthouse<br>1301 Clay Street<br>Oakland, CA 94612 | Hon. Jon S. Tigar |
| | | | | DATE AND TIME<br>8/5/2024 09:00 |

*If the document(s) or object(s) are produced in advance of the date specified, either to the court in an envelope delivered to the clerk's office or to the issuing attorney whose name and address appears below, no appearance is necessary.*

The following document(s) or object(s) shall be produced:

See Attachment A

NOTE: Subpoena forms requiring the appearance of a witness to testify at a criminal proceeding or to testify and bring documents to a criminal proceeding, must use Form CAND 89A, *Subpoena to Testify in a Criminal Case*) or for the production of state law enforcement personnel or complaint records (CAND 89C, *Subpoena to Produce State Law Enforcement Personnel Or Complaint Records in a Criminal Case*) are available at the Court's website: cand.uscourts.gov.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| (By) Deputy Clerk | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

Hanni M. Fakhoury (State Bar No. 252629)
2006 Kala Bagai Way, Suite 600
Berkeley, CA 94704
(510) 500-9994

CAND 89B  (Rev. 6/17) Subpoena to Produce Documents or Objects in a Criminal Case

| PROOF OF SERVICE | | |
|---|---|---|
| RECEIVED BY SERVER | DATE | PLACE |
| SERVED | DATE | PLACE |
| SERVED ON (PRINT NAME) | | FEES AND MILEAGE TENDERED TO WITNESS<br>☐ YES  ☐ NO   AMOUNT $ |
| SERVED BY (PRINT NAME) | | TITLE |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____        _____
                  DATE                                              SIGNATURE OF SERVER

                                                                    ADDRESS:

ADDITIONAL INFORMATION

**Attachment A to Subpoena**
**United States vs. Michael Rothenberg**
**4:20-CR-00266-JST**

**Custodian of Records**
**Rothenberg Ventures**

A. **Definitions and instructions**

1. "Document(s)" means, without limitation, any written, printed, typed, photographed, recorded or otherwise reproduced or stored communication or representation, whether comprised of letters, words, numbers, pictures, sounds or symbols, or any combination thereof. This definition includes copies or duplicates of documents contemporaneously or subsequently created which have any non-conforming notes or other markings and the backsides of any communication or representation which all contain any of the above.

2. "Communication" means the transmittal of information (in the form of facts, ideas, inquiries, or otherwise).

3. "Rothenberg Ventures Funds" means any and all investment vehicles, in any form and known by whatever name, managed and controlled by Rothenberg Ventures its subsidiaries, affiliates, segments, divisions or authorized representatives, both presently existing and those which previously existed. That includes, but is not limited to, Rothenberg Ventures Fund I (also known as the "2013 Fund"), Rothenberg Ventures Fund II (also known as the "2014 Fund"), the Rothenberg Ventures 2015 Fund, Rothenberg Ventures 2016 Fund, and any and all co-fund or Special Purpose Vehicles including, but not limited to, Chubbies, SpaceX, etc.

4. No documents called for by this request shall be destroyed, modified, removed, transferred, or otherwise made inaccessible. If you have knowledge that any subpoenaed document has been destroyed, discarded or lost, identify the subpoenaed document and provide an explanation of the destruction, discarding, loss, or disposal, and the date at which the document was destroyed, discarded, or lost.

5. This subpoena is continuing in nature. Any document not produced because it has not been located or discovered by the return date shall be provided immediately upon

location or discovery subsequent thereto with an explanation of why it was not located or discovered until the return date.

B. **Documents required**

Please provide all documents, records and communications relating to the following topics

1. All distributions, in whatever form, made to any and all fund investors in any and all Rothenberg Ventures Funds from the inception of Rothenberg Ventures and its funds until the present.
2. The present value of the holdings of any and all Rothenberg Ventures Funds investors.
3. A current, up to date, capitalization table of all Rothenberg Ventures Funds.
4. Any and all internal forensic accounting or audit reports prepared by Rothenberg Ventures at any time including, but not limited, to reports prepared by Force Ten Partners, LLC and a "reconciliation" of the Expert Report of Gerald T. Fujimoto and the Report of Force Ten Partners, LLC; this request includes all underlying data, in native format, of any data used to generate reports.
5. Any and all Rothenberg Ventures Fund reports, including but not limited to Annual reports, prepared by Rothenberg Ventures since inception until the present.

*Information responsive to this subpoena should be produced in electronic or native format where that format is the best means for transmitting the content.*

*Questions regarding compliance may be addressed to attorney Hanni Fakhoury via email at hanni@mlf-llp.com or telephone at (510) 500-9994.*