1  MOEEL LAH FAKHOURY LLP
   Hanni M. Fakhoury (State Bar No. 252629)
2  1300 Clay Street, Suite 600
   Oakland, CA 94612
3  Telephone: (510) 500-9994
   Email: hanni@mlf-llp.com
4

5  Attorneys for Michael Rothenberg

6

7                  IN THE UNITED STATES DISTRICT COURT

8                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                              OAKLAND DIVISION

10

11 | UNITED STATES OF AMERICA, | Case No.: 4:20-CR-00266-JST
12 | Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RESETTING SENTENCING HEARING**
13 | v. |
14 | MICHAEL ROTHENBERG, | **Hearing Date:** September 13, 2024
15 | Defendant. | **Hearing Time:** 9:30 a.m.

16

17     Sentencing in this matter is currently set for September 13, 2024. After meeting and conferring,

18 the parties hereby request the sentencing hearing be reset to November 8, 2024 at 9:30 a.m. The

19 reasons for this request are as follows.

20     As defense counsel detailed in his motion for a continuance, filed on August 23, 2024, Mr.

21 Rothenberg needs additional time to prepare for the sentencing hearing due to the existence of

22 complicated legal issues surrounding the loss calculation in this case for both the U.S. Sentencing

23 Guidelines and restitution that the parties have been discussing. Dkt. 399. At the time defense counsel

24 filed the motion for a continuance, the government opposed any further continuance of the

25 sentencing. Since the filing of that motion, however, the parties have continued to meet and confer

26 and the government is now willing to withdraw its opposition to the motion to continue. As a result,

27 the defense will file a motion to withdraw the motion for a continuance shortly after this stipulation

28 and proposed order is filed.

1  Because defense counsel will be out of the District on September 27-30, 2024 and October 5-9,
2  2024, and is scheduled to be in jury trial before the Honorable Jaqueline S. Corley in San Francisco
3  from October 15-16, 2024, the parties thus request the Court reset the sentencing hearing to
4  November 8, 2024 at 9:30 a.m.
5  The assigned probation officer, who has disclosed the draft PSR to the parties, is available to
6  appear at a sentencing hearing on November 8, 2024.
7  Undersigned defense counsel certifies he has obtained approval from counsel for the
8  government to file this Stipulation and Proposed Order.

IT IS SO STIPULATED.

Dated:   August 29, 2024                    /S
                                            HANNI M. FAKHOURY
                                            Attorneys for Michael Rothenberg

Dated:   August 29, 2024                    /S
                                            KYLE F. WALDINGER
                                            NICHOLAS J. WALSH
                                            BENJAMIN K. KLEINMAN
                                            Assistant United States Attorneys

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL ROTHENBERG, <br><br> Defendant. | Case No.: 4:20-CR-00266-JST <br><br> **[PROPOSED] ORDER RESETTING SENTENCING HEARING** <br><br> **Hearing Date:** September 13, 2024 <br> **Hearing Time:** 9:30 a.m. |

Based on the stipulation of the parties, the Court hereby resets the sentencing hearing from September 13, 2024 to November 8, 2024 at 9:30 a.m.

**IT IS SO ORDERED.**

DATED:_____            _____
                                  HONORABLE JON S. TIGAR
                                  United States District Judge