MOEEL LAH FAKHOURY LLP
Hanni M. Fakhoury (State Bar No. 252629)
2006 Kala Bagai Way, Suite 16
Berkeley, CA 94704
Telephone: (510) 500-9994
Email: hanni@mlf-llp.com

Attorneys for Michael Rothenberg

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL ROTHENBERG,<br><br>Defendant. | Case No.: 4:20-CR-00266-JST<br><br>**NOTICE OF WITHDRAWAL OF MOTION TO CONTINUE SENTENCING HEARING**<br><br>**Court:** Courtroom 6, 2nd Floor<br>**Hearing Date:** September 13, 2024<br>**Hearing Time:** 9:30 a.m. |

**TO: MATTHEW M. YELOVICH, UNITED STATES ATTORNEY UNDER 28 U.S.C. § 515; KYLE F. WALDINGER, ASSISTANT UNITED STATES ATTORNEY; NICHOLAS J. WALSH, ASSISTANT UNITED STATES ATTORNEY; AND BENJAMIN K. KLEINMAN, ASSISTANT UNITED STATES ATTORNEY.**

PLEASE TAKE NOTICE that defendant Michael Rothenberg withdraws his previously filed motion for a continuance filed on August 23, 2024, Dkt. 399, in light of the pending Stipulation and [Proposed] Order filed by the parties on August 29, 2024. Dkt. 401.

Dated: August 29, 2024

Respectfully submitted,

MOEEL LAH FAKHOURY LLP

Hanni M. Fakhoury
Attorneys for Michael Rothenberg