```
MOEEL LAH FAKHOURY LLP
Hanni M. Fakhoury (State Bar No. 252629)
1300 Clay Street, Suite 600
Oakland, CA 94612
Telephone:   (510) 500-9994
Email:       hanni@mlf-llp.com
```

Attorneys for Michael Rothenberg

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL ROTHENBERG,<br><br>    Defendant. | Case No.: 4:20-CR-00266-JST<br><br>**STIPULATION AND [PROPOSED] ORDER RESETTING SENTENCING HEARING**<br><br>**Hearing Date:**  September 13, 2024<br>**Hearing Time:**  9:30 a.m. |
|---|---|

   Sentencing in this matter is currently set for September 13, 2024. After meeting and conferring, the parties hereby request the sentencing hearing be reset to November 8, 2024 at 9:30 a.m. The reasons for this request are as follows.

   As defense counsel detailed in his motion for a continuance, filed on August 23, 2024, Mr. Rothenberg needs additional time to prepare for the sentencing hearing due to the existence of complicated legal issues surrounding the loss calculation in this case for both the U.S. Sentencing Guidelines and restitution that the parties have been discussing. Dkt. 399. At the time defense counsel filed the motion for a continuance, the government opposed any further continuance of the sentencing. Since the filing of that motion, however, the parties have continued to meet and confer and the government is now willing to withdraw its opposition to the motion to continue. As a result, the defense will file a motion to withdraw the motion for a continuance shortly after this stipulation and proposed order is filed.

1  Because defense counsel will be out of the District on September 27-30, 2024 and October 5-9, 2024, and is scheduled to be in jury trial before the Honorable Jaqueline S. Corley in San Francisco from October 15-16, 2024, the parties thus request the Court reset the sentencing hearing to November 8, 2024 at 9:30 a.m.

The assigned probation officer, who has disclosed the draft PSR to the parties, is available to appear at a sentencing hearing on November 8, 2024.

Undersigned defense counsel certifies he has obtained approval from counsel for the government to file this Stipulation and Proposed Order.

IT IS SO STIPULATED.

Dated:   August 29, 2024                    /S
                                         HANNI M. FAKHOURY
                                         Attorneys for Michael Rothenberg

Dated:   August 29, 2024                    /S
                                         KYLE F. WALDINGER
                                         NICHOLAS J. WALSH
                                         BENJAMIN K. KLEINMAN
                                         Assistant United States Attorneys

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 4:20-CR-00266-JST |
| Plaintiff, | [PROPOSED] ORDER RESETTING SENTENCING HEARING |
| v. | Hearing Date:  September 13, 2024 |
| MICHAEL ROTHENBERG, | Hearing Time:  9:30 a.m. |
| Defendant. | |

Based on the stipulation of the parties, the Court hereby resets the sentencing hearing from September 13, 2024 to November 8, 2024 at 9:30 a.m.

**IT IS SO ORDERED.**

DATED: September 3, 2024

_____
HONORABLE JON S. TIGAR
United States District Judge