1  JAMES S. THOMSON
   California SBN 79658
2  Attorney and Counselor at Law
   732 Addison Street, Suite A
3  Telephone: (510) 525-9123
   Facsimile:  (510) 525-9124
4  Email: james@ycbtal.net

5  Advisory Attorney for Defendant
   MICHAEL ROTHENBERG

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL ROTHENBERG,<br><br>Defendant. | Case No. 4:20-cr-00266-JST<br><br>**STATUS REPORT REGARDING ADVISORY COUNSEL'S ADVISEMENT OF MICHAEL ROTHENBERG**<br><br>Honorable Judge Jon S. Tigar |

On March 6, 2024, this Court appointed undersigned counsel to represent Michael Rothenberg "solely for the limited purpose of reviewing the facts of the case and advising Mr. Rothenberg regarding the potential for a claim of ineffective assistance of counsel." Doc #379.

Undersigned counsel has reviewed relevant case materials, researched various issues, communicated with counsel, the assigned Assistant United States Attorneys, experts, and witnesses. Counsel has also communicated with Mr. Rothenberg on numerous occasions.

After conducting the above tasks, counsel believes that the Court and the parties might benefit by holding a status conference, at the Court's convenience, to address this matter.

Dated: October 25, 2024            Respectfully submitted,

                                    */s/ James S. Thomson*

                                    _____
                                    JAMES S. THOMSON
                                    Advisory Attorney for Defendant
                                    MICHAEL ROTHENBERG

Status Report