Case 4:20-cr-00266-JST   Document 410   Filed 10/29/24   Page 1 of 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 20-cr-00266-JST-1 |
|---|---|
| Plaintiff, | |
| v. | **ORDER SETTING CASE MANAGEMENT CONFERENCE** |
| MICHAEL BRENT ROTHENBERG, | Re: ECF No. 406 |
| Defendant. | |

The Court now sets a case management conference on November 8, 2024 to discuss the issues raised by attorney James Thomson's status report dated October 25, 2024. ECF No. 406. The conference will proceed regardless of whether Defendant's motion to continue the sentencing set for that date is granted. At the hearing, Defendant and his counsel should show cause why the limited appointment of Mr. Thomson should not conclude as of November 8, 2024.

**IT IS SO ORDERED.**

Dated: October 29, 2024



JON S. TIGAR
United States District Judge