UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL BRENT ROTHENBERG,<br><br>    Defendant. | Case No. 20-cr-00266-JST-1<br><br>**ORDER RE GOVERNMENT'S SENTENCING MEMORANDUM**<br><br>Re: ECF No. 414 |

The government has filed a sentencing memorandum in connection with the sentencing hearing scheduled for November 8, 2024. ECF No. 414. A portion of the memorandum is redacted such that the Court cannot read it. *Id.* at 4. The government is ordered to comply with Criminal Local Rule 56-1.

The memorandum also refers to victim impact statements. *Id.* at 6. If the government is in possession of such statements, it shall file them forthwith.

**IT IS SO ORDERED.**

Dated: November 4, 2024



JON S. TIGAR
United States District Judge