UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL BRENT ROTHENBERG,<br><br>Defendant. | Case No. 20-cr-00266-JST-1<br><br>**ORDER DENYING MOTION FOR CONTINUANCE**<br><br>Re: ECF No. 407 |

On November 16, 2023, Defendant Michael Rothenberg was convicted of a total of 21 counts of bank fraud, false statements to a financial institution, wire fraud, and money laundering. ECF No. 339. The Court originally set sentencing for March 1, 2024. ECF No. 337. Sentencing was then continued several more times: to May 10, 2024, ECF No. 353; then to May 17, 2024, ECF No. 368; then to June 28, 2024, ECF No. 383; then to September 13, 2024, ECF No. 389; and finally, to November 8, 2024. ECF No. 403.

Rothenberg now moves to continue the November 8 sentencing hearing once more. ECF No. 407.

The Court considers four factors in deciding a motion for continuance: "(1) the extent of the defendant's diligence in readying her defense prior to the date set for trial; (2) the likelihood that the continuance would serve a useful purpose; (3) the extent to which a continuance would inconvenience the district court, the parties, or witnesses; and (4) the extent of prejudice, if any, that the defendant would suffer from denying a continuance." *United States v. Fabro-Miske*, No. 19CR00099DKWKJM12, 2023 WL 5020849, at *2 (D. Haw. Aug. 7, 2023) (citing *United States v. Flynt*, 756 F.2d 1352, 1359 (9th Cir. 1985)). "A trial judge has broad discretion in deciding a motion to continue . . . ." *United States v. Wilke*, No. CR19-5364, 2020 WL 92005, at *2 (W.D.

1   Wash. Jan. 8, 2020) (citing *Morris v. Slappy*, 461 U.S. 1, 11 (1983)).

2        Rothenberg argues that a continuance would be "useful here because it will provide
3   additional time to obtain records that will be relevant to the 'loss' inquiry," i.e., the loss suffered
4   by investor Pilot Grove.  ECF No. 407 at 6.  He notes that "[t]he initial delay caused by the need
5   to obtain and review documents have [sic] already proven to be useful, as it resulted in the
6   government significantly lowering its Guidelines loss amount, which had the corresponding effect
7   of lowering the Sentencing Guidelines range and in turn, will likely lower the ultimate sentence."
8   *Id.*  He also argues that a continuance would allow advisory counsel to determine whether Mr.
9   Rothenberg intends to pursue an ineffective assistance of counsel claim against counsel of record.

10       The Court will deny the motion.  As to Defendant's first argument, he has known since at
11  least November 2023 that records concerning the losses suffered by each of Mr. Rothenberg's
12  victims would be relevant.  That post-trial motions were made and decided since that time did not
13  prevent counsel from also pursuing discovery or relieve counsel of the obligation to prepare for
14  sentencing.  And even if the pendency of post-trial motions had some bearing on prepation for
15  sentencing, the last of those motions was decided on August 7, 2024. That left more than enough
16  time to secure any records, if they existed.  Moreover, the request is speculative.  While
17  Rothenberg states that he wants to pursue additional discovery concerning Pilot Grove's losses, he
18  does not identify—even by category—the kinds of records he thinks he might uncover.  On that
19  record, there is no way for the Court to find that the records would be useful or that Rothenberg
20  would be prejudiced by the denial of a continuance.

21       As to the second argument, this Court is unaware of any case, and Rothenberg cites none,
22  continuing a sentencing hearing so that a defendant could pursue an ineffective assistance of
23  counsel claim before final judgment has even been entered.

24       Accordingly, Rothenberg's motion to continue sentencing is denied.

25       **IT IS SO ORDERED.**

26  Dated: November 4, 2024

                                                  JON S. TIGAR
                                           United States District Judge