UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

*CRIMINAL MINUTES*

| | | | |
|---|---|---|---|
| Judge: | Jon S. Tigar | Time in Court: | 20 minutes |
| Date: | November 7, 2024 | | |
| Case No.: | **4:20-cr-00266-JST-1** | | |

**United States of America**    v.    **Michael Brent Rothenberg**

Defendant
☑ Present
☐ Not Present
☐ In Custody

| | |
|---|---|
| Nicholas Walsh; Benjamin Kleinman | Hanni Fakhoury; Nate Torres |
| | James Thomson, Advisory Defense Counsel |
| U.S. Attorney | |
| U.S. Probation    Ashley Polk | |
| | Court Reporter: Raynee Mercado via zoom |
| Courtroom Deputy Clerk: Dianna Shoblo | |

*PROCEEDINGS*

Status Conference – Held.

*RESULT OF HEARING*

1. Hearing was conducted over Zoom with all parties' consent.
2. The Court grants Hanni Fakhoury's motion to withdraw as attorney ECF No. 426. The Court finds that there has been an irreconcilable breakdown in the attorney-client relationship. The Court refers this matter to the CJA Panel for the appointment of new counsel for the Defendant.
3. The Court relieves James Thomson as advisory counsel in this case.
4. Further Status Conference set for 01/17/2025 at 9:30 AM in Oakland, Courtroom 6, 2nd floor.
5. The Case Management Conference, Sentencing, and Motion Hearing date of 11/08/2024 is vacated.

1