# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT of CALIFORNIA

### *CRIMINAL MINUTES*

| | | | |
|---|---|---|---|
| Judge: | Jon S. Tigar | Time in Court: | 8 minutes |
| Date: | January 17, 2025 | | |
| Case No.: | **4:20-cr-00266-JST-1** | | |

**United States of America**  v.  **Michael Brent Rothenberg**

        Defendant
☑ Present
☐ Not Present
☐ In Custody

Benjamin Kleinman

U.S. Attorney

Gail Shifman

Defense Counsel

U.S. Probation   Salvador Tinoco for Ashley Polk

Court Reporter: Stephen Franklin via zoom

Courtroom Deputy Clerk: Dianna Shoblo

### *PROCEEDINGS*

Status Conference – Held.

### *RESULT OF HEARING*

1. Court appoints Gail Shifman as attorney of record for the Defendant, Nunc Pro Tunc to 01/09/2025.  Defense Counsel requests additional time to review the case.  The Court places matters on the record regarding the status of the case.
2. Further Status Conference set for 05/09/2025 at 9:30 AM in Courtroom 6, 2nd floor, in Oakland.