GAIL SHIFMAN (SBN 147334)
Law Office of Gail Shifman
2431 Fillmore Street
San Francisco, CA 94115
Tel:     (415) 551-1500
Email: gail@shifmangroup.com

Attorneys for Defendant
MICHAEL ROTHENBERG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

–ooo–

| UNITED STATES OF AMERICA, | Case No.  4:20-cr-00266 JST |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING** |
| v. | |
| MICHAEL ROTHENBERG, | |
| Defendants. | |

It is hereby stipulated by and between counsel for the United States and counsel for defendant Michael Rothenberg that the status hearing scheduled for May 9, 2025 shall be continued until May 30, 2025 at 9:30 a.m., for the reason that additional time is needed by defense counsel to complete the review of the trial transcripts and discovery and confer with experts. This additional time is needed because the file and discovery in this case were received by defense counsel later than initially anticipated, will enable her ability to advise the Court regarding the filing of a motion based upon ineffective assistance of counsel, if any, and accommodates the parties' court scheduling conflicts.

IT IS SO STIPULATED.

Dated: May 5, 2025                                          */s/ Gail Shifman*
                                                            _____
                                                            Gail Shifman
                                                            Attorneys for Defendant
                                                            MICHAEL ROTHENBERG

Dated: May 5, 2025                                  /s/ Benjamin Kleinman

                                                  Benjamin Kleinman
                                                  Nicholas Walsh
                                                  Assistant U.S. Attorneys

## [PROPOSED] ORDER

Based upon the facts set forth in the stipulation of the parties, and for good cause shown, the Court continues the May 9, 2025 status hearing until May 30, 2025, at 9:30 a.m. for status.

IT IS SO ORDERED.

DATED: May ___, 2025

                                                  HON. JON S. TIGAR
                                                  United States District Judge