# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT of CALIFORNIA

### *CRIMINAL MINUTES*

| | | | |
|---|---|---|---|
| Judge: | Jon S. Tigar | Time in Court: | 5 minutes |
| Date: | May 30, 2025 | | |
| Case No.: | **4:20-cr-00266-JST-1** | | |

**United States of America**     v.     **Michael Brent Rothenberg**

☑ Defendant Present/
☐ Not Present
☐ In Custody

Nicholas Walsh                                    Gail Shifman

U.S. Attorney                                       Defense Counsel

U.S. Probation    Xitlalli Bobadilla
                          for Ashley Polk

Courtroom Deputy Clerk: Dianna Shoblo          Court Reporter: Lee-Anne Shortridge

### *PROCEEDINGS*

Status Conference – Held.

### *RESULT OF HEARING*

1. Defense Counsel has reviewed the record, pleadings of both the trial transcripts, and spoke with prior counsel. Parties stipulate to a briefing schedule for the anticipated motion of a new trial based on ineffective assistance of counsel.
2. Motion due by 08/15/2025. Opposition due by 09/19/2025. Reply due by 10/03/2025.
3. Motion Hearing set for 10/24/2025 at 2:00 PM in Courtroom 6, 2nd floor, in Oakland.
4. Defendant is ordered to be personally present at the next hearing.