1  GAIL SHIFMAN (SBN 147334)
   Law Office of Gail Shifman
2  2431 Fillmore Street
   San Francisco, CA 94115
3  Tel:    (415) 551-1500
   Email: gail@shifmangroup.com
4
   Attorneys for Defendant
5  MICHAEL ROTHENBERG

6

7

8

9                       UNITED STATES DISTRICT COURT

10                      NORTHERN DISTRICT OF CALIFORNIA

11                               OAKLAND DIVISION

12                                    −ooo−

13  UNITED STATES OF AMERICA,            Case No.  4:20-cr-00266 JST

14         Plaintiff,                    **STIPULATION AND [PROPOSED]
                                         ORDER MODIFYING FILING DATES
15     v.                                AND TO CONTINUE HEARING**

16  MICHAEL ROTHENBERG,

17         Defendants.

18      It is hereby stipulated by and between counsel for the United States and counsel for

19  defendant Michael Rothenberg that the motion hearing scheduled for October 24, 2025 shall be

20  continued until November 21, 2025 at 9:30 a.m., and the briefing schedule for the motion for new

21  trial based on ineffective assistance of counsel modified as follows for the reason that undersigned

22  defense counsel erred in the accurate calendaring of the briefing schedule dates.  The motion shall

23

24  be due on September 12, 2025.  The Opposition shall be due by October 17, 2025 and the Reply

25  shall be due by October 31, 2025.

26  ///

27  ///

28

STIPULATION TO CONTINUE HEARING      1

IT IS SO STIPULATED.

Dated: September 2, 2025                               */s/ Gail Shifman*

                                                    _____
                                                    Gail Shifman
                                                    Attorneys for Defendant
                                                    MICHAEL ROTHENBERG

Dated: September 2, 2025                              */s/ Nicholas Walsh*

                                                    _____
                                                    Benjamin Kleinman
                                                    Nicholas Walsh
                                                    Assistant U.S. Attorneys

## [~~PROPOSED~~] ORDER

Based upon the facts set forth in the stipulation of the parties, and for good cause shown, the Court continues the October 24, 2025 shall be continued until November 21, 2025 at 9:30 a.m., and the briefing schedule for the motion for new trial based on ineffective assistance of counsel due on September 12, 2025.  Opposition due by October 17, 2025 and the Reply due by October 31, 2025.

IT IS SO ORDERED.

DATED: September 2, 2025                        _____
                                                HON. JON S. TIGAR
                                                United States District Judge

STIPULATION TO CONTINUE HEARING        2