United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.20-cr-00266-JST-1 |
|---|---|
| Plaintiffs, | |
| v. | **ORDER REFERRING PRETRIAL CRIMINAL MATTER TO MAGISTRATE JUDGE** |
| MICHAEL BRENT ROTHENBERG, | Re: Dkt. No. 437 |
| Defendants. | |

Pursuant to Civil Local Rule 72-1 and Criminal Local Rule 2-1, this matter is referred to

    [ ]    the duty magistrate judge

    [x]    Magistrate Judge Nathanael Cousins

for a pretrial determination of attorney Gail Shifman's motion to withdraw. *See* Fed. R. Crim. P. 59. The parties shall contact the magistrate judge's courtroom deputy for a date for any hearing.

**IT IS SO ORDERED.**

Dated: September 16, 2025



JON S. TIGAR
United States District Judge

*Rev. 10-18*