1
2  MICHAEL ROTHENBERG
   *Defendant*

3

4

5  **UNITED STATES DISTRICT COURT**

6  **NORTHERN DISTRICT OF CALIFORNIA**

7  OAKLAND DIVISION

8

9

10  UNITED STATES OF AMERICA,        Case No. 4:20-cr-00266

        Plaintiff              **DECLARATION OF MICHAEL
11                              ROTHENBERG IN SUPPORT OF REQUEST
        vs.                     FOR NEW APPOINTED COUNSEL**
12

13  MICHAEL ROTHENBERG,          Date:    October 3, 2025
                                 Time:    1:00pm
14        Defendant.
                                 Judge: Hon. Nathanael Cousins
15

16

17  I, Michael Rothenberg, declare as follows:

18

19      1. I am the defendant in United States v. Rothenberg, No. CR-20-00266 JST, pending in

20  the Northern District of California. I submit this declaration to request that the Court appoint new

21  counsel to represent me in connection with my motion for a new trial based on ineffective

22  assistance of counsel.

23      2. After the 2023 trial, my trial counsel, Hanni Fakhoury, in the presence of others who

24  attended the trial in person, acknowledged my frustration that he had not called witnesses,

25  consulted with or retained expert witnesses, or otherwise presented a defense to rebut the

26  government's case. He acknowledged he 'ran out of time' to do everything he intended to do and

27  told me I may pursue an ineffective assistance of counsel claim.

28

3. The Court then appointed Jim Thomson as advisory counsel to evaluate whether my potential ineffective assistance of counsel claim had merit. After reviewing documents and interviewing me, Mr. Thomson answered the Court's questions about whether my potential claim had merit. Based on Mr. Thomson's statements, the Court decided to appoint me counsel and to allow me and my new counsel time to file my claim.

4. Because Mr. Thomson was unavailable to litigate the motion, the Court appointed Gail Shifman as counsel on January 17, 2025. The Court scheduled a May 9, 2025 status hearing.

5. On May 5, 2025, Ms. Shifman filed a stipulation continuing the May 9, 2025 status hearing to May 30, 2025. Her filing explained that she needed additional time to review trial transcripts and discovery and to confer with experts. The Court granted this continuance.

6. On May 30, 2025, after completing her review of transcripts and discovery, Ms. Shifman advised the Court that she would proceed with filing a motion for new trial based on ineffective assistance of counsel. Based on her statements, the Court set a briefing schedule with the motion due on August 15, 2025.

7. I believed and understood that Ms. Shifman would file the motion by the deadline. Other than brief in-person conversations after the court appearances on January 17, 2025 and May 30, 2025, she did not make herself available to speak with me by phone or in person between her appointment and the August 15, 2025 deadline. Phone records confirm this lack of communication.

8. Ms. Shifman then missed the August 15, 2025 motion deadline without notifying me or the Court. I received no communication from her about the filing until two weeks after the missed deadline.

9. On August 29, 2025, she filed a stipulation requesting a new deadline of September 12, 2025, citing calendaring error (Dkt. 436). While she acknowledged miscalendaring deadlines, this was part of a broader pattern of neglect, missed deadlines, and lack of communication.

10. The Court granted her request, setting the new deadline of September 12, 2025. I believed and understood that Ms. Shifman intended to file by that date.

11. From January 17, 2025 through September 11, 2025, other than appearing in court, Ms. Shifman never scheduled a substantive call or meeting with me. Phone records confirm this. She never provided a draft of the motion, an outline, or any substantive update.

12. As a result of this failure to communicate, failure to prepare, and repeated missed deadlines, I do not believe Ms. Shifman can or will effectively represent me in pursuing this claim. I respectfully request that the Court appoint new counsel to represent me, and provide sufficient time for new counsel to review the record and prepare the motion for new trial.

1     I declare under penalty of perjury under the laws of the United States of America that the

2 foregoing is true and correct.

3

4

   Dated:  October 2, 2025                RESPECTFULLY SUBMITTED,

5

6                                              /s/ Michael Rothenberg
7                                   By:   Defendant
                                         MICHAEL ROTHENBERG
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28