

## UNITED STATES DISTRICT COURT
### Northern District of California

### CRIMINAL MINUTES

**Date:** October 3, 2025  **Judge:** NATHANAEL M. COUSINS

**Case Number** 4:20-cr-00266 JST

**Case Name:** USA v. Michael Brent Rothenberg

**For the Government:** Nicholas Walsh, Benjamin Kleinman
**For Defendant:** Gail Shifman

**Deputy Clerk:** Lili M. Harrell   **Liberty Recording:** 1:22pm–1:46pm/2:09pm-2:13pm
(Sealed proceedings: 1:46pm – 2:09pm) **Time: 51 mins**

### PROCEEDINGS

Motion to Withdraw as Attorney filed by Gail Shifman, Dkt. [437].

Court granted unopposed presentation of ex parte information by defendant and his present counsel.
Court granted defendant's motion to file under seal declaration in support of motion to withdraw; and ordered it to be shared with present counsel.
Court considered information presented by prosecution on behalf of crime victim, in opposition to further case delays.

On the record with all parties present, Court granted motion to withdraw in the interest of justice, as stated on the record, finding an irreconcilable breakdown in trust and communication between counsel and defendant.
Defendant was advised of rights to self-represent or to hire own counsel, and he requested appointment of new CJA counsel.

Court set appointment of counsel hearing before Oakland duty M.J., Chief Magistrate Judge Ryu, 10/17/2025, at 10:30 a.m.
Further case dates and deadlines before Judge Tigar to be set by Judge Tigar.