UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

*CRIMINAL MINUTES*

| | | | |
|---|---|---|---|
| Judge: | Jon S. Tigar | Time in Court: | 5 minutes |
| Date: | November 21, 2025 | | |
| Case No.: | **4:20-cr-00266-JST-1** | | |

**United States of America**   v.   **Michael Brent Rothenberg**

☑ Defendant Present
☐ Not Present
☐ In Custody

Nicholas Walsh
Benjamin Kleinman
U.S. Attorney

William David Sarrat
Chester Dubov
Defense Counsel

U.S. Probation: Matthew Coppage
for Ashley Polk

Courtroom Deputy Clerk: Ivy Garcia for Dianna Shoblo

Court Reporter: Stephen Franklin
via zoom

*PROCEEDINGS*

Status Conference - held.

*RESULT OF HEARING*

1. Defense Counsel requests additional time to review the case and to consult an expert.
2. Further Status Conference set for 1/30/2026 at 9:30 AM in Courtroom 6, 2nd floor, in Oakland.