UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

## *CRIMINAL MINUTES*

| | | | |
|---|---|---|---|
| Judge: | Jon S. Tigar | Time in Court: | 5 minutes |
| Date: | January 30, 2026 | | |
| Case No.: | **4:20-cr-00266-JST-1** | | |

**United States of America**   v.   **Michael Brent Rothenberg**

           Defendant
☑ Present
☐ Not Present
☐ In Custody

Nicholas Walsh
U.S. Attorney

William David Sarrat
Defense Counsel

U.S. Probation: Malik Ricard for Ashley Polk

Court Reporter: Andrea Bluedorn via zoom

Courtroom Deputy Clerk: Dianna Shoblo

## *PROCEEDINGS*

Status Conference - held.

## *RESULT OF HEARING*

1. Defense Counsel requests additional time to find trial assistance and obtain an expert for this case. If parties file their stipulation on the docket by 02/26/2026, the matter can be dropped from the 02/27/2026 calendar.
2. Further Status Conference set for 02/27/2026 at 9:30 AM in Courtroom 6, 2nd floor, in Oakland. The Defendant's appearance is excused on 02/27/2026.
3. Further Status Conference set for 05/01/2026 at 9:30 AM in Courtroom 6, 2nd floor, in Oakland.

1