DAVID SARRATT (SBN 332438)
KATHERINE HEATH (SBN 359730)
CHESTER DUBOV (SBN 357262)
DEBEVOISE & PLIMPTON LLP
650 California Street
San Francisco, CA 94108
Telephone: (415) 738-5700
Facsimile: (415) 644-5628
dsarratt@debevoise.com

Attorneys for Defendant
MICHAEL BRENT ROTHENBERG

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 420-cr-00266-JST |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER TO REMOVE FEBRUARY 27th, 2026 STATUS CONFERENCE FROM CALENDAR.** |
| MICHAEL BRENT ROTHENBERG, | |
| Defendant. | |

-1-

WHEREAS, on October 17, 2025, this court appointed present counsel to represent the defendant, Mr. Rothenberg, in post-trial proceedings, including to determine whether to file a motion for a new trial;

WHEREAS, at the status conference held on January 30, 2026, this court ordered counsel to inform the court whether counsel had retained a forensic accounting expert to assist in determining the viability of such a claim on or before February 26, 2026;

WHEREAS, this court scheduled a status conference for February 27, 2026 to be held in the event that Mr. Rothenberg was not able to engage an expert by February 26, 2026;

WHEREAS, Mr. Rothenberg has retained Gregg Peat, a forensic accounting expert employed by FTI, to perform the analysis required to determine the viability of a motion for new trial,

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned Parties, to request that this court remove the status conference scheduled for Friday, February 27, 2026 from the calendar in light of Mr. Rothenberg's engagement of Gregg Peat and FTI.


Dated:        February 25, 2026        Respectfully submitted,

By: _____/s/ David Sarratt_____
DAVID SARRATT
*Counsel for Defendant Michael Rothenberg*

By: ____/s/Nicholas Walsh_____
NICHOLAS WALSH
*Assistant United States Attorney*

-2-

**<u>Attestation Pursuant to Local Rule 5-1(i)(3)</u>**

Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated:        February 25, 2026                      __/s/ David Sarratt_____

                                                                      DAVID SARRATT

**[PROPOSED] ORDER**

BASED ON THE REPRESENTATIONS OF THE PARTIES ABOVE AND FOR GOOD CAUSE SHOWN, THE STATUS CONFERENCE IN THIS MATTER CURRENTLY SCHEDULED ON FEBRUARY 27, 2026 IS VACATED.

Dated:  February 26, 2026                      _____

                                                                      HON. JON S. TIGAR

                                                                      UNITED STATES JUDGE

-3-