UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

*CRIMINAL MINUTES*

| | | |
|---|---|---|
| Judge: | Jon S. Tigar | Time in Court: | 5 minutes |
| Date: | May 1, 2026 | |
| Case No.: | **4:20-cr-00266-JST-1** | |

**United States of America**   v.   **Michael Brent Rothenberg**

Defendant
☑ Present
☐ Not Present
☐ In Custody

Nicholas Walsh
U.S. Attorney

Chester Dubov

Defense Counsel

U.S. Probation: Bailee Holstein for
Ashley Polk

Court Reporter: Andrea Bluedorn
via zoom

Courtroom Deputy Clerk: Dianna Shoblo

*PROCEEDINGS*

Status Conference - held.

*RESULT OF HEARING*

1. The parties stipulated to the following briefing schedule:
   Reports from Defense's forensic accounting expert due by 06/15/2026
   Motion for new trial due by 06/25/2026
   Response due by 08/27/2026
   Reply due by 09/17/2026
2. Motion Hearing specially set for Wednesday, 10/21/2026 at 1:30 PM in Courtroom 6, 2nd Floor, in Oakland.

1