EMMA CHESSEN (SBN 365130)
DAVID SARRATT (SBN 332438)
**DEBEVOISE & PLIMPTON LLP**
650 California St.
San Francisco, CA 94108
Tel: (415) 738-5700
Fax: (415) 644-5628

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

MICHAEL BRENT ROTHENBERG,

Defendant.

**CASE NO. 420-cr-00266-JST**

**NOTICE OF APPEARANCE**

## TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Michael Brent Rothenberg appears in the case captioned above by his counsel, Emma Chessen of Debevoise & Plimpton LLP. The undersigned respectfully requests that notice of electronic filing of all papers in the within action, as well as copies of all other documents that are required to be served or delivered to counsel, be transmitted to her at the address given below.

Dated: June 22, 2026

By: */s/ Emma Chessen*

Emma Chessen
David Sarratt
**DEBEVOISE & PLIMPTON LLP**
650 California Street, 31st Floor
San Francisco, California 94108
egchessen@debevoise.com
dsarratt@debevoise.com

*Attorneys for* Michael Brent Rothenberg