**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 4:20-cr-00266-JST |
| Plaintiff, | [~~PROPOSED~~] **ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL** |
| v. | |
| MICHAEL BRENT ROTHENBERG, | |
| Defendant. | |

1

Upon reviewing the Motion to Withdraw of Chester S. Dubov as Counsel for Defendant Michael Brent Rothenberg, and the Declaration of Chester S. Dubov in Support of the Motion, and good cause appearing,

**IT IS SO ORDERED** that the Motion to Withdraw of Chester S. Dubov as Counsel for Defendant Michael Brent Rothenberg, is GRANTED and

**IT IS FURTHER ORDERED** that the Clerk of the Court is directed to remove Chester Dubov from all future ECF notifications in these matters.

The hearing scheduled for July 17, 2026 is vacated .

Dated: July 15, 2026

Hon. Jon S. Tigar
United Stated District Court Judge

2