DAVID SARRATT (SBN 332438)
EMMA CHESSEN (SBN 365130)
DEBEVOISE & PLIMPTON LLP
650 California Street
San Francisco, CA 94108
Telephone: (415) 738-5700
Facsimile: (415) 644-5628
dsarratt@debevoise.com

Attorneys for Defendant
MICHAEL BRENT ROTHENBERG

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 4:20-cr-00266-JST |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER MODIFYING FILING DATES** |
| v. | |
| MICHAEL BRENT ROTHENBERG, | |
| Defendant. | **The Honorable Jon S. Tigar** |

WHEREAS, the Court granted the parties' stipulated briefing schedule at the May 1, 2026 Status Conference, imposing the following schedule: Defendant's Motion for a New Trial shall be filed by June 25, 2026; Government's response shall be filed by August 27, 2026; and any Reply must be filed by September 17, 2026;

WHEREAS, Mr. Rothenberg filed the Motion for a New Trial ("the Motion") on June 25, 2026;

WHEREAS, the Hearing on Defendant's Motion is currently scheduled for October 21, 2026;

WHEREAS, this is the first request for an extension of the deadline to respond to the Motion from either party;

WHEREAS, Mr. Rothenberg's attorneys have indicated a need for a brief extension of time due to conflicts with travel schedules;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties through their undersigned counsel, that subject to the Court's approval, the briefing deadlines should be amended as follows:

1.    The Government shall file its Response to Defendant's Motion for a New Trial on or before September 18, 2026.

2.    Defendant shall file his Reply in Support of the Motion for a New Trial on or before October 7, 2026.

3.    The Hearing on Defendant's Motion will remain on October 21, 2026.

Dated:        July 27, 2026            Respectfully submitted,

By:  ____/s/ David Sarratt_____
DAVID SARRATT
*Attorney for Defendant Michael Rothenberg*

By:  ___/s/ Benjamin Kleinman_____
BENJAMIN KLEINMAN
NICHOLAS WALSH
*Assistant United States Attorney*

JOINT STIPULATION FOR MODIFYING FILING DATES
CASE NO. 4:20-CR-00266-JST

**Attestation Pursuant to Local Rule 5-1(i)(3)**

Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated:        July 27, 2026                        __/s/ David Sarratt_____

                                                DAVID SARRATT


**[PROPOSED] ORDER**

BASED ON THE REPRESENTATIONS OF THE PARTIES ABOVE AND FOR GOOD CAUSE SHOWN, THE REVISED BRIEFING SCHEDULE FOR DEFENDANT'S MOTION FOR NEW TRIAL IS GRANTED.



Dated: _____                        _____

                                                HON. JON S. TIGAR
                                                UNITED STATES JUDGE

JOINT STIPULATION FOR MODIFYING FILING DATES
CASE NO. 4:20-CR-00266-JST