UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

# *CRIMINAL MINUTES*

Judge: Jon S. Tigar

Time in Court: 28 minutes

Date: October 21, 2026

Case No.: **4:20-cr-00266-JST-1**

**United States of America** v. **Michael Brent Rothenberg**

Defendant
☑ Present
☐ Not Present
☐ In Custody

Nicholas Walsh
Benjamin Kleinman

U.S. Attorney

William Sarratt; Emma Chessen

Defense Counsel

Courtroom Deputy Clerk: Dianna Shoblo

Court Reporter: Andrea Bluedorn via zoom

## *PROCEEDINGS*

Motion Hearing - held.

## *RESULT OF HEARING*

1. Arguments heard from the parties. Motion is taken under submission. Written Order to be issued.