DAVID SARRATT (SBN 332438)
EMMA CHESSEN (SBN 365130)
DEBEVOISE & PLIMPTON LLP
650 California Street
San Francisco, CA 94108
Telephone: (415) 738-5700
Facsimile: (415) 644-5628
dsarratt@debevoise.com

Attorneys for Defendant
MICHAEL BRENT ROTHENBERG

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

MICHAEL BRENT ROTHENBERG,

Defendant.

Case No. 4:20-cr-00266-JST

**JOINT STIPULATION AND [PROPOSED] ORDER SETTING SENTENCING AND FILING DATES**

**The Honorable Jon S. Tigar**

On October 23, 2026, the Court's Order re Sentencing directed the parties to meet and confer and submit a stipulated request to set a sentencing hearing by November 6, 2026 (Dkt. 465). On October 30, 2026, the parties met and conferred and agreed to submit this joint request. Previous sentencing memoranda were filed in this case on November 1, 2024 (Dkts. 411, 414), with responses filed on November 5, 2024 (Dkts. 423, 424). Mr. Rothenberg requests the opportunity to supplement his sentencing memorandum.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties through their undersigned counsel, that, subject to the Court's approval, the sentencing hearing and filing schedule shall be set as follows:

1. Defendant shall file his sentencing memorandum on or before January 8, 2027.

2. The Government shall file its response, if any, on or before January 15, 2027.

3. The sentencing hearing shall be set for January 22, 2027, at 9:30 am.

Dated: _November 6, 2026_

Respectfully submitted,

By: ____*/s/ David Sarratt*______________
DAVID SARRATT
EMMA CHESSEN
*Attorneys for Defendant Michael Rothenberg*

By: ___*/s/_Benjamin Kleinman*__________
BENJAMIN KLEINMAN
NICHOLAS WALSH
*Assistant United States Attorneys*

**Attestation Pursuant to Local Rule 5-1(i)(3)**

Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: _November 6, 2026____ __/s/ David Sarratt_____

DAVID SARRATT

**[PROPOSED] ORDER**

BASED ON THE REPRESENTATIONS OF THE PARTIES ABOVE AND FOR GOOD CAUSE SHOWN, THE JOINT STIPULATION IS GRANTED. Sentencing is set for January 22 at 9:30 AM. Defendant shall file his sentencing memorandum no later than fourteen (14) days before the hearing. The Government shall file its response no later than seven (7) days before the hearing.

Dated: _______________ ___________________________

HON. JON S. TIGAR
UNITED STATES JUDGE